1              IN THE STATE COURT OF GWINNETT COUNTY

2                        STATE OF GEORGIA

3
   KIM HILL and ADAM HILL, surviving
4  children and Co-Administrators of
   the Estates of Melvin Hill and
5  Voncile Hill, Deceased,
                                          VOLUME 28 of 28
6        Plaintiffs,
                                          CIVIL ACTION FILE
7  v.                                     NO.: 16-C-04179-S2

8  FORD MOTOR COMPANY, THE PEP BOYS-
   MANNY, MOE & JACK (INC.), CURTIS
9  CLINTON THOMPSON, JR., WILLIE
   BRASWELL, and DONALD TAYLOR,
10
        Defendants.
11

12

13

14                    JURY TRIAL PROCEEDINGS

15
              BEFORE THE HONORABLE JOSEPH IANNAZZONE
16                  By Designation for Division 2

17            August 1st through August 19th, 2022

18
       Gwinnett County Justice and Administration Center
19                      75 Langley Drive
                    Lawrenceville, Georgia 30046
20

21

22

23
            Randi E. Strumlauf, CCR, CER, LER
24          randi.strumlauf@gwinnettcounty.com
                      770-822-8697
25

```
 1                      APPEARANCES OF COUNSEL

 2

 3   ON BEHALF OF PLAINTIFFS:

 4   Butler Prather LLP                 JAMES E. BUTLER, JR.
     105 13th Street                    DANIEL E. PHILYAW
 5   Columbus, Georgia 31901

 6   Mahaffey Pickens Tucker LLP        GERALD DAVIDSON, JR.
     1500 North Brown Road, Ste. 125
 7   Lawrenceville, Georgia 30043

 8   Bondurant Mixson & Elmore          MICHAEL B. TERRY
     1201 West Peachtree Street NW      FRANK M. LOWERY IV
 9   Atlanta, Georgia 30309-3417        LAURIE ANN TAYLOR

10

11

12   ON BEHALF OF DEFENDANTS:

13   Huie Fernambucq & Stewart LLP      PAUL F. MALEK
     3291 Highway 280, Ste. 200
14   Birmingham, Alabama 35243

15   Troutman Pepper                    WILLIAM N. WITHROW, JR.
     600 Peachtree Street NE, Ste. 3000
16   Atlanta, Georgia 30308-2216

17   Watson Spence LLP                  MICHAEL R. BOORMAN
     999 Peachtree Street NE, Ste. 1130 PHILIP A. HENDERSON
18   Atlanta, Georgia 30309

19   Thompson Coe Cousins & Irons LLP   MICHAEL W. EADY
     701 Brazos Street, Ste. 1500
20   Austin, Texas 78701

21

22

23

24

25
```

1        right hand?

2                THE WITNESS:  (Complying.)

3                MR. PHILYAW:  Do you solemnly swear that the

4        testimony you are about to give shall be the truth, the

5        whole truth, and nothing but the truth, so help you God?

6                THE WITNESS:  Yes, sir.

7                            JOSHUA BROOKS,

8    having first been duly sworn, was examined and testified as

9    follows:

10                      DIRECT EXAMINATION

11   BY MR. PHILYAW:

12       Q    Please state your name for the record.

13       A    Joshua Brooks.

14       Q    And where do you live, Dr. Brooks?

15       A    I live in Columbus, Georgia.

16       Q    And what is your occupation?

17       A    I'm an assistant professor of finance.

18       Q    And where are you an assistant professor in finance?

19       A    Columbus State University.

20       Q    And the jury may have picked up on this, but I'm

21   calling you Dr. Brooks.  Have you earned a doctorate degree?

22       A    Yes, sir.

23       Q    And what is that in?

24       A    I have a PhD in finance.

25       Q    Well, let's back up just quickly and kind of start

1    from the beginning of your education.  Do you have a bachelor's
2    degree?
3         A    Yes, sir.
4         Q    And what's that in?
5         A    General engineering with an emphasis in mechanical
6    engineering.
7         Q    And where'd you get that from?
8         A    Union University.
9         Q    Okay.  Did you receive any education after that?
10        A    Yes, sir.
11        Q    What education did you receive?
12        A    A master's in finance.
13        Q    And where's that from?
14        A    The University of Alabama.
15        Q    Did you have any sort of particular track that you
16   were on while you were at the University of Alabama?
17        A    I was on the more computational track.  The name
18   changed around the time I was in school there.  It was called
19   financial engineering or the risk management track.
20        Q    And what kinds of classes did you take when you were
21   on that track?
22        A    I took a wide variety of classes in general corporate
23   finance and economics and also in financial derivatives.
24        Q    So sounds like a lot of calculation?
25        A    Yes, sir.

1    Q    Are those types of skills that you use on a daily

2    basis?

3    A    Yes, sir.  They play into my research portfolio and

4    also into consulting.

5    Q    Then did you get any education after your master's

6    degree?

7    A    Yes, sir.

8    Q    And what was that?

9    A    A PhD in finance.

10    Q    What was your dissertation on?

11    A    My dissertation was titled "Three Essays on

12    Investments and Time Series Econometrics."  It was an

13    application of time series mapped to sub -- selected problems

14    in the derivative space.

15    Q    And can you explain to us what "econometrics" is?  I

16    certainly don't know.

17    A    Econometrics is the set of statistical tools in

18    economics to test different ideas.  Another way of saying it is

19    it's taking some of the math endemic to rocket science and

20    applying it to financial brainstorming.

21    Q    And, so, after you got your PhD, what did you go on

22    to do?

23    A    I was an assistant professor at a state school called

24    Lander University.

25    Q    Dr. Brooks, could you just get a little bit closer to

3995

1  the mic for us so we can all make sure that we hear you.

2      A    Is that okay?

3      Q    Much better.

4      A    Okay.

5      Q    Thank you.  All right.  So you said that you were at

6  -- you started your work at Lander University.  Was that your

7  first academic appointment?

8      A    Yes, sir.  I taught while I was a PhD student, and,

9  then, my first academic appointment was there.  As a state

10  school, I taught in the school of management.  And that's a

11  AACSB-accredited school which puts it in the top 5 percent

12  business schools worldwide.

13      Q    And where did you go -- did you -- are you still at

14  Lander University?

15      A    No, sir.

16      Q    Where did you go after that?

17      A    Columbus State.

18      Q    And is that where you are today?

19      A    Yes, sir.

20      Q    What kinds of classes do you teach at Columbus State

21  University?

22      A    I've taught a wide variety of classes.  I teach the

23  "intro to corporate finance" class.  I've taught business

24  statistics.  I teach an insurance class.  I teach a real estate

25  class.  I teach the more advanced "financial statement

3996

1  analysis" class from time to time.

2       Q     And when you're teaching students about things like

3  advanced financial statement analysis, do you review financial

4  statements yourself?

5       A     Yes, I have.

6       Q     Do you teach others how to review financial

7  statements?

8       A     Yes, sir.  I actually teach that in the intro to

9  finance class next week in the chapters that cover that

10 section.  Last night I was recording some videos.  My stay here

11 in Columbus has been a bit longer -- or excuse me, my stay here

12 has been a bit longer than anticipated so I wanted to make sure

13 that I supplied material for my students.

14      Q     In the course of your career have you also developed

15 classes in finance as well or certain types of curriculum?

16      A     I have done some curriculum development.  Often when

17 you're teaching a new course or teaching at a new university,

18 you kind of have to build out what material is important and

19 what needs to be covered to help students prepare for their

20 careers.

21      Q     Have you authored publications in your field?

22      A     Yes, sir.

23      Q     What types of publications have you authored?

24      A     I have done some of the statistical analysis on some

25 marketing research.  I've also done research in the finance

1   space with a focus on derivatives which tends to be the more

2   computational derivatives.

3        Q    Okay.  Have you spoken or presented at any

4   professional meetings or conferences?

5        A    Yes, sir, a number of times.

6        Q    In addition to your work as a professor, do you do

7   any type of work outside of that?

8        A    I do some consulting and occasionally I do expert

9   testimony work, though in some years there's no work in either

10  space.

11       Q    Okay.  And as part of your consulting work, do you

12  often have reason to review a company's financial statements or

13  public financial documents?

14       A    Yes, sir, when applicable.

15       Q    What types of financial documents or public filings

16  might you examine?

17       A    The annual filings of a company that have to be filed

18  with the respective regulator in that space.  If it's a

19  publicly traded company, then those filings are with the SEC.

20  If it's a company that's issuing bonds, that may be with the

21  Municipal Securities Rulemaking Board.

22       Q    What types of filings are made with the SEC?

23       A    So the SEC expects that investors should know what

24  they're purchasing before they buy things in the stock market.

25  And, so, publicly traded companies are required to turn in a

1  wide variety of filings to the SEC to indicate their financial

2  condition.

3      Q    Can you tell us what some of those filings are, what

4  their names are?

5      A    So there are statements about insiders trading.

6  There are quarterly statements and annual statements like the

7  10-K and the 10-Q.

8      Q    And does your training and experience aid you in

9  analyzing and understanding those types of documents such as

10  the 10-K and the 10-Q?

11      A    Yes, sir.  The intro to finance class is a class I've

12  taught for about ten years, including time I taught at -- as a

13  PhD student.  In that class, fairly early on in the course,

14  it's typical to review a company's financial statements.  And I

15  have, in the course of teaching that class, looked at and

16  taught hundreds and hundreds of students and probably looked at

17  hundreds of 10-Ks.  It's a common project I assign to students

18  to analyze the annual financial statements of a publicly traded

19  company.

20      Q    So it's fair to say that you look at financial

21  statements a lot?

22      A    Yes, sir.

23      Q    And is that something that's particularly common in

24  your field as a professor of finance?

25      A    It is.

3999

1              MR. PHILYAW:  Your Honor, I tender Dr. Brooks as an

2         expert witness in financial statement analysis,

3         evaluation, financial engineering, and applied

4         econometrics.

5              MR. BOORMAN:  No objection, Your Honor.

6              THE COURT:  Go ahead.

7              MR. PHILYAW:  Thank you.

8    BY MR. PHILYAW:

9         Q    All right.  Dr. Brooks, we've heard from a variety of

10   experts, a number of experts over the last couple of weeks,

11   some of which had testified they'd been deposed many times.

12   I'd like to ask you how many times have you been deposed?

13        A    I've been deposed twice.

14        Q    And how many times have you testified at trial?

15        A    Only once.

16        Q    Have you ever worked for Plaintiffs Kim and Adam

17   Hills' lawyers before this case?

18        A    Not that I recall.

19        Q    And to the best of your knowledge, had you even

20   spoken to any of us before May or June of this year?

21        A    No, sir.

22        Q    Did you even speak to plaintiffs' lead counsel, Jim

23   Butler, until a couple days ago?

24        A    No, sir.

25        Q    Now, like anyone, you don't work for free, do you,

1    Dr. Brooks?

2        A    I don't.

3        Q    And what do you charge for your time when you're

4    doing consulting?

5        A    Three-fifty an hour.

6        Q    Tell the jury about the work that you did in this

7    case.

8        A    So in this case I was asked to review portions of the

9    annual filings from Ford and develop some opinions on the

10   overall financial health of this company.

11       Q    And what types of financial documents did -- of

12   Ford's did you review?

13       A    Their annual statements which is the 10-K form.

14       Q    Are those large documents?

15       A    Yes, sir.

16       Q    Are they --

17       A    Hundreds of pages.

18       Q    Approximately this big?

19       A    I didn't print them out but I do remember the PDFs

20   being 3- to 400 pages each.

21       Q    Now, you told us a little bit about the 10-K.  You

22   said -- what agency are those supposed to be filed with, again?

23       A    The Securities and Exchange Commission.

24       Q    And why are they filed with the Securities and

25   Exchange Commission?

1    A    In financial markets, it makes sense that investors
2    are able to see financial information about the companies that
3    they invest in.  Since this company is a publicly traded
4    company, investors have a right to know what is it that they're
5    buying, what is the financial health of the firm, what are the
6    prospects moving forward, and so on.

7    Q    And, obviously, that's -- those reports contain a lot
8    of information on a variety of subjects; is that right?

9    A    Yes, sir.

10    Q    Are these documents that are publicly available?

11    A    They are; the sec.gov.  And if you put in the firm's
12    ticker, you can go right to the same documents that I was able
13    to look at.

14    Q    And just to be clear, who prepares a Form 10-K?

15    A    There are a large number of individuals that have a
16    hand in building these things.  There's a lot that has to be
17    certified by independent accountants, the legal department.
18    It's not an insignificant job to put these together.

19    Q    But who are they ultimately submitted by?

20    A    Ultimately, the CEO of the firm signs off that to the
21    best of their knowledge these are accurate documents that
22    reflect the true condition of the firm.

23    Q    So they have to be certified by a company or
24    certified by an officer of the company?

25    A    Yes, sir.

4002

1    Q    Now, did you inspect a range of these 10-K filings

2  for Ford in this case?

3    A    Yes, sir.

4    Q    Which years did you examine?

5    A    The most recent year, 2021, and then the three years

6  prior -- 2020, 2019, and 2018.

7         (Counsel confer privately.)

8  BY MR. PHILYAW:

9    Q    All right.  So you said that Ford would've been the

10  one to submit these documents.  So are these Ford's own

11  figures?

12    A    Yes, sir.

13         MR. PHILYAW:  Your Honor, may I approach the witness?

14         THE COURT:  Yes.

15  BY MR. PHILYAW:

16    Q    Dr. Brooks, I'm handing you a pool of documents here

17  marked PX-754A, PX-755A, PX-756A, and PX-757A.  What are these?

18    A    So these appear to be selected pages from the 10-K

19  filings.

20    Q    Okay.  And are those the 10-K filings that you

21  reviewed for this case?

22    A    Yes, sir.

23    Q    Are these documents submitted to a government agency?

24    A    They are.

25    Q    And does it say which government agency those are

4003

1  submitted to?

2      A    United States of America Securities and Exchange

3  Commission.

4      Q    Take a look at the first page of those, Dr. Brooks.

5  Is -- what's on the first page of those documents?

6      A    There is an attestation that this was received by the

7  commission under the name Ford Motor Company pursuant to the

8  relevant acts of the commission.

9      Q    And is it signed by anyone?

10     A    It's signed by the Secretary of the US Securities and

11 Exchange Commission.

12     Q    Now, Dr. Brooks, could you take a look at the next

13 page of those documents.  Who are they submitted by?

14     A    The name of the registrant here is Ford Motor

15 Company.

16     Q    And in those documents are there certifications by

17 any officers of Ford Motor Company?

18     A    Yes, sir.  We have the certification of the chief

19 executive officer, certification of the chief financial

20 officer.

21         MR. PHILYAW:  Your Honor, at this time I would offer

22     Plaintiffs' Exhibits 754a, 755a, 756a, and 757a into

23     evidence.

24         (Plaintiffs' Exhibit Numbers PX-754a, PX-755a,

25     PX-756a, and PX-757a are TENDERED into evidence.)

         1              MR. BOORMAN:  And, Your Honor, we object to those

         2       exhibits on the basis of relevance in 403 as they're not

         3       limited to the vehicle in this case or the United States

         4       or the state of Georgia.

         5              THE COURT:  They are admitted.

         6              (Plaintiffs' Exhibit Numbers PX-754a, PX-755a,

         7       PX-756a, and PX-757a are ADMITTED into evidence over

         8       objection.)

         9              MR. PHILYAW:  Thank you.

        10              All right.  Charlie, could you please pull up 757a

        11       for us, please?

        12   BY MR. PHILYAW:

        13       Q    All right.  Dr. Brooks, I believe this is 757a in

        14   your stack there, if you want to pull that one out.  Do you

        15   have it in front of you?

        16       A    Got it.

        17       Q    Great.  All right.  So as you were just discussing,

        18   is this the attestation that you pointed out as we were talking

        19   about earlier?

        20       A    Yes, sir.

        21       Q    All right.  And just for the jury, what does it say

        22   there about the attestation?

        23       A    (As read) "The attached Form 10-K was received in

        24   this commission on 2/4/2022 under the name of Ford Motor

        25   Company, File Number 001-03950, pursuant to the relative acts

1    of the commission."

2         Q    And then there's that signature down there in the

3    bottom right-hand corner of the document.  Is that what you

4    were referring to?

5         A    Yes, sir.

6         Q    Take a look at the next page, Dr. Brooks.  Now, does

7    this page reflect who submitted the document?

8         A    Yes, sir.

9         Q    All right.  And who does it say it's from?

10        A    Ford Motor Company.

11        Q    Does it say when it was submitted and for what years

12   it was submitted?

13        A    So we have Ford fiscal year ended December 31, 2021.

14   And then --

15        Q    Yeah.

16             MR. PHILYAW:  Charlie, can you pull it up a little

17        closer?  Yeah, just that top part.  Perfect.

18             THE WITNESS:  So that's the fiscal year end date

19        there.

20   BY MR. PHILYAW:

21        Q    Okay.  And, so, the fact that this document was

22   submitted in 2022, does that mean that it reflects the

23   information from Ford's 2021 business year?

24        A    Yes, sir.

25        Q    Okay.  What other -- is there other information on

1    this page that's useful in your identification or

2    identification of financial information about Ford Motor

3    Company?

4         A    Yes, sir.  There's items near the bottom of this

5    first page that discuss some measures of the firm's common

6    stock, the larger paragraph towards the bottom.

7         Q    Yes, that's it.  Dr. Brooks, would you read to the

8    jury what it says there.  It's still going to be kind of small.

9         A    We have a midyear measure of the number of shares of

10   common stock.  In Class B stock, we have a composite

11   transaction closing price here of 14.86 per share.  Aggregate

12   market value of the first common stock was $58,309,292,659.

13        Q    Okay.  Is that number referred to in some sort of

14   common term?

15        A    Often we refer to that as the "market capitalization"

16   of this firm, how much is the value of the firm's outstanding

17   equity.  Often this will be abbreviated as "market cap" for

18   short.

19        Q    And just quickly to explain, just in case it wasn't

20   clear, how do you calculate market cap?

21        A    So the way this is calculated is:  What would it cost

22   to purchase all of this firm's equity in the open market at the

23   current market price?

24        Q    And was this part of the information that you

25   reviewed and helped formulate your opinions in this case?

1        A     Yes, sir.

2        Q     Let's turn into the next page.

3              (Messrs. Philyaw and Butler confer privately.)

4    BY MR. PHILYAW:

5        Q     Okay.  Dr. Brooks, would you repeat what the market

6    cap of Ford Motor Company was after you made that calculation

7    or after they made that calculation?

8        A     Approximately $58 billion.

9        Q     All right.  Let's turn to the next page.  And

10   Dr. Brooks, what are we looking at here; what is -- what is

11   this table?

12       A     So this is the income statement for Ford Motor

13   Company.

14       Q     And what is an income statement?

15       A     So this is -- this is a measure of things that have

16   occurred over the fiscal year.  All of the revenues that have

17   come in, the expenses used to support those revenues, and then

18   money that is attributable to the firm's common stock holders.

19             MR. PHILYAW:  And, Charlie, zoom out just real quick.

20       I want to zoom in on the header of that table there.

21   BY MR. PHILYAW:

22       Q     How are these numbers reflected in the document?

23       A     Well, because these are very, very large numbers,

24   they're often abbreviated.  And, so, if, for instance, you look

25   at the number 17,937 on the bottom right, instead of adding all

1    of the additional digits, each number here is in billions.  So

2    that 17,000 is really 17,000,000,000.

3        Q    All right.  Dr. Brooks, what types of figures on the

4    income statement did you look at in this case; did you look at

5    all?

6        A    I went through each one in order to get a deeper

7    sense of the financial health of this firm.  Would you like me

8    to step through kind of the broad categories, each section?

9        Q    Well, let's start just by going through some of the

10   figures that you thought were particularly important from the

11   income statement.

12       A    So the revenue is very important.  That's the cash

13   coming in for the company.  And below that -- the total revenue

14   of the 136,341 on the right, that is the total revenue

15   generated by the different lines of business.  The next --

16       Q    Just before you move on Dr. Brooks, to be clear, like

17   our other figure at the bottom that was ultimately in billions,

18   does that reflect in billions of dollars?

19       A    Yes, sir.

20       Q    Okay.

21       A    $136 billion.

22       Q    Okay.

23       A    The 131,818 is another important number.  This is the

24   costs used to generate those revenues.

25           And then as we move down, we have a couple other figures.

1    The key one here, sometimes referred to as the "bottom line,"

2    is the net income number, and that is 17,937 or almost

3    $18 billion in profits for this year.

4         Q    Okay.  Let's turn to the next page.  And what is this

5    table that we're looking at?

6         A    So this is the balance sheet.

7         Q    All right.  And likewise it -- how is it reflected in

8    terms of its dollar figures?

9         A    The same way; each number is in billions to

10   abbreviate easily.

11        Q    Dr. Brooks, what numbers can you tell us about or

12   what were particularly important from the balance sheet?

13        A    So balance sheet is a measure:  At the end of the

14   fiscal year, what is the dollar value of these different

15   categories?  This is helpful for investors to evaluate a firm's

16   financial health, because they want to know the money that was

17   invested with this firm, what was it used to purchase and what

18   -- what is the value of those things from an accounting

19   standpoint.

20        The first key number I point to is on the top right.  That

21   is the amount of cash and cash equivalent held by this company.

22   It's in millions.  So we have $20,540,000,000.

23        Q    And, so, what does "cash and cash equivalents" mean?

24        A    Then -- you can think about this as almost a bank

25   savings account.  That's the dollars that are set aside.  They

1    can be used for a variety of purposes.  But on this date, that

2    was the number of dollars essentially in the bank account.

3         Q    So it's basically $20 billion on hand?

4         A    Yes, sir.

5         Q    Okay.  What -- what's another figure that's

6    particularly important from the balance sheet?

7         A    The -- let's see.  If we could go all the way down to

8    the bottom.  Actually, I think it was shown there; 257,035,

9    this is the book value of total assets for this firm.  So based

10   on the different ways that accounting standards are used, if

11   you had to say according to their financial statements what is

12   the total value of this firm, $257 billion is the total assets

13   there.

14        Q    Okay.  But, likewise, it's also important to consider

15   other things like liabilities; right?

16        A    Certainly.

17        Q    Are there liabilities reflected on the balance sheet?

18        A    So we have -- above that 257 is the different assets.

19   Below that we begin to see the different liabilities for this

20   company.  The total liabilities number is the 208,413.  So

21   while the total assets of the firm are $257 billion, the book

22   value of liabilities here is $208 billion.

23        Q    Okay.  And let's look at the next page for the jury

24   here.  Is this the -- one of the certifications that you were

25   talking about earlier?

1        A    Yes, sir.

2        Q    All right.  And would you read for the jury what it

3   says here under the certification?

4        A    Certainly.  I'll look at it up here (as read):

5        Certification of chief executive officer.  I, James D.

6   Farley, Jr., President and Chief Executive Officer of Ford

7   Motor Company (the Company), hereby certify, pursuant to Rule

8   13a-14(b) or 15d-14(b) of the Securities Exchange Act of 1934,

9   as amended, and Section 1350 of Chapter 63 of Title 18 of the

10  United States Code, that, to my knowledge, the Company's annual

11  report on Form 10-K for the period ended December 31, 2021, to

12  which this statement is furnished as an exhibit (the Report),

13  fully complies with the requirements of Section 13(a) or 15(d)

14  of the Securities Exchange Act of 1934, as amended, and the

15  information contained in this Report fairly presents, in all

16  material respects, the financial condition and results of

17  operations of the Company.  Dated February 3rd, 2022.  Signed

18  James D. Farley, Jr. (end reading).

19       Q    So that's a certification from Ford's CEO that the

20  information contained in this report reflects the financial

21  condition and operations of the Ford Motor Company?

22       A    Yes, sir.

23       Q    Okay.  Is there an additional certification there, as

24  well?

25       A    There is, on the next one.

1        Q      And who is that from?

2        A      This is from the chief financial officer.

3        Q      And who's that?

4        A      John T. Lawler.

5        Q      All right.  And I won't have you read for the jury,

6   but is it the same certification as the chief executive officer

7   also signed?

8        A      Yes, sir.

9        Q      Okay.  Now, Dr. Brooks, this is the -- these are

10  excerpts from the 2021 earnings year for Ford; is that right?

11       A      Yes, sir.

12       Q      Okay.  This wasn't the only 10-K that you looked at,

13  was it?

14       A      It was not.

15       Q      You looked -- what years of 10-Ks did you examine?

16       A      I looked at four years, four consecutive years, and

17  this was the most recent year that I looked at.

18       Q      Okay.

19       A      And the most recent year available.

20       Q      Did you create any sort of notes based on your

21  examination of the four 10-Ks?

22       A      Yes, sir, I did.

23       Q      And would that -- would those notes be helpful to the

24  jury in finding out facts about this case or illustrating your

25  opinions?

 1      A    I thought it would be very helpful.  These are large

 2   documents, and so I try to come -- compile to the most

 3   important numbers.

 4           MR. PHILYAW:  Your Honor, may I approach?

 5           THE COURT:  Yes.

 6   BY MR. PHILYAW:

 7      Q    All right.  Dr. Brooks, I'm handing you a document

 8   which has been premarked as Plaintiffs' Exhibit 813.  What is

 9   that document?

10      A    These -- these are the notes I compiled based on

11   everything that I looked at.

12      Q    Okay.  And as you said, would this be helpful for --

13   to illustrate your opinion to the jury?

14      A    Yes, sir.  I --

15           MR. BOORMAN:  And, Your Honor, we understand the

16      Court's ruling, but we reserve our objection on the basis

17      of relevance for the previous statement.

18           THE COURT:  The objection is overruled but preserved.

19           MR. PHILYAW:  Charlie, thank you.  All right.  If you

20      could zoom in, try to make it a little bit larger.  Okay.

21   BY MR. PHILYAW:

22      Q    So Dr. Brooks, start out by just sort of telling us

23   how you organized your chart.

24      A    So what I wanted to show is several measures of cash

25   flow through -- through this firm, and then some measures of

                                                              4014

1  the value of different key items, and then finally cumulative

2  measures here over this four-year window, what were different

3  measures of earnings or funds that move to investors.

4       Q    And does this chart help break down some of the

5  categories that you think are the most informative of Ford's

6  financial condition?

7       A    Yes, sir.

8       Q    And did you make that assessment after reviewing all

9  of Ford's 10-Ks?

10      A    I did.

11      Q    Okay.  Let's go ahead and start with the first

12  category of cash flow measures.  What is that?

13      A    So in cash flow measures, the first item I have is

14  total revenue.  So for all of, what, vehicles sold start off,

15  credit all the time.  This is -- this is the total revenue,

16  each one of the fiscal years I analyzed moving across from

17  2018's fiscal year to 2021 fiscal year.  I took a basic average

18  there.  The average revenue over this period was just under

19  $145 billion.

20      Q    Okay.

21      A    And I added the zeros here for ease of reading, also.

22      Q    Okay.  So just to be clear, we're moving across the

23  chart from left to right, showing what they earned in 2018,

24  what is their revenue in 2019, 2020, 2021.  And then you

25  created an average of those four?

1      A      Yes, sir.

2      Q      Okay.  And we already talked about, a little bit,

3   what total revenue is, but would you just explain that to us

4   once more.

5      A      So if you think about you have something that you're

6   trying to sell, the price at which you sell it, and then adding

7   up all of those dollars that come in when you sell things is

8   your total revenue.

9      Q      Okay.  What's the next category you have there?

10     A      The next category is cost and expenses.  This would

11  include -- there are raw materials that are needed, parts that

12  are needed, you have to pay employees, all these kind of other

13  administrative costs would fit in that category.

14     Q      And what did you ultimately find out about Ford's

15  cost and expenses?

16     A      So you'll notice the number is also quite large,

17  almost $144 billion.

18     Q      All right.  What's the next category you moved on to?

19     A      The next category is operating income.  This is

20  commonly reported by firms that shows in each year revenue

21  minus expenses.  Before we get in to things like corporate

22  income tax or interest paid by the firm, this is money

23  generated from operations.

24     And you can see the effects of COVID here.  We have a high

25  number and then we have some of the effects of COVID.  And then

1   2021, we're back post-COVID with a significantly positive

2   number of about $4.5 billion.

3       Q    Okay.  And when you're -- when you're talking about

4   the effects of COVID, is that moving through the years, seeing

5   a positive -- a very large positive number in 2018 and then

6   moving into 2019, and then a drop in 2020?

7       A    Yes, sir.

8       Q    Okay.  And then, like you said, a rebound in 2021?

9       A    Yes, sir.

10      Q    Okay.  The next category is net income.  Can you

11  explain the difference between operating income and net income

12  for us?

13      A    So operating income is going to be revenues minus

14  expenses, but there's more to the management of the firm.  Net

15  income will include things like interest, things like corporate

16  taxes, and gives -- sometimes it's referred to as "the bottom

17  line," truly what is the profit generated by this firm.

18      Q    All right.  Tell us about Ford's net income over the

19  last four years.

20      A    So their net income in 2018, $3.6 billion; 2019,

21  47 billion; in 2020, negative of about $1.3 billion; and then

22  2021, almost $18 billion.

23      Q    And that's much larger than the previous year's

24  income?

25      A    Yes, sir.

1      Q    Okay.  Now, what's the next category that you have on

2    there?

3      A    The next category is cash dividend.  When firms

4    generate a profit, and even when firms don't generate a profit,

5    they can decide how to pay out dividends to their stockholders.

6    And -- and the reason I included this is, this is money as a

7    firm you can't get back once it's paid out to the stockholders,

8    so there's a certain level of confidence you have to have about

9    your prospects moving forward in order to pay this out.

10   Typically, if firms are in distress, they will stop paying out

11   dividends.  But this is a measure of funds going out the door

12   to investors.

13     The numbers here -- in the first year we have about

14   $3 billion; in 2019, 2 billion; in 2020, even with a very

15   negative net income, we have half-a-billion dollars paid out to

16   investors; and then 2021, a little under -- well, $400 million

17   paid out in dividends.

18     Q    So what does that suggest to you that Ford was able

19   to pay out cash dividends in a year where it had a negative net

20   income?

21     A    Even in the midst of havoc with the effects of COVID

22   being in full swing, they were confident on their future

23   prospects, confident enough to continue to pay a large amount

24   of dividends to their investors.

25     Q    And is that reflected based on what ultimately

1    happened in their net income the following year?

2        A    Certainly.

3        Q    All right.  Dr. Brooks, the next category that we

4    have on the chart . . .

5            (Messrs. Philyaw and Butler confer privately.)

6    BY MR. PHILYAW:

7        Q    Okay.  Just to make sure that it's clear in what

8    happened the next year, looking -- can you explain that to us,

9    in terms of how Ford's net income changed from 2020 to 2021

10   base and compare that to their cash dividends.

11       A    So there's a -- you're asking the net income and cash

12   dividends in 2020 and 2021?

13       Q    Yes.

14       A    Okay.  In 2020, we have the impacts of COVID, but

15   there was still a fair level of confidence moving forward.  The

16   profitability prospects are very good for this firm, and so

17   they paid $600 million in dividends.

18           In 2021, there was a couple of different things that led

19   to this very large net income number.  Some of them had to do

20   with divestitures.  Sections of the firm, they were able to

21   sell off at a profit.  Some of it had to do with different

22   investments that they owned that turned to significant profit.

23   It all kinds of runs -- it all kind of runs together

24   post-COVID, I feel like.  But there was a big rebound in

25   markets in that year and some of that is reflected here.

1      Q      So even when they lost money in the year, they were

2  confident enough that they were going to make money the next

3  year that they could pay out money to their shareholders?

4      A      Yes, sir.

5      Q      Okay.  Tell me about the next category on your chart,

6  which is value measures.

7      A      So the next category -- in the first category, I

8  wanted to look at what is -- what are the dollars moving

9  through this firm, and then the value measures, what is a good

10  measure of the overall size of this company and different

11  things that would indicate that.

12      Q      What's your first indicator?

13      A      Cash and cash equivalents.

14      Q      Okay.  And is that what we talked about already, I

15  guess, the money-in-the-bank type of category?

16      A      Yes, sir.

17      Q      Okay.  And what did you find out about Ford's cash

18  and cash equivalents across these four years?

19      A      They have been able to maintain, even in the crisis

20  of COVID, a very significant amount of cash.

21      Q      And how much did it ultimately average out to?

22      A      About $20 billion.

23      Q      Okay.  What's the next category under value measures?

24      A      The next category is total assets.

25      Q      Explain what total assets are.

1       A       So this is a book value measurement.  When equipment

2   is purchased with property plan -- equipment is purchased, even

3   the purchase of things like patents, these are all of the

4   assets used by Ford to generate their revenue.

5       Q       And what was ultimately Ford's total assets across

6   those four years?

7       A       You'll see the relatively stable number, but we have

8   an average here of about $260 billion.

9       Q       Okay.  But like we said, it's also important to take

10  into account liabilities; right?

11      A       Certainly.

12      Q       And is that the next category in your chart?

13      A       Yes, sir.  So these --

14      Q       Tell us about that.

15      A       These are -- as a firm, you can finance your assets

16  by issuing stock or equity in the firm.  You could also finance

17  these purchases by issuing debt.  And, so, this is the debt

18  that has been -- this is the money borrowed by Ford in order to

19  facilitate their investments and their assets.

20      Q       What does that mean, facilitate their investments?

21  Does that mean potential growth?

22      A       Absolutely.  A company is not going to go and borrow

23  a lot of money unless they have a reasonably good sense that

24  they'll be able to turn a profit.  And, so, these are funds

25  that came from creditors in order to build out that set of

1    asset.

2        Q    Okay.  Now tell us about the next category.  I think

3    we talked about this a little bit, the market capitalization.

4        A    So this is the value if you were to purchase all of

5    the firm's outstanding stock.  It's shown midyear, the 10-K,

6    but this is a market value measure.  And, so, this is something

7    that changes every second of every day.  This is a very big

8    company, probably among the largest 200 firms in the world

9    based on market cap.  And every second of every day, people are

10   trading different information on this firm.  And this gives a

11   good indication of what investors see as the value of this

12   enterprise.

13       Q    And remind us again how you come up with the market

14   cap.

15       A    So in real time, these numbers are changing.  But in

16   the 10-Ks, they have a reported midyear number, which is if you

17   were to purchase all the stock on that day at whatever the

18   price was on that day.

19       Q    Okay.  So we talked about this a little bit earlier.

20   I think it was on page 2 of 757a.  Is that the date which was,

21   I guess, you picked out or was reflected in Ford's filing?

22       A    Yes, sir.  That's the date reflected there.

23       Q    Okay.  And that's the -- was the price on that day

24   that was used to calculate that number?

25       A    Yes, sir.

1        Q     Okay.  And, so, it's from Ford's own information?

2        A     Yes, sir.

3        Q     Is -- do you know whether or not that number has

4   grown?

5        A     To continue to build a full picture, I also looked at

6   quarterly statements for this firm.  The -- before my

7   deposition, I was able to look at the first quarter statement.

8   After my deposition, the second quarter statement came out.

9   This number you can look up fairly easily by googling the

10  ticker symbol, which is the letter F.  And I looked yesterday

11  and I think we were in the sixties.  So that's sixty-something

12  billion dollars.

13       Q     So Ford's market cap now is actually larger than

14  what's reflected in the 2021 column there?

15       A     Yes, sir.  It's continued to increase from this

16  particular point.

17       Q     Okay.  Do you remember what the market cap was

18  yesterday?

19       A     I think it was 63 or 64 billion.

20       Q     Now, tell us about the last category you have under

21  value measures there.

22       A     So enterprise value is very commonly used by

23  investors to measure the market's view of a firm's value.  The

24  -- all of the numbers above market capitalization come from the

25  firm's financial statements.  Because, market capitalization,

4023

1    you can find it every second of every day, often investors will

2    use this because the market value of the firm's stock could be

3    different from the book value or the value when the stock was

4    initially issued.  You can get the -- we call this "equity" --

5    you can get the book value of equity by taking total assets

6    minus total liabilities.  And you would get about $49 billion

7    there; and that is from 2021, the 257 minus 208.

8        Notice the market at this point in time, the 58 billion.

9    The market values that much higher than what we see on the

10   financial statements, and we would want this to happen.  If

11   investors are purchasing stock from a company, we would hope

12   the management is adding value to that.  And markets believe

13   that they certainly have and that's why our 258 numbers are a

14   bit higher.

15       For enterprise value we take the market capitalization, so

16   that's the market's view of the firm's equity.  We also take

17   total liabilities that we borrowed those monies to invest in

18   the firm.  And then we subtract cash, and that's because cash

19   is just in the bank account; it hasn't been used to purchase

20   property like equipment and things like that.  So this is --

21   this provides a market value measure of the total value of the

22   company.

23       Q    Okay.  Let's break that into a few smaller pieces.

24   You mentioned a couple of terms in there.  One was "market

25   value" and one was "book value."  Can you kind of just

1    generally explain what the differences between those two are

2    for us?

3       A    Certainly.  And I'm going to -- I'm trying to keep

4    this concise.  I teach market value and book value next week in

5    my intro to finance class.

6       So book value when you purchase something you're writing

7    down here's the price I purchased it.  And, then, if it's

8    equipment, it could be depreciating with time.

9       Market value is, well, what is it worth today; right?  And

10    it could be that market value fluctuates all over the place.

11    The area where you see this effect is most pronounced is in a

12    firm's stock price.  Every fraction of a second, that is moving

13    all over the place.  It's affected by all kinds of things, the

14    macroeconomic level, investor sentiment -- all that kind of

15    stuff.

16       Q    Okay.  And you said, I believe -- correct me if I'm

17    wrong -- that Ford's market value based on that market cap

18    number was actually larger than what its book value would be

19    reflected by these numbers.  Is that right?

20       A    Yes, sir.

21       Q    Okay.  What does that mean to you in your opinion?

22       A    At -- at a surface level, this means that the book

23    value, 49 billion, in equity from investors, that markets

24    believe a lot of value has been added to this firm through the

25    years.  And the market values the firm stock, what, 58 billion

1    here, 60-something billion yesterday.

2        Q    So if the market value is greater than the book

3    value, does that generally mean that investors have a positive

4    outlook on what Ford's financial future is like?

5        A    It can certainly be interpreted like that.

6        Q    Okay.  Now, the last category that you have in your

7    chart, it's called "cumulative measures."  And it looks like we

8    have a couple of different categories that have been included

9    above.  Can you explain what you did here?

10       A    So what I wanted to do is take this four-year window

11   and show how much in profit, net income, was generated by this

12   firm over these years, and then how much -- how many dollars

13   were returned to their shareholders, so funds the management

14   are knowing they can't get these funds back, the dollars that

15   were transferred out of the company to the hands of their

16   investors.

17       Q    Does it -- so how -- what did you do with these

18   numbers here, at the bottom on your table?

19       A    So what I did is the right-most column here, I just

20   have the total.  So the total net income -- some people return

21   -- refer to it as "profit" -- the total profit over these years

22   is $20 billion, and of that they paid out 6 billion to

23   shareholders.

24       Q    And that's just over the last four years?

25       A    Yes, sir.

1        Q    Okay.  Now, Dr. Brooks, did you look at any other
2    figures when you were analyzing Ford's financial information?
3    Obviously, there's a lot of data that's packed into these
4    Form 10-K reports.
5        A    I tried to look at anything that I felt would be
6    important for describing the financial health of this firm.
7        Q    And I think if you looked at other figures and
8    plaintiffs' lawyers advise you the presentation of such
9    information might violate court orders, would you avoid
10   presenting that to the jury?
11       A    Absolutely.
12       Q    Okay.
13       A    Typically, they are not divining experts.  They give
14   me a general question and I start assembling information I
15   think could be helpful.  And, so, as I recall, there was
16   something I had put in there that I later learned wasn't
17   supposed to happen there for whatever legal reason, so I
18   removed it.
19       Q    Okay.  Did you look at any other categories besides
20   that, as well?
21       A    In my survey of the documents or in previous notes
22   that I made?
23       Q    In your previous surveying notes.
24       A    I looked at a massive number of different factors
25   trying to see what gives some good indication about the overall

4027

1    financial health of the firm.  I probably -- I think when I

2    initially started on this, there's some very complex ways

3    people seem to analyze these things.  But I decided to keep it

4    as simple as possible and try to exclusively present numbers

5    that come directly from Ford's financial statements.

6          Q    Okay.  And, I mean, there's a lot of information in

7    this doc -- in these documents.  There's no way that you can

8    memorize every single fact or figure.

9          A    I'm --I don't have a photographic memory,

10   unfortunately.

11         Q    It wouldn't be fair to give you a memory test on

12   that, would it?

13         A    No, sir.

14         Q    Okay.  Now, Dr. Brooks, have you ever drafted a 10-K

15   before?

16         A    I never have.

17         Q    It -- why is that?

18         A    It takes teams and teams of people with a variety of

19   skill sets.  You need accountants.  You need accountants with

20   specialties in different segments.  You need to have people to

21   gather all the data to supply to the accountants.  You have to

22   have a legal team to make sure the language and the wording is

23   precisely what's allowed and precisely what's intended.  Public

24   relations, think about how this will affect your stockholders.

25   It takes a large number of people to put these together.

1      Q     So it wouldn't be fair to say that just one person

2    drafts these documents?

3      A     It -- it's difficult for me to imagine, even the

4    company a fraction of this size, having somebody who could do

5    every facet of that task.

6      Q     Now, is information in the form 10-K separated out on

7    a state-by-state basis?

8      A     Not to the best of my knowledge.

9      Q     If that information was provided to you by Ford Motor

10   Company, would you have looked at it?

11     A     I would have been happy to.

12     Q     Okay.  So Dr. Brooks, I want to take you through the

13   last part of your chart -- or your chart here.  Point out to

14   the jury some of what you think are the most informative

15   numbers on this chart for the overall financial condition of

16   Ford Motor Company.

17     A     So as it turns out, often the language people use

18   isn't as precise as the language used in a particular field.

19   And, so, I'm going to try to translate from the more complex

20   terms to the simple terms here.  If we want to have a -- if

21   someone asked what is the value of this company, you could

22   intuit in two ways.

23          You can say, well, what is the accounting statement value,

24   and that would be total assets.  Our average here just under

25   $260 billion.

4029

1      Another way you can answer that question is to say, well,

2   what's the market value or -- of this firm?  And their

3   enterprise value would be most appropriate.  And here we have

4   the market cap and total liabilities, and then even there we've

5   taken out the 20 billion in cash.  So that is the number we can

6   refer to, what is the overall value of this firm.

7      Sometimes people will use the idea of net worth.  So tell

8   -- what is the individual's net worth?  Well, what all do you

9   own, what all do you owe?  In terms of net worth here, we can

10  answer in both ways, also.

11      From an accounting standpoint, the net worth of this firm

12  would be total liabilities minus total assets.  So in the most

13  recent year, the net worth here is 29 million.  Markets value

14  that much higher than the accounting numbers, and the market

15  value measured there is the 58 billion at midyear 2021 or

16  60-something more recently.

17      Q    Dr. Brooks, just -- and you said you've analyzed

18  hundreds of 10-Ks over the course of your career.  Does the

19  information that you looked at in terms of Ford Motor Company

20  reflect that it is a generally profitable company?

21      A    It does.  There's an enormous number of firms that

22  did not fair very well through COVID, but this is a firm that's

23  remained in very good condition across these years.

24      Q    And in your opinion does it reflect that it is still

25  in good financial condition?

1        A    It is.

2             MR. PHILYAW:  Dr. Brooks, I have no further questions

3        at this time.  Thank you very much.

4             THE COURT:  Cross?

5             MR. BOORMAN:  Yes, Your Honor.  Thank you.

6             Good morning, ladies and gentlemen.

7             THE JURY:  (Chorus of "good morning.")

8                         CROSS-EXAMINATION

9    BY MR. BOORMAN:

10       Q    Dr. Brooks, my name is Mike Boorman.  We have met

11   before.  I just have a few questions for you about your

12   analysis and some things you were providing and some things

13   that you were not providing.

14       You mentioned numbers related to revenue.  And the revenue

15   numbers that you showed come from operations all over the

16   world, correct, not Georgia or not even the United States?

17       A    Yes, sir.

18       Q    Okay.  And these 10-K documents that you looked at,

19   the reason why those are put together is for shareholders and

20   people who may become shareholders; is that true?

21       A    It is for shareholders, but it's also for a number of

22   other interested parties.

23       Q    Understood.  I'm sorry, did I cut you off?

24       A    No.

25       Q    Okay.  So as a public company, shareholders own a

4031

1          **C E R T I F I C A T E**

2
   STATE OF GEORGIA
3
   COUNTY OF GWINNETT
4

5          I, Randi E. Strumlauf, being a Certified Court

6     Reporter in and for the state of Georgia, certify that the

7     foregoing pages, numbered 3986 through 4092, constitute,

8     to the best of my ability, a true, correct, and complete

9     record of said proceedings reported and transcribed by me

10    or under my direction; that I am not a relative, employee,

11    attorney, or counsel of any of the parties or their

12    counsel; nor do I have any interest in the outcome of the

13    above-styled proceedings.

14         This certification is expressly denied upon the

15    disassembly and/or photocopying of the foregoing

16    transcript, in whole or in part, unless such

17    disassembly/photocopying is done by the undersigned and

18    original signature and official seal are attached thereon.

19         Witness my hand and official seal, this 8th day of

20    December 2022.

21

22

23                                      

24                        RANDI E. STRUMLAUF, CCR
                          Certificate No. B-2412
25                              1778
                               B-2412