# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| JAMES EDWARD ("Dusty") BROGDON, Jr., | * | |
| as Executor of the Estate of Debra Sue Mills, | * | |
| deceased, and JAMES EDWARD BROGDON, Jr., | * | |
| and RONALD BRIAN ("Rusty") BROGDON, | * | |
| Individually and as surviving children of | * | CIVIL ACTION FILE |
| Debra Sue Mills, | * | |
| | * | NO. 4:23-cv-00088-CDL |
| and | * | |
| | * | |
| JAMES EDWARD BROGDON, Jr., | * | |
| as Executor of the Estate of Herman Edwin Mills, | * | |
| deceased, and JASON EDWIN MILLS, | * | |
| Individually and as surviving child | * | |
| of Herman Edwin Mills, | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| FORD MOTOR COMPANY, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFFS REVISED NOTICE OF DEPOSITIONS PLAINTIFFS INTEND TO USE AT TRIAL

Pursuant to Court Order, Doc. 178, Plaintiffs filed, on November 27, 2024, their Notice

of depositions they either have to or may have to use at trial.  Doc. 248.[1]  At 6:14 p.m. on

---

[1] It remains Plaintiffs' counsels' intent to play as few videotaped depositions as possible at the
trial of this case, but that is largely out of the control of Plaintiffs' counsel. Plaintiffs *will use* the
videotaped depositions of current or former Ford employees whom Plaintiffs deposed in the past,
for the obvious reason that Plaintiffs have already conducted their trial cross-examination of such

December 19, 2024 Ford filed a "Notice of Ford's Amended Objections to Plaintiffs' Deposition

Designations. Doc. 298. In that document Ford objected to certain passages in three of the

depositions identified by Plaintiffs on grounds the Court's December 17, 2024 rulings on

motions in limine "sustained" the objections made by Ford on December 19, 2024.

The revisions herein do three things:

1.  In several places Plaintiffs' Doc. 248 contained this statement: "If Ford counter
    designates from the direct examination by Ford then" Plaintiffs designate certain
    additional passages. Since Ford did not counter-designate any passages from any of
    the six Ford engineers deposed by Plaintiffs' counsel in Hill v. Ford, those references
    are deleted.

2. One additional designation is made from the deposition of Ford engineer Jason
   Balzer: 1150/23-1154/1

3. Plaintiffs respond to Ford's claims that the Court's December 17, 2024 rulings
   "sustained" Ford's December 19, 2024 objections by withdrawing certain passages
   from Plaintiff's November 27, 2024 designations.

Otherwise, Plaintiffs' November 27, 2024 designations (Doc. 248) remain unchanged.

This Revised Notice includes the name of the deponent, the date the deposition was

taken, the basis for using the deposition at trial under Rule 32(a), and the docket number of the

complete deposition.

Each of the following witnesses live outside subpoena range, more than 100 miles from

120 12th Street, Columbus GA, and use of their depositions is therefore allowed under Rule

32(a)(4)(B) and (D). (Ford has not disputed that statement.)

---

witnesses and Ford is not entitled to have a 'preview' of that then object to the use of the
videotaped depositions by purporting to bring those same witnesses 'live.' *See* witnesses listed
under "A" and "B" below. Plaintiffs will attempt to bring live to trial those witnesses listed
below who live in southwest Georgia outside the subpoena range. *See* "C" below - treating
physicians and scene witnesses. But in case that isn't possible, this Notice includes page and line
designations from their depositions.

As to all of these depositions only portions will be presented by Plaintiffs, and for each witness this Notice includes the page and line numbers of the deposition testimony.

Ford already has each of these depositions and they have been filed on the docket.  Ford also has the videotapes of these depositions. After Ford has made any counter-designations and the Court has ruled on any objections, if Ford wants to see an actual copy of the videotaped deposition with designations and counter-designations as adjusted according to any Court rulings on objections, Plaintiffs will make that available by 14 days before trial (January 20, 2025).

**A.     From the trial transcript in the second *Hill* trial (August 2022)[2]**

**Carl Zaas** 8/4/22 (Dep. taken 8/17/17), *See* Doc. 182

Hill2 TT Vol. 8, *See* Doc. 199

986/24-987/7

987/11-989/25

990/5-991/12

992/6-18

994/4-17

995/16-997/9

1003/24-1004/12

1004/21-1005/12

1007/24-1009/2

1011/2-1012/22

1014/1-6

---

[2] For the Court:  These are already designated depositions of Ford engineers taken in *Hill v. Ford* and actually played at the second *Hill* trial in August 2022, excepting deletions from those designations, including passages wherein witnesses discussed the Hill wreck or *Hill* case.  These are depositions about the subject roof.  Plaintiffs' counsel and Ford counsel have already been through the designation/counter-designation/objections/court rulings and other 'fussing' process in the *Hill* case.  Plaintiffs' counsel see no reason to subject counsel or the Court to having to go through that process again.

1019/11-13[3]

**Sal Caruso** 8/4/22 (Dep. taken 8/18/17), *See* Doc.184

Hill2 TT Vol. 8, *See* Doc. 200

1023/8-16

1023/24-1032/16

1039/18-1043/8

**Jason Balzer** 8/5/22 (Dep. taken 8/22/17), *See* Doc. 181

Hill2 TT Vol.9, *See* Doc. 201

[it is unclear from the printed transcript where the Court Reporter swore in the witness; that part of the deposition will be captured on the edited videotape, if possible]

1101/4-13

1101/23-1102/19

1103/8-1105/2

1106/11-1113/23

1114/3-1125/18

1125/24-1127/11

1128/20-1129/3

1129/17-23

1130/16-20

1131/16-1139/1

1139/8-9

1139/14-1141/16

1142/15-1144/3

1144/11-20

1146/9-1147/17

1150/23-1154/1

---

[3] Plaintiffs designate this to be played whether or not Ford designates from its direct examination.

**Joseph Weishaar** 8/5/22 (Dep taken 8/24/17), *See* Doc. 185

Hill2 TT Vol. 9, *See* Doc. 202

1155/4-1158/2

1158/13-1169/9

1170/1-1176/14

1176/18-1178/22

1179/19-1182/14

1183/4-1191/23

**Steve Kozak** 8/5/22 (Dep. taken 8/22/17), *See* Doc. 183

Hill2 TT Vol.10, *See* Doc. 203

1230/5-1231/19

1231/25-1240/13

1240/17-1247/12

1248/15-1249/5

**Lawrence Queener** 8/5/22 (Dep. taken 8/24/17), *See* Doc. 186

Hill2 TT Vol.10, *See* Doc. 204

1254/14-1256/20

1258/7-25

1259/6-1272/15

1273/22-1274/5

**Ramnarian Krishnaswami** 8/5/22 (Dep. taken 6/22/17), *See* Doc. 180

Hill2 TT Vol.10, *See* Doc. 227

1274/19-1275/13

Plaintiffs will also read portions of the Hill1 TT that were read to the jury in the Hill2 trial:

1280/1-13

1286/5-1289/1

1290/9-18

1292/9-1293/2

**B.** **From depositions taken in Mills (Brogdon) v. Ford – Ford current or former employees**

**Ridha Baccouche** (Dep. taken 9/18/24), *See* Doc. 175-2

8/21-9/9

9/17-22

10/2-3

10/11-15

10/17

10/21-11/7

12/7-10

13/5-7

13/10-25

14/3-10

14/14

15/24-16/5

16/7-171

24/11-16

24/20-25/1

24/4

31/16-20

47/3-10

47/12-15

48/7-17

48/22-23

49/2-3

49/12-21

49/23

**Derrick Kuzak** (Dep. taken 9/19/24), *See* Doc. 196

9/13-18

12/6-13/18

13/23 (starting at "Dr. Kuzak") – 15/3

16/7-12

20/16 (starting at "Dr. Kuzak") – 20/20

20/23-21/6

21/8-21/15

21/18-21

21/23-25

22/3-4

23/7-24/1

27/4 (starting at "Dr. Kuzak") – 27/8

27/14-28/11

28/14-16

28/18

36/23-37/1

37/4-15

37/19-21

37/23-25

38/2-8

38/10-11

38/13-14

38/17-39/2

39/4-5

**Ramnarian Krishnaswami** (Dep. taken 9/17/24), *See* Doc. 187

7/5-13/23

14/22-20/1

21/7-21/22

22/1-30/13

33/20-34/6

35/18-39/16

41/15-44/6

45/23-46/9

47/9-12

50/19 –54/24

56/6-57/12

59/20-60/4

67/22-69/1

69/17-73/3

74/13-75/7

80/25-81/1

    **C.**    **From depositions taken in Mills (Brogdon) v. Ford – treating physicians and scene witnesses**

**William Ellis, M.D.** (Dep. taken 7/17/24), *See* Doc. 120

6/1-8/22

65/21-67/23

71/11-72/15

74/1-77/23

78/1-22

79/8-94/18

96/2-17

**Sydney Cochran, M.D.** (Dep. taken 7/16/24), *See* Doc 121

5/9-8/7

10/23-11/3

11/22-14/21

18/11-19/20

20/18-23

112/10-123/4

**Brian Palmer** (Dep. taken 12/14/23), *See Doc. 56*

5/3-10/16

10/23-13/19

14/21-21/12

28/18-25

32/23-33/10

33/15-24

34/3-35/17

35/24-36/21

38/2-11

39/6-21

40/24-42/20

53/15-23

56/5-57/21

58/19-59/11

60/2-64/19

66/24-69/9

69/13-70/18

71/11-13

72/9-14

76/1-2

79/10-15

**Jacob Sanchez** (Dep. taken 1/23/24), *See* Doc 61

5/1-6/23

7/19-14/14

15/9-17/25

20/22-22/1

26/17-30/15

33/25-34/3

38/20-40/18

42/3-13

45/21-48/2

53/23-54/14

56/6-12

56/22-57/3

75/5-14

78/20-79/15

80/18-81/25

83/9-89/14

90/18-98/22

WITHDRAWN: 98/23-99/18

99/21-100/20

101/15-102/12

104/4-106/20

**Anthony Harrison** (Dep. taken 12/14/23), *See* Doc 55

5/1-11/6

13/2-22

18/3-25/19

26/15-28/16

29/13-30/6

31/15-32/15

33/6-34/12

35/4-37/22

43/1-19

47/23-61/23

62/11-63/6

68/4-9

69/18-70/24

**Jimmy Lee Cooper** (Dep. taken 12/14/23), *See* Doc. 58

5/4-6/14

7/10-10/3

12/23-15/25

19/1-20/3

21/1-28/8

38/3-45/10

**Kristen Drexler** (Dep. taken 12/15/23), *See* Doc. 59

5/2-9/21

11/5-13/3

15/7-12

17/2-18/14

20/23-21/4

21/23-22/3

23/10-18

24/16-29/10

30/14-17

31/7-37/20

41/11-42/14

46/24-50/14

52/2-53/3

58/5-59/1

61/16-19

62/3-64/1

66/12-25

**Courtney Pollock** (Dep. taken 1/23/24), *See* Doc. 60

5/6-7/11

7/21-10/7

11/7-12/2

12/14-18

14/11-16/20

WITHDRAWN: 17/7-21

19/9-21/8

22/14-24/17

25/1-28/17

30/10-31/9

32/11-33/1

33/22-34/1

36/11-37/5

38/6-40/20

**Trenton Russ** (Dep. taken 12/15/23), *See* Doc. 168

5/3-8/19

9/17-23

10/18-11/9

11/24-13/23

17/9-18/16

18/25-23/20

24/25-27/1

30/18-34/7

35/9-38/22

**Brett Wilkinson** (Dep. taken 12/15/23), *See* Doc. 198

5/3-8/12

10/9-11/3

12/23-13/1

14/1-17/8

17/22-22/20

27/25-31/1

31/19-32/15

34/18-36/10

37/8-38/15

Respectfully submitted, this 23rd day of December, 2024.

/s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
jim@butlerprather.com
RAMSEY B. PRATHER
Georgia Bar No. 658395
ramsey@butlerprather.com

DANIEL E. PHILYAW
Georgia Bar No. 877765
dan@butlerprather.com
ALLISON B. BAILEY
Georgia Bar No. 478434
allison@butlerprather.com
BUTLER PRATHER LLP
105 13th Street
Post Office Box 2766
Columbus, GA 31902
(706) 322-1990

LARAE DIXON MOORE
Georgia Bar No. 223379
lmoore@pagescrantom.com
PAGE SCRANTOM SPROUSE TUCKER &
FORD
1111 Bay Avenue 3rd Floor
P.O. Box 1199
Columbus Georgia 31902
(706) 324-0251

MICHAEL B. TERRY
Georgia Bar No. 702582
terry@bmelaw.com
FRANK M. LOWREY, III
Georgia Bar No. 410310
lowrey@bmelaw.com
BONDURANT MIXON & ELMORE LLP
1201 W. Peachtree St. NW #3900
Atlanta, GA 30309
(404) 881-4100

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

JAMES EDWARD ("Dusty") BROGDON,    *
Jr., as Executor of the Estate of Debra Sue   *
Mills, deceased, and JAMES EDWARD     *
BROGDON, Jr., and RONALD BRIAN     *
("Rusty") BROGDON, Individually and as   *
surviving children of Debra Sue Mills,     *

                              *
and                             *
                              *

JAMES EDWARD BROGDON, Jr., as     *    CIVIL ACTION FILE
Executor of the Estate of Herman Edwin   *    NO. 4:23-cv-00088-CDL
Mills, deceased, and JASON EDWIN     *
MILLS, Individually and as surviving child  *
of Herman Edwin Mills,               *

                              *
       Plaintiffs,              *

                              *    **FORD'S OBJECTIONS AND**
v.                             *    **COUNTER DESIGNATIONS TO**
                              *    **PLAINTIFFS' DEPOSITION**
FORD MOTOR COMPANY,        *    **DESIGNATIONS**
                              *
       Defendant.            *

## NOTICE OF FORD MOTOR COMPANY'S
## AMENDED OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

Defendant Ford Motor Company ("Ford"), pursuant to the Court's December 17, 2024

Order (Doc. 297), submits its (amended) objections and counter-designations to Plaintiffs' twenty

(20) deposition designations.[1]

In order to assist the Court and streamline this process where possible, Ford offers the

---

[1] Plaintiffs have indicated they may instead call some of the fact witnesses whose depositions they have designated as live witnesses at trial. Ford asks that Plaintiffs inform the Court and Ford of their decision regarding which witnesses they will call live and which they intend to present via deposition testimony no later than January 17, 2024, so that Ford may prepare accordingly for trial. Of note, any non-party witnesses that reside in Georgia can be compelled by subpoena to attend trial in Columbus. *See* Fed. R. Civ. P. 45(c)(1)(B) and Advisory Committee Notes.

following chart (or legend) that attempts in good faith to provide a categorical overview of many

of Ford's objections to questions posed to Ford's fact-witness engineers. *None* of the current or

former Ford engineers were deposed as corporate representatives. In addition, Ford has also

intended to amend this pleading to reflect the Court's Pretrial rulings; however, in order to preserve

these issues for appellate purposes, Ford does not waive or withdraw its original objections.

| Color | Objection/Bases | |
|-------|-----------------|---|
| Green | These questions are primarily lacking in foundation, are lacking in the witness's personal knowledge and/or call for a speculative answer. Accordingly, these questions are improper and should be disallowed by Fed. R. Evid. 602 and other similar objections. Of note, these questions may also suffer from other evidentiary difficulties as more specifically set forth within this pleading. | |
| Yellow | These questions are systemically "front-loaded" with irrelevant and impermissible lawyer colloquy, inadmissible comments and argumentative "testimony" from the lawyer as opposed to the witness. As such, these questions are improper and should be disallowed by Fed. R. Evid. 611 and other similar objections. These questions may also suffer from other evidentiary difficulties as more specifically set forth within this pleading. | |
| Pink | These questions tend to include improper references to improper "other similar incident" or OSI evidence. Sometimes there is a specific reference to a particular other Super Duty roof/structure lawsuit; sometimes the reference is a less specific prefatory (and erroneous) comment regarding a certain number of lawsuits where an occupant has been injured or killed in a Ford Super Duty truck. These questions are improper and should be disallowed by Fed. R. Evid. 403 and 802. These questions may also suffer from other evidentiary difficulties as more specifically set forth within this pleading. | |

**A.** **From the trial transcript in the second Hill trial (August 2022)**

**Trial Testimony Carl Zaas August 4, 2022**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 986 | 24 | 987 | 7 | | |
| 987 | 11 | 989 | 25 | | |
| 990 | 5 | 991 | 12 | FRE 402, 403, 611 | |
| 992 | 6 | 992 | 18 | FRE 402, 403, 611 | |
| 994 | 4 | 994 | 17 | | |
| 995 | 16 | 997 | 9 | While Ford does not object to this entire designation, it does object to the specific portion of this designation as follows: | |
| 996 | 3 | 996 | 12 | FRE 402, 403, 611 | |
| 996 | 22 | 997 | 3 | FRE 402, 403, 611 | |
| 1003 | 24 | 1004 | 12 | | |
| | | | | | 1001:3 - 1001:17 1003:21:1003:23 |
| 1004 | 21 | 1005 | 12 | FRE 602, 611 | |
| | | | | | 1005:23-1006:4 |
| 1007 | 24 | 1009 | 2 | FRE 402, 403, 602, 611 | |
| | | | | | 1010:8-1010:18 |
| 1011 | 2 | 1012 | 22 | FRE 402, 403, 602, 611 | |
| 1014 | 1 | 1014 | 6 | | |
| | | | | | 1014:9-1019:3 |
| 1019 | 11 | 1019 | 13 | FRE 602, 611 | |
| 1019 | 6 | 1020 | 20 | | |

**Trial Testimony Sal Caruso August 4, 2022**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1023 | 8 | 1023 | 16 | | |
| 1024 | 1 | 1032 | 16 | FRE 402, 403, 602, 611<br><br>Ford objects to this designation, in its entirety, based on lack of foundation. Ford further objects to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1024 | 13 | 1024 | 18 | FRE 402, 611 | |
| 1028 | 8 | 1028 | 10 | FRE 402, 403, 611 | |
| 1029 | 13 | 1029 | 17 | FRE 402, 403, 611 | |
| 1029 | 23 | 1030 | 5 | FRE 402, 403, 611 | |
| 1030 | 19 | 1030 | 21 | FRE 611 | |
| 1031 | 25 | 1032 | 13 | FRE 402, 403, 602, 611 | |
| 1039 | 18 | 1043 | 8 | FRE 402, 403, 602, 611<br><br>Ford objects to this designation, in its entirety, based on lack of foundation. Ford further objects to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1039 | 18 | 1040 | 25 | FRE 403, 602, 611 | |
| 1041 | 15 | 1042 | 4 | FRE 403, 602, 611 | |
| 1042 | 5 | 1043 | 8 | FRE 403, 603, 611, 802 | |
| 1043 | 9 | 1059 | 7 | | |
| 1043 | 9 | 1043 | 16 | FRE 403, 602, 611, 802 | |
| 1043 | 17 | 1044 | 3 | FRE 403, 602, 611 | |
| 1044 | 17 | 1044 | 21 | FRE 403, 602, 611 | |
| 1044 | 22 | 1045 | 16 | FRE 402, 403, 611, 802 | |
| 1046 | 2 | 1049 | 2 | FRE 402, 403, 611 | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1051 | 23 | 1052 | 10 | FRE 402, 403, 602, 611 | |
| 1052 | 12 | 1054 | 21 | FRE 402, 602, 611 | |
| 1055 | 12 | 1056 | 10 | FRE 402, 403, 602, 611 | |
| 1056 | 11 | 1057 | 14 | FRE 402, 403, 602, 611 Duplicative | |
| 1058 | 8 | 1058 | 16 | FRE 403, 602, 611 | |
| | | | | | 1059:10-1063:2 |
| 1064 | 14 | 1065 | 9 | FRE 402, 403, 602, 611 | |
| | | | | | 1065:13-1065:21 |

**Trial Testimony Jason Balzer  August 5, 2022**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1101 | 4 | 1101 | 13 | | |
| 1101 | 23 | 1102 | 19 | | |
| | | | | | 1102:20-1103:7 |
| 1103 | 8 | 1105 | 2 | FRE 402, 403 | |
| 1106 | 11 | 1113 | 23 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1109 | 2 | 1112 | 11 | FRE 602, 611 | |
| 1114 | 3 | 1125 | 18 | FRE 602, 611 | |
| 1125 | 24 | 1127 | 11 | FRE 602, 611 | |
| 1128 | 20 | 1129 | 3 | FRE 602, 611 | |
| 1129 | 17 | 1129 | 23 | FRE 602, 611 | |
| 1130 | 16 | 1130 | 20 | FRE 602, 611 | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1131 | 16 | 1139 | 1 | FRE 402. 403, 602, 611 | |
| 1139 | 8 | 1139 | 9 | FRE 602, 611 | |
| 1139 | 14 | 1141 | 16 | FRE 602, 611 | |
| | | | | | 1142:8-1142:10 |
| 1142 | 15 | 1144 | 3 | | |
| 1144 | 11 | 1144 | 20 | FRE 602, 611 | |
| 1146 | 9 | 1147 | 17 | FRE 602, 611 | |
| | | | | | 1147:20-1150:20 |
| 1151 | 2 | 1151 | 6 | FRE 602, 611 | |
| 1151 | 10 | 1151 | 16 | FRE 602, 611 | |

**Trial Testimony Joseph Weishaar August 5, 2022.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1155 | 4 | 1158 | 2 | | |
| 1158 | 13 | 1169 | 9 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1159 | 15 | 1160 | 23 | FRE 403, 602, 611 | |
| 1167 | 25 | 1168 | 1 | FRE 403, 602, 611 | |
| 1168 | 17 | 1169 | 5 | FRE 403, 602, 611 | |
| 1170 | 1 | 1176 | 14 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1170 | 1 | 1170 | 5 | FRE 403, 602, 611; Calls for legal conclusion. | |
| 1171 | 21 | 1174 | 25 | FRE 403, 602, 611 | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1176 | 18 | 1178 | 22 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1176 | 2 | 1176 | 14 | FRE 403, 602, 611 | |
| 1179 | 19 | 1182 | 14 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1180 | 20 | 1182 | 14 | FRE 403, 602, 611 | |
| 1183 | 4 | 1191 | 23 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1183 | 4 | 1185 | 3 | FRE 403, 602, 611 | |
| 1188 | 24 | 1191 | 10 | FRE 403, 602, 802 611 | |
| | | | | | 1192:1-1195:9 |
| 1195 | 12 | 1195 | 14 | | |
| | | | | | 1195:15-1196:3 |
| 1196 | 4 | 1197 | 1 | FRE 602, 611 | |
| 1197 | 22 | 1197 | 24 | | |

**Trial Testimony Larry Queener August 5, 2022**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1254 | 14 | 1256 | 20 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1255 | 3 | 1255 | 11 | FRE 402 | |
| 1256 | 8 | 1256 | 20 | FRE 402 | |
| 1258 | 7 | 1258 | 25 | FRE 602, 611 | |
| 1259 | 6 | 1272 | 15 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1259 | 6 | 1259 | 12 | FRE 402, 403, 602, 611 | |
| 1259 | 13 | 1259 | 16 | FRE 402, 611 | |
| 1260 | 12 | 1261 | 9 | FRE 402, 403, 602, 611, 802 | |
| 1261 | 24 | 1261 | 25 | FRE 602 | |
| 1262 | 11 | 1262 | 20 | FRE 602 | |
| 1263 | 18 | 1266 | 17 | FRE 402, 403, 602, 611 | |
| 1267 | 19 | 1267 | 22 | FRE 403, 602, 611 | |
| 1268 | 3 | 1269 | 5 | FRE 403, 602, 611 | |
| 1270 | 2 | 1270 | 4 | FRE 403, 602, 611 | |
| 1271 | 3 | 1272 | 15 | FRE 403, 602, 611 | |
| 1273 | 22 | 1274 | 5 | FRE 402, 403, 611 | |

**Trial Testimony Ram Krishnaswami August 5, 2022**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1274 | 19 | 1275 | 13 | FRE 402, 611 | |
| | | | | | 1275:22-1276:24 |
| | | | | | 1278:7-1278:23 |
| 1280 | 1 | 1280 | 13 | FRE 611 | |
| | | | | | 1281:2-1281:7 |

8

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| | | | | | 1281:19-1282:2 |
| 1286 | 5 | 1289 | 1 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1286 | 5 | 1286 | 8 | FRE 402, 611 | |
| 1288 | 11 | 1289 | 1 | FRE 403, 602, 611, 802 | |
| 1290 | 9 | 1290 | 18 | FRE 402, 403, 602, 611 | |
| 1292 | 9 | 1293 | 2 | | |

**Trial Testimony Ram Krishnaswami Hill v. Ford  Vol. 15 Trial Transcript.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| | | | | | 1614:5-10 |
| | | | | | 1614:19 - 1615: 11 |

**Trial Testimony Steve Kozak August 5, 2022**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1230 | 5 | 1231 | 19 | | |
| 1231 | 25 | 1240 | 13 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1232 | 15 | 1234 | 1 | FRE 403, 602, 611 | |
| 1234 | 8 | 1237 | 7 | FRE 403, 602, 611 | |
| 1238 | 6 | 1238 | 15 | FRE 403, 602, 611 | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 1240 | 17 | 1247 | 12 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 1240 | 17 | 1242 | 4 | FRE 403, 602, 611 | |
| 1242 | 6 | 1242 | 19 | FRE 402, 602, 611 | |
| 1243 | 3 | 1245 | 4 | FRE 602, 611 | |
| 1245 | 6 | 1245 | 10 | FRE 611 | |
| 1245 | 12 | 1245 | 25 | FRE 602, 611 | |
| 1246 | 1 | 1247 | 10 | FRE 602, 611 | |
| 1248 | 15 | 1249 | 5 | FRE 403, 602, 611 | |
| | | | | | 1252:8-1253:15 |

**B.** **From depositions taken in Mills (Brogdon) v. Ford – Ford current or former employees**

**Deposition of Ridha Baccouche taken September 18, 2024**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 8 | 21 | 9 | 9 | | |
| 9 | 17 | 9 | 22 | FRE 602 | |
| 10 | 2 | 10 | 3 | | |
| 10 | 11 | 10 | 15 | FRE 602 | |
| 10 | 17 | 10 | 17 | FRE 602 | |
| 10 | 21 | 11 | 7 | | |
| 12 | 7 | 12 | 10 | | |
| 13 | 5 | 13 | 7 | FRE 602 | |
| 13 | 10 | 13 | 25 | FRE 602 | |
| 14 | 3 | 14 | 10 | | |
| 14 | 14 | 14 | 14 | | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 15 | 24 | 16 | 5 | | |
| 16 | 7 | 17 | 1 | FRE 403, 611 | |
| 24 | 11 | 24 | 16 | | |
| 24 | 29 | 25 | 1 | FRE 602 | |
| 24 | 4 | 24 | 4 | | |
| | | | | | 27:20-28:6<br>30:8-30:13<br>30:20-31:15 |
| 31 | 16 | 31 | 20 | | |
| | | | | | 31:21-33:15<br>33:18-34:10<br>34:14-34:21<br>35:4-35:7<br>35:13-35:14<br>35:17<br>35:23-36:7<br>36:12-36:23<br>37:5-38:1<br>38:10-38:12<br>38:19-39:23<br>40:17-42:17<br>42:21-44:14<br>44:17-44:20<br>44:25-45:15<br>45:18-46:3<br>46:6-46:10 |
| 47 | 3 | 47 | 10 | | |
| 47 | 12 | 47 | 15 | | |
| 48 | 7 | 48 | 17 | FRE 402, 403, 611 | |
| 48 | 22 | 48 | 23 | FRE 402, 403, 611 | |
| 49 | 2 | 49 | 3 | FRE 402, 403, 611 | |
| 49 | 12 | 49 | 21 | FRE 402, 403, 611 | |
| 49 | 23 | 49 | 23 | FRE 402, 403, 611 | |
| | | | | | 50:6-50:10 |

**Deposition of Derrick Kuzak taken September 19, 2024.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 9 | 13 | 9 | 18 | | |
| | | | | | 9:19-10:15 11:14-21 |
| 12 | 6 | 13 | 18 | | |
| | | | | | 11:24-12:5 |
| 13 | 23 | 15 | 3 | | |
| | | | | | 15:4-15:11 15:16-16:6 |
| 16 | 7 | 16 | 12 | | |
| | | | | | 16:17-20:1 20:4-20:8 |
| 20 | 16 | 20 | 20 | FRE 602, 611 | |
| 20 | 23 | 21 | 6 | FRE 602, 611 | |
| 21 | 8 | 21 | 15 | FRE 602, 611 | |
| 21 | 18 | 21 | 21 | FRE 602, 611 | |
| 21 | 23 | 21 | 25 | FRE 602, 611 | |
| 22 | 3 | 22 | 4 | FRE 602, 611 | |
| 23 | 7 | 24 | 1 | | |
| | | | | | 24:2-24:4 24:7-24:8 24:13-25:9 25:12-25:12 25:14-25:16 25:20-25:21 |
| 27 | 4 | 27 | 8 | FRE 602, 611 | |
| | | | | | 27:11-27:13 |
| 27 | 14 | 28 | 11 | FRE 602, 611 | |
| 28 | 14 | 28 | 16 | FRE 602, 611 | |
| 28 | 18 | 28 | 18 | FRE 602, 611 | |
| | | | | | 28:20-36:22 |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 36 | 23 | 37 | 1 | FRE 602, 611 | |
| 37 | 4 | 37 | 15 | FRE 602, 611 | |
| 37 | 19 | 37 | 21 | FRE 602, 611 | |
| 37 | 23 | 37 | 25 | FRE 602, 611 | |
| 38 | 2 | 38 | 8 | FRE 602, 611 | |
| 38 | 10 | 38 | 11 | FRE 602, 611 | |
| 38 | 13 | 38 | 14 | FRE 602, 611 | |
| 38 | 17 | 39 | 2 | FRE 602, 611 | |
| 39 | 4 | 39 | 5 | FRE 602, 611 | |
| | | | | | 39:17-40:15 40:25-42:5 44:25-45:6 |

**Deposition of Ram Krishnaswami taken September 17, 2024.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 7 | 5 | 13 | 23 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 7 | 5 | 8 | 16 | FRE 402, 403, 611 | |
| 8 | 24 | 9 | 1 | FRE 402, 403, 611 | |
| 9 | 15 | 10 | 14 | FRE 402, 403, 611 | |
| 10 | 19 | 10 | 22 | FRE 402, 403, 611 | |
| 11 | 4 | 11 | 20 | FRE 402, 403, 611 | |
| 13 | 12 | 13 | 21 | FRE 402, 403, 611 | |
| 14 | 22 | 20 | 1 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 14 | 22 | 15 | 12 | FRE 402, 403, 611, 802 | |
| 15 | 19 | 17 | 16 | FRE 402, 403, 611, 802 | |
| 18 | 12 | 18 | 15 | FRE 602 | |
| 18 | 18 | 19 | 24 | FRE 402, 403, 602, 611 | |
| 21 | 7 | 21 | 21 | | |
| 22 | 1 | 30 | 13 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 22 | 24 | 23 | 24 | FRE 402, 403, 602, 611 | |
| 24 | 10 | 24 | 15 | FRE 106, 403, 403, 611 | |
| 24 | 21 | 24 | 25 | FRE 602, 611 | |
| 25 | 8 | 25 | 19 | FRE 402, 403, 611 | |
| 26 | 5 | 27 | 12 | FRE 106, 402, 403, 602, 611 | |
| 29 | 11 | 30 | 6 | FRE 106, 402, 403, 602, 611 | |
| | | | | | 31:7-31:12 |
| 33 | 20 | 34 | 6 | FRE 611 | |
| | | | | | 35:2-35:5 |
| 35 | 18 | 39 | 16 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 35 | 18 | 37 | 12 | FRE 403, 611 | |
| 38 | 16 | 38 | 18 | FRE 611; Calls for a legal conclusion | |
| 41 | 15 | 44 | 6 | FRE 402, 403, 611, 802 | |
| 45 | 23 | 46 | 9 | FRE 402, 403, 611, 802 | |
| 47 | 9 | 47 | 12 | FRE 402, 403, 611, 802 | |
| | | | | | 48:8-48:10 48:15-48:16 49:19-49:25 |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 50 | 19 | 54 | 24 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 50 | 19 | 51 | 15 | FRE 402, 403, 611, 802 | |
| 52 | 7 | 54 | 22 | FRE 106, 402, 403, 611, 802 | |
| 56 | 6 | 57 | 12 | FRE 402, 403, 611, 802 | |
| 59 | 20 | 60 | 4 | FRE 402, 403, 611, 802 | |
| | | | | | 64:3-64:9 |
| 67 | 22 | 69 | 1 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 68 | 7 | 68 | 24 | FRE 402, 403, 611, 802 | |
| 69 | 17 | 73 | 3 | While Ford does not object to this entire designation, Ford does object to certain other portions (or sub-sections) of this particular designation as set forth below. | |
| 69 | 17 | 70 | 13 | FRE 402, 403, 611, 802 | |
| 71 | 21 | 71 | 25 | FRE 611 | |
| 74 | 13 | 75 | 7 | FRE 402, 403, 611, 802 | |
| 80 | 25 | 81 | 1 | | |

C.   **From depositions taken in Mills (Brogdon) v. Ford - treating physician and scene witnesses**

**Deposition of William Ellis taken July 17, 2024.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 6 | 1 | 8 | 22 | | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| | | | | | 12:8-14:7 |
| | | | | | 15:7-18:3 |
| | | | | | 18:14-43:16 |
| | | | | | 47:3-48:3 |
| | | | | | 49:2-50:19 |
| | | | | | 53:4-53:11 |
| | | | | | 57:10-60:12 |
| | | | | | 60:23-63:23 |
| | | | | If Dr. Ellis is allowed to render opinions on cause of death, then Ford counter designates | 64:2-64:24 |
| 65 | 21 | 67 | 23 | Witness was not designated as an expert (*see* Ford's motion to exclude medical opinions [Docs. 222, 222-1]; FRE 602, 702 Cannot state any opinion to a reasonable degree of medical certainty; Improper speaking objection. <span style="color:red">The Court denied Ford's motion [Docs. 222, 222-1] to exclude Dr. Ellis under Rules 602 and 702 and based on Plaintiffs' failure to identify them as experts and their failure to render opinions to a reasonable degree of medical certainty. For purposes of the record, Ford maintains these objections and will renew them at trial but understands that the Court has overruled them at this time. [Doc. 297 at p. 11.]</span> | |
| | | | | If Dr. Ellis is allowed to render opinions on cause of death, then Ford counter designates | 68:21-71:3 |
| 71 | 11 | 72 | 15 | Counsel colloquy; no question to witness | |
| 74 | 1 | 77 | 23 | | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 78 | 1 | 78 | 22 | | |
| 79 | 8 | 80 | 5 | | |
| 80 | 6 | 80 | 12 | Witness was not designated as an expert (*see* Ford's motion to exclude medical opinions [Docs. 222, 222-1]; <br><br> FRE 602, 702 <br><br> **Cannot state any opinion to a reasonable degree of medical certainty** <br><br> <span style="color:red">The Court denied Ford's motion [Docs. 222, 222-1] to exclude Dr. Ellis under Rules 602 and 702 and based on Plaintiffs' failure to identify them as experts and their failure to render opinions to a reasonable degree of medical certainty.  For purposes of the record, Ford maintains these objections and will renew them at trial but understands that the Court has overruled them at this time.  [Doc. 297 at p. 11.]</span> | |
| 80 | 13 | 85 | 6 | | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 85 | 7 | 85 | 9 | Witness was not designated as an expert (*see* Ford's motion to exclude medical opinions [Docs. 222, 222-1]; <br><br> FRE 602, 702 <br><br> Cannot state any opinion to a reasonable degree of medical certainty <br><br> <span style="color:red">The Court denied Ford's motion [Docs. 222, 222-1] to exclude Dr. Ellis under Rules 602 and 702 and based on Plaintiffs' failure to identify them as experts and their failure to render opinions to a reasonable degree of medical certainty.  For purposes of the record, Ford maintains these objections and will renew them at trial but understands that the Court has overruled them at this time.  [Doc. 297 at p. 11.]</span> | |
| 85 | 10 | 86 | 14 | FRE 602, 802 | |
| 86 | 15 | 90 | 17 | | |
| 90 | 18 | 91 | 2 | FRE 602 | |
| 91 | 3 | 91 | 17 | | |
| 91 | 18 | 93 | 23 | FRE 602 | |
| 93 | 24 | 94 | 23 | Counsel colloquy | |
| | | | | If Dr. Ellis is allowed to render opinions on cause of death, then Ford counter designates | 94:24-95:11 |
| 96 | 2 | 96 | 17 | | |

**Deposition of Dr. Sydney Cochran taken July 16, 2024.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 5 | 9 | 6 | 11 | | |
| 6 | 12 | 6 | 18 | Counsel colloquy | |
| 6 | 19 | 8 | 7 | | |
| | | | | | 10:6-7 |
| 10 | 23 | 11 | 3 | Duplicative | |
| 11 | 22 | 14 | 21 | | |
| | | | | If Dr. Cochran is allowed to testify as to opinions on cause of death, then Ford counter designates | 14:22-16:14 17:9-18:10 |
| 18 | 11 | 18 | 17 | Counsel colloquy | |
| 18 | 18 | 18 | 21 | | |
| 18 | 22 | 19 | 19 | Counsel colloquy and speaking objections and repeated question in light of speaking objections | |
| 19 | 20 | | | | |
| | | | | If Dr. Cochran is allowed to testify as to opinions on cause of death, then Ford counter designates | 20:8-20:17 |
| 20 | 18 | 20 | 23 | | |
| | | | | | 21:1-21:7 22:1-23:12 24:8-24:21 26:12-27:6 28:13-29:1 29:6-29:11 30:1-31:8 32:7-33:22 35:8-35:13 37:8-38:23 |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| | | | | If Dr. Cochran is allowed to testify as to opinions on cause of death, ten Ford counter designates | 39:14-41:11 |
| | | | | | 41:18-42:4 |
| | | | | | 42:22-47:4 |
| | | | | | 47:11-48:19 |
| | | | | | 49:7-49:9 |
| | | | | | 50:15-50:21 |
| | | | | | 51:6-52:2 |
| | | | | | 52:9-52:12 |
| | | | | | 53:12-57:22 |
| | | | | | 60:23-61:9 |
| | | | | | 63:15-64:23 |
| | | | | | 69:1-69:23 |
| | | | | | 74:3-76:8 |
| | | | | | 78:23-79:13 |
| | | | | | 83:4-84:12 |
| | | | | | 85:10-88:4 |
| | | | | | 88:14-91:6 |
| | | | | | 91:20-92:1 |
| | | | | | 93:7-93:15 |
| | | | | | 95:11-98:12 |
| | | | | | 99:3-99:13 |
| | | | | If Dr. Cochran is allowed to testify as to opinions on cause of death, then Ford counter designates | 101:9-101:18 |
| | | | | | 103:3-104:13 |
| | | | | | 105:15-106:10 |
| | | | | If Dr. Cochran is allowed to testify as to opinions on cause of death, then Ford counter designates | 108:2-108:5 |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 112 | 10 | 114 | 21 | FRE 602, 702<br><br>Cannot state any opinion to a reasonable degree of medical certainty;<br><br>The Court denied Ford's motion [Docs. 222, 222-1] to exclude Dr. Ellis under Rules 602 and 702 and based on Plaintiffs' failure to identify them as experts and their failure to render opinions to a reasonable degree of medical certainty. For purposes of the record, Ford maintains these objections and will renew them at trial but understands that the Court has overruled them at this time. [Doc. 297 at p. 11.] | |
| 114 | 22 | 118 | 5 | Witness was not designated as an expert (*see* Ford's motion to exclude medical opinions [Docs. 222, 222-1];<br><br>FRE 602, 702<br><br>Cannot state any opinion to a reasonable degree of medical certainty;<br><br>The Court denied Ford's motion [Docs. 222, 222-1] to exclude Dr. Ellis under Rules 602 and 702 and based on Plaintiffs' failure to identify them as experts and their failure to render opinions to a reasonable degree of medical certainty. For purposes of the record, Ford maintains these objections and will renew them at trial but understands that the Court has overruled them at this time. [Doc. 297 at p. 11.] | |
| 118 | 6 | 118 | 12 | FRE 602 | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 118 | 13 | 120 | 3 | Witness was not designated as an expert (*see* Ford's motion to exclude medical opinions [Docs. 222, 222-1]; FRE 602, 702 Cannot state any opinion to a reasonable degree of medical certainty; <span style="color:red">The Court denied Ford's motion [Docs. 222, 222-1] to exclude Dr. Ellis under Rules 602 and 702 and based on Plaintiffs' failure to identify them as experts and their failure to render opinions to a reasonable degree of medical certainty. For purposes of the record, Ford maintains these objections and will renew them at trial but understands that the Court has overruled them at this time. [Doc. 297 at p. 11.]</span> | |
| 120 | 4 | 123 | 2 | Counsel colloquy | |

**Deposition of Brian Palmer taken December 14, 2023.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 5 | 3 | 10 | 16 | | |
| | | | | | 10:17-10:22 |
| 10 | 23 | 13 | 19 | | |
| 14 | 21 | 20 | 19 | | |
| 20 | 20 | 21 | 12 | FRE 602 | |
| | | | | | 21:21-22:2 27:18-28:4 |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 28 | 18 [sic] Should be 17 | 28 | 25 | | |
| | | | | | 29:1-29:3 29:21-30:6 31:17-32:2 |
| 33 | 23 | 33 | 10 | | |
| | | | | | 33:11-33:14 |
| 33 | 15 | 33 | 17 | Incomplete question without 33:10-33:14 | |
| 33 | 18 | 33 | 24 | | |
| 34 | 3 | 35 | 17 | | |
| | | | | | 35:20-35:23 |
| 34 | 24 | 36 | 21 | | |
| | | | | | 36:22-38:1 |
| 38 | 2 | 38 | 11 | | |
| | | | | | 38:12-39:5 |
| 39 | 6 | 39 | 21 | | |
| | | | | | 39:22-40:23 |
| 40 | 24 | 42 | 20 | | |
| | | | | | 45:25-47:10 |
| 56 | 5 | 57 | 21 | Witness is not qualified to render expert opinion on injury causation (*see* Ford motion in limine); FRE 602<br><br><span style="color:red">Court sustained these objections in granting Ford' Omnibus Motion in Limine #2 [Doc. 234]. [Doc. 297 at p. 12.]</span> | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 58 | 19 | 59 | 11 | Witness is not qualified to render expert opinion on injury causation (*see* Ford motion in limine); FRE 602<br><br>Court sustained these objections in granting Ford' Omnibus Motion in Limine # 2 [Doc.234].  [Doc. 297 p. 12.] | |
| | | | | If Officer Palmer is allowed to testify regarding injury causation, then ford counter designates | 59:19-60:1 |
| 60 | 2 | 61 | 21 | Duplicative | |
| 61 | 25 | 62 | 7 | No questions | |
| 62 | 8 | 62 | 14 | | |
| 62 | 15 | 62 | 20 | FRE 802<br>Affidavit not being used for impeachment | |
| 62 | 21 | 63 | 17 | Witness is not qualified to render expert opinion on injury causation (*see* Ford motion in limine);<br><br>FRE 602, 802<br><br>Court sustained these objections in granting Ford' Omnibus Motion in Limine # 2 [Doc. 234]. [Doc. 297 at p. 12] | |
| 63 | 18 | 64 | 19 | FRE 802 – Inadmissible Hearsay (The Rule Against Hearsay)<br><br>Affidavit not being used for impeachment | |
| 66 | 24 | 69 | 9 | Leading | |
| 69 | 13 | 69 | 17 | Leading | |
| 69 | 18 | 70 | 17 | Leading | |
| 71 | 11 | 71 | 13 | FRE 602 | |
| 72 | 9 | 72 | 14 | FRE 402 | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| | | | | | 76:17-77:17 |

**Deposition of Jacob Sanchez taken January 23, 2024[2]**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 5 | 1 | 6 | 23 | | |
| 7 | 19 | 14 | 14[sic] should be 15 | | |
| 15 | 9 | 17 | 10 | | |
| 17 | 11 | 17 | 22 | FRE 611<br><br>Counsel colloquy | |
| 17 | 23 | 17 | 25 | | |
| | | | | | 19:15-19:22 |
| 20 | 22 | 22 | 1 | | |
| | | | | | 22:23-26:16 |
| 26 | 17 | 30 | 15 [sic] should include answer at 16 | | |
| | | | | | 33:21-33:24 |
| 33 | 25 | 34 | 3 | | |
| 38 | 20 | 40 | 18 | | |
| 42 | 3 | 42 | 13 | | |
| | | | | | 42:14-43:17 |
| 45 | 21 | 48 | 2 | | |
| | | | | | 50:3-51:5<br><br>52:5-53:22 |
| 53 | 23 | 54 | 14 | FRE 602 | |

---

[2] Trooper Sanchez's transcript is incorrectly dated January 23, 2023.

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| | | | | | 55:14-56:5 |
| 56 | 6 | 56 | 12 | | |
| | | | | | 56:13-56:19 |
| 56 | 22 | 57 | 3 | | |
| | | | | | 57:15-58:3<br>58:23-59:10<br>61:24-62:3<br>62:12-62:14<br>73:15-74:6 |
| 75 | 5 | 75 | 14 | | |
| 78 | 20 | 79 | 15 | Affidavit not being used by plaintiffs for impeachment | |
| | | | | | 79:16-79:21 |
| 80 | 18 | 81 | 25 | Witness is not qualified to render expert opinion on injury causation (*see* Ford motion in limine);<br><br>FRE 602, 702<br>Affidavit is not being used by plaintiffs for improper impeachment<br><br>Court sustained these objections in granting Ford' Omnibus Motion in Limine # 2 [Doc. 234]. [Doc. 297 at p. 12] | |
| | | | | If Trooper Sanchez is allowed to testify regarding injury causation, then Ford counter designates | 82:1-83:8 |
| 83 | 9 | 84 | 10 | Witness is not qualified to render expert opinion on injury causation (*see* Ford motion in limine);<br><br>FRE 602, 702<br><br>Court sustained these objections in granting Ford' Omnibus Motion in Limine # 2 [Doc. 234]. [Doc. 297 at p. 12] | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 84 | 11 | 84 | 20 | | |
| 84 | 21 | 85 | 4 | Witness is not qualified to render expert opinion on injury causation (*see* Ford motion in limine); FRE 602, 702<br><br>Court sustained these objections in granting Ford' Omnibus Motion in Limine # 2 [Doc. 234]. [Doc. 297 at p. 12] | |
| 85 | 5 | 85 | 24 | | |
| 85 | 25 | 86 | 17 | FRE 802<br>Plaintiffs may not affirmatively use the affidavit | |
| 86 | 18 | 89 | 14 | Plaintiffs moved to exclude reference to no impairment | |
| 90 | 18 | 96 | 3 | | |
| 97 | 7 | 98 | 22 | | |
| 98 | 23 | 99 | 18 | FRE 402, 602, 802<br>Other unrelated incident<br><br>Court sustained these objections in granting Plaintiffs' Motion in Limine to Exclude Reference by Lay Persons to Other Rollover Accidents # 6 [Doc. 247 at p. 14] | |
| 99 | 19 | 100 | 20 | FRE 802<br><br>Affidavit not being used by plaintiffs for impeachment | |
| 101 | 15 | 102 | 12 | FRE 602, 702<br>Witness not qualified to render expert opinion on restraint system | |

**Deposition of Anthony Harrison taken December 14, 2023.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 5 | 1 | 11 | 6 | | |
| 13 | 2 | 13 | 22 | | |
| | | | | | 14:1-17:14 |
| 18 | 3 | 25 | 16 | | |
| 25 | 17 | 25 | 19 | FRE 402, 602 | |
| 26 | 15 | 28 | 16 | | |
| | | | | | 28:17-28:21 |
| 29 | 13 | 30 | 6 | | |
| | | | | | 31:6-31:14 |
| 31 | 15 | 32 | 15 | | |
| 33 | 6 | 34 | 12 | | |
| | | | | | 34:15-35:3 |
| 35 | 4 | 37 | 22 | | |
| | | | | | 39:25-40:10 42:23-42:25 |
| 43 | 1 | 43 | 19 | Incomplete answer | 43:20-43:22 |
| 47 | 23 | 48 | 21 | FRE 802 Affidavit not being used by plaintiffs for impeachment | |
| 48 | 22 | 51 | 6 | | |
| 51 | 7 | 51 | 18 | Counsel colloquy; No question | |
| 51 | 19 | 52 | 22 | FRE 802 Affidavit not being used by plaintiffs for impeachment | |
| 52 | 23 | 53 | 6 | Leading | |
| 53 | 7 | 54 | 22 | | |
| 54 | 23 | 55 | 2 | No questions | |
| 55 | 3 | 55 | 18 | Leading | |
| 55 | 19 | 56 | 20 | | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 56 | 21 | 57 | 1 | FRE 402 | |
| 57 | 2 | 57 | 23 | FRE 402 | |
| 57 | 24 | 59 | 9 | | |
| 59 | 10 | 60 | 24 | FRE 611<br><br>Leading; Speculation | |
| 60 | 25 | 61 | 17 | | |
| 61 | 18 | 61 | 23 | Leading | |
| | | | | | 61:24-62:6 |
| 62 | 11 | 63 | 6 | | |
| 68 | 4 | 68 | 9 | | |
| 69 | 18 | 70 | 24 | | |

**Deposition of Jimmy Cooper taken December 14, 2023.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 5 | 4 | 6 | 14 | | |
| 7 | 10 | 10 | 3 | | |
| | | | | | 12:8-12:22 |
| 12 | 23 | 15 | 25 | | |
| | | | | | 16:1-16:20<br>17:13-18:25 |
| 19 | 1 | 20 | 3 | | |
| | | | | | 20:14-20:25 |
| 21 | 1 | 28 | 8 | | |
| | | | | Depending on the Court's ruling on Plaintiffs' Motion in Limine on Witness Tampering, Ford counter designates | 33:16-35:1<br>36:1-37:19 |
| 38 | 1 | 40 | 23 | FRE 802<br>Affidavit not being used by plaintiffs for impeachment | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 40 | 24 | 43 | 2 | | |
| 43 | 3 | 43 | 12 | Leading | |
| 43 | 13 | 43 | 23 | | |
| 43 | 24 | 44 | 10 | Leading | |
| 44 | 11 | 45 | 10 | | |

**Deposition of Kristen Drexler taken December 15, 2023.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 5 | 2 | 9 | 21 | | |
| 11 | 5 | 13 | 3 | | |
| 15 | 7 | 15 | 12 | | |
| 17 | 2 | 18 | 14 | | |
| | | | | | 20:18-20:22 |
| 20 | 23 | 21 | 4 | | |
| | | | | | 21:5-21:9 21:16-22:1 |
| 23 | 10 | 23 | 18 | | |
| 24 | 16 | 29 | 10 | | |
| | | | | | 29:11-30:6 30:24-31:4 |
| 31 | 7 | 37 | 20 | | |
| | | | | Depending on the Court's ruling on Plaintiffs' Motion in Limine on Witness Tampering, Ford may counter designate. | 39:7-40:6 |
| 41 | 11 | 42 | 14 | FRE 802 Affidavit not being used by plaintiffs for impeachment | |
| | | | | | 42:24-46:14 |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 46 | 24 | 49 | 22 | FRE 802<br>Affidavit not being used by plaintiffs for impeachment | |
| 49 | 23 | 50 | 14 | | |
| 52 | 2 | 52 | 25 | | |
| 53 | 1 | 53 | 3 | FRE 611 | |
| 58 | 5 | 58 | 18 | | |
| 58 | 19 | 59 | 1 | FRE 802<br>Leading | |
| 62 | 3 | 64 | 1 | | |
| 66 | 11 | 66 | 21 | FRE 802<br>Affidavit not being used by plaintiffs for impeachment | |

## 8.    Deposition of Courtney Pollock taken January 23, 2024[3].

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 5 | 6 | 7 | 11 | | |
| 7 | 21 | 10 | 7 | | |
| 11 | 7 | 12 | 2 | | |
| 12 | 14 | 12 | 18 | | |
| 14 | 11 | 16 | 20 | | |
| 17 | 7 | 17 | 21 | FRE 602, 702<br>Speculation<br><br>Court sustained these objections in granting Plaintiffs' Motion in Limine to Exclude Reference by Lay Persons to Other Rollover Accidents # 6 [Doc. 247 at p. 14] | |
| | | | | | 18:1-19:8 |
| 19 | 9 | 21 | 8 | | |

---

[3] Ms. Pollock's transcript is incorrectly dated January 23, 2023

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| | | | | | 21:21-22:13 |
| 22 | 14 | 24 | 17 | | |
| 25 | 1 | 28 | 17 | | |
| | | | | Depending on the Court's ruling on Plaintiffs' Motion in Limine on Witness Tampering. Ford may counter designate | 29:3-30:3 |
| 30 | 10 | 31 | 9 | FRE 802<br>Affidavit not being used by plaintiffs for impeachment | |
| 32 | 11 | 33 | 1 | FRE 802<br>Affidavit not being used by plaintiffs for impeachment | |
| 33 | 22 | 34 | 1 | FRE 602, 702, 802<br>Affidavit not being used by plaintiffs for impeachment<br><br>Court sustained these objections in granting Ford' Omnibus Motion in Limine # 2 [Doc. 234]. [Doc. 297 at p. 12.] | |
| | | | | If Ms. Pollock is allowed to testify regarding injury causation, then Ford counter designates | 34:2-36:6 |
| 36 | 11 | 37 | 5 | | |

**Deposition of Trenton Russ taken December 15, 2023.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 5 | 3 | 8 | 19 | | |
| 9 | 17 | 9 | 23 | | |
| 10 | 18 | 11 | 9 | | |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 11 | 24 | 13 | 23 | | |
| 17 | 9 | 18 | 16 | | |
| 18 | 25 | 23 | 20 | | |
| | | | | | 23:23-24:9 |
| 24 | 25 | 27 | 1 | FRE 802<br>Affidavit not being used by plaintiffs for impeachment | |
| 30 | 18 | 32 | 1 | FRE 802<br>Affidavit not being used by plaintiffs for impeachment | |
| 32 | 2 | 33 | 13 | | |
| 33 | 14 | 33 | 16 | FRE 602, 611 | |
| 34 | 17 | 34 | 17 | Discussion among plaintiffs'' counsel and his staff | |
| 35 | 9 | 36 | 22 | FRE 602<br>Misleading; Leading | |
| 36 | 23 | 37 | 5 | FRE 802<br>Leading | |
| 37 | 6 | 38 | 22 | | |

**10. Deposition of Brett Wilkinson taken December 15, 2023.**

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 5 | 3 | 8 | 12 | | |
| 10 | 9 | 11 | 3 | | |
| 12 | 23 | 13 | 1 | | |
| 14 | 1 | 17 | 8 | | |
| 17 | 22 | 22 | 20 | | |
| 27 | 25 | 29 | 14 | Relevance | |
| 29 | 15 | 31 | 1 | | |
| | | | | | 31:2-31:18 |

| Starting Page | Starting Line | Ending Page | Ending Line | Defense Objection | Counter Designation |
|---|---|---|---|---|---|
| 31 | 19 | 32 | 15 | | |
| 34 | 18 | 36 | 7 | | |
| 36 | 8 | 36 | 20 | Argumentative; improper influence on witness | |

Respectfully submitted this 19th day of December, 2024,

/s/ Michael R. Boorman
Michael R. Boorman
Georgia Bar No.: 067798
Philip A. Henderson
Georgia Bar No.: 604769
WATSON SPENCE LLP
600 Peachtree Street NE, Suite 2320
Atlanta, GA 30308
Telephone: 229-436-1545
mboorman@watsonspence.com
phenderson@watsonspence.com


Charles E. Peeler
Georgia Bar No.: 570399
Harold D. Melton
Georgia Bar No.: 501570
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Telephone:  404-885-3000
harold.melton@troutman.com
Charles.peeler@troutman.com

Elizabeth B. Wright
*Admitted Pro Hac Vice*
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone:  216-566-5500
Elizabeth.wright@thompsonhine.com

Paul F. Malek

*Admitted Pro Hac Vice*
HUIE, FERNAMBUCQ & STEWART, LLP
3291 US Highway 280, Suite 200
Birmingham, AL 35243
Telephone:  205-251-1193
pmalek@huielaw.com

Michael W. Eady
*Admitted Pro Hac Vice*
THOMPSON, COE, COUSINS & IRONS, L.L.P.
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone:  512-708-8200
meady@thompsoncoe.com

***Attorneys for Defendant***
***Ford Motor Company***

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JAMES EDWARD ("Dusty") BROGDON, Jr., *
as Executor of the Estate of Debra Sue Mills, *
deceased, and JAMES EDWARD BROGDON, Jr., *
and RONALD BRIAN ("Rusty") BROGDON, *
Individually and as surviving children of *  CIVIL ACTION FILE
Debra Sue Mills, *
 *  NO. 4:23-cv-00088-CDL
and *
 *
JAMES EDWARD BROGDON, Jr., *
as Executor of the Estate of Herman Edwin Mills, *
deceased, and JASON EDWIN MILLS, *
Individually and as surviving child *
of Herman Edwin Mills, *
 *
 *
  Plaintiffs, *
 *
 *
v. *
 *
FORD MOTOR COMPANY, *
 *
 *
  Defendant. *

## PLAINTIFFS' OBJECTIONS TO FORD'S COUNTER-DESIGNATIONS FROM TRIAL AND DEPOSITION TESTIMONY

**Hill v. Ford Second Trial Testimony of Ford employee Ramnarian Krishnaswami,**

**Vol. 10, Hill Transcript.**

Plaintiffs designated certain trial testimony of Ford employee Ramnarian Krishnaswami

from the second Hill trial, Volume 10.  In response Ford has purported to 'designate' not from

that testimony, but from that witness' testimony 8 ½ years earlier at the first Hill trial. See Doc.

1

298 at 9, "Trial testimony Ram Krishnaswami Hill v. Ford Vol. 15 Trial Transcript." That is not part of the testimony from which Plaintiffs have designated. Plaintiffs object to that designation.

**Other Ford counter-designations**

Ford has made 176 other counter-designations (if Plaintiffs' counsel's counting is correct). Plaintiffs' counsel have not had time to study all those counter-designations and render objections thereto. Some objections were made during the testimony of those witnesses. With the Court's permission, if Plaintiffs insist upon such objections, Plaintiffs' counsel will make them while the videotape is being played and the Court can then rule upon such objections, in the context of the trial. Frankly, Plaintiffs' counsel are reluctant to seem to require that the Court decide, in advance of trial, without context, objections to dozens of Ford's counter-designations.

Respectfully submitted, this 23rd day of December, 2024.

/s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
jim@butlerprather.com
RAMSEY B. PRATHER
Georgia Bar No. 658395
ramsey@butlerprather.com
DANIEL E. PHILYAW
Georgia Bar No. 877765
dan@butlerprather.com
ALLISON B. BAILEY
Georgia Bar No. 478434
allison@butlerprather.com
BUTLER PRATHER LLP
105 13th Street
Post Office Box 2766
Columbus, GA 31902
(706) 322-1990

LARAE DIXON MOORE
Georgia Bar No. 223379

2

lmoore@pagescrantom.com
PAGE SCRANTOM SPROUSE TUCKER &
FORD
1111 Bay Avenue 3rd Floor
P.O. Box 1199
Columbus Georgia 31902
(706) 324-0251

MICHAEL B. TERRY
Georgia Bar No. 702582
terry@bmelaw.com
FRANK M. LOWREY, III
Georgia Bar No. 410310
lowrey@bmelaw.com
BONDURANT MIXON & ELMORE LLP
1201 W. Peachtree St. NW #3900
Atlanta, GA 30309
(404) 881-4100

***Attorneys for Plaintiffs***

3