IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JAMES EDWARD BROGDON, JR., *et*
*al.*,

     Plaintiffs,

vs.

FORD MOTOR COMPANY,

     Defendant.

\*
\*
\*
\*
\*
\*
\*

CASE NO. 4:23-CV-88 (CDL)

O R D E R

The parties are notified that the Court intends to distribute the jointly proposed supplemental juror questionnaire (Exhibit A hereto) to prospective jurors upon their arrival on February 3, 2025.[1]  The jurors, who will be assembled in the basement for check-in and completion of the questionnaires, will be transferred to the courtroom upon completion of the questionnaires.  Copies of the questionnaires will be made and distributed to counsel.  Because of the length of the questionnaires, only one copy will be provided to each side.  After all jurors have been assembled in the courtroom, they will be shown the Federal Judicial Center video on jury service.  After the video is finished, I will appear on the bench to welcome the jury and provide them with preliminary remarks.  I will then proceed with determining whether anyone has a legal excuse.  I will conduct a very limited voir dire restricted

---

[1] The Court overrules the objections that Ford made to some of the questions.

1

to their connection to any of the parties, counsel or the case. We will then take an extended break to give counsel an opportunity to finish your review of the supplemental questionnaire responses. After that break, we will resume voir dire with counsel having an opportunity to question the jury as a panel and individually. Although counsel may follow up on responses to the main and supplemental questionnaires, they shall not repeat the questions in the questionnaires. When voir dire is complete, the Court will hear motions to excuse for cause. After those motions have been decided, counsel will be provided with a peremptory challenge strike list with the names of 18 potential jurors in ascending numerical order starting with the lowest number first. Counsel will silently exercise their peremptory challenges by striking through the name on the list which they wish to excuse. The list will be passed back and forth between counsel as they alternately exercise their individual strikes. Each side will have 3 peremptory challenges. No alternates will be chosen.

IT IS SO ORDERED, this 23rd day of January, 2025.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

```
EXHIBIT A
```

## JOINT SUPPLEMENTAL JUROR QUESTIONNAIRE

NAME: _____

JUROR NUMBER: _____

Purpose & Instructions

To more efficiently complete jury selection, the parties have jointly designed this questionnaire to better understand your background and life experiences that could impact your jury service. It is important that you answer each of the following questions honestly and to the best of your knowledge and understanding.

Several of the following questions are included so that you will not be required to answer these matters in open court. Please note that if you do not answer a question on this questionnaire, then you may be asked that question during the general jury selection process.

**1.** Do you know or are you related to any of the following individuals?

| | | | |
|---|---|---|---|
| 1) | James Edward Brogdon, Jr. | ____ Yes | ____ No |
| 2) | Ronald Brian Brogdon | ____ Yes | ____ No |
| 3) | Jason Mills | ____ Yes | ____ No |
| 4) | Joshua Brooks | ____ Yes | ____ No |
| 5) | Bryant Buchner | ____ Yes | ____ No |
| 6) | Jonathan Eisenstat | ____ Yes | ____ No |
| 7) | Brian Herbst | ____ Yes | ____ No |
| 8) | Paul Lewis | ____ Yes | ____ No |
| 9) | Steve Meyer | ____ Yes | ____ No |
| 10) | Charles "BB" Barwick | ____ Yes | ____ No |
| 11) | Max Bryant | ____ Yes | ____ No |
| 12) | Eddie Ervin | ____ Yes | ____ No |
| 13) | Daniel Frewell | ____ Yes | ____ No |
| 14) | Ervin Flanders | ____ Yes | ____ No |
| 15) | Wiley Griffin | ____ Yes | ____ No |
| 16) | Randall James | ____ Yes | ____ No |
| 17) | Marilyn James | ____ Yes | ____ No |
| 18) | Lauren Brogdon | ____ Yes | ____ No |
| 19) | Brandi Brogdon | ____ Yes | ____ No |
| 20) | Jimmie Lee Cooper | ____ Yes | ____ No |
| 21) | Anthony Harrison | ____ Yes | ____ No |

22)  Brian Palmer                    ____ Yes        ____ No
23)  Jacob Sanchez                   ____ Yes        ____ No
24)  Kristen Drexler                 ____ Yes        ____ No
25)  Courtney Pollock                ____ Yes        ____ No
26)  Brett Wilkinson                 ____ Yes        ____ No
27)  Trenton Russ                    ____ Yes        ____ No
28)  Sydney Cochran                  ____ Yes        ____ No
29)  William Ellis                   ____ Yes        ____ No
30)  Carl Zaas                       ____ Yes        ____ No
31)  Sal Caruso                      ____ Yes        ____ No
32)  Jason Balzer                    ____ Yes        ____ No
33)  Joseph Weishaar                 ____ Yes        ____ No
34)  Lawrence Queener                ____ Yes        ____ No
35)  Stephen Kozak                   ____ Yes        ____ No
36)  Ridha Baccouche                 ____ Yes        ____ No
37)  Derrick Kuzak                   ____ Yes        ____ No
38)  Harold "Gator" Bryant           ____ Yes        ____ No
39)  Colby Swicord                   ____ Yes        ____ No
40)  Roger Burnett                   ____ Yes        ____ No
41)  Chris Eikey                     ____ Yes        ____ No
42)  Daniel Camacho                  ____ Yes        ____ No
43)  Mark Fleming                    ____ Yes        ____ No
44)  Harold Keyserling               ____ Yes        ____ No
45)  Mark Sochor                     ____ Yes        ____ No
46)  Donald Tandy                    ____ Yes        ____ No
47)  Michelle Vogler                 ____ Yes        ____ No

If you checked yes, please write the name of each person you know from the above list and describe how you know them or your relation to them.

_____

_____

_____

_____

_____

**2.** Have you been represented by, worked with, or been involved in a matter where a party was represented by any of the following law firms?

      1) Butler Prather LLP                  ____ Yes      ____ No
      2) Page Scrantom Sprouse Tucker & Ford, P.C.    ____ Yes      ____ No
      3) Bondurant Mixon & Elmore LLP          ____ Yes      ____ No
      4) Thompson Hine LLP                ____ Yes      ____ No
      5) Troutman Pepper Hamilton Sanders LLP    ____ Yes      ____ No
      6) Huie Fernambucq & Stewart LLP        ____ Yes      ____ No
      7) Watson Spence LLP                ____ Yes      ____ No
      8) Thompson, Coe, Cousins, & Irons LLP     ____ Yes      ____ No

If you checked yes, please write the name of the law firm(s) explain your connection(s) to the law firm(s).

_____

_____

**3.** Do you know, or are you related to, or have you been represented by any of the following lawyers?

      1) James Butler, Jr.      ____ Yes      ____ No
      2) Ramsey Prather       ____ Yes      ____ No
      3) Daniel Philyaw        ____ Yes      ____ No
      4) Allison Bailey         ____ Yes      ____ No
      5) LaRae Moore          ____ Yes      ____ No
      6) Michael Terry         ____ Yes      ____ No
      7) Frank Lowrey         ____ Yes      ____ No
      8) Elizabeth Wright     ____ Yes      ____ No
      9) Charles Peeler       ____ Yes      ____ No
      10) Harold Melton       ____ Yes      ____ No
      11) Paul Malek          ____ Yes      ____ No
      12) Michael Boorman   ____ Yes      ____ No
      13) Philip Henderson    ____ Yes      ____ No
      14) Michael Eady        ____ Yes      ____ No

If you checked yes, please write the name of the lawyer(s) and explain your connection to the lawyer(s).

_____

_____

**4.** Have you or a family member ever worked for Ford Motor Company, a subsidiary of Ford Motor Company, or for a Ford dealer?

YES ___

NO ___

If yes, please list (a) your relation to the person, (b) the company the person was employed by, (c) when the person was employed with that company, (d) the location where that person worked, and (d) what position(s)/job title(s) the person held.

_____

_____

**5.** Do you have any ownership interest in Ford Motor Company or do you own Ford Motor Company stock?

YES ___

NO ___

**6.** Are you related to anyone who has an ownership interest in or owns Ford Motor Company stock?

YES ___

NO ___

**7.** Have you or a family member ever worked for an automaker (a manufacturer of cars or trucks) other than Ford Motor Company, or for a subsidiary of another automaker, or for a car or truck dealer?

YES ___

NO ___

If yes, please list (a) your relation to the person, (b) the company the person was employed by, (c) when the person was employed with that company, (d) the location where that person worked, and (e) what position(s)/job title(s) the person held.

_____

_____

_____

**8.** Have you or a family member ever worked for a company that manufactures vehicle components or parts?

YES ___

NO ___

If yes, please state (a) your relation to the person and (b) the name of the automakers or companies.

_____

_____

**9.** Have you or a family member ever worked for a vehicle dealership?

YES ___

NO ___

If yes, please state (a) your relation to the person and (b) the name of the vehicle dealership(s).

_____

_____

**10.** Have you ever worked as a mechanic or for a vehicle body and repair shop?

YES ___

NO ___

**11.** Have you or a family member ever been in the car, truck, or vehicle business in any way, by owning or working for a used car dealer, or a mechanic or body shop, or an auto parts dealer?

YES ___

NO ___

If yes, please list (a) your relation to the person, (b) the company the person was employed by, (c) when the person was employed with that company, (d) the location where that person worked, and (d) what position(s)/job title(s) the person held.

_____

_____

**12.** Do you work for, have an insurance policy with, have stock in, or otherwise have any financial interest in any of the following:

1)  Allianz Underwriters Insurance Company    ____ Yes     ____ No
2)  Allianz Global Corporate & Specialty SE    ____ Yes     ____ No
3)  Lloyd's-Apollo Syndicate Management Ltd    ____ Yes     ____ No
4)  Magna Carta Insurance Ltd.    ____ Yes     ____ No
5)  Ascot Bermuda Ltd.    ____ Yes     ____ No
6)  Liberty Surplus Insurance Corporation    ____ Yes     ____ No
7)  Allied World Assurance Company (AWAC)    ____ Yes     ____ No
8)  Arcadian Risk Capital Ltd BDA    ____ Yes     ____ No
9)  General Security Indemnity Company of Arizona (Scor Re)    ____ Yes     ____ No
10) Scor Channel Limited, Lloyd's-Helix Underwriting Partners Ltd. (Somers Re Ltd.)    ____ Yes     ____ No
11) Markel Bermuda Limited, Argo Re Ltd.    ____ Yes     ____ No
12) Vantage Risk Ltd.    ____ Yes     ____ No
13) Lloyd's-MAP (Managing Agency Partners) Syndicate 2791    ____ Yes     ____ No
14) XL Bermuda Ltd. (AXA)    ____ Yes     ____ No
15) Group Ark Insurance Ltd.    ____ Yes     ____ No
16) Lloyd's-Apollo Syndicate 1969    ____ Yes     ____ No
17) XL Catlin Syndicate 2003 (AXA XL)    ____ Yes     ____ No
18) Lloyd's-Inigo Syndicate 1301    ____ Yes     ____ No
19) QBE US Casualty Facility    ____ Yes     ____ No
20) Great Lakes Insurance SE (Munich Re)    ____ Yes     ____ No
21) Liberty Specialty Markets Bermuda    ____ Yes     ____ No
22) Hamilton Re, Ltd.    ____ Yes     ____ No
23) Convex Group    ____ Yes     ____ No
24) HDI Specialty Insurance Company    ____ Yes     ____ No
25) Canopius Syndicate 4444    ____ Yes     ____ No
26) Emerald Underwriting Managers    ____ Yes     ____ No
27) Arch Reinsurance Ltd.    ____ Yes     ____ No

If you checked yes, please explain your affiliation for all entities to which you are connected.

_____

_____

_____

**13.** Have you ever worked as a lawyer, paralegal, legal assistant, or for a law firm?
YES ___
NO ___

If so, please state (a) the name of the law firm, (b) the position/job title you held, and (c) when you were employed there.

_____

_____

_____

**14.** Are any of your family members lawyers, do they work for lawyers, do they work in the court system, or do they have regular contact with lawyers because of their work?
YES ___
NO ___

If yes, please state which family members and what they do for work.

_____

_____

_____

**15.** Have you ever worked as an engineer or for an engineering firm?
YES ___
NO ___

If yes, please state (a) the name of the engineering firm, (b) what your job title was, and (c) and what kind of work you performed.

_____

_____

_____

**16.** Have you ever worked for a government agency that regulates the production of vehicles or regulates the production of consumer products (i.e., National Highway Traffic Safety Administration or Consumer Product Safety Commission)?
YES ___
NO ___

If yes, please state (a) the name of the agency, (b) what your job title was, and (c) and what kind of work you performed.

_____

_____

**17.** Have you ever worked for an organization that tests vehicles for safety and that sets standards for safety performance of vehicles, such as the Insurance Institute for Highway Safety?
YES ___
NO ___

If yes, please state (a) the name of the organization, (b) what your job title was, and (c) what kind of work you performed.

_____

_____

**18.** Have you ever worked in a job that involved inspecting or testing products for safety?
YES ___
NO ___

If yes, please state (a) the name of the company/organization, (b) what your job title was, and (c) what kind of work you performed.

_____

_____

**19.** Are you familiar with the minimum Federal Motor Vehicle Safety Standards?

YES ___

NO ___

If yes, please explain how you became familiar with the minimum Federal Motor Vehicle Safety Standards.

_____

_____

**20.** Have you ever worked in a job that involved investigating vehicle wrecks?

YES ___

NO ___

If yes, please explain where you worked and what your job was.

_____

_____

**21.** Have you ever worked in a job where you took or read x-rays, CT scans, or MRIs?

YES ___

NO ___

If yes, please explain where you worked and what your job was.

_____

_____

*Continue on the next page.*

22. Do you have any work or professional experience in any of the following areas:

    a.  Automotive engineering or vehicle design    ____ Yes    ____ No

    b.  Mechanical or biomechanical engineering    ____ Yes    ____ No

    c.  Accident reconstruction    ____ Yes    ____ No

    d.  Medicine (including work as a doctor, nurse, pharmacist, EMT, or ambulance driver)    ____ Yes    ____ No

    e.  Autopsies or funeral/burial services    ____ Yes    ____ No

    f.  Law enforcement    ____ Yes    ____ No

    g.  Risk management or insurance (including work as an insurance agent or claims adjuster)    ____ Yes    ____ No

If yes, briefly describe your work or professional experience in these areas.

_____

_____

_____

23. Do you or a family member have any experience in vehicle (car or truck)  racing or collecting?

YES ___

NO ___

If yes, please explain what that experience was.

_____

_____

24. Do you currently own, lease, or regularly drive (for personal use or for work) a vehicle?

YES ___

NO ___

If yes, please state that year, make, and model of the vehicle.

_____

**25.** Have you ever owned, leased, or regularly driven (for personal use or for work) a vehicle designed and manufactured by Ford Motor Company?

YES ___

NO ___

If yes, please state the year, make, and model of the vehicle(s).

_____

_____

**26.** Do you consistently buy vehicles that are made only by one manufacturer (i.e., Ford, General Motors, Toyota, Honda, Volkswagen, BMW, etc.)?

YES ___

NO ___

If so, please state the name of the vehicle manufacturer and why you consistently purchase these vehicles.

_____

_____

**27.** Have you or a family member ever been involved in a vehicle wreck where you or they required emergency medical assistance or spent time in a hospital?

YES ___

NO ___

If yes, please explain what happened that required you or your family member to get emergency medical assistance or spend time in a hospital.

_____

_____

**28.** Have you ever had a family member or close friend who was killed in a vehicle (car or truck) wreck?

YES ___

NO ___

If yes, please explain who was killed and how it happened.

_____

_____

**29.** Have you ever been seriously injured or had a family member or close friend who was seriously injured in a vehicle (car or truck) wreck?

YES ___

NO ___

If yes, please briefly describe who was involved and what happened.

_____

_____

**30.** Have you, a family member, or close friend ever driven a car or truck that went off the road for any reason?

YES ___

NO ___

If yes, please briefly describe who was involved and what happened.

_____

_____

**31.** Have you, a family member, or close friend ever been involved in a vehicle wreck where the vehicle went off the road?

YES ___

NO ___

If yes, please briefly describe who was involved and what happened.

_____

_____

**32.** Have you, a family member, or a close friend ever been involved in a vehicle wreck where your vehicle rolled over?

YES ___

NO ___

If yes, please briefly describe who was involved and what happened.

_____

_____

**33.** Have you ever witnessed a wreck in which a vehicle rolled over?

YES ___

NO ___

If yes, please briefly describe who was involved and what happened.

_____

_____

**34.** Have you ever seen or witnessed a wreck in which the roof of a vehicle collapsed down into the passenger compartment?

YES ___

NO ___

If yes, please briefly describe who was involved and what happened.

_____

_____

**35.** Have you ever heard of a claim or contention that roof crush does not cause injuries even when a vehicle roof collapses?

YES ___

NO ___

If yes, please explain how you came to hear of such a claim or contention.

_____

_____

**36.** Have you ever heard of a claim or contention that prior to a roof collapsing in a rollover wreck occupants in the vehicle dive into the roof and are injured that way, rather than by the roof collapsing?

YES ___

NO ___

If yes, please explain how you came to hear of such a claim or contention.

_____

_____

**37.** Have you, a family member, or close friend ever been involved in a vehicle wreck where your seatbelt had to be cut off?

YES ___

NO ___

If yes, please explain how that came to happen.

_____

_____

**38.** Have you, a family member, or a close friend ever tucked the shoulder/torso strap of a seatbelt under your arm or behind your back while riding in a vehicle?

YES ___

NO ___

If yes, please explain who did that.

_____

_____

**39.** Have you ever been a witness in or testified in a lawsuit (at a trial or given a deposition)?

YES ___

NO ___

If yes, please explain (if you know) what kind of case you were a witness in and what the result of that case was.

_____

_____

**40.** Has your current or past employer ever been involved in a lawsuit and you were also involved in the lawsuit because of your job?

YES ___

NO ___

If yes, please explain what your involvement was and what kind of case it was.

_____

_____

**41.** Have you had any experience with the legal system in another country besides the United States?

YES ___

NO ___

**42.** Do you have negative views about the legal system in the United States?

YES ___

NO ___

If yes, please explain why.

_____

_____

**43.** Have you or a family member ever been severely injured or killed by any kind of product that was badly designed or defective and dangerous?

YES ___

NO ___

If yes, please explain what the product was and whether the result was a death or an injury.

_____

_____

**44.** Do you research the safety of a car or truck before buying it by looking at information from various sources (i.e., Insurance Institute for Highway Safety, Consumer Reports, etc.)?

YES ___

NO ___

If yes, please identify where you usually get such information.

_____

_____

**45.** Have you ever had a vehicle that you owned, leased, or regularly drove recalled due to a safety problem?

YES ___

NO ___

If yes, please explain what kind of vehicle it was and what the safety problem was.

_____

_____

**46.** Have you ever owned any other kind of product that was recalled due to a safety problem?

YES ___

NO ___

If yes, please explain what kind of product it was and what the safety problem was.

_____

_____

**47.** Do you consider working on vehicles, collecting vehicles, or racing vehicles to be a hobby of yours?

YES ___

NO ___

If yes, please explain what you do in this hobby.

_____

_____

**48.** How often do you exercise?

Never ____

Rarely ____

A couple times per month ____

1-3 times per week ____

3+ times per week ____

Every day ____

Other (explain): _____

**49.** Have you ever had a doctor tell you that you should exercise more?

YES ___

NO ___

**50.** How often do you smoke or use tobacco products?

Never ____

Rarely ____

Socially/on social occasions ____

A couple times per month ____

1-3 times per week ____

3+ times per week ____

Every day ____

Other (explain): _____

**51.** Has a doctor ever told you to quit using tobacco products or to use tobacco products less often?

YES ___

NO ___

**52.** Have you or a family member ever been diagnosed with a heart condition?

YES ___

NO ___

**53.** Have you or a family member ever been diagnosed with a fast heartbeat or tachycardia?

YES ___

NO ___

**54.** Have you or a family member ever been diagnosed with hypertension (high blood pressure)?

YES ___

NO ___

**55.** Have you or a family member ever been diagnosed with leukemia?

YES ___

NO ___

If yes, is that leukemia now in remission?

YES ___

NO ___

**56.** Have you or a family member ever been diagnosed with chronic obstructive pulmonary disease (COPD)?

YES_____

NO_____

**57.** Have you or a family member ever been diagnosed with a condition that required the use of an inhaler, PEP device, nebulizer, portable oxygen machine, or a CPAP or BiPAP machine?

YES ____

NO ____

If yes, please state (a) the relation of the person to you and (b) the name of the condition.

_____

**58.** Have you unexpectedly lost a parent or family member in an accident of any kind?

YES ____

NO ____

**59.** More often than not, do you trust large corporations to do the right thing or the safe thing?

YES ____

NO ____

**60.** More often than not, do you feel that corporations put profits over safety?

YES ____

NO ____

**61.** In your opinion, are most lawsuits frivolous in nature?

YES ____

NO ____

**62.** In your opinion, do you think that too many lawsuits are filed claiming a product is defective and dangerous?

YES ____

NO ____

**63.** In your opinion, are there too many big jury verdicts in lawsuits?

YES ___

NO ___

**64.** Do you consider yourself opposed to the principle of trial by jury of American citizens?

YES ___

NO ___

**65.** Are you opposed to the idea that a jury of American citizens should decide who wins in a lawsuit?

YES ___

NO ___

**66.** Are you a member of any group that advocates for "tort reform" or in favor of "tort reform"?

YES ___

NO ___

**67.** Have you ever contributed money to a group that advocates for "tort reform" or that is in favor of limiting lawsuits?

YES ___

NO ___

**68.** In your opinion, should there be caps on the amount of money that can be awarded in lawsuits?

YES ___

NO ___

**69.** In your opinion, should someone other than jurors decide the amount of money to be awarded in a lawsuit?

YES ___

NO ___

I SWEAR UNDER PENALTY OF PERJURY THAT MY ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AND CORRECT.

_____

NAME                                                    DATE