```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

JAMES EDWARD BROGDON, JR., *et al.*,   *

    Plaintiffs,   *

vs.   *   CASE NO. 4:23-CV-88 (CDL)

FORD MOTOR COMPANY,   *

    Defendant.   *

ORDER ON VIDEO TESTIMONY OBJECTIONS

Counsel for Plaintiffs intend to play designated videotaped testimony of the following witnesses who testified at trial in the case of Hill v. Ford Motor Company, Civil Action No. 16-C-04179-S2, State Court of Gwinnett County, Georgia: Carl Zaas, Sal Caruso, Jason Balzer, and Joseph Weishaar. Plaintiffs intend to play designated videotaped deposition testimony of Mohamed Ridha Baccouche, which was taken on September 18, 2024 in the case of Juan & Kris Yraguen vs. Ford Motor Company, Case No. 6:23cv01366AA, U.S. District Court, District of Oregon. To facilitate the trial, the Court has reviewed this testimony and the objections asserted.

The Court sustains the objections as follows and directs Plaintiffs to excise the following testimony and questions from the videos that will be played to the jury:

1

<u>Carl Zaas (Trial Testimony 8/4/2022)</u>

Starting p. 990, line 5 through p. 991 l. 12

Starting p. 992, l. 6 through p. 992 l. 18

Starting p. 996, l. 3 through p. 996, l. 12

All other objections to testimony of Zaas are overruled.

<u>Sal Carusso (Trial Testimony 8/4/22)</u>

Starting p. 1024, l. 1 through p. 1024, l. 18

Starting p. 1030, l. 19 through p. 1030, l. 21

Starting p. 1039, l. 18 through p. 1040, l. 16

Starting p. 1041, l. 15 through p. 1042, l. 4

Page 1045, line 8

Starting p. 1058, l. 8 through p. 1058, l. 16

All other objections to testimony of Carusso are overruled.

<u>Jason Balzer (Trial Testimony 8/5/22)</u>

Starting p. 1134, l. 19 through p. 1135, l. 13

Starting p. 1138, l. 17 through p. 1139, l. 13

Starting p. 1146, l. 15 through l. 19

All other objections to testimony of Balzer are overruled.

Joseph Weishaar (Trial Testimony 8/5/2022)

Starting p. 1159. l. 15 through p. 1160, l. 23

Starting p. 1168, l. 17 through p. 1169, l. 5

Starting p. 1189, l. 3 through l. 19

Starting p. 1196, l. 4 through p. 1197, l. 1

All other objections to testimony of Weishaar are overruled.

Mohamed Ridha Baccouche (Deposition Testimony 9/18/2024)

Starting p. 48, l. 7 through p. 48, l. 17

Starting p. 48, l. 22 through p. 48, l. 23

Starting p. 49, l. 2 through p. 49, l. 3

All other objections to testimony of Baccouche are overruled.

IT IS SO ORDERED, this 30th day of January, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
