

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA

## MINUTE SHEET re: TRIAL DAY 8  (CONTESTED/EVIDENCE ENTERED)

Date:   February 12, 2025

Court Time for JS10:  8hrs 47mins

Judge:   JUDGE CLAY D. LAND

Court Reporter:  Joan Drammeh

Courtroom Deputy:   Geoffery Gunn

Case Number:   **4:23-cv-088-CDL**

**JAMES EDWARD BROGDON, JR**
*Individually and as surviving child of Debra Sue Mills, as well as Executor of the Estates of Debra Sue Mills and Herman Edwin Mills*
also known as
DUSTY BROGDON
*deceased*
DEBRA SUE MILLS
*Deceased, et. al.*

Counsel:  **ALLISON BAILEY, DANIEL PHILYAW, FRANK M LOWREY, IV, LARAE D MOORE, RAMSEY B PRATHER and JAMES E BUTLER, JR**

v.

**FORD MOTOR COMPANY**

Counsel:  **CHARLES PEELER, ELIZABETH B WRIGHT, HAROLD D MELTON, MICHAEL R BOORMAN, MICHAEL EADY, and PAUL F MALEK**

Agents:/Experts in Attendance:   Sarah Andrews, Paralegal for Plaintiff and Mindy Ruggiero, Paralegal for the Defense.

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- **8:47**   Judge Land enters.  The Jury is not present.  The Charge Conference continues.  The Court admits P857 from yesterday.
- 9:03    The Jury enters and Ph.D Michelle Vogler remains on the stand with Mr. Frank Lowery.  Exhibit offered and admitted P236 Ford roof strength
- 10:54   Re-direct with Mr. Malek.  Exhibits offered and admitted D 551A buckle shape formation on the roof (without marking on the page).
- 11:15   Re-cross with Mr. Lowery.
- 11:30   **15 min break**
- 11:39   Judge Land enters.  Plaintiff takes up the matter of exhibits from the Defense.
- 11:47   The Jury enters.  The Defendant calls Roger Burnett.  Exhibits offered and admitted D237.1 Ford crash test video, D214 Pg588 photo of a seat belt buckle, D13 EDR data report
- 12:47   Cross by Mr. Lowery. P785 is admitted.

- **1:04**    Lunch break until 2:15pm for the Jury.
- 2:14    Judge Land and the Jury enter.  Defendant calls Dr. Mark Sochor, M.D., Mrs. Wright.  Exhibits offered and admitted D313.35, D313.43, D313.32 F-250 surrogate photos of a woman
- 3:48    Cross examination with Mr. Prather.
- **4:21**    15 min break
- **4:36**    Judge Land and the Jury enter.  Exhibits offered and admitted D313.44 surrogate photo with center console.
- 5:19    Re-direct with Mrs. Wright.
- 5:23    Re-cross with Mr. Prather.
- 5:25    Defense rest.
- 5:25    Plaintiff calls Jason Mills in rebuttal, Mr. Butler.  No cross.  P313.34
- 5:32    The Jury departs the courtroom and is excused for the day.
- **6:04**    Court adjourned for the day.