ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JAMES EDWARD BROGDON, JR., *as Executor of the Estates of Debra Mills and Herman Mills*, JAMES EDWARD BROGDON, JR. and RONALD BRIAN BROGDON, *individually and as surviving children of Debra Mills,* and JASON EDWIN MILLS, *individually and as surviving child of Herman Mills,*

    Plaintiffs,

vs.

CASE NO. 4:23-CV-88

FORD MOTOR COMPANY,

    Defendant.
_____/

## SUPPLEMENTAL VERDICT—PUNITIVE DAMAGES

We award punitive damages to James Edward Brogdon, Jr., as Executor of the Estate of Debra Mills, and James Edward Brogdon, Jr., as Executor of the Estate of Herman Mills, jointly, and against Ford Motor Company in the amount of:

    $2.5 Billion

*Have your foreperson sign and date the verdict form.*

SO SAY WE ALL.

DATE: 2/14/25

[Foreperson's Signature redacted]

Foreperson's Signature