IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES EDWARD BROGDON, JR., *as Executor of the Estates of Debra Mills and Herman Mills*, JAMES EDWARD BROGDON, JR. and RONALD BRIAN BROGDON, *individually and as surviving children of Debra Mills*, and JASON EDWIN MILLS, *individually and as surviving child of Herman Mills*, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> CASE NO. 4:23-CV-88 (CDL) <br> \* <br> \* <br> \* <br> \* <br> \* |

<u>ORDER AND JUDGMENT</u>

On February 13 and 14, 2025, the jury returned two-phased verdicts in favor of Plaintiffs on Count One, Design Defect, and awarded compensatory and punitive damages to Plaintiffs and against Ford Motor Company. The jury awarded damages on Count One as follows:

1. $512,352.80 in compensatory damages in favor of Plaintiff James Edward Brogdon, Jr., as Executor of the Estate of Debra Mills, and against Ford Motor Company.

2. $15,000,000.00 in compensatory damages in favor of Plaintiffs James Edward Brogdon, Jr. and Ronald Brian

   Brogdon, individually and as the surviving children of
   Debra Mills, and against Ford Motor Company.

3. $5,012,599.90 in compensatory damages in favor of Plaintiff James Edward Brogdon, Jr., as Executor of the Estate of Herman Mills, and against Ford Motor Company.

4. $10,000,000.00 in compensatory damages in favor of Plaintiff Jason Edwin Mills, individually and as the surviving child of Herman Mills, and against Ford Motor Company.

5. $2.5 billion in punitive damages in favor of Plaintiffs James Edward Brogdon, Jr., as Executor of the Estate of Debra Mills, and James Edward Brogdon, Jr., as Executor of the Estate of Herman Mills, jointly, and against Ford Motor Company.

Pursuant to the Georgia apportionment statute, O.C.G.A. § 51-12-33, the jury apportioned fault for purposes of compensatory damages as follows:

   1. Ford Motor Company:  85%
   2. Debra Mills:  15%

In light of this finding, the Court concludes that Plaintiffs' compensatory damages shall be reduced by the percentage of Debra Mills's fault as found by the jury, 15%.

 Before the jury reached its verdict, the Court granted Ford Motor Company's Rule 50(a) motion for judgment as a matter of law

2

on Plaintiffs' Count Two, Failure to Warn claim.  In addition, Plaintiffs withdrew their Count Four claim for attorneys' fees and expenses of litigation under O.C.G.A. § 13-6-11; and thus judgment shall be entered in favor of Defendant on that claim.

## JUDGMENT

Based on the foregoing, the jury verdict, and the rulings made by the Court before and during trial, the Court hereby enters JUDGMENT as follows:

1. Plaintiff James Edward Brogdon, Jr., as Executor of the Estate of Debra Mills, shall recover $435,499.88. against Ford Motor Company.

2. Plaintiff James Edward Brogdon, Jr., as Executor of the Estate of Herman Mills, shall recover $4,260,709.92 against Ford Motor Company.

3. Plaintiffs James Edward Brogdon, Jr., as Executor of the Estate of Debra Mills, and Plaintiff James Edward Brogdon, Jr., as Executor of the Estate of Herman Mills, jointly, shall recover $2,500,000,000.00 against Ford Motor Company.

4. Plaintiffs James Edward Brogdon, Jr. and Ronald Brian Brogdon, jointly, shall recover $12,750,000.00 against Ford Motor Company.

5. Plaintiff Jason Edwin Mills shall recover $8,500,000.00 against Ford Motor Company.

6. Judgment is entered in favor of Ford Motor Company on Plaintiffs' failure to warn and attorney's fees claims.

7. Plaintiffs shall receive post-judgment interest at the legal rate.

8. Plaintiffs shall recover their costs of this action from Ford Motor Company.

   IT IS SO ORDERED, this 14th day of February, 2025.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA