```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF GEORGIA
              COLUMBUS DIVISION
          _____


BROGDON ET AL., PLAINTIFFS  : 4:23-CV-00088-CDL

        VS.                 : FEBRUARY 12, 2025

FORD MOTOR COMPANY, DEFENDANT : COLUMBUS, GEORGIA


_____
```

```
        TRANSCRIPT OF JURY TRIAL: VOLUME VIII OF X
           BEFORE THE HONORABLE CLAY D. LAND,
             UNITED STATES DISTRICT JUDGE
```

<u>APPEARANCES</u>

<u>FOR THE PLAINTIFFS:</u>

MS. ALLISON BRENNAN BAILEY, 105TH 13TH ST, COLUMBUS, GA 31901,

ALLISON@BUTLERPRATHER.COM

MR. DANIEL EVAN PHILYAW, 12 LENOX POINTE NE, ATLANTA, GA
30324, DAN@BUTLERPRATHER.COM
MS. LARAE D. MOORE, PO BOX 1199, COLUMBUS, GA 31902,

LMOORE@PAGESCRANTOM.COM

MR. RAMSEY B. PRATHER, 105 13TH ST. COLUMBUS, GA 31901,

RAMSEY@BUTLERPRATHER.COM

JAMES E. BUTLER, JR. 105 13TH ST, COLUMBUS, GA 31902

JIM@BUTLERPRATHER.COM


<u>FOR THE DEFENDANT:</u>
MR. CHARLES EDWARD PEELER, 600 PEACHTREE ST NE, STE 3000,

ATLANTA, GA 30308 CHARLES.PEELER@TROUTMAN.COM

MS. ELIZABETH B. WRIGHT, 3900 KEY CENTER, 127 PUBLIC SQR

```
 1   CLEVELAND, OH 44114, ELIZABETH.WRIGHT@THOMPSONHINE.COM

 2   MR. HAROLD D. MELTON, 600 PEACHTREE ST NE STE 3000 ATLANTA, GA

 3   30308, HAROLD.MELTON@TROUTMAN.COM

 4   MR. MICHAEL R. BOORMAN, 999 PEACHTREE ST NE, STE 1130,

 5   ATLANTA, GA 30309, MBOORMAN@WATSONPENCE.COM

 6   MR. MICHAEL EADY, 2801 VIA FORTUNA STE 300 AUSTIN, TX 78746

 7   MEADY@THOMPSONCOE.COM

 8   MR. PAUL F. MALEK, 3291 US HWY 280 STE 200 BIRMINGHAM, AL

 9   35243 PMALEK@HUIELAW.COM

10   PHILIP HENDERSON, 600 PEACHTREE ST NE STE 2320 ATLANTA, GA

11   30308 PHENDERSON@WATSONSPENCE.COM

12   _____

13

14                    JOAN DRAMMEH, CVR, CCR

15               JOAN_DRAMMEH@GAMD.USCOURTS.GOV

16

17   INDEX
```

```
18   PLAINTIFFS' EXHIBIT 867A ADMITTED          10    7
     PLAINTIFFS' EXHIBIT 236 ADMITTED           73   12
19   DEFENSE EXHIBIT 551A ADMITTED              90   13
     DEFENSE EXHIBIT 237.1 ADMITTED            130    3
20   DEFENSE EXHIBIT 237.2 ADMITTED            131   6.
     DEFENSE EXHIBIT 214 ADMITTED              133    5
21   DEFENSE EXHIBIT 13 ADMITTED               139   10
     PLAINTIFFS' EXHIBIIT 745 ADMITTED         164   23
22   DEFENSE EXHIBIT 313.32 ADMITTED           206    5
     DEFENSE EXHIBIT 313.44 ADMITTED           262   13
23   MOTION FOR JUDGMENT BY THE DEFENDANT       289   21
     THE COURT'S RULING                         290   21
24   CERTIFICATE OF OFFICIAL REPORTER           312    1

25        Cross Examination By Mr. Lowrey ................11
```

8:34:00AM 1      Redirect Examination By Mr. Malek ..............85

2      Recross Examination By Mr. Lowrey ..............99

3 ROGER BURNETT

4      Direct Examination By Mr. Butler ..............110

5      Cross Examination By Mr. Lowrey ..............149

6 MARK SOCHOR

7      Direct Examination By Ms. Wright ..............168

8      Cross Examination By Mr. Prather ..............231

9      Redirect Examination By Ms. Wright ...........278

10      Recross Examination By Mr. Prather ...........282

11 JASON MILLS

12      Direct Examination By Mr. Butler ..............284

13

14

15

16

17

18

19

20

21

22

23

24

25

8:32:17AM 1    Wednesday, February 12, 2025 08:32:28

2                        --- *PROCEEDINGS* ---

3             COURT SECURITY OFFICER:  All rise.  The United

4    States District Court for the Middle District of Georgia,

5    Columbus Division, is now in session.

6             THE COURT:  Good morning, please be seated.  I

7    wanted to take up a couple of matters before the jury comes

8    back.  First of all, I think the cleanest way to handle the

9    failure to warn claim, I am going to grant the Defendant's

10   motion for judgment as a matter of law with regard to that

11   claim based on a finding that there is a lack of evidence on

12   proximate cause.  So that case is no longer in the case and we

13   don't need to worry about all of the formalities of how you

14   would handle a motion to dismiss it voluntarily.

15             The second issue is Plaintiffs wanted to be heard on

16   the alleged admission made yesterday in the Kao affirmative

17   defense.  Does somebody have that answer where I can see

18   exactly what it says?

19             MR. BUTLER:  Show it to him.  I forget the exhibit

20   number. 867.

21             THE COURT:  I don't remember what affirmative

22   defense it was, but it was back towards the back.

23             MR. BUTLER:  I think it was 13th.

24             THE COURT:  Refresh my recollection or memory as to

25   how that is relevant.

8:50:20AM 1          MR. LOWREY:  Sure, Your Honor.  This is talking

2    about a wreck that Ford displayed to the jury; it's a F150

3    without much roof deformation but nevertheless a very serious

4    injury. One of the things Mr. Herbst said about that in

5    explaining why it's not typical of what we're dealing with

6    here is that the vehicle had been modified.

7          Mr. Eikey took the stand for Ford and said, no, it

8    hadn't been.  This is a statement of Ford that it believes

9    based on information that the vehicle had been altered or

10   modified and that's what caused the injuries.

11         THE COURT:  So your representation is that Eikey

12   testified that it had not been modified.

13         MR. LOWREY:  100 percent.

14         THE COURT:  And Eikey testified that the relevance

15   of the Kao vehicle or at least the inference was that it had

16   minor damage.

17         MR. LOWREY:  Yes.  That this somehow proves Ford's

18   point that people can get hurt in rollovers.

19         THE COURT:  Get hurt bad even when a roof doesn't

20   collapse.

21         MR. LOWREY:  I don't remember if he called out Brian

22   by name on that, but he is clearly responding to Brian Herbst

23   testimony on that point.  It makes Brian's testimony somewhat

24   more likely to be true.  And it makes Mr. Eikey's testimony --

25         THE COURT:  Mr. Malek, part of the objection was as

8:51:59AM 1  I recall that that witness didn't have personal knowledge of

2  Ford's admission, which doesn't make the admission

3  inadmissible, but why would this not be considered an

4  admission by Ford?

5       MR. MALEK: Yes, Your Honor. On the witness issue

6  although it may not make this in and of itself admissible, I

7  think it's to the wrong witness because Mr. Eikey does not

8  know what Ford's pleadings mean. He's not a lawyer and he's

9  not involved in the legal process.

10      THE COURT: It was undisputed though that it was in

11  the lawsuit involving the same vehicle that he testified to.

12      MR. MALEK: Correct. And unlike, for example, the

13  request for admission which the Court allowed into evidence

14  from the Hill matter. The Hill matter, of course, the

15  Gwinnett County matter. This pleading is not an admission per

16  se in that it's an affirmative defense which states if -- Ford

17  is pleading in this matter, if the evidence so proves that the

18  vehicle has been modified, Ford essentially reserves the right

19  to assert this defense. And then Mr. Eikey says, this vehicle

20  has not been modified in so far as the roof structure is

21  concerned.

22      THE COURT: Well, it says that Ford believes that

23  the damages alleged were caused by the alteration. The

24  reasonable interpretation of that is that Ford is taking the

25  position that it was altered.

8:53:32AM 1          MR. MALEK:  There are many components of the

2     vehicle, Your Honor, and this does not relate to the roof, per

3     se; this relates to the entirety of the vehicle.

4          MR. LOWREY:  But it relates directly to the

5     proximate cause of the action; this is a tire swing.

6          THE COURT:  I guess technically I could make the

7     Plaintiffs tender this in rebuttal, but that seems foolish.  I

8     don't think you have to have a witness for an admission in

9     judicio so it's just a matter of whether I -- To me it comes

10     in as an admission now that I've clearly looked at it.  You

11     can argue what it means to the jury.  It looks pretty clearly

12     to me that at that time they were taking the position that

13     this vehicle had been altered.  So I do think it's an

14     admission and I think because Eikey testified on that issue it

15     should have probably come in while he was testifying so he can

16     be questioned about it.  Yes, sir.

17          MR. MALEK:  Your Honor, this actually came in

18     through Brian Herbst before Eikey was on the stand.  And

19     Mr. Herbst did not testify as to any specific modification or

20     alteration of the roof when he was on the stand.  So this has

21     really skipped two witnesses before coming up now.

22          THE COURT:  Did Herbst not testify as to whether the

23     vehicle was altered?

24          MR. LOWREY:  He did testify that the vehicle was

25     altered.  The step that Ford wants to skip is that in Ford's

8:55:19AM 1    view the injury was proximately caused by the modification.

2    So to say that the injury was sustained even though the roof

3    was fine is -- I don't want to say it's misleading -- but it's

4    not an accurate conveyance of what Ford said.  All it has got

5    to do is make the facts somewhat more likely that Brian

6    testified to.  We are not trying to recall Mr. Eikey today to

7    testify about it.  Jim can work with this in closing.

8            THE COURT:  I'm going to admit it.  What number are

9    you going to give to it?  It needs to just show the caption of

10   the case and I guess the defense.

11           MR. BUTLER:  What number is it, 657?

12           THE COURT:  Yes, sir, Mr. Malek.

13           MR. MALEK:  Your Honor.

14           MR. BUTLER:  Hold on one second and let me respond

15   to the Judge.  867 and Judge you want just want the caption.

16           THE COURT:  Plaintiffs 867, I just want it presented

17   as it is without all the other stuff that's in the answer.

18   The best way to do that I don't know.  Mr. Malek.

19           MR. MALEK:  I was going to suggest the opposite,

20   Your Honor, in that this the 13th of 20 or more affirmative

21   defenses; to put it in context it's fair.  It's not some

22   standalone affirmative defense.  It's buried in the long list

23   of various defenses.

24           THE COURT:  You want the entire pleading in.

25           MR. MALEK:  I think that puts it in a better.

8:56:50AM 1          THE COURT:  The rest of it are not relevant.

2          MR. MALEK:  But to put it in context for

3     completeness I think it belongs.

4          THE COURT:  Well, I suppose we could put it in with

5     all the headings and just redact the language under all the

6     different defenses and then I can explain to the jury why

7     that's redacted; because that's irrelevant, if you want to do

8     that.  Let's do that.

9          MR. LOWREY:  Sure.

10          THE COURT:  Let's just have the caption and all the

11     headings and the answer, but any of the narrative language

12     redact it all except with regard to this defense.

13          MR. BUTLER:  What about after the 13th affirmative

14     defense?  Redact it after that.

15          THE COURT:  I think redact the narrative after that.

16     He wants to show that this was made with however many other

17     extra defenses there are.

18          MR. BUTLER:  Just to be sure we do it right, you

19     want the caption, and I guess the opening paragraph, Ford's

20     answers to the complaint.  And then you want general denial

21     and all of these bold capped.

22          THE COURT:  I think what we need is we need the

23     caption and then we need the Defendant Ford Motor Company's

24     answers to the complaint.  And then after that have all of the

25     headings, but all the narrative under all the headings will be

Joan Drammeh * Federal Reporter * 706-653-1097

8:58:21AM 1    redacted except for the narrative with regard to this

2    particular defense.

3         MR. BUTLER:  Your Honor, we will prepare one either

4    over lunch or this evening and share it with Ford to make sure

5    we've done it correctly.  Can we send it to Mr. Gunn also to

6    make sure we've done it correctly?

7         THE COURT:  Sure.  That will be P867A, the redacted

8    version, will be admitted.  Go to the very end.  Do we want

9    the signatures of the attorneys or not?

10         MR. MALEK:  Ford has no preference on that Your

11    Honor, maybe so; it's part of the pleading.

12         MR. LOWREY:  Yes, I think the signatures just to

13    confirm it's --

14         THE COURT:  So it will go all the way to the end and

15    leave the signature line there for the attorneys.  I don't

16    think you need to put the service list.  Redact the service

17    list but leave on there the signature line to show that this

18    is the attorneys that made this statement on behalf of Ford.

19         MR. MALEK:  Thank you Your Honor.

20         THE COURT:  Let's bring the jury down it's nine

21    o'clock.  Are they all here?  Let's see if they are here. Was

22    there an interrogatory answer that was submitted also or not.

23    Was there an interrogatory answer that was admitted also as an

24    admission or not?

25         MR. MALEK:  There were requests for admission.

9:02:33AM 1          THE COURT:  Yeah, I know that.  Was there an

2    interrogatory or not?

3          MR. LOWREY:  There either was or will be an

4    interrogatory about the payments to DRE.

5          THE COURT:  That hasn't been tendered yet?

6          MR. LOWREY:  Have I tendered that?  We showed it to

7    the jury so I am pretty sure we tendered it.  We will clean

8    that up.  Somebody get me that.

9          MS. BAILEY:  Absolutely.

10          MR. MALEK:  Frank, we had those requests for

11    admission; was that solved yet in terms of the redactions?

12          MR. LOWREY:  The cleanup, yeah, you showed me your

13    reductions, right?  Someone showed me the redactions and they

14    look great.

15          THE COURT:  All right, we will figure it out.

16    [JURY ENTERS COURTROOM]

17          Okay, ladies and gentlemen welcome back.  Thanks for

18    being on time.  We will continue with the cross-examination of

19    Ms. Vogler.  I remind you ma'am that you are still under oath

20    from yesterday.  Mr. Lowery, you may proceed.

21          MR. LOWREY:  Thank you, Your Honor.

22                    CROSS EXAMINATION

23    BY MR. LOWREY:

24    Q    Good morning Dr. Vogler, how are you?

25    A    Good morning.  Good.

9:04:00AM 1   Q   I'm fresher than I was yesterday.  How about you?

2   A   Yes.

3   Q   Just to be sure we are all on the same page from where we

4       left off.  I think yesterday we established that you are

5       a founder and a part owner of what we've been calling DRE

6       your company, is that correct?

7   A   That's correct.

8   Q   We established generally that the more money DRE makes

9       the more money you make; is that generally true?

10  A   Again, it's a function of what we invest in for equipment

11      in a particular year.

12  Q   The more profits after expenses that DRE makes, generally

13      speaking, the more money you make; yes?

14  A   That would be correct.

15  Q   We established you testified in 100 to 200 rollover

16      cases, correct?

17  A   Yes.

18  Q   Always for the automaker?

19  A   Yes.

20  Q   Always against the person was killed, paralyzed, or

21      injured; correct?

22  A   That would be the plaintiff.  So I am usually hired by

23      the defendant, yes.

24  Q   You've testified over 100 times for Ford; we established

25      that?

9:05:00AM 1    A    I think around that order, yes.

2    Q    Never once in all of those cases have you ever testified

3         that an automaker's product was defective; that's also

4         true?

5    A    That is correct.

6    Q    We looked at a Ford interrogatory response together

7         indicating that Ford's Office of General Counsel had paid

8         your company $23-million dollars and something from 1999

9         to 2012, correct?  We saw that together.

10    A    Yes.

11    Q    For the work that DRE has performed for Ford from 2012 to

12         2025, all you can say is that it's at least a dollar; is

13         that also correct?

14    A    I said I don't have to way to gather that number.

15    Q    And you wouldn't commit to any number higher than one

16         dollar yesterday, correct?

17    A    I would simply be guessing.  I honestly don't know what

18         the firm has charged over those years.

19    Q    Certainly since 2012, Ford has been a very important

20         client of DRE; correct?

21    A    Our clients are the attorneys that hire us.  I certainly

22         have had many cases over the years that have involved

23         Ford vehicles and other manufacturers, but our clients

24         are the attorneys.

25    Q    But you're not telling the jury for example, that my

9:06:12AM 1    colleague Ms. Wright hired you for a case that you don't

2    know that you're testifying for Ford; you are not saying

3    that?

4    A    I'm aware that she's representing Ford.

5    Q    And that you are agoing to be testifying on behalf of

6    Ford, right?

7    A    If they ask me to come, yes.

8    Q    You strike me as a fairly important person at DRE, is

9    that fair?

10    A    I think all the partners are important in deciding like

11    what kind of equipment we're going to get or what we are

12    going to be doing.

13    Q    If you wanted someone at DRE to tell you what has Ford

14    paid us since 2012 on matters, you could get that number

15    couldn't you?

16    A    No.  We don't keep our cases by manufacture.  Our clients

17    are legal counsel if it's a lawsuit; that's our client

18    who hires us.

19    Q    So there's nothing in the case file, nothing in the entry

20    that says Ford is the automaker; is that what you're

21    telling us?

22    A    That there's not a way to pull that from our system

23    because that's not who hires us.

24    Q    Let me ask you this.  Isn't it true that you don't know

25    the answer to that question because you don't want to

9:07:17AM 1    know the answer to that question so you can say you don't

2    know when you are asked about it in cases like this;

3    isn't that true?

4  A    No, that's not true.

5  Q    Let's talk about the truck and your inspection of the

6    truck.  Now, you inspected the truck only after it was

7    righted; correct?

8  A    Correct.

9  Q    Judge Land appropriated righted as flipped back over onto

10    its wheels; that's what we're talking about, right?

11  A    Yes.  It was back onto its wheels and it had been moved

12    to a storage facility.

13  Q    Got it.  So you obviously didn't see it or inspect it

14    while it was still lying on its roof at the crash site?

15  A    I did not.

16  Q    You took no instrument scans, or readings, or anything

17    else of the truck while it was on its roof as the crash

18    site; is that correct?

19  A    No.  None of us were at the crash site.  We've seen it at

20    the storage location.

21  Q    Sometimes I ask questions I already know the answer to,

22    but Judge Land doesn't let me answer them.

23        Now, I want to be sure of one thing.  You talked

24    about damage caused when the tow truck righted the

25    vehicle?

9:08:24AM 1    A    Correct.

2    Q    You're not blaming the Mills family or any of the Mills

3         lawyers for the fact that the truck was damaged by the

4         tow truck driver when he was turning it back over are

5         you?

6    A    No, I am not.

7    Q    That's not our fault?

8    A    That's correct.

9    Q    The additional damage that you pointed out to the

10        driver's side is basically if I am looking at the back of

11        the truck and you're looking through the front

12        windshield; it's basically that the driver side pillars

13        folded in like that, inboard as you all say?

14   A    It is.

15   Q    And that occurred simply from the weight of the vehicle

16        as the truck was being rolled over, correct?

17   A    It's because the roof has already been compromised from

18        this big hit with the ground and now when they usually

19        attach to something on the underbody and pull the vehicle

20        upright to get it back on its wheels.  It's that process

21        of shifting the weight of an already compromised vehicle

22        back on to its wheel.

23   Q    One of the things you said I want to be sure I

24        understood.  You basically made the point that the roof

25        structure -- the headers, pillars, and the actual roof --

9:09:28AM 1      that's what connects the top of the two sides of the

2      pillars that support the roof; correct?

3  A   It's everything.  Everything is integrated together so

4      the pillars, the side headers, the front headers

5      everything is attached together.

6  Q   And in terms of horizontals stability, the roof is what

7      connects the top point of the driver side A-Pillar to the

8      top side of the passenger side A-Pillar; is that correct

9      the header and the roof?

10 A   Well, the roof is everything above the beltline, which is

11     where the window of the glass stops; everything above

12     that is the roof.  So that's pillars, that's side rails,

13     that's cross members that go from right to left and then

14     there's the roof panel that's on the top; all of that is

15     welded together to make the roof.

16 Q   One of the things you testified about that happened after

17     the crash was the driver side window of the wheel said

18     was broken out, correct?

19 A   It was.

20 Q   By a first responder, correct?

21 A   It was.

22 Q   Trying to get her out of the truck, correct?

23 A   I'm not exactly certain who it was.  There's a videotape

24     from the dash cam of somebody taking something and

25     repeatedly hitting the glass until they got it to break.

9:10:42AM 1   Q   The jury has heard testimony about that.  I don't mean
         2       anything technical by first responder.  All I mean is
         3       that someone who is on the scene after the truck rolled,
         4       while they were trying to get Debra Mills out of the
         5       truck; correct?
         6   A   I think they were trying to assess what was happening in
         7       the truck and to do that they broke that window.
         8   Q   You don't think they were trying to save a life?
         9   A   I think they were certainly trying to get to the
        10       occupants of the truck.
        11   Q   I didn't hear you say anything yesterday about additional
        12       damage to the passenger side of the roof during the
        13       righting process, is that correct?
        14   A   I was talking about the driver side primarily, yes.
        15   Q   Not the passenger side where Mr. Herman Mills sat?
        16   A   That's correct.
        17   Q   Okay, let me ask you this.  If we looked at the truck now
        18       sitting on its wheels and we looked at the passenger side
        19       roof, you would expect the roof to be higher than it was
        20       when the truck was upside down lying on the passenger
        21       side; correct?
        22   A   When the vehicle is upside down its carrying the weight
        23       of the vehicle.  Usually, when you upright it you get
        24       some relaxation or some spring back of the roof structure
        25       because the weight is off.  But when you have

9:11:59AM 1    deformation, the more deformation you have the less

2    spring back you tend to get because of the way the

3    structures have deformed.

4  Q    So, yes.  If we look straight on at the photos of the

5    truck wheel we looked at yesterday; that photo would make

6    the roof look higher than it actually was when it was

7    upside down and when Mr. Mills was in the truck.  I

8    understand everything you said before.  Yes.  That's

9    correct?

10 A    Yes.  The roof when it was upside down was carrying the

11    weight of the vehicle.

12 Q    Plaintiffs' Exhibit 84, do you recognize this as the

13    passenger side of the vehicle and that place where the

14    door is pulled off; that is where Mr. Mills was sitting,

15    correct?

16 A    That's correct.  We're looking at it from the passenger

17    side and the door that's pulled down would be the front

18    door.

19 Q    Could you draw on this by the way?  I think you can draw

20    with color and the jury can see it.  Can you draw where

21    the windowsill, which is where the door stops and the

22    window begins; is that an accurate term?

23        What do you call it in the industry?

24 A    I'm sorry.

25 Q    I call it the windowsill.  The door comes up to here?

9:13:26AM 1   A    Yes.

2   Q    That's the windowsill?

3   A    Yes.

4   Q    The bottom part of the window and the top part of the

5        door?

6   A    Yes.

7   Q    Can you trace where the windowsill is for the jury in

8        this position?

9   A    You can't see it because of what the way the door has

10        been folded in.

11   Q    The door is lying on the ground, yes?

12   A    The bottom part of the doors has been pulled away from

13        the vehicle.

14   Q    The truck is not sitting on it; is it, the door?

15   A    The bottom part of the door, no.

16   Q    It's sitting on the ground, right?

17   A    Yeah, it's on the ground.

18   Q    Wherever that windowsill line is, is where the ground

19        line is; right?

20   A    No, not necessarily.

21   Q    Are you telling us that somewhere right around here that

22        the windowsill line is not somewhere right around there?

23   A    We just can't see because that door has been pulled out

24        towards us so we can't see exactly what the ground level

25        is.  That's why you can't establish with these

9:14:30AM 1     photographs where exactly that side of the roof is.

2     There is just not enough clarity because of the tall

3     grass to know were that door seal is.

4  Q   It's not sitting on the grass, right?  It's sitting on

5     the ground.

6  A   The vehicles is on the ground, correct.

7  Q   It can't be far off can it?  We can all see this.

8  A   I understand you're trying to draw conclusions from this

9     one photograph, but I know from looking at photographs it

10    depends on what angle they are taken.  And to really

11    establish where something was you need different views of

12    it.  And we don't have that for this particular side of

13    the vehicle.  I can't answer exactly question to say

14    exactly what that is.

15  Q  How about Plaintiffs' Exhibit 537A, I think this was

16    admitted.  Let's pop that up there for the jury.  Can we

17    get the page of Mr. Herbst's report that reproduces the

18    photo of Brian sitting in the front of the truck for

19    completeness?  Defendant's 582 February 15th, 2024

20    report.  Take us to page 17.  Keep going.  Keep going.

21    You saw this Mr. Herbst report, correct Dr. Vogler?

22  A   Yes, I did.

23  Q  You're not disputing that's what the truck looked like

24    when it was sitting on the tires?

25  A   I believe that this his scan of the vehicle when it was

9:17:41AM 1   uprighted at the storage facility.

2 Q You did point out any errors in the scan of the photo

3   during your testimony or in your report?

4 A No.  I don't think that our measurements were that

5   different as it exists today.

6 Q You also didn't criticize yesterday or in your report

7   these measurements that he's done compared to the roof of

8   an intact F250, correct?

9 A I haven't gone back to specifically compare them, but I

10   am aware it's a scan of what the vehicle looks like

11   today.

12 Q If this were to be a photo of the left side of the

13   passenger side, we're looking straight at the windshield;

14   correct?

15 A Correct.

16 Q You see the left side passenger side top of the roof is

17   deformed?

18 A Yes.

19 Q And based on your testimony, and I'm not asking you to

20   quantify it -- Based on your testimony that red line on

21   the left and the top line part of the roof on the left,

22   those would be lower while it was on the ground; correct?

23 A Yes, it would under the weight of the vehicle.

24 Q Put up 537A, this is the one we're looking at here, page

25   43; do you recognize this photo?

9:19:19AM 1    A    No, I don't.

2    Q    You've never see this Mr. Herbst report?

3    A    I don't recall seeing it Mr. Herbst report.

4    Q    I'm going to ask you to take on faith that that's Brian

5         Buchner, the accident reconstructionist who testified

6         last week.  He is sitting where Mr. Mills would have been

7         sitting, correct?

8    A    I don't know.  I haven't seen this photograph.

9    Q    So you can't tell looking at the front of the vehicle?

10   A    It looks like we're looking at the front of the vehicle,

11        yes.

12   Q    He's facing forward instead of backwards, right?

13   A    Yes, I see his face.

14   Q    And so that roof line, I am going to trace it so I don't

15        run into another problem.  This right here this is what

16        you're saying would have been even lower -- I know you

17        can't quantify it -- but even lower than the truck was

18        lying on the ground with Mr. Mills inside of it; correct?

19   A    Yes.  It would have had some additional displacement

20        because of the weight.

21   Q    Got it.  Let's take that down.  As part of your work in

22        this case, you reviewed the depositions of the scene

23        witnesses, correct?

24   A    Yes, I have.

25   Q    Are you aware there was a scene witness who testified

9:20:30AM 1       multiple times that the roof was four to 6 inches above

2       the console?

3  A   I don't recall the specifics of that testimony.

4  Q   You don't recall Mr. Colby Swicord saying that in his

5       deposition?

6  A   Not specifically, no.

7  Q   And you weren't here to hear what he had to say earlier

8       this week in court?

9  A   I was not.

10  Q   You're not claiming Mr. Swicord mistook the top of the

11       roof for the sun visor are you when he was right there?

12  A   Could you repeat that?

13  Q   You're not saying Mr. Swicord mistook the top of the roof

14       when he was in the vehicle for the sun visor are you?

15  A   I don't know what he said about it so I can't really say

16       that he was mistaken.

17  Q   Fair enough.  What about Anthony Harrison, another scene

18       witness; did you study his testimony and deposition?

19  A   I don't recall the specifics of his testimony, no.

20  Q   Do you recall anything about him saying that when he

21       looked in the driver-side at Ms. Mills, he couldn't even

22       see across to see that Mr. Mills as also in the truck; do

23       you recall that?

24  A   I don't recall the specifics of what they testified to.

25  Q   You did not take that fact into account when developing

9:21:52AM 1       your opinions; is that fair?

2   A   I just don't recall specifically what they said.

3   Q   Do you recall that he placed a second 911 call two and a

4       half minutes after finding Ms. Mills, saying, oh wait

5       there's another passenger.  Do you recall that testimony

6       or evidence?

7   A   A reference to that, but not the timing.  I don't call

8       that.  That would have been outside of my area.

9   Q   There were several state troopers on the scene, correct?

10   A   I believe there were, yes.

11   Q   And they testified, the jury will recall, they testified

12       about the position of the roof while the truck was still

13       upside down; do you know that much?

14   A   Again, I know they were asked about it.  I just don't

15       recall the specifics of what they said.

16   Q   So you certainly are not in here to contradict those

17       scene witnesses about what they saw?

18   A   That's correct.

19   Q   You've reviewed the scene witnesses' testimony in part

20       because they were there while the truck was upside down

21       and you were not; is that fair?

22   A   I want to review their testimony so I have all the

23       information that's available about what transpired.  When

24       I look at what the damage is to the roof I look at it as

25       an engineer as to what the vehicle tells me where things

9:23:14AM  1      are deformed when I offered my opinions on the damage.

2    Q    After it's turned over?

3    A    In this case that's correct.

4    Q    And to the best of your knowledge, not all of the scene

5         witnesses that were obtained by Ford or the Plaintiffs

6         they have what we say in Georgia, no dog in the fight; is

7         that consistent with your understanding?

8    A    I don't know.

9    Q    Do they say that in Michigan?

10   A    Dog in the fight.  I've heard that before, yes.

11   Q    You don't know that, correct?

12   A    I don't know who has been hired by whom.

13   Q    Fair enough.  We talked about this earlier.  There is one

14        roof comprising multiple components, is that fair?

15   A    I would describe it as there are multiple components that

16        are assembled together to make the roof.

17   Q    To make one roof?

18   A    Correct.

19   Q    Among other things, the passenger side, looking through

20        the back of the truck and you're looking through the

21        front.  The passenger side and the driver-side, these are

22        the side pillars; are you following me?

23   A    Yes.

24   Q    And the thing that goes across the top is the roof

25        consisting of the roof bows, the header, and whatever

9:24:31AM 1    piece of metal it is that goes on top of all of that; is

2    that fair?

3   A    Yes.

4   Q    I'm just going to call that the roof.  If you don't

5        follow my questions you let me know, but that top part,

6        the flat part that keeps out the rain is what I'm talking

7        about.

8            If the roof doesn't stay flat and compress

9        immediately, right?  It did say it's a rigid piece of

10       metal.  I understand it can fold up, and fold down, and

11       bend but it doesn't compress and stay perfectly flat;

12       correct?

13  A    I'm not following your question.

14  Q    Sure.  Here' what I'm calling the roof.  Now, where my

15       fingers are those are the anchor points between the roof

16       and let's say the A-Pillar; are you with me so far?

17  A    Yes, other than that definition is not what the roof is

18       so I --

19  Q    What do you call the flat part that's on the top?

20  A    That's the top of the roof structure.

21  Q    Let's use your term.  The top of the roof structure and

22       my fingertips were to connect the A-Pillar, which is the

23       forward pillar, and then you look at the side of the

24       windshield; are you with me so far?

25  A    Yes.

9:25:58AM 1    Q    If these two points the driver side A-Pillar and the
        2         passenger side pill, the roof can do that; correct?
        3    A    Yes.
        4    Q    It could do that, correct?
        5    A    Yes.
        6    Q    And the one thing it isn't going to do is stay perfectly
        7         flat and compress into itself; that's not going to happen
        8         is it?
        9    A    It depends on how the forces come into the roof because I
       10         have seen some crashed vehicles where it will fold up on
       11         to itself.
       12    Q    Fair.  But that's not what you saw on this crash?
       13    A    That's why we have that folding that happens when the
       14         vehicle uprighted and there it is kind of folded toward
       15         itself.
       16    Q    I'm certainly not going to argue that there's folding in
       17         the roof, but the roof didn't stay perfectly flat because
       18         it's shorter somehow?
       19    A    That is correct.
       20    Q    I am not a Ph.D. engineer.  I'm a history major in
       21         school.  So let me try my hand at drawing on this.  I
       22         want you to be able to see it and the jury.  Not to
       23         scale.  I'm calling these the A-Pillars.  Looking at the
       24         front of the truck, P for passenger and D for driver.  Do
       25         you understand that?

9:27:32AM 1   A   Yes.

2   Q   The roof, the top of the roof is what connects those two;

3       correct?

4   A   Yes.

5   Q   At this point and this point gets closer somehow, whether

6       it's this one moving in or that one moving in, or they

7       are both moving in; that's got to move right, or buckle,

8       or fold?

9   A   It has two displace, but the pillar doesn't just move

10      inboard.  Because it pinned that pillar runs all the way

11      down the floor to the floor in an arch.  So it's not just

12      simply that it moves inboard.

13  Q   It does like that?

14  A   Exactly.

15  Q   That is still shorter than this point?

16  A   It depends.  Because it is an arch you can have those

17      things remain the same, but because it's going down;

18      that's what's shortening it.

19  Q   The roof would have to be the same length but it would to

20      like that?

21  A   Exactly.

22  Q   Something like what we saw at that front facing picture

23      after the truck was righted, do you recall that?  Where

24      Mr. Buchner was sitting in it and there was another one

25      with Mr. Herbst measurements at the front of the

9:28:51AM 1    windshield?

2    A    Yes, I remember those two.

3    Q    This is not to scale.  You and I may quarrel with how

4    things happen, but if the passenger side does something

5    like that with the A-Pillar, now, the roof is connected

6    there.  Let's just assume the driver side A-Pillar stays

7    the same; that roof has got to either do that or that

8    that, is that fair?

9    A    No, because of what I just said.  Because it's on a

10    pinned arch so as that left side comes inboard it doesn't

11    necessarily mean that you're going to get an upward or a

12    downward.  In fact, because it is an entire structure, it

13    displaces the other side outboard.  So it transmits

14    forces, whatever forces, can make something move inboard

15    is trying to push those forces into other areas of the

16    roof and displace those outboard.

17    Q    But that didn't happen in this crash.  The A-Pillar was

18    not displaced.

19    A    It does look like there are some more erect areas on the

20    driver side of the vehicle.

21    Q    Let's suppose in this case that those are, in fact, a

22    shorter distance; are you with me so far?

23    A    Yes.

24    Q    If that's true, the distance between these two points

25    compresses; it's either going to do this or it's going to

9:30:29AM 1    do that, correct?

2    A    It all depends on geometry so --

3    Q    Tell me how to draw the line where it does something

4         other than that?

5    A    First of all, you have to it to scale.  Then you have to

6         take into consideration where things are joined and how

7         they will restrict motion.  So you can't just simply

8         sketch it not to scale and say it's going to do this, or

9         it's going to do that.  It's geometry.  You have to look

10        at where those things are; where they are held; where

11        they are constrained when you try to say what is it going

12        to do if you move it in one direction or the other.

13   Q    That's not what happened, correct?  It should be moving

14        and the A-Pillar on the driver-side should stay erect,

15        correct?

16   A    It appears that they have got some outboard displacement

17        to them.

18   Q    Take my word for it.  If this point from A to B is

19        shorter than the normal width of the roof.  I'm not

20        asking you to validate it.  Understand my assumption.

21        The jury is going to be able to look at these photos and

22        measurements.  If this distance is shorter than this

23        distance, one thing the roof could do is that?

24   A    You could have to tenting up, yes.

25   Q    You could do that, correct?

9:31:50AM 1    A    You could have recesses, yes.

2    Q    And if it hit the ground -- Let's suppose the ground is

3         there, it's more likely to do that than that, right?

4    A    It depends completely on how the forces are going into

5         the structure.

6    Q    It might push it.

7    A    You will certainly have the constraints of the ground

8         whatever surface you are on.

9    Q    That's one of the things that can happen.  Again, my

10        assumption is these points are closer than the ordinary

11        for roof top.  Is there another path you want me to draw

12        there?

13   A    Yes, again, as I talked about.  You can have things move

14        relative to each other.

15   Q    It could go like that?

16   A    Absolutely.

17   Q    No one has seen this sideways view?

18   A    Today after it has been uprighted the driver side of the

19        roof has a very prominent recessed area from that side.

20   Q    This would be two buckle points, correct?

21   A    Well, they are not -- Those would be two points where

22        bends are occurring.

23   Q    And this would be one, right?

24   A    Yes.

25   Q    Going to put this up here so that we can remember what

9:33:41AM  1    you and I talked about.  Could you put back up the Herbst

       2       report we looked at together; it should be in Plaintiffs'

       3       Exhibit 582?

       4            MR. MALEK:  Defense Exhibit 302.

       5  BY MR. LOWREY:

       6  Q    Apparently, both sides put this photo into evidence.  We

       7       looked at this before, right?  This is after the truck

       8       was righted.  And you had no problems with the

       9       photograph, no problems with the measurements.  You can't

      10       verify that they are precise, but not problems with those

      11       that you testified about; correct?

      12  A    I want to be clear.  This isn't a photograph.  This is

      13       the 3D scan model of the subject vehicle.

      14  Q    Okay, with that qualification, you've got no problem with

      15       what's depicted here as the truck; is that right?

      16  A    It appears to be Mr. Herbst scan of the vehicle.  That's

      17       correct.

      18  Q    You know how this works.  If there was something wrong

      19       with that, you would have for sure point it out to Ford's

      20       lawyers; right?

      21  A    I think the point was both of Mr. Herbst's scenarios;

      22       this does not reflect how the vehicle was at rest.

      23  Q    There's no dispute about that.  He acknowledged that.

      24       You acknowledge that.  Everybody acknowledges that.  Fair

      25       enough.  This is what the truck looked like after it was

9:36:08AM 1    up.  Do you see the point that's labeled 21?  There's a

2    21 yellow line that comes right here; do you see that?

3    A    Yes.

4    Q    And then the same thing right here 0.13, right?  Because

5    those points got closer, the roof had to give and it gave

6    by buckling downwards in a V; correct?  I understand you

7    to say some of this is tow truck damage.  I'm not arguing

8    with that.  But that illustrates what you were talking

9    about that the roof responds to the A-Pillar's connection

10    points getting closer, correct?

11    A    Yeah.  It's actually a sideways force coming into that

12    driver-side pillars that are forcing that inboard and

13    causing that recess.

14    Q    And that's part of the downward motion, the attachment

15    point of the A-Pillar.  They get closer right here; you

16    are not disputing that?

17    A    Yes.

18    Q    And the roof has to give, correct?

19    A    The roof displaces, yes.

20    Q    I understand you're saying that only appeared as a result

21    of towing damage, right?

22    A    That's correct.

23    Q    To back up the towing damage essentially we would have to

24    get rid Line 21 and we'd have to move 21 back to the

25    green line; that's where you are saying it more or less

9:37:37AM 1    was?

2    A    It actually looks like it has been displaced outboard

3         when it's at rest.  When you look at the pictures of the

4         vehicle.

5    Q    We all say -- again -- I know you don't know how much.

6         We all say that would have gone down, right?  While it's

7         on the ground in the crash -- down and in?

8    A    Well, first of all, you're not identifying the top of the

9         A-Pillar of the passenger side that's 0.11.

10   Q    So this is the top of the A-Pillar right here?

11   A    Yes.  You can see where Mr. Herbst has drawn a line from

12        the top to where it was on the corner of the windshield

13        down to where it is so the roof is not between the

14        pillars; it's between 0.11 and 0.21.  Those are the two

15        tops of the roof.  So the roof goes up, over the

16        passenger side, and then it goes down over the

17        driver-side as we look at it now.

18   Q    I'm going to move on unless there's anything you wanted

19        to say?

20   A    I'm here to answer your questions.

21   Q    Now, if I could somehow send you back in time so that

22        you, yourself, would be on the crash site looking at the

23        truck upside down; would you want that opportunity to

24        look with your own eyes directly into the driver side to

25        see where the roof is?  Wouldn't that be important

9:39:33AM 1      information you can bring to this jury?

2   A   It's always good to have more information.  So, yes, it

3      would have been nice to have better photographs.  We

4      always look at what the police take.  Their focuses on

5      helping the people, but it would be nice to get more

6      photographs.

7   Q   The police are not photographing the structural details.

8      They are focused mostly on people, is that fair?

9   A   I think that's correct.

10   Q   Until we got the tow truck drivers photos we were all

11      working from police photos, right?

12   A   Yes.  That's correct and the videos.

13   Q   Let's move back in time to 2015.  You may recall that

14      Mills were in a model year 2015 F250, correct?

15   A   That is correct.

16   Q   But they had bought it in late 2014 because that's how

17      auto dealer work, correct?

18   A   Yes.  I think the vehicle was made the fall of the

19      previous year.

20   Q   Probably made the fall of 2014 and purchased by the Mills

21      in October/November 2014, not too precise, but something

22      like that?

23   A   I don't recall exactly when they purchased it.

24   Q   Fair enough.  So now I want to talk about the next

25      calendar year after the Mills bought their truck.  And in

9:41:07AM 1    that calendar year Ford paid Autoliv, which is a

2    components manufacturer; correct?

3    A    Autoliv is another company, yes.  I think that they work

4    on airbags.

5    Q    And other things too, correct?

6    A    I don't know.  I'm not that familiar with the firm.

7    Q    Ford paid Autoliv to conduct some additional testing in

8    20125 of the super duty trucks?

9    A    I have seen testing on super duty trucks, yes.

10    Q    Show me Plaintiffs' Exhibit 583.1, which I believe has

11    been admitted.  These are photos from Mr. Herbst report

12    page 7.  Are you familiar with this; it was in Mr. Herbst

13    report, maybe you've seen these photos; correct?

14    A    I've seen these materials over the years.  Yes.

15    Q    The top photo is what happened in 2015 when Autoliv

16    conducted a test of a vehicle that's the equivalent of

17    Mills' vehicle; is that correct?

18    A    I think this is one of the tests that Autoliv conducted,

19    yes.

20    Q    But this was equivalent to the Mills' vehicle, right?

21    A    I think it's a 2011 model year so, yes, that would be

22    equivalent.

23    Q    Then the photo in the middles is another test of a

24    vehicle that's also equivalent to the roof on the Mills'

25    vehicle; do you see that?

9:43:08AM 1    A    Yes.

2    Q    At the bottom photo is what happened when Ford tested

3         what was to become a 2017 model year super duty, correct?

4    A    Yes.

5    Q    So that is not the roof that the Mills had on their

6         truck; is that correct?

7    A    That's correct.

8    Q    Can you make that bottom photo large?  That does not look

9         -- Let's assume it's lying on the ground like that.

10   A    Lying on the ground.  Do you mean sitting on the ground?

11   Q    That's not a roof -- looking at that roof -- that's not a

12        roof where you would expect someone to be suffocated by

13        the roof of the vehicle coming down on them is it?

14   A    Well, first of all whether someone is affected by the

15        roof depends on their position within the roof.

16   Q    Generally speaking, the roof staying pretty close to

17        where it was built.  That's not going to cause a

18        passenger to bend double and suffocated by their own

19        vehicle, correct?

20   A    That's completely outside my area; that's a bio area.

21   Q    Commonsense, you are smart, commonsense.  If the roof is

22        up above your head it's unlikely to be pressing down on

23        you causing you to suffocate; fair?

24   A    If you're not in contact with that; that would be

25        correct.

9:44:41AM 1   Q   Take us back to the middle photo.  By contrast if someone

2       is in that couldn't you easily see that crushing them

3       down, bending them in half, causing them to suffocate in

4       their own vehicle?

5   A   That's completely out of my area.  I don't know how

6       someone could be positioned in there.

7   Q   Let's bring it up for a second.  Let's assume you're just

8       --[indecipherable]-- who rides around in vehicles; are

9       you with me so far?

10  A   Yes.

11  Q   Okay.  Between those two photos I showed you, are you

12      saying that you would have no preference if you were in a

13      rollover crash -- no preference -- between being in the

14      one you are looking at now and going to show you again at

15      the bottom?

16         MR. MALEK:  Objection, Your Honor, asked and

17  answered.  Dr. Vogler already said out of the area.  Asked and

18  answered.

19         MR. LOWREY:  This is well within the common

20  experience Your Honor.

21         MR. MALEK:  This is a biomechanical dummy; is not a

22  common opinion.

23         THE COURT:  Sustained.  The jury can reach their own

24  conclusion.

25         MR. LOWREY:  Your Honor, it's the same question they

9:45:59AM 1    asked Mr. Eikey.

2            THE COURT:  Are you asking her for an expert opinion

3    or a lay opinion?

4            MR. LOWREY:  A lay opinion based on rational

5    perceptions.

6            THE COURT:  I thought she said she was not qualified

7    to give her that opinion but ask her again.

8    BY MR. LOWREY:

9    Q    Sure.  Forget the last question.  Let's start with a

10        fresh question.  Just assume you are someone who drives

11        around in cars.  If you have a choice and you are going

12        to be in a rollover, sorry.  You have no preference

13        between being in the vehicle in the middle and the

14        vehicle on the bottom; no preference, that's not right is

15        it?

16   A    I can totally understand somebody looking at that saying,

17        I don't want to be in that car that has all that damage.

18        But I am not just a layperson.  I'm an engineer and I

19        know what happens in these crashes; and it's very

20        complex.  It's not just simply looking at the damage to

21        the vehicle.  And, in fact, we see that in this case.

22        Mrs. Mills is deceased at the crash scene.  Her roof is

23        less deformed than Mr. Mills, who isn't deceased at the

24        crash scene.  So deformation of a vehicle does not tell

25        you what the outcome is going to be.  So I understand

9:47:18AM 1    that, but as an engineer it is far more complex.

2    Q    I understand that you are not an expert, but the risk we

3         are talking about in this case that Dr. Eisenstat

4         testified happened in this case is the Mills suffocated.

5         I'm asking you to assume for the purposes of my question.

6          Are you telling me that as far as positional

7         asphyxiation is concerned, that you like the odds of the

8         guy in the bottom truck just ask much as the guy in the

9         middle truck; are you saying that to the jury?

10            MR. MALEK:  Objection asked and answered.

11            THE COURT:  Overruled.

12   A    I don't understand the medical aspects of what causes

13        injuries.  So then I can't answer that question.  I can

14        only speak to as an engineer I know it's a complex issue.

15   Q    Okay, all right.  If I were to walk up to that vehicle on

16        the bottom -- you with me -- and look in the driver-side

17        window that's facing us, you would expect that I would be

18        able to see a passenger in the passenger seat; right?  A

19        five-foot ten passenger let's say hypothetically.

20   A    It looks like you could see through the vehicle windows,

21        yes.

22   Q    That's probably not true if we look at say the middle

23        photo.  You can't even look through the driver side

24        window, right?

25   A    It's hard to tell from this perspective what you could

9:49:08AM 1     see if you moved the airbag out of the way.

2   Q   Okay, fair enough.  Let's move on.  When did you first

3       see this 2015 Autoliv testing?

4   A   I don't recall.

5   Q   I'm not asking for a specific date.  Do you think it was

6       around 2015 when it was done?

7   A   No, I don't think I would have seen it that early.

8   Q   Did you see it in the course of your work on the Hill

9       case?  You are familiar with the Hill case, right?

10  A   I am.

11  Q   Did you see it during the course of your work on the Hill

12      case?

13  A   I don't recall.

14  Q   We heard some deposition testimony read to the jury of a

15      man named Ram Krishnaswami; do you know who that is?

16  A   Yes, I do.

17  Q   And he was the corporate representative of Ford in the

18      Hill trials, do you remember that?

19  A   I don't know exactly what his role was, but I believe he

20      was at the Hill trial.

21  Q   Fair enough.  I am not quoting but I think I am pretty

22      close.  He testified that the roof on the -- He was

23      talking about I think a 2002 F250, but a 2015 has

24      essentially the same roof; right?  I know it has the side

25      airbags but in terms of roof strength that's basically

9:50:43AM 1   the same roof, right?

2 A Yes, the roof design has remained fairly constant over

3   the years.

4 Q And he said something along the lines of the roof is

5   perfectly safe and even in hindsight he wouldn't have

6   changed anything; do you agree or disagree with that

7   statement?

8 A I think Mr. Krishnaswami has the same experience with

9   knowing all the complications of the factors and that

10   there's been absolutely no studies that show causal

11   correlation between roof strength and your risk of

12   getting injured in a roll over accident.  So I would

13   agree with him that that is what the science says.

14 Q Well, what he said actually is even with the benefit of

15   hindsight he would not have done anything differently; is

16   that part of the statement you're agreeing with?  I

17   missed the yes in there somewhere.  Is that part of the

18   statement you were agreeing with?

19 A I don't know specifically what he's referring to there,

20   but I could say that it's my opinion that the roof is

21   safe.

22 Q Even with the benefit of hindsight you wouldn't if you

23   could go back and put a 2006 ERSP for super duty trucks

24   designed roof on this truck long before the Mills died;

25   you wouldn't do that?

9:52:03AM 1    A    As far as providing additional safety benefit to reduce

2                   your risk of injury there wouldn't be a difference

3                   associated with that, but the vehicle design is one

4                   complete design so certainly things evolve over time.  I

5                   don't know specifically what he's referring to when he

6                   gave that answer.

7         Q    I think I heard no in there.  No, you wouldn't even with

8                   the benefit of hindsight and ability to do it go back and

9                   put that ERSP roof on this truck before the Mills died?

10        A    It would not have lowered the risk of injury in a

11                  rollover accident.

12        Q    You've explained twice but you haven't said, no.  That

13                  means, no, right?  No, you wouldn't have changed

14                  anything?

15        A    Vehicle design is a more broad aspect than just the roof.

16                  The roof is integrated into the rest of the vehicle.

17        Q    You know it's okay to say, yes or no to me, just like it

18                  was okay to say it to Mr. Malek; right?

19        A    I an not, not, trying to saying yes or no. I am trying to

20                  explain the answer to your questions.

21        Q    Certainly you have the right to do that.  I will never

22                  quarrel with that.  But there's also nothing wrong with

23                  telling me, yes or no, and explaining; right?  Do you

24                  understand that?

25             MR. MALEK:  Objection argumentative.

9:53:13AM 1          MR. LOWREY:  I don't need an answer to that question

2    Your Honor.  I'll move on.

3          THE COURT:  Okay, move on.

4    BY MR. LOWREY:

5    Q    Entirely different topic.  Let's talk about when this

6        vehicle was originally being designed in the 90s; are you

7        with me?

8    A    Yes.

9    Q    At some point Ford management signs off on the vehicle,

10       correct?

11    A    That's my understanding.

12    Q    And that's that April 1996 sign off document that I think

13       you testified about, right?

14    A    No, I did not.

15    Q    Let's get that for you then.  If we can put up

16       Defendant's Exhibit 169.

17          MR. MALEK:  Your Honor, may I bring 169 to

18    Dr. Vogler so she has the entirety of the document?

19          THE COURT:  Yes.

20    BY MR. LOWREY:

21    Q    Take a look at the front cover.  We'll be looking at the

22       analytical sign off for the PHN131 design.

23    A    We are and it is that April 1996 date.

24    Q    Great and PHN131 the jury has heard this, but just to

25       confirm; that is a F250, correct?

9:54:53AM 1    A    It's the program name for the super duty pickup.

2    Q    So not just the 250 but the other super duty trucks?

3    A    That's correct.

4    Q    The jury has heard some testimony about this.  I think

5         there are three different PHNs between 1999 and 2016; is

6         that correct?

7    A    That's correct.

8    Q    But the roof is materially the same in terms of roof

9         strength across all of those, correct?

10   A    Yes.  I would say the design is fairly consistent.

11   Q    Fair enough.  So that's right?

12   A    Yes.

13   Q    And then Ford started selling these trucks when?  A 1999

14        model would be sold --

15   A    Typically they get released in the fall.  I don't recall

16        specifically, the Fall of the year prior to the model

17        year.  So a '99 can get introduced in the fall of '98,

18        but I don't recall specifically.

19   Q    They are certainly being sold by 1999, correct?

20   A    Yes.

21   Q    I apologize for my handwriting.  So between those two

22        points analytical sign off and the vehicle being sold,

23        isn't it true that Ford didn't perform a single physical

24        test to determine the roof strength?

25   A    It did not.  It used a finite element analysis.

Joan Drammeh * Federal Reporter * 706-653-1097

9:56:22AM 1  Q   A finite element analysis, which is a species of computer
        2       assisted engineering; is that correct?
        3  A   It's an engineering tool, yes.
        4  Q   Computer modeling is that a close enough description for
        5       laypeople?
        6  A   Well, computer modeling usually means you are developing
        7       a model and then FEA is finite element analysis and
        8       that's where you're now subjecting that model do
        9       different conditions to see how does it perform.
       10  Q   Computer simulation, do you like that better?
       11  A   It's not simulating it; it's actually analyzing it.
       12  Q   I'm going to put computer; that much I understood.
       13       That's what Ford did.  Ford actually did that back there,
       14       right?
       15  A   Yes.
       16  Q   And that computer work produces certain values for, among
       17       other things, for roof strength; correct?
       18  A   Correct.
       19  Q   After sign off right here in this space here there were
       20       some changes to the roof, right?
       21  A   There were some slight modifications to some components,
       22       yes.
       23  Q   We have Plaintiffs' Exhibit 182.  Do you recognize this
       24       as a concern detail by roof engineer Sal Caruso?
       25  A   I don't remember this document.  No.

9:58:04AM 1    Q    You know what a concern detail is, right?

2    A    I have seen these over the years, yes.

3    Q    If you look down on the left side where it says concern

4        description it says delete front header outer.  Do you

5        see that?

6    A    Yes.

7    Q    So that's -- The front header had two pieces and one of

8        them is going away; is that roughly accurate?

9    A    That's what that could refer to, yes.

10    Q    The front header, just to remind the jury, that's the

11        part right above the windshield that connects the high

12        points for both A-pillar; correct?

13    A    It's attached to the roof panel and it runs from left to

14        and ties into the tops of the A-pillars.

15    Q    Okay, better than what I said, but the same thing; right?

16        So this was -- I'm just going to put an X and that is

17        front header out.  If you look at the date on that

18        document that's June 1996, right?

19    A    Yes.  It says June 23rd, 96.

20    Q    That's applicable right?  After April is June.

21    A    Yes.

22    Q    Plaintiffs' Exhibit 185, this is another concern detail

23        and you see it's by Mr. Sal Caruso; you know how that is?

24    A    I'm aware he works for Ford.  Yes.

25    Q    Worked at least.  He is a roof engineer who was working

9:59:42AM 1       on the roof of the vehicle that ultimately became the

2       Mills vehicle, is that fair?

3  A   I don't know exact role, but yes, I've seen his name

4       before.

5  Q   Did you find the date on this one?

6  A   It appears to be September 15th, 1998.

7  Q   What happens?  What is his concern?

8  A   I can't see.

9  Q   Take that down.  You see concern description, down gauge

10      A-Pillar by two percent from 2.4 millimeters to 2.35 for

11      a cost savings of 0.70 cents per average on the vehicle;

12      do you see that?

13  A   That's what you've highlighted, yes.

14  Q   That's after April 1996, right?

15  A   It is.

16  Q   Pull Plaintiffs' Exhibit 188, if you would?  By now

17      familiar to you this is another concern detail, again, by

18      Ford roof engineer Sal Caruso; do you see that?

19  A   Yes.

20  Q   The concern is down gauge A-Pillar reinforcement from

21      2.1 millimeters to 2.0 millimeters; do you see that?

22  A   Yes.

23  Q   Where is the A-Pillar reinforcement?

24  A   It's one of the components that make up the A-Pillar,

25      which are those things.

10:01:23AM

| | | |
|---|---|---|
| 1 | Q | So it's part of the A-Pillar? |
| 2 | A | Yes. |
| 3 | Q | And it's a reinforcement.  I take it, it's role is to |
| 4 | | make the A-pillar stronger than it would be without it. |
| 5 | A | Typically they call inner and outer and then the |
| 6 | | reinforcement is the number that's in the middle between |
| 7 | | the inner and the outer. |
| 8 | Q | Okay, helpful but my question is a little bit different. |
| 9 | | It's called the reinforcement because it makes the |
| 10 | | A-pillar stronger than it would be without it, correct? |
| 11 | A | It reinforces it.  It's typically another component |
| 12 | | within there. |
| 13 | Q | What was the date on this one?  Looks like it's there in |
| 14 | | the middle. |
| 15 | A | August 23rd of 1999. |
| 16 | Q | That is the A-Pillar reinforcement; is that right? |
| 17 | A | Correct. |
| 18 | Q | Plaintiffs' Exhibit 189, and this is another concern |
| 19 | | detail from our friend Mr. Sal Caruso Ford roof engineer; |
| 20 | | do you see that? |
| 21 | A | Yes. |
| 22 | Q | And his concern is down gauge front header and SC/CC roof |
| 23 | | bows?  We know what the front header is; can you help us |
| 24 | | with SC/CC roof bows? |
| 25 | A | I think that would mean super cab/crew cab. |

10:03:09AM 1   Q   And the crew cab is the truck the Mills died in, right?

2   A   It is.

3   Q   And the roof bows are these things that go horizontally

4       from side to side that support the top of the roof?

5   A   The roof bows are the components that run side to side

6       across the two side headers.

7   Q   I'm holding this truck up and so am I tracing essentially

8       where the roof bows would be?

9   A   Yes.

10  Q   Do you have a date on that one for us?

11  A   Looks like August 4th, 1999.

12  Q   That was the header and roof bows, plural, right?

13  A   Yes.

14  Q   After those modifications are made Ford doesn't do any

15      physical testing before it starts selling the vehicle,

16      true?

17  A   That is correct.

18  Q   We don't have any computer analysis like the one that

19      they did from the April 1996 sign off reflecting the

20      effect of those changes, true?

21  A   I'm not aware of an update to the computer analysis, but

22      certainly there could be engineering judgment that these

23      small changes aren't going to affect the performance.

24  Q   The sign off wasn't accomplished based on engineering

25      judgment.  The sign off was accomplished based on the

10:04:36AM 1    computer modeling that produced a specific number, right?

2  A  That's correct.

3  Q  They didn't do that again after the history we just went

4    through; that's my question.

5  A  That's correct.  If these things are incorporated it's

6    because some other judgment was made, but they would not

7    have had an effect in performance.  So there wouldn't

8    have been a need to redo that analysis.

9  Q  Have you seen a document writing down, recording in some

10    fashion that engineering judgment that you're

11    hypothesizing?

12  A  I am have not other than my understanding of how things

13    are approved.

14  Q  You didn't talk to any of the Ford engineers who are

15    involved at this stage, right?

16  A  I did not.

17  Q  Or in the Enhanced Roof Strength Project, right, didn't

18    talk to any of them?

19  A  That is correct.

20  Q  You've talked to Ford's lawyer about your expert opinion

21    testimony, fair?

22  A  I've certainly talked with them over the course of this

23    case.  Yes.

24  Q  But no Ford roof engineers?

25  A  That is correct.

10:05:47AM 1    Q    You said this was all engineering judgment.  Don't all of
        2         those cost concerns we just looked at together document a
        3         cost savings from the change?
        4    A    That's what the documents indicated, yes.
        5    Q    Are you aware of documents indicating that the Ford roof
        6         engineers were under a directive at this time for cost
        7         containment of the Ford 250 program, of the super duty
        8         program?
        9    A    That's something I'm not aware of as I sit here.
       10    Q    You've never seen the words cost-containment to the best
       11         of your recollection in any of the documents you've
       12         personally analyzed?
       13    A    Not that comes to mind as I sit here.
       14    Q    If I am not mistaken you either pulled it out as an
       15         excerpt or you looked at it in the original document.  I
       16         don't know.  But if you could give us Defense Exhibit 169
       17         and hopefully I've got the page right this time.  Page 53
       18         of the PDF exhibit.  Can you make that bit?  We're not
       19         getting this right for some reason.  To get to the roof
       20         part, make the top part of that bigger.  You can ignore
       21         everything below that for purposes of my questions.
       22              I think Mr. Malek correctly commented on the poor
       23         quality by today's standards of this 1996 document.  It's
       24         not perfectly easy-to-read, but this top part is about
       25         structural safety roof crush; correct?

10:08:08AM 1    A    That's what it's entitled, yes.

2    Q    This is what you pulled out and testified about at one

3         point yesterday, right?

4    A    That's correct.  It's my understanding it's the results

5         of the finite element analysis.

6    Q    This is what was done before April 1996 and produced Ford

7         management sign off, correct?

8    A    Correct.

9    Q    It says crew cab; that's what we're dealing with here,

10        right?

11   A    Yes.

12   Q    Their target was 10,500 pound roof strength, correct?

13   A    Yes.

14   Q    What they achieved through the computer was

15        10,484 pounds, right?

16   A    Yes.

17   Q    You don't have any analysis that between the time Ford

18        signed off and the time Ford started selling, you haven't

19        seen any analysis that confirms that the strength of that

20        modified roof would be 10,848 pounds; correct?

21   A    Not in that windows; that's correct.

22   Q    As far as you know, if we could go back in time before

23        1999 when Ford starting selling this roof and did the

24        same computer assisted engineering analysis; that number

25        10,484 might be different?

10:09:26AM 1    A    Well, we have tests that were done later in time.

2    Q    We're going to talk about those in good time.

3         MR. MALEK:  Your Honor, he's interrupting the

4    witness.

5         MR. LOWREY:  I apologize Your Honor.

6    BY MR. LOWREY:

7    Q    If I was unclear I was just talking about for right now,

8         the period between sign off and sale; are you with me?

9    A    Yes.

10   Q    And I am going to give you a chance to talk about those

11        other tests I promise.  I've got some questions about

12        those too.  To repeat my question, which I don't think

13        was that artful the first time around.

14            If we went back in time and Ford did the same

15        computer analysis that was done before sign off on the

16        roof as modified, you don't have any way of knowing

17        whether that number would still be 10,484; correct?

18   A    I don't have the actual results from that analysis.  I

19        can say from the magnitude of those changes of the

20        materials I wouldn't expect to see much of a difference

21        in the assembled structure performance.

22   Q    Have you ever seen documentation of that by any Ford roof

23        engineer, what you've just said?

24   A    Not in that time period that you're talking about.

25   Q    As a general matter, you don't make roofs stronger by

10:10:36AM 1    taking out parts and taking out metal; is that generally

2    true all else being equal?

3  A    It is a result of how it will affect the assembled

4    structure all together.  So making those small changes in

5    thicknesses wouldn't anticipate that that would affect

6    the overall performance.

7  Q    Even if we took 10,484 and divide it by the weight of the

8    vehicle Mr. Tandy assumed 8,000.  Mr. Tandy on whom you

9    rely, right, the roof reconstructionist?

10 A    Yes.

11 Q    So even if we took 10,484 and divide it by the 8,000

12   pound vehicle weight; that comes out somewhere around

13   1.3.  Do you need a calculator?

14 A    I think it would be in that order of magnitude.  I don't

15   have calculator.

16 Q    And that's not good is it, 1.3?

17 A    It is a number that doesn't apply to this heavyweight

18   vehicle.  So what its strength to weight ratio is not

19   something that is a target for this particular vehicle.

20 Q    So when you say the number doesn't apply what you mean is

21   as a matter of regulatory law at the time that didn't

22   apply, correct?

23 A    Exactly.  That number is the strength to weight ratio

24   that's calculated in the FMVSS216 test.

25 Q    And your not saying that -- Forget regulations for a

10:12:09AM 1    moment because you know those are the minimum

2    regulations, right?  You have studied the magnitude of

3    that.

4    A    You have to meet them to sell a vehicle solde in the U.S.

5    Q    I'm going to say it a little bit different.  You have to

6    meet them, but they are the minimum standards meaning you

7    can do more, right?

8    A    Yes, you can.

9    Q    You're not saying strength to weight ratios don't apply

10    because that's a physical concept that can apply to any

11    vehicle.  You're just saying the regulation didn't apply;

12    is that correct?

13    A    That's correct.

14    Q    Do you know what the Insurance Institute for Highway

15    Safety is?  Do you know what entity is, that institution?

16    A    I do.

17    Q    It's a nonprofit and it's sponsored by insurers who will

18    save money if fewer people are injured in car crashes; is

19    that fair?

20    A    That I don't know.

21    Q    Do you know what the IIHS would say of how it would rate

22    a roof with a SWR of 1.3?

23    A    Well, their current standards that's below their lowest

24    level.  But those standards they never evaluated these

25    super duty heavy, very large pickup trucks with their

10:13:31AM 1    standards.

2    Q    The heavier a truck comes down the more force on its roof

3         relative to say a passenger car or light truck; is that

4         fair, all else being equal?

5    A    It depends on how it engages the ground, but, yes, you

6         have a higher weight of the vehicle that could be

7         applied.

8    Q    Everything else being equal, 10,000 pound vehicle and an

9         8,000 pound vehicle is going to come down with more force

10        than say a 5,000 vehicle; fair?

11   A    It depends on if the weight is affecting the force that

12        is engaging with the ground.

13   Q    It depends on this crash happening with gravity?

14   A    No.  It depends on how the vehicle is engaging with the

15        ground during any particular impact.  Typically, a

16        vehicle is rolling so what it sees during that rollover

17        it depends on who much of the vehicle weight is actually

18        being applied at that time.

19   Q    I understand you are saying none of this matters, but

20        there's no reason why the SWR should be lower for a big

21        heavy vehicle than it is for say a passenger car.  No

22        good reason for that is there?

23   A    Well, yes.  With these very heavy vehicles they have a

24        wide range of weights they can have associated with them

25        and a wide range of designs.

10:14:53AM 1   Q   Going back to IIHS.  It would be in their lowest

2       category, but would you be surprised to hear that to get

3       a poor from IIHS you have to have at least a 2.5; is that

4       consistent with your understanding?

5   A   I don't know if it has an at least value.  I think they

6       have the cutoffs as to when they transition to the

7       various categories.  I don't recall exactly as I sit

8       here.

9   Q   Sorry, 1.3 is about half of poor according to IIHS?

10  A   If we are simply ratio-ing out the numbers, yes.

11  Q   Do you agree with me that the forces of a rollover crash

12      can easily exceed twice the vehicle's weight?

13  A   Depends on how it engages with the ground, but there may

14      be some orientations where that's true.

15  Q   Do you think that's uncommon or a relatively common level

16      of force in a rollover?

17  A   It depends.  Because you have dynamic conditions going on

18      and we talked about that before.  When you dynamically

19      load something the applied forces go up.  So that's where

20      you may have factors of amplification because of dynamic

21      loading conditions.  So the load goes up that the vehicle

22      sees, but also the strength of the vehicle goes up as we

23      saw using Mr. Herbst dynamic loading test.

24  Q   My question is just a little bit different.  It wouldn't

25      surprise you in a rollover crash to see forces of twice

10:16:35AM 1    the vehicle's weight however they impact wherever they

2    impact?

3  A   They are chaotic events, yes.  There can be conditions.

4    Where you get very high loads developing.

5  Q   You call two times vehicle weight a high load versus

6    three times, four times, five times?  You see those too,

7    right?

8  A   You can have conditions where you can get some very high

9    loading such as in this case.

10  Q   Let's talk about one of the things.  I think you wanted

11    to jump ahead to and we are there now is the 2006 NHTSA

12    platen test on a 2003 Ford F350; do you remember

13    testifying about that?

14  A   I don't know.  The platen test is what we are talking

15    about?

16  Q   Yes.  The one where you did the math and converted

17    Newtons to 10,066 pounds; are you with me?

18  A   I'm not certain exactly what you are referring to.  Say

19    that again if you could.

20  Q   You and Mr. Malek discussed a NHTSA platen test.  You

21    kept talking about a test conducted by NHTSA of a 2003

22    Ford F350; do you remember that?

23  A   I don't know that Mr. Malek and I discussed it, but, yes,

24    I'm aware of that test.

25  Q   Do you recall yesterday translating Newton into pounds

10:18:01AM 1    for us and getting 10,066?  I think Mr. Malek even wrote

2    that up on the chart; do you remember that?

3  A    Yes.  I know that we were reading.  I thought that we

4    were referring to the FEA analysis yesterday.

5  Q    You did that as well.

6  A    I don't believe Mr. Malek and I discussed additional

7    tests.

8         MR. MALEK:  If I may help?  We did not go through

9  that with Dr. Vogler.  We went through that with Christopher

10 Eikey.  Defense Exhibits 186.1 and 186.2 were those two tests.

11 There's no objection.

12        MR. LOWREY:  That's helpful Paul.  Thank you!

13 BY MR. LOWREY:

14 Q    So it wasn't you.  It was Mr. Eikey who testified about

15    that.

16 A    I didn't think I talked about it yesterday.

17 Q    That's fair and I was sure you did, but I make mistakes.

18    Let's assume for the purposes of my question that

19    Mr. Eikey talked about a platen test on a 2003 Ford F350

20    where the roof strength -- and he had to convert it from

21    Newtons and I am just going to trust that he did that

22    right because I don't know what Newton is -- but the roof

23    strength was 10,066 pounds.  You assume that with me

24    10,066 pounds?

25 A    All right.

10:19:25AM 1    Q    Now, if we compared that to an 8,000-pound vehicle weight

2    you get something around 1.25; does that sound about

3    right?

4    A    I don't have the numbers here to do that.

5    Q    I don't mean to make you do math in your head.  I'm going

6    to hand this to you.  Can you to d the math of a roof

7    strength of 10,066 pounds divided by an 8,000 pound

8    vehicle?  Are you laughing at the simplicity of my --

9    A    No.  I put too many zeros, but it's 1.26.

10    Q    Fair enough.  We talked about this earlier.  That's about

11    half of a poor according to IIHS, right?

12    A    I don't recall what the level is for IIHS.

13    Q    Do you recall Ford's internal standard for roof strength

14    around this time?

15    A    In that time period the roof strength for vehicles with a

16    GBWR under 6000 was 1.5.

17    Q    1.5 at Ford.  I'm talking about NHTSA.  I'm talking about

18    Ford's internal standard.  Have you ever heard 1.85 as

19    Ford's internal standard?

20    A    There was a standard for vehicles where FMVSS216 applied

21    to them and it had a 15 percent additional over the 1.5.

22    Q    Does that get us mathematically to around 1.85?

23    A    I think it was 1.725.

24    Q    Fair enough.  In any event, higher than 1.26; right?

25    A    Yes, for vehicles that that standard applied to.

10:21:17AM 1  Q   You talked about a drop test that Brian Herbst conducted

2       and you told the jury that it showed something like

3       17,000 pounds?

4  A   Correct.

5  Q   That's what's called a dynamic test, right?

6  A   That is a dynamic.

7  Q   So to get kind of SWR's that NHTSA talks about and that

8       IIHS talks about, you couldn't just divide 17,000 by

9       8,000-pound vehicle; correct?

10  A   If you are using NHTSA or IIHS, no.  You use a

11       quasi-static test number.

12  Q   So you wouldn't base any roof ratio that you reported

13       either to NHTSA or to IIHS in that fashion using the drop

14       test, correct?

15  A   That's correct.

16  Q   Do you recall the vehicle weight give or take in

17       Mr. Herbst's drop test that we are talking about?

18  A   No, not as I sit here.

19  Q   6,131 pounds sound right?

20  A   I would have to go back to the test report.

21  Q   If it's 6,131 pounds and Mr. Tandy's vehicle is

22       8000 pounds, it's about a 30 percent difference; right

23       heavier?

24  A   2000 pounds out of eight thousand is about 25 percent.

25  Q   That's faster than I could have done it in my head.  I

10:22:58AM 1    had to use a calculator but -- All else being equal, the

2    heavier the vehicle the lower the SWR.  Same roof, same

3    conditions, same everything the heavier the vehicle the

4    lower the SWR; correct?

5  A   When you calculate SWR its the peak measured load divided

6    by the weight of the vehicle.  So the bigger the weight

7    of the vehicle the lower the SWR.

8  Q   Let's talk about Mr. Tandy's accident reconstruction.

9    The one that you testified about relying on; do you

10    remember that testimony?

11  A   Yes.

12  Q   According to Mr. Tandy, what was the first point of

13    contact between the truck and the ground?  The roof of

14    the truck and the ground.  I understand the front

15    impacts, leave those aside.  As far as the roof structure

16    is concerned, where did the truck hit first?

17  A   My understanding is that because of the rotational pitch

18    of the vehicle that it's landing on the passenger side;

19    it's biased on the passenger side.

20  Q   Biased on the passenger side is engineering talk for it

21    hit on the passenger side; is that right?

22  A   It contacted the ground with the roof structure.  It was

23    just slightly oriented so that it's contacting likely

24    first the passenger side.

25  Q   Isn't Mr. Tandy's reconstruction that the truck struck

10:24:28AM 1        first right here were the A-Pillar and the front header;

2          that corner right there?  Is that true?

3    A     Yes, that would make sense because of that pitching.

4    Q     I agree.  It didn't do this and land perfectly flat on

5          the roof contacting all surfaces equally, correct,

6          according to this reconstruction?

7    A     Well, it's pitching at such a fast rate that that contact

8          with the A-Pillar and the rest of the roof is very close

9          to each other in time.  But, yes, the very first location

10         would be the A-Pillar.

11   Q     There's a point in time where every bit of this crash

12         energy that's left is coming down on the stop of the

13         pillar.  I understand all of this happens fast, but there

14         is a point in time for that; correct?

15   A     It's not necessarily every bit of energy because the

16         vehicle still has more energy as it's engaging the entire

17         roof.  All the vehicles energy once the roof engages the

18         ground goes into the roof.

19   Q     So the roof did not strike the ground flat with even

20         forces on all parts of the roof at the same time; is that

21         fair?

22   A     It eventually did, but the first engagement, yes, because

23         of the pitch.

24   Q     It eventually ends up on its roof.  The roof is not flat

25         but leave that aside.  I get that.  But as it's striking

10:25:49AM 1      the ground with the energy that others have described, it

2      is not applying that energy equally to all portions of

3      the roof; fair?

4   A  It is considered one event although it is first

5      contacting the A-Pillar, but yes.  Eventually, the whole

6      structure is absorbing the full energy of that vehicle.

7      But the very first contact because of the pitch would be

8      that A-Pillar.

9   Q  Does that mean yes to what I said?  There is not a point

10     in the crash when all of the forced is pressed equally on

11     the roof at the same time until the vehicle comes to

12     rest.

13  A  No.  That force is distributed because the vehicle is

14     still moving so it's being distributed to the roof

15     structure.

16  Q  Through the A-Pillar where it joins the header; that's

17     the only thing at the very beginning that's on the

18     ground?

19  A  That's the first touch point, yes.

20  Q  Fair enough.  You testified about a test that as I

21     understand your point it was that the Ford F250 roof has

22     a 30,000-pound strength; do you remember that?

23  A  Yes.

24  Q  That was based on something called the horizontal platen

25     test, correct?

10:27:07AM 1    A    Yes.

2    Q    Sometimes a flat platen test, correct?

3    A    Yes.

4    Q    Used for school buses do you know that?

5    A    That's one of the applications, yes.

6    Q    Well, one of the applications is not testing roofs for

7         strength to weight ratio tests that will satisfy NHTSA or

8         IIHS, correct?

9    A    That's correct.

10   Q    The premise of this test -- Where is my truck?  The

11        premise of this test is the vehicle is flat on the ground

12        and the platen is hydraulically driven and it comes down

13        on the roof simultaneously engaging the entire structure,

14        correct?

15   A    Yes.

16   Q    Does not come down like this, right, or like this?

17   A    That's correct.

18   Q    Let's contrast to the test that NHTSA uses for roof

19        strength and the strength to weight ratio, the platen is

20        what's first of all a lot smaller; right?

21   A    It is.

22   Q    It presses down at an angle forward and to the side angle

23        right on the driver side onto the A-Pillar and the header

24        where the Mills truck first contacted the ground;

25        correct?

10:28:15AM  1    A    Yes, it can be run on either side.

2    Q    The reason that both NHTSA and IIHS use that is because

3         that is a very common ground strike in a rollover as the

4         car rolled whether it's sideways or over.  Hitting on

5         that point is very common.

6    A    Well, it's not a pitching so the motion you're showing is

7         a pitching; that's not why NHTSA has developed that

8         particular test.  They did it for a sideways roll.

9    Q    Just talk about the kind of rollover.  That point of

10        contact is very common for horizontal rollover or barrel

11        rollover, correct?

12   A    Yes.

13   Q    And so the 30,000 pounds is what this roof would bare if

14        you press down on it evenly all at the same time;

15        correct?

16   A    As you engage all the pillars from that loading, yes.

17   Q    That's not what happened in this crash?

18   A    It did engage all the pillars from that loading.  Yes, it

19        did.

20   Q    After it hit on the A-Pillar, correct?  We've talked

21        about that.

22   A    Yes, it made first contact at such a rapid pitch in

23        coming to rest that it engaged all of those pillars as it

24        was absorbing the energy.

25   Q    Let me ask it this way then.  If you did a NHTSA platen

10:29:40AM 1   test, the angled one that presses down on the corner of

2   the A-Pillar and the roof, you're not saying that would

3   come out and measure 30,000 roof strength are you?

4 A It would not.

5 Q Plaintiffs' Exhibit 114, you have seen this one before,

6   right?

7 A I don't recall seeing this specific document, no.

8 Q Let's get you oriented.  It's titled on the top the 2006

9   Annual Engineering Technical Excellence TMM Awards Entry;

10   do you see that?

11 A That's what it says, yes.

12 Q It looks like something that someone would fill out to

13   apply for an award?

14 A It don't know.  It says award entry.

15 Q Fine the submitter's name is Hikmat Mahmood; do you know

16   who that is?

17 A I've seen his name before, yes.

18 Q Like you he is a Ph.D. engineer, right?

19 A I don't recall his education.

20 Q Unlike you he actually was a Ford roof engineer, right?

21 A I believe he worked for Ford, yes.

22 Q The project title as you see there, Enhanced Roof

23   Strength for Super Duty Truck; are you familiar with that

24   project?

25 A I believe that's what we were talking about earlier, yes.

10:31:07AM 1   Q   I want to ask you about three lines down under the

2       executive summary P131 vehicle; that's the super duty,

3       right?

4   A   Yes.

5   Q   Considered in this study weighed 8000 pounds and had a

6       roof strength of 8,900 pounds; do you see that?

7   A   That's what it says, yes.

8   Q   So someone actually working on this roof trying to

9       improve it measured the roof strength at 8,900 pounds

10      against a vehicle weight of 8,000 pounds; correct?

11   A   I don't know how they came up with those numbers.

12   Q   Have you ever talked to Dr. Mahmood?

13   A   I have not.

14   Q   Have you ever asked Ford if you could talk to

15      Dr. Mahmood?

16   A   I have not.

17   Q   I understand you may quarrel with it, but my question is

18      a little bit different; that's mathematically about a 1.1

19      SWR?

20   A   Whatever those two numbers divide out to, yes.

21   Q   And again, I understand you may quarrel with that and

22      that's fine, but 1.1 is a SWR for a vehicle that would

23      barely support its own weight if sat on its roof;

24      correct?

25   A   No.  I don't know exactly what orientation they are

10:32:26AM 1       talking about these two, but when a vehicle is sat on its

2       roof it's not going to be in a FMVSS216 angle kind of

3       orientation.

4   Q   You made my point back to me, right?  Putting a flat is

5       different than striking on the top corner of the

6       A-Pillar.

7   A   Correct.

8   Q   Fair enough.  We will move on from that.  Let us see

9       Plaintiffs' Exhibit 114, 8000W, 8900S for strength equals

10      about 1.1?

11  A   Your math is wrong.  It's the strength divided by the

12      weight if you are --

13  Q   So the strength needs to go here and weight there and

14      then we get about that.

15  A   Whatever the number is when you divide those two, yes.

16  Q   There is a reason why I went to law school and not

17      anything where I had to measure anything.  Fair enough.

18      236, you know this one right?

19  A   I don't recall this specific document.

20  Q   North American Fleet Roof Strength Assessment, do you see

21      that part of the title?

22  A   That's what the title says, yes.

23  Q   It's oriented wrong but off to the jury's left there are

24      some little words in the center that say produced by

25      Ford; do you see that?

10:34:14AM 1    A    Yes, I do.

2    Q    It's a September 2005 document, right?

3    A    That's what it indicates.

4    Q    This is getting into the Enhanced Roof Strength Project

5         for Super Duty Trucks?

6    A    I don't recall the exact timing of that.

7              MR. LOWREY:  We move to admit Plaintiffs'

8    Exhibit 236 as a Ford document.

9              MR. MALEK:  I don't believe Plaintiffs have

10   established foundation or personal knowledge, Your Honor, so

11   we object.

12             MR. LOWREY:  First of all, the document should come

13   in; it's a Ford document with undisputed authenticity.  And

14   then we will have to wait for my question to see whether Dr.

15   Vogler can answer it.

16             THE COURT:  Establish the foundation with her other

17   than authenticity.  Do you know what this is ma'am?

18             THE WITNESS:  No, I don't recall this document.

19             MR. LOWREY:  Take us to page 2 and I want you to

20   compare this to what we read before.  Now, you saw a table

21   like that in the original vehicle sign off; right?

22             MR. MALEK:  Objection, Your Honor, the witness just

23   said she was unfamiliar with the document.

24             MR. LOWREY:  I don't care if she has ever seen the

25   document Your Honor.  I want to ask her about numbers on the

10:35:33AM 1    document and things that she constantly testified to

2    yesterday.

3              THE COURT:  Do you know what any of this is?

4              THE WITNESS:  No, I don't recall seeing this.

5              THE COURT:  She has no knowledge.

6              MR. LOWREY:  We tender it.  I understand I may not

7    be able to ask her about it, but we tender it as an authentic

8    Ford document.  Is that granted?

9              THE COURT:  Any objection to the document being

10   admitted?

11             MR. MALEK:  No, Your Honor.

12             THE COURT:  It's admitted without objection.  What

13   number is it?

14             MR. LOWREY:  P. 236.

15   BY MR. LOWREY:

16   Q    Are you aware of how the Ford engineers involved in the

17        Enhanced Roof Strength Project calculated the current

18        roof strength in 2005 of the Ford 250; do you know?

19   A    I don't know.

20   Q    Do you know if it's lower than 10,484 as indicated on the

21        April 1996 sign off that you testified about?

22   A    My understanding was there were some studies that were

23        done using a model just to look at the effects of

24        different kinds of changes.  I've never seen a document

25        that validates that that is reflective of what the actual

Joan Drammeh * Federal Reporter * 706-653-1097

10:37:05AM 1    vehicle was.

2    Q    You've never seen a document that says current roof

3         strength estimate in pounds approximately 9000.  You've

4         never seen that?

5    A    I don't recall seeing this particular document, no.

6    Q    You don't recall testifying about it in any of the past

7         cases?

8    A    Nothing comes to mind.

9    Q    If you don't know about it you have no basis to quarrel

10        with it, is that fair?

11   A    I don't know the underpinnings of it as I sit here.

12   Q    Well, we will look at that at a different time.  Take

13        that down.  In this trial we've talked about it a bunch.

14        You are familiar with strength to weight ratio, correct?

15   A    Yes.

16   Q    That's strength divided by weight, correct?

17   A    Yes.

18   Q    There's a calculator up there and I would like for you to

19        calculate the strength to weight ratio of the vehicle

20        with a roof strength of 10,000 pounds?

21   A    Unfortunately, your phone is locked.

22   Q    Let's look at this.  There you go.  So with a roof

23        strength of 10,000 pounds; what's the SWR?

24   A    I would need the other number to divide by.  You said

25        10,000 pounds.

10:38:38AM 1   Q   Yes, that's the roof strength.  Don't you need the weight

2      to tell the SWR?

3   A   Yes, you need both numbers.

4   Q   That's because force equals mass times acceleration,

5      right?

6   A   That has nothing to do with SWR.  SWR is just simply

7      dividing strength by weight.

8   Q   Strength over weight, okay?

9   A   Correct.

10   Q   So if we just look at the we don't know what the SWR is,

11      right?

12   A   Correct.

13   Q   And so let's say the strength holds at 10,000.  If the

14      weight is 5,000 or if the weight is 8,000 the SWR is

15      going to be different; correct?

16   A   Correct.

17   Q   We care about that because the weight of the vehicle is

18      one of the things that determines the force with which it

19      strikes the ground, correct?

20   A   If you're doing that calculation it's because you're

21      trying to evaluate its performance of that 216 test.

22   Q   The reason someone would take into account the weight is

23      because they a heavier vehicle, all things being equal,

24      strikes the ground with the more force than a lighter

25      force; right?

10:39:56AM 1    A    The SWR calculation is simply to look at a particular

2         metric for the FMVSS216 test.

3    Q    Changing topics now.

4         THE COURT:  Mr. Lowrey, let's get closer to the

5    finish line.  How much longer do you have?

6         MR. LOWREY:  Twenty minutes.

7         THE COURT:  We need to move along.  Go ahead.

8         MR. LOWREY:  Sure.  I will take your cue, Your

9    Honor.

10    BY MR. LOWREY:

11    Q    Let's move into 2015 and that's the model year of the

12        Mills vehicle.  At that time would you agree that Ford as

13        a matter of roof strength was well behind its

14        competitors; would you agree with that?

15    A    In that particular time period there were other vehicles

16        that were designed with more materials that were able to

17        carry higher levels of force.  And because those vehicles

18        in their application for the heavy duty, which would be

19        the competitor to the super duty truck, because the

20        platform didn't change; they were able to incorporate

21        those materials to actually do better in the 216 test.

22    Q    Do you remember the strength to weight ratio of the 2015

23        Chevrolet Silverado 1500?

24    A    Not as I sit here.

25    Q    What about the 2015 Dodge Ram 1500?

Joan Drammeh * Federal Reporter * 706-653-1097

10:42:11AM 1   A   Again, not as I sit here.

2   Q   The 2015 Nissan Titan?

3   A   Not as I see here.

4   Q   The same for the 2015 Toyota Tundra, right?

5   A   Same.

6   Q   I'm going to hand a note to her.  This is page 24 of your

7       report?

8   A   Yes.  I do have those numbers.

9   Q   Good, could you read it to the jury?

10  A   Certainly.  The 2015 Chevrolet Silverado 1500 strength to

11      weight ratio of 4.1.  The 2015 Dodge Ram 1500 had the

12      strength to weight ratio of 2.97.  The 2015 Nissan Titan

13      had a strength to weight ratio of 3.56.  The 2015 Toyota

14      Tundra had a strength to weight ratio of 3.94.

15  Q   The 2015 Ford F150 had a roof strength of?

16  A   Depends on whether those are calculated by the specific

17      weight of those vehicles.

18  Q   Have you seen calculations putting Ford's F150 from 2015

19      at over 5.5?

20  A   I don't recall the specific numbers.

21  Q   Do you remember if it's over five?

22  A   Not as I sit here without the test.  I don't recall it.

23  Q   You can't say if Ford's F250 from 2015, which is really a

24      1999 roof; correct?

25  A   Yes.

Joan Drammeh * Federal Reporter * 706-653-1097

10:43:48AM 1   Q   You can't say that it eats any of these strength to

2      weight ratios can you?

3   A   It does not.  We've been talking about what the

4      calculated values are, but those are the F150 version of

5      those pickup trucks, which is a much lighter weight

6      vehicle.  So that calculated number is based on the

7      weight of those vehicles which are, again, much lighter

8      weight.

9   Q   You're not disputing that Ford could take a roof from its

10     own 2015 F150 and put it on the 250; you are not

11     disputing that are you?

12   A   It's a different platform.  I think with engineering you

13     could probably incorporate some of those characteristics.

14   Q   We don't have to speculate about that because that's

15     exactly what they did in the 2017 model year, right?

16   A   I think they incorporated some of those advancements,

17     yes.

18   Q   Is so-called ROCS testing part of what leads you to say

19     that there is no correlation between roof deformation and

20     injury?

21   A   I'm generally familiar with ROCS; it's not something that

22     I have specifically looked in to.

23   Q   I won't ask you about it then.  Are you familiar with the

24     external cage around the truck?

25   A   That's my understanding.

10:45:19AM 1    Q    The purpose of that is to prevent any roof deformation

2          during a crash, correct?

3     A    My understanding is it's to look at occupant kinematics

4          by taking out any factor of roof damage or deformation.

5     Q    So a truck that has gone through a ROCS tests will never

6          by design have the roof crush down on the passenger,

7          correct?

8     A    They remove the ability to damage the roof because of

9          that cage.

10    Q    I understand you are not an expert but it would also

11         remove the ability to test the vehicle to put a dummy in

12         a position of positional ASPHYXIA, correct?  You can't

13         change the dummy's position.

14    A    That I don't know.

15    Q    I think we can make short work on this.  Yesterday we

16         heard some testimony from Mr. Eikey about test dummies

17         used in the kinds of tests that Ford relies on to say

18         that roof crush doesn't matter.  Take my word for it.  He

19         said he couldn't testify about the bio-fidelity of those

20         dummies in a rollover because he was not a mechanical

21         engineer.  Bio-fidelity, do you know what I mean; whether

22         the dummy full moves like a human being in a crash?

23    A    I think he could be referring to whether it's going to

24         give representative values.

25    Q    And the issue there is on the stiff neck.  Are you

10:46:53AM 1    generally aware of that?

2    A    I'm sorry.  I didn't understand that question.

3    Q    The issues there and the controversy there is on the

4         necks too stiff; are you aware of that?

5    A    I don't know what issue you are referring to.

6    Q    Fair enough.  I think I know the answer to this question.

7         You are not a biomechanical engineer either, correct?

8    A    I am not.

9    Q    You cannot supply testimony that the dummies used in this

10        rollover testing are biofidelic in a rollover?

11   A    That would be outside of my area.

12   Q    Understood.  And you've reviewed Mr. Herbst report,

13        correct?

14   A    I did.

15   Q    You are here to be anti-Herbst if you will.  You are

16        their Herbst and Herbst is the person who gave the kind

17        of testimony you are giving for us; is that fair?  That

18        was a terrible question.  Forget that.  Why were there

19        laws and sketches to rebut in the report to Brian Herbst?

20   A    It's to review it and respond to what his opinions are,

21        yes.

22   Q    I don't recall any response in your report or in your

23        testimony yesterday about the portions of Brian's report

24        where he talks about this bio-fidelity issue; is that

25        correct?

10:47:54AM 1    A    I'd have to go back into my report, but I am aware that

2         Mr. Herbst and Mr. Herbst company have used hybrid three

3         instrumented dummies in their inverted drop tests.

4    Q    We saw a document from 1997 where he had done that; is

5         that what you are talking about?

6    A    I don't recall the exact timing of it.

7    Q    You learned some things since 1997, right?

8    A    Yes.

9    Q    And automotive safety has been allowed to develop since

10        1997 also fair?

11    A    Yes, sir, I have.

12    Q    Are you familiar with what NHTSA says about the

13        bio-fidelity of these dummies as far as simulating human

14        movement?

15    A    I don't know specifically what they have said about it.

16        I know that they are not -- They are still using their

17        quasi-static 216 with a head form currently.

18    Q    You also reviewed Mr. Herbst description in his report of

19        a strengthened vehicle he made; it was production F250 he

20        modified it to make the roof stronger.  Do you recall

21        that?

22    A    Yes.

23    Q    If we could have 582C so that we are on the same page.

24        Let's make this larger, the top one.  The top one is the

25        Mills' vehicle, correct?

10:49:28AM 1   A   That's what this says.  Yes.

2   Q   The one in the middle is a production test vehicle and an

3       unmodified test vehicle, a F250; right?

4   A   That's correct.  This looks like after he did three drops

5       of a vehicle.  I think this is the test where he dropped

6       it three times.

7   Q   Regardless, you examined and don't contradict his claim

8       that he conducted exactly the same test on both the

9       vehicle in the middle and the vehicle on the bottom?

10  A   That is correct.

11  Q   The middle photo is what the production vehicle, in other

12      words, the kind of roof Mills had did when he conducted

13      that test; correct?

14  A   It's actually three tests that he did, but fair enough.

15  Q   At the end of the day that's what that vehicle looks

16      like, right?

17  A   That's correct.

18  Q   At the end of the same day, the one on the bottom is what

19      his reinforced vehicle looked like, right?

20  A   That is correct.

21  Q   We heard Mr. Eikey talk about this -- maybe it was meant

22      to disparage I don't know -- about something that had

23      just been built in a garage.  Ford could certainly do

24      better than a couple of guys working in a garage as far

25      as roof strength is concerned, right?

10:50:42AM 1    A    I think that they have design engineers.  There is a wide
       2              breadth of engineers that they incorporate when they do
       3              vehicle designs.
       4    Q    They've got a big production facility, actually multiple.
       5              They are not working in anybody's garage, right?
       6    A    They have test facilities that's correct.
       7    Q    Bit production facilities?
       8    A    Absolutely, manufacturing plants.
       9    Q    I'll have to ask you the same question about which
      10              vehicle you'd rather be in if you were in a rollover, but
      11              you're going to give me the same answer before; right?
      12    A    I am.  The laws of physics haven't changed.
      13    Q    Got it.  If you had to sit in that during the drop test,
      14              identical to drop test, still no preference between the
      15              one in the middle and the one on the bottom?
      16    A    I can tell you from analyzing and doing testing that is
      17              correct.
      18    Q    The last thing I want to ask you about and I understand
      19              you don't think they are right, but it is a fact that
      20              NHTSA after considering the submissions of the automakers
      21              about this injury correlation point disagreed; is that
      22              correct?
      23    A    I'm not certain what you are referring to.
      24    Q    So NHTSA in 2001 announced a rule making saying, we're
      25              thinking about increasing roof safety standards and

10:52:04AM 1    expanding the classes of vehicle to which they apply;

2    correct?

3  A    Yes.

4  Q    And then they ended up finally saying something in 2009,

5    does that sound about right?

6  A    That is correct.

7  Q    An eight-year rule making process that's Washington D.C.;

8    what are you going to say?  But during period a couple of

9    things have happened as automakers, including Ford

10    submitted comments to NHTSA making the same points you

11    have about the supposed lack of any correlation between

12    injury and roof strength; correct?

13  A    That is correct.

14  Q    And having considered that NHTSA did not agree with you,

15    is that fair?

16  A    NHTSA formed the opinion that by making a roof stronger

17    that they may afford a reduction in risk of cervical neck

18    injuries to individuals in rollover crashes.  That's why

19    one of the things that they have based their change in

20    the standard on, not the kind of injuries in this crash,

21    but that's what they were looking at cervical spine

22    injuries.

23  Q    Did they say stronger vehicle roofs save lives and

24    prevent incapacitated injuries in rollover crashes?

25  A    Yes, for that population of individuals that's what they

```
10:53:19AM  1         --

            2    Q    Did they say an increase in strength by one unit of the

            3         peak SWR is predictive to reduce the odds of non-ejected

            4         occupant suffering severe injury by about 14 percent?

            5    A    I don't recall what specific study you are referring to.

            6    Q    Did they a vehicle with a larger SWR is more likely to

            7         maintain an occupant survival space when a vehicle roles,

            8         resulting in higher survivability and less occupant

            9         injuries that are less serous?

           10    A    I don't recall them saying that but I am aware that they

           11         did a study in their proposed rule making that indicated

           12         that it wasn't going to provide additional protection to

           13         on the issue of ejection.

           14    Q    So that's keeping people in the vehicle, right?

           15    A    That's correct.

           16    Q    If you keep them in the vehicle you have got to be sure

           17         they don't get crushed while they are kept in the

           18         vehicle, right?

           19    A    I'm not understanding your question.

           20    Q    That's fine.  Those are all of my questions.

           21              THE COURT:  Redirect Mr. Malek.

           22              MR. MALEK:  Yes, Your Honor.

           23                        REDIRECT EXAMINATION

           24    BY MR. MALEK:

           25    Q    Dr. Vogler, Mr. Lowrey cross-examined you a few issues
```

10:55:44AM 1    here.  I want to talk about a couple of them, okay?

2    A    All right.

3    Q    On is he showed you a chart that was in your report

4        toward the end of the cross-examination; do you recall

5        that?

6    A    Yes.

7    Q    You mentioned a 2015 Dodge Ram and that was a 1500,

8        right?

9    A    That's correct.

10   Q    What does that mean when I say 1500 versus a Dodge Ram

11       2500 or the Ford F150 versus the Ford F250; what does

12       that mean?  Please explain.

13   A    The higher the number it affect what the payload

14       capability of the truck; what those trucks can be used

15       for.  So if you buy a F150 that's usually the kinds of

16       pickups that you see on the road when you go up to the

17       250, 350, and so forth.  Those have broader applications

18       than more work trucks and they typically have much higher

19       weights.

20   Q    He also mentioned a 2015 Nissan Titan, correct?

21   A    Correct.

22   Q    And a 2015 Nissan Toyota Tundra, correct?

23   A    Correct.

24   Q    Do you recall what the strength to weight ratios were in

25       the vehicles?

10:57:17AM 1   A    I don't, but I have my report.

2   Q    Page 12, please.  While you are looking, Brian Herbst's

3        minimum roof strength is 4.0 strength to weight ratio?

4   A    Correct.

5   Q    What's the roof strength of the 2015 light duty Dodge

6        Ram?

7   A    2.97.

8   Q    On the Brian Herbst scale, does that meet his safe roof

9        test?

10   A    It does not.

11   Q    What's the strength to weight ratio of the 2015 Nissan

12        Titan?

13   A    3.56.

14   Q    Does that meet Brian Herbst's safe roof evaluation?

15   A    It does not.

16   Q    What's the strength to weight ratio of the 2015 Toyota

17        Tundra?

18   A    3.94.

19   Q    Does that meet Brian Herbst's definition of a safe roof?

20   A    It does not.

21   Q    Please pull up Exhibit 186.2, I believe this was admitted

22        a couple of days ago.  Turn to page 1.  Dr. Vogler, do

23        you know what this is?

24   A    Yes.

25   Q    What is this?

10:59:13AM 1    A    This is a test that was conducted on the Ford F250

2    chassis cab, which essentially a regular cab design, a

3    2008 model year.

4    Q    Zoom in to the top portion where it says 2008 Ford F250

5    chassis cab.  Okay, if we turn to page 3 of this exhibit

6    section 16 abstract, please call that out Jeff.  Explain

7    what the purpose of this test was Dr. Vogler.

8    A    It indicates here that it was tested beyond the

9    performance requirements of FMVSS 216 to obtain roof

10    strength data related to this vehicle.

11    Q    Mr. Lowery examined you about the strength of the roof of

12    the F250 truck, right?

13    A    Yes, he did.

14    Q    He asked you questions about what the strength was before

15    the FDA computer analysis of the roof in April of 1996,

16    correct?

17    A    Yes.

18    Q    Let's turn to page 36 of this exhibit PX186.2.  What is

19    this Dr. Vogler?

20    A    This is the FMVSS 216 platen and this is after it has

21    been loaded.  So the platen is still in contact with the

22    roof.

23    Q    To be clear Mr. Lowery went through the so called

24    downgauges of the structure?

25    A    Yes.

11:00:54AM 1  Q   And he pointed out those are after the April 1996

2     computer FDA analysis; is that right?

3  A   That's correct.

4  Q   Do you have an opinion Dr. Vogler as to what the effect

5     of those changes would be on the roof as a system?

6  A   I would expect as an engineer that it would have minimal

7     effect on the frame.  And in fact it's born out by the

8     results of this particular test.

9  Q   Page 16 of exhibit 186.2, can you zoom in on the section

10     B test subparagraph one?  Can you highlight that in

11     yellow?  Dr. Vogler, what does this test reflect the roof

12     of the super duty truck to be?

13  A   It's 12,412 pounds and that's an actual production

14     vehicle.

15  Q   And that's in 2008?

16  A   Correct.

17  Q   You can take that down Jeff.  Can you please move to

18     Defense Exhibit 551?  And I believe it was admitted for

19     illustrative purposes yesterday, but I want to move to

20     admit it for submission to the jury without the marking

21     on the page.  Just the photographs of the test report of

22     Brian Herbst's test.  The photograph of Brian Herbst's

23     vehicle.  Both are at the bottom left-hand corner and on

24     the right-hand side is of this exhibit, Defense Exhibit

25     581 is offered.

11:02:35AM 1          MR. LOWREY:  For illustrative purposes.

2          MR. MALEK:  No.  Yesterday it was illustrative.

3     We're removing the marking on the PowerPoint and just offering

4     the exhibit.

5          MR. LOWREY:  So it's just going to add the two

6     photos, the reproduction of the tests page; is that it?

7          MR. MALEK:  The cover page of Brian Herbst's report,

8     the photo in his report, and the photo on the right.

9          MR. LOWREY:  No objection, Your Honor.

10          THE COURT:  What are we going to call that number?

11     551.

12          MR. MALEK:  Defense Exhibit 551A.

13          THE COURT:  All right, it's admitted.

14     BY MR. MALEK:

15     Q    Dr. Vogler, you also were cross-examined by Mr. Lowery

16          about the shape of the roof.  And he had drawn some lines

17          about what the windshield header might do; do you recall

18          that?

19     A    Yes.

20     Q    Can you explain to the jury what you were talking about

21          during that section of the cross-examination?

22     A    Yes.  My understanding of his questioning was that he was

23          trying to talk about what would happen to the roof panel

24          if you moved one side of it down.  Would it necessarily

25          cause a rising or a lowering of the roof panel.

11:03:51AM 1   Q   Dr. Vogler, when this crash occurred, when the vehicle

2       pitched over and hit the ground.  How many hits did this

3       roof sustain?

4   A   One.

5   Q   One hit?

6   A   Correct.

7   Q   What we see here in Defense Exhibit 551A is a roof --

8       Well, let me ask you, you know about this test; correct?

9   A   Yes, I do.

10  Q   We talked it about yesterday, right?  I will not belabor

11      this point.  How many hits did this roof encounter?

12  A   One.

13  Q   What's the position of the windshield header in terms of

14      whether there's a V or whether there's additional

15      deformation off the top.  I'm bad about this.  Please

16      explain the condition of the windshield after this drop

17      test?

18  A   This depicts what I was trying to describe that because

19      those pillars are attached on the bottom and when they

20      move it doesn't mean that you necessarily are going to

21      get that tenting up or the recess value that he was

22      trying to show on that that particular chart.  And this

23      is an example of a real-life vehicle that was dropped,

24      that deformed the A-pillar on the far side, and you don't

25      get that buckle happening or that bending up or bending

11:05:10AM 1    down.

2    Q    Dr. Vogler, what force application needs to occur here in

3         this test to create a difference in the windshield header

4         such as a bend, or a V, or some shape like that?

5    A    You have to have a lateral, a sideways component force,

6         to cause that to result.

7    Q    When you say sideways force you mean something like that

8         or something like that?

9    A    Exactly.

10    Q    Did those occur in this cash?

11    A    They did when the vehicle was turned up back on to its

12         wheels, not during the crash itself.

13    Q    Does that explain the deformation you see when the

14         vehicle is inspected and after it was turned back over?

15    A    Correct.

16    Q    Let's go to Defense Exhibit 552, this was offered

17         yesterday and it was admitted for illustrative purposes.

18         Once again, Ford Motor Company moves to admit the

19         exhibit.  You will remove the extraneous verbiage on the

20         slide just to show the FEA image below.

21              MR. LOWREY:  Now, we are talking about work product

22    created by an expert, not simply a photo.  This is the

23    probably the sort of thing that was edited by an expert

24    throughout the trial so we object.

25              MR. MALEK:  Let me establish some validation if I

11:06:31AM 1    may Your Honor.

2    BY MR. MALEK:

3    Q    Dr. Vogler, what are we looking at?  Whose work product

4         is this?

5    A    This is Mr. Herbst.

6    Q    Mr. Herbst did this?

7    A    Yes, he did.

8              MR. MALEK:  Ford offers the exhibit, Your Honor.

9              MR. LOWREY:  May we offer the rest of Brian's

10   report?

11             THE COURT:  Well, if we are going to start admitting

12   these illustrative-type exhibits in your redirect if they want

13   to admit the illustrative-type exhibits in their recross, then

14   I am going to allow that.

15             MR. MALEK:  Your Honor, for the purposes of

16   expediency I will let it remain illustrative and take the

17   Court's directive.

18             THE COURT:  Go ahead.

19             MR. MALEK:  Thank you.

20   BY MR. MALEK:

21   Q    Dr. Vogler, what are we looking at here?

22   A    This is Mr. Herbst simulation of Mr. Buchner's accident

23        reconstruction.  So it's meant to simulate this crash

24        with a production vehicle.

25   Q    And in fact, what are we looking at?  It's not a

11:07:27AM 1     photograph.  It's not an image.  It's a mode, right?

2  A     It is.

3  Q     Can you explain what that is?

4  A     Yes.  It's a finite element model which means it is

5        dimensionally representative of the vehicle.  And what

6        Mr. Herbst has over-layed is that wire frame that you see

7        there where he has points; that would be an undamaged

8        vehicle.  So he is showing with these points where the

9        vehicle that he analyzed in the computer.  So he took

10       this model and he oriented it in the direction of being

11       upside down and modeled this particular engagement with

12       the ground.  And he looked at what happened to the roof

13       compared to where it was.

14 Q     When you say he modeled it to represent this engagement

15       with the ground; what do you mean by this engagement with

16       the ground?

17 A     This crash.  It was Mr. Buchner's reconstruction.

18 Q     Let me see if I can connect this up.  Are you telling the

19       jury that Brian Herbst used a FEA model to simulate what

20       Brian Buchner reconstructed this crash to be?

21 A     That's what Mr. Herbst indicated this was.

22 Q     Once again, that means this particular roof, this FEA

23       model; how many contact with the ground did it have?

24 A     The one.

25 Q     What's the shape of the windshield header that I'm trying

11:08:57AM 1          to circle?

2     A    It doesn't have the recess that it currently has today

3          after being uprighted.

4     Q    Thank you.  I'd like to compare Defense Exhibit 16.12A

5          with the images that Mr. Lowrey showed Dr. Vogler, which

6          are PX583.5.

7               MR. LOWREY:  No objection to these, Your Honor.

8               THE COURT:  Have they already been admitted?  I know

9     we've seen them.

10               MR. MALEK:  Yes.

11               THE COURT:  All right, go ahead.

12    BY MR. MALEK:

13    Q    Dr. Vogler, you were asked by Mr. Lowery about which

14         truck you would rather be in if you were involved in a

15         rollover crash?

16    A    Yes.

17    Q    He pointed out the production test vehicle in the middle

18         photograph on the right in Plaintiffs' Exhibit 583.5?

19    A    That is correct.

20    Q    Does that fairly and accurately represent the crash

21         vehicle we are here about today?

22    A    It does not.

23    Q    Can you point to us the occupant area of the crash

24         vehicle we are here about today, certainly as it relates

25         to the driver?

11:10:55AM 1    A    Yes, this area here.

2    Q    Also the photograph over here on the right 583.5 the

3         bottom one I just circled.

4    A    Yes.

5    Q    Do you see that?

6    A    Yes.

7    Q    What vehicle is that?

8    A    That is his reinforce test vehicle so he put a roll cage

9         effectively inside the vehicle.

10   Q    Do you know whether or not that test vehicle would comply

11        with the other FMVSS requirements that are required?

12   A    It has never been evaluated for that.  There are

13        certainly many other standards it would have to be tested

14        for before you could actually sell it in the U.S.

15   Q    Do you know the test configurations that he employed when

16        doing these drop tests?  When I say he I mean Mr. Herbst.

17   A    Yes.

18   Q    Can you please explain what the test conditions for those

19        drop tests were?

20   A    He ran a total of three tests.  We are looking at both of

21        those vehicles at the end of those three tests.  The

22        first two tests he picked the vehicle up at the same

23        angle as the platen is on the 216 test.  So that's a

24        25-degree roll sideways, a 5-degree patch.  Then he

25        dropped it once.  The he picked up the vehicle again.  He

11:12:21AM
1    dropped it again on the same side.  And then he picked up

2    the vehicle again, but now he reoriented it to the

3    opposite side and dropped it again.  Each of those were

4    from the distance of a foot.

5  Q  And then the Ford test, explain that one please.  Did he

6     include crash test dummies in his vehicles?

7  A  He did not.

8  Q  Dr. Vogler, in virtually every case you've been in with

9     Brian Herbst on the other side, can you give us --

10    explain to the jury from a high level position -- what

11    Brian Herbst's opinions have been?

12 A  They are the same that they are in this case in that he

13    looks for the presence of bends.  He identifies those as

14    structural failures.  And he says that that's what makes

15    the roof defective.  He also looks at the strength to

16    weight ratio of the vehicle.  His requirement is that it

17    has a strength to weight ration of 4.0.  And then he has

18    looked for other vehicles that have been in rollover

19    crashes and presents those.  When he sees the bends he

20    says that it further supports his position of structural

21    failures.

22 Q  And can you explained to the jury what manufacturers he

23    says in respect to other cases you've been in?

24 A  The cases that I have been in it's included: Chrysler

25    vehicles, Toyota vehicles, Nissan, Mitsubishi, and

11:14:03AM 1    Hyundai.

2    Q    Will you please explain to the jury whether you believe

3         there's anything odd, unusual, or out of the ordinary

4         about the roof we are here about today?

5    A    No.  I found nothing unusual or unordinary.

6    Q    Do you think this roof structure is a weak roof structure

7         Dr. Vogler?

8    A    I do not.

9    Q    Can you think can you explain Dr. Vogler based upon your

10        research in this area your view of the docket, whether or

11        not the entire industry of auto manufacturers adopts the

12        Brian Herbst philosophy of whether they agree with Ford

13        Motor Company?

14   A    I would say that the industry because of the analysis and

15        tests that have been done share the same position that

16        I've shared with you today; that there's no causal

17        evidence that if you increase roof strength you're going

18        to reduce the risk of injury to occupants in vehicles

19        when they are in a rollover crash.

20   Q    Is that based on the science, and the testing, and the

21        analysis, and field work that's been performed?

22   A    Exactly.

23             MR. MALEK:  Thank you Dr. Vogler.

24             THE COURT:  Recross.

25             MR. LOWREY:  Briefly Your Honor.

11:15:24AM 1                        RECROSS EXAMINATION

2    BY MR. LOWREY:

3    Q    You say the automakers don't agree with Brian Herbst that

4         a 4.0 SWR is necessary for safety; is that correct?

5    A    Correct.

6    Q    These are the automakers who would have to spend more

7         money on vehicles if they had to meet a 4.0 standard,

8         correct?

9    A    It depends on what the particular timeframe is, yes.

10   Q    Mr. Herbst is not alone in saying 4.0 makes for a good

11        safe vehicle, correct?

12   A    No.  That's one of the criteria for the IIHS test.

13   Q    And those insurers are not paid by Ford to them best of

14        your knowledge, right?

15   A    I'm sorry.

16   Q    For their safety analyses those insurers are not paid by

17        Ford, correct?

18   A    I'm not certain what you mean by those insurers.

19   Q    The insurers that sponsor the Insurance Institute for

20        Highway Safety, those insurers are not paid by Ford to do

21        those safety tests; correct?

22   A    I don't know.

23   Q    The SWRs on the 2015s we looked at together, all of those

24        were higher than the NHTSA standard; correct?

25   A    They are.

11:16:42AM 1    Q    Doesn't that demonstrate that the NHTSA standard is the

2        minimum that manufacture standard, correct?

3    A    We talked about that.  You have to at least meet those

4        standards to sell the vehicle, yes.

5    Q    Forget those vehicles for a moment.  Let's look at Ford's

6        own 2015 F150; that was over a five SWR, right?

7    A    Again, I don't the exact number.  If it is, yes, it's

8        over five.

9    Q    All things being equal, a heavier truck comes down harder

10        than a light chuck, everything being controlled for?

11    A    That's too complex to give you that answer.  It depends

12        on how it engages with the ground.  It has the

13        opportunity to transmit more forces during an impact.

14    Q    A heavier vehicle has the opportunity to transfer more

15        force than a lighter vehicle does in a rollover, correct?

16    A    Yes.  But, again, it depends on what's experienced in

17        that crash.

18    Q    The D186 exhibit, and we don't need to look at it, but do

19        you remember the test of the 2008 F250 chassis cab?

20    A    Yes.

21    Q    Let's just assume for the sake of argument that the roof

22        strength is 12,412 pounds?

23    A    Yes.

24    Q    That would not even be a two SWR on a F250, right?

25    A    It depends on the weight of the F250.

Joan Drammeh * Federal Reporter * 706-653-1097

11:18:19AM 1    Q    Let's take Mr. Tandy's weight of 8,000 pounds?

2    A    Okay.

3    Q    Would not even be a two?

4    A    It would not.

5    Q    You know what IIHS would say about that?

6    A    Again, it's below their rating.

7    Q    PX255, this is the same production vehicle that we saw or

8         the same model vehicle that we saw in that picture that

9         Mr. Malek showed you with the thing pushing down on the

10        roof, right; this is a Ford F250?

11   A    I'm not exactly certain what this vehicle --

12   Q    Let me orient you.  I'm sorry.  I came at that too fast.

13        This is the 2009 Autoliv testing, Ford would say the side

14        canopy testing; are you with me now?

15   A    Yes.

16   Q    And so that's the same model vehicle in so far as roof

17        strength is concerned that we were looking at that platen

18        pushing down some of the roof.

19   A    That's correct.

20   Q    This is after an actual rollover?

21   A    It's called a Dolly rollover test.  Yes.  That's not an

22        actual rollover from crash, but it's to simulate a

23        rollover event.

24   Q    It's a deliberate rollover?

25   A    Yes.

11:19:34AM 1   Q   You can see the crash test dummy's hand coming out the

2      passenger side window; do you see that?

3   A   That's the driver side.

4   Q   Correct.  You see the driver's hand coming out the

5      window, correct?

6   A   Yes.

7   Q   I don't need to be an engineer or a biomechanical

8      engineer to know that that guy is in trouble do I?

9   A   Again, it's a very complex thing.  You would need to know

10     what injury metrics are experienced during this rollover

11     test.

12   Q   Can we have PX 47.12A?  Let's all look at it together.

13     Any reason for you to dispute that this is a photo of

14     what the truck looked like while it was still on its top

15     at the accident scene?

16   A   It looks like one of the crash scene photos.  Yes.

17   Q   Now 583.1, three photos.  Let's look at all three at

18     once.  Can we show the image in Mr. Herbst's report that

19     shows them stacked up together?  Mr. Malek asked you

20     about these during redirect examination.  Do you remember

21     the Brian Herbst vehicle and the drop test?

22   A   Nothing is on the screen.

23   Q   Sorry.  It's not on the screen, but it will be.  Let's

24     leave that aside for a second.  I want to just ask some

25     questions.  I want to make sure nothing got confused

11:21:46AM 1     during the redirect.  You're not disputing that that

2     middle photo is a production F250, correct?

3   A   That is correct.

4   Q   Your point was it doesn't resemble what the Mills' truck

5     looked like after the accident, correct?

6   A   That's correct.  This is after his three tests.

7   Q   I understand.  I just want to be clear what you are and

8     aren't saying about this.  You're not disputing that the

9     middle vehicle and the bottom vehicle were subjecte4d to

10     the exact same tests are you?

11   A   That's correct.

12   Q   So no cheating.  At least there's no switching out the

13     vehicle.  There's no changing of the tests to the very

14     best of your knowledge, right?

15   A   That's correct.

16   Q   You described Mr. Herbst improved vehicle -- we differ --

17     but you called that as having a roll cage; is that the

18     phrase you used in your testimony?

19   A   Yes.  He took steel tubing and he ran it inside the

20     structural elements of the roof structure and then he

21     filled them with foam as well.

22   Q   So that the A-Pillar is hollows at points that allows

23     still tubing to run down it; is that what you are saying?

24   A   That's correct.

25   Q   Do you have any basis to dispute the statement in his

Joan Drammeh * Federal Reporter * 706-653-1097

11:23:05AM 1    report that you could not see the difference when they

2    had finished their work?  Any basis to dispute that?

3  A  I understand that he has taken photographs putting the

4    headliner back up there.  So I think that's what he means

5    is that he has replaced that material and trim panels

6    that were on the vehicle.

7  Q  If Mr. Herbst makes the claim that you couldn't tell the

8    difference once he was finished, sitting in the vehicle

9    and looking at the vehicle, you don't have any way to

10    dispute that; correct?

11  A  I didn't have the opportunity to sit in those vehicle

12    before they were tested.

13  Q  If he said that --  Well, let me ask you this.  You're

14    not testifying that taking a production F250 and making

15    those modifications, you are not affirmatively saying

16    that that would cause the vehicle to violate the motor

17    vehicle safety standard are you?

18  A  I'm saying it has never been evaluated.

19  Q  Right.  You don't know either way.

20  A  I don't.  But I am aware that he is rigidified it

21    substantially.  There are many different standards that

22    you need to help the occupant absorb the energy.  So you

23    would really have to test to see if he would even pass

24    any of those standards.

25  Q  And Ford wouldn't have to put steel tubing down the roof

11:24:15AM 1    structure.  It could simply make the roof structure, the

2    A-pillar for example, stronger; right?

3  A    It's a complicated endeavor because you have to change

4    material properties.  You have to be able to stamp those

5    parts, integrate them with the rest of the structure.

6  Q    All of which Ford did for the 2015 F150?

7  A    They ultimately were able to make the roof stronger, yes.

8  Q    All of which Ford did for the 2017 F250, correct?

9  A    That is correct.

10  Q    Just two years too late for the Mills, right?

11  A    They had to integrate it into that vehicle that was done

12    in 2017.

13        MR. LOWREY:  Those are all of my questions Your

14  Honor.

15        THE COURT:  Anything else Mr. Malek?

16        MR. MALEK:  No, Your Honor.

17        THE COURT:  Ma'am, you are excused.  Okay ladies and

18  gentlemen, I held you a little over the two hour limit.  I

19  appreciate your patience.  We are going to take our 15 minute

20  break at this time.  Do not discuss the case.  We will recess

21  for 15 minutes.

22  [15-MINUTE RECESS]

23  Wednesday, February 12, 2025 11:37:21

24        COURT SECURITY OFFICER:  All rise, this Honorable

25  Court is once again in session.

11:39:40AM 1          MR. PHILYAW:  Before we begin I wanted to bring

2     something to the Court's attention that I just discovered

3     during the course of the last examination of Ms. Vogler.  In

4     the exhibit lists that were provided to the Court and

5     submitted by the parties in the pretrial order that's ECF

6     306-1, Ford's Exhibit list says Defense 186, exhibit number

7     not produced.  We have now seen two exhibits by Ford with that

8     number and a decimal point afterward: Defense Exhibit 186.1,

9     which was a 2003 F250 test; and Defense Exhibit 1869.2, which

10    was a 2008 NHTSA test that was just submitted with Dr. Vogler.

11    It's my understanding that these were not provided to us on

12    Ford's hard drive with exhibits that were submitted to us

13    prior to trial.  And this was never listed on Ford's exhibit

14    list, even an updated exhibit list that they sent to us on

15    December 23rd.

16          THE COURT:  Who wants to respond to that?

17          MR. MALEK:  I will give it a shot Your Honor.  I was

18    not aware of that what Mr. Philyaw just raised.  I do know as

19    a matter of fact that these tests were produced in this

20    litigation long ago.  I believe they were on our hard drive of

21    exhibits.  We will look into it.  I don't have that part of

22    the answer.

23          THE COURT:  Mr. Philyaw, are you contending that you

24    all were unaware of these exhibits?

25          MR. PHILYAW:  I believe that they were produced in

11:41:21AM 1    discovery, Your Honor, but they are not on Ford's exhibit

2    list.  Your Honor, I believe they were on the hard drive that

3    they provided to us before trial.

4         THE COURT:  Well, they should have been.  I think

5    the same would apply with you all production of exhibits.

6    There was a mix up and they didn't all get timely identified

7    as I recall.  Tell me how you are prejudiced by them not being

8    on the hard drive?

9         MR. PHILYAW:  I think one distinguishing factor

10   between that, Your Honor, is that Plaintiffs moved to amend

11   the pretrial order prior to trial and no such motion has been

12   made by Ford prior to the time that they used the exhibits

13   here at trial.

14        THE COURT:  What are you asking me to do other than

15   slap their wrist and tell them not to do it?  Are you asking

16   for any relief?

17        MR. PHILYAW:  At this point I'm not sure, Your

18   Honor.  I think we might want to confer amongst upon

19   Plaintiffs' Counsel.  If there are any other exhibits that are

20   marked Defense Exhibit 186, that would certainly be --

21        THE COURT:  Do you have any other exhibits Mr. Malek

22   that have not been previously identified as potential trial

23   exhibits?

24        MR. MALEK:  I am not certain as I said Your Honor.

25   I can't make a representation either way.  I believe these

11:43:14AM 1    were within the hard drive and if they are not, they are not.

2    They have been in possession of Plaintiff in this case and

3    other cases.

4         THE COURT:  I understand that but they would've

5    relied upon what represented you were going to use at trial.

6    So we don't know.  Is there some systemic problem with these

7    not getting on to the hard drive or is this just an isolated

8    --

9         MR. MALEK:  This is the first we've heard of it,

10    Your Honor.

11         THE COURT:  Your concern is that they are all

12    somehow related to the number 186; what's that connection?

13         MR. PHILYAW:  Your Honor, yes.  On the pretrial

14    order at Exhibit C, which is ECF 306-1, Ford's exhibit list

15    says the number Defense Exhibit 186 exhibit number not used.

16    And they have since marked two exhibits at trial with the

17    Defense Exhibit 186 and then followed by a decimal point,

18    which leads me to believe that they are using that number for

19    these.

20         THE COURT:  Additional exhibits.  Do you have any

21    more 186?  Who is your next witness?

22         MR. BOORMAN:  Roger Burnett.

23         THE COURT:  Is Exhibit 186 going to be used with

24    him?

25         MR. BOORMAN:  No, sir.

11:44:35AM 1           THE COURT:  All I can say going forward if you see

2    an exhibit that you don't think they've identified for trial

3    purposes, object, alert me to it; and I would think the relief

4    at that point would be to ask me to exclude it.

5           MR. PHILYAW:  Thank you, Your Honor.

6           MR. BUTLER:  Your Honor, if we might confer over the

7    next break about the relief issue.  I would expect we would

8    want to ask that those exhibits be stricken, but we have not

9    asked for that yet.  We want to talk about it first.

10           THE COURT:  All right, we will address that.

11           Let me just mention one thing.  I have never

12    enforced what I consider to be arbitrary time limits on

13    examinations of witnesses.  Instead I've tried to let lawyers

14    try their cases the way they deem they should try them and

15    then if they being duplicating matters I've got ways to nudge

16    them along.  But if a cross-examination approaches double the

17    time of a direct examination, I'm going to probably nudge you

18    along.  So we need to get targeted.  There are some cases, but

19    in my view it's the rare case where a cross-examination should

20    take twice the amount of time as a direct examination.  I'm

21    not going to put arbitrary time limits, but let's move it

22    along.  With direct examinations also, obviously, the

23    Defendant should have an opportunity to present their case,

24    but a lot of this the jury knows as far as some basic

25    foundational stuff that we really don't need to repeat.  I

11:46:31AM 1    would just ask that all the examinations take those things

2    into consideration so that we are not here until Easter.

3              Bring the jury down.

4    [JURY ENTERS COURTROOM]

5              THE COURT:  The Defendant may call its next witness.

6              MR. BOORMAN:  Ford calls Roger Burnett.

7              THE COURT:  Come straight forward to where this lamp

8    is around the flip-chart.  All the way to the front.  Stop

9    right there for a moment, raise your right hand, and take the

10   oath.

11             COURTROOM DEPUTY:  Do you solemnly swear that your

12   testimony in this case shall be the truth, the whole truth,

13   and nothing but the truth so help you God?

14             THE WITNESS:  Yes.

15             THE COURT:  Have a seat.  Once you get situated tell

16   the jury your name and spell it for the court reporter.

17             THE WITNESS:  My name is Roger Burnett,

18   B-U-R-N-E-T-T.

19                         ROGER BURNETT

20        Whereupon, witness having been duly sworn,

21                  testified as follows:

22                    DIRECT EXAMINATION

23   BY MR. BUTLER:

24   Q    Good morning Mr. Burnett.

25   A    Good morning.

11:48:27AM 1  Q    Where do you live?

2  A    I live in Carrollton, Michigan; which is a small town

3       about 30 miles outside of Detroit.

4  Q    And where do you work?

5  A    I work at a company called Design Research Engineering.

6  Q    How long have you been there?

7  A    I have been there two and a half years.

8  Q    What is DRE?

9  A    It's an engineering firm.  We provide engineering

10      consulting services.  One of our major roles as a company

11      is providing technical assistance to attorneys in time

12      like these.

13 Q    Where did you work before DRE?

14 A    I worked for the Ford Motor Company.

15 Q    How long did you work for Ford Motor Company?

16 A    A little bit over 40 years I worked at Ford.

17 Q    What year did you start?

18 A    I started in 1992.

19 Q    Where are you originally from?

20 A    Originally grew up in mostly Virginia, but other places

21      in the country.  My father was in the military at the

22      time.

23 Q    Did you attend college?

24 A    Yes.  I went to college in Virginia.  My bachelors degree

25      is from Virginia Tech in mechanical engineering.  Then I

11:49:46AM 1    have a masters degree following that in mechanical and

2    aerospace engineering combined from the University of

3    Virginia.

4    Q    Has your professional career after you left college been

5         focused on automate design?

6    A    Yes.  My first job after finishing my masters degree was

7         with the Ford Motor Company in 1992, which up until today

8         I've been focused on automotive design.

9    Q    Since 1992 when you started with Ford has it been mostly

10        focused on restraint design?

11   A    Yes, it has.

12   Q    When you first started a Ford was your goal to work in

13        restraint design?

14   A    No.  I actually the job in restraint systems as an

15        opportunity to get my foot in the door.  I was a young

16        man at the time.  My goal was to work on race teams.  I

17        spent the first six months at Ford trying to navigate my

18        career towards racing.  I got a job transfer into the

19        advanced powertrain group, which was a step towards the

20        racing programs.

21             In that six-month time frame I also got involved in

22        my home department, the seats and restraints group, I got

23        involved in crash testing and that kind of changed my

24        direction.  That world of crash testing vehicles caused

25        me to make a U-turn and come back, move away from my

11:51:16AM 1        initial goal which was racing.

2   Q   Why do you find crash testing so interesting?

3   A   I a young man coming into it really I never quite

4        understood was how quickly things happen in a crash; and

5        how the entire engineering of a crash event happens in a

6        tenth of a second.  And all of that work that goes into

7        making those systems work, all of the testing, all comes

8        down to an event that lasts a tenth of a second just a

9        blink of an eye; and that was just very fascinating to

10       me.

11  Q   As a restraint engineer you need to design components of

12       safety systems to be able to help people within that time

13       frame?

14  A   That's the whole goal of restraint systems is that small

15       piece of time of how long a crash takes.

16  Q   When you retired from Ford after 30 years what was your

17       job title?

18  A   When I retired my title was the technical leader of

19       occupant protection and accident reconstruction of Ford.

20       That's kind of a unique at Ford that meant I was

21       technically routed, but as I did have the responsibility

22       of being a supervisor of people I was a sort of

23       supervisor of occupant safety and accident

24       reconstruction.

25  Q   As part of your role while you were still at Ford, did

11:52:49AM 1    you talk to juries like you're doing today?

2  A  I have.  This is not the first time I've been in court.

3  Q  Do you help lawyers like me, and Missy, Charlie, Paul,

4    and Harold understand technical issues involved in these

5    cases?

6  A  I have spent a lot of time trying to teach engineering to

7    lawyers.  I have more patience than the average engineer.

8    It' can be a challenge.

9  Q  Lawyer don't often think like engineers; has that been

10    your experience?

11  A  The two careers don't really have a lot of similarity.

12  Q  When did you do your first deposition?  We've heard about

13    depositions in this case.  When did you get your first

14    one?

15  A  The first time I gave a deposition was in 1998.

16  Q  Over 30 years how many depositions have you given about?

17  A  It's over 200 at least.

18  Q  Over 30 years how many times have to come to trial?

19  A  My best estimate is I've come to trial in a setting like

20    this maybe 50 times in my career.

21  Q  Has that testimony been on behalf of Ford?

22  A  Yes.  Trial testimony has all been on behalf of Ford.  It

23    was all during my time as a Ford employee.

24  Q  The jury has heard a lot about LECs.  Have you

25    participated in calls with me, and Missy, and other Ford

11:54:16AM 1    lawyers and the experts in this case?  Have you

2    participated in those calls?

3   A    Yes, I have.

4   Q    When you work on cases is it common for lawyers like

5    myself to want to know what your analysis is before we

6    get to trial?

7   A    There is a team of experts.  Each of us has a different

8    area of the crash we are investigating.  Some of that

9    needs to be given to other experts who need that

10    information.  So that's an opportunity for the experts to

11    discuss our findings, ask questions of each other, and

12    learn.  From my role I can learn what the accident

13    reconstructionist, what his initial findings are; how he

14    thinks the vehicles moved.  That's important for me when

15    I'm trying to understand how the restraint system

16    performed.  But I'm not doing the entire work myself.  I

17    have to rely on the results of his work.  And these

18    meetings are an opportunity to share back and forth this

19    information.  The lawyers are there mainly as observers.

20   Q    Would it surprise you to know that Mr. Buchner told this

21    jury that he talked to the Plaintiffs lawyers before

22    trial?

23   A    I'm sure their team does something similar.

24   Q    Would it surprise you to know that Mr. Buchner,

25    Plaintiffs' accident reconstruction expert, told this

11:55:34AM 1       jury that he talked to Mr. Herbst their roof design

2       expert prior to this trial?

3  A   In a similar fashion they need to know what the other

4       person's expertise is finding.

5  Q   Over your career have you had any involvement in

6       research?

7  A   Yes.  I've been involved in research pretty much my whole

8       career.

9  Q   Have you listed some of your research on your resume?

10  A   Yes.  I listed research that resulted in published

11       findings on my resume.

12  Q   Jeff, if we could have Mr. Burnett's resume; it's Defense

13       Exhibit 212, and we move to admit that into evidence Your

14       Honor.

15       THE COURT:  Any objection to the resume?

16       MR. LOWREY:  Yeah.  Ford didn't let the jury look at

17 it this.

18       THE COURT:  The practice up to now has been that the

19 CVs and resumes have not been admitted.  You need to establish

20 the qualifications through his testimony.

21       MR. BOORMAN:  Understood Your Honor.  My

22 understanding is we can show the resumes it just doesn't go

23 back, is that correct?

24       MR. LOWREY:  That's not where we landed last week

25 Your Honor.

11:56:48AM 1          THE COURT:  Last week there were objections to the

2      Plaintiffs doing that.

3          MR. BOORMAN:  Okay, let's go to page 2.

4      BY MR. BOORMAN:

5      Q    Mr. Burnett, is there a section in your resume called

6           technical publications?

7      A    Yes.  This is where I list the research studies that have

8           resulted in published findings.

9      Q    It's a full page.  Give me an estimate of how many of

10          these technical publications are on this page?

11     A    There's 24 on this page and there's a second page.

12     Q    Can we go to the next page, please?  Approximately how

13          many are on the second page?

14     A    Twelve on this page.

15     Q    And in this roughly 25 or 26 numbers of publications, do

16          those topics have anything to do with what you are here

17          to talk about today?

18     A    Your math is a little off, 36.

19     Q    Well, my question stands.  Do those 30 plus papers have

20          anything to do with the topics you are going to talk

21          about today with the jury?

22     A    Most of this work is in the area of vehicle crash safety.

23          Some of it is focused on restraint system performance.

24          Some of it address rollover crashes.  Yes, there's work

25          in here that is relevant.

11:58:20AM 1   Q   We know that you started off with some testing when you

2        started in 1992.  Throughout your career have you had

3        involvement in crash testing?

4   A   Yes.  Through my whole career at Ford, even today since

5        I've left Ford I am involved in crash testing vehicles.

6   Q   Have you done whole vehicle crash test?

7   A   When I talk about a crash test I'm talking about a whole

8        complete vehicle that's crashed into a barrier, a pole,

9        another vehicle; it's a complete car.

10   Q   We will get into the types of testing in a little bit.

11        As part of the development of vehicles will Ford actually

12        build the full vehicles just to crash them?

13   A   Yes.

14   Q   How many tests have you been involved in at and Ford in

15        which the design and performance of restraint systems has

16        been tested?

17   A   It's in the thousands; it's too many to count.

18   Q   In addition to those that you have been involved with,

19        how many additional restraint tests have you reviewed?

20   A   I have reviewed tens of thousands of tests over the

21        years.

22   Q   Has Ford published its results about these tests that it

23        has done of restraint systems?

24   A   Yes.  Especially in the area of advanced engineering and

25        advanced design ford will publish findings.  We looked at

11:59:44AM 1     my list of research that I've published; much of that was

2                 as a Ford employee so it's really Ford sharing the

3                 results of research.

4        Q        Are your member of any professional organizations?

5        A        I am.

6        Q        The jury has heard from a few witnesses about the Society

7                 of Automotive Engineers; are you a member of that?

8        A        I am.

9        Q        Are you a member of an organization called of AAAM?

10       A        I am.

11       Q        What is AAAM?

12       A        That's a similar group that provides a forum for sharing

13                research findings.  It's the Association for the

14                Advancement of Automotive Medicine.

15       Q        Have any of your papers been published by SAE or AAAM?

16       A        Yes.

17       Q        Before they publish those papers do they peer-review

18                those papers?

19       A        That's all of the paper I've listed that were published

20                had gone through a peer review process.  Yes.

21       Q        Why?

22       A        A peer-review process of a technical publication for

23                findings of research is a process where others not

24                involved in the research need to approve the process and

25                the finding, and the method you came to your conclusions

12:00:50PM 1    before it's allowed to be published.  It's sort of a

2    check system.

3        MR. BOORMAN:  Your Honor, we tender Mr. Burnett as

4  an expert in vehicle design, restraint design and performance,

5  and crash testing.

6        THE COURT:  He may give opinion testimony in those

7  areas.

8  BY MR. BOORMAN:

9  Q    Let's start very broadly with the vehicle design.  How

10     many engineers does it take to design a vehicle like the

11     F250?

12  A    The design team for a vehicle like the F250 takes

13     thousands of engineers.

14  Q    The jury as heard at the very beginning of this case that

15     it can take up to five years to design a vehicle.  Why?

16  A    It's a very complicated process to design a new vehicle.

17     It's an iterative process of designing, testing,

18     learning, changing designs.

19  Q    Would it help for you to use a timeline so that you can

20     explain a general overview of the design process?

21  A    I can give you a little bit of abbreviated timeline of

22     some of the process.  Yes.

23  Q    Your Honor, may Mr. Burnett step down?

24        THE COURT:  Yes.

25  BY MR. BOORMAN:

12:02:16PM 1    Q    Mr. Burnett, obviously five years is a long time.  We

2               don't want to go into the minute detail.  Can you run us

3               through what Ford's vehicle design process is?

4          A    I will lay out a timeline that simplifies the process.

5               There's a lot of complexities.  The systems overlap at

6               different parts in regard to different timing.  What I'm

7               going to layout in my experience is mainly the restraint

8               systems.  What our timing plan would look like in a

9               typical vehicle.

10                   When we start out in the very beginning of having to

11              do a vehicle is the concept of what it's going to be.  So

12              a lot of the upfront work is done before the engineers

13              get involved and it's called the preprogram work.

14              Preprogram work is done by the marketing researchers,

15              people who talk to customers, dealerships.

16         Q    Is Ford trying to figure out what a customer wants so

17              that they can decide whether the vehicle can serve that

18              issue?

19         A    Exactly.  For a case like a pickup truck what the

20              experience was with the past truck customers would like

21              it to be better a lot of the work is done upfront to

22              define what the new vehicle is going to be.  That's what

23              started out here.  This timeline takes us to a point

24              where that work is done.  For a vehicle like the F250 a

25              lot of things are determined that adjustment of what the

12:04:15PM 1    market needs.  So things like it's going to have a

2    four-wheel-drive option, diesel engines, work as

3    different cab sizes, different bed sizes.  It's going to

4    be able to tow a certain amount.  It's going to be able

5    to haul a certain amount.  All of that stuff goes into

6    the marketing process.  That takes us to the point called

7    program initiation so it's called PI.  That point in time

8    is when it's handed over from the marketing and the

9    planning to the engineering.  That's when the engineering

10   team is built.  The engineering team starts to build what

11   eventually will be thousands --

12  Q    I'm sorry.  How do you build an engineering teem?  You

13        just start hiring new people?

14  A    There are people within Ford coming off of other

15        programs.  There's a lot of timing that has to work out.

16        There is also the suppliers that were brought in.  So

17        Ford doesn't design every single piece of the car.  A lot

18        of the pieces of the care are designed in conjunction

19        with companies who have expertise.  Seatbelts are an

20        example of that.  There are companies that have expertise

21        on the design of seatbelt systems for the entire auto

22        industry.  Ford will involve their help when designing

23        for that vehicle.

24  Q    The jury has heard about Autoliv testing of side curtain

25        airbags.  Is Autoliv a supplier you use?

Joan Drammeh * Federal Reporter * 706-653-1097

12:05:49PM 1    A     Autoliv is one of the suppliers.  They test services and

2         they also supply components of vehicle.

3          MR. LOWREY:  Your Honor, I object.  We're talking

4    about a lot of things that are not in Mr. Burnett's expert

5    report.  And we are also talking about a lot of things that

6    don't have anything to do with the roof.  We don't have a

7    seatbelt claim in the case.  Your Honor, it's up to you to

8    move things along not me.

9          MR. BOORMAN:  That's a bold objection coming from

10   somebody that just had a two-hour cross.  Your Honor, this is

11   a vehicle design defect case.  We would like to have some

12   latitude to have Mr. Burnett walk through the vehicle design

13   process.

14         THE COURT:  I will let him do that, but let's get to

15   the focus quickly.

16         MR. BOORMAN:  Yes, Your Honor.

17         THE COURT:  Go ahead.

18         THE WITNESS:  To speed things up what I'm getting to

19   is the process.  The team of engineers work at the first to

20   take these inputs and try to understand what the vehicle

21   design is going to be.  They have to come up with the first

22   set of prototypes.  The first set of things that you have to

23   have the pieces to run test.  But there's no plan to build

24   this.  It all has to be built at the facilities that are made

25   to build prototypes.  So that takes us from the initial part

12:07:18PM 1    of the program to another milestone where we have what we call

2    mechanical prototypes.  These are noisy unfinished vehicles.

3    Some of these are built to crash.  Some of these are built to

4    test.  Some of these are built to test suspensions.  That's

5    where we first started to get data with what it looks like and

6    how closely it is from its goals back here.  And it gives us

7    information we can iterate and improve, adjust things, and get

8    to the next stage --[indecipherable]-- which is another

9    prototype phase that we call confirmation prototypes.

10   Q    What would the CP stand for?

11   A    These are confirmation prototypes.  These parts are built

12        not just to look like the final product.  They are built

13        in the manner that the final product will be built.

14        Everything has to be built in the same way it will

15        eventually be built.  It may not be the same machine.

16   Q    You're running out of paper.  Is that the last?

17   A    That will eventually take us to what we called the job

18        one.

19   Q    What is job one?

20   A    That's the point here for program approval.  And now all

21        the testing is completed.  The vehicle is done and it

22        gets decided.  It's ready to production.  That takes some

23        time and is now moving into the assembly plant, which is

24        a big operation that takes a little bit of time to get

25        the process up and running.  They start to build cars

12:10:42PM 1    right here and we call that job one.

2          Job one is when you can build a car that can be

3     sold.  These are legal.  They are fitted and good to go

4     but they're not for sale.  They have a lot of testing and

5     that's what we call the validation cars; that group of

6     cars is now the actual car.  It's actually built on the

7     assembly line.  It could be sold.  It's a finished car

8     that meets all of our goals, but to make sure that this

9     process right here we've taken, the design, and put it in

10    to the assembly plant to make sure there's no

11    manufacturing concerns that need to be adjusted.

12    Finally, it takes us here where we can sell cars to the

13    dealership and they go to the public be.  This whole

14    process is the process that can take three to five years.

15 Q  Thank you Mr. Burnett.  As part of this process do the

16    federal motor vehicle safety standards come into play at

17    all?

18 A  The federal motor vehicle safety standards are the U.S.

19    Governments requirements that are put upon a car to be

20    sold in the United States and that's definitely a part of

21    this process.

22 Q  Those FMVSS standards are minimum; do you agree?

23 A  No, I don't.  The U.S. government standards are the most

24    stringent in the world of all countries that have

25    standards.  If you meet the standards in the United

12:12:36PM 1     States to sell a car in the United States, you can sell

2     that care anywhere with minor adjustments.

3  Q   Are there FMVSS standards related to restraints?

4  A   There are.

5  Q   What are the FMVSS standards related to restraints?

6  A   The standards number 208, 209, and 2010 relate to the

7     restraint systems.

8  Q   What is the FMVSS cert file?

9  A   That's a document kept at Ford as a record of how it is

10    the vehicle meets the federal standard.  It can include

11    testing, it can include measurements, but all of the data

12    is kept in a file for posterity.  We can look that up

13    later.

14  Q  Let's just take 208.  How big is the cert file for 208

15    that we've produce in this case?

16  A  It is voluminous.

17  Q  Is it a hundred pages?

18  A  Hundreds of pages.

19  Q  Same thing for 209 and 2010?

20  A  Yes.

21  Q  Can you give the jury an overview of what FMVSS 208, 209,

22    and 210 requires?

23      MR. LOWREY:  Same objection Your Honor.  We are

24  talking about seatbelts and not the roof.

25      THE COURT:  How is this relevant?

12:13:59PM 1         MR. BOORMAN:  Your Honor, one of the things

2  Mr. Burnett did is review the restraint performance so we are

3  finishing up the foundation for the restraint performance.  We

4  are going to talk about how the restraints performed in this

5  crash and how that relates to the biomechanical analysis.

6  This has all been disclosed in his report and question in his

7  deposition.

8         THE COURT:  The evidence with regard to the

9  restraints is relevant to how they moved during the crash.

10         MR. BOORMAN:  It is.

11         THE COURT:  Overruled.  There is no claim here to

12  make it clear that the restraint system failed, correct?  The

13  only alleged design defect is with regard to the roof not the

14  restraint system.

15         MR. LOWREY:  We are all about the roof.

16         MR. BOORMAN:  When Mr. Burnett was first retained

17  that wasn't the case; it is now.

18         MR. BUTLER:  We object to that Your Honor.  We

19  shouldn't have to argue that in front of the jury.  That

20  statement is not correct.

21         THE COURT:  All right.

22  BY MR. BOORMAN:

23  Q    Was testing performed to confirm compliance with these

24      standards?

25  A    Yes.

12:15:21PM 1  Q    Does the vehicle at issue in this case comply with those

2         standards?

3    A    It does.

4    Q    In addition to FMVSS standards, does Ford have any

5         internal standards?

6    A    Yes.  The federal standards are only a small portion of

7         the standards that are used to design a car.

8    Q    What are Ford's internal standards called?

9    A    We have a system that breaks the vehicle down into the

10        systems within a vehicle, the mechanical systems.  And a

11        set of systems has something called a system design

12        specification or we call it the SDS.

13   Q    Is there a SDS for seatbelts?

14   A    There is one that applies to seatbelts, yes.

15   Q    Defense Exhibit 303, please.  Mr. Burnett, is this the

16        SDS for seatbelts?

17   A    It is a page of it, yes.

18   Q    Can you tell how many pages there are in this?

19   A    I don't see where it tells me the total.

20   Q    Let me ask you this.  Would it surprise you to know that

21        this SDS standard is 1,208 pages?

22   A    It would not.  It's a big document.  It's got all the

23        specifications that Ford applied to a belt system.

24   Q    The jury has heard a lot of questions about Ford

25        executives.  Did Ford executives have anything to do with

12:16:39PM 1   SDS standards for the restraints or anything else?

2   A   No.  These come from engineers.

3   Q   You mentioned testing.  What types of testing does Ford

4       do?

5   A   A great deal of testing that Ford does.  In my area of

6       restraint systems is ranges from full-scale crash testing

7       all the way down to testing the smallest component of the

8       restraint system.

9   Q   If we could have Defense Exhibit 237.1, please?  Mr.

10      Burnett, did Ford do a crash test related to end cap?

11  A   Ford did many but this is one of them.

12  Q   Are you familiar with the reconstruction in this case?

13  A   I am.

14  Q   Is this end cap severity similar to the crash in the

15      case?

16  A   Yes, I selected this test as one that had a similar crash

17      energy as the first impact to the ground.

18  Q   Your Honor, we move Exhibit 237.1, which is a video of

19      this test that Mr. Burnett just described.  We would like

20      to show it to the jury.

21          MR. LOWREY:  Your Honor, we're curious about the

22  foundation for this witness.  Is this a test he witnessed or

23  -- and the relevance of it as well.

24          THE COURT:  He say he relied upon it as an expert in

25  giving his opinions in this case.  And that he's familiar with

12:18:06PM  1   it as one that Ford conducted; is that correct?

2                    THE WITNESS:  That's correct.

3                    THE COURT:  It's admitted.

4   BY MR. BOORMAN:

5   Q    Go ahead and play it.  Tell the jury what they are

6        seeing.

7   A    What you're going to see is a F250 crew cab

8        four-wheel-drive, a very similar vehicle to the case

9        vehicle; that's going to hit the immovable wall coming in

10       at a speed of 35 miles an hour; that is among the most

11       severe crash tests for front impacts that are run.  It is

12       a similar energy to the ground impact in this case.

13  Q    Are there other cameras that filmed this same impact?

14  A    Yes.  There's cameras all around this vehicle.  Mainly

15       cameras are super slow motion cameras.  I talk earlier

16       about the tenth of a second that's critical.  These

17       cameras run the film or the video at very high speed.  So

18       when you play it back it's very slow motion.  So we can

19       take that tenth of a second and look at it a long time to

20       see what exactly is happening in that tenth of a second.

21       What we're seeing happened very fast.  We use these

22       cameras to slow it down so we can see what's happening.

23  Q    Defense Exhibit 237.2, which is a slow-motion camera that

24       Mr. Burnett just described.  We would like to play this

25       for the jury and move this into evidence Your Honor.

Joan Drammeh * Federal Reporter * 706-653-1097

12:19:53PM 1          THE COURT:  What number?

2          MR. BOORMAN:  237.2.

3          THE COURT:  Are you seeking to admit it just for

4    illustrative purposes?

5          MR. BOORMAN:  Yes, Your Honor.

6          THE COURT:  It's admitted.

7          MR. BOORMAN:  Go ahead and play it.

8    BY MR. BOORMAN:

9    Q    Mr. Burnett, why do restraint engineers look at this

10        slow-motion?

11   A    It is how we can capture how the crash test dummy is

12        interacting with the restraint system in an event you

13        can't see with the naked eye.  You'd have to slow it down

14        to be able to see what's happening; how the occupant is

15        interacting with the seatbelt, the airbag, the steering

16        column, et cetera.

17   Q    Does Ford just do frontal crash tests?

18   A    No.  This is just an example that I pulled out, but there

19        are side impacts.  There are rear impacts.  There are

20        rollover crashes.  There is numerous types of crashes

21        that are run on a vehicle during the design phase.

22   Q    Is this an example of a system-level test?

23   A    Yes.  This is what I would call the full vehicle test;

24        every part of the vehicle was there.

25   Q    What is an example of a component level test?

12:21:10PM 1    A    A component level test would be when you drill down and

2        you're just testing a piece of the vehicle.  There's a

3        lot of those.  We looked at the document that had all of

4        the seatbelt specification.  Some of those are just for

5        the components of the vehicle, the pieces of it.

6    Q    Is there such a thing as a subcomponent level test?

7    A    When you are looking at a component like a seat or a

8        seatbelt, that component of a vehicle is made up of a

9        bunch of pieces itself; and those pieces are individually

10       tested.  For example, the seatbelt system has a buckle,

11       and a retractor, and hardware that mounts it, the

12       seatbelt webbing as part of it.  So there's testing on

13       that whole piece, but there is also testing on just the

14       seatbelt webbing for example.

15    Q    Let's take what you were just describing to the jury and

16       talk about this crash.  Plaintiffs' expert Mr. Lewis

17       talked about marks on the latch plates on both Mr. and

18       Mrs. Mills.  Would you agree that there were marks on the

19       latch plate of both Mr. and Mrs. Mills?

20    A    Yes, there were.  I saw them.

21    Q    Do you have a photo of the marks on Mrs. Mills' latch

22       plate?

23    A    I do.

24    Q    Defense Exhibit 214, page 588.  This is one of Mr.

25       Burnett's own inspection photos.  We would like to move

12:22:39PM 1      it into evidence and display it to the jury.

2              THE COURT:  Which number?

3              MR. BOORMAN:  Exhibit 214, page 588.

4              MR. LOWREY:  No objection.

5              THE COURT:  It's admitted.

6    BY MR. BOORMAN:

7    Q    Orient us.  What are the marks on the latch plate related

8         to this crash?

9    A    First off, this is the piece of your seatbelt that you

10        plug into your buckle.  The seatbelt webbing passes

11        through that from your lap belt up to your shoulder belt.

12        So this is contact with the seatbelt webbing as you wear

13        it entering a crash.  So I look at the surfaces of this

14        pass through that contacted the seatbelt webbing.  And

15        what can happen in a high energy crash is the pressures

16        and the motion of the seatbelt webbing can leave evidence

17        behind on this part.  This is a plastic coated metal part

18        but the pressure is enough to soften that plastic.  And

19        the motion of the webbing can smear it or leave scratch

20        marks behind it.  That gives us an idea if it was loaded

21        in a crash and maybe how it was loaded in a crash.

22   Q    You can touch the screen and circle.  Just circle the

23        area where you want the jury to see these scratches.

24   A    So this is the area where the webbing passes through and

25        the top part of this is where it's going to be in contact

12:24:21PM 1      with the seatbelt webbing as it's worn.  So what I'm

2      looking for is evidence of crash loading.  And this is

3      the zoomed out photo but you can see scratch marks all

4      along here.  That's evidence of the seatbelt webbing

5      being loaded to a degree that it actually softened and

6      left evidence behind on the plastic.

7  Q   Can we just blow that area up that Mr. Burnett just

8      identified?  All right, it's a little bit fuzzy, but

9      those are the scratches?

10  A   Yes.  It starts to get a little grainy here, but we're

11      looking at these that look like scratches; it's really a

12      drawing of webbing going over it.  That's evidence that

13      it was loaded in this crash.

14  Q   Plaintiffs' expert Mr. Lewis told the jury that the marks

15      on Mrs. Mills' latch plate proves that she was wearing

16      her shoulder belt over her should because of the angle of

17      those scratches.  Do you agree?

18  A   No.  You can't read that level of detail into how the

19      belt was being used.  I can't tell you that it was being

20      used in the way that the shoulder belt and the lap belt

21      both saw loading.  The change in angle between the

22      shoulder belt over the shoulder, the shoulder belt under

23      the arm isn't going to be enough to be able to tell

24      anything from this latch plate.

25  Q   Has Mr. Lewis ever designed a restraint for any

12:25:55PM 1     manufacturer?

2    A    He has not.

3    Q    Has Mr. Lewis ever published a paper about the marks that

4         are created on a latch plate when it is worn under the

5         arm?

6    A    I don't think so.

7    Q    Have you ever published a paper on this issue?

8    A    Yes.  I did a study years ago on the forensic evidence

9         left behind with using belts in different configurations

10        to understand if the marks left behind like these scratch

11        marks could tell me after the fact and in more detail.

12        Those findings are -- I can't tell the difference between

13        the shoulder belt properly worn and a shoulder belt under

14        the arm by looking at angles of scratch marks.

15    Q    Defense Exhibit 472, please.  Mr. Burnett, is this the

16        paper you just discussed?

17    A    It is.

18    Q    Your Honor, we'd like to display the first of this for

19        illustrative purposes?

20        THE COURT:  All right.

21    BY MR. BOORMAN:

22    Q    So Mr. Burnett, in just a moment we will see your name is

23        at the top; right?  This is you.

24    A    That's me.

25    Q    What do you want the jury to know about this paper if

12:27:14PM 1        anything additional to what you just said?

2    A    It's just some of the research that's done behind my

3         conclusions that you can't tell.  This angle is not

4         enough difference to make a read of how you are wearing

5         the seatbelt.

6    Q    Was this paper peer-reviewed and published?

7    A    It was.

8    Q    Because the marks on the latch plate are inconclusive,

9         are the marks made by the belt on the occupants

10        important?

11   A    As an engineer I'm looking at the evidence on the

12        hardware of the vehicle.  There are others that will look

13        at the evidence that that loading is caused by

14        interaction between that occupant and the belt system.

15        There may be evidence left behind in an injury pattern to

16        the occupant.

17             MR. LOWREY:  Your Honor, this sounds like it's

18   outside the area you qualified him to give testimony.

19             THE COURT:  I think he's saying that he's not going

20   to give testimony as far as the marks made on the person,

21   correct; outside your area?

22             THE WITNESS:  Exactly.  That's correct.

23             MR. LOWREY:  And so it shouldn't be described to the

24   jury from this witness either.

25             THE COURT:  Overruled.  He can explain why he didn't

12:28:22PM 1    consider those.

2    BY MR. BOORMAN:

3    Q    Mr. Burnett, are you aware of any radiology experts for

4         either side of this case?

5    A    Yes.

6    Q    Who?

7    A    Dr. Camacho.

8    Q    Did Dr. Camacho show physical evidence on the bodies?

9    A    Yes, he's the person who took a look at that level of

10        evidence on the occupant rather than on the hardware.

11   Q    Defense Exhibit 359A, page 12.  This has already been

12        shown to the jury Your Honor.

13            THE COURT:  He's not qualified to testify about what

14   the marks on the body demonstrate so I am not going to permit

15   him to give that testimony.  You would defer to these other

16   persons for their expertise in those area, correct, sir.

17            THE WITNESS:  For finding the marks, yes.  How they

18   are routed is really the belts.

19            THE COURT:  All right, go ahead.  If he's not going

20   to testify about how they occurred then he can testify.

21            MR. BOORMAN:  I'm going to wrap this up Your Honor.

22            THE COURT:  All right.

23   BY MR. BOORMAN:

24   Q    Mr. Burnett, these are the marks that Dr. Camacho found;

25        right?

12:29:40PM 1  A    These are Dr. Camacho's findings.  Yes.

2  Q    Is this a classic seatbelt sign underneath the arm?

3  A    This is a routing underneath the arm.

4  Q    If someone told the jury that the black box EDR in this

5       vehicle proves that Mrs. Mills was properly wearing her

6       shoulder belt over the shoulder; is that correct?

7  A    No.  The EDR records whether it's buckled or not and

8       that's it.  So all we know from that is that it was

9       buckled and we know that anyway.

10  Q    As a restraint expert you've been looking at seatbelts

11       for 30 years, do you rely upon physical evidence or what

12       witnesses who showed up to a chaotic scene say about the

13       seatbelt usage?

14  A    My focus is on the physical evidence.  I don't ignore the

15       scene evidence.  A chaotic scene with people working off

16       of their memories you will often get two people who

17       remember things differently.  And then you will get a

18       situation where memories can change over time.  So I tend

19       to focus on the physical evidence; what I can find on the

20       hardware.

21  Q    Mr. Burnett, did you review the performance of the

22       restraint system in this crash?

23  A    I did.

24  Q    As part of that review did you review the black box data?

25  A    I did.

12:31:03PM 1    Q    Defense Exhibit 13, page 5.

2              MR. BOORMAN:  Your Honor, this is the EDR that's

3    been shown a bunch of times, but I don't know that we formally

4    offered the whole thing into evidence so we offered all of the

5    EDR data in to evidence.

6              THE COURT:  What's the number?

7              MR. BOORMAN:  Thirteen.

8              THE COURT:  Any objection?

9              MR. LOWREY:  None, Your Honor.

10             THE COURT:  It's admitted.

11   BY MR. BOORMAN:

12   Q    If we could blow up this table because it's pretty small.

13        I want to make a list of the restraint components that

14        came into play in this crash.  Get me started.

15   A    This is the EDR crash recorder of what the actual vehicle

16        did during crash in terms of the electronic restraint

17        system.  And from this portion of it we can see that it

18        deployed front airbags, it deployed side curtain airbags,

19        it deployed something we call a pretensioner.

20   Q    Okay?

21   A    It deployed a side airbag.

22   Q    Is that a thorax bag?

23   A    A thorax bag, correct.

24   Q    We've already discussed that you reviewed and relied upon

25        Mr. Tandy's accident reconstruction, correct?

Joan Drammeh * Federal Reporter * 706-653-1097

12:33:13PM 1    A    That's correct.

2    Q    If we could have Defense Exhibit 47.17.  This has already

3         been shown to jury with Mr. Tandy.  Don't play it please

4         Jeff, we just need the -- In Mr. Tandy's reconstruction

5         the angle of the vehicle at this first ground impact.

6         Which of these looking at the EDR data, which of these

7         deployed during the first ground impact?

8    A    This is recorded as a mainly frontal impact with the

9         ground.  So the front impact devices are deployed at this

10        timeframe.  We can look at the EDR timing and know that

11        for sure, but it deployed the front airbags, the

12        pretensioners, and the ground impact.

13   Q    Mr. Burnett, I should have done this before.  We all know

14        what a front airbag is; that's what comes out of the

15        driver's wheel or the front dash; is that right?

16   A    That's right.

17   Q    What is the side curtain airbag?

18   A    The side curtain airbags are the airbags that come from

19        above the doors down and cover the window openings.

20   Q    Why?

21   A    Those offer side impact protection.  They also offer

22        containment in a rollover where there is lateral forces.

23   Q    What is a pretensioner?

24   A    A pretensioner is a device within the seatbelt system and

25        in this truck it's within the seatbelt retractor that's

12:34:54PM 1    the spool that pulls the webbing in and out where you

2    store your belt.  It is the device that locks the webbing

3    in an emergency.  Inside that devises is also something

4    called a pretensioner.  In the early moments of a frontal

5    impact along with your front airbags deploying it can

6    also deploy this device that tightens your seatbelt.

7  Q  Why does it tighten your seatbelt?

8  A  Two purposes really.  It can remove a loose seatbelt if

9    you have a puffy jacket or a belt that's not quite on you

10   well; it can suck it up to your body.  And it can provide

11   a little bit of pre-load to the belt.  This is really

12   before the occupant has started to load the belt in a

13   front impact; that little bit of pre-load just gives a

14   little bit of more time for the occupant to ride down the

15   restraint loads.

16 Q  As you told the jury, this is all happening in a fraction

17   of a second?

18 A  Right.

19 Q  What is the thorax airbag?

20 A  That's airbag that comes out of your seat and captures

21   your lower torso, mainly for side-impact.

22 Q  Defense Exhibit 47.19, which is again, something that has

23   also been shown to jury.  I will represent to you that

24   the jury heard from Mr. Tandy, this is the second frontal

25   impact.  Did any of these safety devices that deploy

12:36:22PM 1       after the second frontal impact?

2       A    Yes.  Somewhere in the process of going all the way over

3            it sensed enough lateral loading that it deployed the

4            side devices.  Lateral meaning side to side in the

5            vehicle; it deployed the canopies and the thorax bag.

6       Q    You said canopy that's also the same thing as the side

7            curtain?

8       A    Right.

9       Q    Those terms are used interchangeably?

10      A    Right.

11      Q    I've got a few other questions for you.  What is webbing

12           stretch?

13      A    That's another feature of the restraint system that is

14           engineered.  The seatbelt webbing itself is built to have

15           some elastic properties.  And it is something that a

16           restraint engineer can use to fine tune the performance

17           of the system.  That's a carefully engineered attribute

18           of the seatbelt webbing is its stretch.  That's a feature

19           of the restraint system that's not deployed.  It's always

20           there.  It's always part of the belt.

21      Q    Do you have to have webbing in your seatbelts, but do you

22           have to have webbing stretch?

23      A    Do you mean by a federal standard?

24      Q    Yes.

25      A    No.  No, that's an engineer fine-tuning it.

12:37:55PM 1    Q    Why would Ford put that in?

2    A    Exactly what I said.  It's to help give the occupant more

3         time, reducing those restraint loads, lowering the risk

4         of injury.

5    Q    What is also a load limiter?

6    A    Load limiter is a mechanical device within the seatbelt

7         retractor, the spool I just talked about.  Once it's

8         locked and a severe crash is happening and the loads on

9         the occupant reach a threshold, it comes into play.  It

10        can mechanically bend metal to allow some play in the

11        system, some cushioning in the system so that those loads

12        that's mainly chest loads don't go past a set threshold.

13   Q    How does Ford know about the threshold and why would they

14        want to slow that down and reduced that load?

15   A    That's the result of a lot of biomechanic's research over

16        the years understanding what an occupant can withstand in

17        a frontal impact.

18   Q    Did webbing stretch or the load limiter come into play in

19        this crash?

20   A    Yes, they definitely came into play.

21   Q    What is a seat anti-submarining ramps?

22   A    Within the seat structure for frontal impacts in

23        particular there is a hidden structure that you don't see

24        every day in your car but is in the front of that seat

25        underneath your thighs.  There is a structure that's

12:39:31PM 1    designed to an occupant's pelvis as they try to move

2    forward in the restraint system and provides some

3    additional restraint through the pelvic structure.  So

4    that basically relieves some of the load across the lab.

5    It spreads out and loads other areas of the body to try

6    to reduce the risk of injury.

7  Q    Okay, would that have come into play in this crash?

8  A    Yes, it would have.

9  Q    What is that knee bolster?

10  A    A knee bolster is another one of the passive components

11    of the restraint system.  It's the lower part of your

12    instrument panel that is slopped away from you sort of

13    parallel to the way your legs naturally are seated in a

14    car while you are operating a car.  That's meant to catch

15    your knees as you move forward in a frontal impact.  And,

16    again, share some loading of that frontal impact

17    restraint through your femurs and take it off of the

18    belts to spread it out over as much part of the body as

19    we can.

20  Q    From your inspection did that come into play in this

21    frontal impact?

22  A    It did.

23  Q    What is an energy absorbing steering column?

24  A    That's the structures that the steering wheel is mounted

25    to a steering column, which allows you to steer the car.

12:40:43PM 1     And it is supported by a structure that is energy

2     absorbing if it is loaded forward.  As an occupant is

3     loading in the airbag, the airbag is mounted to the

4     steering wheel; that whole apparatus is allowed to crush

5     and bend forward for the same reason as a load limiter to

6     keep loads from passing set thresholds.  That helps

7     reduce the loading through the airbag to the occupant.

8  Q  From your inspection did that come into play?

9  A  It did.

10  Q  How so?

11  A  If it is bent to its limit and that's why the steering

12     column is now loose from the vehicle.  It's laying down

13     on the seat of the vehicle as we find the vehicle later.

14  Q  And that would help reduce the forces when the driver

15     Mrs. Mills loaded it?

16  A  That's where those loads came from, from the driver.

17     Yes.

18  Q  Defense Exhibit 47.15, which is the top view of Mr.

19     Tandy's reconstruction; it' has already been shown to the

20     jury.  Mr. Burnett, what is a seatbelt retractor?

21  A  That's the device I've brought a couple of times here.

22     It's the spool that has a number of functions.  Its

23     everyday function is to store the webbing and then let it

24     put it on.  Let you move around in the vehicle, but in

25     the case of an emergency there are mechanical sensors

12:42:26PM 1    within it, mechanical sensors, that will lock the

2    webbing.  It won't come out.  I think most people have

3    been annoyed by that at times just operating their

4    vehicle.  It will sometimes be locked on you.  If

5    something happens and jostled your vehicle it sensed a

6    load out of the ordinary.

7    Q    And why would that lock?  Is that a safety device?

8    A    Yes.  That's what the load path for your seatbelt is

9    going to be if you are in a crash.

10    Q    As you reviewed Mr. Tandy's reconstruction, do you have

11    an opinion as to whether this retractor came into play in

12    this crash?

13    A    We definitely locked the belts.  With the evidence of the

14    load marks you can't have loading if you don't lock the

15    retractor so it's definitely locking.

16    Q    It has been argued to this jury that the government has

17    to force Ford to improve the safety of its vehicles.  As

18    an engineer for Ford for 30 years do you agree?

19    A    I don't.

20    Q    Of these ten restraint safety system features, which of

21    these are required by law?

22    A    The federal law requires we have front airbags.  And it

23    does require we have a seatbelt retractors so your

24    number ten.

25    Q    Any others?

12:43:52PM 1   A   The others are not required.

2   Q   So why would Ford pout these in?

3   A   To improve safety.

4   Q   Do these safety features cost money for Ford to include

5       in its vehicles?

6   A   Yes, they do.

7   Q   If you will look at Defense Exhibit 13, page 6.  There's

8       one other thing about the CDR I wanted to ask you.  If we

9       could blow up that table.  What does ABS Tell-tale mean?

10  A   ABS is the antilock braking system and what is recording

11      is if it is active.  This is the precrash data.  This is

12      the five seconds leading up to the impact so it's looking

13      back upstream from where the impact occurred what was

14      happening in the vehicle.  And one of the things it can

15      record is if the antilock brakes are active.

16  Q   What does it say about the ABS Tell-tale?

17  A   That's off.

18  Q   You reviewed the data for this crash.  Is there any this

19      or any evidence that Mrs. Mills applied any braking for

20      the five seconds before this crash including the three

21      seconds that the vehicle was off the road?

22  A   No.  There's no breaking through the brake pedal.

23  Q   It has been argued to this jury that if you go off the

24      road with your vehicle, you should not use your brakes.

25      Do you consider that to be dangerous advice?

12:45:25PM 1          MR. LOWREY:  Your Honor, I don't think this the

2       opinion that was disclosed.  Nothing about that in his expert

3       report.

4          MR. BOORMAN:  Your Honor, he reviewed all of the

5       restraint systems and he relied upon Mr. Tandy's accident

6       reconstruction; it's certainly within his expertise and what

7       he was disclosed upon; and he gave a report.

8          THE COURT:  Overruled.

9  BY MR. BOORMAN:

10  Q    Mr. Burnett, let me start again.  If someone argued to

11       this jury that if you go off-road you should not use your

12       brakes, would you consider that to be dangerous advice?

13  A    If you've gone fully off-road the best thing you can do

14       is get rid of speed for whatever you may encounter.  You

15       definitely should be using your brakes.

16  Q    And if someone were to use their brakes off-road, how

17       does ABS help that driver?

18  A    The antilock braking system is designed for loose gravel,

19       grass, ice, snow what have you where there is low

20       traction.  It won't allow the wheels to lock up.  It will

21       keep the vehicle going the way you steer it and it will

22       keep the vehicle controllable because it won't lock the

23       brakes.

24  Q    ABS in fractions of a second can lock different wheels;

25       is that right?

12:46:50PM 1    A    Right.

2    Q    And it will keep the vehicle even off road from going out

3         of control?

4    A    It will keep the vehicle from sliding sideways, right.

5    Q    Even with all the safeties features can people still get

6         hurt when a vehicle goes airborne 82 feet and impacts the

7         ground at about 50 miles an hour?

8    A    That's a very severe crash.  If all these features work

9         to reduce risks, but something that severe it just can't

10        eliminated.

11            MR. BOORMAN:  Thank you Mr. Burnett.  Thank you Your

12   Honor.

13            THE COURT:  Cross-examination.

14                    CROSS EXAMINATION

15   BY MR. LOWREY:

16   Q    Mr. Burnett, my name is Frank Lowrey.  I am one of the

17        lawyers representing the Mills family.  I don't believe

18        you and I have ever encountered each other.  Is that also

19        your recollection?

20   A    I don't recognize you, no.

21   Q    Fair enough.  Did you say the word roof at all in your

22        testimony?

23   A    I don't think so.

24   Q    Not even once?  I didn't hear it.  I'm just asking

25        whether you did or not.

12:48:25PM 1   A   I didn't keep track.  I was not --[indecipherable]-- roof

2      if that's your point.

3   Q   You are a restraint engineer and not a roof engineer,

4      fair?

5   A   Correct.

6   Q   You are not here to say the roof structure is safe,

7      right?

8   A   I've not analyzed the roof; that's not my area.

9   Q   Let's talk about restraint systems.  You have no opinion

10     whether Debra Mills was properly wearing her seatbelt; is

11     that correct?

12  A  What I found is it was inconclusive.  She was wearing the

13     belt.  The lap and the shoulder belt were both loaded.

14     Whether the routing was over the shoulder or under the

15     arm based on the seatbelt evidence alone I found it

16     inconclusive.

17  Q  So you are not here within your area of expertise to say

18     she was or was not wearing a shoulder belt portion of the

19     belt properly, is that correct?

20  A  Based on my own findings that's correct.  There are other

21     people who looked at other info and will bring it

22     together with my findings, but based on just the

23     seatbelts I can't tell you.  I don't think anyone can

24     tell you if it's over the shoulder or under the arm.

25  Q  Also with Herman Mills you found the evidence

12:49:33PM 1    inconclusive?

2    A    Yes.

3    Q    Do you know of any dispute in this case that Mr. Mills

4         was wearing the belt over his should, whether he was or

5         was not?

6    A    I think the findings of others have found that his belt

7         was retractable over his shoulder.

8    Q    So there were Georgia State Troopers on the accident

9         scene; do you understand that, sir?

10   A    Yes, I do.

11   Q    And you've read the depositions of those scene witnesses?

12   A    I have.

13   Q    You don't have anything from the physical evidence to

14        contradict the observation of the troopers that she was

15        properly wearing the belt; is that correct?

16            MR. BOORMAN:  Objection, Your Honor, that misstates

17   the testimony, specifically of Trooper Sanchez.

18            MR. LOWREY:  The jury will recall whatever that is.

19            THE COURT:  Overruled.

20   BY MR. LOWREY:

21   Q    Do you need the question again subject to the objection?

22   A    Sure.

23   Q    You don't have anything based on the physical evidence

24        within your area of expertise to contradict the

25        observation of the Georgia State Patrol Officers on the

12:50:33PM 1      scene?

2   A   No.  I'm not here to contradict anybody's memory.  What I
3       am here to tell you is what I found by looing at forensic
4       evidence.

5   Q   Which is inconclusive?

6   A   That's right.

7   Q   And you are aware are you not that the finding of proper
8       belt wearing is something that's noted or not noted
9       depending on the facts on an accident report; are you
10      aware of that?  Did you see that in the troopers
11      deposition?

12  A   I don't recall specifically what's in the Georgia
13      Accident Report whether they have just on or off or if
14      it's any detail.

15  Q   Let's talk about latch plates.  As you told the jury, if
16      I'm the passenger that's the part that sticks in here
17      down.

18  A   That's the part you hold in your hand and plug into your
19      buckle.

20  Q   And you agree that in a forceful collision, you agree
21      that the pressure softened the plastic and made scratch
22      marks, correct?

23  A   That's right.

24  Q   But you say that scratch marks can't tell you or not tell
25      you whether the belt was being worn properly, is that

12:51:45PM 1     your testimony?

2  A  They can tell you more radical misuse than we are talking

3     about.  Another type of misuse we often look for is the

4     belt all the way behind you and it will tell you if

5     that's the case; and that's is not the case in this

6     crash.

7  Q  You're aware of industry literature indicating that if a

8     belt is behind a passenger and the lap belt is over the

9     passenger, that the scratch marks do not remain straight.

10    They are pretty noticeably diagonal; do you agree with

11    that?

12  A  You usually get a swirl.

13  Q  A swirl?

14  A  A swirl where they start straight and go to an angle.

15  Q  But an angle not straight, correct?

16  A  What we are looking for is the directionality of these

17    load marks, really nothing else.

18  Q  You're aware that literature published by people from

19    Exponent saying exactly that?

20  A  Yes, there have been a number of people who have

21    published forensic research on what these load marks can

22    tell you.

23  Q  Exponent is a company that tends to work for automakers,

24    correct?

25  A  They work for every industry.  They do work for

12:52:57PM 1    automakers.

2    Q    Including the Ford?

3    A    Yes, they have.

4    Q    And so we know that if the belt is behind the passenger

5         we would expect to see distinctive marks that aren't dead

6         on straight, correct?

7    A    That's correct.

8    Q    We know if it was over the passenger properly worn we

9         would expect to see what?

10   A    When the belt is properly worn over a passenger, there

11        are going to be straighter marks than the belt behind the

12        back for example.  That's where you can really use that

13        forensic evidence to identify a difference, but the

14        angularity you are going to see straight but not quite

15        perfectly straight marks; that's what you typically see.

16        But the body shape, how that occupant wears the belt;

17        where the seat is adjusted; where the height adjustment

18        on the D-Ring is adjusted can all affect the degree of

19        that angle.  And whether you put it under your arm can

20        also affect the degree of that angle, but not so much

21        that you can make a determination that this is caused by

22        one of those.

23   Q    Let me make sure I understand.  You've got the perfect

24        case where everything is being worn properly and you

25        expect those to be straight?

12:54:11PM 1   A   They are never straight but straighter.

2   Q   Straightish?

3   A   Right.

4   Q   Then we've got maybe the worst case where the passenger

5       has got the lap belt routed entirely behind them and you

6       can definitely see those marks, correct?

7   A   Right.

8   Q   Are you telling me for the middle instance where the belt

9       goes under the arm but still across the body there's not

10      any difference.  You can't tell at all between that and a

11      properly worn belt?

12  A   I'm telling you it can affect the angle, but there's so

13      many other things that can also affect the angle: body

14      shape, how D-ring is adjusted, how the seat is adjusted

15      can all affect that angle.  And just putting it under

16      your arm does is not changing the angle very much; it's

17      within the range of changing the height adjuster on the

18      seatbelt system.  So I can't conclude based on an angle

19      without doing testing that that is caused by one, or the

20      other, or a combination.

21  Q   Let's change topics and talk about the reconstruction you

22      were briefly shown of Mr. Tandy; do you remember seeing a

23      photo of that?

24  A   Right.

25  Q   You testified there was a layered deployment of airbags

12:55:27PM 1    caused by lateral motion, side-to-side motions; is that

2    correct?

3  A    Right.  That's somewhere between where the vehicle leave

4    the ground and then flips upside.

5  Q    Got it.  So you weren't saying and I didn't hear you say

6    that you can somehow know whether there was one frontal

7    impact or two frontal impacts based on that lateral

8    airbag, correct?

9  A    No.

10  Q    The timeline you testified about vehicle production and

11    everything everybody has to do; do you remember that?

12  A    Yes.

13  Q    That was just general testimony about Ford vehicles.  In

14    other words that wasn't specific to the F250 as opposed

15    to say the F150, right?

16  A    Right.  That's the same for modern vehicles.

17  Q    While you were at Ford were you aware that the Ford F50

18    went from one roof strength in 2009 --

19        THE COURT:  You said F50?

20        MR. LOWREY:  F150, I beg your pardon Your Honor.

21  The F150 gets a stronger roof in 2009, then again in 2011, and

22  then again in 2015; are you aware of that?

23        MR. BOORMAN:  Objection Your Honor, outside the

24  scope of direct.

25        THE COURT:  Overruled.

12:56:38PM 1   BY MR. LOWREY:

2   Q    Are you aware of that fact?

3   A    I don't know the details of the strength, but I think it

4        went up.

5   Q    That sounds about right to you?  Let's assume that the

6        roof strength went up three times '09, '11, 2015;

7        correct?

8   A    Okay.

9   Q    That's about a six-year span?

10  A    The three different designs, yes.

11  Q    And Ford was able to do that for the 150, correct?

12  A    That's apparently correct.

13  Q    But they didn't do anything to the roof design other than

14       the supplemental airbags in terms of roof strength.  They

15       didn't do anything to the F250 from 1999 to 2016; is that

16       your understanding?

17  A    I don't know the details of that design.

18  Q    A different question then.  You're not saying there's

19       some reason why Ford could move faster with the 150 than

20       with the 250 are you?

21  A    No.

22  Q    And the occupants of 250s are just as important to Ford

23       as the occupants of the 150s, right?

24  A    That's correct.

25  Q    You are familiar with that witness chair.  I think you

12:57:48PM 1      said you testified hundreds of times either by deposition

2      or trial, correct?

3  A   Yeah.  I think I guesstimated about 50 times I've been

4      out at trial in 30 years.

5  Q   I think you told us that was all trial testimony for

6      Ford?

7  A   For Ford's companies, yes.

8  Q   And virtually all the depositions are for Ford maybe a

9      few other automakers in there?

10  A   Since I've retired I've been able to work for other

11      automakers, but in my time at Ford it would have been in

12      my capacity as an engineer at Ford.

13  Q   How many Ford products are you working on right now?

14  A   Maybe ten.

15  Q   And you worked at DRE.  And we know about DRE.  Michelle

16      Vogler testified this morning.  Do you know what Ford

17      paid DRE from the time you left Ford until now, just for

18      your time?

19  A   I don't.

20  Q   Can we have Plaintiffs' Exhibit 745 starting at page 1?

21      What we are looking at here is a court document.  I don't

22      know if you've seen it; that's what I want you to

23      confirm.  I will represent to you these are Ford's

24      answers under oath to some interrogatory questions that

25      the Plaintiff asked.  You see the question number one:

12:59:36PM 1    Please state the total amount Ford has paid to Roger

2    A. Burnett and that's you, right?

3  A   Yes.

4  Q   From 2014 to the present; do you see that?

5  A   I do.

6  Q   Let's take it to the next page.  Down to the supplemental

7     answer, please.  This says pursuant to the court's ruling

8     of June 20, 2024 which ordered Ford to provide the total

9     amount paid to Ford's expert Roger Burnett.

10       Ford responds that from January 1st, 2014, through

11    June 27th, 2024, it paid $853,000 to Design Research

12    Engineering in connection with fees billed for Mr. Roger

13    Burnett's time for Ford-related litigation activities; do

14    you see that?

15 A   I do.

16 Q   Does that sound about right to you?

17 A   That's not just me.  That's my team working on these Ford

18    projects, but that could be right.

19 Q   It says Mr. Roger Burnett's time, right; that's you?

20 A   Well, that's not what it is.

21 Q   It will take your word.  That's a fair estimate for

22    Mr. Roger Burnett and his team --

23 A   Right.

24 Q   -- of how many?

25 A   It ebbs and flows but maybe five engineers.

1:00:53PM 1   Q   Got it.  Even though it says 2014 to 2024 that has all

2        got to be after August of 2024 because that's the only

3        period -- I'm sorry 2022 -- because that's the only

4        period you were working with DRE; correct?

5   A   That's right.

6   Q   So the $853,000 is just for one consultant and his team

7        for just about a two and a half year period?

8   A   That's right.

9   Q   This actually runs through the summer of 2024.  If you

10       rolled that number forward to today it would be more?

11   A   It's not going to be less.

12   Q   It might be a million dollars, another $167,000?

13   A   Proportion it out it's about level.

14   Q   DRE has an invoicing system that communicates directly

15       and electronically with Ford, yes?

16   A   I think so.  I don't operate it.

17   Q   But that' your understanding?

18   A   It's all electronic.

19   Q   Right.  So Ford knows what DRE is doing for Ford and how

20       much it costs, fair?

21   A   We bill them.  They have to pay our bills.

22   Q   And they could tell us the total if they wanted to,

23       right?

24   A   I think so.

25   Q   Your employment at Ford I want to ask about that a little

1:02:09PM 1        bit more.  So you stared in what year, sir?  Remind me.

2  A   '92.

3  Q   By '97, '98 you had moved into something called design

4      analysis engineering group or design analysis group?

5  A   Design analysis engineering, yes.

6  Q   Design analysis engineering?

7  A   Right.

8  Q   And that is you felt by 1998 you say?

9  A   Yes.

10  Q   You stayed there until you left Ford in August of 2022?

11  A   Right.  I moved up within that department, but that basic

12      department was still where I was.

13  Q   So that's about give or take 24 years you spent in that

14      department, correct?

15  A   Yes, that's about right.

16  Q   Design analysis group at least at some points in time,

17      it's within the automotive safety office at Ford; is that

18      correct?

19  A   Correct.

20  Q   Sometimes it's separate.  Sometimes it's within the

21      automotive safety office.

22  A   You mean over history.

23  Q   Yes, over history.

24  A   Yes.  It was part of the design group for a while, but

25      towards the end of my career there it was part of the

1:03:07PM 1    automotive safety office.

2    Q    And the design analysis group provided litigation support

3         to Ford; is that right?

4    A    We are engineers who were able to communicate with

5         lawyers and lawyers appreciate that.  So we provide

6         technical assistance within that group to lawyers who

7         need it.

8    Q    It is an engineering litigation support group?

9    A    Partially, yes.

10   Q    Do you know Mr. Chris Eikey?

11   A    Yes.

12   Q    Worked with him?

13   A    He was in my department, yes.

14   Q    He was at the design analysis engineering group, correct?

15   A    Correct.

16   Q    Which provides litigation support?

17   A    Same group.

18   Q    Those are all of my questions.

19             THE COURT:  Any redirect?

20             MR. BOORMAN:  No, Your Honor.

21             THE COURT:  All right, sir, you're excused.

22             Okay, ladies and gentlemen, you all are adjusting to

23   these late lunches I guess.  We're going to take a break now

24   for lunch.  It's about almost 1:10.  Let's come back by 2:15.

25   Do not discuss the case with any one else or let anybody

1:04:23PM 1    discuss it with you.  Don't do any research or investigation

2    on your own.  Just enjoy your lunch.  See you back at 2:15.

3    [LUNCH RECESS]

4    Wednesday, February 12, 2025 13:04:58

5         THE COURT:  I just want to make sure we're on the

6    same page with regard to CVs and resumes.  My understanding

7    has been that none of the CVs have been admitted but some have

8    been used for illustrative purposes.  Do the Plaintiffs agree

9    with that?

10        MR. BUTLER:  Ford it objected to --

11        THE COURT:  I remember Ford objected when you all

12   first tried to put one in and so we did what's good for the

13   goose is good for the gander rule.

14        MS. WRIGHT:  Your Honor, what happened is they

15   wanted to admit it and we said, as long as we can do the same

16   thing with ours that was fine.  And Mr. Butler said, no.  And

17   so as a result I think they only showed it.  But we offered to

18   --

19        THE COURT:  Right.  I just want to make sure

20   everybody agrees that none of them have been admitted because

21   we've got a little conflict up here.

22        MR. BUTLER:  We agree with that, Your Honor.

23        THE COURT:  All right, none of them have been

24   admitted.  That's all I needed thank you.

25   [LUNCH RECESS]

1:06:01PM 1    Wednesday, February 12, 2025 14:11:30

2            COURT SECURITY OFFICER:  All rise.  This Honorable

3    Court is once again in session.

4            THE COURT:  Please be seated.  Bring the jury down.

5            MR. LOWREY:  Your Honor, I have one exhibit to

6    tender.

7            THE COURT:  Yes, sir.

8            MR. LOWREY:  That we used with Mr. Burnett and I

9    talked to Mr. Boorman about it.  It's PX745.  It's an

10   interrogatory response.  Mike and I discussed it will have to

11   be redacted for extraneous material the same way you admitted

12   the others.

13           THE COURT:  P25?

14           MR. LOWREY:  P745.

15           MR. BOORMAN:  Your Honor, I know you ruled on these

16   past.  I apologize.  I can't remember.  I think we've objected

17   that they are hearsay and the shouldn't go back but can be

18   shown to the jury.  I just don't remember what you ruling was.

19           THE COURT:  I think you did make that objection.  I

20   ruled that they were admissions that could go back.

21           MR. BOORMAN:  Understood.

22           MR. LOWREY:  And that's admitted, Your Honor.

23           THE COURT:  Yes, sir.  Bring them down.  I'm going

24   to send the revised draft jury instructions and the charge

25   conference here shortly.  We made a few changes after our

2:15:56PM 1   conference last night.  But this will be pretty much the final

2   version person unless something comes up unexpectedly.

3          MR. BUTLER:  Your Honor, how about the Court's final

4   verdict form?

5          THE COURT:  It's coming.

6          MR. BUTLER:  Thank you, Your Honor.

7          THE COURT:  It's greatly simplified given the

8   warning is out of the case.  It's pretty close to a general

9   verdict.  Anybody thinks there's reversible error in it that

10   they have not previously objected to, let us know at the

11   appropriate time.  Reversible being the emphasized adjective.

12   Did I admit a response to a requests for admission or not?

13          MR. LOWREY:  You did.  Your recollection is correct

14   that you treated those as --

15          THE COURT:  Was there something else?

16          MR. LOWREY:  At one point you admitted an answer.

17   Those are the types of --

18          THE COURT:  Okay.  So I have admitted an answer.

19          MR. LOWREY:  The affirmative defense portion of the

20   answer.

21          THE COURT:  Right.  We did it this morning.

22          Okay, ladies and gentlemen, welcome back.  Before

23   the Defendant calls its next witness I want to explain a

24   couple of things to you just to make sure that you're not

25   confused about it.  Has there been instances during the trial

2:18:59PM 1   where you may have heard me admit into evidence an answer that

2   a Defendant may have made in another case, or a response to a

3   request for admission, or a response to interrogatories.  They

4   talked about that earlier today.  I just want to briefly

5   explain to you what those things are and why they have been

6   admitted.

7        When someone is a party to a lawsuit, the parties

8   can engage in pretrial investigation and discovery where they

9   can find out the contentions of the other side.  And part of

10  that starts with the person that is being sued or the entity

11  being sued filing an answer to the complaint when they respond

12  to the allegations of the complaint.  Their lawyers will file

13  it on their behalf and they will state what their response is

14  to the complaint.  If they make a response in an answer that

15  is relevant in another case, in other words, if it states a

16  particular fact that the Defendants says in the answer, then

17  that can be admitted in the other action in the other lawsuit

18  as an admission by that party who made the answer.

19       Same thing for a request for admissions.  If a party

20  wants to get the other side to admit certain things they send

21  out a document that says, we request that you admit these

22  facts A, B, C, and D.  Then that party either admits them, or

23  they deny it, or they say they don't have enough information.

24  If a party in another case admits a certain fact in that case

25  and it's relevant in this case, the under circumstances that

2:20:53PM 1  admissions can be admitted in this case because it's something

2  that that party admitted to in a previous case and it is

3  relevant in this case.

4       And then interrogatories you can send out

5  information to the other side that ask them certain questions

6  about certain matters involved in the case.  It may be tell us

7  all of your witnesses.  Tell us everybody that knows about

8  this or that or tell us about this particular defense.  And

9  the other side will answer those interrogatories.

10       Interrogatories are just a fancy word for questions.

11  Then there are questions to the other side.  And they will

12  respond and their representative will sign a verification that

13  says this responses is true and correct.  They will sign that

14  under oath.  If they do that in another case, a party does

15  that, if somebody's being sued in that case that's also a

16  party in this case; and that answer is relevant that can also

17  be an admission by the party that can be admitted in this case

18  for the facts that are admitted in the answer.

19       Now, I have admitted a few things like that and you

20  will have those with you during your deliberations if you wish

21  to look at them.  It will be up to you to decide what they

22  actually mean.  In other words, the importance that you give

23  to them and what they actually mean in the context of this

24  case.  But that's what those things are.  I wanted you to have

25  an understanding of that rather than these things just kind of

2:22:28PM 1    coming at you out of the blue without any explanation.

2                    Call your next witness for the Defendant.

3                    MS. WRIGHT:  Thank you, Your Honor.  We call Dr.

4    Mark Sochor.

5                    THE COURT:  All right, Dr. Mark Sochor.  Sir, come

6    all the way up to the front by this lamp straight ahead.  Stop

7    right there for a moment, raise your right hand, and take the

8    oath.

9                    COURTROOM DEPUTY:  Do you solemnly swear that your

10   testimony in this case shall be the truth, the whole truth,

11   and nothing but the truth so help you God?

12                   THE WITNESS:  I do.

13                   THE COURT:  Sir, please be seated.  Once you get

14   situated tell the jury your name and spell it for the court

15   reporter.

16                   THE WITNESS:  Sure.  My name is Mark Sochor,

17   M-A-R-K, S-O-C-H-O-R.

18                   THE COURT:  All right, you may proceed.

19                   MS. WRIGHT:  Thank you, Your Honor.

20                             MARK SOCHOR

21            Whereupon, witness having been duly sworn,

22                    testified as follows:

23                         DIRECT EXAMINATION

24   BY MS. WRIGHT:

25   Q    Good afternoon Dr. Sochor.

2:23:37PM 1   A   Good afternoon.

2   Q   Could you please tell us where you are from?

3   A   I'm from Charlottesville, Virginia.

4   Q   What do you do for a living in Charlottesville?

5   A   I work for the University of Virginia.  I'm an emergency

6      medicine physician, and also associate professor of

7      engineering, and associate professor at the medical

8      school.

9   Q   In what kind of engineering are you an associate

10     professor?

11   A   I am an associate professor in the center for applied

12     biomechanics, so in biomechanical engineering.

13   Q   So you are both a medical doctor and a biomechanic, is

14     that right?

15   A   That's correct.

16   Q   What are you going to focus your testimony on today?

17   A   The injuries that Mr. and Mrs. Mills suffered in this

18     motor vehicle crash.

19   Q   Did you say Mr. and Mrs.?

20   A   Yes.

21   Q   In particular, in addition to their injuries are you also

22     going to discuss the kinematics of the crash and their

23     cause of death?

24   A   Yes.

25   Q   Are all of the opinions you are going to be expressing

2:24:36PM 1    here today to a reasonable degree of engineering and

2    medical certainty?

3  A  They are.

4  Q  You are aware that the Plaintiffs' experts in this case

5    have said that the roof did not contribute to the deaths

6    of Mr. and Mrs. Mills; are you aware of that?

7  A  Could you restate the question?

8  Q  Are you aware that the experts for the Plaintiffs in this

9    case have said that the roof caused or contributed to the

10    death of Mr. and Mrs. Mills?

11  A  I am.

12  Q  Do you agree with that opinion?

13  A  I do not.

14  Q  Would you just briefly summarize what you are going to

15    talk about today?  Let's start with Mrs. Mills.

16  A  Sure.  For Mrs. Mills based on the radiology that we have

17    and the autopsy that was performed, I am going to comment

18    on the lack of fatal traumatic injury.  Also I am going

19    to comment based on the radiology and the autopsy, I am

20    also going to comment on the lack of injuries from the

21    roof and the injury pattern that's consistent with the

22    frontal crash.

23        I'm also going to comment based on those same things

24    and photographs, bodycam videos, medical records, the

25    positional asphyxia and the fact that she didn't die from

2:25:54PM 1    the positional asphyxia.  And I'm also going to comment

2    on the accident reconstruction.  The accident

3    reconstruction would be the black box or the EDR data.

4    The fact that the vehicle was going along for five

5    seconds and there was no input, drives off the road; and

6    comment on the reason that I think she died from cardiac

7    causes.

8  Q  Thank you.  And with respect to Mr. Mills would you give

9    a brief overview of your opinions there?

10  A  Sure.  Mr. Mills in terms of traumatic injuries I did

11    look at the hospital radiology in his hospital course

12    that didn't show that he had any fatal traumatic

13    injuries, in fact, he was alive at the scene.  I'm going

14    to also give an opinion on his lack of injuries from the

15    roof.  And the fact that his injuries are consistent with

16    a frontal crash.  That's also based on his hospital

17    records and those things.  I'm going to comment on

18    positional asphyxia for Mr. Mills as well and that's

19    based on the scene photos, my inspection of the vehicle,

20    bodycam footage, also in his hospital course.  I am also

21    going to comment on the accident reconstruction for

22    Mr. Mills.

23  Q  Thank you Dr. Sochor.  Before we get into the substance

24    of your opinions I'd like to go into your background a

25    bit.  In addition to being a medical doctor you said you

2:27:28PM 1    are also an engineer; is that correct?

2    A    That's correct.

3    Q    Tell us a little bit about your education.

4    A    My education I have a engineering underground in

5         mechanical engineering from Michigan State University.

6         And I have a master's in mechanical engineer with an

7         emphasis in biomechanics from Wayne State University.

8    Q    And you went to medical school?

9    A    I did.  I went to Wayne State University Medical School

10        after I had worked for the Chrysler Corporation.  After I

11        got my undergrad in engineering I went and worked for the

12        Chrysler Corporation for approximately six years as an

13        occupant safety engineer.  Then I went into medical

14        school after that.

15   Q    Does being both an engineer, and a medical doctor, and a

16        biomechanic assist you in your opinions here today as

17        opposed to if you just had one or the other?

18   A    Yes.  Because you want to take both into consideration.

19        Obviously, the medical side of it and the injuries that

20        are there; and then obviously the biomechanics or the

21        engineering of how these injuries occurred.

22   Q    You mentioned before you went to medical school you had

23        some time with Chrysler.  Could you tell us a little more

24        about your background in the automotive industry?

25   A    Sure.  I did work for General Motors in the summers as a

2:28:53PM 1    summer intern; it would help pay my tuition for my

2    college and I did that for three summers.  Once I got out

3    of my undergrad I then took a position with the Chrysler

4    Corporation.  And in that position with the Chrysler

5    Corporation I was one of the young engineers at the

6    Chrysler Institute of Engineering.  What you did was the

7    first two years of your employment with Chrysler, you

8    rotated in all of the different vehicle disciplines:

9    chassis, powertrain, interior, and you got your masters

10    at the same time.  So once I completed my master, which

11    was two years in the biomechanics and I finished my

12    rotation then you get to pick an area that you are

13    interested in.  And if that group will take you --

14  Q    What group did you want and did they take you?

15  A    Occupant safety.

16  Q    Why did you choose the occupant safety group?

17  A    Obviously, I had a big interest in the human body and

18    injury and so the occupant safety group is the group that

19    does all the: airbags, belts, knee blockers -- we call

20    them lower instrument panel -- and the steering column,

21    basically the safety of the occupant in the vehicle.

22  Q    While you were part of Chrysler's occupant safety group,

23    did you get any involved in any crash or sled testing?

24  A    Yeah.  My responsibilities were the Ram full-size pickup,

25    we called it the T300 at the time; that was the platform

2:30:15PM 1        that it was.  And I was also responsible for the B-van,

2        which was that little van that had a hood on it that was

3        about a foot long that they used to make before the

4        minivans.  And I would do full vehicle crash testing to

5        evaluate components within those vehicles.  And I would

6        also do sled testing in addition to that.

7  Q   Does the fact that you had experience running crash tests

8        and sled tests assist in your role as a biomechanic?

9  A   Absolutely.

10  Q   How is that?

11  A   Basically when you do crash testing you different

12        components.  You can see where the body is picking up the

13        load.  You can see how the body moves in a space.  Sled

14        testing is the same thing except instead of using a full

15        vehicle, the entire time you just set the interior of the

16        vehicle up on like a platform and then that platform is

17        accelerated to simulate a car crash so you can swap out

18        components really quick.  And you can do a lot of testing

19        of different designs in rapid fashion with a sled test.

20  Q   Dr. Sochor, you and I are really fast and while everyone

21        appreciates that we are doing that I want to back up for

22        a second.  Mr. Burnett was in here and he went through

23        all of the restraint occupant protection features that he

24        was involved in on the F250; are you familiar with those?

25  A   Yes.

2:31:32PM 1   Q   I'm not going to go through those again.  One of them

2        though are the three airbags.  The frontal airbag, the

3        thorax, and the side curtain airbag.  Are you familiar

4        with those in the 250?

5   A   I am very familiar with those.

6   Q   Would you describe those as a pillow when they deployed?

7   A   No.  I would not describe those as a pillow as they

8        deploy.  They come out very fast.  Usually the example I

9        use is to blink your eye it takes 150 milliseconds to the

10        your eye.  Airbags are out in 20 to 30 milliseconds and

11        they are deflated by 80 milliseconds.  So this comes out

12        quickly and then deflates quickly.  How do you get

13        something out that quick?  You got to get it out quickly,

14        right?  So it comes out at a very high rate of speed.  It

15        is not anything like a pillow.

16   Q   It's not a benign impact if you make contact with your

17        airbag; is that fair to say?

18   A   That's fair to say.

19   Q   Now, after you time at Chrysler you eventually went to

20        medical school; is that correct?

21   A   I did.

22   Q   And upon completion from medical school what did you do?

23   A   Upon completion of medical school I took a residency in

24        emergency medicine at the Detroit Medical Center.

25   Q   And why did you choose emergency medicine?

2:32:42PM  1   A   I chose emergency medicine because you get the story
           2       first, you get a lot of interesting patients, and I was
           3       interested in trauma obviously and the emergency room
           4       gets all the trauma initially also.
           5   Q   No, we heard Dr. Camacho describing internships and
           6       fellowship and all that after he completed his residence.
           7        Did you do something similar yourself when you completed
           8       your residence?
           9   A   I did.  And so I completed my residence and since I had
          10       the engineering background I went to a group at the
          11       University of Michigan from there and I did a two year
          12       fellowship in injury, actually not in the Department of
          13       Emergency Medicine; it was actually in the Department of
          14       Surgery and I did that fellowship for two years.
          15            After that two-year fellowship the National Highway
          16       Traffic Safety Administration had a call for fellows.
          17       You couldn't be fresh out of attending or just out of
          18       residency.  You had to have gone two years of clinical
          19       work before you could apply for that.  And I applied and
          20       they were gracious enough to give me a fellowship there
          21       and I did the National Highway Safety Traffic Admin
          22       fellowship for two years.
          23   Q   We've heard a lot about NHTSA or the National Highway
          24       Traffic Safety Administration during the last week and a
          25       half.  Are you saying you actually were given a

2:34:01PM 1       fellowship by them after you received your medical

2       degree?

3  A    I was.

4  Q    And what did you do during that two-year fellowship with

5       NHTSA?

6  A    The two year fellowship with NHTSA I was the medical

7       fellow for one of their programs, which is the CIREN

8       program; which is Crash Injury Research and Engineering

9       Network that takes the doctors and the engineers and puts

10      them together.  So I would travel to NHTSA every month,

11      spend a couple of days with them, and work on various

12      projects in terms of either special crash investigations;

13      which we call SCI or I would work on their CIREN

14      database.  While I was there over the two years we

15      published a couple of papers together also.

16  Q    Was this a competitive fellowship that you had received?

17  A    It was.  There were applicants for the fellowship.  I had

18      been part of my first fellowship I had been on a CIREN

19      team at the University of Michigan so they kind of knew

20      who I was.  So I was lucky enough to get the fellowship.

21  Q    You mentioned these databases.  Exactly what were you

22      doing?

23  A    The databases take into account -- They wanted to know

24      more about the medical side of the crashes.  There is

25      large databases that they looked at crashes, but these

2:35:13PM 1    databases didn't have all of the medical information in

2    them.  So they had created a new program, that CIREN

3    program that I talked about that would get more medical

4    information into the system including: CT scans, x-rays,

5    everything that they were going to make.  And then you

6    could go back later as a researcher and look at all of

7    those documents to see if could improve vehicle safety.

8    So I was part of the group that was helping to get that

9    data set up and running.

10   Q   Dr. Sochor what do you do now?  Where are you working

11       now?

12   A   Currently I work at the University of Virginia in

13       Charlottesville, Virginia.  I'm a practicing active

14       emergency physician.  I am also the medical director for

15       the center for applied biomechanic; that's the

16       engineering lab where we do a lot of our sled testing and

17       I work there.  I am also the operational medical director

18       for the Lake Monticello volunteer rescue squad.  So I am

19       the head of an EMS squad also.

20   Q   So you're an emergency room doctor.  You teach medical

21       students.  You teach engineering students.

22   A   Yes.

23   Q   And you do research?

24   A   Yes.

25   Q   And you are the head of an EMS, is that right?

2:36:29PM  1    A    Yes.

2    Q    Are you also medical examiner by any chance?

3    A    I am.  I am also a medical examiner.  I am a local

4         medical examiner in Albemarle County, which is -- I am

5         basically an extension of the medical examiner that's in

6         Richmond.  So there are four different offices in the

7         State of Virginia and I happen to be with the Richmond

8         office.  So I am the eyes and ears of the medical

9         examiners.  So if there is a crime scene they will call

10        me and I will go photograph it and then release the body

11        to the police, or to the morgue, or wherever it's going;

12        it usually the morgue.  I also will go out to car crashes

13        if they need us to.  I've been to plane crashes also.

14        Then I will also do manner and cause of death.  So if a

15        pedestrian was hit by a vehicle and they died they will

16        have me go in and examine the body.

17             I do not do medical legal autopsies.  I do not do

18        the full autopsy is the local medical examiner.  I do, do

19        cause and manner of death.  And yo udo that by taking

20        certain fluids, observing all the injuries that are

21        there.  We take photographs that get turned into the

22        state.  We do the cause and manner of death on the death

23        certificate.

24    Q    Does being a practicing emergency room physician who

25        treats live patients assist you in the work you are going

2:38:01PM 1       to be talking about today?

2   A   Yeah.  I'm at a level one trauma center so I do -- I'm

3       working in the emergency room department's trauma day in

4       and day out.  So I see everything from elderly falls, to

5       serious MVCs, to gunshot wounds.

6   Q   MVCs?

7   A   Motor vehicle crashes.

8   Q   Are you trained then to consider recognition of patterns

9       of injuries and things like that in your daily job?

10   A   Absolutely.  That's what medicine is all about.

11       Obviously, the biomechanics helps me with motor vehicle

12       crash victims.

13   Q   As a practicing emergency room physician, do you treat

14       people who have had cardiac events?

15   A   I do.  I do a lot of cardiac events and cardiology so the

16       first place that anybody that has a problem with their

17       heart usually comes is to the emergency department.  So

18       while I'm working a shift in the emergency department I

19       am constantly being given EKGs to interpret.  I am

20       constantly being asked if this person is having ST

21       Elevation MI.  I'm am constantly --

22   Q   A what?

23   A   STEMI, a ST Elevation MI, a heart attack.  Sorry, heart

24       attack.  In looking at those I have the responsibility of

25       all my patients in terms of the EKGs.  I have the

2:39:21PM 1       responsibility of the three of us at a time so my

2       section.  Then I get a third of the EKGs that are coming

3       through triage and any of the pre-hospital EKGs that come

4       through.  That's when somebody thinks they are having a

5       heart attack and they have done an EKG.  They will

6       transmit it to me so I can interpret it and then decide

7       if it is a heart attack or not.

8 Q   Is it just patients who have heart attacks or are there

9       other cardiac events you also do?

10 A   Anybody that's hypotensive, anybody that has an atrial

11       fibrillation, anybody that has a higher heart rate,

12       anybody that has V-tach versus V-fib; these are just

13       rhythms of the hear that aren't compatible with great

14       pumping of the blood up to the head.  And so any of those

15       things I am responsible for, for my patients.

16 Q   Do you have to be a cardiologist to treat a patient with

17       a cardiac event in the ER?

18 A   You do not have to be a cardiologist to treat patients.

19       I had a patient the other day that was A-fib with a rapid

20       ventricular rate.  So the rate was too high, it was 200,

21       and we gave Adenosine; it's a drug that will kind of

22       recalibrate the heart, and bring it down, and put it into

23       a sinus rhythm not in relation to a sinus rhythm.  So we

24       treat all kinds of dysrhythmias and things like that.  We

25       will make the decision on it if somebody is having a

2:40:41PM 1    heart attack or not.  And we are the ones that actually

2    make a call to the cardiologists to come down because

3    they are upstairs, likely so, taking care of all the

4    patients of the floor and all the patients that have had

5    heart procedures.

6  Q    So you both diagnose and treat patients with cardiac

7    events?

8  A    All the time, yes.

9  Q    Do you sometimes evaluate them to determine what kind of

10    tests need to be performed?

11  A    Absolutely, so there is different tests that you can get

12    in the emergency department.  And you can look at the

13    heart and look at the coronaries for some of the CT

14    scanning technology.  We also use a lot of ultrasound the

15    thing that they look at the baby's with and we look at

16    their heart.  We look at the way their heart moves and

17    their wall moves to see if they have had a previous heart

18    attack or they are struggling currently.

19  Q    If you had a patient that had a serries of symptoms, and

20    chest pains, and tachycardia, and palpitations and things

21    like that but they had negative stress tests and negative

22    EKGs; what would you do?

23  A    If I had a patient like that I'd like to make it simple.

24    There's the plumbing and there's the electrical in your

25    heart, right?  It's one of our organs that very unique

2:41:53PM 1     that way.  So its got plumbing and that's all the

2     arteries that feed the heart.  It's also the heart

3     chambers themselves and they pump the blood to the body,

4     so that's the plumbing part of it.

5          You also have an electrical system in there that

6     runs down through the heart and coordinates all the

7     beating and everything else.  So you can chase after the

8     plumbing problems for a while, but you also have to

9     consider the electrical problem.  So a lot of times if I

10     have patients come in and they continue to have negative

11     tests for the plumbing problem.  We don't think their

12     coronary arteries are clogged or anything like that.

13     Then you've got to go start to go after the electrical

14     system and look a the electrical system.  Usually that's

15     what and electrophysiologist, which is a cardiologists

16     that specializes in the electrical system.

17 Q   Can we come back and talk about that later in your

18     testimony?

19 A   Yes.

20 Q   Thank you.  Do you have training and experience in

21     determining how injuries happen and what kind of loads

22     can cause those injuries?

23 A   Yes.  I've been studying injury my entire career and

24     obviously I have an interest in it early on when I was in

25     my undergrad years.  I've had the privilege of being the

2:43:04PM

1    chair of the abbreviated injury scale and so that's the

2    AIS that you guys have probably heard mentioned.

3         We have different levels of the abbreviated injury

4    scale; that's a scale that runs from one to six.  We look

5    at all the injuries in somebody.  The way I explained

6    that is back in the 60s and 70s they realized when

7    you but the seatbelts in, and this is before airbags and

8    all that, they were like; how do we know if these

9    interventions are good?  Right.  If I put an airbag in a

10   car who will I know that it's actually saving lives?  So

11   you would have two emergency docs side-by-side.  One

12   would say my guy fell five stories of a roof.  He hit the

13   awning on the way down and he is so much more hurt than

14   your person that was in your motor vehicle crash.  So

15   this scale has kind of leveled the playing field.  Based

16   on the injuries on the person not the event leading up to

17   it or anything like that.  So you could compare the

18   different victims of trauma.

19        The other thing that it does is the American College

20   of Surgeons committee on trauma, that's how they

21   designate trauma centers.  I said I worked at a level one

22   trauma center.  To work at a level one trauma center you

23   have to take care of sick trauma patients and the way

24   they determine that is they use the AIS and they use

25   something called the injury severity score.  They say you

2:44:28PM 1       need to take care of 1200 patients that have an injury

2       severity score of a certain level, which happens to be 15

3       per year to even be considered.  Because we wouldn't

4       consider you unless you are taking care of enough

5       traumatic patients.

6  Q   If Mr. Mills had come to your emergency room following

7       this accident, is that the kind of patient you would have

8       treated in the emergency room initially?

9  A   Yes.

10  Q   Do you have training and experience in way individuals

11      who receive injuries inside and outside of vehicles?

12      Have you done research in this area?

13  A   I have.  I have over 75 publications in medical

14      literature.  These are peer-reviewed publications so

15      physicians or engineers with a biomechanical background

16      or if was -- I have some cardiac papers also that I've

17      published.  They look at your paper, review it.  We give

18      you comments back and then we will decide if it's worthy

19      to be published or not.  I also have a lot of other book

20      chapters and other things that I have done to study

21      injury.  I've lectured nationally and internationally on

22      biomechanics and I have also been on the board of the

23      American Trauma Society.  And I sit on several other

24      boards that look at injury overall on a national and

25      international perspective.

2:45:50PM 1    Q    Dr. Sochor, you mentioned you are a local medical

2         examiner; do you do any other work for the Commonwealth

3         of Virginia?

4    A    I am on the DMV Medical Board.

5    Q    What is the DMV?

6    A    Department of Motor Vehicles.  In Virginia they have a

7         medical board as many states do and I sit on the medical

8         board as the emergency medicine representative.  What

9         this medical board does is decides based on driver's

10         health and medications that they take, can they

11         appropriately control their vehicles on the roads.  Let's

12         say you had a blackout event, you went off the road, hit

13         a guard rail, police come, file a report.  They will send

14         us a report that says Mr. Smith blacked out.  He doesn't

15         know why.  We found him and at that point they will take

16         away your license for six months.  And then that

17         individual has to get checked out and make sure that

18         there is nothing structurally or nothing that needs to be

19         done to get their license back.  And then we also make

20         decisions on reinstating licenses to drivers.

21    Q    Thank you.

22         MS. WRIGHT:  Your Honor, we would tender Dr. Sochor

23    as an expert in emergency medicine, injury causation,

24    biomechanic injury scaling, EMS medical command, and cause and

25    manner of death.

2:47:11PM 1          THE COURT:  He may give opinions in those areas.

2          MS. WRIGHT:  Thank you.

3    BY MS. WRIGHT:

4    Q    Dr. Sochor, have you formed your opinions in this case to

5         a reasonable degree of medical and engineering

6         biomechanical certainty?

7    A    I have.

8    Q    Have any of the lawyers in this case ever retained you

9         before?

10   A    They have.

11   Q    Are you charging for your work in this case?

12   A    I do charge for my work in this case.

13   Q    What is your hourly rate?

14   A    My hourly rate is $650 an hour.

15   Q    Is that standard in your field?

16   A    It is.

17   Q    You have two occupants in this case that you have to

18        evaluate, correct?

19   A    Correct.

20   Q    So that's twice as much work minus the construction?

21   A    Correct.

22   Q    What are your total charges in this case today?

23   A    Total charges today is about $80,000.

24   Q    What have you done to come to your opinions in this case?

25   A    I have looked at the vehicle movement.  I've looked at

2:47:59PM 1       the occupant kinematics and I've looked at the injury

2       patterns.

3  Q   Did you review any materials in particular?

4  A   I did.  I have reviewed the medical records.  I reviewed

5       the obviously the radiology.  I did vehicle inspection of

6       the F250.  I looked at the bodycam videos.  I looked at

7       the dash cam videos, pictures from the scene, pictures

8       from the wrecker company.  Also I looked at the

9       depositions of both of the experts, and witnesses, and

10      obviously looked at the expert reports also.

11  Q   Did you perform any surrogate work?

12  A   I did.  I performed some surrogate work in an exemplar

13      F250 with a surrogate, yes.

14  Q   Did you review any crash tests?

15  A   I did.  I reviewed a crash test.  Usually when I get a

16      case depending on the vehicle I will review crash tests

17      that are available.

18  Q   Did you already have experience with what a frontal crash

19      tested 35-miles and hour rigid barrier looked like before

20      you became in this case?

21  A   I did.  That's what I used to do at Chrysler as I did

22      crash tests.  At the time it was 30 miles an hour but the

23      occupant was unbelted because the belt rates weren't high

24      enough yet.  So I had to do unbelted and when you asked

25      me about airbags is when we had really, really aggressive

2:49:20PM 1    airbags.

2    Q    You have also reviewed crash tests where the occupant is

3         belted, correct?

4    A    Absolutely.  They went to 35 miles per hour with belt

5         shortly after that.

6    Q    Now, have you been involved with any LECs or legal

7         engineering conferences with experts and lawyers for Ford

8         in this case?

9    A    I have.

10   Q    What is the purpose of those LEC and what was your role?

11   A    The purpose of a LEC is -- My understanding of it is it's

12        a legal engineering conference and my role is to educate

13        the lawyers on what the injuries were; and also how I

14        think those injuries occurred; and also educate the other

15        experts that are in my field of biomechanics on what the

16        injuries were and how they occurred.  And I in turn

17        listen to the other experts and take into account their

18        opinions of occupant vehicle movement and how the crash

19        occurred.

20   Q    Mr. Burnett says he has got a lot of patience in terms of

21        trying to train lawyers on those LECs.  Do you also have

22        patience?

23   A    I have lots of patience.

24   Q    Would you explain what your methodology is to come to

25        your opinions in this case with regard to the opinions

2:50:39PM 1      you are going to give?

2      A    Yes.  My methodology is usually to look at the vehicle

3           movement because the vehicle movement and whatever the

4           vehicle interacts with is going to tell you where that

5           occupant is moving in space.  Then I look at the occupant

6           kinematics so that means how the occupant is moving in

7           the vehicle.  Are they belted?  Do they have airbags,

8           things like that?  Then I look at the injury patterns to

9           determine where those injuries came from.

10     Q    We are going to start with vehicle movement, which you

11          said is the first thing you do.  Defense Exhibit 51-139,

12          and I will tell you Dr. Sochor the jury is probably tired

13          of seeing the reconstruction.  Just for the purpose of

14          showing the basis of your opinions explain to us the

15          reconstruction your relied upon in this case.

16     A    Sure.  This is the reconstruction by Tandy Engineering.

17          As we know the F250 was going down the road.  It failed

18          to navigate a left-hand turn; went approximately 200 feet

19          before it got to a driveway culvert.  And obviously

20          hitting culvert it launched itself going 80 feet in the

21          air.  This shows at the end of that initial, we call it,

22          the ballistic phase when all four wheels go off the

23          ground.  And so as that vehicle comes down you've got the

24          first impact, which was about 35 miles per hour, and it

25          comes back up in the air, comes down again with a second

2:52:12PM 1    impact; which is less energy than the first impact.  And

2    I believe it was 12 to 15 in that range miles per hour.

3    And then it comes up again and then lands on the roof.

4    This is called a pitchover rollover event.  These are

5    fairly rare.  Usually when you are in a rollover if you

6    guys think about it, it's usually a vehicle loses control

7    on the roadway and it rolls almost like a football.  In

8    this case, this is what we call a pitchover event so it's

9    just the one pitchover.

10  Q   I think they understand now that means end over end,

11      correct?

12  A   Yes, end over end.

13  Q   I wan to go back for one moment.  We have Mr. Tandy's

14      diagram on the screen.  And you can touch the screen.

15      Circle the two impacts of the pitchover.

16  A   Sure.  This one here and this one here.

17  Q   Then we have the pitchover at the end.

18  A   And then the pitchover at the end is obviously here.

19  Q   I just want to clarify one thing you said.  Exhibit D31,

20      which would be the GSP photos.  You said Dr. Sochor

21      something about not navigating a left-hand turn.  I'm

22      going to show you what has been marked as Defendant's

23      Exhibit 3-1.  This is a photograph from the Georgia State

24      Patrol?

25  A   Yes.

2:53:44PM 1    Q    Is this a fairly straight stretch?

2    A    Fairly straight stretch, yes.

3    Q    When you said she failed to navigate a left-hand turn

4         what did you mean?

5    A    She was coming in and just kept going.

6    Q    Has Mr. Tandy provided in assistance some animation to

7         show how the occupants were moving in these impacts?

8    A    Yes.  I asked him to develop that for me so I could

9         explain how the occupants moved in the vehicle.

10    Q    They have already seen his animation.  If we could please

11         put up Defense Exhibit 4717, if you could walk us through

12         what we are going to be seeing here please?

13    A    This is the first impact.  So this vehicle is coming in

14         at about 34 degrees.  Is it okay if I stand?

15              THE COURT:  Yes.

16              THE WITNESS:  So vehicle is coming in about

17    34 degrees and it's going to have the bounce, but when the

18    impact comes at 34 degrees you have got your occupants inside

19    the vehicle and so ask you can see usually, if you have a

20    frontal impact like this you are going to move straight

21    forward.  Even in this you are going to move straight forward.

22    But since the cab is tilted you are going to see out of the

23    video as you ghost away you can see that the occupants are

24    moving in the vehicle.  This comes into play because Mr. Mills

25    when he's belted he actually gotten goes up into his belt and

2:55:24PM 1    he's got a big hematoma over his right shoulder.  We don't

2    usually see that bit of a bruising and collection of blood on

3    somebody, but in this type of crash it makes perfect sense

4    because he's coming over.

5              Mrs. Mills as you've been told we believe does have

6    the belt over her shoulder.  We think it's underneath her arm

7    based on all the evidence we have.  So she would just

8    pitchover normally just like if you had a lab belt on but

9    she's got this belt that up a little bit higher then she goes

10   over.

11             So they are both going to move forward in this

12   direction on this first hit.  This is the big hit.  This is

13   the 35-mile per hour crash.  It's a huge hit actually.  And

14   then the vehicle balances.  You can see in this rendering it

15   just shows them inside the vehicle and where they are moving

16   in space.

17   Q    And Exhibit 4719, what is this Dr. Sochor?

18   A    That is after the initial hit.  We have the second hit

19        just before it comes off and it pitches over.  So this is

20        the second hit and it's going to go away.  So your first

21        hit -- You've got one shot with your airbags.  They

22        haven't developed airbags that redeploy that fast.  So

23        the first hit is going to take you let's say a hundred

24        milliseconds to happen.  And then when this happens very

25        fast, another second goes by, and your airbags actually

2:56:45PM 1    deploy, deflate.  So the airbags aren't there for them

2    anymore.

3         So then Mr. and Mrs. Mills have a second hit they

4    don't have the benefit of the airbag, but they do have

5    the benefit of the belt still; that's why seatbelts are

6    so great because they keep working even after you've had

7    multiple crashes.  But they no longer have the effect of

8    the airbags at that point so you can get to the steering

9    wheel or you can interact with other things.

10  Q    Dr. Sochor, what you are saying is they are loading their

11        belts in both impacts; is that right?

12  A    Yes.

13  Q    How would you compare the severity of the first to the

14        second impact?

15  A    In the first impact 35-mile per hour impact, that's

16        better than 95 percent of the crashes that are out there

17        is a 35-mile per hour impact and how physics goes into

18        it.  I know it doesn't sound like much when you go down

19        your street all the time, but this is like the impact at

20        35 miles an hour into like a bridge so that's just a ton

21        of energy.

22             After the bounce, after it goes back up into the air

23        and comes back down, you've lost a lot of energy.  So

24        there's so much kinetic energy, right?  If I drop this we

25        can figure out how much energy this is based on its mass,

2:58:07PM 1       velocity that it achieved.  So when they hit the first

2       time and deploy everything they dissipated some energy;

3       it comes back up in the air, the dissipate some more

4       energy, it comes back in the air and then it finally

5       comes to rest, and you dissipate the rest of the energy.

6       The second one is a matter of amount of energy that comes

7       down and this is less than half of what the first one

8       was.

9  Q   I think you've described some of the occupant kinematics,

10     but if you would perhaps discuss the combination of the

11     occupant kinematics as they go into their belt?  You've

12     got Dr. Camacho's spine back with you.

13  A   Yes, I do.

14  Q   We are not going to do all of Dr. Camacho again and his

15     description nor are we going to go through all of his

16     radiological screens, but --

17  A   Is it all right if I am right here?

18        THE COURT:  Let her ask you a question, but, yes.

19  BY MS. WRIGHT:

20  Q   Put in contexts what you're going to be telling the jury

21     about the injuries and the movement within the vehicle.

22  A   Right.  So when you look at the body this is the

23     posterior portion and this is the anterior portion of the

24     body, the nose would be right here; and you're looking at

25     the spinous processes.  I always get confused on them so

2:59:23PM 1    you've got seven cervical vertebrae, right?  So this is

2    one, two, three, four, five, six, seven and Mrs. Mills

3    had broken off this little vertebrae right here.  And

4    then she also broke off T-1, which was right here.  And

5    the she also broke off T-3.

6        So in those crashes if you have your belt across

7    here you can imagine that you can flex over, okay.  When

8    you flex over more and you've got a 10-pound weight at

9    the end of this column which is your head, the spine is

10    going to spread apart and it's going to try to pull

11    apart.  So we this a flexion distraction injury.  And

12    what happens is you've got little ligaments between all

13    of these and the ligaments are pretty strong and actually

14    strong enough in Mrs. Mills that she pulled off the edge.

15    She pulled off the bottom part of this as she came

16    flexing over.

17        I also took into consideration and said, okay, if a

18    big huge object is coming in and let's say you are

19    getting hit in the back with like a cinderblock or

20    something; what does that fracture look like?  It doesn't

21    look like that.  When you load these on their end it

22    actually loads in to the pedicle.  So you not only have a

23    fracture here, you've got a bunch of pieces here, and you

24    usually fracture your pedicle also.  She doesn't have

25    that.

3:00:53PM 1 Q What is a pedicle?

2 A A pedicle is a small little part that I'm showing on the

3   spine.

4 Q Let me ask you this.  Do Mr. and Mrs. Mills' age and

5   medical condition come in to all with respect to the kind

6   of fractures they can get?

7 A It does.  An 18-year-old is a lot more robust in terms of

8   trauma than somebody who is over 60 for example.

9     In Mrs. Mills we saw these fractures here.  We also

10   saw in Mrs. Mills here at T3 and T4 when she came over as

11   you can see, you put these little elements in compression

12   so almost like a pizza wedge.  So she comes all the way

13   over.

14     Mr. Mills didn't have any of these fractures.  So

15   Mr. Mills has his belt over his chest.  And since he has

16   got his belt over his chest, when he gets loaded he just

17   does the vertebral bodies and these are the vertebral

18   bodies.  So he does a three and five on the last one.

19   He's got one here.  He's got a wedge fracture here.  He's

20   got a wedge fracture at five.  And then he has got a

21   wedge fracture at ten.  And he has got a wedge fracture

22   at 12.  So the reason I am making a wedge fracture at 12

23   is this is a fracture that we know is acute.  When

24   Dr. Camacho looked at the fractures up here he said these

25   were indeterminate.  When they see an indeterminate they

Joan Drammeh * Federal Reporter * 706-653-1097

3:02:47PM 1     don't know when they happen, but this one was documented

2     and he had some hemorrhage with it also.

3         When Mr. Mills is going and hits the first time he

4     loaded into his belt.  He was actually loading into that

5     belt almost like a 35-degree angle.  You and I are

6     sitting in the car we load the belt this way.  But he is

7     going up into the belt.  When he goes up into the belt he

8     gives himself this compression load and that affects his

9     vertebral bodies.  But he's not getting a loaded from the

10    back or the roof.  He doesn't have any of the spinous

11    processes fractures.

12  Q   In evaluating the injuries and what happened, do you also

13    consider the occupant space that was available?

14  A   Yes.

15  Q   Did you use the pictures from the accident scene or did

16    you use the pictures after the vehicle was righted?

17  A   I use the pictures from the accident scene.

18  Q   Did you also use the bodycam video?

19  A   I did.  So we went back through and we looked at bodycam

20    video and the scene.  Obviously, as you right a video

21    sometimes it can have more deformation to it.

22  Q   Please pull up Defense Exhibit 16.12.  If you could

23    please move in?  This is 12A.  This one Dr. Sochor you

24    can tell it has been lightened a little bit so you can

25    see the interior of the vehicle?

3:04:31PM 1   A    Yes.

2   Q    Can we please move in to the occupant compartment?  What

3        observations did you make about the occupant compartment

4        when you saw this?

5   A    We see the occupant compartment.  You can see that the

6        window at the scene was intact.  Somebody came and broke

7        it out so you know that that door was straight up and

8        down.  And you guys probably heard about the A-Pillars

9        and the B-Pillars.  You can see the B-Pillar here is not

10       that deformed.  The B-Pillar is the pillar that's right

11       next where the seat is.  You can also look at the

12       headrest.  So if somebody tells me that somebody is being

13       positionally asphyxiated and they are being squeezed in a

14       car I am going to look at the seat and say okay, just

15       physically in space.  Anatomically where can they be?  So

16       I look at these scene photos and that tells me how much

17       room was in that vehicle.  So we have a seat with an

18       upright headrest.

19   Q    Mr. Lewis took some photographs at his vehicle inspection

20       and had some of those in his report; did you see those?

21   A    I did.

22   Q    Was he using those in his report to evaluate the occupant

23       space?

24   A    He was.

25   Q    Please pull up Plaintiffs' Exhibit 654.60 and put it next

3:06:15PM 1     to 12A.  Dr. Sochor, you've seen Mr. Lewis's photograph
2     that he was using for his biomechanics review?
3   A    Yes, I did.
4   Q    Do you have any comments on it compared to the accident
5        scene?
6   A    Yeah.  Obviously, when they righted the vehicle there was
7        more deformation there.  Obviously, looking at that seat
8        and the way it's deformed than when it was taken at the
9        scene before it had been moved there is obviously much
10       more space.
11  Q    Does a biomechanic rendering an opinion regarding injury
12       causation and how the occupants did or did not sustain
13       their injuries, which photographs would you use?
14            MR. PRATHER:  Object to the form of the question,
15  Your Honor.  It's a very misleading question.  The tow truck
16  photos that are depicted on the left-hand side of the screen
17  were not available to either party at the time any of the
18  expert reports were made available in this.  Completely
19  misleading question.
20            THE COURT:  I thought the question was as we sit
21  here today which would you rely upon.
22            MS. WRIGHT:  Correct.
23            THE COURT:  Overruled.
24  BY MS. WRIGHT:
25  A    I would rely on the left one.  That's the one that was

Joan Drammeh * Federal Reporter * 706-653-1097

3:07:27PM 1    from the scene.

2  Q  Dr. Sochor, if you had originally relied on the one on

3    the right and you then got the one on the left; what

4    would you say?

5  A  I would say I was using the wrong occupant space.  I

6    didn't have the right information when I was coming to my

7    conclusion.

8  Q  And if, in fact, that had happened what would you do in

9    respect to the opinions that you had rendered?

10  A  I would go back and reevaluate what my opinions were

11    based on knowing that there was a change or I had to take

12    something else into consideration.

13  Q  Now, you mentioned that you did some circuit work in this

14    case?

15  A  Yes.

16  Q  You've also reviewed Mr. Lewis's work, correct?

17  A  I did.

18  Q  Had you gotten your surrogate work before you report or

19    was it before your deposition?

20  A  It was before my deposition.  I did not get my surrogate

21    work done before my report.

22  Q  Did you provide all of the information regarding your

23    surrogate work in advance of your deposition?

24  A  I did.

25  Q  You said you evaluated Mr. Lewis's surrogate work,

3:08:28PM 1     correct?

2   A   Correct.

3   Q   If we could please put back Defense Exhibit 323.46?  What

4     is this Dr. Sochor?

5   A   This is the surrogate work that Mr. Lewis had done and

6     you can see here his surrogate.  I believe she was

7     five feet two and a half inches.  Mrs. Mills was 5'1".

8     This surrogate is going to be a little bit taller than

9     Mrs. Mills.  You can see that the headrest is all the way

10    pushed forward, but in that picture you can see right at

11    the level of the headrest.  So there is room there for

12    her.

13   Q   If the headrest of this picture were upright would there

14    be more room?

15   A   There would be more room if it was upright, yes.

16   Q   If you could then take that down and you did some

17    surrogate work of your own, correct?

18   A   I did.

19   Q   If we could put up Defense Exhibit 313.32?  Is this your

20    surrogate?

21   A   This is my surrogate.

22   Q   How tall was your surrogate?

23   A   My surrogate was 5'3".  So when you're doing surrogate

24    work if you're going to err it just seems fair and Mr.

25    Lewis did the same thing; that you err on being taller if

3:09:48PM 1      you are looking at clearances and things like that.  We

2      took the 5'3".  We couldn't find somebody that was

3      exactly 5'1" on the day.

4    Q   The person on the jury over there who is 5'1"; would you

5      have used her?

6    A   Yes.

7    Q   Again, when someone is about two inches taller and an

8      inch and a half taller; what does that mean with respect

9      to seated height?

10   A   Right.  For seated height a rule of thumb is you kind of

11     cut that in half, right?  So if you are 5'3" and you are

12     going to simulate a 5'1" person you usually say you're

13     probably an inch taller.  You're not the two inches

14     taller because obviously you are sitting down.

15   Q   Now, you have a level on top of your surrogate's head;

16     why did you do that?

17   A   Because I thought it was below the plain of the seat and

18     she is 5'3" so she was an inch taller than Mrs. Mills and

19     I was, like, is she below that?  So I just had us put a

20     level on there and tape it so you could see that she was

21     below that.

22   Q   313.43 zoom in on the level.  That shows the headrest

23     again.  This is Defendant's Exhibit 313.43.  Again, does

24     that show that the headrest is above the top of the

25     surrogate's head?

3:11:02PM 1   A    Yes.

2   Q    Go back to 313.32 for a moment and zoom in.  Thank you.

3        We have 313.35 on the screen.

4             THE COURT:  Are you doing this for illustrative

5   purposes?

6             MS. WRIGHT:  Your Honor, thank you.  I thought we

7   had already moved these in.  If not --

8             THE COURT:  The jury has not seen them.

9             MS. WRIGHT:  Oh my gosh.  Some of them had already

10  been in.  Let me backup.  That's my fault.  Mr. Gunn and I

11  were not on the same page in terms of making sure I had said

12  they had already been admitted.

13            MR. PRATHER:  I haven't heard what the question is

14  but if the question is just going to be repeating questions

15  that have already been asked then we are going to object to

16  that as asked and answered.

17            MS. WRIGHT:  That's fine.  I just want to be able to

18  show with the photograph now up here because I made the error

19  Mr. Prather and forgot to have the photograph put up on the

20  screen as Dr. Sochor was explaining it.

21  BY MS. WRIGHT:

22  Q    Dr. Sochor, you were talking a moment ago before I

23       realized it wasn't on the screen.  This is Mr. Lewis's

24       surrogate photo?

25  A    It is.

3:12:22PM 1    Q    Could we scroll in on the top half of the surrogate,

2              please?  What were you describing?

3         A    I was describing where -- Do you see how the headrest is

4              tilted forward?  Like, the headrest in the vehicle at the

5              scene was straight up and down.  So this is tilted a

6              little bit forward, but even though it's tilted a little

7              bit forward it didn't take that much height away from it.

8              And you can still see that your surrogate is at that

9              plain.

10                  The other thing in here is you can see how close she

11             is to the steering wheel and so when it's a chaotic

12             environment; the vehicle is upside down; people are hurt

13             inside and people are on the scene.  Just anatomically

14             when I looked at it and they described them as doubled

15             over and things like that, especially, for Mrs. Mills I'm

16             like -- If the steering wheel is hitting her on her

17             thighs let's say a third up, how can she get bent in

18             half?  She would be on top of the steering wheel.  The

19             steering wheel is in the way.  She would have actually

20             physically have to go through that steering wheel to be

21             bent in half.  There is no room there to bend her in

22             half.  And if she is bent in half she is on top of the

23             wheel and nobody described that.

24        Q    And the steering column?

25        A    And the steering column.  Correct.

Joan Drammeh * Federal Reporter * 706-653-1097

3:13:41PM 1    Q    Please put back up Defense Exhibit 313.32, which was not

2          admitted Your Honor.  I would move for its admission.

3               THE COURT:  What number is it?

4               MS. WRIGHT:  313.32.

5               THE COURT:  It's admitted.

6    BY MS. WRIGHT:

7    Q    Again Dr. Sochor, this is your surrogate photo?

8    A    It is.

9    Q    What does it show?

10   A    Basically it shows I put in a little bit taller

11        individual than Mrs. Mills, put them into the vehicle in

12        position at the scene.  Actually, their head is lower

13        than the plain of the headrest that we saw in the scene

14        photo.

15   Q    And if we put up Defense Exhibit 313.35.  Your Honor, I'd

16        also move for the admission of this one, which I don't

17        believe we've shown before.

18               THE COURT:  It's admitted.

19               MS. WRIGHT:  Thank you.

20   BY MS. WRIGHT:

21   Q    Dr. Sochor, what was the point of this photograph?

22   A    Just to show the plain.  Kind of like when you are

23        looking up at the thing you are like is her head above;

24        is not above; and even if it is above is it above like a

25        millimeter or something?  So I would just say let's put a

3:14:47PM 1    level on there and see which way it's going.  Is it going

2    up or down and this just shows that it's going down.  So

3    hear head, when she is seated in a regular comfortable

4    position, she's actually below the plain of the headrest.

5 Q  Did you also consider the amount of occupant space that

6    Mr. Mills had when evaluating Mrs. Mills?

7 A  Yes.  Mr. Mills, obviously he's a taller individual and

8    he had less occupant space than she did.  And in terms of

9    the positional asphyxia and everything else, he did not

10    have the positional asphyxia either.

11 Q  You mentioned you looked at injury patterns in light of

12    the vehicle and the occupant kinematics.  I want to start

13    with Mrs. Mills for a minute all right?

14 A  Sure.

15 Q  Walk us through your evaluation of Mrs. Mills in this

16    case?

17 A  Mrs. Mills is seatbelted.  She has got the belt

18    underneath her arm.  We can see that from the radiology.

19    You can see the bruising pattern that Dr. Camacho had

20    shown you.  In the first impact she comes over the top of

21    the belt.  Coming over the top of the belt she gets her

22    lower rib fractures.  So she had rib fractures.  Actually

23    up here they were real close to her cervical spine kind

24    of where when she came over and she did the spinous

25    processes and she had that big hit, and she goes into

3:16:24PM 1    flexion.  She has some cracks right here and then she

2    also has the spinous process fractures.

3        In loading the belt she comes over and she has got

4    some rib fractures lower down.  I believe on the left

5    they were six through eight and on the right there was a

6    seventh rib fracture.  Also when you have the belt down

7    that low on yourself you are more prone to liver

8    injuries.  So if you have that belt down low she loads

9    her liver.  Her liver is on the right side of her body

10    and she loads that liver and she gets a liver injury

11    also.  And then she also and the two vertebral body

12    fractures that were slight that we also saw.

13 Q    Now, did you consider whether or not Mrs. Mills could

14    have gotten those thoracic injuries from the roof?

15 A    Right.  She also had a sternal fractures so all of her

16    fractures in her rib fractures are in a frontal pattern.

17    So if I'm loading you from the back, your rib cage is

18    kind of like a hoop like a heart, and this would be the

19    back.  This would be where your spine is and if you think

20    about it your spine runs through the middle of the body

21    so it can take all the load.

22        So when you look at that usually if you have

23    something coming from the posterior you usually are

24    breaking the ribs right there.  Her ribs are broken on

25    the anterior lateral part.  So as you load the rib cage

3:17:54PM
1          and it's all connected together, it's all one structure,

2          you tend to fracture the ribs on out on the outsides when

3          you load it.  But you also can see sternal fractures also

4          because the sternum is keeping everything together, and

5          then you have some cartilage, and then you have the bone

6          again.  You can see some injuries to the sternum on a

7          frontal impact.  Again, if the roof is coming in and

8          loading it from the back why is she getting all these

9          injuries on the front?

10    Q    Did you consider Dr. Camacho's radiological findings?

11    A    I did.

12    Q    Real quickly I want you to identify for the jury some of

13          them you relied upon.  If we could put up DX 359A, page

14          16.  These, Your Honor, admitted for illustrative

15          purposes during Dr. Camacho's testimony.

16          What is this just briefly?

17    A    This is what I was showing you guys on the spine.  This

18          is seven and you can see the process fractures.  We're

19          looking at the side of the individual.  So you are

20          looking at their side and you're taking a slice right

21          down through here.  You can see on the red arrows that

22          those with the spinous process fractures that I talked

23          about that came off, right?  And then at the blue arrow

24          you can see T3, T4; it's really subtle.  You guys aren't

25          radiologists, obviously.  It's tough to see but those are

3:19:19PM 1    where the wedges are.  If you look at the T2 vertebral

2    body and then you look at T3 you can kind of see there

3    that is compressed down.  T4 is even more compressed

4    down.  And then if you look underneath the T4 to the next

5    little square down there you can see that it's a little

6    bit bigger.  So these appear to have been we call those

7    wedge fractures.

8  Q    An example of Dr. Camacho's findings for ribs 359A, page

9       21.  Briefly just remind the jury what you considered?

10  A    The bottom of this image is your back, okay.  And then

11    when you are looking at a CT scan you are at the foot of

12    the patient and they are slicing the patient in front of

13    you this way.  So it's always confusing.  Right is left

14    and left is right.  So that's why on the right it looks

15    like the right side.  There's the left eighth rib

16    fracture.  If you look below that little white wispy line

17    here --

18        MR. PRATHER:  Your Honor, I'm going to object.

19  Dr. Sochor has not been qualified as an expert in radiology,

20  CT scans, and MRI scans.  As Ford's lawyers have mentioned

21  over and over Dr. Camacho was the only radiologist in the

22  case.  So we object to Dr. Sochor going into great detail

23  about these radiological --

24        THE COURT:  Sustained.  He wasn't qualified as a

25  radiology expert.

3:20:51PM 1          MS. WRIGHT:  I didn't mean him to be as a

2      radiologist.

3      BY MS. WRIGHT:

4      Q    Dr. Sochor, do you look at x-rays in the ER?

5      A    Right.  I look at x-rays as a biomechanic.  I look at

6           x-rays in the ER and make decisions based on x-rays in

7           the ER all the time.  So I read images.  I do not read

8           MRIs; that is for Dr. Camacho to do.

9      Q    Did you also have discussions with Dr. Camacho about his

10          findings?

11     A    Absolutely.  And I have also written papers on rib

12          fracture patterns and have gone through thousands of

13          chest x-rays and CT scans that contain rib fracture; and

14          written a paper in the peer-reviewed literature on it.

15          THE COURT:  Are you testifying as to what you see

16     there or what Dr. Camacho told you he found?

17          THE WITNESS:  I'm testifying to what Dr. Camacho

18     told me he found and I'm just illustrating it for the jury.

19          MR. PRATHER:  Your Honor, we would object.  That is

20     impermissible parroting.

21          THE COURT:  We need to move on because the jury has

22     already heard what Dr. Camacho said.  For him to just repeat

23     what he said that's not a good use of our time.

24     BY MS. WRIGHT:

25     Q    Doctor Sochor, for purposes of the record, did you review

3:22:11PM 1     all of Dr. Camacho's findings with respect to the

2     radiology?

3  A    I did.

4  Q    Did you use his findings in connection with the opinions

5     you are rendering in this case?

6  A    I did because the rib fractures are more frontal than

7     they are back.

8  Q    Now, there was a question asked the other day of

9     Dr. Camacho about whether or not -- he described it --

10    the imaging will often pick up or more likely pick up

11    bleeding under the skin before you might see it on top of

12    the skin.  But if you see bleeding on top of the skin you

13    absolutely have to see it on the radiology; is that

14    familiar to you?

15         MR. PRATHER:  Your Honor, I'm sorry to object again,

16  but Dr. Sochor has not been qualified as an expert --

17         THE COURT:  All right, he can give his opinion and

18  he can rely upon what Dr. Camacho did and explain how he

19  relied on that, but it needs to be his opinion and not simply

20  saying what Dr. Camacho told him.

21         MS. WRIGHT:  Your Honor, I want to set this up

22  because Dr. Camacho was asked a question about a paper that

23  you Dr. Sochor wrote whether -- the suggestion by Mr. Prather

24  was that -- you wrote an article in which you said that only

25  56 percent of soft tissue issues can be seen on CT radiology.

3:23:06PM 1   BY MS. WRIGHT:

2   Q    Do you recall the paper you wrote?

3   A    I do.

4   Q    Have you reviewed that paper recently?

5   A    I wrote the paper so, yes, and I have reviewed the paper.

6   Q    So if someone represented to the jury that your article

7        entitled, *Postmortem Computed Tomography as an Adjunct to*

8        *Autopsy for Analyzing a Fatal Motor Vehicle Crash*

9        *Injuries Results of a Pilot Study*, told jury that you in

10       this paper said that only 56 percent of superficial soft

11       tissue injuries on the skin could be seen by CT; would

12       that be an accurate representation of your paper?

13  A    It would not.

14  Q    Could you tell us why?

15  A    Because that paper looked at AIS3 injuries.  When we talk

16       about the injury severity scale before, which I have

17       chaired in the past, we were looking for severe injuries.

18       So an AIS3 injury in general is like a long bone

19       fracture.  It is a laceration that's going through a

20       major blood vessel; that kind of injury.

21            It the injury community we used AIS3+ to describe

22       things.  So instead of breaking it down to the six

23       levels, which takes a lot of granular data; you can say

24       are you having serious injuries or are we not having

25       serious injuries.  And we've defined serious injury as

3:24:45PM 1  AIS3+ so that's why that paper specifically went to 3+.

2  When I said you only see 56 percent of soft tissue

3  injuries, soft tissue is: your liver, your kidney, your

4  brain, right?  It's not the skin.  It is the organs

5  inside.  Hard tissue are bones and so when I did my

6  research, if you had a liver laceration -- So you have

7  the big liver laceration, usually, at the hospital if you

8  are alive they will give you contrast to look at that.

9  Because we know if you don't have contrast on the CT --

10  And a CT scan is just a fancy x-ray taking a bunch of

11  slices and then mathematically they put it back together

12  to show you in 3D, right -- We couldn't see a lot of the

13  injuries to the organs injuries like injuries to the

14  kidneys and the livers because we didn't have the

15  contrast material in there and that's what that alluded

16  to in my paper.  Yes, autopsies can pick up these things.

17  CT can pick up other things that the autopsies don't pick

18  up.  In combination they work well together.

19  Q  But are you commenting at all it would be misleading to

20  suggest you said anything about surface skin hematomas

21  not being found more than 56 percent of the time on

22  radiology?

23  A  Those were not looked at and it was an AIS level 3 and it

24  was organs and soft tissue.

25  Q  Did you consider for purposes of your opinions why Mrs.

3:26:16PM 1       Mills left the road and what caused her death?

2    A    I did.

3    Q    Would you walk us through what you did?

4    A    Sure.  If you look at the accident recon when I talked to

5         Mr. Tandy about, you know, what did you see in -- I call

6         it the black box or you can call it the electronic data

7         recorder whatever you want -- What did you see in the

8         black box?  And he's, like, yeah, you got five seconds

9         and nothing is happening.  Nobody is braking or anything

10        else like that.  You look at the scene photos and you

11        just see the two tracks and they just keep going off the

12        road, right?  Keep going off the road so there's nothing

13        there.

14             When I asked about any intentional steering input

15        they told me there was no intentional steering input; and

16        then they just launch.  After the vehicle comes to rest,

17        I have the benefit of a critical care nurse that was on

18        the scene immediately, parks his truck and trailer, goes

19        to thee Mills' vehicle, reaches through the windshield,

20        makes a 911 call, reaches through the windshield and gets

21        her pulse.  And he says that it's weak -- or I say

22        thready -- pulse; this is a smart individual.  He tries

23        to open the door, can't open the door.  Says I'm going to

24        run back to my truck.  I'm going to get ball and hitch so

25        I can break the window.  Goes back to his truck.  Comes

3:27:30PM 1    back in and he actually ends up going through the back of

2    the vehicle -- same move I would have made because I want

3    to know what her corotid pulse is.

4         At this point, he says in his depo that he just

5    realizes he thinks there's only one person in the

6    vehicle.  So he comes back around.  He checks her corotid

7    pulse and it's gone.  But then he hears Mr. Mills so he

8    makes a second phone call, but the timing between those

9    phone calls is important to me because it's two minutes

10   and 28 seconds, okay.  So we are talking two minutes and

11   28 seconds.  He said he was about a mile behind them, the

12   two vehicles that were up ahead of him.  And then he went

13   around the curb and he said he lost sight of them.  When

14   he comes back into the eyesight of them, the gentleman

15   that was in front of the Mills's is already turned around

16   and he's coming in.  So I gave a minute and a half for

17   him to come, park is truck, and get out.

18        He says, when I got out of my truck I called 911.

19   And so I have a minute and a half plus two and a half

20   minutes so I have four minutes.  In four minutes what

21   kills you in a motor vehicle crash?  That is massive

22   skull crush, head injury, brain injury.  That is a super

23   high C1, C2 cervical spine injury that takes out all of

24   your respiratory centers or you transact a vessel.  So if

25   you transect your aorta in a car crash and you just bleed

3:29:01PM 1    out, right?  Your heart pumps and you bleed out in like

2    one or two minutes.

3        None of those things were there, right?  So I've got

4    to go back to what else can do it; what other organ in

5    the body can stop you dead in your tracks and kill you in

6    less than five minutes?  It's your heart.  It has got to

7    be the heart.  There's no traumatic injuries that show

8    that they would have killed Mrs. Mills.

9 Q  What did you consider with respect to whether Mrs. Mills

10   might in addition to those reasons have a cardiac event?

11 A  You consider we call them the co-morbid conditions.

12   Anybody can have a cardiac event at any time, but there

13   are certain risk factors that you can have.  And with

14   Mrs. Mills' medical history she's diabetic that affects

15   your vessels.  She's got hypertension that affects your

16   vessels.  She has got hyperlipidemia.  She has got a lot

17   of fat in her blood.  She suffers from emphysema.  She

18   has been going to her cardiologist from what I can tell

19   20 years talking about my heart is racing and things like

20   that.  The cardiologist was treating her with medication

21   and that kind of stuff.

22 Q  Did you consider all of these medical conditions that we

23   put up before the jury multiple times this week?

24 A  Yes, there's a lot to mention.  And at the end she has an

25   enlarged heart so.  Even Dr. Eisenstat says, yeah, her

3:30:33PM

1    heart was enlarged.  We can split hairs over how enlarged

2    it is, but if you think about your heart and as your

3    heart gets larger and larger, right, you start spreading

4    out the electrical system; and that's the problem when

5    people have cardiomegaly, and that just means big heart,

6    they spread out their electrical system and they can

7    start to have problems.

8         Mrs. Mills months before she had this accident went

9    back her cardiologist again and was like, hey, I am

10   having more palpitations.  And then her cardiologist

11   keeps looking for coronary artery disease on her.  He's

12   looking at the pipes, but in my review of the medical

13   records I never saw him look at the electrical system.

14   He keeps testing the pipes, and the pipes keep coming

15   back clean, and he's right; the pipes are clean.  He ever

16   looked at the electrical system though and if the

17   electrical system goes and the heart is not pumping

18   properly, you lose consciousness, you don't control your

19   vehicle, you go off the road.  And if your heart

20   continues in that dysrhythmia --

21        MR. PRATHER:  Your Honor --

22        THE WITNESS:  -- then you die.

23        MR. PRATHER:  I'm going to object again.  Dr. Sochor

24   also has not been qualified as a cardiologist.  There's only

25   one cardiologist in this case Dr. Ellis.  And was letting it

3:31:51PM 1    go for a little while, but he hasn't been qualified as a

2    cardiologist.

3              THE COURT:  Overruled.

4    BY MS. WRIGHT:

5    Q    Dr. Sochor, if Mrs. Mills presented to you these four

6         pages of problems plus the repeating chest pains; what

7         would you have done?

8    A    You do more testing.  You dig deeper.  In the emergency

9         department we can refer her to an electrophysiologist.

10        Honestly, if I look at her records and I see that she has

11        had these stress echos done again and again and they are

12        always normal, I would be reassured that the pipes are

13        okay.  But if she keeps coming back to me and saying, you

14        know, I'm tachycardic.  It feels like my heart is

15        pounding out of my chest.  You know, and she's on

16        medications that will help control her heart rate.  But

17        as her heart is growing she gets to one day where the

18        medications aren't going to be able to take care of the

19        dysrhythmia.

20   Q    How would you describe a 5'1" 175-pound woman?  She has a

21        396-gram heart?

22   A    It's a big heart.  It's a big heart.

23   Q    You wouldn't say just slightly enlarged?

24   A    I would say it's very enlarged.  She's near the upper

25        limit of heart size.

3:33:09PM 1  Q   Have you also considered Mrs. Mills' risk factors for a
       2          cardiac event?
       3  A   Absolutely.  So she is in -- I'm not judging.  I have a
       4          lot of patients like this.  People like their cigarettes
       5          and she smokes and she doesn't have any intention of
       6          giving that up, but smoking is obviously a risk factor
       7          for disease and it's not helping her heart.  She's got
       8          high blood pressure.  The pressure on the chambers can
       9          make the heart bigger.  It can affect your kidneys and
      10          things like that.  She's got the diabetes so the sugar
      11          also affects the smaller vessels and that's why they get
      12          the neuropathy and everything in their feet, but it also
      13          affects the vessels in every organ; and it can affect
      14          your eyes and it can affect your heart also.

      15              So the blood vessels that are feeding the electrical
      16          system can be affected by your diabetes.  She's got a BMI
      17          over 30 which they call that obese, which is also a risk
      18          factor.  She's very honest with her doctor.  She's like,
      19          yeah, I've got an unhealthy diet and she exercises a lot.
      20          And she's got a family history and she's got some valve
      21          problems with her brothers.  Also her father had died of
      22          a heart attack, but he was in his 70s.  But she does
      23          have a little bit of history there too.
      24  Q   Dr. Sochor, did you come to an opinion to a reasonable
      25          degree of engineering and medical certainty as to what

3:34:35PM 1     caused Mrs. Mills' death?

2   A   Yes.  I think that she had a dysrhythmia of her heart

3      that wasn't compatible with life, and this caused her to

4      become unconscious, and lose control of her vehicle, and

5      overturn it.  And that's because when we look for the

6      traumatic injuries or what could have killed her in this

7      crash they just aren't there.

8   Q   Now, Dr. Eisenstat as you know said Mrs. Mills died of

9      positional asphyxia; did I ask you to evaluate that

10     opinion?

11  A   You did.

12  Q   What's was your opinion regarding what Dr. Eisenstat had

13     to say?

14  A   Dr. Eisenstat said since there is nothing else this could

15     have been that positional asphyxia is a diagnosis of

16     exclusion, but there is certain things there.  So there's

17     no national standard on positional asphyxia.  So you go

18     to case reports and things like that.  They try to put

19     things together but the paper that I used in my report

20     was from the nineties.  I believe they were down in Miami

21     and they had looked at positional asphyxia and they had

22     all the characteristics and everything else.  So these

23     characteristics are you are in a position that doesn't

24     allow you to breath.  And when I look at my surrogate

25     study and I look at the cab at the scene, like, her head

3:35:58PM 1    is right at the top of the headrest and the roof is right

2    at the top of the headrest.  And I'm like even if she's

3    bending forward a little she has still got plenty of

4    room.

5        Can you breathe is another one.  Can they breath?

6    And unfortunately when Mr. Harrison comes upon her at the

7    scene he hears some gurgling and sounds like agonal

8    respirations, which are kind of like at the end of life

9    you have these agonal respirations.  She didn't have

10    anything that appeared to be occluding her airway or

11    anything like that.  And she room to move so if she could

12    move and she was conscious she would have had room to

13    move in that cab.  There's a firefighter I believe that's

14    going through and helping Mr. Mills.  And they had

15    removed Mrs. Mills and he is in that cab.  His full body

16    is through that cab.  So there's this impression that

17    thee is no room in there and that she is crunched into

18    this little ball is simply not true.

19 Q  Was there anything on the radiology that also assisted

20    you in determining based on what Dr. Camacho advised you

21    whether there was any evidence that she could have been

22    suffocating or stuck in there?

23 A  Right.  So if you have the roof coming down, and you are

24    jamming your head, and your chin into your chest we also

25    look for that.  And we can see that on people that get

3:37:20PM 1      hit from behind when they get their chin to their chest.

2      She had no evidence of that.  She had no bruising here.

3      She had no bruising here on radiology.  We didn't see any

4      of that.

5 Q   Are there any other indicia of positional asphyxia that

6      you sometimes see on patients?

7 A   Yes.  You also look for petechia and that will be in the

8      sclera.  The sclera is the white part of your eye.  And

9      when you get that petechia and you see this in patients

10     or victims that have been choked and things like that.

11     When you get that petechia it stains and so you would

12     still expect to see it.  Even though she's embalmed and

13     everything else you would still expect to see it on her

14     sclera in both eyes.  Then Eisenstat says that he doesn't

15     see any petechia.  And the other thing is one of the

16     pre-hospital personnel describe a cardiac collar.

17        Something that we see with a cardiac event is you

18     get all of this purple discoloration on them.  So when I

19     looked at that I said, okay, but they are upside down.

20     Maybe because they are upside down she is getting all of

21     this flow to her head or whatever.  But I looked at Mr.

22     Mills and I looked at Mr. Mills' medical records and he

23     didn't have a bunch of purple and he is in the same

24     crash.  He is upside down.  He's upside down even longer

25     than obviously she is because unfortunately she has died.

3:38:40PM 1    He is there for a half an hour as they are extracting him

2    and nobody describes anything purple on him.

3  Q  Dr. Sochor I just want to sum up your opinions with

4    respect to Mrs. Mills.  Did you form an opinion to a

5    reasonable degree of medical and engineering certainty as

6    to whether she died of positional asphyxia?

7  A  I did.

8  Q  And what's that opinion?

9  A  Opinion is she did not.

10  Q  For the reasons you just stated?

11  A  For the reasons I just stated.

12  Q  Did you form an opinion to a reasonable degree of

13    engineering and medical certainty as to whether her torso

14    injuries, and her mild hematomas, and the sternal

15    fracture were caused by the roof?

16  A  They were not.  Those were all very consistent with a

17    frontal impact into a belt.

18  Q  Now I want to talk briefly about Mr. Mills because it's

19    fair to say your analysis of Mr. Mills' injuries is very

20    similar with respect to the thoracic area as Mrs. Mills?

21  A  Correct.

22  Q  And we've already shown the animation, correct?

23  A  Correct.

24  Q  I think you identified his injuries for the jury already

25    in terms of the T3, T5, T10, and T12 vertebral body

3:39:50PM 1       fractures; correct?

2   A   Correct.

3   Q   What other injuries did he have?

4   A   He had some rib fractures so his rib fractures were up

5       higher because he has got the belt coming across this way

6       because he's the passenger.  He also unfortunately has

7       CLL, which is a type of leukemia which makes your spleen

8       a little bit bigger.  When I asked Dr. Camacho the

9       measurement of the spleen he said it was about 30 percent

10      bigger than a big spleen.  So when an organism is a

11      little bit bigger, and you have the trauma, and you load

12      the abdomen it's more prone to injury.  So he had a

13      splenic lac; it wasn't a big splenic lac but it's still

14      there.  He had a splenic lac from that also.  He also had

15      sternal flexure on the front also from the belt.  He also

16      had a clavicular fracture and it was actually on the

17      opposite side so it's on the left side, but when you look

18      at that -- When you look at where that fracture is it was

19      almost midline, so it's just right here where you can

20      feel where your clavicles come in; it was on this end and

21      that makes sense.  If I'm compressing the cage -- Like I

22      don't just compress where the belt is, right?  If I'm

23      compressing a cage I am taking a whole structure and

24      compressing it.  So that makes sense that he would have a

25      fracture that's very proximal here, but it's actually on

3:41:08PM  1        the opposite side.

2      Q    Dr. Sochor, if anyone testified that injuries that are

3           outside that 1x7.8-inch belt mark or where your belt

4           would go and that therefore they could not be from the

5           belt; would that make sense?

6      A    That would not make sense and that does not make

7           biomechanical sense.

8      Q    Mr. Mills also had some hematomas and some subarachnoid

9           hemorrhage?

10     A    He did.  Mr. Mills had some -- I don't mean to minimize

11          it.  Any blood in the head is not great, okay, but

12          Mr. Mills is older.  He is 74 years old.  He's in this

13          big crash.  A lot of times with the elderly you see it

14          when they fall down, the brain is going to rotate

15          relative to the skull and you are going to get some

16          bleeding.  So he had some subarachnoid blood and some

17          subdural blood.  When they get to Mr. Mills he is able to

18          talk to them.  He's a little bit hypoxic, but he is

19          supposed to be on oxygen.  Right.  I would expect him to

20          be hypoxic especially if --

21     Q    And what does that mean?

22     A    Hypoxic is low oxygen.  Say that he's got an oxygen level

23          in the 80s, but if I am the EMS crew and I just came

24          upon this I don't know his medical history.  I'm just

25          trying to get this nice gentleman out of this car and

3:42:29PM 1    help him.  And they are going to take some vital signs;

2    and they see that he's hypoxic; and they put him on a

3    non-rebreather; and he's got the rib fractures.  But they

4    also will ask you what's your name.  What month is it?

5    Who is the president of the United States, things like

6    that.  So we call that a glasgow coma scale, a GCS.

7         So Mrs. Mills' GCS -- it's from one to 15 -- 15

8    being you and I right now having our conversation.  You

9    can't really go down to one.  You can only go down to the

10   three.  Three is this table; it doesn't open its eyes; it

11   doesn't make any sounds; and it doesn't respond to this

12   pain.

13        Mr. Mills tough is a 15 the whole time.  That just

14   kind of tells me how much blood he had in his head.  He

15   does have an injury like that, but if something massive

16   came in and was pushing down on his skull I would suspect

17   a bigger bleed.  We see in car crashes when their head

18   whips forward.  Again, the skull stops, the brain moves a

19   little bit.  And unfortunately of us as we age our brain

20   gets a little bit smaller; it gets a little bit more

21   atrophy; and we are more prone to breaking those bridging

22   veins.  So that's what I think happened here with Mr.

23   Mills.

24   Q   What did Mr. Mills die from?

25   A   Unfortunately Mr. Mills died from pneumonia.

3:43:50PM 1  Q    What causes pneumonia?

2  A    That's a bacterial build up.  Mr. Mills had COPD.  COPD

3       is you have alveoli in your lungs.  And these alveoli

4       help you exchange oxygen.  When you get COPD if you have

5       to alveoli next to each other they kind of fuse.  And

6       they are just not as good at exchanging oxygen anymore

7       because you don't have as many of them.  And they just

8       become this big bleb.  So you can't oxygenate great and

9       that's probably why he was on the chronic oxygen.

10           The problem is when you get into a car crash and you

11      don't oxygenate great, that it's going to be very hard to

12      get you to recover.  It's going to be very hard to keep

13      your oxygen levels up.  And so when I went through the

14      records they had him on a non-rebreather, which is

15      15 liters; it's like as much oxygen as you can get into

16      him.  And then you have him on some high flow oxygen

17      that's even more so they're trying to recruit every

18      alveoli they can, but he just doesn't have as many

19      alveoli as you and I do.

20           So it finally gets down to they put him on BiPAP and

21      that's almost like that CPAP thing you have when you

22      sleep at night.  So BiPAP is positive pressure so it's

23      keeping his alveoli open and is trying to get him more

24      oxygen.  The issue was from my reading of the medical

25      records is he started vomiting on the BiPAP.  And the he

3:45:15PM 1     is moved to palliative care because they don't want to

2     put him on life support intubate hi him.  So they just

3     wanted to kind of see from my reading and see how it

4     went.  Fortunately, once they put him on palliative care

5     that means they are not going to do any more

6     interventions.  It's obviously uncomfortable for him.

7     His wife just died and everything else.  And the family

8     decides to put him on palliative care and unfortunately

9     he passes.

10  Q   Dr. Sochor, did you come to an opinion to a reasonable

11     degree of medical and engineering certainty as to whether

12     or not Mr. Mills' injuries that led to his pneumonia and

13     ultimate death were caused by the roof?

14  A   They were not.  They were caused by the frontal impacts

15     and his injuries are characteristic just like hers were.

16  Q   Were any of his injuries that led to his death

17     contributed to by the roof?

18  A   No, I don't believe so.

19  Q   Did either Mr. or Mrs. Mills have any significant head or

20     neck injury that led or contributed to their death?

21  A   They did not.  Again, Mr. Mills had the brain bleeds that

22     were tiny.  They were not -- Obviously he is GCS 15.  He

23     is talking at the scene.  Didn't kill him there and they

24     did not have any high cervical spine injuries that we

25     saw.

3:46:31PM 1   Q   Did you come to an opinion to a reasonable degree of

2       engineering and medical certainty as to whether he had

3       positional asphyxia or hypoxia caused by the roof?

4   A   Right.  He did not.  So he is talking at the scene.  He's

5       breathing at the scene.  He's asking questions.  He is

6       concerned about his wife so he is not in any position

7       where he can't breathe, can't take a breath.  He is

8       actually speaking so that means that your airway is open.

9   Q   Dr. Sochor, if someone like Mr. and Mrs. Mills had come

10      to the emergency room where you work with the rib

11      injuries that they had; what would the course of

12      treatment have been?

13   A   The course of treatment is -- I see people in car crashes

14      a lot and as you get older and they break some ribs so a

15      lot of the treatment would be depending on how many rib

16      fractures you have sometimes they admit you to the

17      hospital and we just watch you to make sure that you

18      don't develop the pneumonia.  The other times if you're

19      not a smoker and you don't have all the co-morbid

20      conditions, then we give you pain medicine.  We give you

21      something called an incentives barometer.  So we would

22      want you to expand your lungs and that's that little ball

23      they give you after surgery that they tell you to do ten

24      times an hour or whatever.  But that's just to clean out

25      your lungs so the bacteria don't build up so you don't

3:47:46PM 1       get the pneumonia.  Because you already have a bunch of

2       trauma.  You broke ribs.  Your lungs aren't happy anyways

3       and know you are putting bacteria in them and it just

4       makes for a bad combination.

5  Q    You mentioned the AIS scale earlier.  Did Mr. and Mrs.

6       Mills have any injuries that were greater than AIS3?

7  A    They did not.

8  Q    Thank you.

9       THE COURT:  Cross-examination.

10      MR. PRATHER:  Yes, Your Honor.

11                CROSS EXAMINATION

12 BY MR. PRATHER:

13  Q    Good afternoon Dr. Sochor.

14  A    Good afternoon.

15  Q    One of the first questions Ford's lawyer asked you is

16       where you are from and you told the jury that you are

17       from Charlottesville?

18  A    Yes.

19  Q    Isn't it true that you live in Barboursville, Virginia.

20  A    I am in Barboursville, Virginia; it's in Albemarle

21       County, but yes.

22  Q    And Barboursville is near where all of that beautiful

23       Virginia horse country is; isn't that correct, sir?

24  A    Charlottesville is too, yes.

25  Q    Isn't it true that you are here today in this courtroom

3:49:26PM 1    in Georgia giving expert testimony on behalf of Ford

2    Motor Company a product manufacturer?

3  A  I was retained by the lawyers that Ford Motor Company

4    hired to look at the injuries in this crash.

5  Q  Isn't it true that this isn't the first time you've flown

6    down from Virginia to testify as a paid expert witness in

7    a Georgia courtroom on behalf of a product manufacture

8    who was a defendant in a product liability lawsuit?

9  A  I don't know if I've testified in Georgia before.

10  Q  You haven't testified in Georgia before?

11  A  I may have, but I don't remember in a court case.

12  Q  You haven't testified in Georgia in a court case, is that

13    your testimony to this jury?

14  A  I said I don't remember, but I don't recall.

15  Q  Well, let me try to refresh your recollection.  Do you

16    recall testifying in a Georgia court in DeKalb County

17    Georgia?

18  A  I believe I did.

19  Q  Do you recall the name of that case?

20  A  I do not.

21  Q  Do you recall when you testified in a court in DeKalb

22    County Georgia?

23  A  I don't.

24  Q  Isn't it true that you testified in a court in DeKalb

25    County Georgia as a paid expert on behalf of a product

3:50:44PM  1   manufacturer defendant in a product liability case in

2   2022?

3  A   In 2022 that could have been the case so it was a trial.

4  Q   Isn't it true, sir, that on May 9th, 2022, you gave

5   testimony in a courtroom very similar to this in the

6   State Court in DeKalb County Georgia; isn't that true,

7   sir?

8  A   I don't know.  I would have to look at my sheet.  I'd

9   have to look at my testimony list to see what case it

10   was.

11  Q   Do you recall a case called Trice vs. Dorel Juvenile

12   Products?

13  A   I do.

14  Q   Is that the case in which you testified in the State

15   Court of DeKalb County on March 9th, 2022, just a

16   little less than three years ago?

17  A   It could have been.  Again, I would have to look at my

18   case list because I've done some -- I have obviously

19   testified in court now I think this is my twelfth time so

20   I would have to look.

21  Q   Do you dispute that you testified in a state court in the

22   State Court of DeKalb County on March 9th, 2022, in the

23   case of Trice vs. Dorel Juvenile Group?

24  A   Yeah, it very well could be.  Yes.

25  Q   Isn't it true that you were testifying on behalf of Dorel

3:52:11PM 1     Juvenile Group in that case weren't you, sir?

2    A   Yes, I was.

3    Q   Isn't it true that the Dorel Juvenile Group manufactures

4     child booster seats?

5    A   They do.

6    Q   And isn't it true you've testified for Dorel Juvenile

7     Group in lots of cases all across the country, not just

8     here in Georgia?

9    A   Again, when I told you that I testified 12 times I think

10     in terms of when I do child seat cases I think that has

11     probably been less than six.  So it hasn't been over all

12     the country.  There are 50 states in the country.

13    Q   Isn't it true, sir, that the Trice vs. Dorel Juvenile

14     Group case in DeKalb County Georgia was brought by the

15     parents of a 4-year-old boy who brought a claim that

16     their son was completely paralyzed for life, rendered a

17     quadriplegic due to a defective child booster seat

18     designed and sold by Dorel Juvenile Group?

19    A   That was the allegation, yes.

20    Q   Isn't it true that you testified in that case that the

21     4-year-old boy's total paralysis, his quadriplegia was

22     not caused by the booster seat, but was instead caused

23     because according to you -- Mark Sochor -- this little

24     boy was improperly wearing his seatbelt behind his back?

25    A   Correct.

3:53:31PM 1   Q   And you just came in front of this jury and testified,

2       put up an animation on the screen, that showed that Mrs.

3       Mills was improperly wearing her seatbelt behind her back

4       didn't you, sir?

5   A   It wasn't behind her back.  It was under her arm.

6   Q   You just testified to this jury that Mrs. Mills was

7       improperly wearing her seatbelt didn't you, sir?

8   A   She was improperly wearing her seatbelt.

9   Q   Just like you testified against that 4-year-old boy in

10      DeKalb County, sir; isn't that true?

11   A   A large percentage of the population doesn't wear their

12      seatbelt properly, but, yeah so we need to figure why

13      they're not using it properly.

14   Q   Sir, isn't it true you've never testified for the parent

15      of a child against Dorel Juvenile Group?

16   A   I have not.

17   Q   Now, sir, you say that when you are working in the

18      emergency department and you identify a cardiac issue you

19      call the cardiologists who are up on the second floor of

20      your hospital; do you remember testifying to that?

21   A   I don't know that I said the second-floor.  I said

22      upstairs.  And I do call cardiologists for when there's

23      ST-elevation MI, which is a heart attack because they

24      have to take them to the cath lab and you have to make

25      certain national standards.  And you have got to get them

3:54:52PM 1      there quickly.  We work as a team.

2     Q    You never treated Mrs. Mills while she was alive did you,

3          sir?

4     A    No.

5     Q    Isn't it true that despite the fact that you've flown

6          down to Georgia to testify in product liability lawsuits

7          on behalf of Ford, Dorel Juvenile Group, and who knows

8          who else; isn't it true that you never flew down to

9          Georgia from Virginia to go meet with Dr. Ellis, Mrs.

10          Mills' treating cardiologist?

11     A    I did not.

12     Q    Isn't it true you never flew down here to meet with

13          Dr. Cochran?

14     A    I don't usually meet with any of their doctors.  I look

15          at the records.

16     Q    Isn't it true you never flew down here to meet with

17          Dr. Reardon?

18     A    No.

19     Q    Let me ask you this, sir.  If you didn't fly down here to

20          Georgia to meet with any of those treatment providers

21          like you flew down here to testify in front of this jury,

22          did you ever pick up a telephone to call Dr. Ellis to ask

23          him if he thought that Mrs. Mills had any cardiac issues?

24     A    I read his deposition.

25     Q    That wasn't my question, sir.  My question, sir, is did

3:56:03PM 1    you ever pickup a telephone and call Dr. Ellis and in

2    Thomasville, Georgia and ask him if he thought Mrs. Mills

3    had any cardiac issues that led to her death on August

4    22nd, 2022?

5  A    No, and I wouldn't normally do that.  I don't do that on

6    the Virginia DMV.  I don't call their physicians.  I look

7    at their records.

8  Q    Well, you do it when you're at work in the emergency room

9    department don't you?

10  A    That's the team that's in the hospital that's going to do

11    the intervention; that's a completely different thing.

12    Is Dr. Ellis going to come through the phone and

13    reperfuse their artery?  That's what I'm doing in the

14    hospital.

15  Q    So the work you do in your professional life is different

16    than the work you do in your life as a paid testifying

17    witness for product manufacturer isn't it, sir?

18  A    That is not true.  When I'm sitting on the DMV board

19    which is a government appointment, but I'm not paid for

20    it, I am reviewing records too and I'm making judgment on

21    people that can drive and not drive.  I'm making judgment

22    on people if they had a dysrhythmia.  I am making

23    judgments on if they're taking too many opioids.  I'm

24    make judgments on if they should be able to drive again.

25  Q    Did you ever ask Ford's lawyer if you could talk with

3:57:20PM 1    Dr. Ellis?

2    A    Dr. Ellis is retired.  I had his deposition and I had all

3         of his medical records to look at.

4    Q    Sir, will you just answer my question?  Did you ever ask

5         Ford's lawyers whether you could talk to Dr. Ellis?

6    A    Right.  No, it would be inappropriate.

7    Q    Inappropriate?

8    A    Yeah.

9    Q    You wouldn't want more information rather than less

10        information from a man who had treated Mrs. Mills as a

11        cardiologist when you come into this court of law and

12        testify to this jury that Mrs. Mills died of some kind of

13        cardiac event?

14   A    I had his records and I had his deposition when he was

15        asked all of those questions about her cardiac history.

16   Q    Let me ask you this, sir.  When you read in his

17        deposition that all of these risk factors that Ford's

18        lawyers keep talking about refuted the idea that Mrs.

19        Mills died of a sudden cardiac event, did that not cause

20        you to want to call Dr. Ellis and say; hey, what did you

21        mean by that there?

22   A    So your question is a little tough to understand.  What

23        do you mean by refuted?  It didn't make sense what you

24        just asked me.

25   Q    Do we need to pull up Dr. Ellis' deposition?

3:58:51PM 1    A    Sure.

2              MS. WRIGHT:  Your Honor, I would object to this line

3         of questioning.  Obviously, there are HIPAA rules.  I assume

4         also we had a HIPAA release to obtain the records.  And when

5         went to schedule the deposition Mr. Butler insisted we go

6         through him.  So I think this line of witnesses of this

7         witness is inappropriate and objectionable.

8              THE COURT:  Overruled.

9    BY MR. PRATHER:

10   Q    Here's my question Dr. Sochor.  You said you've read

11        Dr. Ellis's deposition, correct?

12   A    Correct.

13   Q    When you read in his deposition that Mrs. Mills had no

14        cardiac symptoms; when you read in his deposition that

15        her tachycardia was not dangerous; when you read in his

16        deposition that each time a workup was done it was

17        negative for coronary disease -- You read in his

18        deposition that she was not at risk for a heart attack.

19        You read in his deposition that there was no

20        atherosclerosis.  You read in his deposition that there

21        was no pathology to support a heart attack or that she

22        was unconscious.  You read in his deposition that are not

23        any medical records to support a sudden cardiac event.

24        Did you think at that point, maybe I need to call Dr.

25        Ellis before I write this report and give this deposition

4:00:39PM 1   saying that this woman died of a sudden cardiac event?

2   Did that thought ever cross your mind?

3 A No.  You don't usually call them up.  The non-cardia

4   symptoms -- She's having cardia symptoms.  She's having

5   the tachycardia.  He's working up the plumbing.  He's not

6   working up the electrical.

7 Q How about this; no evidence of coronary disease?

8 A Coronary disease that's the plumbing.  So that's her

9   vessels that's not her electrical system.  That's her

10   vessels.  Coronary means vessel.

11 Q How about when you read in his testimony that he said

12   there was no evidence of anything to cause her to become

13   suddenly unconscious; did that cause a lightbulb to go

14   off in your head?  Hey, maybe I need to investigate this

15   a little more before I come into this court of law and

16   tell this jury that she was unconscious.

17 A I did.  I went to the literature, which I've written part

18   of the cardiology literature myself on dysrhythmias in a

19   chapter in my book.  I went to the literature and looked.

20   Okay, if somebody dies of sudden cardiac death and they

21   have a clean heart; are there people out there that still

22   do that?  And there are.  There are ten 10 percent of

23   them.  And you are right, most of the time it is because

24   of coronary disease and it's because of the plumbing.

25   The other 10 percent it's because of the electrical

4:02:00PM 1        system.

2                He didn't look at the electrical system.  He kept

3        looking at the plumbing and that's great.  He's still

4        ordering tests when she's coming in.  You're telling me

5        that he is unconcerned about this chest pain, yet, he is

6        still ordering her a stress test three months before this

7        crash.  She just never gets there to get it.

8    Q   During your direct examination did you tell the jury

9        anything about 10 percent?

10   A   I believe I did.

11   Q   You did?

12   A   Yeah.

13   Q   I don't recall it.  So a 10 percent chance that she had a

14       cardiac event and a 90 percent chance that she didn't,

15       correct?

16   A   No.  Of people that die -- So if somebody in this

17       courtroom, God for bid, drops down right now and they die

18       in the next five minutes; it would a sudden cardiac

19       event.  Okay.  When they autopsied those people and they

20       looked at those people, yeah, 90 percent of those people

21       had plumbing problems.  They had coronary artery disease

22       and the coronary got blocked.  The heart couldn't beat

23       and they died, but the other 10 percent had perfectly

24       clean hearts.  So its a dysrhythmia if it's not the

25       coronary disease because it wasn't a stroke; it wasn't a

4:03:27PM 1    pulmonary embolism; it wasn't an aneurysm that that let

2    go.  They couldn't find any of those things so it's a

3    dysrhythmia.

4    Q   Isn't it true, sir, that you don't claim that Mrs. Mills

5        had a heart attack?

6    A   I do not claim that she had a heart attack.  She had

7        sudden cardiac death.  She had no dysrhythmia.

8    Q   Isn't it true, sir, that in your opinion or as a matter

9        of fact there is no test that you did or that anybody

10       could do to determine whether Mrs. Mills had this

11       so-called dysrhythmia that you keep talking about?

12   A   She has evidence that she's not controlling her vehicle.

13       She's unconscious and you are right.  A pathologists,

14       Eisenstat can't look at her and figure it out because

15       it's the electrical system; it's the nerves.  You can't

16       tell.

17   Q   Sir, that was not my question.

18   A   Oh, what was your question?

19   Q   Well, if you listen to me --

20   A   I did listen to you and I answered so ask it again.

21   Q   Sir, my question is, isn't it true that as a matter of

22       fact in your opinion there is no test that you could do

23       that would show that Mrs. Mills had this so-called

24       dysrhythmia that you keep telling this jury about?

25   A   The only way we could detect a dysrhythmia is if she had

4:04:45PM 1     a halter monitor on or an event recorder, right?  And so

2     -- Or if she had a pacemaker and AICD it would be

3     recording her heartbeat the entire time.  Dr. Ellis

4     didn't put these things on her even though she was

5     complaining about it.  He may have in the past and they

6     found out that, yeah, we didn't see any dysrhythmias on

7     that.  But as her heart grew her electrical systems was

8     not growing with it.  So there are tests that could have

9     been on her, but they weren't on her.

10  Q   The answer to my question is, no; isn't it, sir?

11  A   I think your question was that you said that there is no

12     way that there's anything that could detect this thing

13     going down the road in the universe and I'm like, that's

14     not true.  She could have had a device on her that

15     detected this and after this crash we could have gone in

16     and interrogated that device and found out exactly what

17     happened, but she wasn't wearing one.

18  Q   Because she didn't have any cardiac problems isn't that

19     true, sir?

20  A   She has palpitations.  She continues to go back to her

21     cardiologist and her regular doctor.  They are putting

22     her on medications.  They are ordering her tests and they

23     continue to order her tests.  If they are so

24     non-concerned about her why are they still ordering tests

25     on her?  Why are they changing her medications, her

4:06:11PM 1          anti-arhythmic medications, beta blockers?

2      Q    Sir, wouldn't you know the answer to those question if

3           you had just called up Dr. Ellis in Thomasville, a

4           cardiologist for 40 years in Southwest Georgia, who could

5           answer those questions for you?

6      A    This is a patient that he's got lots of patient and

7           things like that.  But, no, we don't usually call them up

8           and ask them about what they missed.

9      Q    Dr. Sochor, one of the first things you were asked is

10          where you were from and you said Charlottesville and you

11          live in Barboursville, Virginia.  Isn't it true that you

12          are actually from not Charlottesville, Virginia but

13          Michigan?

14     A    I am.  I was born and raised in Michigan and I moved to

15          the University of Virginia after I was at the University

16          of Michigan.

17     Q    Isn't it true that your grandfather worked in the

18          automotive industry?

19     A    It is.

20     Q    Did he work for General Motors?

21     A    Chevrolet.

22     Q    Isn't it true that your father worked in the automotive

23          industry?

24     A    Most people in Michigan work in the automotive industry,

25          but, yes, my father did too.

4:07:18PM 1    Q    He worked for Buick Automobile?

2    A    Yes.

3    Q    Isn't it true that your brother-in-law currently works as

4         a designer for General Motors?

5    A    He does.

6    Q    Isn't it true that when you were in college your father

7         used one of his connections at Chrysler to get you a

8         summer job at Chrysler?

9    A    So it was General Motors.  It was one of the families in

10        the neighborhood that I used to babysit their children.

11        So he was my connection to get a job down in Pontiac,

12        Michigan.  And my brother-in-law is also in Michigan

13        where they make cars.

14   Q    So General Motors not Chrysler during college.  But isn't

15        it true that after you graduated from college you went to

16        work for Chrysler?

17   A    I did.

18   Q    Isn't it true that while you were working for Chrysler,

19        Chrysler paid for you to go to graduate school?

20   A    They did.  That was part of the program that I was in,

21        the Chrysler Institute of Engineering.  They would pay

22        for your classes.

23   Q    And you never paid Chrysler back for that did you, sir?

24   A    I didn't.

25   Q    Isn't it true that Chrysler paid for you to go to Wayne

4:08:21PM 1     State University?

2  A    That was the graduate school, yes.

3  Q    Isn't it true that Wayne State University is in Detroit,

4       Michigan?

5  A    It is.

6  Q    Isn't it true that Wayne State is about 15 minutes from

7       Ford's Ford Motor Company's world headquarters?

8  A    It is.

9  Q    Isn't it true that at Wayne State you got a graduate

10      degree in mechanical engineering with an emphasis in

11      biomechanics?

12 A    That is true.

13 Q    Isn't it true that you decided to get that degree at

14      Wayne State University so that you can do just what

15      you're doing here in court today, trying to defend an

16      automaker as an expert witness in court cases?

17 A    That is completely untrue.

18 Q    Isn't it true that Wayne State brags about its

19      relationships with the automotive industry?

20 A    Wayne State is in our backyard and I'm sure that they

21      have a lot of automotive connections; and they probably

22      fund a lot of their labs.

23 Q    Isn't it true that Wayne State University regularly

24      churns our testifying witnesses who testify as experts

25      for automakers in product liability cases?

4:09:35PM 1  A    NO.

2  Q    Isn't it true that Ford's expert witness Elizabeth Rafael

3       who inspected the truck in this case and participated in

4       layer engineering conferences in this case, but who Ford

5       will not bring here to testify in front of this jury has

6       a degree from Wayne State University?

7  A    She does but it's a medical degree.

8  Q    You said, sir, that you've been retained by other lawyers

9       in this case.  Do you recall telling Ford's lawyer that

10      during your direct examination?

11  A   I'm sorry.  Can you repeat the question?

12  Q   Sure, let me go back.  Isn't it true that when Elizabeth

13      Rafael who is one of your co-alumni from Wayne State

14      University went and inspected the truck in this case on

15      July 19th, 2023, you inspected the truck with her?

16  A   She was there and I was there, yes.

17  Q   You said during your direct examination that you had been

18      retained by other lawyers who are here in the courtroom;

19      do you recall testifying to that?

20  A   Yes.

21  Q   You were talking about other lawyers from Ford Motor

22      Company, correct?

23  A   Lawyers that work for Ford, yes.

24  Q   You've never been retained by any of the Plaintiffs'

25      lawyers in this case, correct?

4:11:07PM 1    A    Not to my knowledge, no.

2    Q    Isn't that true because 95 percent of the time you are

3         testifying for the defendant in a lawsuit, correct?

4    A    That's who calls me and so that's the case that I work

5         up.  I also do Plaintiff work, but I don't do product

6         plaintiff work because they don't call me.

7    Q    Maybe 5 percent of your work is Plaintiffs' cases, but

8         none of the 100 percent of your work -- none of your work

9         for plaintiffs is product liability-related; correct?

10   A    Correct.

11   Q    Isn't it true that you have never testified for a citizen

12        against an automaker?

13   A    That is correct.

14   Q    Isn't it true that you've never testified for a citizen

15        against a child seat manufacturer?

16   A    That's correct.

17   Q    And you've testified for a lot of automakers, correct?

18   A    I have done depositions, but you've got to define a lot.

19   Q    Jus so we are clear on what we are talking about with

20        testimony, I am talking about depositions or trial

21        testimony; do understand that, sir?

22   A    Correct.

23   Q    In terms of a lot you've testified for Ford Motor

24        Company.  You are here today, right?

25   A    Correct.

Joan Drammeh * Federal Reporter * 706-653-1097

4:12:16PM 1    Q    You testified for General Motors?

2    A    I have.

3    Q    You've testified for Chrysler?

4    A    I have.

5    Q    You testified for Nissan?

6    A    Yep, I've done depos for them.  Yes.

7    Q    You've testified for BMW, correct?

8    A    I have.

9    Q    In terms of child seat manufacturers that you have

10    testified for, you have testified for Draco?

11    A    Correct.

12    Q    You testified for Evenflo?

13    A    Yes.

14    Q    And you've testified for Dorel Juvenile Group, correct?

15    A    Correct.

16    Q    And those are all cases in which there was an allegation

17    in which a child was killed, paralyzed, or injured in

18    connection with a car seat; correct?

19    A    Correct.

20    Q    Sir, you testified earlier about this fellowship that you

21    had with NHTSA for about two years?

22    A    Twenty-seven months.

23    Q    How many people work for NHTSA?

24    A    How many people work for NHTSA?  I don't know the total

25    number.

4:13:12PM 1   Q   It's less than a thousand, correct?

2   A   I don't know.

3   Q   When was the last time NHTSA ordered an automaker to

4       recall a car?

5   A   I don't know.

6   Q   Do you know any time in American history in which NHTSA

7       has ordered an automaker to recall a car because it was

8       defective?

9   A   The entire car or fix it.

10   Q   My question, sir, is do you know of any time in which

11       NHTSA has ordered an automaker to recall a car because of

12       a defect?

13   A   The entire car; that's what I'm asking for clarification

14       on.  Are you saying, like, NHTSA says recall all

15       Explorers; is that what you are asking me?

16   Q   I'm asking you whether NHTSA has involuntary ordered a

17       recall with respect to a car at anytime in American

18       history?

19   A   In terms of the entire vehicle or making a fix; that's

20       what I'm asking you.  Is it the entire vehicle or is a

21       fix?  They said, you know, there seems to be a defect

22       here.  Our customers are complaining.  You need to

23       replace the right headlight.  What are you talking about?

24   Q   Has NHTSA ever ordered an involuntary recall of an entire

25       car?

4:14:33PM 1   A   Of an entire car I am not sure.

2   Q   Isn't it true that the reason for that is that NHTSA is
3       filled with people like you who have these cozy
4       relationships with automakers?

5   A   That is completely not true and I said that I didn't know
6       so I don't even -- Your question doesn't even make sense.

7   Q   Sir, I want ask you about this opinion you have that Mrs.
8       Mills could have extricated herself from the car if she
9       had not had a cardiac event.  Did I understand your
10      testimony correctly?

11  A   You did not.  You haven't understood a lot of it, but
12      what I said was she could move her position had she been
13      alive; and would be subject to positional asphyxia.
14      That's one of the rules of the positional asphyxia or if
15      you want to call them rules, but obviously there's no
16      national standard.

17  Q   Sir, isn't it true that Mrs. Mills' hair was crushed
18      between the headrest and the roof?

19  A   Yes.  Mrs. Mills had longer hair, and when the vehicle
20      turned over, and there was deformation of the roof her
21      hair got caught between the top of the seat and the roof
22      is what they said when they extricated her are out of
23      there.

24  Q   Are you aware that Georgia State Trooper Jacob Sanchez
25      testified to this jury last week that seeing Mrs. Mills

4:16:25PM 1      extricated as her hair was crushed between the roof and

2      the headrest was like seeing a horror movie it was so

3      awful?

4  A   I am not privy to any of the proceedings that went on

5      before I got on the stand today.

6  Q   Isn't it true that Mrs. Mills was upside down with the

7      roof crashing down on her?

8  A   She was upside down, correct.  She would have been near

9      the roof because she's upside down.

10  Q   Isn't it true that Mrs. Mills had multiple broken ribs,

11      spinal fractures, and other injuries?

12  A   She did as I described to the jury.

13  Q   Isn't it true that Mrs. Mills door couldn't be opened by

14      first responders at the scene?

15  A   It could not.

16  Q   Isn't it true that because the first responders couldn't

17      get Mrs. Mills' door open Flight Nurse Harrison had to go

18      get a trailer hitch from his truck to break the window?

19  A   Right.  I had stated that.

20  Q   Isn't it true it took a grown man in Decatur County

21      multiple attempts to break that window?

22  A   I don't know how many attempts he had.

23  Q   Have you watched dash cam video?

24  A   I've seen dash cam video.  I don't know how many strikes

25      it was.

4:17:42PM 1    Q    Isn't it true that the roof was crushed so bad that first
        2         responders couldn't see Mr. Mills in the truck?
        3    A    They didn't know that Mr. Mills was there.  It was more
        4         deformed on the passenger side.  They could easily see
        5         the driver side and see somebody in there.
        6    Q    In light of all that evidence, Mrs. Mills' hair crushed
        7         between -- as you admit -- crushed between the roof and
        8         the headrest.  It looks like a horror scene to have to
        9         get her head out of there.  She's upside down.  The roof
       10         is crushed down.  She has got multiple broken ribs,
       11         spinal fractures; was he having trouble breathing?
       12    A    Unfortunately she had died so she wasn't breathing.
       13    Q    Is it really your sworn testimony to this jury that Mrs.
       14         Mills was able to move herself out of that position?
       15    A    I didn't say that.  I said one of the criteria for
       16         positional asphyxia and why this scenario doesn't meet it
       17         is that you're not supposed to have room to move
       18         anywhere.  And when you put a surrogate in the truck and
       19         when you look at the truck upside down at the scene, you
       20         can look in a full window; and actually there is a full
       21         window there.  So you've got a woman that -- We put
       22         surrogates in the truck.  You saw where the headrest was.
       23         There's room in there.  There is room in there for her to
       24         move, but unfortunately she's dead.  She can't move.
       25    Q    So you told this jury that Mrs. Mills had the room to

4:19:19PM 1    move with her hair crushed in between the headrest and

2    the roof, folded over, broken ribs.  If she was alive, is

3    it your testimony to this jury that she would have been

4    able to move out of that position?

5  A    I think that she could have rolled up on to her side if

6    she could have moved somehow and that is the definition

7    of the positional asphyxia.  That's what Eisenstat said

8    she had died of.  I simply stated that that's not true.

9    It's not true.  There is room for her to move.

10  Q    Sir, how many scene witnesses testified that Mrs. Mills

11    had difficulty breathing?

12  A    That I don't know.  I know it would be Harrison was

13    there.  But, again, after Harrison came back around to

14    the vehicle she wasn't breathing anymore.  So I don't

15    think that the other ones could say that she was having

16    trouble breathing because she had stopped breathing.

17  Q    You just testified to this jury that she wasn't breathing

18    because she was dead.  You just ignored all of this scene

19    witness testimony haven't you, sir?

20  A    They might have been listening to Mr. Mills, but she

21    didn't have a pulse.

22  Q    You brought up this surrogate study.  Can we please put

23    up Defense Exhibit 313.13, which was I believe admitted

24    during Ford's lawyer's examination?

25    MR. PRATHER:  Sorry, I wrote down the wrong number.

4:20:46PM 1    Pardon me Your Honor.

2              THE COURT:  Mr. Prather, how much longer do you

3      think you have?

4              MR. PRATHER:  Your Honor, probably 15 minutes.

5              THE COURT:  Let's take a break at this time so he

6      can get his exhibits straight.  We will come back and finish

7      this testimony.  Go to the jury room.  Do not discuss the

8      case.  We will be in recess for 15 minutes.

9      [RECESS]

10     Wednesday, February 12, 2025 16:35:54

11             COURT SECURITY OFFICER:  All rise.

12             THE COURT:  Bring the jury down.

13             MR. BUTLER:  Judge, we have another exhibit problem,

14     but I think we may have sorted it out.  Multiple numbers for

15     different exhibits.  Multiple exhibits with the same number.

16             THE COURT:  With all these exhibits I'm not

17     surprised.

18     [JURY ENTERS COURTROOM]

19             THE COURT:  Mr. Prather, you can may continue.

20             MR. PRATHER:  Thank you, Your Honor.

21     BY MR. PRATHER:

22     Q    Please put up Plaintiffs' Exhibit 730, which has not been

23          admitted.

24             Dr. Sochor, a few minutes ago I asked you about an

25          inspection that you conducted of the subject truck with

4:39:33PM 1      Elizabeth Rafael on July 19th, 2023; do you recognize

2      your signature on Plaintiffs' Exhibit which 30, which is

3      the inspection log from that day?

4   A   I do.

5          MR. PRATHER:  Your Honor.  We would move to tender

6   Plaintiffs' Exhibit 730 into evidence.

7          THE COURT:  Any objection?

8          MS. WRIGHT:  Yes, Your Honor, it's hearsay.  I don't

9   care if he testifies about that log but it is hearsay.

10          THE COURT:  Are you just trying to admit it to show

11   that he was present?

12          MR. PRATHER:  Yes, Your Honor.

13          THE COURT:  Ask him that question.

14          MR. PRATHER:  Okay.

15   BY MR. PRATHER:

16   Q   Mr. Sochor, you attended a vehicle inspection of the

17      subject truck on July 19th, 2023; correct?

18   A   I did.

19   Q   Along with Elizabeth Rafael another Ford expert witness?

20   A   She was there, yes.

21   Q   That's your signature on the page, correct?

22   A   That's my signature on the page, yes.

23          THE COURT:  Was there a need to admit it?

24          MR. PRATHER:  It's fine Your Honor.  Thank you.

25   BY MR. PRATHER:

Joan Drammeh * Federal Reporter * 706-653-1097

4:40:40PM 1    Q    Please put up Defense Exhibit 313.43.  Dr. Sochor, this

2    document was previously admitted.  Dr. Sochor, this is

3    one of the photos from your surrogate study; correct?

4    A    Correct.

5    Q    First let me ask you this.  Isn't is true that you served

6    your expert report in this case on April 15th, 2024?

7    A    I did.

8    Q    And your expert report purports to contain opinions

9    regarding biomechanics, human body kinematics, injury

10    causation and forensic scene reconstruction; correct?

11    A    Correct.

12    Q    Isn't it true that in your April 15th, 2024, report you

13    stated that you are, "familiar with the generally

14    accepted methodology used in the fields of biomechanics,

15    human body kinematics, injury causation, and forensic

16    scene reconstruction"; is that correct?

17    A    That's correct.

18    Q    Isn't it true that you wrote in your April 15th, 2024,

19    that the generally accepted methodology in these fields

20    includes among other things "conducting surrogate

21    studies"?

22    A    It does.

23    Q    You wrote that in your report, correct?

24    A    Correct.

25    Q    Isn't it true that you also wrote in your April 15th,

4:42:20PM 1   2024 report that, "I have followed the generally accepted

2   methodology in this case"?

3 A I did.

4 Q Isn't it true that was a false statement, sir?

5 A So the surrogate study hadn't been done.  There's other

6   things in that statement prior that we haven't.  That's

7   the general followed principles of biomechanics.

8   Sometimes you don't have the vehicles and you just use

9   pictures.  Sometimes you have other instances where you

10   don't have all the material that you want to have

11   available.

12 Q Isn't it true that as of April 15th, 2024, when you

13   served your expert report in this case you said that you

14   had to followed the generally accepted methodology in

15   your field; which included conducting surrogate studies,

16   you had not conducted a surrogate study; isn't that true,

17   sir?

18 A It said generally accepted.  So it didn't say that this

19   with the rule.  I had done everything I could up to that

20   point for that.  I also had a material list on that

21   report which said everything that I had done up to that

22   point and what I based my report on.  We couldn't get

23   together for the surrogate study so the report was turned

24   in and then the surrogate study was done.  And then

25   before I did a deposition and before you guys asked me

4:43:36PM 1      about it we had done the surrogate study and I disclosed

2      all of that and gave you all the pictures and everything

3      from the surrogate study.

4  Q   But you had formed your opinions in this case before you

5      conducted your surrogate study hadn't you?

6  A   My opinions in my report, yes, I had.  The opinions in my

7      report and then when I went to deposition those opinions

8      hadn't changed.

9  Q   So it's a generally accepted methodology in your field to

10     conduct surrogate studies.  You formed your opinions

11     without conducting a surrogate study and then only two

12     and a half weeks later conducted a surrogate study after

13     you formed your opinions, correct?

14  A   After the opinions in the report, correct.  Again, it's a

15     generalized method.  It doesn't mean that you are able to

16     do everything that you want to do.

17  Q   Now, Defense Exhibit 313.43 is one of the photos from

18     that belated surrogate study that you did; correct, sir?

19  A   It is.

20  Q   Did you ever measure the amount of roof crush according

21     to Ford witness Colby Swicord?

22  A   What's the question?

23  Q   The question, sir, is did you ever measure the amount of

24     roof crush according to Ford witness Colby Swicord that

25     this jury heard testify this week?

4:45:05PM 1    A    Right.  I don't recall what he said the roof crush was.

2    Q    Did you read his deposition, sir?

3    A    I did.

4    Q    Do you recall that Mr. Swicord testified that the roof

5         collapsed to within four to six inches of the console?

6    A    That very well could have been true.

7    Q    Do you recall Mr. Swicord testifying to that when you

8         read his deposition?

9    A    I did, yes.

10   Q    How much room would your surrogate have had according to

11        Mr. Swicord's testimony that there was 4-6 inches of roof

12        crush above the console?

13   A    So if there's 4 to 6 inches above the console, the roof

14        is not going to deform uniformly.  We know that the roof

15        was at the top of the headrest based on the scene photos

16        and if it slopes down towards the top, somebody was able

17        to get through the windshield and check her pulse.  So

18        that would seem tough if the windshield is only about

19        6 inches high that they could get through there and get

20        her pulse as Mr. Harrison had testified to.

21   Q    Sir, respectfully, that wasn't my question.  My question

22        is how much room would the surrogate have had if

23        according to Mr. Swicord's testimony that the roof

24        collapsed to within 4 to 6 inches of the console?  Can

25        you draw for me on the screen there 4 to 6 inches of roof

4:46:49PM  1    collapse within the center console?

2    A    Within the center console or the IP?  The instrument

3         panel or the center console?  I thought you were talking

4         about the instrument panel.

5    Q    Didn't Mr. Swicord testify that it was the center

6         console?

7    A    I believe he did.

8    Q    He did.  Can you draw on the screen what 4 to 6 inches

9         within the center console is?

10        MR. BUTLER:  Above the center console.

11   Q    Above the center console.  Thank you.

12   A    Above the center console.  I can't see the center

13        console.

14   Q    You inspected the truck.  Can you estimate where the

15        center console is?

16   A    It's going to be at her hips.

17   Q    Can you draw on your screen there 4 to 6 inches above the

18        center console?

19   A    If is the center console isn't in the picture it makes it

20        very difficult to draw a line from the top of the center

21        console.  I don't mean to be difficult, but I don't see

22        it.

23   Q    I'm asking you to estimate where it is based on your

24        inspection of the truck.

25        MS. WRIGHT:  Objection, Your Honor, the center

Joan Drammeh * Federal Reporter * 706-653-1097

4:47:50PM 1 console was not in the photograph.  The witness has said that

2 three times now.  You can't put something on here if it

3 doesn't exist.  If Mr. Prather would like to show another

4 photograph perhaps he can.

5    MR. PRATHER:  Put up Defense Exhibit 313.44, which

6 has not yet been admitted into evidence Your Honor.

7 BY MR. PRATHER:

8 Q Dr. Sochor, is Defense Exhibit 313.44 a photograph that

9   you took during your inspection of the truck?

10 A During the surrogate study.

11 Q Sorry, during the surrogate study.

12 A Yes.

13    THE COURT:  It's admitted 313.44.

14 Q Dr. Sochor, would you agree with me you can see the

15   center console in Defense Exhibit 313.44?

16 A I do.

17 Q Can you draw on the screen a direct line 4 to 6 inches

18   above where the center console is?

19 A Sure.  I'm going to use my tape here if it's in plain;

20   it's going to be about that distance.  So it's going to

21   be about right there.

22    MR. PRATHER:  Mr. Gunn, is there a way to do a

23 screen capture?

24    MR. LOWREY:  I talked to Mr. Gunn about this

25 yesterday.  You can photograph what the screen shows and then

Joan Drammeh * Federal Reporter * 706-653-1097

4:49:28PM 1    have an electronic record.

2                    MR. BUTLER:  I'll do it right now.

3                    MS. WRIGHT:  Your Honor, I would object because this

4         is misleading; it's two-dimensional not three-dimensional.

5                    THE COURT:  That objection is overruled.

6    BY MR. PRATHER:

7    Q    Sir, isn't it true that you admit the roof crush caused

8         Mr. Mills to suffer injuries?

9    A    Mr. Mills would have interacted with the roof at some

10        point.  I said that he had minor injuries from that

11        possibly, but he didn't suffer any major injuries from

12        that.  He got his major injuries from the frontal

13        collision.

14   Q    That's not exactly what you told the jury is it, sir?

15        One of the very first questions that Ford's lawyer asked

16        you was whether the roof crush did not cause or

17        contribute to injuries.  Isn't it true that you've

18        admitted that roof crush did cause Mr. Mills to suffer

19        injuries?

20   A    Mr. Mills is in the vehicle.  He's entrapped and he's up

21        against the roof and so he could have gotten minor

22        bruises and things from that, but any of the fractures or

23        any of the bony injuries he did not get from the roof.

24   Q    You said he was trapped by the roof?

25   A    He was upside down in the vehicle and the roof

4:51:08PM  1    deformation, yeah, he couldn't get out of the vehicle on

         2    his own.

         3  Q   Isn't it true that you testified during your deposition

         4    that he had injuries to his head as a result of the roof

         5    crushing down on him?

         6  A   I did not.  I said that he had injuries to his brain

         7    based on rotation of the skull versus brain in the

         8    frontal collision.

         9  Q   I didn't write the page number down for the deposition.

        10    I apologize.  I will come back to that in a second.  Now,

        11    while you were testifying during your direct examination

        12    we went through your extensive CV that sounded like you

        13    were the chief cook and bottle washer up there in

        14    Virginia.  How many medical examiners are there for

        15    Albemarle County?  You're not the only medical examiner

        16    are you?

        17  A   There's five.

        18  Q   Isn't it true that you are not a pathologist?

        19  A   I'm not a pathologist.  I'm an emergency physician.

        20  Q   And you are not licensed to practice medicine in the

        21    State of Georgia, correct?

        22  A   I am not, no.

        23  Q   Isn't it true that you are not a cardiologist?

        24  A   I'm not a cardiologist.  I'm an emergency physician.

        25  Q   Isn't it true that you are not a radiologist?

4:52:46PM 1   A   I'm not a radiologist.

2   Q   Isn't it true that you are not a pathologist?

3   A   I think I already answered that, but it's true.

4   Q   Isn't it true that you are not authorized to perform

5      autopsies?

6   A   Correct.  I'm not authorized to perform medical legal

7      autopsies; that's correct.

8   Q   You didn't attend the autopsy in this case did you, sir?

9   A   I did not.

10   Q   Did you ask Ford if you could attend the autopsy in this

11      case?

12   A   I didn't.

13   Q   Did Ford ask you to attend the autopsy in this case?

14   A   They didn't.

15   Q   Ford has a pathologist, correct?

16   A   I believe so, yes.

17   Q   Who observed the autopsy in this case, correct?

18   A   Correct.

19   Q   Is that Dr. Downs?

20   A   That's Doctor Jamie Downs, yes.

21   Q   And you testified that you are an ER doctor, correct?

22   A   I am.

23   Q   Would you agree with me that there are plenty of

24      hardworking ER doctors right here in Columbus, Georgia at

25      Columbus Regional, Northside, or St. Francis that Ford

4:53:48PM 1     could've called as an expert witness in this case instead

2     of flying you down here all the way from Virginia?

3  A     I don't know that they have engineering degrees.  I don't

4     know that they have my background.  I don't know if

5     they've studied injury for 30 years.

6  Q     Isn't it true, sir, that you're not an expert in

7     positional asphyxiation?

8  A     I don't know that there is an expert in positional

9     asphyxiation in the world.  As I said, they don't have a

10     defined definition of it so it would be very difficult,

11     but, no, I am not.

12  Q     Isn't it true that you've never published any articles

13     about positional asphyxiation?

14  A     I haven't and when I looked for Dr. Eisenstat chapter

15     that he talked about I couldn't find that and it has

16     never been published.  So I looked because I wanted to

17     say what he had said about it, but I couldn't find it.

18  Q     You've never authored an article about positional

19     asphyxiation, correct?

20  A     I haven't.

21  Q     Isn't it true you've never served as editor of any

22     article or book regarding positional asphyxiation?

23  A     The books that I served as an editor we did not deal with

24     the issue of positional asphyxiation, no.

25  Q     Isn't it true that you have never determined that a

4:55:06PM 1       person's cause of death was from positional asphyxiation?

2  A   It's a very rare cause of death and I have not as a

3      medical examiner ever put that diagnosis down.

4  Q   Sir, I asked you earlier and Mr. Philyaw got me the

5      citation to the definition. Isn't it true that you admit

6      that roof crush caused Mr. Mills' injuries?

7  A   I would have to see the expert from the deposition,

8      please.

9  Q   Please put up page 308, lines 23 to 309-5 of Dr. Sochor's

10      deposition.  Isn't it true that during your deposition I

11      asked you:

12          Okay, please tell me all of the injuries that

13      occurred to Mr. Mills when the truck pitched over and the

14      roof crushed down.

15          Isn't it true that you responded:

16          So the injuries that could've occurred to Mr. Mills

17      are the cuts on the head and the contusions on the head.

18          Isn't that correct?

19  A   A cut and a bruise because he is upside down and he's

20      laying on the roof.  The roof is deformed and bent.

21  Q   So when you told this jury at the beginning of your

22      testimony that roof crush didn't cause or contribute to

23      Mr. Mills' injuries that wasn't true was it, sir?

24  A   If you want to go at the laceration and the bruise I was

25      referring to the major injuries and those were the

4:57:30PM 1          injuries that Mrs. Wright was asking me about.

2     Q    Sir, isn't it true that the Ford F250 so called super

3          duty had a four star crash rating for front-end crashes?

4     A    I don't know if that's true or not.

5     Q    Isn't it true that during your direct examination you

6          testified about something called NCAP?

7     A    I said 35-mile per hour crash test.  I don't know that I

8          ever said NCAP.

9     Q    Are you familiar with the NHTSA NCAP?

10    A    I am.

11         MS. WRIGHT:  Your Honor, I want to object.  I think

12    we had this problem earlier today.  The NCAP was referenced

13    during Mr. Burnett's testimony.

14         MR. PRATHER:  Okay, I thought that it came up during

15    Dr. Sochor's testimony.

16    BY MR. PRATHER:

17    Q    You just testified that you're familiar with the 35-mile

18         Delta-V NCAP test, correct?

19    A    Correct.

20    Q    Isn't it true that there's a star rating system that

21         NHTSA gives in connection with that 35-mile and hour in

22         Delta-V frontal impact test, correct?

23    A    Correct.

24    Q    Isn't it true that the star rating for the Ford F250 so

25         called super duty that the Mills owned for frontal

4:59:10PM 1     collision was a four star rating; isn't that true?

2    A    I don't know that that's true or not, but I will take

3         your word for it.

4    Q    I'll represent to you that it is.  Isn't it also true

5         that a four-star front-end crash tests rating means that

6         a person should only have a 10 to 15 percent chance of

7         injury in a 35-mile Delta-V frontal collision?

8    A    I'd have to see the NCAP chart.  There's a graph that has

9         a X and Y axis on it and it has got the bands and it has

10        got the stars in it.

11   Q    Are you familiar with the NHTSA document describing the

12        NCAP test?

13   A    I am.  I don't have it memorized.

14   Q    We've got a copy of it.  Will you put up Plaintiffs'

15        Exhibit 597, page 4?  Dr. Sochor, do you recognize

16        Plaintiffs' Exhibit 597 as the document titled resources

17        related to NHTSA's new car assessment program; which is

18        otherwise called the NCAP?

19   A    That's the title of the document, yes.

20   Q    Page 4.  Does page 4 describe that star rating system

21        that you said you were familiar with?

22   A    It does.

23             MR. PRATHER:  Your Honor, we would move to tender

24   Plaintiffs' Exhibit 597 into evidence.

25             MS. WRIGHT:  Your Honor, I have no objections to

5:02:35PM 1   illustrative, but it's otherwise hearsay.

2            MR. PRATHER:  It's a government record created by

3    the Department of Transportation Your Honor.

4            MS. WRIGHT:  That doesn't resolve the hearsay issue

5    Your Honor.  I have no objection.  I'm not sure whether this

6    is Mr. Prather's witness or Mr. Lowrey's but I have not

7    objection to him showing this to the witness and using it as

8    an illustrative; it just isn't admissible.

9            MR. LOWREY:  Doesn't show a government rating system

10   rather than assert a fact?

11           MR. PRATHER:  I'm fine with showing it as an

12   illustrative exhibit, Your Honor.

13           THE COURT:  Okay, it's admitted for illustrative

14   purposes.

15   BY MR. PRATHER:

16   Q    Dr. Sochor, you testified earlier that you are familiar

17        with NHTSA NCAP star rating systems, correct, for frontal

18        collisions?

19   A    Yeah.  I know of the star rating system, yes.

20   Q    Isn't it true that to get a four star rating, which the

21        jury can see here on the screen what that means is that

22        in a 35 mile-per-hour Delta-V frontal impact collision

23        there has to be only a 10 to 15 percent chance of serious

24        injury; isn't that true?

25   A    There has to be.  As star system is that there would be

5:04:07PM 1       that a chance of serious injury if they potentially got a

2       four-star; it's not guaranteed.  It could be higher.  It

3       could be lower.

4  Q   To be a four-star NCAP rated truck there can be no

5       greater than a 15 percent chance of serious injury,

6       correct?

7  A   So I think that the star rating means that if you got a

8       four-star there is a 10 to 15 percent chance of a serious

9       injury.

10  Q   So that means an 85 percent chance or a 85 to 90 percent

11       chance of no serious injury, correct?

12  A   Correct.

13  Q   And when we are talking serious injury we are talking the

14       AIS3 or above injuries that you testified about during

15       your direct examination, correct?

16  A   Correct.

17  Q   Isn't it true that the Delta-V for the frontal impact in

18       the Mills wreck was less than 35 miles per hour, correct?

19  A   It may have been a little bit less than 35 miles per

20       hour.

21  Q   It was 34.77, correct?

22  A   Right.

23  Q   Under your theory about the forces involved, isn't it

24       true that Mills should have had at most a 10 to

25       15 percent chance of serious injury in this frontal

5:05:33PM 1    impact?

2    A    No.  The serious injury crash test dummies are based on a

3         44-year-old male, a 50th percentile dummy is 5'8" weighs

4         175 pounds.  And so if you take a healthy 44-year-old

5         male and put them in a vehicle, that's what that crash

6         rating system means.  That's what it's based on.  It's

7         not based on a 74-year-old man with COPD or a 64-year-old

8         woman.

9    Q    Has Ford's lawyers shown you the window sticker Ford put

10        on the Mills' truck showing the four-star rating that

11        this truck had?

12   A    No.

13   Q    When the Mills bought this truck weren't they told that

14        this truck had a four-star rating in frontal impact?

15   A    I do not know what the Mills were told when they bought

16        the truck.

17             THE COURT:  Closing in on the finish line

18   Mr. Prather.

19             MR. PRATHER:  I am, Your Honor.  Plaintiff Exhibit

20   14A just for illustrative purposes.

21   BY MR. PRATHER:

22   Q    Can you see that document on your screen?

23   A    I see a window sticker, yeah.

24   Q    This is the Ford document, correct?

25   A    Correct.

5:07:12PM 1    Q    This is the Ford window sticker that was on the Mills

2              truck when they purchased it, correct?

3         A    I don't know that anybody knows that the sticker was on

4              there.  I assume that they looked at the sticker.  I will

5              go with that.

6         Q    Do you see that there is a four-star rating for frontal

7              impact?

8         A    Yes.

9         Q    And that's the four-star rating that we were talking

10             about earlier, correct?  Meaning that there should be no

11             more than a 10 to 15 percent chance of serious injury in

12             a 35-mile Delta-V frontal collision, correct?

13        A    Representing a 44-year-old male who is perfectly healthy,

14             yes.

15        Q    That isn't stated anywhere on this document is it, sir?

16        A    It's not.

17        Q    Isn't it true you served your expert report in this case

18             on April 15th, 2024?

19        A    Yes.

20        Q    Isn't it true that you personally signed that expert

21             report?

22        A    Yes.

23        Q    You testified earlier today that the abbreviated injury

24             score or AIS is a system that is used to classify and

25             describe the severity of injuries, correct?

5:08:59PM 1    A    Correct.

2    Q    Isn't it true that it's a scale that goes from one to six

3         with one being mild, three being serious, and six being

4         fatal?

5    A    Correct.

6    Q    Isn't it true that your expert report contains a chart

7         stating that Mrs. Mills had an AIS injury score of three

8         to her head/neck?

9    A    Right.  I corrected that in my deposition and said that

10        that was an error.  She didn't have any of those.  If you

11        look at the text of my report she only had ones and twos

12        on her head so that was an error and I corrected that

13        that in my deposition.

14   Q    Plaintiffs' Exhibit 310, page 10.  Do you recognize

15        page 8 as a page from your expert report in this case?

16   A    I do.

17             MR. PRATHER:  We would move to tender Defense

18   Exhibit 310 as an exhibit purely for illustrative purposes.

19             THE COURT:  All right.

20             MS. WRIGHT:  I think this is the page Dr. Sochor

21   indicated previously, correct?  I have no objection.

22             THE COURT:  It's admitted for illustrative purposes.

23   BY MR. PRATHER:

24   Q    Isn't it true Dr. Sochor that you put in this chart that

25        Mrs. Mills had a head/neck AIS score of three, correct?

5:10:59PM  1   A   Correct.

2   Q   And isn't it true that's a big problem for Ford since

3       Ford told this jury -- And an AIS3 injury to your head

4       and neck is a serious injury, correct?

5   A   I corrected this.  If you look at the injuries that are

6       listed above and the AIS is actually the number after the

7       DOT code.  It had gotten transferred over for Mr. Mills

8       and it became a three.  It was supposed to be a two.  I

9       had rectified this in my deposition.  There is a three on

10       there but that's a mistake and I corrected that in my

11       depo.  If you look at the verbiage and the injuries that

12       were coded there is no three in the head.

13   Q   Isn't it true that during your deposition you blamed your

14       wife for making that mistake?

15   A   And I don't want to do it again but, yes.  My wife had

16       transferred it over and I would rather take the hit than

17       her.

18   Q   Dr. Sochor -- I am almost done Your Honor.  Sir, isn't it

19       true that the autopsies in this case occurred on August

20       2-3, 2023?

21   A   I believe that's correct.

22   Q   You weren't present at the autopsies, correct?

23   A   I was not.

24   Q   But Ford's pathologist Dr. Downs was present during those

25       autopsies, correct?

5:13:34PM 1  A    That is my understanding, correct.

2  Q    Isn't it true that during the autopsy Dr. Downs didn't

3       say anything about a heart attack or a sudden cardiac

4       event?

5            MS. WRIGHT:  Objection, lack of foundation, Your

6  Honor.

7            THE COURT:  Overruled.  He can ask him if he knew

8  about that.

9  A    I don't know what he said there.  I didn't review all of

10      the video.  I looked at the pictures.  I don't know what

11      Dr. Downs said at the -- I wasn't there so I don't know

12      how I would know what he said when he was there.

13  Q    Have you read Dr. Downs' deposition?

14  A    I have.

15  Q    Isn't it trued that you served your expert report on

16      April 15th, 2024?

17  A    Yes.

18  Q    Isn't it true that between these two dates Dr. Eisenstat

19      served an expert report on February 15th, 2024?

20  A    I will take your word for it, but yeah that sounds right.

21      It was before our reports were due.

22  Q    And you've reviewed that report, correct?

23  A    I did.

24  Q    When after the autopsy on August 2nd and August 3rd,

25      2023, did you come up with the idea that Mrs. Mills had a

5:15:38PM 1     sudden cardiac event?

2     A     It wasn't the autopsy as much as the radiology that was

3           done.  So they had done a CT scan of the bodies and they

4           had done an MRI of Mrs. Mills.

5     Q     Isn't it true that you are the one who came up with this

6           idea that Mrs. Mills had a sudden cardiac event?

7     A     Based on all the information I had, yes, she had a

8           cardiac event.

9     Q     So Dr. Downs who goes to the autopsy on August 2nd,

10          2023 -- Dr. Downs is a pathologist, correct?

11    A     He is.

12    Q     He doesn't mention anything at the autopsy about a sudden

13          cardiac event, correct?

14    A     I don't know.  I wasn't there.

15    Q     And yet it was you an ER doctor who is not a forensic

16          pathologist who testifies for automakers all the time who

17          came up with this idea that Mrs. Mills had a sudden

18          cardiac event, isn't that true?

19    A     There were many doctors and calls.  That is the

20          conclusion we came to based on the traumatic injuries

21          that weren't there.  Based on as I testified earlier no

22          input into the vehicle going off the road, launching it

23          into the air.  Unfortunately, Mrs. Mills is dead like

24          five minutes after this all occurred, but there's not a

25          traumatic injury to explain that.

5:17:23PM 1    Q    These calls that you're talking about, what you're

2              talking about is a layer engineering conference or a LEC;

3              correct?

4         A    Yeah.  When the other doctors and experts are on the

5              call.

6         Q    And the other doctor who was on the lawyer engineering

7              conference in which you came up with the idea Mrs. Mills

8              had a sudden cardiac event was Dr. Raphael, isn't that

9              true?

10        A    Dr. Raphael was on the call also, so was Dr. Downs, and

11             so was Dr. Camacho.

12        Q    Please put up Mark Sochor's deposition at page 102

13             lines 10 through pages 103, 7.

14             MS. WRIGHT:  Your Honor, if this is for impeachment

15        then I think it should be clear impeachment.  The page they

16        are showing us is not.

17             MR. MALEK:  I haven't seen anything yet.  I don't

18        know what he's pointing him to.

19             MR. PRATHER:  Your Honor, I'm going to call it a day

20        right there.

21             THE COURT:  Okay.  Redirect.

22             MS. WRIGHT:  Yes, Your Honor, very short.

23                        REDIRECT EXAMINATION

24        BY MS. WRIGHT:

25        Q    Dr. Sochor, are you familiar with HIPAA?

Joan Drammeh * Federal Reporter * 706-653-1097

5:19:10PM 1    A    I am.

2    Q    And what is it HIPAA?

3    A    HIPAA is the Health Information Protection Act so you

4         don't want in public record people's medical information.

5         Supposedly the act came from somebody was selling

6         patient's information that had a certain type of cancer

7         and they were recruiting people to take certain

8         medications and things.  So they thought that that was a

9         violation; that everybody should have their privacy to

10        themselves and so they came up with HIPAA.

11   Q    So if we wanted to obtain for example Mrs. Mills' medical

12        records we have to sign a release that we won't disclose

13        them outside of this litigation, correct?

14   A    Correct.

15   Q    Have you ever in a lawsuit when you've been retained by

16        the defendant picked up the phone and called the doctor

17        for the plaintiff on the other side?

18   A    No.

19   Q    Would you do that?

20   A    No, I would not.

21   Q    With respect to Dr. Ellis who was that cardiologist, how

22        many years before the accident had he last seen her?

23   A    I believe it was several.

24   Q    Do you know whether Dr. Ellis was even aware that she had

25        been hospitalized with chest pains in the month or two

5:20:33PM 1    before her accident?

2    A    I don't believe he was.

3    Q    There was something written up here that Mr. Prather

4         wrote about no clinical testing and enlarged heart, did

5         you review the medical records for Mrs. Mills?

6    A    I did.

7    Q    Were there any reference by Mrs. Mills or anyone else to

8         the reference to an enlarged heart?

9    A    In 2014 there was a reference to an enlarged heart.

10   Q    Now, this 4 to 6 inches over the console.  Do you know

11        what part of the console Mr. Swicord is referring to?

12   A    I don't.

13   Q    That line the two-dimensional photograph will you tell me

14        if that's a four to six or so for the part of the console

15        he's referring to?

16   A    I don't.

17   Q    You were drawing on that line that two dimensional

18        photograph.  Can you tell me do you know whether that is

19        actually 4 to 6 or whether it's actually over the part of

20        the console he was referring to?

21   A    I don't.

22   Q    Would you defer to Dr. Vogler as to what the roof looked

23        like internally, what you couldn't see instead of a

24        witness as the scene?

25   A    Yes.  I was just doing as I was told.

5:21:32PM 1    Q   All right, with respect to the NCAP test you were saying

2         that it's based up on a 50th percentile male who is a

3         44-year-old?

4    A   Yes.

5    Q   This 10 to 15 percent of serious injuries, are people who

6         are 74 in compromised health or 64 and in compromised

7         health at a greater risk of injury in an accident?

8    A   They are.

9    Q   And di Mr. and Mrs. Mills see only this one 35-mile-per

10        hour Delta-V impact?

11    A   No, they saw the second impact also.

12    Q   Did they also see a pitchover?

13    A   And the pitchover, yes.

14    Q   Is the movement in that pitchover the same as the

15        movement in a rollover or a frontal?

16    A   It is not.  No, the rollover that I believe that NHTSA is

17        rating is the rollover that we talked about that rolls

18        like a football down the road.

19    Q   Not what we had in this case, correct?

20    A   Not like what we had in this case, no.

21    Q   Is your opinion regarding Mrs. Mills having a cardiac

22        event that led her to be unconscious and leave the road

23        an idea you just came up with?

24    A   No.  Obviously we looked at all the aspects.  We were

25        looking for a traumatic injury so that's why we wanted to

5:22:48PM 1     have radiology.  We wanted to have the -- When we had

2     heard that they were going to exhume the bodies and do an

3     autopsy that's why we asked to have radiology.  We wanted

4     to look at the injuries and that way we would be able to

5     look at the injuries and possibly explain why she had

6     died so suddenly.  She died so suddenly within minutes of

7     this crash.

8  Q  Did you come to this opinion after looking at the

9     radiology, and the medical records, and the accident

10    information and everything else you considered in this

11    case?

12 A  Yes.

13        MS. WRIGHT:  Thank you.

14        THE COURT:  Recross.

15        MR. PRATHER:  Very briefly Your Honor.

16                    RECROSS EXAMINATION

17 BY MR. PRATHER:

18 Q  Isn't it true that the sons of Mr. and Mrs. Mills

19    executed a HIPAA release so that Ford could obtain their

20    medical records in this case?

21 A  I am not aware of that.  I got the medical records but I

22    don't know about the HIPAA release.

23 Q  You're a doctor.  You know that the only way you could've

24    seen their medical records is if an authorized

25    representative of the estate of Mr. and Mrs. Mills had

5:23:49PM 1  signed a HIPAA release, correct?

2 A I would hope so, yes.

3 Q Did you ask Ford to ask us if you could call Dr. Ellis?

4 A No.

5 Q Isn't it true that we asked Dr. Ellis to sit for a

6  deposition taken by Ford's lawyers when Ford's lawyer

7  asked us to do that?

8 A I saw Dr. Ellis's deposition so I assume that's how it

9  happened.

10 Q Did you read Dr. Ellis's deposition?

11 A I did.

12 Q And you inspected the truck and conducted an exemplar for

13  your surrogate study, correct?

14 A Yes.

15 Q Isn't it true that the top of the center console was

16  flat?

17 A The top of the center console is flat.

18 Q No further questions Your Honor.

19   THE COURT:  All right, sir, you are excused.  You

20 may go.  Who is your next witness Ms. Wright?

21   MS. WRIGHT:  Your Honor, Ford will rest.  Thank you.

22   THE COURT:  All right, Ford rests.  Does the

23 Plaintiff have any rebuttal?

24   MR. BUTLER:  Yes, sir, very briefly.

25   THE COURT:  Call was your rebuttal witness.

5:25:16PM 1              MR. BUTLER:  We call Mr. Jason Mills Your Honor.

2              THE COURT:  All right Mr. Jason Mills, come to the

3       witness stand please.  Ladies and gentlemen as I think I told

4       you a couple of weeks ago that the Defendant when they rest,

5       the Plaintiff then can put up rebuttal evidence if they want

6       to and then once that rebuttal is over you will have all the

7       evidence you are going to hear unless the Defendant puts up

8       surrebuttal evidence, but you'll see.  Go ahead Mr. Butler.

9              You've already been sworn in your case so I am just

10      going to tell you today you're under that same oath to tell

11      the truth.

12              THE WITNESS:  Yes, sir.

13                         JASON MILLS

14          Whereupon, witness having been duly sworn,

15                    testified as follows:

16                     DIRECT EXAMINATION

17      BY MR. BUTLER:

18      Q   Mr. Mills, did you ever see your mother Debra Mills

19          wearing a seatbelt under her arm?

20      A   No, sir.

21      Q   Have you ever heard of anybody who ever saw your mother

22          Debra Mills wearing her seatbelt under her arm?

23      A   No, sir.

24      Q   What would your father Herman Mills have said if she

25          tried to do that based on your experience?

5:26:12PM 1          MR. PEELER:  Your Honor, objection.  That's pure

2      speculation.  What would your father have said; that's

3      speculation.

4                MR. BUTLER:  I don't believe it is, Your Honor.

5                THE COURT:  That's sustained.

6      BY MR. BUTLER:

7      Q    What was your father's view about wearing seatbelts?

8                MR. PEELER:  Your Honor, I object again --

9                THE COURT:  That's overruled.  He can ask him his

10     father's --

11     A    When you got in a vehicle with my father that's the first

12          thing he said was buckle up.

13     Q    What as your father's view about safety in general?

14     A    Growing up being in constriction and workforce safety is

15          first; that's with anything.

16     Q    You've been here and you've listened to the testimony.

17          You understand that Ford had lawyers and investigators

18          down in Bainbridge and in Decatur County Georgia talking

19          to scene witnesses.  You heard about that haven't you?

20     A    I've been here.  I heard about that.

21     Q    Have you heard from anybody in the world that any of

22          these Ford lawyers an investigators that were down there

23          in Bainbridge in Decatur County Georgia ever asked any of

24          the people who knew Debra Mills if they'd ever seen her

25          wear her seatbelt under her arm?

5:27:20PM 1    A    Not that I am aware of.

2              MR. PEELER:  Objection, that's hearsay.

3              THE COURT:  Sustained.

4              MR. PEELER:  Thank you.

5    BY MR. BUTLER:

6    Q    There was a statement by this last witness for Ford Motor

7         Company about your father Herman Mills having a "tiny

8         bleed in his head and no head injury from the roof

9         crush".  What did your father's head look like during

10        those nine days he was the hospital in Tallahassee before

11        he died?

12   A    It was probably three times the size of his normal head

13        swole.

14   Q    Is that something you saw with your own eyes?

15   A    Yeah, I saw it every day for nine days.

16   Q    Thank you Mr. Mills.

17             MR. BUTLER:  Thank you, Your Honor.

18             THE COURT:  Any cross?

19             MR. PEELER:  No, Your Honor.

20             THE COURT:  Sir, you may step back.  Any other

21   rebuttal Mr. Butler?

22             MR. BUTLER:  No, Your Honor.  Although we do need to

23   tender an exhibit and we've got the photograph of Defense

24   Exhibit 313.34 and we will produce it to Ford tonight.  I've

25   already e-mailed it to Ms. Andrews; and we will label that

5:28:31PM 1    Plaintiffs' Exhibit 313.34 so it has got the same number.

2    Plaintiffs' Exhibit 313.34.  We tender that into evidence.

3    It's just a photograph of Dr. Sochor's line showing what he

4    says is the 4 to 6 inches above the console.

5              MS. WRIGHT:  No that would be illustrative, Your

6    Honor.

7              MR. BUTLER:  No, we're tendering it into evidence

8    Your Honor for the jury to take when them.  We think it needs

9    to go to the jury room.

10              THE COURT:  What's the objection?

11              MS. WRIGHT:  Your Honor, first of all, to date none

12    of these have come in and any annotation on any piece of

13    exhibit has been removed at the Plaintiffs' request.  So if we

14    are going to go and put annotations back we're putting all of

15    Dr. Vogler's annotations --

16              THE COURT:  I'm going to admit it for illustrative

17    purposes and counsel can show it to the jury during closing

18    arguments, but it will not go out with the jury.

19              MR. BUTLER:  Thank you, Your Honor.

20              THE COURT:  Anything else Mr. Butler?

21              MR. BUTLER:  No, sir.

22              THE COURT:  Any surrebuttal?

23              MS. WRIGHT:  No, Your Honor.

24              THE COURT:  Okay, ladies and gentlemen.  You get to

25    go home early this evening, but rest up because you may be

5:29:35PM 1    here late to tomorrow.  What will happen in this morning is we

2    will come back at 9:00 a.m. and the lawyers will give their

3    closing arguments where they will argue to you what they think

4    the evidence has shown and why they think it has not shown and

5    why they think you should side with them or not.  Then I will

6    give you instructions on the law and then you'll begin your

7    deliberations, your discussions about the case in hopes of

8    reaching a verdict in the case.

9              So as far as how long you'll have to reach a verdict

10    that's really up to you.  How long it takes.  If we get to the

11    end of the day and you still have not reached a verdict but

12    you think you're making progress and you'd like to stay later

13    than we normally stay then I will certainly let you do that.

14    We will stay here with you if you want to do that.  You may

15    want to tentatively prepare just in case that happens.

16              Once we should be able to get the case to you with

17    my instructions and with the argument by lunchtime.  So once

18    we allow you to deliberate we can buy your lunch, mainly

19    because we don't want you to leave the courthouse.  We want

20    you to stay upstairs and eat lunch while you're working.  We

21    can't buy you a fancy lunch so this is what we're going to do.

22    If you don't like the lunch we're going to bring you then you

23    are on notice to bring your own lunch.

24              We are going to bring in a bunch of Chick-fil-A

25    sandwiches and some potato chips, that's as good as we can do.

5:31:07PM 1   If we get anything fancy Mr. Trump or Mr. Musk will get on us

2   for wasting taxpayer money so this is about as good as we are

3   going to be able to do.  So just know that you will have that

4   for lunch and if that's not going to fit within your dietary

5   requirements, maybe you can bring your lunch.  But I think it

6   would be better for you to have your lunch here so you can

7   continue to discuss during your deliberations and get this

8   matter decided.

9          All right, although you've got all the evidence you

10   still should not discuss the case with anyone.  Don't let

11   anybody discuss it with you.  Don't do any independent

12   investigation.  Your verdict has got to be based solely on

13   what you've heard in this courtroom during this trial.  So you

14   may go at this time.  We will see you at 9:00 a.m. in the

15   morning.  Have a good evening.

16   [JURY EXITS COURTROOM]

17          THE COURT:  All right, to preserve the record does

18   anybody want to put a motion on the record or not now that the

19   all of the evidence is in?  You can be seated.  Who has got a

20   motion?  Mr. Eady.

21          MR. EADY:  Yes, Your Honor.  Ford Motor Company has

22   renewed its motion for judgment as a matter of law.  As the

23   Court recalls, at the close of Plaintiffs' case Ford moved for

24   a judgment as a matter of law on Rule 50.  The Court denied

25   portions of that or deferred ruling.  Earlier today the Court

5:33:02PM 1    granted the motion with respect to Plaintiffs' failure to warn

2    claims.

3            Ford Motor Company has now renewed its motion with

4    respect to the rest of the claims that's based upon the

5    evidence that has been presented during the entirety of the

6    trial so the Court can look at certain of these issues, all of

7    the evidence at once.  We can put that in a written motion and

8    we would rely upon the written motion.

9            THE COURT:  All right, response briefly.

10           MR. LOWREY:  Certainly, it will be very brief.  If

11   there's an issue that you are contemplating granting judgment

12   on I am happy to address it.

13           THE COURT:  There is not.

14           MR. LOWREY:  Excellent.  As far as the written brief

15   filed I would prefer not to have team members tied up writing

16   a written response if you don't need it.

17           THE COURT:  I'm fixing to rule from the bench.  I

18   have sat through the whole trial.  I think I know the legal

19   issues and the factual issues.

20           MR. LOWREY:  I'm sitting down.

21           THE COURT:  The Court finds that there are genuine

22   factual disputes to be resolved by the jury as to all of the

23   remaining claims and therefore this case is not one the Court

24   finds should be decided as a matter of law.  Consequently the

25   motion for judgment as a matter of law is denied in its

5:34:21PM 1   entirely, except for the Court's earlier ruling today that the

2   failure to warn claim is no longer in the case.  The Court did

3   rule as a matter of law that that claim is not in the case

4   based on a lack of proximate cause.  All right, anything else

5   we need to take up before you all argue it in the morning

6   Mr. Butler, an hour and 15 minutes for opening and close?

7         MR. BUTLER:  Yes, sir, that will be fine.  Thank you

8   very much.

9         THE COURT:  Defendant an hour and 15 minutes.  Is

10   one person going to do it or are you going to spilt it up?

11   You're going to do it okay.  Yes, sir.

12         MR. LOWREY:  We have to comments on the revised jury

13   instructions.  For the record we renewed our objection to you

14   refusing to charge request to charge one and two.

15         THE COURT:  Yes, sir.

16         MR. LOWREY:  I know that's not going anywhere.  But

17   we particularly ask you to reconsider your denial of request

18   to charge number 19, which is failure to call a witness and

19   the presumption that follows therefrom.  That is now very

20   well-adjusted to the evidence of the case as they have not

21   called Dr. Downs or any Ford expert who attended the autopsy.

22         THE COURT:  All right.

23         MR. LOWREY:  And under Federal Rule of Evidence 302

24   in a civil case state law governs the effect of a presumption

25   regarding a claim or defense for which state law supplies the

5:35:38PM 1    rule of decision.

2    THE COURT:  You want to address that issue

3    Mr. Melton?

4    MR. MELTION:  Yes, Your Honor.  As you said last

5    night, first of all, their motion is based on a notion that

6    there is an essential witness.  There is no law that makes

7    that requirement that they are basing their motion on; and

8    absent such a requirement there's no justification for such an

9    instruction.  Secondly, they've got access but as you know

10    they assumed their abilities to subpoena witnesses and that

11    rule is based on lack of equal access to a particular witness.

12    MR. LOWREY:  I don't know that we have any power to

13    compel a Ford paid expert to testify.

14    THE COURT:  Let me ask you this Mr. Lowery.  Is

15    there anything that would have prevented you from playing or

16    reading the deposition of Dr. Downs in your rebuttal?

17    MR. LOWREY:  I don't know of anything that would

18    have prevented that.

19    THE COURT:  Would that not make him available for

20    the purposes of this legal principle to the Plaintiffs?

21    MR. LOWREY:  I don't think so, Your Honor.

22    MR. BUTLER:  I think we would have had an objection

23    to every question as leading.

24    THE COURT:  Well, I don't think so is not comforting

25    to me as far as putting something like that as potential error

Joan Drammeh * Federal Reporter * 706-653-1097

5:37:07PM 1   in the case.  I'm not going to give the instruction.

2   Mr. Butler can argue him not being here and what he thinks

3   that means, but I'm not going to give the instruction.

4         MR. LOWREY:  Heard, Your Honor, and I know you are

5   launching yourself up out of your chair.  I have one request

6   on the instructions.  At the top of page 18, charge number 10;

7   would describe Ford's contributory negligence defense or fault

8   or whatever it's called these days under Georgia law?  Page 18

9   does correctly reflect that Ford's contention is that she was

10   negligent "for causing the wreck".  Given the massive amount

11   of attention seatbelts have received this week, we would

12   request that you clarify something like Ford Motor Company

13   does not contend that the manner in which Debra Mills wore her

14   seatbelt was a proximate cause of either her injuries or her

15   death.  And maybe they don't have any objection to that.  So

16   maybe I will stop talking to hear what they say, but I've got

17   more thoughts on that.

18         MR. MELTION:  Could you read the language again,

19   please?

20         MS. WRIGHT:  Your Honor, just to be clear, the way

21   she wore her seatbelt is what gave her the constellation of

22   injuries she got.  We have not contended that had she worn it

23   properly she would have gotten injuries that way too.  So the

24   way she wore her seatbelt got her those particular injuries;

25   it did not lead to her death.  We are not suggesting that, but

5:38:27PM 1    had she worn it this way she would have gotten different

2    injuries.

3             MR. MELTION:  We would pose a charge along those

4    lines to the extent that it would suggest that that's where

5    our position is.

6             MS. WRIGHT:  We don't intend to argue she was

7    negligent for the way she wore her seatbelt.  We simply say it

8    explains the injury pattern.

9             MR. LOWREY:  The thing about that is we have heard

10   so much evidence about seatbelts.  We brought it up because we

11   knew they were going to.  I'm still at a complete loss to

12   understand the relevance to any of it.  I think we heard

13   Ford's counsel acknowledge there's no evidence that her

14   injuries were any worse than they would have been had she been

15   wearing her belt here and here, but certainly it can't

16   possibly be a cause of her death or Mr. Mills' pain and

17   suffering or death.  And we've got to know that if they put

18   contributory fault on that verdict form, that they weren't

19   thinking seatbelts.  You've been careful, Your Honor, to be

20   sure the jury is not confused about what claims are in the

21   case.  You had us stand up and volunteer, correctly so, that

22   we don't have a seatbelt claim.  There is a massive risk of

23   jury confusion given the attention this issue has received.

24             THE COURT:  Run me a copy.  I don't even have a copy

25   of the instructions here in front of me.

5:39:43PM 1    MR. MELTION:  Your Honor, I would again say that in

2 light of the closing arguments that we anticipate that's a

3 charge we've had a problem with, the solution without a

4 problem.  And I do believe that it would highlight what we're

5 not arguing if you gave that charge.

6    MR. LOWREY:  I mean the problem is caused by the

7 massive focus on the trial testimony.  The jury is going to be

8 left to speculate what in the world seatbelts have to do with

9 this case if it's not to show that she somehow hurt herself or

10 caused injury to herself by the way she wore it.  And if you

11 just say it in the charge in passing, it's not going to

12 highlight anything or ring any bell.  But for us to say Ford

13 doesn't contend in closing -- For us to say Ford doesn't

14 contend that her seatbelt caused her death or injuries that's

15 different.

16    THE COURT:  The problem is Ford does contend that

17 the seatbelt wearing is relevant to their defenses as to how

18 she moved in the vehicle.

19    MS. WRIGHT:  Correct.

20    THE COURT:  So it would be inappropriate for me to

21 send the message that seatbelts are completely irrelevant.

22    MR. LOWREY:  Agree, but it's not a basis for Ford's

23 contributory negligence defense.

24    THE COURT:  What the charge says currently is that

25 Ford Motor Company contends that Debra Mills was responsible

5:41:17PM 1    for causing the wreck and that she was responsible for the
        2    injuries she and Mr. Mills suffered.  This is an affirmative
        3    defense so that makes it clear that the basis for contributory
        4    negligence is their contention that she caused the wreck.
        5            MR. LOWREY:  Could we say sole basis?  Is there room
        6    to put that in?
        7            THE COURT:  That then is contradictory to the
        8    comparative fault aspect where they can find that she's not
        9    the sole basis but that she is a percentage at fault.
       10            MR. LOWREY:  I see what you mean.
       11            THE COURT:  That could be confusing.  I think this
       12    is clear.  Do I have Ford Motor Company's contention correct
       13    here as to your contributory negligence contention Ms. Wright
       14    that Ford Motor Company with regard to contributory
       15    negligence; is the contention that Debra Mills was responsible
       16    for causing the wreck?
       17            MR. BOORMAN:  Your Honor, I don't want to contradict
       18    anything that was done last night, but I think the evidence is
       19    Mr. Buchner has testified that she intentionally drove off the
       20    road.  So it's not just Ford.  It is the Plaintiffs'
       21    contention; it is the parties contention --
       22            THE COURT:  That's not what I am asking you.  What I
       23    am asking you is whether Ford's contention with regard to
       24    contributory and comparative negligence is that she was
       25    responsible for causing the wreck in the first place; that's

5:43:02PM 1   the contention.

2            MS. WRIGHT:  Yes.

3            THE COURT:  Okay, well then that's accurately

4   stated.  There's not a contention that she was contributorily

5   negligent by wearing her seatbelt under her arm as far as the

6   contributory negligence defense is concerned, correct?

7            MR. MELTION:  That's my understanding Your Honor.

8            THE COURT:  My understanding of the underarm

9   businesses is that it went to the kinematics -- whatever the

10   word is -- how she moved, and how she got the injuries, and

11   the extent of the injuries; that's the purpose of that

12   evidence.

13            MS. WRIGHT:  She got the injuries because of the way

14   she wore her belt; that's the testimony.  I don't know what

15   else to say.

16            THE COURT:  But you're not contending that she was

17   contributorily negligent by not wearing the belt properly.

18            MS. WRIGHT:  The extent she gest those injuries --

19   She would not have had those particular injuries if she had

20   worn her belt properly.  If they are going to claim those

21   injuries are, in fact, what led to her death then yes.  But we

22   obviously have very different views on cause of death here.

23   But if they are going to claim that the injuries she got, the

24   torso injuries, because she wore it under her arm are what

25   caused her death then, yes, we have a contrib claim on that.

5:44:26PM 1    MR. LOWREY:  We are not claiming that the injuries

2    she suffered from wearing the belt -- We are not seeking any

3    pain-and-suffering on that.

4        THE COURT:  This is the point.  I understand you may

5    be making that argument with regard to whether or not there

6    was proximate cause between the roof crush and those injuries,

7    but my question is as I understand it you don't contend and

8    you don't plan to tell this jury that even if you find she was

9    not negligent driving off the road, she was negligent for not

10   properly wearing her seatbelt; and therefore if you find that

11   to be the case you should reduce her damages because of her

12   degree of comparative fault.  Are you contending that or not?

13       MS. WRIGHT:  It's sort of a chain of events, Your

14   Honor.  We believe she had a cardiac event that caused her

15   death.  If they don't agree and that she intentionally drove

16   off the road and had this --

17       THE COURT:  Do you contend she was contributorily

18   negligent by wearing her seatbelt improperly?

19       MS. WRIGHT:  If she didn't have a cardiac event

20   then, yes.  If she had a cardiac event then it doesn't matter.

21       THE COURT:  Okay, you do contend that then.

22       MS. WRIGHT:  Only because they are claiming that the

23   injuries she got in the accident were caused by the roof.

24       THE COURT:  Okay, well, that's new to me.  I thought

25   the contention was of contributory negligence was unrelated to

5:45:51PM 1    the seatbelt and was related to her driving off the road.

2         MR. LOWREY:  There's a good reason you think that

3    because it always has been.  To be clear Your Honor, we're not

4    seeking damages for pain and suffering from any injuries until

5    the roof landed on the ground.

6         THE COURT:  Well, they contend that now, apparently

7    from what I am hearing, they contend that in addition to their

8    alternative theory if they don't find that she had a heart

9    attack is that she was negligent in running off the road;

10    that's what I thought was the theory all along.  Now I am

11    hearing that if they don't think she was negligent for running

12    off the road, she was negligent for the way she wore her

13    seatbelt and that should be used for comparative thought

14    purposes --

15         MS. WRIGHT:  Your Honor, I will make it simple.  She

16    had a cardiac event and ran off the road; that's what I am

17    going to argue to this jury tomorrow.  And I'm going to argue

18    that her injuries which occurred shortly before she died from

19    the cardiac event were caused by the way she happened to wear

20    her seatbelt in the frontal collision; that's what we are

21    going to argue.

22         MR. BUTLER:  That's comparative negligence and

23    comparative fault.

24         MS. WRIGHT:  Well, no, because Mr. Butler you're

25    claiming she got them from the roof.  So if the jury finds

Joan Drammeh * Federal Reporter * 706-653-1097

5:47:06PM 1    there's no --

2              THE COURT:  All right, let's just say this is their

3    argument.

4              MS. WRIGHT:  We are fine with the instruction the

5    way it is.

6              THE COURT:  Let's say this is their argument, why

7    are they precluded from making it as far as the seatbelts?

8    Why would they be precluded from making it?

9              MR. LOWREY:  I will absolutely answer the Court's

10   question.  I think that we just may have reached an agreement

11   to leave it as is; is that --

12             THE COURT:  If you all can agree to leave it as is

13   we will go with that.

14             MR. LOWREY:  We agreed, Your Honor, and I regret and

15   sincerely apologize to everyone for delaying their dinner.

16             MS. WRIGHT:  We say leave the charge as is.

17             MR. LOWREY:  Yes.

18             MS. WRIGHT:  We vote leave the charge as is.

19             THE COURT:  Okay, then.  We're going to leave it as

20   is Mr. Butler.

21             MR. BUTLER:  Well, lead counsel hasn't really

22   followed this argument and I need to talk to Mr. --

23             THE COURT:  This argument has done nothing but

24   confuse.

25             MR. LOWREY:  And I am to blame --

5:47:59PM 1           THE COURT:  All right, what else?  Was there

2  something else on the charge?

3           MR. LOWREY:  No, Your Honor.

4           THE COURT:  You wanted to be heard on something else

5  on the charge Mr. Melton?

6           MR. MELTION:  I have one item on the charge that I

7  am reluctant to bring up because I don't even know if it's a

8  big deal or not.  I'm just unsure and I want to raise it to

9  the Court's attention.  It relates to charge number 8,

10  page 13.  It talks about causation of death and the third way

11  there can be a causation of death is if the events

12  significantly sped up the death.  I just don't know where that

13  language came from.  I haven't seen it in the law Your Honor.

14           THE COURT:  It wasn't a code section it was a case.

15           MR. LOWREY:  It was Clark versus somebody from your

16  court, not while you were on it.

17           MR. MELTION:  I didn't see it when I Googled it and

18  Westlaw-ed it and everything.  I saw materially accelerated.

19           THE COURT:  As you may have become aware, there is

20  certain occasion where you get Land on the law; this is not

21  one of those occasions.  This came from a court --

22           MR. LOWREY:  Georgia Supreme Court.

23           THE COURT:  I think it's quoted exactly.

24           MR. LOWREY:  If it's not it is pretty darn close.

25  You might have modified it in a way that's better for Ford.

5:49:18PM 1              THE COURT:  Did y'all submit the charge?  Who

        2   submitted this charge?

        3              MR. LOWREY:  Yes, Your Honor, we did.

        4              MR. MELTION:  I just didn't see the language

        5   anywhere and I did a search.

        6              THE COURT:  Well, let's make sure it's in that case.

        7              MS. WRIGHT:  Your Honor, maybe this helps.  They

        8   have only argued caused or contributed.  No witness for the

        9   Plaintiffs have come in and said it sped up their death.

       10              MR. LOWREY:  Your Honor, I am not going to die on

       11   that hill.  We are fine with one and two and without the

       12   significance --

       13              THE COURT:  All right, good on everybody agrees on

       14   one and two.  We will strike three.

       15              All right Mr. Melton, anything else?

       16              MR. MELTION:  Mr. Eady had a couple of last-minute

       17   things.

       18              MR. LOWREY:  I don't even know if it was an

       19   objection.  That resolves your concerns.

       20              MR. MELTION:  I am resolved.  Thank you.

       21              MR. LOWREY:  Understood.

       22              THE COURT:  Okay, Mr. Eady had something.

       23              MR. EADY:  Yes, Your Honor, this is just a couple

       24   little things.  Also in charge number 8, we have an

       25   instruction that's right above where we were talking about.

5:50:19PM 1  It's on page 12 with regard to the federal motor vehicle --

2  Actually, it's on page 11, it's on the Federal Motor Vehicle

3  Safety Standards.  This one is just confusing for the reason

4  that they didn't apply to this truck so I am not sure that we

5  need to give that.

6          MR. LOWREY:  So you want to take out everything?

7          MR. EADY:  We can takeout from here.

8          MR. LOWREY:  I mean -- May I consult briefly with

9  Mr. Butler?

10         THE COURT:  Sure.

11         MR. LOWREY:  We believe the charge should stay Your

12  Honor.  Even if the regulation didn't apply Ford has

13  repeatedly made claims from the witness stand: we complied

14  fully, we complied fully, we complied fully.  They are welcome

15  to explain in closing and probably will that the roof strength

16  standard didn't apply.  The jury has heard so much about these

17  standards.  They should know that it is not a conclusive

18  defense.

19         MR. BUTLER:  Well, and also for purposes of

20  impeachment.  Their witness Burnett just testified today that

21  the federal standards are not minimum standards, which is

22  contrary to law.

23         THE COURT:  That's what this says.

24         MR. BUTLER:  I agree.

25         THE COURT:  Why can the federal standards not be

5:52:15PM 1    considered in all of those factors that you would consider in

2    deciding whether there's a defect?  Even if they weren't

3    required to comply with it, why wouldn't that standard be

4    something that should be considered in determining whether

5    this was a defect?

6         MR. EADY:  The question is whether or not it goes in

7    the charge.  Typically this rises when the Defendant says,

8    look, we complied with the standard.  This was the standard we

9    complied with.  We complied with the standard.  Here there was

10    a standard that we didn't have to -- the vehicle didn't have

11    to comply with because there was no applicable standard.  So

12    it sounds like you're trying to claim a defense that's not

13    there if that makes sense.

14         THE COURT:  Okay, so you are saying that the 216,

15    whatever the number was, that didn't apply to you all at all.

16         MR. EADY:  That's correct.

17         THE COURT:  Surely the jury can consider what the

18    standard was with regard to Ford 150s in deciding whether or

19    not there was a design defect for not following that level

20    following the level of roof safety for the F250.  Can't the

21    216 standard be considered in the jury's determination as to

22    whether or not this was a defective design.

23         MR. EADY:  Your Honor, I think that has been argued

24    by both sides.

25         THE COURT:  I know.

5:54:08PM 1      MR. EADY:  I'm sure it didn't go in the charge

2    because there's no argument that because you complied with the

3    standard --

4            THE COURT:  You don't want the jury to be told that

5    y'all's compliance with all of the standards that may exist is

6    something that should be considered by them.  Don't you want

7    to be able to argue that; that y'all complied with all the

8    standards?

9            MR. LOWREY:  If Ford's objection is to the first

10   sentence of that paragraph that's highlighted we would have no

11   objection --

12           THE COURT:  Sometimes we outsmart ourselves.

13           MR. EADY:  Can you give us a second, Your Honor?

14           THE COURT:  Yes.

15           MR. EADY:  Thank you.

16           THE COURT:  It says you may consider proof of a

17   manufacturer's compliance with the standards and then it says

18   those were just minimum standards.  I think this is entirely

19   consistent with the law and the facts.  Y'all are claiming

20   that the Ford 250 had no standard for roof strength, correct?

21           MR. EADY:  216 did not apply to this vehicle; that's

22   correct.

23           THE COURT:  Okay, an all this says is if you comply

24   with the law, comply with all the standards, you're good, but

25   your compliance does not necessarily mean you're good.

5:55:39PM 1          MR. EADY:  You're right, Your Honor.  We withdraw

2   the objection after a little consultation.

3          THE COURT:  Okay, are you good with it the way it

4   is?

5          MR. EADY:  We are good with the way it is.

6          THE COURT:  Okay.

7          MR. MALEK:  It took a lot over there.

8          MR. LOWREY:  At least I am not the only one who

9   delayed dinner though.

10         THE COURT:  Plaintiffs counsel say, okay, we agree

11  with you and go home.  All right, is there anything else that

12  anybody wants to alert the Court to in regards to the verdict

13  form?  Mr. Eady keeps looking.  I'm concerned.  I don't want

14  to get a brief tonight at 9:30 p.m.  Anything else?

15         MR. EADY:  Yes, Your Honor.  Charge number nine.

16         THE COURT:  Yes, sir.  All of this was in there

17  prior to last night.  None of this stuff was added new so I

18  don't know why we didn't take it up last night.  Tell me

19  again.

20         MR. EADY:  You are correct, Your Honor.  This is the

21  last one on taking stuff out.  It's on page 16, the last

22  sentence in the first paragraph because we haven't had any

23  testimony with regard to what the decedents earned.  I believe

24  they were both retired.

25         MR. LOWREY:  Let me ask Mr. Butler.

5:57:20PM 1        THE COURT:  That is true.

2        MR. LOWREY:  We prefer it stay in as a clarifying

3  charge so the jury does not --

4        THE COURT:  The reason it's in there is because

5  there's a possibility the jury would think, okay, we can only

6  give damages for what he earned.

7        MR. LOWREY:  Or the fact that they are retired could

8  somehow affect the damages.

9        THE COURT:  I'm going to leave that in there.

10        MR. EADY:  Your Honor, the last objection we have is

11  really to the failure to include the supplemental charges, the

12  one we discussed yesterday.

13        THE COURT:  Okay, I have not had any epiphany

14  overnight so those rulings that I made last night are the

15  same.  They are preserved for that appeal.

16        MR. EADY:  Okay, those were filed under document 357

17  and those are Ford Motor Company's request of charges 36A, 37,

18  and 39A; and those are all in connection with charge 11.  And

19  the last one is --

20        THE COURT:  They were always raised last night,

21  correct?

22        MR. EADY:  Yes, Your Honor.

23        THE COURT:  Nothing new.

24        MR. EADY:  Nothing new.  We cleaned up a little

25  language on them that is it.  The last one is requested charge

5:58:41PM 1   47A and that's a different definition of bad faith in

2   connection with the Court's charge number 12.

3         THE COURT:  I did come up with a definition of bad

4   faith that we did not have last night.  So is there any

5   contention that Ford's definition of bad faith is not

6   consistent with Georgia law?

7         MR. EADY:  Yes, Your Honor.  The first two sentences

8   we were fine with.  I think we discussed that last night.

9         THE COURT:  What page are we on again, 22?

10         MR. EADY:  We are on page 22, charge number 12.

11         THE COURT:  What is it that you objective to as far

12   as the Court's definition of bad faith for purposes of

13   attorney's fees?

14         MR. EADY:  The first sentence is fine, bad faith

15   means bath faith connected to the alleged design defect in the

16   case.  We all agreed that's the underlying transaction.  We

17   also agree to the second sentence, simply making an honest

18   mistake, or exercising poor judgment, or acting negligently

19   does not stand alone amount to bad faith.  We agree with that

20   but that needs to be in there.  It's the next one this, bad

21   faith contemplates a conscious decision to do something wrong,

22   and it goes on until the end.  That's the Court's

23   interpretation of what bad faith means.  Our looking at the

24   cases, bad faith means ill will and dishonesty so that's the

25   difference.

6:00:12PM 1          MR. LOWREY:  Your Honor, I think you made it harder

2     on us than you needed to.  I mean this --

3          THE COURT:  Yeah.  We can take out that sentence and

4     leave in the last sentence that says in evaluating whether the

5     Defendant engaged in bad faith you may consider whether the

6     Defendant consciously decided to sell a product even though it

7     knew of a dangerous condition that was likely to pose serious

8     harm to product users.  You want to remove that sentence

9     preceding that Mr. Eady.  The last one is clearly an accurate

10     statement of the law from the case.  I don't have the cite

11     right.

12          MR. BUTLER:  May I put something on the record, Your

13     Honor?

14          THE COURT:  Yes, sir.

15          MR. BUTLER:  The Court's question to Mr. Eady just

16     now was, do you want to remove this sentence: "bad faith

17     contemplates a conscious decision to do something wrong".

18          THE COURT:  Correct.  I'm assuming the Plaintiffs do

19     not object to removing that sentence.

20          You object to that one sentence being deleted.

21          I think it's consistent with the last sentence, but

22     it may be superfluous.

23          MR. BUTLER:  We're neutral.

24          MR. MELTION:  Your Honor, the request was not to

25     remove that language but to state ill and dishonesty instead

6:01:40PM 1    as a definition of bad faith.  If the Court is not willing to

2    do that we will just leave it as is.

3              THE COURT:  I don't think that.  I think that can be

4    bad faith, but I don't think that's the extent of bad faith.

5              MR. MELTION:  Then we will take it as it is.  We are

6    not asking for it to be removed.

7              THE COURT:  Okay.

8              MR. MELTION:  Then the last question Your Honor.

9              THE COURT:  Yes.

10             MR. MELTION:  Will the instructions go out with a

11   jury?

12             THE COURT:  Yes.  The instructions will go out with

13   the jury, the written instructions.

14             MR. BUTLER:  Judge, to make it clear, the ask has to

15   come in the opening argument -- the ask -- how much money

16   we're asking for.

17             THE COURT:  If it doesn't come in the opening

18   argument and she doesn't mention damages at all, then you've

19   got a problem.  So it depends on what she does.  Yeah, I think

20   you need to make --

21             MR. BUTLER:  When you say damages do you mean the

22   idea of whether there were damages or dollars?

23             THE COURT:  You have to ask for a specific dollar

24   amount in the first phase.

25             MR. BUTLER:  Pardon.

6:02:39PM 1              THE COURT:  You are asking whether you have to ask

2       for a specific dollar amount in the first phase.

3              MR. BUTLER:  Yes.

4              MS. WRIGHT:  Your Honor, I can't rebut it if he

5       doesn't ask.

6              THE COURT:  Yes.  I think under the federal rules

7       you need to because your last argument is rebuttal not new

8       stuff.  All right, we will see you all in the morning at

9       9:00 a.m.

10              COURT SECURITY OFFICER:  All rise.

11

12                   (Proceedings concluded.)

13                      END OF RECORD

14

15

16

17

18

19

20

21

22

23

24

25

6:03:11PM 1          CERTIFICATE OF OFFICIAL REPORTER

2

3               I, Joan Drammeh, Federal Official Court

4    Reporter, in and for the United States District Court for the

5    Middle District of Georgia, do hereby certify that pursuant to

6    Section 753, Title 28, United States Code, that the foregoing

7    is a true and correct transcript of the stenographically

8    reported proceedings held in the above-entitled matter and

9    that the transcript page format is in conformance with the

10   regulations of the Judicial Conference of the United States.

11

12

13   Dated this 21st day of MARCH, 2025

14

15

16   _Joan Drammeh_____

17

18   JOAN DRAMMEH, CVR, CCR

19   FEDERAL OFFICIAL COURT REPORTER

20

21   MY COMMISSION EXPIRES:
     APRIL 1, 2026
22



23

24

25

BY MR. BOORMAN: [12]  117/4 120/8 120/25 127/22 130/4 131/8 133/6 135/21 137/2 137/23 139/11 148/9
BY MR. BUTLER: [4]  110/23 284/17 285/6 286/5
BY MR. LOWREY: [13]  11/23 33/5 40/8 45/4 45/20 55/6 61/13 73/15 76/10 99/2 149/15 151/20 157/1
BY MR. MALEK: [5]  85/24 90/14 93/2 93/20 95/12
BY MR. PRATHER: [12]  231/12 239/9 255/21 256/15 256/25 262/7 263/6 268/16 270/15 272/21 274/23 282/17
BY MS. WRIGHT: [12]  168/24 187/3 195/19 200/24 204/21 206/6 206/20 211/3 211/24 213/1 219/4 278/24
COURT SECURITY OFFICER: [5]  4/3 105/24 164/2 255/11 311/10
COURTROOM DEPUTY: [2]  110/11 168/9
MR. BOORMAN: [26]  108/22 108/25 110/6 116/21 117/3 120/3 123/9 123/16 127/1 127/16 131/2 131/5 131/7 133/3 137/21 139/2 139/7 148/4 149/11 151/16 156/23 162/20 164/15 164/21 296/17
MR. BUTLER: [37]  4/19 4/23 8/11 8/14 9/13 9/18 10/3 109/6 127/18 163/10 163/22 165/3 165/6 255/13 261/10 263/2 283/24 284/1 285/4 286/17 286/22 287/7 287/19 287/21 291/7 292/22 299/22 300/21 303/19 303/24 309/12 309/15 309/23 310/14 310/21 310/25 311/3
MR. EADY: [21]  289/21 302/23 303/7 304/6 304/16 304/23 305/1 305/13 305/15 305/21 306/1 306/5 306/15 306/20 307/10 307/16 307/22 307/24 308/7 308/10 308/14
MR. LOWREY: [94]  5/1 5/13 5/17 5/21 7/4 7/24 9/9 10/12 11/3 11/6 11/12 11/21 39/19 39/25 40/4 45/1 55/5 61/12 72/7 72/12 72/19 72/24 73/6 73/14 76/6 76/8 90/1 90/5 90/9 92/21 93/9 95/7 98/25 105/13 116/16 116/24 123/3 126/23 127/15 129/21 133/4 136/17 136/23 139/9 148/1 151/18 156/20 164/5 164/8 164/14 164/22 165/13 165/16 165/19 262/24 270/9 290/10 290/14 290/20 291/12 291/16 291/23 292/12 292/17 292/21 293/4 294/9 295/6 295/22 296/5 296/10 298/1 299/2 300/9 300/14 300/17 300/25 301/3 301/15 301/22 301/24 302/3 302/10 302/18 302/21 303/6 303/8 303/11 305/9 306/8 306/25 307/2 307/7 309/1
MR. MALEK: [39]  6/5 6/12 7/1 7/17 8/13 8/19 8/25 9/2 10/10 10/19 10/25 11/10 33/4 39/16 39/21 41/10 44/25 45/17 55/3 61/8 72/9 72/22 73/11 85/22 90/2 90/7 90/12 92/25 93/8 93/15 93/19 95/10 98/23 105/16 106/17 107/24 108/9 278/17 306/17
MR. MELTION: [14]  292/4 293/18 294/3 295/1 297/7 301/6 301/17 302/4 302/16 302/20 309/24 310/5 310/8 310/10
MR. PEELER: [5]  285/1 285/8 286/2

286/4 286/19
MR. PHILSAW: [6]  106/1 106/23 107/9 107/17 108/13 109/5
MR. PRATHER: [25]  200/14 204/13 210/18 211/19 212/15 218/21 218/23 231/10 254/25 255/4 255/20 256/5 256/12 256/16 256/24 262/5 262/22 268/14 269/23 270/2 270/11 272/19 274/17 278/19 282/15
MS. BAILEY: [1]  11/9
MS. WRIGHT: [45]  163/14 168/3 168/19 186/22 187/2 200/22 204/6 204/9 204/17 206/4 206/19 211/1 212/21 239/2 256/8 261/25 263/3 268/11 269/25 270/4 274/20 276/5 278/14 278/22 282/13 283/21 287/5 287/11 287/23 293/20 294/6 295/19 297/2 297/13 297/18 298/13 298/19 298/22 299/15 299/24 300/4 300/16 300/18 302/7 311/4
THE COURT: [239]  4/6 4/21 4/24 5/11 5/14 5/19 5/25 6/10 6/22 7/6 7/22 8/8 8/12 8/16 8/24 9/1 9/4 9/10 9/15 9/22 10/7 10/14 10/20 11/1 11/5 11/15 39/23 40/2 40/6 41/11 45/3 45/19 72/16 73/3 73/5 73/9 73/12 76/4 76/7 85/21 90/10 90/13 93/11 93/18 95/8 95/11 98/24 105/15 105/17 106/16 106/23 107/4 107/14 107/21 108/4 108/11 108/20 108/23 109/1 109/10 110/5 110/17 110/15 116/15 116/18 117/1 120/6 120/24 123/14 123/17 126/25 127/8 127/11 127/21 129/24 130/3 131/1 131/3 131/6 133/2 133/5 135/20 136/19 136/25 137/13 137/19 137/22 139/6 139/8 139/10 148/8 149/13 151/19 156/19 156/25 162/19 162/21 163/5 163/11 163/19 163/23 164/4 164/7 164/13 164/19 164/23 165/5 165/7 165/15 165/18 165/21 168/5 168/13 168/18 187/1 192/15 195/18 200/20 200/23 204/4 204/8 206/3 206/5 206/18 210/24 211/15 211/21 212/17 219/3 231/9 239/8 255/2 255/5 255/12 255/16 255/19 256/7 256/10 256/13 256/23 262/13 263/5 270/13 272/17 274/19 274/22 276/7 278/21 282/14 283/19 283/22 283/25 284/2 285/5 285/9 286/3 286/18 286/20 287/10 287/16 287/20 287/22 287/24 289/17 290/9 290/13 290/17 290/19 291/15 291/22 292/2 292/14 292/19 292/24 294/24 295/16 295/20 295/24 296/7 296/11 296/22 297/3 297/8 297/16 298/4 298/17 298/21 298/24 299/6 300/2 300/6 300/12 300/19 300/23 301/1 301/4 301/14 301/19 301/23 302/1 302/6 302/13 302/22 303/10 303/23 303/25 304/14 304/17 304/25 305/4 305/12 305/14 305/16 305/23 306/3 306/6 306/10 306/16 307/1 307/4 307/9 307/13 307/20 307/23 308/3 308/8 308/11 309/3 309/14 309/19 310/1 310/3 310/9 310/12 310/17 310/23 311/1 311/6
THE WITNESS: [14]  72/18 73/4 110/14 110/17 123/18 130/2 136/22 137/17 168/12 168/16 192/16 211/17 218/22 284/12

$
$167,000 [1]  160/12
$23 [1]  13/8
$23-million [1]  13/8
$650 [1]  187/14
$80,000 [1]  187/23
$853,000 [2]  159/11 160/6

'
'09 [1]  157/6
'11 [1]  157/6
'92 [1]  161/2
'97 [1]  161/3
'98 [2]  46/17 161/3
'99 [1]  46/17

0
0.11 [2]  35/9 35/14
0.13 [1]  34/4
0.21 [1]  35/14
0.70 [1]  49/11
08:32:28 [1]  4/1

1
1,208 [1]  128/21
1.1 [3]  70/18 70/22 71/10
1.25 [1]  62/2
1.26 [2]  62/9 62/24
1.3 [4]  56/13 56/16 57/22 59/9
1.5 [3]  62/16 62/17 62/21
1.725 [1]  62/23
1.85 [2]  62/18 62/22
10 [10]  241/9 269/6 270/23 271/8 271/24 273/11 274/14 278/13 281/5 293/6
10 percent [4]  240/22 240/25 241/13 241/23
10,000 [2]  58/8 75/13
10,000 pounds [3]  74/20 74/23 74/25
10,066 [3]  61/1 61/24 62/7
10,066 pounds [2]  60/17 61/23
10,484 [4]  54/25 55/17 56/11 73/20
10,484 and [1]  56/7
10,484 pounds [1]  54/15
10,500 pound [1]  54/12
10,848 pounds [1]  54/20
10-pound [1]  196/8
100 [3]  12/15 12/24 248/8
100 percent [1]  5/13
102 [1]  278/12
103 [1]  278/13
105 [2]  1/18 1/20
105TH [1]  1/13
11 [2]  303/2 307/18
1130 [1]  2/4
114 [2]  69/5 71/9
1199 [1]  1/16
11:37:21 [1]  105/23
12 [16]  1/5 1/15 4/1 87/2 105/23 137/11 163/4 164/1 191/2 197/22 197/22 234/9 255/10 303/1 308/2 308/10
12,412 [1]  89/13
12,412 pounds [1]  100/22
1200 [1]  185/1
127 [1]  1/25
12A [2]  198/23 200/1
13 [3]  139/1 147/7 301/10
139 [1]  190/11
13:04:58 [1]  163/4

**1**

13TH [6]  1/13 1/18 1/20 4/23 8/20 9/13
14 [1]  85/4
14:11:30 [1]  164/1
14A [1]  272/20
15 [15]  105/19 105/21 185/2 191/2
 227/7 227/7 227/13 229/22 246/6
 255/4 255/8 269/6 271/8 291/6 291/9
15 liters [1]  228/15
15 percent [6]  62/21 270/23 271/5
 271/25 273/11 281/5
15-MINUTE [1]  105/22
150 [3]  157/11 157/19 175/9
1500 [6]  76/23 76/25 77/10 77/11 86/7
 86/10
150s [2]  157/23 304/18
15th [10]  21/19 49/6 257/6 257/12
 257/18 257/25 258/12 273/18 276/16
 276/19
16 [4]  88/6 89/9 209/14 306/21
16.12 [1]  198/22
16.12A [1]  95/4
169 [3]  45/16 45/17 53/16
16:35:54 [1]  255/10
17 [1]  21/20
17,000 [1]  63/8
17,000 pounds [1]  63/3
175 [1]  272/4
175-pound [1]  219/20
18 [2]  293/6 293/8
18-year-old [1]  197/7
182 [1]  47/23
185 [1]  48/22
186 [7]  106/6 107/20 108/12 108/15
 108/17 108/21 108/23
186.1 [2]  61/10 106/8
186.2 [3]  61/10 87/21 89/9
1869.2 [1]  106/9
188 [1]  49/16
189 [1]  50/18
19 [1]  291/18
1992 [4]  111/18 112/7 112/9 118/2
1996 [10]  45/12 45/23 48/18 49/14
 51/19 53/23 54/6 73/21 88/15 89/1
1997 [3]  81/4 81/7 81/10
1998 [3]  49/6 114/15 161/8
1999 [9]  13/8 46/5 46/13 46/19 50/15
 51/11 54/23 77/24 157/15
19th [3]  247/15 256/1 256/17
1:10 [1]  162/24
1st [1]  159/10
1x7.8-inch [1]  226/3

**2**

2-3 [1]  275/20
2.0 millimeters [1]  49/21
2.1 millimeters [1]  49/21
2.35 for [1]  49/10
2.4 millimeters [1]  49/10
2.5 [1]  59/3
2.97 [2]  77/12 87/7
20 [4]  8/20 159/8 175/10 217/19
200 [4]  2/8 12/15 114/17 181/20
200 feet [1]  190/18
2000 pounds [1]  63/24
2001 [1]  83/24
2002 [1]  42/23
2003 [4]  60/12 60/21 61/19 106/9
2005 [2]  72/2 73/18
2006 [3]  43/23 60/11 69/8

2008 [5]  88/3 88/4 89/15 100/19
 100/19
2009 [4]  84/4 101/13 156/18 156/21
2010 [2]  126/6 126/19
2011 [2]  37/21 156/21
2012 [4]  13/9 13/11 13/19 14/14
20125 [1]  37/8
2014 [7]  36/16 36/20 36/21 159/4
 159/10 160/1 280/9
2015 [29]  36/13 36/14 37/15 42/3 42/6
 42/23 76/11 76/22 76/25 77/2 77/4
 77/10 77/11 77/12 77/13 77/15 77/18
 77/23 78/10 86/7 86/20 86/22 87/5
 87/11 87/16 100/6 105/6 156/22 157/6
2015s [1]  99/23
2016 [2]  46/5 157/15
2017 [4]  38/3 78/15 105/8 105/12
2022 [8]  160/3 161/10 233/2 233/3
 233/4 233/15 233/22 237/4
2023 [6]  247/15 256/1 256/17 275/20
 276/25 277/10
2024 [14]  21/19 159/8 159/11 160/1
 160/2 160/9 257/6 257/12 257/18
 258/1 258/12 273/18 276/16 276/19
2025 [8]  1/5 4/1 13/12 105/23 163/4
 164/1 255/10 312/13
208 [4]  126/6 126/14 126/14 126/21
209 [3]  126/6 126/19 126/21
21 [5]  34/1 34/2 34/24 34/24 210/9
210 [1]  126/22
212 [1]  116/13
214 [2]  132/24 133/3
216 [9]  75/21 76/21 81/17 88/9 88/20
 96/23 304/14 304/21 305/21
21st [1]  312/13
22 [2]  308/9 308/10
22nd [1]  237/4
23 [1]  267/9
2320 [1]  2/10
236 [3]  71/18 72/8 73/14
237.1 [2]  129/9 129/18
237.2 [2]  130/23 131/2
23rd [2]  48/19 106/15
23rd of [1]  50/15
24 [3]  77/6 117/11 161/13
25 [1]  117/15
25 percent [1]  63/24
25-degree [1]  96/24
250 [8]  46/2 53/7 73/18 78/10 86/17
 157/20 175/4 305/20
2500 [1]  86/11
250s [1]  157/22
26 [1]  117/15
27th [1]  159/11
28 [3]  216/10 216/11 312/6
280 [1]  2/8
2801 [1]  2/6
2:15 [2]  162/24 163/2
2nd [1]  277/9
2nd and [1]  276/24

**3**

3.56 [2]  77/13 87/13
3.94 [2]  77/14 87/18
30 [12]  111/3 113/16 114/16 114/18
 117/19 138/11 146/18 158/4 175/10
 220/17 256/2 266/5
30 miles [1]  188/22
30 percent [2]  63/22 225/9
30,000 [1]  69/3

30,000 pounds [1]  68/13
30,000-pound [1]  66/22
300 [1]  2/6
3000 [2]  1/23 2/2
302 [2]  33/4 291/23
303 [1]  128/15
30308 [3]  1/24 2/3 2/11
30309 [1]  2/5
30324 [1]  1/15
306-1 [2]  106/6 108/14
308 [1]  267/9
309-5 [1]  267/9
310 [2]  274/14 274/18
313.13 [1]  254/23
313.32 [4]  202/19 204/2 206/1 206/4
313.34 [3]  286/24 287/1 287/2
313.35 [2]  204/3 206/15
313.43 [4]  203/22 203/23 257/1 259/17
313.44 [4]  262/5 262/8 262/13 262/15
31901 [2]  1/13 1/18
31902 [2]  1/16 1/20
323.46 [1]  202/3
3291 [1]  2/8
34 degrees [3]  192/14 192/17 192/18
34.77 [1]  271/21
35 [1]  270/22
35 miles [6]  130/10 189/4 190/24
 194/20 271/18 271/19
35-degree [1]  198/5
35-mile [8]  193/13 194/15 194/17
 268/7 268/17 268/21 269/7 273/12
35-mile-per [1]  281/9
35-miles [1]  188/19
350 [1]  86/17
35243 [1]  2/9
357 [1]  307/16
359A [3]  137/11 209/13 210/8
36 [2]  88/18 117/18
36A [1]  307/17
37 [1]  307/17
3900 [1]  1/25
396-gram [1]  219/21
39A [1]  307/18
3D [2]  33/13 214/12
3rd [1]  276/24

**4**

4-6 inches [1]  260/11
4-year-old [3]  234/15 234/21 235/9
4.0 [5]  87/3 97/17 99/4 99/7 99/10
4.1 [1]  77/11
40 [2]  111/16 244/4
43 [1]  22/25
44-year-old [4]  272/3 272/4 273/13
 281/3
44114 [1]  2/1
47.12A [1]  102/12
47.15 [1]  145/18
47.17 [1]  140/2
47.19 [1]  141/22
4717 [1]  192/11
4719 [1]  193/17
472 [1]  135/15
4A [1]  308/1
4:23-CV-00088-CDL [1]  1/4
4th [1]  51/11

**5**

5 percent [1]  248/7
5'1 [5]  202/7 203/3 203/4 203/12

**5**

5'1... [1]  219/20
5'3 [4]  202/23 203/2 203/11 203/18
5'8 [1]  272/3
5,000 [2]  58/10 75/14
5-degree [1]  96/24
5.5 [1]  77/19
50 [4]  114/20 158/3 234/12 289/24
50 miles [1]  149/7
50th [2]  272/3 281/2
53 [1]  53/17
537A [2]  21/15 22/24
551 [2]  89/18 90/11
551A [2]  90/12 91/7
552 [1]  92/16
56 [2]  212/25 214/21
56 percent [2]  213/10 214/2
581 [1]  89/25
582 [2]  21/19 33/3
582C [1]  81/23
583.1 [2]  37/10 102/17
583.5 [2]  95/18 96/2
588 [2]  132/24 133/3
597 [3]  269/15 269/16 269/24

**6**

6 inches [9]  24/1 260/13 260/19 260/24
 260/25 261/17 262/17 280/10 287/4
6,131 [1]  63/21
6,131 pounds [1]  63/19
60 [1]  197/8
600 [3]  1/23 2/2 2/10
6000 [1]  62/16
60s [1]  184/6
64 [1]  281/6
64-year-old [1]  272/7
654.60 [1]  199/25
657 [1]  8/11

**7**

70s [2]  184/6 220/22
730 [2]  255/22 256/6
74 [2]  226/12 281/6
74-year-old [1]  272/7
745 [1]  158/20
75 [1]  185/13
753 [1]  312/6
78746 [1]  2/6

**8**

8,000 [5]  56/8 56/11 70/10 75/14 101/1
8,000 pound [2]  58/9 62/7
8,000-pound [2]  62/1 63/9
8,900 pounds [2]  70/6 70/9
80 [1]  175/11
80 feet [1]  190/20
8000 pounds [2]  63/22 70/5
8000W [1]  71/9
80s [1]  226/23
82 [1]  149/6
84 [1]  19/12
85 [1]  271/10
85 percent [1]  271/10
867 [3]  4/20 8/15 8/16
8900S [1]  71/9

**9**

90 [2]  241/20 271/10
90 percent [1]  241/14
9000 [1]  74/3

90s [1]  45/6
91 [3]  215/22 215/20 216/18
95 percent [2]  194/16 248/2
96 [1]  48/19
999 [1]  2/4
9:00 [1]  289/14
9:00 a.m [2]  288/2 311/9
9:30 [1]  306/14
9th [3]  233/4 233/15 233/22

**A**

a.m [3]  288/2 289/14 311/9
AAAM [3]  119/9 119/11 119/15
abbreviated [4]  120/21 184/1 184/3
 273/23
abdomen [1]  225/12
abilities [1]  292/10
ability [3]  44/8 79/8 79/11
able [28]  28/22 31/21 41/18 73/7 76/16
 76/20 105/4 105/7 113/12 122/4 122/4
 131/14 134/23 157/11 158/10 162/4
 204/17 219/18 226/17 237/24 253/14
 254/4 259/15 260/16 282/4 288/16
 289/3 305/7
about [276]  4/13 5/2 5/4 7/16 8/7 9/13
 11/4 12/1 15/2 15/5 15/10 15/24 17/16
 18/1 18/11 18/14 21/15 24/15 24/17
 24/20 25/12 25/14 25/17 25/23 26/13
 27/7 32/13 33/1 33/11 33/23 34/9
 36/24 41/3 42/23 45/5 45/13 46/4
 52/20 53/24 54/2 55/2 55/7 55/10
 55/11 55/24 56/9 59/18 60/10 60/13
 60/15 60/21 61/14 61/16 61/19 62/2
 62/10 62/10 62/17 62/17 63/1 63/7
 63/8 63/17 63/22 63/24 64/8 64/9
 66/20 68/9 68/21 69/25 70/1 70/18
 71/1 71/10 71/14 72/25 73/7 73/21
 74/6 74/9 74/13 75/17 76/25 78/3
 78/14 78/23 79/16 79/19 80/23 80/24
 81/5 81/12 81/15 82/21 82/22 83/9
 83/18 83/21 83/25 84/5 84/11 85/4
 86/1 88/11 88/14 90/16 90/17 90/20
 90/23 91/8 91/10 91/15 92/21 95/13
 95/21 95/24 98/4 98/4 100/3 101/5
 102/20 103/8 109/7 109/9 111/3
 114/12 114/16 114/24 117/17 117/21
 118/7 118/7 118/22 119/6 122/24
 123/4 123/5 126/24 127/4 127/15
 128/24 129/21 130/16 132/16 132/17
 135/3 135/25 137/13 137/20 138/12
 143/7 143/13 147/8 147/16 148/2
 149/7 150/9 152/15 153/3 155/21
 156/10 156/13 157/5 157/9 158/3
 158/15 159/16 160/7 160/13 160/25
 161/13 161/15 162/24 164/9 165/3
 165/25 166/4 167/6 167/7 167/8
 170/15 172/3 172/24 174/3 176/23
 177/24 178/3 180/1 180/10 183/17
 187/23 188/25 190/24 191/6 191/21
 192/14 192/16 195/21 199/3 199/8
 203/7 208/20 209/23 210/23 211/9
 212/9 212/22 213/16 214/20 215/5
 215/14 216/11 217/19 218/2 224/18
 225/9 230/6 238/15 238/18 240/7
 240/11 241/5 241/9 242/11 242/24
 243/5 243/24 244/8 246/6 246/18
 247/21 248/19 248/20 249/20 249/21
 250/23 251/7 255/24 256/9 259/1
 260/18 261/4 262/20 262/21 262/24
 266/13 266/15 266/17 266/18 268/1

268/6 271/14 271/23 273/10 276/3
 276/8 276/12 278/1 278/2 280/4
 281/17 282/22 285/7 285/13 285/19
 285/20 286/7 288/7 289/2 294/9
 294/10 294/20 301/10 302/25 303/16
above [23]  17/10 17/11 24/1 38/22
 48/11 140/19 203/24 206/23 206/24
 206/24 206/24 260/12 260/13 261/10
 261/11 261/12 261/17 262/18 271/14
 275/6 287/4 302/25 312/8
above-entitled [1]  312/8
ABS [5]  147/9 147/10 147/16 148/17
 148/24
absent [1]  292/8
absolutely [12]  11/9 32/16 43/10 83/8
 174/9 180/10 182/11 189/4 211/11
 212/13 220/3 300/9
absorb [1]  104/22
absorbing [4]  66/6 68/24 144/23 145/2
abstract [1]  88/6
accelerated [2]  174/17 301/18
acceleration [1]  75/4
accepted [6]  257/14 257/19 258/1
 258/14 258/18 259/9
access [2]  292/9 292/11
accident [30]  23/5 43/12 44/11 64/8
 93/22 102/15 103/5 113/19 113/23
 115/12 115/25 139/25 148/5 151/8
 152/9 152/13 171/2 171/2 171/21
 185/7 198/15 198/17 200/4 215/4
 218/8 279/22 280/1 281/7 282/9
 298/23
accomplished [2]  51/24 51/25
according [9]  59/9 62/11 64/12 65/6
 234/23 259/20 259/24 260/10 260/23
account [4]  24/25 75/22 177/23 189/17
accurate [5]  8/4 19/22 48/8 213/12
 309/9
accurately [2]  95/20 297/3
achieved [2]  54/14 195/1
acknowledge [2]  33/24 294/13
acknowledged [1]  33/23
acknowledges [1]  33/24
across [9]  24/22 26/24 46/9 51/6 144/4
 155/9 196/6 225/5 234/7
act [2]  279/3 279/5
acting [1]  308/18
action [2]  7/5 166/17
active [3]  147/11 147/15 178/13
activities [1]  159/13
actual [8]  16/25 55/18 73/25 89/13
 101/20 101/22 125/6 139/15
actually [46]  7/17 19/6 34/11 35/2
 43/14 47/11 47/13 58/17 69/20 70/8
 76/21 82/14 83/4 96/14 112/14 118/11
 125/6 134/5 160/9 167/22 167/23
 176/12 176/13 176/25 182/1 184/10
 192/25 193/13 193/25 196/13 196/22
 198/4 205/19 206/12 207/4 207/22
 216/1 225/16 225/25 230/8 244/12
 253/20 275/6 280/19 280/19 303/2
acute [1]  197/23
add [1]  90/5
added [1]  306/17
addition [7]  118/18 128/4 169/21
 171/25 174/6 217/10 299/7
additional [13]  16/9 18/11 23/19 37/7
 44/1 61/6 62/21 85/12 91/14 108/20
 118/19 136/1 144/3
address [4]  109/10 117/24 290/12

address... [1] 292/2
Adenosine [1] 181/21
adjective [1] 165/11
Adjunct [1] 213/7
adjust [1] 124/7
adjusted [6] 125/11 154/17 154/18
155/14 155/14 291/20
adjuster [1] 155/17
adjusting [1] 162/22
adjustment [2] 121/25 154/17
adjustments [1] 126/2
Admin [1] 176/21
Administration [2] 176/16 176/24
admissible [2] 6/6 270/8
admission [18] 4/16 6/2 6/2 6/4 6/13
6/15 7/8 7/10 7/14 10/24 10/25 11/11
165/12 166/3 166/18 167/17 206/2
206/16
admissions [3] 164/20 166/19 167/1
admit [19] 8/8 72/7 89/20 92/18 93/13
116/13 131/3 163/15 165/12 166/1
166/20 166/21 230/16 253/7 256/10
256/23 263/7 267/5 287/16
admits [2] 166/22 166/24
admitted [43] 10/8 10/23 21/16 37/11
73/10 73/12 87/21 89/18 90/13 92/17
95/8 116/19 130/3 131/6 133/5 139/10
163/7 163/20 163/24 164/11 164/22
165/16 165/18 166/6 166/17 167/1
167/2 167/17 167/18 167/19 204/12
206/2 206/5 206/18 209/14 254/23
255/23 257/2 262/6 262/13 263/18
270/13 274/22
admitting [1] 93/11
adopts [1] 98/11
advance [1] 201/23
advanced [3] 112/19 118/24 118/25
Advancement [1] 119/14
advancements [1] 78/16
advice [2] 147/25 148/12
advised [1] 222/20
aerospace [1] 112/2
affect [13] 51/23 56/3 56/5 86/13
154/18 154/20 155/12 155/13 155/15
220/9 220/13 220/14 307/8
affected [2] 38/14 220/16
affecting [1] 58/11
affects [5] 198/8 217/14 217/15 220/11
220/13
affirmative [8] 4/16 4/21 6/16 8/20 8/22
9/13 165/19 296/2
affirmatively [1] 104/15
afford [1] 84/17
after [66] 9/13 9/14 9/15 9/24 12/12
15/6 17/16 18/3 25/4 26/2 29/23 32/18
33/7 33/25 36/25 47/19 48/20 49/14
51/14 52/3 68/20 82/4 83/20 88/20
89/1 91/16 92/14 95/3 101/20 103/5
103/6 112/4 112/6 113/16 135/11
142/1 160/2 164/25 172/10 172/10
172/14 175/19 176/6 176/15 177/1
183/7 183/13 189/5 193/18 194/6
194/22 194/22 198/16 215/16 230/23
243/15 244/15 245/15 254/13 259/12
259/14 275/6 276/24 277/24 282/8
306/2
afternoon [4] 168/25 169/1 231/13
231/14
afterward [1] 106/8

again [60] 12/10 25/14 32/9 32/13 35/5
59/14 60/9 61/15 62/3 60/19 70/2 71/25
77/1 78/7 92/18 94/22 96/25 97/1 97/2
97/3 100/7 100/16 101/6 102/9 105/25
141/22 144/16 148/10 151/21 156/21
156/22 164/3 175/1 190/25 191/3
195/14 203/7 203/23 203/23 206/7
209/6 209/7 212/15 218/9 218/23
219/11 219/11 227/18 229/21 233/17
234/9 237/24 242/20 254/13 259/14
275/15 285/8 293/18 295/1 306/19
308/9
against [7] 12/20 70/10 235/9 235/15
248/12 248/15 263/21
age [2] 197/4 227/19
aggressive [1] 188/25
ago [7] 87/22 106/20 135/8 204/22
233/16 255/24 284/4
agoing [1] 14/5
agonal [2] 222/7 222/9
agree [28] 43/6 43/13 59/11 65/4 76/12
76/14 84/14 98/12 99/3 125/22 132/18
134/17 146/18 152/20 152/20 153/10
163/8 163/22 170/12 262/14 265/23
295/22 298/15 300/12 303/24 306/10
308/17 308/19
agreed [2] 300/14 308/16
agreeing [2] 43/16 43/18
agreement [1] 300/10
agrees [2] 163/20 302/13
ahead [11] 60/11 76/7 93/18 95/11
123/17 130/5 131/7 137/19 168/6
216/12 284/8
AICD [1] 243/2
air [6] 190/21 190/25 194/22 195/3
195/4 277/23
airbag [16] 42/1 131/15 139/21 140/14
140/17 141/19 141/20 145/3 145/3
145/7 156/8 175/2 175/3 175/17 184/9
194/4
airbags [24] 37/4 42/25 122/25 139/18
139/18 140/11 140/18 140/18 141/5
146/22 155/25 157/14 173/19 175/2
175/10 184/7 188/25 189/1 190/7
193/21 193/22 193/25 194/1 194/8
airborne [1] 149/6
airway [2] 212/20 230/8
AIS [8] 184/2 184/24 214/23 231/5
273/24 274/7 274/25 275/6
AIS3 [7] 213/15 213/18 213/21 214/1
231/6 271/14 275/3
AL [2] 1/4 2/8
Albemarle [3] 179/4 231/20 264/15
alert [2] 109/3 306/12
alive [5] 171/13 214/8 236/2 251/13
254/2
all [241] 4/3 4/8 4/13 8/4 8/17 9/5 9/5
9/10 9/12 9/21 9/24 9/25 9/25 10/14
10/21 11/15 12/3 13/2 13/12 14/10
16/13 17/14 18/2 21/7 25/22 26/4 27/1
29/10 31/2 31/5 35/5 35/6 35/8 36/10
38/14 40/17 41/15 43/9 46/9 53/1 53/1
56/2 56/4 58/4 61/25 64/1 65/5 65/13
65/17 65/20 66/2 66/10 67/20 68/14
68/16 68/18 68/23 72/12 75/23 85/20
86/2 90/13 95/11 99/23 100/9 102/12
102/17 105/6 105/8 105/13 105/24
106/24 107/5 107/6 108/11 109/1
109/10 110/1 110/8 113/6 113/7 113/7
114/22 114/23 119/19 122/5 123/24

124/20 125/8 125/17 125/24 126/11
127/6 128/15 129/21 129/22 129/7
130/14 132/3 134/3 134/8 135/20
137/19 137/22 138/8 139/4 140/13
141/16 142/2 148/4 149/5 149/8
149/21 153/4 154/18 155/10 155/15
158/5 158/8 160/1 160/18 162/18
162/21 162/22 163/11 163/23 163/24
164/2 167/7 168/5 168/6 168/18
169/25 173/8 173/19 174/23 176/4
176/6 178/1 178/6 179/20 180/10
180/25 181/24 182/3 182/4 182/8
183/1 183/6 184/5 184/8 190/22 193/7
194/19 195/14 195/15 195/17 196/12
197/5 197/12 201/22 202/9 207/13
208/15 208/21 209/1 209/1 209/8
211/7 212/1 212/17 214/19 216/23
217/22 221/22 223/18 223/20 224/16
230/19 231/22 234/7 234/11 238/2
238/15 238/17 249/16 250/14 253/6
254/18 255/11 255/16 258/10 259/2
259/2 266/2 267/12 274/19 276/9
277/7 277/16 277/24 281/1 281/24
283/19 283/22 284/2 284/6 287/11
287/14 289/9 289/9 289/17 289/19
290/6 290/9 290/22 291/4 291/5
291/22 292/5 299/10 300/2 300/12
301/1 302/13 302/15 304/1 304/15
304/15 305/5 305/7 305/23 305/24
306/11 306/16 307/18 308/16 310/18
311/8 311/8 311/10
allegation [2] 234/19 249/16
allegations [1] 166/12
alleged [4] 4/16 6/23 127/13 308/15
ALLISON [2] 1/13 1/14
allow [5] 93/14 143/10 148/20 221/24
288/18
allowed [4] 6/13 81/9 120/1 145/4
allows [2] 103/22 144/25
alluded [1] 214/15
almost [7] 162/24 191/7 197/12 198/5
225/19 228/21 275/18
alone [3] 99/10 150/15 308/19
along [12] 43/4 76/7 109/16 109/18
109/22 123/8 134/4 141/5 171/4
256/19 294/3 299/10
already [23] 15/21 16/17 16/21 39/17
95/8 137/11 139/24 140/2 145/19
188/18 192/10 204/7 204/9 204/12
204/15 211/22 216/15 224/22 224/24
231/1 265/3 284/9 286/25
also [124] 10/5 10/22 10/23 13/3 13/13
22/6 24/22 37/24 44/22 59/22 79/10
81/10 81/18 86/20 90/15 96/2 97/15
109/22 112/21 122/16 123/2 123/5
132/13 140/21 141/3 141/6 141/23
142/6 143/5 149/18 150/25 154/20
155/13 167/15 167/16 169/6 169/21
170/18 170/20 170/23 171/1 171/14
171/16 171/20 171/20 172/1 174/1
174/6 176/4 177/15 178/14 178/17
178/19 179/2 179/12 179/12 179/13
179/14 181/9 182/14 183/2 183/5
183/8 185/16 185/19 185/22 186/19
188/8 188/10 189/2 189/13 189/14
189/21 196/4 196/5 196/17 196/24
197/9 198/2 198/12 198/18 199/11
201/16 206/16 207/5 208/2 208/6
208/11 208/11 208/12 208/15 209/3
209/3 211/9 211/11 218/24 220/1

also... [27]  220/11 220/12 220/14
220/17 220/21 222/19 222/24 223/7
225/6 225/14 225/14 225/15 225/15
226/8 227/4 239/4 245/12 248/5
257/25 258/20 269/4 278/10 281/11
281/12 302/24 303/19 308/17
alteration [2]  6/23 7/20
altered [5]  5/9 6/25 7/13 7/23 7/25
alternative [1]  299/8
although [4]  6/6 66/4 286/22 289/9
alumni [1]  247/13
alveoli [6]  228/3 228/3 228/5 228/18
228/19 228/23
always [11]  12/18 12/20 36/2 36/4
142/19 142/20 195/25 210/13 219/12
299/3 307/20
am [89]  4/9 11/7 12/22 16/6 16/10
22/10 23/14 28/20 40/18 42/10 42/21
42/21 44/19 51/7 52/12 53/14 55/10
61/21 80/8 81/1 83/12 85/10 93/14
104/20 107/24 118/5 119/5 119/8
119/10 129/13 137/14 149/16 152/3
169/11 170/11 170/17 170/18 170/19
171/20 175/5 178/14 178/17 178/18
179/3 179/3 179/3 179/4 179/8 180/19
180/19 180/21 181/15 186/4 195/17
197/22 199/14 218/9 225/23 226/23
231/20 237/20 237/22 244/14 248/20
251/1 252/4 264/22 265/22 266/11
268/10 269/13 272/19 275/18 279/1
282/21 284/9 286/1 290/12 296/22
296/23 299/7 299/10 299/16 300/25
301/7 302/10 302/20 303/4 306/8
amend [1]  107/10
American [5]  71/20 184/19 185/23
250/6 250/17
among [4]  26/19 47/16 130/10 257/20
amongst [1]  107/18
amount [13]  109/20 122/4 122/5 159/1
159/9 195/6 207/5 259/20 259/23
293/10 308/19 310/24 311/2
amplification [1]  59/20
analyses [1]  99/16
analysis [27]  46/25 47/1 47/7 51/18
51/21 52/8 54/5 54/17 54/19 54/24
55/15 55/18 61/4 88/15 89/2 98/14
98/21 115/5 127/5 161/4 161/4 161/5
161/6 161/16 162/2 162/14 224/19
analytical [2]  45/22 46/22
analyzed [3]  53/12 94/9 150/8
analyzing [3]  47/11 83/16 213/8
anatomically [2]  199/15 205/13
anchor [1]  27/15
Andrews [1]  286/25
aneurysm [1]  242/1
angle [19]  21/10 67/22 67/22 71/2
96/23 134/16 134/21 136/3 140/5
153/14 153/15 154/19 154/20 155/12
155/13 155/15 155/16 155/18 198/5
angled [1]  69/1
angles [1]  135/14
angularity [1]  154/14
animation [4]  192/6 192/10 224/22
235/2
annotation [1]  287/12
annotations [2]  287/14 287/15
announced [1]  83/24
annoyed [1]  146/3
Annual [1]  69/9

another [27]  23/15 24/17 25/5 29/24
52/11 57/3 77/23 48/22 46/17 96/17
50/18 118/9 124/1 124/8 142/13
144/10 153/3 160/12 166/2 166/15
166/24 167/14 193/25 222/5 255/13
256/19 262/3
answer [37]  4/17 8/17 9/11 10/22 10/23
14/25 15/1 15/21 15/22 21/13 35/20
41/13 44/6 44/20 45/1 72/15 80/6
83/11 100/11 106/22 159/7 165/16
165/18 165/20 166/1 166/11 166/14
166/16 166/18 167/9 167/16 167/18
238/4 243/10 244/2 244/5 300/9
answered [6]  39/17 39/18 41/10 204/16
242/20 265/3
answers [3]  9/20 9/24 158/24
anterior [2]  195/23 208/25
Anthony [1]  24/17
anti [3]  80/15 143/21 244/1
anti-arhythmic [1]  244/1
anti-Herbst [1]  80/15
anti-submarining [1]  143/21
anticipate [2]  56/5 295/2
antilock [3]  147/10 147/15 148/18
any [126]  7/19 9/11 13/15 16/2 22/2
51/14 51/18 52/14 52/18 53/11 54/17
54/19 55/16 55/22 57/10 58/15 62/24
63/12 73/3 73/9 74/6 78/1 79/1 79/4
80/22 84/11 102/13 103/25 104/2
104/9 104/24 107/16 107/19 107/21
108/20 116/5 116/15 119/4 119/15
128/4 134/25 137/3 139/8 141/25
146/25 147/18 147/19 147/19 151/3
152/14 155/10 162/19 162/25 163/1
168/1 171/12 173/23 173/23 179/2
181/3 181/14 186/2 187/8 188/3
188/11 188/14 189/6 197/14 198/10
200/4 200/17 215/14 217/12 220/5
222/21 223/3 223/5 223/15 226/11
227/11 229/5 229/16 229/19 229/24
230/6 231/6 236/14 236/20 236/23
237/3 239/23 242/2 243/6 243/18
247/24 250/6 250/10 252/4 256/7
263/11 263/22 263/23 266/12 266/21
274/10 280/7 283/23 285/21 285/23
286/18 286/20 287/12 287/12 287/22
289/11 291/21 292/12 293/15 294/12
294/14 295/12 298/2 299/4 306/22
307/13 308/4
anybody [15]  162/25 165/9 180/16
181/10 181/10 181/11 181/12 217/12
242/9 273/3 284/21 285/21 289/11
289/18 306/12
anybody's [2]  83/5 152/2
anymore [3]  194/2 228/6 254/14
anyone [4]  150/23 226/2 280/7 289/10
anything [49]  15/16 18/2 18/11 24/20
35/18 43/6 43/15 44/14 71/17 71/17
98/3 105/15 117/16 117/20 123/6
128/25 129/1 134/24 136/1 151/13
151/23 157/13 157/15 175/15 183/12
184/17 214/20 215/9 222/10 222/11
222/19 224/2 240/12 241/9 243/12
276/3 277/12 278/17 285/15 287/20
289/1 291/4 292/15 292/17 295/12
296/18 302/15 306/11 306/14
anytime [1]  250/17
anyway [1]  138/9
anyways [1]  231/2
anywhere [1]  126/2 253/18 273/15

-291/16 302/5
-32/11 49/23 48/22 46/17 58/17
aorta [1]  241/25
apart [2]  196/10 196/11
apologize [5]  46/21 55/5 164/16 264/10
300/15
apparatus [1]  145/4
apparently [3]  33/6 157/12 299/6
appeal [1]  307/15
appear [1]  210/6
APPEARANCES [1]  1/11
appeared [2]  34/20 222/10
appears [3]  31/16 33/16 49/6
applicable [2]  48/20 304/11
applicants [1]  177/17
application [2]  76/18 92/2
applications [3]  67/5 67/6 86/17
applied [10]  58/7 58/18 59/19 62/20
62/25 128/23 147/19 169/11 176/19
178/15
applies [1]  128/14
apply [15]  56/17 56/20 56/22 57/9
57/10 57/11 69/13 84/1 107/5 176/19
303/4 303/12 303/16 304/15 305/21
applying [1]  66/2
appointment [1]  237/19
appreciate [2]  105/19 162/5
appreciates [1]  174/21
approaches [1]  109/16
appropriate [1]  165/11
appropriated [1]  15/9
appropriately [1]  186/11
approval [1]  124/20
approve [1]  119/24
approved [1]  52/13
approximately [4]  74/3 117/12 172/12
190/18
April [16]  45/12 45/23 48/20 49/14
51/19 54/6 73/21 88/15 89/1 257/6
257/12 257/18 257/25 258/12 273/18
276/16
arbitrary [2]  109/12 109/21
arch [3]  29/11 29/16 30/10
are [520]
area [26]  25/8 32/19 38/20 38/20 39/5
39/17 80/11 95/23 96/1 98/10 115/8
117/22 118/24 129/5 133/23 133/24
134/7 136/18 136/21 137/16 150/8
150/17 151/24 173/12 185/12 224/20
areas [5]  30/15 30/19 120/7 144/5
187/1
aren't [9]  51/23 103/8 154/5 181/13
194/1 209/24 219/18 221/7 231/2
argue [11]  7/11 28/16 127/19 288/3
291/5 293/2 294/6 299/17 299/17
299/21 305/7
argued [5]  146/16 147/23 148/10 302/8
304/23
arguing [1]  34/7 295/5
argument [11]  100/21 288/17 298/5
300/3 300/6 300/22 300/23 305/2
310/15 310/18 311/7
argumentative [1]  44/25
arguments [3]  287/18 288/3 295/2
arhythmic [1]  244/1
arm [18]  134/23 135/5 135/14 138/2
138/3 150/15 150/24 154/14 155/9
155/16 193/6 207/18 235/5 284/19
284/22 285/25 297/5 297/24
around [19]  13/1 20/21 20/22 39/8
40/11 42/6 55/13 56/12 62/2 62/14

**A**

around... [9]  62/22 78/24 110/8 130/14
145/24 216/6 216/13 216/15 254/13
arrow [1]  209/23
arrows [1]  209/21
arteries [2]  183/2 183/12
artery [3]  218/11 237/13 241/21
artful [1]  55/13
article [4]  212/24 213/6 266/18 266/22
articles [1]  266/12
as [280]  4/10 4/24 5/25 6/20 7/10 7/19
7/22 8/17 10/23 14/8 15/9 15/17 16/13
16/16 19/12 22/5 23/21 24/22 25/24
25/25 26/15 30/10 32/13 33/15 34/20
35/17 41/1 41/6 41/6 41/8 41/14 44/1
44/1 47/24 53/9 53/13 53/14 54/22
54/22 55/16 55/25 56/21 59/6 59/7
59/22 60/9 61/5 62/18 63/18 64/15
64/15 65/16 65/25 66/20 68/3 68/16
68/23 69/22 72/8 73/7 73/20 74/11
76/12 76/24 77/1 77/3 77/22 81/13
81/13 82/24 82/25 84/9 89/4 89/5 89/6
92/4 95/24 96/23 97/13 101/16 103/17
103/21 106/18 107/7 107/22 107/24
109/20 109/24 109/24 110/21 111/10
112/14 113/11 113/21 113/25 114/23
115/19 118/11 119/22 120/3 120/14
122/2 125/15 126/9 129/16 129/17
129/23 129/24 130/1 132/6 132/12
133/12 134/1 136/11 136/20 136/20
138/10 138/24 140/8 141/16 142/6
144/1 144/15 144/18 144/18 145/2
145/5 145/13 146/10 146/11 146/17
152/15 156/14 157/22 157/23 158/12
163/15 163/15 163/17 165/14 166/18
168/22 171/18 172/12 172/16 172/25
174/8 175/6 175/7 175/7 178/6 180/13
186/7 186/8 186/23 187/20 188/21
190/17 190/23 191/22 192/23 193/5
195/11 196/15 197/10 198/20 200/20
204/16 204/20 205/14 208/25 210/19
210/20 210/24 211/1 211/5 211/15
212/16 213/17 213/25 218/2 218/24
219/1 219/17 220/25 221/8 224/1
224/5 224/13 224/20 227/19 228/6
228/7 228/15 228/15 228/18 228/19
229/11 230/2 230/14 232/6 232/25
236/1 237/16 238/10 242/8 242/21
243/7 245/3 246/16 246/24 252/1
252/12 253/7 258/12 260/20 264/4
266/1 266/9 266/21 266/23 267/2
269/16 270/7 270/11 270/25 274/15
274/18 277/2 277/2 277/21 280/22
280/24 280/25 281/14 284/3 284/15
285/13 288/9 288/9 288/25 288/25
289/2 289/2 289/22 289/22 289/24
290/14 290/14 290/22 290/24 290/25
291/3 291/20 292/4 292/9 292/23
292/25 292/25 292/25 295/17 296/13
297/5 297/5 298/7 300/7 300/7 300/11
300/12 300/16 300/18 300/19 301/19
304/21 307/2 308/11 308/12 310/1
310/2 310/5
aside [3]  64/15 65/25 102/24
ask [55]  14/7 14/24 15/21 18/17 23/4
40/7 41/8 68/25 70/1 72/25 73/7 78/23
83/9 83/18 91/8 102/24 104/13 109/4
109/8 110/1 115/11 128/20 147/8
160/25 167/5 192/19 195/18 197/4
221/9 227/4 236/19 236/22 237/2

237/25 238/4 238/16 242/20 244/8
244/11 246/13 247/5 265/16 269/13
276/7 283/3 283/3 285/9 291/17
292/14 306/25 310/14 310/15 310/23
311/1 311/5
asked [34]  15/2 25/14 39/16 39/17
40/1 41/10 70/14 88/14 95/13 102/19
109/9 158/25 180/20 188/24 192/8
204/15 204/16 212/8 212/22 215/14
225/8 231/15 238/15 238/24 244/9
255/24 258/25 263/15 267/4 267/11
282/3 283/5 283/7 285/23
asking [20]  22/19 31/20 40/2 41/5 42/5
107/14 107/15 149/24 230/5 250/13
250/15 250/16 250/20 261/23 268/1
296/22 296/23 310/6 310/16 311/1
aspect [2]  44/15 296/8
aspects [2]  41/12 281/24
asphyxia [17]  79/12 170/25 171/1
171/18 207/9 207/10 221/9 221/15
221/17 221/21 223/5 224/6 230/3
251/13 251/14 253/16 254/7
asphyxiated [1]  199/13
asphyxiation [8]  41/7 266/7 266/9
266/13 266/19 266/22 266/24 267/1
assembled [3]  26/16 55/21 56/3
assembly [3]  124/23 125/7 125/10
assert [2]  6/19 270/10
assess [1]  18/6
assessment [2]  71/20 269/17
assist [3]  172/16 174/8 179/25
assistance [3]  111/11 162/6 192/6
assisted [3]  47/2 54/24 222/19
associate [4]  169/6 169/7 169/9 169/11
associated [2]  44/3 58/24
Association [1]  119/13
assume [12]  30/6 38/9 39/7 40/10 41/5
61/18 61/23 100/21 157/5 239/3 273/4
283/8
assumed [2]  56/8 292/10
assuming [1]  309/18
assumption [2]  31/20 32/10
at [355]
atherosclerosis [1]  239/20
ATLANTA [5]  1/15 1/24 2/2 2/5 2/10
atrial [1]  181/10
atrophy [1]  227/21
attach [1]  16/19
attached [3]  17/5 48/13 91/19
attachment [1]  34/14
attack [14]  180/3 180/24 181/5 181/7
182/1 182/18 220/22 235/23 239/18
239/21 242/5 242/6 276/3 299/9
attacks [1]  181/8
attempts [1]  252/21 252/22
attend [4]  111/23 265/8 265/10 265/13
attended [2]  256/16 291/21
attending [1]  176/17
attention [4]  106/2 293/11 294/23
301/9
attorney's [1]  308/13
attorneys [6]  10/9 10/15 10/18 13/21
13/24 111/11
attribute [1]  142/17
August [9]  50/15 51/11 160/2 161/10
237/3 275/19 276/24 276/24 277/9
AUSTIN [1]  2/6
authentic [1]  73/7
authenticity [2]  72/13 72/17
authored [1]  266/18

authorized [3]  265/4 265/6 282/24
Autoliv [10]  37/1 37/3 37/7 37/15 37/18
42/3 101/13 122/24 122/25 123/1
automaker [12]  12/18 14/20 246/16
248/12 250/3 250/7 250/11
automaker's [1]  13/3
automakers [12]  83/20 84/9 99/3 99/6
153/23 154/1 158/9 158/11 246/25
248/17 251/4 277/16
automate [1]  112/5
Automobile [1]  245/1
automotive [13]  81/9 112/8 119/7
119/14 161/17 161/21 162/1 172/24
244/18 244/22 244/24 246/19 246/21
autopsied [1]  241/19
autopsies [8]  179/17 214/16 214/17
265/5 265/7 275/19 275/22 275/25
autopsy [15]  170/17 170/19 179/18
213/8 265/8 265/10 265/13 265/17
276/2 276/24 277/2 277/9 277/12
282/3 291/21
available [7]  25/23 188/17 198/13
200/17 200/18 258/11 292/19
average [2]  49/11 114/7
award [2]  69/13 69/14
Awards [1]  69/9
aware [31]  14/4 22/10 23/25 48/24
51/21 53/5 53/9 60/24 73/16 80/1 80/4
81/1 85/10 104/20 106/18 137/3 152/7
152/10 153/7 153/18 156/17 156/22
157/2 170/4 170/6 170/8 251/24
279/24 282/21 286/1 301/19
away [8]  20/12 48/8 112/25 144/12
186/16 192/23 193/20 205/7
awful [1]  252/3
awning [1]  184/13
axis [1]  269/9

**B**

B-Pillar [2]  199/9 199/10
B-Pillars [1]  199/9
B-U-R-N-E-T-T [1]  110/18
B-van [1]  174/1
baby's [1]  182/15
babysit [1]  245/10
bachelors [1]  111/24
back [92]  4/8 4/22 4/22 11/17 15/9
15/11 16/4 16/10 16/20 16/22 18/24
19/2 22/9 26/20 33/1 34/23 34/24
35/21 36/13 39/1 43/23 44/8 47/13
54/22 55/14 59/1 63/20 71/4 81/1
92/11 92/14 104/4 112/25 115/18
116/23 124/6 130/18 147/13 154/12
162/24 163/2 164/17 164/20 165/22
174/21 178/6 183/17 184/6 185/18
186/19 190/25 191/13 194/22 194/23
195/3 195/4 195/12 196/19 198/10
198/19 201/10 202/3 204/2 206/1
208/17 208/19 208/8 210/10 212/7
214/11 215/24 215/25 216/1 216/1
216/6 216/14 217/4 218/9 218/15
219/13 234/24 235/3 235/5 243/20
245/23 247/12 254/13 255/6 264/10
286/20 287/14 288/2
background [5]  171/24 172/24 176/10
185/15 266/4
backup [1]  204/10
backwards [1]  23/12
backyard [1]  246/20

bacteria [2]  230/25 231/3
bacterial [1]  228/2
bad [18]  5/19 91/15 231/4 253/1 308/1
308/3 308/5 308/12 308/14 308/19
308/20 308/23 308/24 309/5 309/16
310/1 310/4 310/4
bag [3]  139/22 139/23 142/5
BAILEY [1]  1/13
Bainbridge [2]  285/18 285/23
balances [1]  193/14
ball [3]  215/24 222/18 230/22
ballistic [1]  190/22
bands [1]  269/9
Barboursville [4]  231/19 231/20 231/22
244/11
bare [1]  68/13
barely [1]  70/23
barometer [1]  230/21
barrel [1]  68/10
barrier [2]  118/8 188/19
base [1]  63/12
based [47]  4/11 5/9 22/19 22/20 40/4
51/24 51/25 66/24 78/6 84/19 98/9
98/20 150/15 150/20 150/22 151/23
155/18 156/7 170/16 170/19 170/23
171/16 171/19 184/15 186/9 193/7
194/25 201/11 211/6 222/20 258/22
260/15 261/23 264/7 272/2 272/6
272/7 277/7 277/20 277/21 281/2
284/25 289/12 290/4 291/4 292/5
292/11
basic [2]  109/24 161/11
basically [9]  16/10 16/12 16/24 42/25
144/4 173/21 174/11 179/5 206/10
basing [1]  292/7
basis [8]  74/9 103/25 104/2 190/14
295/22 296/3 296/5 296/9
bath [1]  308/15
be [252]  4/6 4/15 5/24 6/3 7/16 9/18
9/25 10/7 10/8 11/3 12/3 12/14 12/22
13/17 14/5 14/12 15/23 16/23 18/19
19/17 21/7 22/12 22/22 28/22 29/19
31/13 31/21 32/20 32/21 32/23 33/2
33/12 33/16 35/22 35/25 36/5 37/21
38/12 38/22 38/24 39/6 40/12 40/17
40/25 41/17 44/2 45/21 46/14 49/6
50/4 50/10 51/8 51/22 54/20 54/25
55/17 56/14 58/6 58/20 59/1 59/2
59/14 60/3 65/10 66/7 68/1 71/2 73/7
75/15 76/18 79/23 80/11 80/15 83/10
85/16 86/14 88/23 89/5 89/12 94/7
94/20 95/14 96/13 100/24 101/3 102/7
102/23 103/7 105/4 107/20 108/23
109/4 109/8 109/12 110/12 113/12
114/8 115/9 120/1 121/11 121/21
121/22 122/4 122/4 122/11 123/21
123/24 124/13 124/14 124/15 124/15
125/2 125/7 125/11 125/13 125/19
131/14 132/1 133/25 134/23 134/23
136/15 136/23 146/4 146/9 147/25
148/12 148/15 154/11 154/25 159/18
160/2 160/10 160/11 160/12 164/4
164/11 164/17 165/1 166/17 167/1
167/6 167/17 167/17 167/21 168/10
168/13 169/25 171/3 176/17 179/7
180/1 181/16 181/18 182/10 185/2
185/3 185/19 186/18 191/20 192/12
195/20 195/24 199/15 202/8 202/14
202/15 204/14 204/17 205/18 205/20

208/18 208/19 211/1 212/19 212/25
213/11 213/17 214/19 217/7 218/12
219/18 220/16 222/10 223/7 226/4
226/19 226/20 228/11 228/12 230/15
233/24 237/24 238/6 243/2 250/21
251/13 252/13 254/12 255/8 261/16
261/21 262/20 262/21 266/10 270/23
270/25 270/25 271/2 271/3 271/4
271/4 273/10 275/8 278/15 281/22
282/4 287/5 287/25 288/16 289/3
289/6 289/12 289/19 290/10 290/22
290/24 291/7 293/20 294/16 294/19
295/7 295/20 296/11 298/5 298/11
299/3 299/13 300/8 301/4 301/11
303/25 304/3 304/4 304/21 305/4
305/6 305/7 308/20 309/22 310/3
310/6
beat [1]  241/22
beating [1]  183/7
beautiful [1]  231/22
became [3]  49/1 188/20 275/8
because [123]  6/7 7/14 9/7 14/23
14/25 16/17 18/25 19/2 20/9 20/23
21/2 23/20 25/20 28/9 28/17 29/10
29/16 29/17 30/9 30/9 30/12 34/4
36/16 50/9 52/6 57/1 57/10 59/17
59/20 61/22 64/17 65/3 65/15 65/22
66/7 66/13 68/2 75/4 75/17 75/20
75/23 76/17 76/19 78/14 79/8 79/20
91/18 98/14 105/3 134/16 136/8
139/12 148/22 160/2 160/3 163/20
167/1 172/18 176/1 182/2 185/3
188/23 190/3 192/24 193/4 194/6
203/14 203/17 204/18 209/4 211/21
212/6 212/22 213/15 214/9 214/14
216/2 216/9 221/5 223/20 223/25
224/18 225/5 225/6 228/7 229/1 231/1
233/18 234/23 235/23 240/23 240/24
240/25 241/25 242/14 243/18 248/2
248/6 250/7 250/11 252/9 252/16
254/16 254/18 263/3 266/16 267/19
287/25 288/19 294/10 297/13 297/24
298/11 298/22 299/3 299/24 301/7
304/11 305/2 305/2 306/22 307/4
311/7
become [5]  38/3 221/4 228/8 240/12
301/19
bed [1]  122/3
been [136]  5/6 5/8 5/9 5/12 6/18 6/20
7/13 11/5 12/5 13/19 15/11 16/17
20/10 20/12 20/23 23/6 23/16 25/8
26/12 32/18 35/2 36/3 37/11 43/10
52/8 78/3 81/9 82/23 88/21 95/8 96/12
97/8 97/11 97/18 97/23 97/24 98/15
98/21 104/18 107/4 107/11 107/22
108/2 110/20 111/6 111/7 112/4 112/8
112/9 114/2 114/9 114/21 114/22
116/7 116/18 116/19 118/14 118/16
118/18 119/15 127/6 137/11 138/10
139/3 140/3 141/23 145/19 146/3
146/16 147/23 153/20 158/3 158/10
158/11 163/7 163/7 163/8 163/20
163/23 165/25 166/5 168/21 177/18
177/18 179/13 183/23 185/22 189/6
191/22 193/5 198/24 200/9 204/10
204/12 204/15 210/6 210/19 212/16
217/18 218/24 219/1 221/15 222/21
223/10 230/12 233/3 233/17 234/11
234/11 243/9 247/8 247/17 247/24
251/12 254/20 254/3 254/20 255/22

258/5 260/6 262/6 266/16 271/19
279/13 279/25 283/9 284/14 285/16
285/20 287/13 290/5 294/14 294/14
294/19 299/3 304/23
before [69]  1/9 4/7 7/18 7/21 19/8
26/10 33/7 43/24 44/9 49/4 51/15 54/6
54/22 55/15 59/18 69/5 69/17 72/20
83/11 88/14 96/14 104/12 106/1 107/3
111/13 115/5 115/21 119/17 120/1
121/12 140/13 141/12 147/20 165/22
171/23 172/22 174/3 176/19 184/7
187/9 188/19 190/19 193/19 200/9
201/18 201/19 201/20 201/21 204/22
206/17 212/11 213/16 217/23 218/8
232/9 232/10 239/25 240/15 241/6
252/5 258/25 258/25 259/4 276/21
279/22 280/1 286/10 291/5 299/18
beg [1]  156/20
begin [2]  106/1 288/6
beginning [4]  66/17 120/14 121/10
267/21
begins [1]  19/22
behalf [10]  10/18 14/5 114/21 114/22
166/13 232/1 232/7 232/25 233/25
236/7
behind [18]  76/13 133/17 133/20 134/6
135/9 135/10 136/2 136/15 153/4
153/8 154/4 154/11 155/5 216/11
223/1 234/24 235/3 235/5
being [49]  11/18 16/16 39/13 40/13
45/6 46/19 46/22 56/2 58/4 58/8 58/18
64/1 66/14 73/9 75/23 79/22 94/10
95/3 100/9 100/10 107/7 109/15
113/22 134/5 134/19 134/19 152/25
154/24 165/11 166/10 166/11 167/15
171/25 172/15 179/24 180/19 180/20
183/25 199/12 199/13 202/25 214/21
227/8 274/3 274/3 274/3 285/14 293/2
309/20
belabor [1]  91/10
belated [1]  259/18
believe [39]  21/25 25/10 37/10 42/19
61/6 69/21 69/25 72/9 87/21 89/18
98/2 106/20 106/25 107/2 107/25
108/18 149/17 191/2 193/5 202/6
206/17 208/4 221/20 222/13 229/18
232/18 241/10 254/23 261/7 265/16
275/21 279/23 280/2 281/16 285/4
295/4 298/14 303/11 306/23
believes [2]  5/8 6/22
bell [1]  295/12
belongs [1]  9/3
below [9]  53/21 57/23 92/20 101/6
203/17 203/19 203/21 207/4 210/16
belt [72]  128/23 133/11 133/11 134/16
134/19 134/20 134/20 134/22 134/22
135/13 135/13 136/9 136/14 138/6
141/2 141/9 141/11 141/12 142/20
150/13 150/13 150/18 150/19 151/4
151/6 151/15 152/8 152/25 153/4
153/8 153/8 154/4 154/10 154/11
154/16 155/5 155/8 155/11 188/23
189/4 192/25 193/6 193/8 193/9 194/5
195/11 196/6 197/15 197/16 198/4
198/5 198/6 198/7 198/7 207/17
207/21 207/21 208/3 208/6 208/8
224/17 225/5 225/15 225/22 226/3
226/3 226/5 294/15 297/14 297/17
297/20 298/2
belted [1]  189/3 190/7 192/25

beltline [1]  17/10
belts [6]  135/9 137/18 144/18 146/13 173/19 194/11
bench [1]  290/17
bend [6]  27/11 38/18 92/4 143/10 145/5 205/21
bending [4]  39/3 91/25 91/25 222/3
bends [3]  32/22 97/13 97/19
benefit [7]  43/14 43/22 44/1 44/8 194/4 194/5 215/17
benign [1]  175/16
bent [5]  145/11 205/17 205/21 205/22 267/20
best [7]  8/18 26/4 53/10 99/13 103/14 114/19 148/13
beta [1]  244/1
better [10]  8/25 36/3 47/10 48/15 76/21 82/24 121/21 194/16 289/6 301/25
between [33]  27/15 30/24 35/13 35/14 39/11 39/13 40/13 43/11 46/5 46/21 50/6 54/17 55/8 64/13 78/19 83/14 84/11 107/10 134/21 135/12 136/14 155/10 156/3 196/12 216/8 251/18 251/21 252/1 253/7 254/1 276/18 298/6
beyond [1]  88/8
biased [2]  64/19 64/20
bid [1]  241/17
big [21]  16/18 58/20 83/4 124/24 126/14 128/22 173/17 193/1 193/12 196/18 207/25 214/7 218/5 219/22 219/22 225/10 225/13 226/13 228/8 275/2 301/8
bigger [8]  53/20 64/6 210/6 220/9 225/8 225/10 225/11 227/17
bill [1]  160/21
billed [1]  159/12
bills [1]  160/21
bio [5]  38/20 79/19 79/21 80/24 81/13
bio-fidelity [4]  79/19 79/21 80/24 81/13
biofidelic [1]  80/10
biomechanic [7]  169/13 172/16 174/8 178/15 186/24 200/11 211/5
biomechanic's [1]  143/15
biomechanical [8]  39/21 80/7 102/7 127/5 169/12 185/15 187/6 226/7
biomechanics [12]  169/12 172/7 172/20 173/11 180/11 185/22 189/15 200/2 246/11 257/9 257/14 258/7
BiPAP [3]  228/20 228/22 228/25
BIRMINGHAM [1]  2/8
bit [35]  50/8 53/18 57/5 59/24 65/11 65/15 70/18 83/7 111/16 118/10 120/21 124/24 134/8 141/11 141/13 141/14 161/1 171/25 172/3 193/2 193/9 198/24 202/8 205/6 205/7 206/10 210/6 220/23 225/8 225/11 226/18 227/19 227/20 227/20 271/19
black [5]  138/4 138/24 171/3 215/6 215/8
blacked [1]  186/14
blackout [1]  186/12
blame [1]  300/25
blamed [1]  275/13
blaming [1]  16/2
bleb [1]  228/8
bleed [4]  216/25 217/1 227/17 286/8
bleeding [3]  212/11 212/12 226/16
bleeds [1]  229/21

blink [2]  113/9 175/9
blocked [1]  247/22
blockers [2]  173/19 244/1
blood [11]  181/14 183/3 193/2 213/20 217/17 220/8 220/15 226/11 226/16 226/17 227/14
blow [3]  134/7 139/12 147/9
blue [1]  168/1 209/23
BMI [1]  220/16
BMW [1]  249/7
board [6]  185/22 186/4 186/7 186/8 186/9 237/18
boards [1]  185/24
bodies [6]  137/8 197/17 197/18 198/9 277/3 282/2
body [24]  137/14 141/10 144/5 144/18 154/16 155/9 155/13 173/17 174/12 174/13 179/10 179/16 183/3 195/22 195/24 208/9 208/11 208/20 210/2 217/5 222/15 224/25 257/9 257/15
bodycam [5]  170/24 171/20 188/6 198/18 198/19
bold [2]  9/21 123/9
bolster [2]  144/9 144/10
bone [2]  209/5 213/18
bones [1]  214/5
bony [1]  263/23
book [3]  185/19 240/19 266/22
books [1]  266/23
BOORMAN [2]  2/4 164/9
booster [3]  234/4 234/17 234/22
born [2]  89/7 244/14
both [23]  29/7 33/6 33/21 48/12 68/2 75/3 82/8 89/23 96/20 132/17 132/19 134/21 150/13 169/13 172/15 172/18 182/6 188/9 193/11 194/11 223/14 304/24 306/24
bottle [1]  187/5
bottom [18]  20/4 20/12 20/15 38/2 38/8 39/15 40/14 41/8 41/16 82/9 82/18 83/15 89/23 91/19 96/3 103/9 196/15 210/10
bought [4]  36/16 36/25 272/13 272/15
bounce [2]  192/17 194/22
bows [7]  26/25 50/23 50/24 51/3 51/5 51/8 51/12
box [6]  1/16 138/4 138/24 171/3 215/6 215/8
boy [3]  234/15 234/24 235/9
boy's [1]  234/21
brags [1]  246/18
brain [8]  214/4 216/22 226/14 227/18 227/19 229/21 264/6 264/7
brake [1]  147/22
brakes [6]  147/15 147/24 148/12 148/15 148/16 148/23
braking [4]  147/10 147/19 148/18 215/9
breadth [1]  83/2
break [9]  17/25 105/20 109/7 162/23 215/25 230/14 252/18 252/21 255/5
breaking [4]  147/22 208/24 213/22 227/21
breaks [1]  128/9
breath [3]  221/24 222/5 230/7
breathe [2]  222/5 230/7
breathing [8]  230/5 253/11 253/12 254/11 254/14 254/16 254/16 254/17
BRENNAN [1]  1/13
Brian [2]  5/21 5/22 7/18 8/5 21/18

23/4 63/1 80/19 87/2 87/8 87/14 87/19 89/22 89/22 90/7 94/19 94/20 97/9 97/11 98/12 99/3 102/21
Brian's [3]  5/23 80/23 93/9
bridge [1]  194/20
bridging [1]  227/21
brief [4]  171/9 290/10 290/14 306/14
briefly [11]  98/25 155/22 166/4 170/14 209/16 210/9 224/18 282/15 283/24 290/9 303/8
bring [17]  10/20 36/1 39/7 45/17 106/1 110/3 150/21 164/4 164/23 181/22 247/5 255/12 288/22 288/23 288/24 289/5 301/7
bring 169 [1]  45/17
broad [1]  44/15
broader [1]  86/17
broadly [1]  120/9
BROGDON [1]  1/4
broke [5]  18/7 196/4 196/5 199/6 231/2
broken [6]  17/18 196/3 208/24 252/10 253/10 254/2
brother [2]  245/3 245/12
brother-in-law [2]  245/3 245/12
brothers [1]  220/21
brought [6]  122/16 145/21 234/14 234/15 254/22 294/10
bruise [2]  267/19 267/24
bruises [1]  263/22
bruising [4]  193/2 207/19 223/2 223/3
Buchner [6]  23/5 29/24 94/20 115/20 115/24 296/19
Buchner's [2]  93/22 94/17
buckle [1]  29/7 32/20 91/25 132/10 133/10 152/19 285/12
buckled [2]  138/7 138/9
buckling [1]  34/6
Buick [1]  245/1
build [9]  118/12 122/10 122/12 123/23 123/25 124/25 125/22 228/2 230/25
built [14]  38/17 82/23 122/10 123/24 124/3 124/3 124/4 124/11 124/12 124/13 124/14 124/15 125/6 142/14
bunch [8]  74/13 132/9 139/3 196/23 214/10 223/23 231/1 288/24
buried [1]  8/22
BURNETT [37]  3/3 108/22 110/6 110/17 110/19 110/24 117/5 120/3 120/23 121/1 123/12 125/15 127/2 127/16 128/15 129/10 129/19 130/24 131/9 134/7 135/15 135/22 137/3 137/24 138/21 140/13 145/20 148/10 149/11 149/16 159/2 159/9 159/22 164/8 174/22 189/20 303/20
Burnett's [6]  116/12 123/4 132/25 159/13 159/19 268/13
buses [1]  67/4
businesses [1]  297/9
but [273]  4/22 5/3 5/22 6/3 7/4 7/7 8/3 9/2 9/11 9/25 10/17 13/23 13/25 15/22 18/25 21/9 22/9 23/17 25/7 27/5 27/11 28/12 28/17 29/9 29/17 29/19 30/4 30/17 33/10 34/8 36/5 36/16 36/21 37/20 40/7 40/18 41/1 41/2 42/19 42/21 42/23 42/25 43/20 44/3 44/12 44/22 45/24 46/2 46/8 46/18 48/15 49/3 50/8 51/21 52/6 52/24 53/16 53/24 57/6 57/24 58/5 58/19 59/2 59/13 59/22 60/23 61/17 61/22 62/9 64/1 65/9 65/13 65/22 65/25 65/25

**B**

but... [198]  66/5 66/7 70/17 70/22 71/1
71/23 73/7 78/4 79/10 81/1 82/14
83/10 83/19 84/8 84/21 85/10 87/1
89/19 97/2 100/16 100/18 101/22
102/23 103/17 104/20 107/1 108/4
109/8 109/16 109/18 109/21 109/24
110/13 111/20 113/21 115/16 123/14
123/23 125/4 125/8 126/11 129/11
131/18 132/13 133/18 134/3 134/8
134/10 139/3 140/11 142/21 143/24
145/24 149/9 150/22 152/24 153/15
154/13 154/14 154/16 154/20 155/1
155/9 155/12 157/3 157/13 158/11
159/18 159/25 160/17 161/11 161/24
163/7 163/17 164/17 165/1 167/24
168/11 177/25 182/21 183/8 184/7
188/22 192/17 192/22 193/3 193/8
194/4 194/7 194/19 195/10 195/16
195/18 198/1 198/6 198/9 202/10
204/14 205/6 209/3 209/25 212/12
212/16 212/19 214/19 216/7 216/8
217/12 218/2 218/12 219/1 219/13
219/16 220/6 220/12 220/22 220/22
221/16 221/19 223/19 223/21 225/13
225/17 225/25 226/11 226/18 226/23
227/3 227/15 228/18 230/24 231/21
232/11 232/14 234/22 235/12 237/19
241/23 243/7 243/9 243/17 244/7
244/12 244/25 245/14 247/4 247/7
248/5 248/7 248/18 251/11 251/15
253/24 254/13 254/20 255/14 256/9
259/4 261/21 263/11 263/22 265/3
266/11 266/17 269/2 270/1 270/6
275/10 275/15 275/24 276/20 277/24
282/21 284/8 287/18 287/25 288/11
289/5 291/16 292/9 293/3 293/16
293/25 294/15 295/12 295/22 296/9
296/18 297/16 297/21 297/23 298/7
300/23 305/24 308/20 309/21 309/25
310/4
BUTLER [12]  1/20 163/16 239/5 284/8
286/21 287/20 296/9 293/2 299/24
300/20 303/9 306/25
BUTLERPRATHER.COM [4]  1/14 1/15
1/19 1/21
buy [3]  86/15 288/18 288/21

**C**

C1 [1]  216/23
C2 [1]  216/23
cab [15]  50/25 50/25 51/1 54/9 88/2
88/2 88/5 100/19 122/3 130/7 192/22
221/25 222/13 222/15 222/16
cab/crew [1]  50/25
cage [8]  78/24 79/9 96/8 103/17
208/17 208/25 225/21 225/23
calculate [2]  64/5 74/19
calculated [5]  56/24 73/17 77/16 78/4
78/6
calculation [2]  75/20 76/1
calculations [1]  77/18
calculator [4]  56/13 56/15 64/1 74/18
calendar [2]  36/25 37/1
call [53]  19/23 19/25 25/3 25/7 27/4
27/19 50/5 60/5 88/6 90/10 110/5
124/1 124/9 125/1 125/5 128/12
131/23 139/19 168/2 168/3 173/19
176/16 177/13 179/9 182/2 190/21
191/8 210/6 215/5 215/6 215/20 216/8

217/11 220/17 227/6 235/19 235/22
236/22 237/1 237/6 237/21 239/2
240/3 244/7 248/6 251/15 278/5
278/10 278/19 283/3 283/25 284/1
291/18
called [36]  5/21 50/9 63/5 66/24 78/18
88/23 101/21 103/17 111/5 117/5
119/9 121/13 122/6 122/7 124/17
128/8 128/11 141/4 161/3 173/25
184/25 191/4 216/18 230/21 233/11
242/11 242/23 244/3 266/1 268/2
268/6 268/25 269/18 279/16 291/21
293/8
calling [3]  12/5 27/14 28/23
calls [8]  110/6 114/25 115/2 165/23
216/9 248/4 277/19 278/1
cam [4]  17/24 188/7 252/23 252/24
Camacho [20]  137/7 137/8 137/24
176/5 195/14 197/24 207/19 210/21
211/8 211/9 211/16 211/17 211/22
212/9 212/18 212/20 212/22 222/20
225/8 278/11
Camacho's [6]  138/1 195/12 209/10
209/15 210/8 212/1
came [28]  7/17 70/11 101/12 119/25
139/14 143/25 145/16 146/11 190/9
196/15 197/10 199/6 207/24 209/23
226/23 227/16 235/1 254/13 268/14
277/5 277/17 277/20 278/7 279/5
279/10 281/23 301/13 301/21
camera [1]  130/23
cameras [6]  130/13 130/14 130/15
130/15 130/17 130/22
can [252]  4/17 5/18 7/11 7/15 8/7 9/6
10/5 13/12 15/1 19/19 19/20 19/20
20/7 21/7 21/7 21/16 27/10 28/2 29/16
30/14 32/9 32/13 32/25 35/11 36/1
38/8 39/23 40/16 41/13 45/15 46/17
50/23 53/18 53/20 55/19 57/7 57/8
57/10 58/24 59/12 60/3 60/8 60/8 62/6
68/1 72/15 78/2 79/15 83/16 86/14
89/9 89/10 89/17 89/17 90/20 94/3
94/18 95/23 96/18 97/9 97/22 98/9
98/9 102/1 102/12 102/18 109/1 114/8
115/12 116/22 117/12 120/15 120/19
120/21 121/2 121/17 121/17 124/7
125/2 125/2 125/12 125/14 126/1
126/10 126/11 126/12 126/21 128/18
130/18 130/22 131/11 133/15 133/16
133/19 133/22 134/3 134/7 136/25
137/20 138/18 138/19 139/17 140/10
141/5 141/8 141/10 141/10 142/16
143/10 143/16 144/19 147/14 148/13
148/24 149/5 150/23 153/2 153/21
154/12 154/18 154/19 154/21 155/6
155/12 155/13 155/15 156/6 158/20
163/15 164/17 166/8 166/9 166/17
167/1 167/4 167/16 167/17 174/12
174/13 174/17 174/18 181/6 182/11
182/12 183/7 183/17 183/22 186/10
191/14 192/19 192/23 193/14 194/8
194/9 194/25 196/7 196/7 197/6
197/11 198/21 198/24 198/24 199/2
199/5 199/9 199/11 199/15 202/6
202/9 202/10 205/8 205/10 205/17
207/18 207/19 208/21 209/3 209/6
209/18 209/21 209/24 210/2 210/5
212/17 212/18 212/25 213/23 214/16
214/17 215/6 215/25 217/4 217/5
217/12 217/17 217/18 218/1 218/6

219/9 220/8 220/9 220/13 220/14
220/16 222/5 223/8 223/12 225/19
227/9 228/15 228/18 237/21 246/14
247/11 253/20 254/22 255/6 255/19
260/24 261/8 261/14 261/17 262/4
262/14 262/17 262/25 270/21 271/4
272/22 276/7 280/18 284/5 285/9
287/17 288/18 288/25 289/5 289/6
289/19 290/6 290/7 293/2 296/8
300/12 301/11 303/7 303/25 304/17
305/13 307/5 309/3 310/3
can't [44]  20/9 20/23 20/24 20/25 21/7
21/13 23/9 23/17 24/15 31/7 33/9
41/13 41/23 49/8 77/23 78/1 79/12
107/25 131/13 134/18 134/19 135/12
136/3 146/14 149/9 150/23 152/24
155/10 155/18 164/16 215/23 227/9
228/8 230/7 230/7 242/14 242/15
253/24 261/12 262/2 288/21 294/15
304/20 311/4
cancer [1]  279/6
cannot [1]  80/9
canopies [1]  142/5
canopy [2]  101/14 142/6
cap [2]  129/10 129/14
capability [1]  86/14
capacity [1]  158/12
capped [1]  9/21
caption [5]  8/9 8/15 9/10 9/19 9/25
capture [2]  131/11 262/23
captures [1]  141/20
car [38]  40/17 57/18 58/3 58/21 68/4
118/9 122/17 125/2 125/6 125/7
125/19 126/1 128/7 143/24 144/14
144/14 144/25 174/17 179/12 184/10
198/6 199/14 216/25 226/25 227/17
228/10 230/13 249/18 250/4 250/7
250/9 250/11 250/13 250/17 250/25
251/1 251/8 269/17
cardia [2]  240/3 240/4
cardiac [40]  171/6 180/14 180/15
181/9 181/17 182/6 185/16 217/10
217/12 220/2 223/16 223/17 235/18
236/23 237/3 238/13 238/15 238/19
239/14 239/23 240/1 240/20 241/14
241/18 242/7 243/18 251/9 276/3
277/1 277/6 277/8 277/13 277/18
278/8 281/21 298/14 298/19 298/20
299/16 299/19
cardiologist [16]  181/16 181/18 217/18
217/20 218/9 218/10 218/24 218/25
219/2 236/10 238/11 243/21 244/4
264/23 264/24 279/21
cardiologists [4]  182/2 183/15 235/19
235/22
cardiology [2]  180/15 240/18
cardiomegaly [1]  218/5
care [14]  72/24 75/17 122/18 126/2
182/3 184/23 185/1 185/4 215/17
219/18 229/1 229/4 229/8 256/9
career [9]  112/4 112/18 114/20 116/5
116/8 118/2 118/4 161/25 183/23
careers [1]  114/11
careful [1]  294/19
carefully [1]  142/17
Carrollton [1]  111/2
carry [1]  76/17
carrying [2]  18/22 19/10
cars [6]  40/11 124/25 125/5 125/6
125/12 245/13

cartilage [1] 209/5
Caruso [4] 47/24 48/23 49/18 50/19
case [138] 4/12 4/12 8/10 14/1 14/19
 23/22 26/3 30/21 40/21 41/3 41/4 42/9
 42/9 42/12 52/23 60/9 97/8 97/12
 105/20 108/2 109/19 109/23 110/12
 114/13 115/1 120/14 121/19 123/7
 123/11 126/15 127/17 128/1 129/12
 129/15 129/25 130/8 130/12 137/4
 145/25 151/3 153/5 153/5 154/24
 155/4 162/25 165/8 166/2 166/15
 166/24 166/24 166/25 167/1 167/2
 167/3 167/6 167/14 167/15 167/16
 167/17 167/24 168/10 170/4 170/9
 187/4 187/8 187/11 187/12 187/17
 187/22 187/24 188/16 188/20 189/8
 189/25 190/15 191/8 201/14 207/16
 210/22 212/5 218/25 221/18 232/11
 232/12 232/19 233/1 233/3 233/9
 233/11 233/14 233/18 233/23 234/1
 234/14 234/20 247/3 247/4 247/9
 247/14 247/25 248/4 255/8 257/6
 258/2 258/13 259/4 265/8 265/11
 265/13 265/17 266/1 273/17 274/15
 275/19 281/19 281/20 282/11 282/20
 284/9 288/7 288/8 288/15 288/16
 289/10 289/23 290/23 291/2 291/3
 291/20 291/24 293/1 294/21 295/9
 298/11 301/14 302/6 308/16 309/10
cases [20] 12/16 13/2 13/22 14/16 15/2
 74/7 97/23 97/24 108/3 109/14 109/18
 114/5 115/4 234/7 234/10 246/16
 246/25 248/7 249/16 308/24
cash [1] 92/10
catch [1] 144/14
categories [1] 59/7
category [1] 59/2
cath [1] 235/24
caught [1] 251/21
causal [2] 43/10 98/16
causation [6] 186/23 200/12 257/10
 257/15 301/10 301/11
cause [25] 4/12 7/5 38/17 90/25 92/6
 104/16 169/23 179/14 179/19 179/22
 183/22 186/24 238/19 240/12 240/13
 263/16 263/18 267/1 267/2 267/22
 291/4 293/14 294/16 297/22 298/6
caused [30] 5/10 6/23 8/1 15/24
 112/24 136/13 154/21 155/19 156/1
 170/9 215/1 221/1 221/3 224/15
 229/13 229/14 230/3 234/22 234/22
 263/7 267/6 295/6 295/10 295/14
 296/4 297/25 298/14 298/23 299/19
 302/8
causes [3] 41/12 171/7 228/1
causing [7] 34/13 38/23 39/3 293/10
 296/1 296/16 296/25
CC [2] 50/22 50/24
CCR [2] 2/14 312/18
CDL [1] 1/4
CDR [1] 147/8
center [26] 1/25 71/24 169/11 175/24
 178/15 180/2 184/22 184/22 261/1
 261/2 261/3 261/5 261/9 261/10
 261/11 261/12 261/12 261/15 261/18
 261/19 261/20 261/25 262/15 262/18
 283/15 283/17
centers [2] 184/21 216/24
cents [1] 49/11

cert [2] 126/8 126/14
certain [25] 17/23 47/16 66/18 83/23
 99/18 101/11 107/24 122/4 122/5
 166/20 166/24 167/5 167/6 179/20
 185/2 217/13 221/16 235/25 279/6
 279/7 290/6 301/20
certainly [20] 13/19 13/21 18/9 25/16
 28/16 32/7 44/4 44/21 46/19 51/22
 52/22 77/10 82/23 95/24 96/13 107/20
 148/6 288/13 290/10 294/15
certainty [7] 170/2 187/6 220/25 224/5
 224/13 229/11 230/2
certificate [2] 179/23 311/14
certify [1] 312/5
cervical [6] 84/17 84/21 196/1 207/23
 216/23 229/24
cetera [1] 131/16
chain [1] 298/13
chair [3] 157/25 184/1 293/5
chaired [1] 213/17
challenge [1] 114/8
chambers [2] 183/3 220/8
chance [13] 55/10 179/2 241/13
 241/14 269/6 270/23 271/1 271/5
 271/8 271/10 271/11 271/25 273/11
change [9] 53/3 76/20 79/13 84/19
 105/3 134/21 138/18 155/21 201/11
changed [5] 43/6 44/13 83/12 112/23
 259/8
changes [8] 47/20 51/20 51/23 55/9
 56/4 73/24 89/5 164/25
changing [6] 76/3 103/13 120/18
 155/16 155/17 243/25
chaotic [4] 60/3 138/12 138/15 205/11
chapter [2] 240/19 266/14
chapters [1] 185/20
characteristic [1] 229/15
characteristics [3] 78/13 221/22 221/23
charge [29] 164/24 187/12 291/14
 291/14 291/18 293/6 294/3 295/3
 295/5 295/11 295/24 300/16 300/18
 301/2 301/5 301/6 301/9 302/1 302/2
 302/24 303/11 304/7 305/1 306/15
 307/3 307/18 307/25 308/2 308/10
charged [1] 13/18
charges [4] 187/22 187/23 307/11
 307/17
charging [1] 187/11
CHARLES [1] 1/23
CHARLES.PEELER [1] 1/24
Charlie [1] 114/3
Charlottesville [7] 169/3 169/4 178/13
 231/17 231/24 244/10 244/12
chart [7] 61/2 86/3 91/22 110/8 269/8
 274/6 274/24
chase [1] 183/7
chassis [4] 88/2 88/5 100/19 173/9
cheating [1] 103/12
check [2] 120/2 260/17
checked [1] 186/17
checks [1] 216/6
chest [11] 143/12 182/20 197/15
 197/16 211/13 219/6 219/15 222/24
 223/1 241/5 279/23
Chevrolet [3] 76/23 77/10 244/21
Chick [1] 288/24
Chick-fil-A [1] 288/24
chief [1] 264/13
child [7] 234/4 234/10 234/17 235/15
 248/15 249/9 249/17

children [1] 245/10
chin [2] 222/24 229/1
chips [1] 288/25
choice [1] 40/11
choked [1] 223/10
choose [2] 173/16 175/25
chose [1] 176/1
Chris [1] 162/10
Christopher [1] 61/9
chronic [1] 228/9
Chrysler [20] 97/24 172/10 172/12
 172/23 173/3 173/4 173/6 173/7
 175/19 188/21 245/7 245/8 245/14
 245/16 245/18 245/19 245/21 245/23
 245/25 249/3
Chrysler's [1] 173/22
chuck [1] 100/10
churns [1] 246/24
cigarettes [1] 220/4
cinderblock [1] 196/19
circle [4] 95/1 133/22 133/22 191/15
circled [1] 96/3
circuit [1] 201/13
circumstances [1] 166/25
CIREN [4] 177/7 177/13 177/18 178/2
citation [1] 267/5
cite [1] 309/10
citizen [2] 248/11 248/14
civil [1] 291/24
claim [17] 4/9 4/11 82/7 104/7 123/7
 127/11 234/15 242/4 242/6 291/2
 291/3 291/25 294/22 297/20 297/23
 297/25 304/12
claiming [5] 24/10 298/1 298/22 299/5
 305/19
claims [5] 290/2 290/4 290/23 294/20
 303/13
clarification [1] 250/13
clarify [2] 191/19 293/12
clarifying [1] 307/2
clarity [1] 21/2
Clark [1] 301/15
classes [2] 84/1 245/22
classic [1] 138/2
classify [1] 273/24
clavicles [1] 225/20
clavicular [1] 225/16
CLAY [1] 1/9
clean [6] 11/7 218/15 218/15 230/24
 240/21 241/24
cleaned [1] 307/24
cleanest [1] 4/8
cleanup [1] 11/12
clear [11] 33/12 88/23 103/7 127/12
 248/19 278/15 293/20 296/3 296/12
 299/3 310/14
clearances [1] 203/1
clearly [4] 5/22 7/10 7/11 309/9
CLEVELAND [2] 2/1
client [2] 13/20 14/17
clients [3] 13/21 13/23 14/16
clinical [2] 176/18 280/4
CLL [1] 225/7
clogged [1] 183/12
close [10] 38/16 42/22 47/4 65/8 165/8
 205/10 207/23 289/23 291/6 301/24
closely [1] 124/6
closer [6] 29/5 32/10 34/5 34/10 34/15
 76/4
closing [1] 8/7 272/17 287/17 288/3

closing... [3]  295/2 295/13 303/15
co [3]  217/11 230/19 247/13
co-alumni [1]  247/13
co-morbid [2]  217/11 230/19
coated [1]  133/17
Cochran [1]  236/13
code [3]  275/7 301/14 312/6
Colby [3]  24/4 259/21 259/24
collapse [2]  5/20 261/1
collapsed [2]  260/5 260/24
collar [1]  223/16
colleague [1]  14/1
collection [1]  193/2
college [8]  111/23 111/24 112/4 173/2
184/19 245/6 245/14 245/15
collision [8]  152/20 263/13 264/8 269/1
269/7 270/22 273/12 299/20
collisions [1]  270/18
color [1]  19/20
COLUMBUS [9]  1/2 1/6 1/13 1/16 1/18
1/20 4/5 265/24 265/25
column [8]  131/16 144/23 144/25
145/12 173/20 196/9 205/24 205/25
coma [1]  227/6
combination [4]  155/20 195/10 214/18
231/4
combined [1]  112/2
come [52]  7/15 14/7 28/9 58/9 67/16
69/3 72/12 110/7 112/25 114/18
114/19 123/21 125/16 129/2 140/18
143/18 144/7 144/20 145/8 146/2
162/24 168/5 175/8 181/3 182/2
183/10 183/17 185/6 186/13 187/24
189/24 197/5 216/17 220/24 225/20
229/10 230/1 230/9 237/12 238/11
240/15 255/6 264/10 276/25 282/8
284/2 287/12 288/2 302/9 308/3
310/15 310/17
comes [40]  4/7 7/9 19/25 30/10 34/2
53/13 56/12 58/2 66/11 67/12 74/8
100/9 113/7 140/14 141/20 143/9
165/2 175/11 175/14 180/17 190/23
190/25 190/25 191/3 192/18 192/24
193/19 194/23 195/3 195/4 195/5
195/6 197/12 207/20 208/3 215/16
215/25 216/6 216/14 222/6
comfortable [1]  207/3
comforting [1]  292/24
coming [29]  7/21 34/11 38/13 65/12
68/23 102/1 102/4 113/3 122/14 123/9
130/9 165/5 168/1 181/2 192/5 192/13
192/16 193/4 196/18 201/6 207/21
208/23 209/7 216/16 218/14 219/13
222/23 225/5 241/4
command [1]  186/24
comment [8]  170/17 170/19 170/20
170/23 171/1 171/6 171/17 171/21
commented [1]  53/22
commenting [1]  214/19
comments [4]  84/10 185/18 200/4
291/12
commit [1]  13/15
committee [1]  184/20
common [7]  39/19 39/22 59/15 68/3
68/5 68/10 115/4
commonsense [2]  38/21 38/21
Commonwealth [1]  186/2
communicate [1]  162/4

communicates [1]  160/14
community [1]  213/21
companies [3]  122/19 122/20 158/7
company [24]  1/6 12/6 13/8 37/3 81/2
92/18 98/13 111/5 111/10 111/14
111/15 112/7 153/23 188/8 232/2
232/3 247/22 248/24 286/7 289/21
290/3 293/12 295/25 296/14
Company's [4]  9/23 246/7 296/12
307/17
comparative [6]  296/8 296/24 298/12
299/13 299/22 299/23
compare [5]  22/9 72/20 95/4 184/17
194/13
compared [4]  22/7 62/1 94/13 200/4
compartment [3]  199/2 199/3 199/5
compatible [2]  181/13 221/3
compel [1]  292/13
competitive [1]  177/16
competitor [1]  76/19
competitors [1]  76/14
complaining [2]  243/5 250/22
complaint [5]  9/20 9/24 166/11 166/12
166/14
complete [4]  44/4 118/8 118/9 294/11
completed [5]  124/21 173/10 176/6
176/7 176/9
completely [9]  34/2 38/20 39/5 200/18
234/16 237/11 246/17 251/5 295/21
completeness [2]  9/3 21/19
completion [2]  175/22 175/23
complex [5]  40/20 41/1 41/14 100/11
102/9
complexities [1]  121/5
compliance [4]  127/23 305/5 305/17
305/25
complicated [2]  105/3 120/16
complications [1]  43/9
complied [8]  303/13 303/14 303/14
304/8 304/9 304/9 305/2 305/7
comply [6]  96/10 128/1 304/3 304/11
305/23 305/24
component [7]  50/11 92/5 129/7
131/25 132/1 132/7 132/8
components [15]  7/1 26/14 26/15 37/2
47/21 49/24 51/5 113/11 123/2 132/5
139/13 144/10 174/5 174/12 174/18
compress [4]  27/8 27/11 28/7 225/22
compressed [2]  210/3 210/3
compresses [1]  30/25
compressing [3]  225/21 225/23 225/24
compression [2]  197/11 198/8
comprising [1]  26/14
compromised [4]  16/17 16/21 281/6
281/6
Computed [1]  213/7
computer [15]  47/1 47/4 47/6 47/10
47/12 47/16 51/18 51/21 52/1 54/14
54/24 55/15 88/15 89/2 94/9
concept [2]  57/10 121/11
concern [11]  47/24 48/1 48/3 48/22
49/7 49/9 49/17 49/20 50/18 50/22
108/11
concerned [9]  6/21 41/7 64/16 82/25
101/17 230/6 243/24 297/6 306/13
concerns [3]  53/2 125/11 302/19
conclude [1]  155/18
concluded [1]  311/12
conclusion [3]  39/24 201/7 277/20
conclusions [3]  21/8 119/25 136/3

conclusive [1]  303/17
conclusively [1]  303/18
conditions [10]  47/9 59/17 59/21 60/3
60/8 64/3 96/18 217/11 217/22 230/20
conduct [2]  37/7 259/10
conducted [13]  37/16 37/18 60/21 63/1
82/8 82/12 88/1 130/1 255/25 258/16
259/5 259/12 283/12
conducting [3]  257/20 258/15 259/11
confer [2]  107/18 109/6
conference [6]  164/25 165/1 189/12
278/2 278/7 312/10
conferences [2]  189/7 247/4
configurations [2]  96/15 135/9
confirm [4]  10/13 45/25 127/23 158/23
confirmation [2]  124/9 124/11
confirms [1]  54/19
conflict [1]  163/21
conformance [1]  132/9
confuse [1]  300/24
confused [4]  102/25 165/25 195/25
294/20
confusing [3]  210/13 296/11 303/3
confusion [1]  294/23
conjunction [1]  122/18
connect [2]  27/22 94/18
connected [3]  30/5 209/1 308/15
connection [9]  34/9 108/12 159/12
212/4 245/11 249/18 268/21 307/18
308/2
connections [2]  245/7 246/21
connects [4]  17/1 17/7 29/2 48/11
conscious [3]  222/12 308/21 309/17
consciously [1]  309/6
consciousness [1]  218/18
Consequently [1]  290/24
consider [19]  109/12 137/1 147/25
148/12 180/8 183/9 185/4 198/13
207/5 208/13 209/10 214/25 217/9
217/11 217/22 304/1 304/17 305/16
309/5
consideration [5]  31/6 110/2 172/18
196/17 201/12
considered [12]  6/3 66/4 70/5 84/14
185/3 210/9 220/1 282/10 304/1 304/4
304/21 305/6
considering [1]  83/20
consistent [9]  26/7 46/10 59/4 170/21
171/15 224/16 305/19 308/6 309/21
consisting [1]  26/25
console [28]  24/2 260/5 260/12 260/13
260/24 261/1 261/2 261/3 261/6 261/9
261/10 261/11 261/12 261/13 261/15
261/18 261/19 261/21 262/1 262/15
262/18 280/10 280/11 280/14 280/20
283/15 283/17 287/4
constant [1]  43/2
constantly [4]  73/1 180/19 180/20
180/21
constellation [1]  293/21
constrained [1]  31/11
constraints [1]  32/7
constriction [1]  285/14
construction [1]  187/20
consult [1]  303/8
consultant [1]  160/6
consultation [1]  306/2
consulting [1]  111/10
contact [11]  38/24 64/13 65/7 66/7
68/10 68/22 88/21 94/23 133/12

Case 4:23-cv-00088-CDL    Document 353    Filed 03/21/25    Page 324 of 362

contact... [2]  133/25 175/16
contacted [3]  64/22 67/24 133/14
contacting [3]  64/23 65/5 66/5
contain [2]  211/13 257/8
containment [1]  53/7 53/10 140/22
contains [1]  274/6
contemplates [2]  308/21 309/17
contemplating [1]  290/11
contend [9]  293/13 295/13 295/14
 295/16 298/7 298/17 298/21 299/6
 299/7
contended [1]  293/22
contending [3]  106/23 297/16 298/12
contends [1]  295/25
contention [12]  293/9 296/4 296/12
 296/13 296/15 296/21 296/21 296/23
 297/1 297/4 298/25 308/5
contentions [1]  166/9
context [3]  8/21 9/2 167/23
contexts [1]  195/20
continue [5]  11/18 183/10 243/23
 255/19 289/7
continues [2]  218/20 243/20
contradict [6]  25/16 82/7 151/14
 151/24 152/2 296/17
contradictory [1]  296/7
contrary [1]  303/22
contrast [5]  39/1 67/18 214/8 214/9
 214/15
contrib [1]  297/25
contribute [3]  170/5 263/17 267/22
contributed [4]  170/9 229/17 229/20
 302/8
contributorily [3]  297/4 297/17 298/17
contributory [9]  293/7 294/18 295/23
 296/3 296/13 296/14 296/24 297/6
 298/25
control [6]  149/3 186/11 191/6 218/18
 219/16 221/4
controllable [1]  148/22
controlled [1]  100/10
controlling [1]  242/12
controversy [1]  80/3
contusions [1]  267/17
conversation [1]  227/8
convert [1]  61/20
converted [1]  60/16
conveyance [1]  8/4
cook [1]  264/13
coordinates [1]  183/6
COPD [4]  228/2 228/2 228/4 272/7
copy [3]  269/14 294/24 294/24
corner [5]  35/12 65/2 69/1 71/5 89/23
coronaries [1]  182/13
coronary [10]  183/12 218/11 239/17
 240/7 240/8 240/10 240/24 241/21
 241/22 241/25
corotid [2]  216/3 216/6
corporate [1]  42/17
Corporation [4]  172/10 172/12 173/4
 173/5
correct [335]
corrected [4]  274/9 274/12 275/5
 275/10
correctly [6]  10/5 10/6 53/22 251/10
 293/9 294/21
correlation [4]  43/11 78/19 83/21 84/11
cost [6]  49/11 53/2 53/3 53/6 53/10
 147/4
cost-containment [1]  53/10
costs [1]  160/20
could [104]  7/6 9/4 14/14 19/19 24/12
 28/4 31/23 31/24 31/25 32/1 32/15
 33/1 35/21 39/6 41/20 41/25 43/20
 43/23 48/9 51/22 53/16 54/22 58/6
 60/19 63/25 70/14 77/9 78/9 78/13
 79/23 81/23 82/23 96/14 104/1 105/1
 116/12 125/7 129/9 135/11 139/12
 140/2 147/9 157/19 159/18 160/22
 164/20 169/2 170/7 172/23 176/19
 178/6 178/7 184/17 192/8 192/10
 192/11 198/22 202/3 202/16 202/19
 203/20 205/1 208/13 209/13 213/11
 213/14 221/6 221/14 222/11 222/21
 226/4 233/3 233/17 233/24 237/25
 238/5 242/10 242/22 242/25 243/8
 243/12 243/14 243/15 244/4 251/8
 251/12 252/15 253/4 254/5 254/6
 254/15 258/19 260/6 260/19 263/21
 265/10 271/2 271/3 282/19 283/3
 293/18 296/5 296/11 307/7
could've [3]  266/1 267/16 282/23
couldn't [19]  14/15 24/21 39/2 63/8
 79/19 104/7 176/17 203/2 214/12
 241/22 242/2 252/13 252/16 253/2
 258/22 264/1 266/15 266/17 280/23
counsel [7]  13/7 14/17 107/19 287/17
 294/13 300/21 306/10
count [1]  118/17
countries [1]  125/24
country [5]  111/21 231/23 234/7
 234/12 234/12
County [15]  6/15 179/4 231/21 232/16
 232/22 232/25 233/6 233/15 233/22
 234/14 235/10 252/20 264/15 285/18
 285/23
couple [12]  4/7 82/24 84/8 86/1 87/22
 145/21 165/24 177/11 177/15 284/4
 302/16 302/23
course [9]  6/14 42/8 42/11 52/22 106/3
 171/11 171/20 230/11 230/13
court [40]  1/1 4/4 6/13 24/8 105/25
 106/4 110/16 114/2 158/21 164/3
 168/14 232/11 232/12 232/16 232/21
 232/24 233/6 233/15 233/19 233/21
 233/22 238/11 240/15 246/15 246/16
 289/23 289/24 289/25 290/6 290/21
 290/23 291/2 301/16 301/21 301/22
 306/12 310/1 312/3 312/4 312/19
court's [11]  93/17 106/2 159/7 165/3
 291/1 300/9 301/9 308/2 308/12
 308/22 309/15
courthouse [1]  288/19
courtroom [10]  11/16 110/4 231/25
 232/7 233/5 241/17 247/18 255/18
 289/13 289/16
cover [3]  45/21 90/7 140/19
cozy [1]  251/3
CP [1]  124/10
CPAP [1]  228/21
cracks [1]  208/17
crash [117]  15/14 15/17 15/19 17/17
 28/12 30/17 35/7 35/22 39/9 40/22
 40/24 58/13 59/11 59/25 65/11 66/10
 68/17 79/2 79/22 84/20 91/1 92/12
 93/23 94/17 94/20 95/15 95/20 95/23
 97/6 98/19 100/17 101/22 102/1
 102/16 112/23 112/24 113/2 113/4
 113/5 113/15 115/8 117/22 118/3
118/5 118/6 118/7 118/12 120/5 124/3
 127/5 127/9 129/6 129/16 129/14
 129/16 130/11 131/11 131/17 132/16
 133/8 133/13 133/15 133/21 133/21
 134/2 134/13 138/22 139/14 139/15
 139/16 143/8 143/19 144/7 146/9
 146/12 147/18 147/20 149/8 153/6
 169/18 169/22 170/22 171/16 173/23
 174/4 174/7 174/11 174/17 177/8
 177/12 180/12 184/14 188/14 188/15
 188/16 188/18 188/22 189/2 189/18
 193/3 193/13 213/8 216/21 216/25
 221/7 223/24 226/13 228/10 232/4
 241/7 243/15 268/3 268/7 269/5 272/2
 272/5 282/7
crashed [2]  28/10 118/8
crashes [19]  40/19 57/18 84/18 84/24
 97/19 117/24 131/20 131/20 177/24
 177/25 179/12 179/13 180/7 194/7
 194/16 196/6 227/17 230/13 268/3
crashing [1]  252/7
create [1]  92/3
created [4]  92/22 135/4 178/2 270/2
crew [5]  50/25 51/1 54/9 130/7 226/23
crime [1]  179/9
criteria [2]  99/12 253/15
critical [2]  130/16 215/17
criticize [1]  22/6
cross [16]  11/18 11/22 17/13 85/25
 86/4 90/15 90/21 109/16 109/19
 123/10 149/13 149/14 231/9 231/11
 240/2 286/18
cross-examination [7]  11/18 86/4 90/21
 109/16 109/19 149/13 231/9
cross-examined [2]  85/25 90/15
crunched [1]  222/17
crush [16]  53/25 79/6 79/18 145/4
 216/22 259/20 259/24 260/1 260/12
 263/7 263/16 263/18 267/6 267/22
 286/9 298/6
crushed [9]  85/17 251/17 252/1 253/1
 253/6 253/7 253/10 254/1 267/14
crushing [2]  39/2 264/5
CT [11]  178/4 182/13 210/11 210/20
 211/13 212/25 213/11 214/9 214/10
 214/17 277/3
cue [1]  76/8
culvert [2]  190/19 190/20
curb [1]  216/13
curious [1]  129/21
current [3]  57/23 73/17 74/2
currently [6]  81/17 95/2 178/12 182/18
 245/3 295/24
curtain [6]  122/24 139/18 140/17
 140/18 142/7 175/3
cushioning [1]  143/11
customer [1]  121/16
customers [3]  121/15 121/20 250/22
cut [2]  203/11 267/19
cutoffs [1]  59/6
cuts [1]  267/17
CV [2]  1/4 264/12
CVR [2]  2/14 312/18
CVs [3]  116/19 163/6 163/7

D

D-Ring [2]  154/18 155/14
D.C [1]  84/7
D186 [1]  100/18
D31 [1]  191/19

daily [1] 180/9
damage [13] 5/16 15/24 16/9 18/12 25/24 26/1 34/7 34/21 34/23 40/17 40/20 79/4 79/8
damaged [1] 16/3
damages [8] 6/23 298/11 299/4 307/6 307/8 310/18 310/21 310/22
DAN [1] 1/15
dangerous [4] 147/25 148/12 239/15 309/7
DANIEL [1] 1/15
darn [1] 301/24
dash [5] 17/24 140/15 188/7 252/23 252/24
data [12] 88/10 124/5 126/11 138/24 139/5 140/6 147/11 147/18 171/3 178/9 213/23 215/6
database [1] 177/14
databases [4] 177/21 177/23 177/25 178/1
date [7] 42/5 45/23 48/17 49/5 50/13 51/10 287/11
Dated [1] 312/13
dates [1] 276/18
day [14] 82/15 82/18 143/24 180/3 180/4 181/19 203/3 212/8 219/17 256/3 278/19 286/15 288/11 312/13
days [5] 87/22 177/11 286/10 286/15 293/8
dead [5] 154/5 217/5 253/24 254/18 277/23
deal [3] 129/5 266/23 301/8
dealer [1] 36/17
dealership [1] 125/13
dealerships [1] 121/15
dealing [2] 5/5 54/9
death [30] 169/23 170/10 179/14 179/19 179/22 179/22 186/25 215/1 221/1 229/13 229/16 229/20 237/3 240/20 242/7 267/1 267/2 293/15 293/25 294/16 294/17 295/14 297/21 297/22 297/25 298/15 301/10 301/11 301/12 302/9
deaths [1] 170/5
Debra [8] 18/4 150/10 284/18 284/22 285/24 293/13 295/25 296/15
Decatur [3] 252/20 285/18 285/23
deceased [2] 40/22 40/23
decedents [1] 306/23
December [1] 106/15
decide [4] 121/17 167/21 181/6 185/18
decided [5] 124/22 246/13 289/8 290/24 309/6
decides [2] 186/9 229/8
deciding [3] 14/10 304/2 304/18
decimal [2] 106/8 108/17
decision [4] 181/25 292/1 308/21 309/17
decisions [2] 186/20 211/6
deem [1] 109/14
deeper [1] 219/8
defect [8] 123/11 127/13 250/12 250/21 304/2 304/5 304/19 308/15
defective [5] 13/3 97/15 234/17 250/8 304/22
defend [1] 246/15
defendant [19] 1/6 1/22 9/23 12/23 109/23 110/5 165/23 166/2 168/2 232/8 233/1 248/3 279/16 284/4 284/7

291/9 304/7 309/5 309/6
291/10 304/10
Defendants [5] 4/9 21/19 45/18 91/12 203/23
Defendants [1] 166/16
defense [60] 4/17 4/22 6/16 6/19 8/10 8/22 9/12 9/14 10/2 33/4 53/16 61/10 89/18 89/24 90/12 91/7 92/16 95/4 106/6 106/8 106/9 107/20 108/15 108/17 116/12 128/15 129/9 130/23 132/24 135/15 137/11 139/1 140/2 141/22 145/18 147/7 165/19 167/8 190/11 192/11 198/22 202/3 202/19 206/1 206/15 254/23 257/1 259/17 262/5 262/8 262/15 274/17 286/23 291/25 293/7 295/23 296/3 297/6 303/18 304/12
defenses [5] 8/21 8/23 9/6 9/17 295/17
defer [2] 137/15 280/22
deferred [1] 289/25
define [2] 121/22 248/18
defined [2] 213/25 266/10
definitely [6] 125/20 143/20 146/13 146/15 148/15 155/6
definition [10] 27/17 87/19 254/6 266/10 267/5 308/1 308/3 308/5 308/12 310/1
deflate [1] 194/1
deflated [1] 175/11
deflates [1] 175/12
deform [1] 260/14
deformation [13] 5/3 19/1 19/1 40/24 78/19 79/1 79/4 91/15 92/13 198/21 200/7 251/20 264/1
deformed [9] 19/3 22/17 26/1 40/23 91/24 199/10 200/8 253/4 267/20
degree [22] 96/24 96/24 111/24 112/1 112/6 134/5 154/18 154/20 170/1 177/2 187/5 198/5 220/25 224/5 224/12 229/11 230/1 246/10 246/13 247/6 247/7 298/12
degrees [4] 192/14 192/17 192/18 266/3
DeKalb [8] 232/16 232/21 232/24 233/6 233/15 233/22 234/14 235/10
delayed [1] 306/19
delaying [1] 300/15
delete [1] 48/4
deleted [1] 309/20
deliberate [2] 101/24 288/18
deliberations [3] 167/20 288/7 289/7
Delta [7] 268/18 268/22 269/7 270/22 271/17 273/12 281/10
Delta-V [7] 268/18 268/22 269/7 270/22 271/17 273/12 281/10
demonstrate [2] 100/1 137/14
denial [2] 9/20 291/17
denied [2] 289/24 290/25
deny [1] 166/23
department [15] 112/22 161/11 161/12 161/14 162/13 176/12 176/13 180/17 180/18 182/12 186/6 219/9 235/18 237/9 270/3
department's [1] 180/3
depending [3] 152/9 188/16 230/15
depends [19] 21/10 28/9 29/16 31/2 32/4 38/15 58/5 58/11 58/13 58/14 58/17 59/13 59/17 77/16 99/9 100/11 100/16 100/25 310/19
depicted [2] 33/15 200/16
depicts [1] 91/18

deploy [5] 141/6 141/25 175/8 194/1 195/2
deployed [11] 139/18 139/18 139/19 139/21 140/7 140/9 140/11 142/3 142/5 142/19 175/6
deploying [1] 141/5
deployment [1] 155/25
depo [2] 216/4 275/11
depos [1] 249/6
deposition [45] 24/5 24/18 42/14 114/12 114/15 127/7 152/11 158/1 201/19 201/20 201/23 236/24 238/2 238/14 238/17 238/25 239/5 239/11 239/13 239/14 239/16 239/18 239/19 239/20 239/22 239/25 258/25 259/7 260/2 260/8 264/3 264/9 267/7 267/10 267/10 274/9 274/13 275/9 275/13 276/13 278/12 283/6 283/8 283/10 292/16
depositions [8] 23/22 114/13 114/16 151/11 158/8 188/9 248/18 248/20
describe [10] 26/15 91/18 175/6 175/7 213/21 219/20 223/16 269/20 273/25 293/7
described [10] 66/1 103/16 129/19 130/24 136/23 195/9 205/14 205/23 212/9 252/12
describes [1] 224/2
describing [5] 132/15 176/5 205/2 205/3 269/11
description [5] 47/4 48/4 49/9 81/18 195/15
design [51] 43/2 44/3 44/4 44/15 45/22 46/10 79/6 83/1 88/2 111/5 112/5 112/8 112/10 112/13 113/11 116/1 118/15 118/25 120/4 120/4 120/9 120/10 120/12 120/15 120/16 120/20 121/3 122/17 122/21 123/11 123/12 123/21 125/9 127/13 128/7 128/11 131/21 157/13 157/17 159/11 161/3 161/4 161/5 161/6 161/16 161/24 162/2 162/14 304/19 304/22 308/15
designate [1] 184/21
designed [8] 43/24 45/6 76/16 122/18 134/25 144/1 148/18 234/18
designer [1] 245/4
designing [2] 120/17 122/22
designs [5] 58/25 83/3 120/18 157/10 174/19
despite [1] 236/5
detail [10] 47/24 48/1 48/22 49/17 50/19 121/2 134/18 135/11 152/14 210/22
details [3] 36/7 157/3 157/17
detect [2] 242/25 243/12
detected [1] 243/15
determination [2] 154/21 304/21
determine [5] 46/24 182/9 184/24 190/9 242/10
determined [2] 121/25 266/25
determines [1] 75/18
determining [3] 183/21 222/20 304/4
Detroit [3] 111/3 175/24 246/3
develop [3] 81/9 192/8 230/18
developed [2] 68/7 193/22
developing [3] 24/25 47/6 60/4
development [1] 118/11
device [8] 140/24 141/2 141/6 143/6 145/21 146/7 243/14 243/16
devices [3] 140/9 141/25 142/4

**D**

devises [1] 141/3
di [1] 281/9
diabetes [2] 220/10 220/16
diabetic [1] 217/14
diagnose [1] 182/6
diagnosis [2] 221/15 267/3
diagonal [1] 153/10
diagram [1] 191/14
did [243] 7/19 7/22 7/24 15/15 21/22
22/2 24/18 24/25 27/9 42/2 42/8 42/11
45/14 46/25 47/13 47/13 49/5 51/19
52/16 54/23 55/14 60/16 61/5 61/8
61/17 61/21 64/16 65/19 65/22 66/8
68/18 68/19 68/25 78/15 80/14 82/4
82/12 82/14 84/14 84/23 85/2 85/6
85/11 88/13 91/2 91/11 92/10 92/11
93/6 93/7 94/23 97/5 97/7 105/6 105/8
111/13 111/15 111/17 111/23 113/21
113/25 114/12 114/13 127/2 128/25
129/10 129/11 135/8 137/8 138/21
138/23 138/24 138/25 139/16 141/25
143/18 144/20 144/22 145/8 145/9
149/21 149/25 152/10 163/12 164/19
165/12 165/13 165/21 169/19 170/5
171/10 172/9 172/25 173/2 173/6
173/14 173/14 173/16 173/23 175/21
175/22 175/25 176/7 176/9 176/11
176/14 176/21 177/4 188/3 188/4
188/5 188/11 188/12 188/14 188/15
188/18 188/21 188/21 192/4 198/15
198/15 198/18 198/19 199/3 199/20
199/21 200/3 200/12 200/12 201/13
201/17 201/20 201/22 201/24 202/16
202/18 202/25 203/16 207/5 207/8
207/9 207/24 208/13 209/10 209/11
211/9 211/25 212/3 212/4 212/6
212/18 214/5 214/25 215/2 215/3
215/5 215/7 217/9 217/22 220/24
221/9 221/11 224/4 224/7 224/9
224/12 225/3 226/10 227/24 229/10
229/19 229/21 229/24 230/1 230/4
231/5 231/7 232/18 236/2 236/11
236/22 236/25 237/25 238/4 238/19
238/20 239/24 240/2 240/13 240/17
241/8 241/10 241/11 242/9 242/20
244/20 244/25 245/17 245/20 245/23
251/9 251/11 252/12 256/18 257/7
258/3 258/25 259/18 259/20 259/23
260/2 260/3 260/9 261/7 261/8 263/16
263/18 263/23 264/6 265/8 265/9
265/10 265/13 266/23 276/23 276/25
280/4 280/6 281/12 282/8 283/3
283/10 283/11 284/18 286/9 291/2
293/25 302/1 302/3 302/5 305/21
308/3 308/4
didn't [73] 6/1 15/13 18/11 22/6 28/17
30/17 46/23 52/3 52/14 52/17 56/21
57/11 61/16 65/4 76/20 80/2 104/11
107/6 116/16 136/25 149/24 150/1
156/5 157/13 157/15 170/25 171/12
178/1 197/14 201/6 205/7 211/1
214/14 222/9 223/3 223/23 229/23
235/4 235/7 236/19 238/23 241/2
241/14 243/4 243/8 243/18 245/24
251/5 253/3 253/15 254/21 258/18
261/5 263/11 264/9 265/8 265/12
265/14 267/22 274/10 276/2 276/9
298/19 301/17 302/4 303/4 303/12
303/16 304/10 304/10 304/15 305/1

306/18
die [6] 176/25 218/22 227/24 241/16
241/17 302/10
died [21] 43/24 44/9 51/1 171/6 179/15
220/21 221/8 223/25 224/6 227/25
229/7 238/12 238/19 240/1 241/23
253/12 254/8 282/6 282/6 286/11
299/18
dies [1] 240/20
diesel [1] 122/2
diet [1] 220/19
dietary [1] 289/4
differ [1] 103/16
difference [11] 44/2 55/20 63/22 92/3
104/1 104/8 135/12 136/4 154/13
155/10 308/25
different [40] 9/6 21/11 22/5 45/5 46/5
47/9 50/8 54/25 57/5 59/24 70/18 71/5
73/24 74/12 75/15 78/12 104/21 115/7
121/6 121/6 122/3 122/3 135/9 148/24
157/10 157/18 173/8 174/11 174/19
179/6 182/11 184/3 184/18 237/11
237/15 255/15 294/1 295/15 297/22
308/1
differently [2] 43/15 138/17
difficult [3] 261/20 261/21 266/10
difficulty [1] 254/11
dig [1] 219/8
dimensional [4] 263/4 263/4 280/13
280/17
dimensionally [1] 94/5
dinner [2] 300/15 306/9
direct [14] 109/17 109/20 109/22
110/22 156/24 168/23 241/8 247/10
247/17 262/17 264/11 268/5 271/15
284/16
direction [4] 31/12 94/10 112/24
193/12
directionality [1] 153/16
directive [2] 53/6 93/17
directly [3] 7/4 35/24 160/14
director [2] 178/14 178/17
disagree [1] 43/6
disagreed [1] 83/21
disciplines [1] 173/8
disclose [1] 279/12
disclosed [4] 127/6 148/2 148/7 259/1
discoloration [1] 223/18
discovered [1] 106/2
discovery [1] 107/1 166/8
discuss [10] 105/20 115/11 162/25
163/1 169/22 195/10 255/7 289/7
289/10 289/11
discussed [8] 60/20 60/23 61/6 135/16
139/24 164/10 307/12 308/8
discussions [2] 211/9 288/7
disease [8] 218/11 220/7 239/17 240/7
240/8 240/24 241/21 241/25
dishonesty [2] 308/24 309/25
dismiss [1] 4/14
disparage [1] 82/22
displace [2] 29/9 30/16
displaced [2] 30/18 35/2
displacement [2] 23/19 31/16
displaces [2] 30/13 34/19
display [2] 133/1 135/18
displayed [1] 5/2
dispute [7] 33/23 102/13 103/25 104/2
104/10 151/3 233/21
disputes [1] 290/22

disputing [6] 21/23 34/16 78/9 78/11
103/1 103/8
dissipate [2] 195/3 195/5
dissipated [1] 195/2
distance [6] 30/22 30/24 31/22 31/23
97/4 262/20
distinctive [1] 154/5
distinguishing [1] 107/9
distraction [1] 196/11
distributed [2] 66/13 66/14
DISTRICT [7] 1/1 1/1 1/10 4/4 4/4
312/4 312/5
divide [6] 56/7 56/11 63/8 70/20 71/15
74/24
divided [4] 62/7 64/5 71/11 74/16
dividing [1] 75/7
DIVISION [2] 1/2 4/5
DMV [4] 186/4 186/5 237/6 237/18
do [323]
docket [1] 98/10
docs [1] 184/11
doctor [13] 169/13 171/25 172/15
178/20 211/25 220/18 243/21 265/20
265/21 277/15 278/6 279/16 282/23
doctors [5] 177/9 236/14 265/24
277/19 278/4
document [37] 45/12 45/18 47/25
48/18 52/9 53/2 53/15 53/23 69/7
71/19 72/2 72/8 72/12 72/13 72/18
72/23 72/25 73/1 73/8 73/9 73/24 74/2
74/5 81/4 126/9 128/22 132/3 158/21
166/21 257/2 269/11 269/16 269/19
272/22 272/24 273/15 307/16
documentation [1] 55/22
documented [1] 198/1
documents [4] 53/4 53/5 53/11 178/7
Dodge [5] 76/25 77/11 86/7 86/10 87/5
does [80] 4/17 6/7 7/2 29/13 30/4
30/19 31/3 33/22 38/8 40/24 47/9 62/2
62/22 66/9 67/16 78/3 84/5 86/10
86/11 87/8 87/10 87/14 87/15 87/19
87/20 89/11 92/13 95/20 95/22 100/15
115/23 120/10 128/1 128/3 128/4
129/3 129/5 131/17 141/7 143/13
146/23 147/9 147/16 148/17 155/16
159/16 167/14 172/15 173/19 174/7
179/24 184/19 186/9 193/5 196/20
197/7 197/17 197/18 200/11 203/8
203/23 206/9 220/22 226/6 226/21
227/15 245/5 247/7 257/22 269/20
269/22 283/22 289/17 293/9 293/13
295/16 305/25 307/3 308/19 310/19
doesn't [43] 5/19 6/2 15/22 27/8 27/11
29/9 30/10 51/14 56/17 56/20 79/18
91/20 95/2 100/1 103/4 116/22 122/17
186/14 194/18 196/20 196/24 198/10
220/5 221/23 223/14 227/10 227/11
227/11 228/18 235/11 251/6 253/16
259/15 262/3 270/4 270/9 277/12
295/13 295/13 298/20 310/17 310/18
311/5
dog [2] 26/6 26/10
doing [16] 14/12 75/20 83/16 96/16
114/1 115/16 117/2 155/19 160/19
174/21 177/22 202/23 204/4 237/13
246/15 280/25
dollar [4] 13/12 13/16 310/23 311/2
dollars [3] 13/8 160/12 310/22
Dolly [1] 101/21
don't [251] 4/13 4/21 5/21 7/8 8/3 8/18

don't... [245]  10/15 13/14 13/17 14/1
14/16 14/24 14/25 15/1 18/1 18/8
21/12 22/4 23/1 23/3 23/8 23/14 24/3
24/4 24/15 24/19 24/24 25/22 25/7
25/14 26/8 26/11 26/12 27/4 35/5
36/23 37/6 39/5 40/17 41/12 42/4 42/7
42/13 42/19 43/19 44/5 45/1 46/15
46/18 47/25 49/3 51/18 53/1 53/16
54/17 55/12 55/16 55/18 55/25 56/14
57/9 57/20 59/5 59/7 60/14 60/23 61/6
61/22 62/4 62/5 62/12 69/7 69/14
69/19 70/11 70/25 71/19 72/6 72/9
72/18 72/24 73/4 73/19 74/5 74/6 74/9
74/11 75/1 75/10 77/20 77/22 78/14
79/14 80/5 80/22 81/6 81/15 82/7
82/22 83/19 85/5 85/10 85/17 87/1
91/24 99/3 99/22 100/7 100/18 102/7
104/9 104/19 104/20 106/21 108/6
109/2 109/25 114/9 114/11 121/2
123/6 123/6 125/23 128/19 135/6
138/14 139/3 140/3 143/12 143/23
146/14 146/19 148/1 149/17 149/20
149/23 150/23 151/13 151/23 152/12
157/3 157/17 158/19 158/21 160/16
163/1 164/18 166/23 183/11 193/1
194/4 198/1 206/16 214/9 214/17
218/18 225/22 226/10 226/24 228/7
228/11 229/1 229/18 230/18 230/19
230/25 230/25 232/9 232/11 232/14
232/14 232/23 233/8 235/21 236/14
237/5 237/6 237/9 240/3 241/13 242/4
244/7 248/5 248/6 249/24 250/2 250/5
251/6 252/22 252/24 254/12 254/14
256/8 258/8 258/10 260/1 261/21
261/21 266/3 266/3 266/4 266/8 266/9
268/4 268/7 269/2 269/13 273/3
275/15 276/9 276/10 276/11 277/14
278/17 279/4 280/2 280/12 280/16
280/21 282/22 285/4 288/19 288/22
289/10 289/11 290/16 292/12 292/17
292/21 292/24 293/15 294/6 294/22
294/24 296/17 297/14 298/7 298/8
298/15 299/8 299/11 301/7 301/12
302/18 305/4 305/6 306/13 306/18
309/10 310/3 310/4
done [46]  10/5 10/6 22/7 42/6 43/15
54/6 55/1 55/15 63/25 73/23 81/4
98/15 105/11 118/6 118/23 121/12
121/14 121/21 121/24 124/21 136/2
140/13 181/5 185/12 185/20 186/19
187/24 201/21 202/5 219/7 219/11
233/18 239/16 248/18 249/6 258/5
258/19 258/21 258/24 259/1 275/18
277/3 277/3 277/4 296/18 300/23
door [18]  19/14 19/17 19/18 19/21
19/25 20/5 20/9 20/11 20/14 20/15
20/23 21/3 112/15 199/7 215/23
215/23 252/13 252/17
doors [2]  20/12 140/19
Dorel [10]  233/11 233/23 233/25 234/3
234/6 234/13 234/18 235/15 236/7
249/14
DOT [1]  275/7
double [2]  38/18 109/16
doubled [1]  205/14
down [129]  10/20 18/20 18/22 19/7
19/10 19/17 23/21 25/13 25/20 27/10
29/11 29/17 35/6 35/7 35/13 35/16
35/23 38/13 38/22 39/3 48/3 49/9 49/9

49/20 50/22 52/9 58/2 58/9 65/12
67/12 67/16 67/22 68/14 69/1 70/12
74/13 79/6 89/17 90/24 92/1 94/11
100/9 101/9 101/18 103/23 104/25
110/3 113/8 120/23 128/9 129/7
130/22 131/13 132/1 140/19 141/14
143/14 145/12 152/17 159/6 164/4
164/23 181/22 182/2 183/6 184/13
190/17 190/23 190/25 194/18 194/23
195/7 199/8 202/16 203/14 205/5
205/12 207/2 207/2 208/4 208/6 208/8
209/21 210/3 210/4 210/5 213/22
221/20 222/23 223/19 223/20 223/24
223/24 226/14 227/9 227/9 227/16
228/20 232/6 236/6 236/8 236/12
236/16 236/19 236/21 241/17 243/13
245/11 252/6 252/7 252/8 252/9 253/9
253/10 253/19 254/25 255/12 260/16
263/25 264/5 264/9 266/2 267/3
267/14 267/19 281/18 285/18 285/22
290/20
downgauges [1]  88/24
Downs [10]  265/19 265/20 275/24
276/2 276/11 277/9 277/10 278/10
291/21 292/16
Downs' [1]  276/13
downward [2]  30/12 34/14
downwards [1]  34/6
Dr [69]  11/24 21/21 41/3 72/14 85/25
87/22 89/4 89/11 93/3 93/21 95/5 98/7
98/9 98/23 106/10 168/3 168/5 171/23
174/20 178/10 186/1 187/4 191/20
195/12 195/14 198/23 201/2 204/20
206/7 206/21 209/15 212/1 212/22
212/23 217/25 219/5 220/24 221/12
221/14 222/20 229/10 230/9 236/22
237/1 238/20 239/10 239/24 244/9
255/24 257/2 262/8 262/14 266/14
267/9 268/15 274/20 274/24 275/18
276/2 276/11 276/13 276/18 277/9
277/10 283/3 283/8 287/15 291/21
292/16
Dr. [76]  39/17 45/18 61/9 70/12 70/15
88/7 88/19 90/15 91/1 92/2 95/13 97/8
137/7 137/8 137/24 138/1 168/25
176/5 186/22 190/12 193/17 194/10
197/24 200/1 202/4 204/22 207/19
209/10 210/8 210/19 210/21 210/22
211/4 211/8 211/9 211/16 211/17
211/22 212/9 212/16 212/18 212/20
218/23 218/25 221/8 224/3 225/8
226/2 231/13 236/9 236/13 236/17
237/12 238/1 238/2 238/5 238/25
239/11 243/3 244/3 257/1 265/19
269/15 270/16 275/24 278/8 278/10
278/10 278/11 278/25 279/21 279/24
280/22 283/5 283/10 287/3
Dr. Camacho [17]  137/7 137/8 137/24
176/5 197/24 207/19 210/21 211/8
211/9 211/16 211/17 211/22 212/9
212/18 212/20 225/8 278/11
Dr. Camacho's [3]  138/1 209/10 210/8
Dr. Cochran [1]  236/13
Dr. Downs [3]  265/19 275/24 278/10
Dr. Eisenstat [1]  221/8
Dr. Ellis [11]  218/25 236/9 237/12
238/1 238/2 238/5 243/3 244/3 279/21
279/24 283/5
Dr. Ellis' [1]  238/25
Dr. Ellis's [2]  239/11 283/10

Dr. Mahmood [2]  70/12 70/15
Dr. Rapheal [2]  277/9 278/8
Dr. Reardon [1]  236/17
Dr. Sochor [20]  168/25 186/22 190/12
193/17 194/10 200/1 202/4 204/22
210/19 210/22 211/4 212/16 218/23
224/3 226/2 231/13 257/1 269/15
270/16 278/25
Dr. Sochor's [1]  287/3
Dr. Vogler [11]  39/17 45/18 61/9 88/7
88/19 90/15 91/1 92/2 95/13 97/8
280/22
Draco [1]  249/10
draft [1]  164/24
DRAMMEH [4]  2/14 2/15 312/3 312/18
draw [11]  19/19 19/19 19/20 21/8 31/3
32/11 260/25 261/8 261/17 261/20
262/17
drawing [3]  28/21 134/12 280/17
drawn [2]  35/11 90/16
DRE [16]  11/4 12/5 12/8 12/12 13/11
13/20 14/8 14/13 111/8 111/13 158/15
158/15 158/17 160/4 160/14 160/19
drill [1]  132/1
drive [11]  106/12 106/20 107/2 107/8
108/1 108/7 122/2 130/8 237/21
237/21 237/24
driven [1]  67/12
driver [25]  16/4 16/12 17/7 17/17 18/14
24/21 26/21 28/1 28/24 30/6 30/20
31/14 32/18 34/12 35/17 35/24 41/16
41/23 67/23 95/25 102/3 145/14
145/16 148/17 253/5
driver's [4]  16/10 102/4 140/15 186/9
driver-side [6]  24/21 26/21 31/14 34/12
35/17 41/16
drivers [2]  36/10 186/20
drives [2]  40/10 171/5
driveway [1]  190/19
driving [2]  298/9 299/1
drop [11]  63/1 63/13 63/17 81/3 83/13
83/14 91/16 96/16 96/19 102/21
194/24
dropped [5]  82/5 91/23 96/25 97/1 97/3
drops [2]  82/4 241/17
drove [2]  296/19 298/15
drug [1]  181/21
due [2]  234/17 276/21
duly [3]  110/20 168/21 284/14
dummies [7]  79/16 79/20 80/9 81/3
81/13 97/6 272/2
dummy [5]  39/21 79/11 79/22 131/11
272/3
dummy's [2]  79/13 102/1
duplicating [1]  109/15
during [48]  18/12 22/3 42/11 58/15
58/16 79/2 83/13 84/8 90/21 92/12
100/13 102/10 102/20 103/1 106/3
114/23 127/9 131/21 139/16 140/7
165/25 167/20 176/24 177/4 209/15
241/8 245/14 247/10 247/17 254/24
262/9 262/10 262/11 264/3 264/11
267/10 268/5 268/13 268/14 271/14
275/13 275/24 276/2 286/9 287/17
289/7 289/13 290/5
duty [17]  37/8 37/9 38/3 43/23 46/1
46/2 53/7 57/25 69/23 70/2 72/5 76/18
76/19 87/5 89/12 268/3 268/25
DX [1]  209/13
dynamic [1]  59/17 59/20 59/23 63/5

dynamic... [1] 63/6
dynamically [1] 59/18
dysrhythmia [10] 218/20 219/19 221/2
 237/22 241/24 242/4 242/3 242/7 242/11
 242/24 242/25
dysrhythmias [3] 181/24 240/18 243/6

E

e-mailed [1] 286/25
each [8] 32/14 65/9 97/3 115/7 115/11
 149/18 228/5 239/16
EADY [7] 2/6 289/20 302/16 302/22
 306/13 309/9 309/15
earlier [16] 24/7 26/13 62/10 69/25
 130/15 166/4 231/5 249/20 267/4
 268/12 270/16 273/10 273/23 277/21
 289/25 291/1
early [4] 42/7 141/4 183/24 287/25
earned [2] 306/23 307/6
ears [1] 179/8
easily [3] 39/2 59/12 253/4
Easter [1] 110/2
easy [1] 53/24
eat [1] 288/20
eats [1] 78/1
ebbs [1] 159/25
ECF [2] 106/5 108/14
echos [1] 219/11
ed [1] 301/18
edge [1] 196/14
edited [1] 92/23
editor [2] 266/21 266/23
EDR [8] 138/4 138/7 139/2 139/5
 139/15 140/6 140/10 171/3
educate [2] 189/12 189/14
education [3] 69/19 172/3 172/4
EDWARD [1] 1/23
effect [6] 51/20 52/7 89/4 89/7 194/7
 291/24
effectively [1] 96/9
effects [1] 73/23
eight [3] 63/24 84/7 208/5
eight-year [1] 84/7
eighth [1] 210/15
Eikey [15] 5/7 5/11 5/14 6/7 6/19 7/14
 7/18 8/6 40/1 61/10 61/14 61/19 79/16
 82/21 162/10
Eikey's [1] 5/24
Eisenstat [10] 41/3 217/25 221/8
 221/12 221/14 223/14 242/14 254/7
 266/14 276/18
either [19] 10/3 11/3 30/7 30/25 53/14
 63/13 68/1 80/7 104/19 107/25 136/24
 137/4 158/1 166/22 177/12 200/17
 207/10 229/19 293/14
ejected [1] 85/3
ejection [1] 85/13
EKG [1] 181/5
EKGs [5] 180/19 180/25 181/2 181/3
 182/22
elastic [1] 142/15
elderly [2] 180/4 226/13
electrical [18] 182/24 183/5 183/9
 183/13 183/14 183/16 218/4 218/6
 218/13 218/16 218/17 220/15 240/6
 240/9 240/25 241/2 242/15 243/7
electronic [4] 139/16 160/18 215/6
 263/1
electronically [1] 160/15

electrophysiologist [2] 183/15 219/9
element [5] 46/23 47/1 47/9 47/3 94/4
elements [2] 103/20 197/11
elevation [2] 180/21 180/23 235/23
eliminated [1] 149/10
ELIZABETH [5] 1/25 247/2 247/12
 256/1 256/19
ELIZABETH.WRIGHT [1] 2/1
Ellis [16] 218/25 236/9 236/22 237/1
 237/12 238/1 238/2 238/5 238/20
 239/25 243/3 244/3 279/21 279/24
 283/3 283/5
Ellis' [1] 238/25
Ellis's [3] 239/11 283/8 283/10
else [31] 15/17 56/2 58/4 58/8 64/1
 105/15 129/1 153/17 162/25 165/15
 183/7 201/12 207/9 215/10 217/4
 221/14 221/22 223/13 229/7 236/8
 280/7 282/10 287/20 291/4 297/15
 301/1 301/2 301/4 302/15 306/11
 306/14
embalmed [1] 223/12
embolism [1] 242/1
emergency [27] 141/3 145/25 169/5
 175/24 175/25 176/1 176/3 176/13
 178/14 178/20 179/24 180/3 180/13
 180/17 180/18 182/24 184/11 185/6
 185/8 186/8 186/23 219/8 230/10
 235/18 237/8 264/19 264/24
emphasis [2] 172/7 246/10
emphasized [1] 165/11
emphysema [1] 217/17
employed [1] 96/15
employee [2] 114/23 119/2
employment [2] 160/25 173/7
EMS [4] 178/19 178/25 186/24 226/23
encounter [2] 91/11 148/14
encountered [1] 149/18
end [26] 10/8 10/14 82/15 82/18 86/4
 96/21 129/10 129/14 161/25 190/21
 191/10 191/10 191/12 191/12 191/17
 191/18 196/9 196/21 217/24 222/8
 225/20 268/3 269/5 288/11 308/22
 311/13
endeavor [1] 105/3
ended [1] 84/4
ends [2] 65/24 216/1
energy [23] 65/12 65/15 65/16 65/17
 66/1 66/2 66/6 68/24 104/22 129/17
 130/12 133/15 144/23 145/1 191/1
 194/21 194/23 194/24 194/25 195/2
 195/4 195/5 195/6
enforced [1] 109/12
engage [3] 68/16 68/18 166/8
engaged [2] 68/23 309/5
engagement [4] 65/22 94/11 94/14
 94/15
engages [4] 58/5 59/13 65/17 100/12
engaging [4] 58/12 58/14 65/16 65/17
engineer [30] 25/25 28/20 40/18 41/1
 41/14 47/24 48/25 49/18 50/19 55/23
 69/18 69/20 79/21 80/7 89/6 102/7
 102/8 113/11 114/7 136/11 142/16
 145/25 146/18 150/3 150/3 158/12
 172/1 172/6 172/13 172/15
engineered [2] 142/14 142/17
engineering [56] 47/2 47/3 51/22 51/24
 52/10 53/1 54/24 64/20 69/9 78/12
 111/5 111/9 111/9 111/25 112/2 113/5
 114/18 124/24 122/9 122/9 122/10

122/12 159/12 161/4 161/5 161/6
162/8 162/14 169/7 169/9 169/12
170/1 172/4 172/5 172/11 172/21
173/6 176/10 177/8 178/16 178/21
187/5 189/7 189/12 190/16 220/25
224/5 224/13 229/11 230/2 245/21
246/10 247/4 266/3 278/2 278/6
engineers [19] 52/14 52/24 53/6 73/16
 83/1 83/2 114/9 119/7 120/10 120/13
 121/12 123/19 129/2 131/9 159/25
 162/4 173/5 177/9 185/15
engines [1] 122/2
Enhanced [4] 52/17 69/22 72/4 73/17
enjoy [1] 163/2
enlarged [8] 217/25 218/1 218/1
 219/23 219/24 280/4 280/8 280/9
enough [27] 21/2 24/17 26/13 33/25
 36/24 42/2 42/21 46/11 47/4 62/10
 62/24 66/20 71/8 71/17 80/6 82/14
 133/18 134/23 136/4 142/3 149/21
 166/23 176/20 177/20 185/4 188/24
 196/14
entering [1] 133/13
ENTERS [3] 11/16 110/4 255/18
entire [17] 8/24 30/12 65/16 67/13
 98/11 113/5 115/16 122/21 174/15
 183/23 243/3 250/9 250/13 250/19
 250/20 250/24 251/1
entirely [3] 45/5 155/5 305/18
entirety [4] 7/3 45/18 290/5 291/1
entitled [3] 54/1 213/7 312/8
entity [1] 57/15 166/10
entrapped [1] 263/20
entry [1] 14/19 69/9 69/14
environment [1] 205/12
epiphany [1] 307/13
equal [7] 56/2 58/4 58/8 64/1 75/23
 100/9 292/11
equally [3] 65/5 66/2 66/10
equals [2] 71/9 75/4
equipment [2] 12/10 14/11
equivalent [4] 37/16 37/20 37/22 37/24
ER [7] 181/17 211/4 211/6 211/7
 265/21 265/24 277/15
erect [2] 30/19 31/14
err [2] 202/24 202/25
error [5] 165/9 204/18 274/10 274/12
 292/25
errors [1] 22/2
ERSP [2] 43/23 44/9
especially [3] 118/24 205/15 226/20
essential [1] 292/6
essentially [5] 6/18 34/23 42/24 51/7
 88/2
establish [5] 20/25 21/11 72/16 92/25
 116/19
established [5] 12/4 12/8 12/15 12/24
 72/10
estate [1] 282/25
estimate [6] 74/3 114/19 117/9 159/21
 261/14 261/23
et [2] 1/4 131/16
evaluate [6] 75/21 174/5 182/9 187/18
 199/22 221/9
evaluated [4] 57/24 96/12 104/18
 201/25
evaluating [3] 198/12 207/6 309/4
evaluation [2] 87/14 207/15
EVAN [1] 1/15
even [45] 5/19 8/2 23/16 23/17 24/21

even... [40]  41/23 43/5 43/14 43/22
  44/7 56/7 56/11 61/1 65/19 100/24
  101/3 104/23 106/14 118/4 149/2
  149/5 149/24 160/1 185/3 192/21
  194/6 205/6 206/24 210/3 217/25
  222/2 223/12 223/24 228/17 243/4
  251/6 251/6 279/24 294/24 298/8
  301/7 302/18 303/12 304/2 309/6
Evenflo [1]  249/12
evening [3]  10/4 287/25 289/15
evenly [1]  68/14
event [36]  62/24 66/4 101/23 113/5
  113/8 131/12 181/17 184/16 186/12
  191/4 191/8 217/10 217/12 220/2
  223/17 238/13 238/19 239/23 240/1
  241/14 241/19 243/1 251/9 276/4
  277/1 277/6 277/8 277/13 277/18
  278/8 281/22 298/14 298/19 298/20
  299/16 299/19
events [7]  60/3 180/14 180/15 181/9
  182/7 298/13 301/11
eventually [7]  65/22 65/24 66/5 122/11
  124/15 124/17 175/19
ever [28]  13/2 55/22 62/18 70/12 70/14
  72/24 134/25 135/3 135/7 149/18
  187/8 218/15 236/22 237/1 237/25
  238/4 240/2 250/24 259/20 259/23
  267/3 268/8 279/15 284/18 284/21
  284/21 285/23 285/24
every [12]  65/11 65/15 97/8 122/17
  131/24 143/24 153/25 177/10 220/13
  228/17 286/15 292/23
everybody [6]  33/24 156/11 163/20
  167/7 279/9 302/13
everyday [1]  145/23
everyone [2]  174/20 300/15
everything [30]  17/3 17/3 17/5 17/10
  17/11 19/8 53/21 58/8 64/3 100/10
  124/14 154/24 156/11 178/5 180/4
  183/7 195/2 207/9 209/4 220/12
  221/22 223/13 229/7 258/19 258/21
  259/2 259/16 282/14 297/12
evidence [62]  4/11 6/13 6/17 25/6 33/6
  98/17 116/13 127/8 130/25 133/1
  133/16 134/2 134/4 134/6 134/12
  135/8 136/11 136/13 136/15 137/8
  137/10 138/11 138/14 138/15 138/19
  139/4 139/5 146/13 147/19 150/15
  150/25 151/13 151/23 152/4 154/13
  166/1 193/7 222/21 223/2 240/7
  240/12 242/12 253/6 256/6 262/6
  269/24 284/5 284/7 284/8 287/2 287/7
  288/4 289/9 289/19 290/5 290/7
  291/20 291/23 294/10 294/13 296/18
  297/12
evolve [1]  44/4
exact [5]  49/3 72/6 81/6 100/7 103/10
exactly [29]  4/18 17/23 20/24 21/1
  21/13 21/14 29/14 29/21 36/23 42/19
  56/23 59/7 60/18 70/25 78/15 82/8
  92/9 98/22 101/11 121/19 130/20
  136/22 143/2 153/19 177/21 203/3
  243/16 263/14 301/23
examination [28]  11/18 11/22 85/23
  86/4 90/21 99/1 102/20 106/3 109/16
  109/17 109/19 109/20 110/22 149/13
  149/14 168/23 231/9 231/11 241/8
  247/10 247/17 254/24 264/11 268/5
  271/15 278/23 282/16 284/16

examinations [3]  109/13 109/22 110/1
examine [6]  179/16
examined [4]  82/7 85/25 88/11 90/15
examiner [8]  179/2 179/3 179/4 179/5
  179/18 186/2 264/15 267/3
examiners [2]  179/9 264/14
example [15]  6/12 13/25 91/23 105/2
  122/20 131/18 131/22 131/25 132/10
  132/14 154/12 175/8 197/8 210/8
  279/11
exceed [1]  59/12
Excellence [1]  69/9
Excellent [1]  290/14
except [4]  9/12 10/1 174/14 291/1
excerpt [1]  53/15
exchange [1]  228/4
exchanging [1]  228/6
exclude [1]  109/4
exclusion [1]  121/16
excused [3]  105/17 162/21 283/19
executed [1]  282/19
executive [1]  70/2
executives [2]  128/25 128/25
exemplar [2]  188/12 283/12
exercises [1]  220/19
exercising [1]  308/18
exhibit [99]  4/19 19/12 21/15 33/3 33/4
  37/10 45/16 47/23 48/22 49/16 50/18
  53/16 53/18 69/5 71/9 72/8 87/21 88/5
  88/18 89/9 89/18 89/24 89/24 90/4
  90/12 91/7 92/16 92/19 93/8 95/4
  95/18 100/18 106/4 106/6 106/6 106/8
  106/9 106/13 106/14 107/1 107/20
  108/14 108/14 108/15 108/15 108/17
  108/23 109/2 116/13 128/15 129/9
  129/18 130/23 132/24 133/3 135/15
  137/11 139/1 140/2 141/22 145/18
  147/7 158/20 164/5 190/11 191/19
  191/23 192/11 193/17 198/22 199/25
  202/3 202/19 203/23 206/1 206/15
  254/23 255/13 255/22 256/2 256/6
  257/1 259/17 262/5 262/8 262/15
  269/15 269/16 269/24 270/12 272/19
  274/14 274/18 274/18 286/23 286/24
  287/1 287/2 287/13
Exhibit 114 [2]  69/5 71/9
Exhibit 13 [1]  147/7
Exhibit 16.12 [1]  198/22
Exhibit 169 [2]  45/16 53/16
Exhibit 182 [1]  47/23
Exhibit 185 [1]  48/22
Exhibit 186 [3]  107/20 108/15 108/17
Exhibit 186.1 [1]  106/8
exhibit 186.2 [2]  87/21 89/9
Exhibit 188 [1]  49/16
Exhibit 189 [1]  50/18
Exhibit 212 [1]  116/13
Exhibit 214 [2]  132/24 133/3
Exhibit 236 [1]  72/8
Exhibit 237.1 [1]  129/18
Exhibit 3-1 [1]  191/23
Exhibit 302 [1]  33/4
Exhibit 310 [1]  274/18
Exhibit 313.32 [2]  202/19 206/1
Exhibit 313.34 [2]  286/24 287/1
Exhibit 313.35 [1]  206/15
Exhibit 313.43 [1]  259/17
Exhibit 313.44 [1]  262/5
Exhibit 359A [1]  137/11
Exhibit 47.19 [1]  141/22

Exhibit 472 [1]  135/15
Exhibit 499 [1]  95/7
Exhibit 51 [1]  191/7
Exhibit 537A [1]  21/15
Exhibit 551 [1]  89/18
Exhibit 551A [2]  90/12 91/7
Exhibit 552 [1]  92/16
Exhibit 582 [1]  33/3
Exhibit 583.1 [1]  37/10
Exhibit 597 [3]  269/15 269/16 269/24
Exhibit 730 [1]  255/22
Exhibit 745 [1]  158/20
Exhibit 84 [1]  19/12
exhibits [19]  61/10 93/12 93/13 106/7
  106/12 106/21 106/24 107/5 107/12
  107/19 107/21 107/23 108/16 108/20
  109/8 255/6 255/15 255/15 255/16
exhume [1]  282/2
exist [2]  262/3 305/5
exists [1]  22/5
EXITS [1]  289/16
expand [1]  230/22
expanding [1]  84/1
expect [12]  18/19 38/12 41/17 55/20
  89/6 109/7 154/5 154/9 154/25 223/12
  223/13 226/19
expediency [1]  93/16
expenses [1]  12/12
experience [10]  39/20 43/8 114/10
  121/7 121/20 174/7 183/20 185/10
  188/18 284/25
experienced [2]  100/16 102/10
expert [43]  40/2 41/2 52/20 79/10
  92/22 92/23 115/25 116/2 120/4 123/4
  129/24 132/16 134/14 138/10 148/2
  159/9 186/23 188/10 200/18 210/19
  210/25 212/16 232/1 232/6 232/25
  246/16 247/2 256/19 257/6 257/8
  258/13 266/1 266/6 266/8 267/7
  273/17 273/20 274/6 274/15 276/15
  276/19 291/21 292/13
expertise [7]  116/4 122/19 122/20
  137/16 148/6 150/17 151/24
experts [13]  115/1 115/7 115/9 115/10
  137/3 170/4 170/8 188/9 189/7 189/15
  189/17 246/24 278/4
explain [24]  9/6 44/20 86/12 88/6 90/20
  91/16 92/13 94/3 96/18 97/5 97/10
  98/2 98/9 120/20 136/25 165/23 166/5
  189/24 190/14 192/9 212/18 277/25
  282/5 303/15
explained [3]  44/12 97/22 184/5
explaining [3]  5/5 44/23 204/20
explains [1]  294/8
explanation [1]  168/1
Explorers [1]  250/15
Exponent [2]  153/19 153/23
expressing [1]  169/25
extension [1]  179/5
extensive [1]  264/12
extent [4]  294/4 297/11 297/18 310/4
external [1]  78/24
extra [1]  9/17
extracting [1]  224/1
extraneous [2]  92/19 164/11
extricated [3]  251/8 251/22 252/1
eye [5]  113/9 131/13 175/9 175/10
  223/8
eyes [6]  35/24 179/8 220/14 223/14
  227/10 286/14
eyesight [1]  216/14

F150 [12]  5/2 77/15 77/18 78/4 78/10 86/11 86/15 100/6 105/6 156/15 156/20 156/21
F250 [33]  22/8 36/14 42/23 45/25 66/21 77/23 81/19 82/3 86/11 88/1 88/4 88/12 100/19 100/24 100/25 101/10 103/2 104/14 105/8 106/9 120/11 120/12 121/24 130/7 156/14 157/15 174/24 188/6 188/13 190/17 268/2 268/24 304/20
F350 [3]  60/12 60/22 61/19
F50 [2]  156/17 156/19
face [1]  23/13
facilities [3]  83/6 83/7 123/24
facility [3]  15/12 22/1 83/4
facing [3]  23/12 29/22 41/17
fact [25]  16/3 24/25 30/12 30/21 40/21 83/19 89/7 93/25 106/19 135/11 157/2 166/16 166/24 170/25 171/4 171/13 171/15 174/7 201/8 236/5 242/9 242/22 270/10 297/21 307/7
factor [4]  79/4 107/9 220/6 220/18
factors [6]  43/9 59/20 217/13 220/1 238/17 304/1
facts [5]  8/5 152/9 166/22 167/18 305/19
factual [2]  290/19 290/22
failed [3]  147/12 190/17 192/3
failure [5]  4/9 290/1 291/2 291/18 307/11
failures [2]  97/14 97/21
fair [44]  8/21 14/9 24/17 25/1 25/21 26/13 26/14 27/2 28/12 30/8 33/24 36/8 36/24 38/23 42/2 42/21 46/11 49/2 52/21 57/19 58/4 58/10 61/17 62/10 62/24 65/21 66/3 66/20 71/8 71/17 74/10 80/6 80/17 81/10 82/14 84/15 149/21 150/4 159/21 160/20 175/17 175/18 202/24 224/19
fairly [7]  14/8 43/2 46/10 95/20 191/5 192/1 192/2
faith [16]  23/4 308/1 308/4 308/5 308/12 308/14 308/15 308/19 308/21 308/23 308/24 309/5 309/16 310/1 310/4 310/4
fall [6]  36/18 36/20 46/15 46/16 46/17 226/14
falls [1]  180/4
false [1]  258/4
familiar [23]  37/6 37/12 42/9 49/17 69/23 74/14 78/21 78/23 81/12 129/12 129/25 157/25 174/24 175/3 175/5 212/14 257/13 268/9 268/17 269/11 269/21 270/16 278/25
families [1]  245/9
family [4]  16/2 149/17 220/20 229/7
fancy [4]  167/10 214/10 288/21 289/1
far [23]  6/20 21/7 27/16 27/24 30/22 39/9 41/1 41/6 44/1 54/22 64/15 81/13 82/24 91/24 101/16 109/24 136/20 288/9 290/14 292/25 297/5 300/7 308/11
fascinating [1]  113/9
fashion [4]  52/10 63/13 116/3 174/19
fast [8]  65/7 65/13 101/12 130/21 174/20 175/8 193/22 193/25
faster [2]  63/25 157/19
fat [1]  217/17
fatal [4]  170/18 171/12 213/8 274/4

father [9]  111/23 220/21 244/22 244/25 243/6 288/24 285/2 285/11 286/7
father's [2]  285/7 285/10 285/13 286/9
fault [8]  16/7 204/10 293/7 294/18 296/8 296/9 298/12 299/23
FDA [2]  88/15 89/2
FEA [5]  47/7 61/4 92/20 94/19 94/22
feature [2]  142/13 142/18
features [5]  146/20 147/4 149/5 149/8 174/23
FEBRUARY [8]  1/5 4/1 21/19 105/23 163/4 164/1 255/10 276/19
federal [14]  125/16 125/18 126/10 128/6 142/23 146/22 291/23 303/1 303/2 303/21 303/25 311/6 312/3 312/19
feed [1]  183/2
feeding [1]  220/15
feel [1]  225/20
feels [1]  219/14
fees [2]  159/12 308/13
feet [5]  149/6 190/18 190/20 202/7 220/12
fell [1]  184/12
fellow [1]  177/7
fellows [1]  176/16
fellowship [14]  176/6 176/12 176/14 176/15 176/20 176/22 177/1 177/4 177/6 177/16 177/17 177/18 177/20 249/20
felt [1]  161/8
femurs [1]  144/17
few [7]  85/25 119/6 142/11 158/9 164/25 167/19 255/24
fewer [1]  57/18
fib [2]  181/12 181/19
fibrillation [1]  181/11
fidelity [4]  79/19 79/21 80/24 81/13
field [6]  98/21 184/15 187/15 189/15 258/15 259/9
fields [2]  257/14 257/19
fight [2]  26/6 26/10
figure [5]  11/15 121/16 194/25 235/12 242/14
fil [1]  288/24
file [6]  14/19 126/8 126/12 126/14 166/12 186/13
filed [2]  290/15 307/16
filing [1]  166/11
fill [1]  69/12
filled [2]  103/21 251/3
film [1]  130/17
filmed [1]  130/13
final [4]  124/12 124/13 165/1 165/3
finally [4]  84/4 125/12 195/4 228/20
find [13]  49/5 113/2 138/19 145/13 166/9 203/2 242/2 266/15 266/17 296/8 298/8 298/10 299/8
finding [6]  4/11 25/4 116/4 119/25 137/17 152/7
findings [17]  115/11 115/13 116/11 117/8 118/25 119/13 119/23 135/12 138/1 150/20 150/22 151/6 209/10 210/8 211/10 212/1 212/4
finds [3]  290/21 290/24 299/25
fine [15]  8/3 69/15 70/22 85/20 142/16 142/25 163/16 204/17 256/24 270/11 291/7 300/4 302/11 308/8 308/14
fine-tuning [1]  142/25
fingers [1]  27/15

fingertips [1]  27/22
finish [3]  96/5 255/6 272/17
finished [4]  104/2 104/8 125/7 173/11
finishing [2]  112/6 127/3
finite [5]  46/25 47/1 47/7 54/5 94/4
firm [3]  13/18 37/6 111/9
first [78]  4/8 17/20 18/2 31/5 35/8 38/14 42/2 55/13 64/12 64/16 64/24 65/1 65/9 65/22 66/4 66/7 66/19 67/20 67/24 68/22 72/12 96/22 108/9 109/9 112/6 112/12 112/17 114/2 114/12 114/13 114/15 123/19 123/21 123/22 124/5 127/16 129/17 133/9 135/18 140/5 140/7 163/12 173/7 176/2 177/18 180/16 190/11 190/24 191/1 192/13 193/12 193/20 193/23 194/13 194/15 195/1 195/7 198/3 207/20 231/15 232/5 244/9 252/14 252/16 253/1 257/5 263/15 285/11 285/15 287/11 292/5 296/25 305/9 306/22 308/7 308/14 310/24 311/2
fit [1]  289/4
fitted [1]  125/3
five [22]  41/19 60/6 77/21 100/6 100/8 120/15 121/1 125/14 147/12 147/20 159/25 171/4 184/12 196/2 197/18 197/20 202/7 215/8 217/6 241/18 264/17 277/24
five feet [1]  202/7
five-foot [1]  41/19
fix [3]  250/9 250/19 250/21
fixing [1]  290/17
flat [14]  27/6 27/8 27/11 27/19 28/7 28/17 65/6 65/19 65/24 67/2 67/11 71/4 283/16 283/17
Fleet [1]  71/20
flew [4]  236/8 236/12 236/16 236/21
flex [2]  196/7 196/8
flexing [1]  196/16
flexion [2]  196/11 208/1
flexure [1]  225/15
Flight [1]  252/17
flip [1]  110/8
flip-chart [1]  110/8
flipped [1]  15/9
flips [1]  186/13
floor [5]  29/11 29/11 182/4 235/19 235/21
flow [2]  223/21 228/16
flown [2]  232/5 236/5
flows [1]  159/25
fluids [1]  179/20
fly [1]  236/19
flying [1]  266/2
FMVSS [9]  88/9 88/20 96/11 125/22 126/3 126/5 126/8 126/21 128/4
FMVSS216 [4]  56/24 62/20 71/2 76/2
foam [1]  103/21
focus [5]  123/15 138/14 138/19 169/16 295/7
focused [5]  36/8 112/5 112/8 112/10 117/23
focuses [1]  36/4
fold [4]  27/10 27/10 28/10 29/8
folded [4]  16/13 20/10 28/14 254/2
folding [2]  28/13 28/16
follow [1]  27/5
followed [5]  108/17 258/1 258/7 258/14 300/22

**F**

following [6]  26/22 27/13 112/1 185/6
304/19 304/20
follows [4]  110/21 168/22 284/15
291/19
foolish [1]  7/7
foot [5]  41/19 97/4 112/15 174/3
210/11
footage [1]  171/20
football [1]  191/7 281/18
force [16]  34/11 58/2 58/9 58/11 59/16
66/13 75/4 75/18 75/24 75/25 76/17
92/2 92/5 92/7 100/15 146/17
forced [1]  66/10
forceful [1]  152/20
forces [13]  28/9 30/14 30/14 30/15
32/4 59/11 59/19 59/25 65/20 100/13
140/22 145/14 271/23
forcing [1]  34/12
ford [210]  1/6 5/2 5/7 5/8 6/4 6/16 6/18
6/22 6/24 7/25 8/4 9/23 10/4 10/10
10/18 12/24 13/6 13/11 13/19 13/23
14/2 14/4 14/6 14/13 14/20 26/5 37/1
37/7 38/2 42/17 45/9 46/13 46/23
47/13 47/13 48/24 49/18 50/19 51/14
52/14 52/24 53/5 53/7 54/6 54/17
54/18 54/23 55/14 55/22 60/12 60/22
61/19 62/17 66/21 69/20 69/21 70/14
71/25 72/8 72/13 73/8 73/16 73/18
76/12 77/15 78/9 79/17 82/23 84/9
86/11 86/11 88/1 88/4 92/18 93/8 97/5
98/12 99/13 99/17 99/20 101/10
101/13 104/25 105/6 105/8 106/7
107/12 110/6 111/14 111/15 111/16
112/7 112/9 112/12 112/17 113/16
113/19 113/20 113/25 114/21 114/22
114/23 114/25 116/16 118/4 118/5
118/11 118/14 118/22 118/25 119/2
119/2 121/16 122/14 122/17 122/22
126/9 128/4 128/23 128/24 128/25
129/3 129/5 129/10 129/11 130/1
131/17 143/1 143/13 146/17 146/18
147/2 147/4 154/2 156/13 156/17
156/17 157/11 157/19 157/22 158/6
158/8 158/11 158/12 158/13 158/16
158/17 159/1 159/8 159/10 159/13
159/17 160/15 160/19 160/19 160/25
161/10 161/17 162/3 163/10 163/11
189/7 232/1 232/3 236/7 246/7 247/4
247/21 247/23 248/23 256/19 259/21
259/24 265/10 265/13 265/15 265/25
268/2 268/24 272/9 272/24 273/1
275/2 275/3 282/19 283/3 283/21
283/22 285/17 285/22 286/6 286/24
289/21 289/23 290/3 291/21 292/13
293/12 295/12 295/13 295/16 295/25
296/12 296/14 296/20 301/25 303/12
304/18 305/20 307/17
Ford's [45]  5/17 6/2 6/8 7/25 9/19 13/7
33/19 52/20 62/13 62/18 62/19 77/18
77/23 100/5 106/6 106/12 106/13
107/1 108/14 121/3 128/8 158/7
158/23 159/9 210/20 231/15 237/25
238/5 238/17 246/7 247/2 247/9
254/24 263/15 272/9 275/24 283/6
283/6 293/7 293/9 294/13 295/22
296/23 305/9 308/5
Ford-related [1]  159/13
foregoing [1]  312/6
forensic [7]  135/8 152/3 153/21 154/13

257/10 257/15 277/15
forgot [1]  204/19
forget [5]  41/9 48/5 56/25 80/18 100/5
forgot [1]  204/19
form [7]  81/17 165/4 200/14 224/4
224/12 294/18 306/13
formalities [1]  4/13
formally [1]  139/3
format [1]  312/9
formed [5]  84/16 187/4 259/4 259/10
259/13
forth [2]  86/17 115/18
FORTUNA [1]  2/6
Fortunately [1]  229/4
forum [1]  119/12
forward [19]  23/12 27/23 67/22 109/1
110/7 144/2 144/15 145/2 145/5
160/10 192/21 192/21 193/11 202/10
205/4 205/6 205/7 222/3 227/18
found [13]  98/5 137/24 150/12 150/15
150/25 151/6 152/3 186/15 211/16
211/18 214/21 243/6 243/16
foundation [5]  72/10 72/16 127/3
129/22 276/5
foundational [1]  109/25
founder [1]  12/5
four [23]  24/1 60/6 122/2 130/8 179/6
190/22 196/2 216/20 216/20 219/5
260/5 268/3 269/1 269/5 270/20 271/2
271/4 271/8 272/10 272/14 273/6
273/9 280/14
four-star [8]  269/5 271/2 271/4 271/8
272/10 272/14 273/6 273/9
four-wheel-drive [2]  122/2 130/8
fraction [1]  141/16
fractions [1]  148/24
fracture [19]  196/20 196/23 196/24
197/19 197/20 197/21 197/21 197/22
197/23 208/6 209/2 210/16 211/12
211/13 213/19 224/15 225/16 225/18
225/25
fractures [26]  197/6 197/9 197/14
197/24 198/11 207/22 207/22 208/2
208/4 208/12 208/15 208/16 208/16
209/3 209/18 209/22 210/7 212/6
225/1 225/4 225/4 227/3 230/16
252/11 253/11 263/22
frame [4]  89/7 94/6 112/21 113/13
Francis [1]  265/25
Frank [2]  11/10 149/16
fresh [2]  40/10 176/17
fresher [1]  12/1
friend [1]  50/19
front [42]  16/11 17/4 19/17 21/18 23/9
23/10 26/21 28/24 29/22 29/25 45/21
48/4 48/7 48/10 48/17 50/22 50/23
64/14 65/1 110/8 127/19 130/11
139/18 140/9 140/11 140/14 140/15
141/5 141/13 143/24 146/22 168/6
209/9 210/12 216/15 225/15 235/1
236/21 247/5 268/3 269/5 294/25
front-end [2]  268/3 269/5
frontal [36]  131/17 140/8 141/4 141/24
142/1 143/17 143/22 144/15 144/16
144/21 156/6 156/7 170/22 171/16
175/2 188/18 192/20 208/16 209/7
212/6 224/17 229/14 263/12 264/8
268/22 268/25 269/7 270/17 270/22
271/17 271/25 272/14 273/6 273/12
281/15 299/20
full [16]  66/9 79/22 117/9 118/12 129/6

131/23 173/24 174/4 174/14 179/18
194/13
full-scale [1]  129/6
full-size [1]  173/24
fully [4]  148/13 303/14 303/14 303/14
function [2]  12/10 145/23
functions [1]  145/22
fund [1]  246/22
further [2]  97/20 283/18
fuse [1]  228/5
fuzzy [1]  134/8

**G**

GA [9]  1/13 1/15 1/16 1/18 1/20 1/24
2/2 2/5 2/10
GAMD.USCOURTS.GOV [1]  2/15
gander [1]  163/13
garage [3]  82/23 82/24 83/5
gather [1]  13/14
gauge [3]  49/9 49/20 50/22
gave [11]  34/5 44/6 80/16 114/15
148/7 181/21 216/16 233/4 259/2
293/21 295/5
GBWR [1]  62/16
GCS [3]  227/6 227/7 229/22
general [15]  9/20 13/7 55/25 120/20
156/13 165/8 172/25 213/18 244/20
245/4 245/9 245/14 249/1 258/7
285/13
generalized [1]  259/15
generally [13]  12/8 12/9 12/12 38/16
56/1 78/21 80/1 257/13 257/19 258/1
258/14 258/8 259/2
gentleman [2]  216/14 226/25
gentlemen [6]  11/17 105/18 162/22
165/22 284/3 287/24
genuine [1]  290/21
geometry [2]  31/2 31/9
GEORGIA [34]  1/1 1/6 4/4 26/6 151/8
151/25 152/12 191/23 232/1 232/7
232/9 232/10 232/12 232/16 232/17
232/22 232/25 233/6 234/8 234/14
236/6 236/9 236/20 237/2 244/4
251/24 264/21 265/24 285/18 285/23
293/8 301/22 308/6 312/5
gest [1]  297/18
get [117]  5/18 5/19 11/8 14/11 14/14
16/20 17/22 18/4 18/9 18/23 19/2
21/17 30/11 34/15 34/24 36/5 45/15
46/15 46/17 53/19 59/2 60/4 60/8 62/2
62/22 63/7 65/25 69/8 71/14 76/4
85/17 91/21 91/25 107/6 109/18
110/15 112/15 114/13 115/6 118/10
121/13 123/14 124/5 124/7 124/24
134/10 138/16 138/17 139/14 148/14
149/5 153/12 166/20 168/13 171/23
173/12 173/23 175/12 175/13 176/1
176/2 177/20 178/3 178/8 179/21
181/2 182/11 186/17 186/19 188/15
194/8 195/25 197/6 201/20 205/17
215/24 216/17 220/11 222/25 223/1
223/9 223/11 223/18 226/15 226/17
226/25 228/4 228/10 228/12 228/15
228/23 230/14 231/1 235/25 241/7
245/7 245/11 246/13 252/17 252/18
253/9 255/6 258/22 260/17 260/19
260/19 263/23 264/1 270/20 287/24
288/10 288/16 289/1 289/1 289/7
301/20 306/14
gets [14]  29/5 124/22 156/21 176/4

**G**

gets... [10]  197/16 207/21 208/10 215/20 218/3 219/17 227/20 227/20 228/20 241/7

getting [11]  34/10 43/12 53/19 61/1 72/4 108/7 123/18 196/19 198/9 209/8 223/20

ghost [1]  192/23

give [41]  8/9 34/5 34/18 40/7 53/16 55/10 63/16 79/24 83/11 97/9 100/11 106/17 117/9 120/6 120/21 126/21 136/18 136/20 137/15 143/2 161/13 167/22 171/8 171/14 176/20 185/17 187/1 190/1 212/17 214/8 230/20 230/20 230/23 239/25 288/2 288/6 293/1 293/3 303/5 305/13 307/6

given [7]  114/16 115/9 165/7 176/25 180/19 293/10 294/23

gives [5]  124/6 133/20 141/13 198/8 268/21

giving [4]  80/17 129/25 220/6 232/1

glasgow [1]  227/6

glass [2]  17/11 17/25

go [83]  10/8 10/14 17/13 32/15 43/23 44/8 51/3 54/22 59/19 61/8 63/20 71/13 74/22 76/7 81/1 86/16 92/16 93/18 95/11 116/22 117/3 117/12 121/2 123/17 125/3 125/13 130/5 131/7 137/19 143/12 147/23 148/11 153/14 164/17 164/20 171/24 175/1 178/6 179/10 179/12 179/16 183/13 183/13 190/22 191/13 193/20 194/18 195/11 195/15 201/10 204/2 205/20 217/4 218/19 219/1 221/17 226/4 227/9 227/9 236/9 239/5 240/13 242/2 243/20 245/19 245/25 247/12 252/17 255/7 267/24 273/5 283/20 284/8 287/9 287/14 287/18 287/25 289/14 300/13 305/1 306/11 310/10 310/12

goal [4]  112/12 112/16 113/1 113/14

goals [2]  124/6 125/8

God [3]  110/13 168/11 241/17

goes [25]  26/24 27/1 35/15 35/16 59/21 59/22 65/18 113/6 122/5 149/6 155/9 192/25 193/9 193/25 194/17 194/22 198/7 207/25 215/18 215/25 218/17 274/2 277/9 304/6 308/22

going [190]  4/9 8/8 8/9 8/19 14/11 14/12 21/20 21/20 23/4 23/14 27/4 28/6 28/7 28/16 29/17 30/11 30/25 30/25 31/8 31/9 31/11 31/21 32/4 32/25 35/18 38/17 39/14 40/11 40/25 47/12 48/8 48/16 51/23 55/2 55/10 57/5 58/9 59/1 59/17 61/21 62/5 71/2 75/15 77/6 79/23 83/11 84/8 85/12 90/5 90/10 91/20 93/11 93/14 98/17 105/19 108/5 108/23 109/1 109/17 109/21 117/20 121/7 121/11 121/22 122/1 122/3 122/4 123/21 127/4 130/7 130/9 133/25 134/12 134/23 136/19 137/14 137/19 137/21 142/2 146/9 148/21 149/2 154/11 154/14 160/11 162/23 164/23 169/16 169/22 169/25 170/14 170/17 170/18 170/20 170/23 171/1 171/4 171/13 171/17 171/21 175/1 178/5 179/11 179/25 190/1 190/4 190/10 190/17 190/20 191/22 192/5 192/12 192/17 192/20 192/21 192/22 193/11 193/20 193/23 195/14 195/15 195/20 196/10 196/10 198/3

198/7 199/14 202/8 202/24 203/12 204/14 204/15 207/1 207/6 207/2 210/18 210/22 213/19 215/11 215/12 215/23 215/24 216/1 217/18 218/23 219/18 222/14 226/14 226/15 227/1 228/11 228/12 229/5 237/10 237/12 243/13 260/14 261/16 262/19 262/20 262/20 277/22 278/19 282/2 284/7 284/10 287/14 287/16 288/21 288/22 288/24 289/3 289/4 291/10 291/10 291/11 291/16 293/1 293/3 294/11 295/7 295/11 297/20 297/23 299/17 299/17 299/21 300/19 302/10 307/9

gone [9]  22/9 35/6 79/5 119/20 148/13 176/18 211/12 216/7 243/15

good [31]  4/6 11/24 11/25 11/25 36/2 55/2 56/16 58/22 77/9 90/10 110/24 110/25 125/3 163/12 163/13 168/25 169/1 184/9 211/23 228/6 231/13 231/14 288/25 289/2 289/15 299/2 302/13 305/24 305/25 306/3 306/5

Googled [1]  301/17

goose [1]  163/13

gosh [1]  204/9

got [107]  8/4 15/13 17/25 23/21 29/7 30/7 31/16 33/14 34/5 36/10 53/17 55/11 83/4 83/13 85/16 102/25 109/15 112/18 112/21 112/22 128/22 142/11 154/23 155/4 155/5 156/5 160/1 160/2 163/21 172/11 173/2 173/9 175/13 183/1 183/13 189/20 190/19 190/23 192/18 193/1 193/9 193/21 195/12 196/1 196/8 196/12 196/23 197/16 197/19 197/19 197/20 197/20 197/21 201/3 207/17 208/3 215/8 216/18 217/3 217/6 217/15 217/16 217/16 220/7 220/10 220/16 220/19 220/20 220/20 222/3 225/5 226/22 227/3 235/25 241/22 244/6 246/9 248/18 251/21 252/5 253/10 253/21 263/12 267/4 269/9 269/10 269/14 271/1 271/7 282/21 285/11 286/23 287/1 289/9 289/12 289/19 292/9 293/16 293/22 293/24 294/17 297/10 297/13 297/23 298/23 299/25 310/19

gotten [1]  192/25 201/18 208/14 263/21 275/7 293/23 294/1

government [5]  125/23 146/16 237/19 270/2 270/9

Governments [1]  125/19

governs [1]  291/24

gracious [1]  176/20

graduate [3]  245/19 246/2 246/9

graduated [1]  245/15

grainy [1]  134/10

gram [1]  219/21

grandfather [1]  244/17

grant [1]  4/9

granted [2]  73/8 290/1

granting [1]  290/11

granular [1]  213/23

graph [1]  269/8

grass [3]  21/3 21/4 148/19

gravel [1]  148/18

gravity [1]  58/13

great [10]  11/14 45/24 129/5 181/13 194/6 210/22 226/11 228/8 228/11 241/3

greater [3]  231/6 271/5 281/7

greatly [1]  165/7

green [1]  34/25

grew [2]  191/12 243/7

ground [49]  16/18 20/11 20/16 20/17 20/18 20/24 21/5 21/6 22/22 23/18 32/2 32/2 32/7 35/7 38/9 38/10 38/10 58/5 58/12 58/15 59/13 64/13 64/14 64/22 65/18 65/19 66/1 66/18 67/11 67/24 68/3 75/19 75/24 91/2 94/12 94/15 94/16 94/23 100/12 129/17 130/12 140/5 140/7 140/9 140/12 149/7 156/4 190/23 299/5

group [30]  112/19 112/22 119/12 125/5 161/4 161/4 161/16 161/24 162/2 162/6 162/8 162/14 162/17 173/13 173/14 173/16 173/18 173/18 173/22 176/10 178/8 233/23 234/1 234/3 234/7 234/14 234/18 235/15 236/7 249/14

growing [3]  219/17 243/8 285/14

grown [1]  252/20

GSP [1]  191/20

guaranteed [1]  271/2

guard [1]  186/13

guess [4]  7/6 8/10 9/19 162/23

guessing [1]  13/17

guesstimated [1]  158/3

Gunn [4]  10/5 204/10 262/22 262/24

gunshot [1]  180/5

gurgling [1]  222/7

guy [4]  41/8 41/8 102/8 184/12

guys [7]  82/24 184/2 191/6 199/8 209/17 209/24 258/25

Gwinnett [1]  6/15

**H**

had [219]  5/6 5/9 5/12 5/15 7/13 11/10 13/7 13/22 15/11 23/19 24/7 33/8 34/5 36/16 38/5 48/7 52/7 61/20 62/21 64/1 70/5 71/17 77/11 77/13 77/14 77/15 81/4 82/12 82/22 83/13 90/16 99/7 104/2 105/11 116/5 118/2 119/20 123/10 129/16 132/3 161/3 171/12 172/10 172/17 172/22 173/17 174/2 174/7 176/9 176/16 176/18 177/16 177/17 177/18 178/2 180/14 181/19 182/4 182/17 182/19 182/21 182/23 183/25 185/6 186/12 188/24 188/25 193/8 194/6 196/3 198/2 199/20 200/9 201/2 201/8 201/9 201/11 201/18 202/5 203/19 204/7 204/9 204/11 204/12 207/6 207/8 207/19 207/22 207/25 208/15 214/6 218/8 219/11 220/21 221/2 221/12 221/21 221/21 222/12 222/14 223/2 223/22 223/3 225/4 225/12 225/14 225/14 225/16 226/8 226/10 226/16 227/14 228/14 229/21 230/2 230/9 230/11 236/23 237/3 237/22 238/2 238/2 238/10 238/14 238/14 239/4 239/13 241/13 241/21 241/21 241/23 242/5 242/6 242/6 242/7 242/10 242/23 242/25 243/2 243/14 244/3 247/17 249/21 251/9 251/9 251/12 251/19 252/10 252/17 252/19 252/22 253/12 253/25 254/8 254/11 254/16 258/16 258/19 258/20 258/21 259/1 259/4 259/6 260/10 260/20 260/22 263/10 264/4 264/6 266/17 268/3 268/12 271/24 272/11 272/17 274/11 274/25 275/7

had... [37] 275/9 275/15 276/25 277/3
277/4 277/6 277/7 277/7 277/17 278/8
279/6 279/22 279/24 281/19 281/20
282/1 282/5 282/25 285/17 292/22
293/22 294/1 294/14 294/21 295/3
297/19 297/19 298/14 298/16 298/20
299/8 299/16 302/16 302/22 305/20
306/22 307/13
hadn't [4] 5/8 258/5 259/5 259/8
hair [6] 251/17 251/19 251/21 252/1
253/6 254/1
hairs [1] 218/1
half [21] 25/4 39/3 59/9 62/11 111/7
160/7 176/25 195/7 202/7 203/8
203/11 205/1 205/18 205/21 205/22
205/22 216/16 216/19 216/19 224/1
259/12
halter [1] 243/1
hand [14] 28/21 62/6 77/6 89/23 89/24
102/1 102/4 110/9 152/18 168/7
190/18 191/21 192/3 200/16
handed [1] 122/8
handle [2] 4/8 4/14
handwriting [1] 46/21
happen [12] 28/7 30/4 30/17 32/9
90/23 113/4 133/15 179/7 183/21
193/24 198/1 288/1
happened [16] 17/16 31/13 37/15 38/2
41/4 68/17 84/9 94/12 130/21 163/14
198/12 201/8 227/22 243/17 283/9
299/19
happening [10] 18/6 58/13 91/25
130/20 130/22 131/14 141/16 143/8
147/14 215/9
happens [10] 28/13 40/19 49/7 65/13
113/5 146/5 185/2 193/24 196/12
288/15
happy [2] 231/2 290/12
hard [10] 41/25 106/12 106/20 107/2
107/8 108/1 108/7 214/5 228/11
228/12
harder [2] 100/9 309/1
hardware [4] 132/11 136/12 137/10
138/20
hardworking [1] 265/24
harm [1] 309/8
HAROLD [2] 2/2 114/4
HAROLD.MELTON [1] 2/3
Harrison [4] 24/17 222/6 252/17
254/12 254/13 260/20
has [165] 6/18 6/20 7/20 8/4 10/10
13/11 13/18 13/19 14/13 16/17 18/1
20/9 20/12 20/23 26/12 29/9 30/7
32/17 32/18 32/19 34/18 35/2 35/11
37/10 40/17 42/23 42/24 43/2 43/8
45/18 45/24 46/4 59/5 65/16 66/21
68/7 72/24 73/5 75/6 79/5 81/9 88/20
94/6 94/7 95/2 96/12 97/17 97/17
100/12 100/14 104/3 104/5 104/18
107/11 112/4 112/9 112/11 114/9
114/21 114/22 114/24 115/7 116/18
118/15 118/22 118/23 119/6 122/15
122/24 123/24 124/14 127/6 128/11
128/24 132/10 134/25 135/2 135/3
137/11 140/2 141/12 141/22 145/19
145/22 146/16 146/16 147/23 155/5
156/11 159/1 160/1 160/14 163/7
165/25 180/16 181/10 181/11 181/12
184/15 186/17 189/20 191/22 192/6

197/15 197/15 197/20 197/21 198/24
204/6 207/17 208/1 208/2 208/3
210/19 211/21 212/16 217/6 217/16
217/16 217/18 217/24 218/24 219/10
219/20 222/3 223/25 225/5 225/6
234/10 242/12 243/20 247/5 250/7
250/11 250/16 250/24 253/10 255/22
262/1 262/6 265/15 266/15 269/8
269/9 269/9 270/23 270/25 272/9
287/1 287/13 288/4 288/4 289/12
289/19 289/21 290/3 290/5 294/23
296/19 299/3 300/23 303/12 303/16
304/23 310/14
hasn't [4] 11/5 219/1 234/11 300/21
haul [1] 122/5
have [510]
haven't [18] 22/9 23/8 44/12 54/18
83/12 193/22 204/13 232/10 232/12
251/11 254/19 258/6 266/14 266/20
278/17 285/19 301/13 306/22
having [19] 84/14 103/17 110/20
121/10 168/21 180/20 181/4 181/25
213/24 213/24 218/10 227/8 240/4
240/4 253/11 254/15 281/21 284/14
286/7
he [263] 5/21 5/22 6/11 7/15 7/15 7/20
7/24 9/16 16/4 23/6 24/7 24/11 24/14
24/15 24/16 24/20 24/21 25/3 33/23
42/17 42/19 42/22 42/22 43/4 43/5
43/14 43/15 44/5 48/24 48/25 61/20
61/21 69/18 69/20 69/21 79/18 79/19
79/20 79/23 80/24 81/4 81/19 81/19
82/4 82/5 82/8 82/12 82/14 86/3 86/20
88/13 88/14 89/1 90/16 90/22 91/21
93/7 94/7 94/8 94/9 94/9 94/10 94/12
94/14 95/17 96/8 96/15 96/16 96/20
96/22 96/24 96/25 96/25 97/1 97/2
97/5 97/7 97/12 97/13 97/14 97/15
97/17 97/19 97/19 97/22 103/19
103/19 103/20 104/3 104/4 104/5
104/8 104/13 104/20 104/23 115/13
115/21 116/1 120/6 129/22 129/24
129/24 135/2 136/25 136/25 137/20
148/4 148/5 148/7 148/7 151/4 162/13
162/14 171/12 171/13 174/22 174/23
176/6 184/12 184/13 186/14 187/1
189/20 192/25 197/15 197/16 197/16
197/18 197/20 197/21 197/24 198/2
198/3 198/4 198/6 198/7 198/7 198/10
199/22 199/24 200/2 207/8 207/9
210/24 211/16 211/18 211/23 212/9
212/17 212/18 212/18 215/21 215/22
216/1 216/4 216/4 216/5 216/6 216/6
216/7 216/7 216/11 216/11 216/12
216/13 216/13 216/14 216/18 218/14
218/15 219/1 220/22 222/7 222/15
223/14 223/22 223/23 223/24 224/1
225/3 225/4 225/5 225/6 225/9 225/12
225/14 225/14 225/15 225/24 226/10
226/12 226/16 226/17 226/18 227/14
227/14 228/9 228/18 228/25 228/25
229/9 229/22 229/22 230/2 230/4
230/4 230/5 230/6 230/7 230/7 236/23
237/2 238/14 240/11 241/2 241/2
241/5 241/5 243/5 244/20 245/1 245/5
245/11 252/22 253/11 255/5 256/9
256/11 260/1 261/7 261/8 262/4
263/10 263/11 263/12 263/21 263/23
263/24 263/25 264/1 264/4 264/6
264/6 264/25 267/19 276/7 276/7

276/9 276/12 276/12 277/11 277/12
279/22 286/2 280/20 285/9 285/12
286/10 286/11 287/3 293/2 307/6
311/4
he's [43] 6/8 6/8 22/7 23/12 43/19 44/5
55/3 129/25 136/19 136/19 137/9
137/13 137/19 192/25 193/1 193/4
197/19 197/19 197/19 198/9 207/7
215/8 216/16 218/11 218/15 223/24
225/6 226/12 226/18 226/22 227/2
227/3 230/4 230/5 240/5 240/5 241/3
244/6 263/20 263/20 267/19 278/18
280/15
head [35] 18/22 62/5 63/25 81/17
178/19 178/25 181/14 196/9 203/15
203/25 206/12 206/23 207/3 216/22
221/25 222/24 223/21 226/11 227/14
227/17 229/19 240/14 253/9 264/4
267/17 267/17 274/8 274/12 274/25
275/3 275/12 286/8 286/8 286/9
286/12
head/neck [2] 274/8 274/25
header [16] 17/9 26/25 48/4 48/7 48/10
48/17 50/22 50/23 51/12 65/1 66/16
67/23 90/17 91/13 92/3 94/25
headers [4] 16/25 17/4 17/4 51/6
headings [4] 9/5 9/11 9/25 9/25
headlight [1] 250/23
headliner [1] 104/4
headquarters [1] 246/7
headrest [19] 199/12 199/18 202/9
202/11 202/13 203/22 203/24 205/3
205/4 206/13 207/4 222/1 222/2
251/18 252/2 253/8 253/22 254/1
260/15
health [4] 186/10 279/3 281/6 281/7
healthy [2] 272/4 273/13
hear [9] 18/11 24/7 59/2 149/24 156/5
181/13 207/3 284/7 293/16
heard [37] 4/15 18/1 26/10 42/14 44/7
45/24 46/4 62/18 79/16 82/21 108/9
114/12 114/24 119/6 120/14 122/24
128/24 141/24 166/1 176/5 176/23
184/2 199/8 204/13 211/22 259/25
282/2 284/21 285/19 285/20 285/21
289/13 293/4 294/9 294/12 301/4
303/16
hearing [2] 299/7 299/11
hears [2] 216/7 222/7
hearsay [6] 164/17 256/8 256/9 270/1
270/4 286/2
heart [55] 180/17 180/23 180/23 181/5
181/7 181/8 181/11 181/22 182/1
182/5 182/13 182/16 182/16 182/17
182/25 183/2 183/2 183/6 208/18
217/1 217/6 217/7 217/19 217/25
218/1 218/2 218/3 218/5 218/17
218/19 219/14 219/16 219/17 219/21
219/22 219/22 219/25 220/7 220/9
220/14 220/22 221/2 235/23 239/18
239/21 240/21 241/22 242/5 242/6
243/7 276/3 280/4 280/8 280/9 299/8
heartbeat [1] 243/3
hearts [1] 241/24
heavier [7] 58/2 63/23 64/2 64/3 75/23
100/9 100/14
heavy [4] 57/25 58/21 58/23 76/18
heavyweight [1] 56/17
height [5] 154/17 155/17 203/9 203/10
205/7

held [3]  31/10 105/18 312/8
help [16]  50/23 61/8 104/22 110/13
113/12 114/3 120/19 122/22 143/2
145/14 148/17 168/11 173/1 219/16
227/1 228/4
helpful [2]  50/8 61/12
helping [4]  36/5 178/8 220/7 222/14
helps [3]  145/6 180/11 302/7
hematoma [1]  193/1
hematomas [3]  214/20 224/14 226/8
hemorrhage [2]  198/2 226/9
HENDERSON [1]  2/10
her [149]  17/22 40/2 40/7 40/7 40/22
72/16 72/25 73/7 77/6 134/16 134/16
138/5 150/10 193/6 193/6 195/18
202/12 203/5 205/16 205/16 205/21
206/23 207/18 207/21 207/23 208/9
208/9 208/9 208/15 208/16 208/24
215/1 215/21 216/3 216/6 217/17
217/18 217/20 217/25 218/9 218/10
218/11 219/9 219/10 219/16 219/17
220/7 220/18 220/21 220/21 221/2
221/3 221/4 221/6 221/25 222/6
222/10 223/13 223/21 224/13 224/14
235/3 235/3 235/5 235/5 235/7 235/8
237/3 238/15 239/15 240/8 240/9
240/9 240/12 241/6 242/12 242/14
243/3 243/4 243/7 243/7 243/9 243/9
243/14 243/20 243/21 243/22 243/22
243/23 243/24 243/25 243/25 243/25
247/15 251/12 251/20 251/22 252/1
252/7 253/9 253/23 254/1 254/5 254/9
260/17 260/20 261/16 274/8 274/12
275/17 279/22 280/1 281/22 284/19
284/22 284/22 285/24 285/25 285/25
293/13 293/14 293/14 293/21 293/21
293/24 293/24 293/25 294/7 294/13
294/15 294/16 295/14 295/14 297/5
297/5 297/14 297/20 297/21 297/24
297/25 298/10 298/11 298/11 298/14
298/18 299/1 299/12 299/18 299/20
Herbst [40]  5/4 5/22 7/18 7/19 7/22
21/21 23/2 23/3 29/25 33/1 33/16
35/11 37/11 37/12 59/23 63/1 80/12
80/15 80/16 80/16 80/19 81/2 81/2
81/18 87/8 93/5 93/6 93/22 94/6 94/19
94/21 96/16 97/9 98/12 99/3 99/10
102/21 103/16 104/7 116/1
Herbst's [11]  21/17 33/21 63/17 87/2
87/14 87/19 89/22 89/22 90/7 97/11
102/18
here [127]  5/6 10/21 10/21 19/25 20/21
22/24 23/15 24/7 25/16 32/25 33/15
34/2 34/4 34/15 35/10 35/20 47/19
47/19 53/9 53/13 54/9 59/8 62/4 63/18
65/1 71/13 74/11 76/24 77/1 77/3
77/22 80/15 86/1 88/8 91/7 92/2 93/21
95/21 95/24 96/1 96/2 98/4 107/13
110/2 117/16 117/25 121/23 124/6
124/20 125/1 125/9 125/12 127/11
134/4 134/10 145/21 150/6 150/17
152/2 152/3 152/16 158/21 163/21
164/25 170/1 172/16 174/22 191/16
191/16 191/18 192/12 195/17 195/24
196/3 196/4 196/7 196/23 196/23
197/9 197/10 197/19 197/19 197/24
199/9 200/21 202/6 204/18 205/10
207/23 208/1 209/21 210/17 223/2
223/3 225/19 225/25 227/22 231/25

234/8 236/12 236/16 236/19 236/21
240/19 247/8 247/18 248/24 250/21
262/2 262/19 265/24 266/2 270/21
280/3 285/16 285/20 288/1 288/14
289/6 293/2 294/15 294/15 294/25
296/13 297/22 303/7 304/9
Here' [1]  27/14
Here's [1]  239/10
hereby [1]  312/5
Herman [4]  18/15 150/25 284/24 286/7
hers [1]  229/15
herself [4]  251/8 253/14 295/9 295/10
hey [3]  218/9 238/20 240/14
hi [1]  229/2
hidden [1]  143/23
high [15]  48/11 60/4 60/5 60/8 97/10
130/17 133/15 175/14 181/20 188/23
216/23 220/8 228/16 229/24 260/19
higher [14]  13/15 18/19 19/6 58/6
62/24 76/17 85/8 86/13 86/18 99/24
181/11 193/9 225/5 271/2
highlight [3]  89/10 295/4 295/12
highlighted [2]  49/13 305/10
Highway [5]  57/14 99/20 176/15
176/21 176/23
Hikmat [1]  69/15
hill [8]  6/14 6/14 42/8 42/9 42/11 42/18
42/20 302/11
him [43]  4/19 24/20 43/13 108/24
123/14 136/18 137/15 162/12 186/15
192/8 211/1 211/22 212/20 216/12
216/17 218/13 224/1 224/2 226/19
227/1 227/2 228/14 228/16 228/16
228/20 228/23 229/2 229/2 229/4
229/6 229/8 229/23 236/23 237/2
239/6 256/13 264/5 270/7 276/7
278/18 285/9 292/19 293/2
himself [1]  198/8
hindsight [4]  43/5 43/15 43/22 44/8
HIPAA [9]  239/3 239/4 278/25 279/2
279/3 279/10 282/19 282/22 283/1
hips [1]  261/16
hire [1]  13/21
hired [4]  12/22 14/1 26/12 232/4
hires [2]  14/18 14/23
hiring [1]  122/13
his [109]  21/25 23/13 24/4 24/18 24/19
42/19 49/3 49/7 50/22 69/17 69/19
80/20 81/18 82/7 82/19 87/8 90/8
90/22 96/8 97/6 97/16 97/20 103/6
103/25 115/13 115/17 116/20 127/6
127/6 129/25 148/2 148/6 151/4 151/6
151/7 159/22 160/6 171/11 171/14
171/15 171/16 171/20 176/6 192/10
192/25 193/1 195/14 195/15 197/15
197/15 197/16 197/16 198/4 198/8
199/19 199/20 199/22 200/2 202/6
211/9 212/4 212/17 212/19 215/18
215/25 216/4 220/22 222/15 224/24
225/4 226/24 227/14 227/16 228/23
229/7 229/12 229/15 229/16 229/16
230/6 234/21 234/24 234/24 236/24
238/2 238/3 238/14 238/14 238/16
239/13 239/14 239/15 239/17 239/19
239/20 239/22 240/11 245/7 252/18
255/6 260/2 260/8 263/12 264/2 264/4
264/6 285/9 286/8 286/12
history [11]  28/20 52/3 161/22 161/23
217/14 220/20 220/23 226/24 238/15
250/6 250/18

hit [25]  16/18 32/2 64/16 64/21 68/20
91/2 91/9 130/8 179/19 184/12 186/12
193/12 193/12 193/13 193/18 193/18
193/20 193/21 193/23 194/3 195/1
196/19 207/25 223/1 275/16
hits [3]  91/2 91/11 198/3
hitch [2]  215/24 252/18
hitting [4]  17/25 68/4 190/20 205/16
hold [2]  8/14 152/18
holding [1]  51/7
holds [1]  75/13
hollows [1]  103/22
home [3]  112/22 287/25 306/11
honest [2]  220/18 308/17
honestly [2]  13/17 219/10
Honor [162]  5/1 6/5 7/2 7/17 8/13 8/20
10/3 10/11 10/19 11/21 39/16 39/20
39/25 45/2 45/17 55/3 55/5 72/10
72/22 72/25 73/11 76/9 85/22 90/9
93/1 93/8 93/15 95/7 98/25 105/14
105/16 106/17 107/1 107/2 107/10
107/18 107/24 108/10 108/13 109/5
109/6 116/14 116/21 116/25 120/3
120/23 123/3 123/7 123/10 123/16
126/23 127/1 127/18 129/18 129/21
130/25 131/5 135/18 136/17 137/12
137/21 139/2 139/9 148/1 148/4
149/12 151/16 156/20 156/23 162/20
163/14 163/22 164/5 164/15 164/22
165/3 165/6 168/3 168/19 186/22
200/15 204/6 206/2 206/15 209/14
210/18 211/19 212/15 212/21 218/21
231/10 239/2 255/1 255/4 255/20
256/5 256/8 256/12 256/24 261/25
262/6 263/3 268/11 269/23 269/25
270/3 270/5 270/12 272/19 275/18
276/6 278/14 278/19 278/22 282/15
283/18 283/21 284/1 285/1 285/4
285/8 286/17 286/19 286/22 287/6
287/8 287/11 287/19 287/23 289/21
292/4 292/21 293/4 293/20 294/19
295/1 296/17 297/7 298/14 299/3
299/15 300/14 301/3 301/13 302/3
302/7 302/10 302/23 303/12 304/23
305/13 306/1 306/15 306/20 307/10
307/22 308/7 309/1 309/13 309/24
310/8 311/4
HONORABLE [3]  1/9 105/24 164/2
hood [1]  174/2
hoop [1]  208/18
hope [1]  283/2
hopefully [1]  53/17
hopes [1]  288/7
horizontal [2]  66/24 68/10
horizontally [1]  51/3
horizontals [1]  17/6
horror [2]  252/2 253/8
horse [1]  231/23
hospital [12]  171/11 171/11 171/16
171/20 181/3 214/7 223/16 230/17
235/20 237/10 237/14 286/10
hospitalized [1]  279/25
hour [24]  105/18 123/10 130/10 149/7
187/14 188/19 188/22 189/4 190/24
191/2 193/13 194/15 194/17 194/20
224/1 230/24 268/7 268/21 270/22
271/18 271/20 281/10 291/6 291/9
hourly [2]  187/13 187/14
how [120]  4/13 4/25 11/24 12/1 21/15
28/9 30/3 31/3 31/6 32/4 33/18 33/22

**H**

how... [108]  35/5 36/16 39/5 47/9 48/23 52/12 56/3 57/21 58/5 58/14 59/13 70/11 73/16 76/5 91/2 91/11 94/23 100/12 107/7 111/6 111/15 113/4 113/5 113/15 114/16 114/18 115/13 115/15 117/9 117/12 118/14 118/19 120/9 122/12 124/6 126/9 126/14 126/25 127/4 127/5 127/9 128/18 131/11 131/11 131/14 133/21 134/18 136/4 137/17 137/20 143/13 145/10 148/16 154/16 155/14 155/14 158/13 159/24 160/19 165/3 172/21 174/10 174/13 175/12 183/21 184/8 184/20 189/13 189/16 189/18 190/6 192/7 192/9 194/13 194/17 194/25 199/16 200/12 202/22 205/3 205/10 205/17 212/18 218/1 219/20 227/14 229/3 230/15 240/7 240/11 249/23 249/24 252/22 252/24 254/10 255/2 260/10 260/22 264/14 276/12 279/21 283/8 288/9 288/10 295/17 297/10 297/10 310/15

however [2]  9/16 60/1
huge [2]  193/13 196/18
HUIELAW.COM [1]  2/9
human [5]  79/22 81/13 173/17 257/9 257/15
hundred [2]  126/17 193/23
hundreds [2]  126/18 158/1
hurt [6]  5/18 5/19 149/6 184/13 205/12 295/9
HWY [1]  2/8
hybrid [1]  81/2
hydraulically [1]  67/12
hyperlipidemia [1]  217/16
hypertension [1]  217/15
hypotensive [1]  181/10
hypothesizing [1]  52/11
hypothetically [1]  41/19
hypoxia [1]  230/3
hypoxic [4]  226/18 226/20 226/22 227/2
Hyundai [1]  98/1

**I**

I'd [7]  81/1 95/4 171/24 182/23 206/15 233/8 269/8
I'll [4]  45/2 83/9 263/2 269/4
I'm [130]  8/8 12/1 14/4 17/23 19/24 22/19 23/4 27/4 27/6 27/13 27/14 28/16 28/20 28/23 31/19 34/7 35/18 35/20 37/6 40/18 41/5 42/5 47/12 48/16 48/24 51/7 51/21 53/9 57/5 60/18 60/24 62/5 62/17 62/17 77/6 78/21 80/2 83/23 85/19 91/15 94/25 99/15 99/18 101/11 101/12 104/18 107/17 109/17 109/20 115/15 115/16 115/23 118/7 121/6 122/12 123/18 134/1 136/11 137/21 149/24 152/2 152/16 155/12 160/3 164/23 169/3 169/5 170/23 171/1 171/13 171/17 175/1 178/13 180/2 180/2 180/18 180/21 191/21 197/2 205/15 208/17 210/18 211/17 211/18 215/12 215/23 215/24 218/23 219/14 220/3 222/2 225/21 225/22 226/24 237/13 237/18 237/19 237/20 237/21 237/23 243/13 246/20 247/11 250/13 250/16 250/20 255/16 261/23 262/19 264/19 264/19

264/24 264/24 265/1 265/6 270/5 270/11 278/19 287/16 290/11 290/20 293/1 293/3 294/11 299/17 301/8 305/1 306/13 307/9 309/18
I've [42]  7/10 26/10 37/14 49/3 52/22 53/17 55/11 69/17 73/24 98/16 109/13 109/15 112/8 114/2 114/19 116/7 118/5 119/1 119/19 142/11 145/21 150/8 158/3 158/10 158/10 179/13 183/23 183/25 185/16 185/21 187/25 188/1 217/3 220/19 232/9 233/18 240/17 249/6 252/24 285/20 286/24 293/16
ice [1]  148/19
idea [8]  133/20 238/18 276/25 277/6 277/17 278/7 281/23 310/22
identical [1]  83/14
identified [5]  107/6 107/22 109/2 134/8 224/24
identifies [1]  97/13
identify [3]  154/13 209/12 235/18
identifying [1]  35/8
if [302]  5/21 6/16 6/17 9/7 10/21 14/7 14/13 14/17 16/10 18/17 19/4 22/12 27/4 27/8 28/1 30/4 30/24 31/12 31/18 31/22 32/2 33/18 35/21 38/21 38/24 39/1 39/12 40/1 41/15 41/22 42/1 43/22 45/15 48/3 48/17 49/16 52/5 53/14 53/16 54/22 55/7 55/14 56/7 56/11 57/18 58/11 59/5 59/10 60/19 61/8 62/1 63/10 63/21 68/13 68/25 70/14 70/23 71/12 72/24 73/20 74/9 75/10 75/13 75/14 75/20 77/21 77/23 80/15 81/23 83/10 83/13 85/16 86/15 88/5 90/24 92/25 93/11 93/12 94/18 95/14 98/17 99/7 100/7 104/7 104/13 104/23 107/19 108/1 109/1 109/6 109/15 109/16 116/12 125/25 129/9 133/20 135/10 135/25 137/19 138/4 139/12 140/2 141/8 145/2 145/11 146/4 146/9 146/14 147/7 147/8 147/11 147/15 147/23 148/10 148/11 148/13 148/16 149/8 150/2 150/24 152/13 152/15 153/4 153/7 154/4 154/8 158/22 160/9 160/22 166/14 166/15 166/19 166/24 167/14 167/15 167/20 172/17 173/13 175/16 178/7 179/9 179/13 179/14 180/20 181/7 181/25 182/17 182/19 182/23 183/9 184/8 184/9 185/6 185/16 185/18 191/5 192/10 192/11 192/14 192/19 193/8 194/24 195/10 195/17 196/6 196/17 198/22 199/12 201/2 201/8 202/3 202/13 202/15 202/16 202/19 202/24 202/25 203/11 204/7 204/14 205/16 205/22 206/15 206/24 208/8 208/17 208/19 208/22 209/7 209/13 210/1 210/4 210/16 212/12 213/6 214/6 214/7 214/9 215/4 216/24 218/2 218/16 218/19 219/5 219/10 219/13 222/2 222/11 222/23 225/21 225/22 226/2 226/20 226/23 227/15 228/4 230/9 230/18 232/9 236/19 236/23 237/2 237/22 237/23 237/24 237/25 240/20 241/16 241/24 242/19 242/25 243/2 243/23 244/2 251/8 251/14 254/2 254/5 256/9 260/13 260/16 260/18 260/22 261/19 262/2 262/3 262/19 265/10 266/4 267/24 268/4 271/1 271/7 272/4 274/10 275/5

275/1 276/7 278/14 279/11 280/14 282/24 283/3 284/5 284/24 285/24 287/13 288/10 288/14 288/22 289/1 289/4 290/10 290/16 294/17 295/5 295/9 295/10 297/19 297/20 297/23 298/8 298/10 298/15 298/19 298/20 299/8 299/11 299/25 300/12 301/7 301/11 301/24 302/18 303/12 304/2 304/13 305/9 305/23 310/1 310/17 311/4
ignore [2]  53/20 138/14
ignored [1]  254/18
IIHS [13]  57/21 59/1 59/3 59/9 62/11 62/12 63/8 63/10 63/13 67/8 68/2 99/12 101/5
ill [2]  308/24 309/25
illustrates [1]  34/8
illustrating [1]  211/18
illustrative [21]  89/19 90/1 90/2 92/17 93/12 93/13 93/16 131/4 135/19 163/8 204/4 209/14 270/1 270/8 270/12 270/13 272/20 274/18 274/22 287/5 287/16
illustrative-type [2]  93/12 93/13
image [4]  92/20 94/1 102/18 210/10
images [2]  95/5 211/7
imagine [1]  196/7
imaging [1]  212/10
immediately [2]  27/9 215/18
immovable [1]  130/9
impact [48]  58/15 60/1 60/2 100/13 129/17 130/12 130/13 140/5 140/7 140/8 140/9 140/12 140/21 141/5 141/13 141/21 141/25 142/1 143/17 144/15 144/16 144/21 147/12 147/13 156/7 175/16 190/24 191/1 191/1 192/13 192/18 192/20 194/14 194/15 194/15 194/17 194/19 207/20 209/7 224/17 268/22 270/22 271/17 272/1 272/14 273/7 281/10 281/11
impacts [11]  64/15 130/11 131/19 131/19 143/22 149/6 156/7 191/15 192/7 194/11 229/14
impeachment [3]  278/14 278/15 303/20
impermissible [1]  211/20
importance [1]  167/22
important [8]  13/19 14/8 14/10 35/25 115/14 136/10 157/22 216/9
impression [1]  222/16
improperly [5]  234/24 235/3 235/7 235/8 298/18
improve [5]  70/9 124/7 146/17 147/3 178/7
improved [1]  103/16
in [953]
inadmissible [1]  6/3
inappropriate [4]  238/6 238/7 239/7 295/20
inboard [6]  16/13 29/10 29/12 30/10 30/14 34/12
incapacitated [1]  84/24
incentives [1]  230/21
inch [4]  203/8 203/13 203/18 226/3 260/5 260/11 260/13 260/19 260/24 260/25 261/8 261/17 262/17 280/10 287/4
include [5]  97/6 126/10 126/11 147/4 307/11

I

included [2] 97/24 258/15
includes [1] 257/20
including [4] 84/9 147/20 154/2 178/4
inconclusive [5] 136/8 150/12 150/16
151/1 152/5
incorporate [3] 76/20 78/13 83/2
incorporated [2] 52/5 78/16
increase [2] 85/2 98/17
increasing [1] 83/25
indecipherable [3] 39/8 124/8 150/1
independent [1] 289/11
indeterminate [2] 197/25 197/25
INDEX [1] 2/17
indicated [5] 53/4 73/20 85/11 94/21
274/21
indicates [2] 72/3 88/8
indicating [3] 13/7 53/5 153/7
indicia [1] 223/5
individual [5] 186/17 206/11 207/7
209/19 215/22
individually [1] 132/9
individuals [3] 84/18 84/25 185/10
industry [11] 19/23 98/11 98/14 122/22
153/7 153/25 172/24 244/18 244/23
244/24 246/19
inference [1] 5/15
info [1] 150/21
information [20] 5/9 25/23 36/1 36/2
115/10 115/19 124/7 166/23 167/5
178/1 178/4 201/6 201/22 238/9
238/10 277/7 279/3 279/4 279/6
282/10
ing [1] 59/10
initial [5] 113/1 115/13 123/25 190/21
193/18
initially [2] 176/4 185/8
initiation [1] 122/7
injured [4] 12/21 43/12 57/18 249/17
injuries [103] 5/10 41/13 84/18 84/20
84/22 84/24 85/9 169/17 169/21
170/20 171/10 171/13 171/14 171/15
172/19 172/21 179/20 180/9 183/21
183/22 184/5 184/16 185/11 189/13
189/14 189/16 190/9 195/21 198/12
200/13 208/8 208/14 209/6 209/9
213/9 213/11 213/15 213/17 213/24
213/25 214/3 214/13 214/13 214/13
217/7 221/6 224/14 224/19 224/24
225/3 226/2 229/12 229/15 229/16
229/24 230/11 231/6 232/4 252/11
263/8 263/10 263/11 263/12 263/17
263/19 263/23 264/4 264/6 267/6
267/12 267/16 267/23 267/25 268/1
271/14 273/25 275/5 275/11 277/20
281/5 282/4 282/5 293/14 293/22
293/23 293/24 294/2 294/14 295/14
296/2 297/10 297/11 297/13 297/18
297/19 297/21 297/23 297/24 298/1
298/6 298/23 299/14
injury [68] 5/4 8/1 8/2 44/2 44/10 78/20
83/21 84/12 85/4 98/18 102/10 136/15
143/4 144/6 170/18 170/21 173/18
176/12 177/8 183/23 184/1 184/3
184/25 185/1 185/21 185/24 186/23
186/24 188/1 190/8 196/11 200/11
207/11 208/10 213/16 213/18 213/20
213/21 213/25 216/22 216/22 216/23
225/12 227/15 229/20 257/9 257/15
266/5 269/7 270/24 271/1 271/5 271/9

271/11 271/21 271/25 272/2 273/11
273/23 274/7 275/3 275/4 277/23
281/7 281/25 286/8 294/8 295/10
inner [2] 50/5 50/7
input [4] 171/5 215/14 215/15 277/22
inputs [1] 123/20
inside [9] 23/18 96/9 103/19 141/3
185/11 192/18 193/15 205/13 214/5
insisted [1] 239/5
inspect [1] 15/13
inspected [7] 15/6 92/14 247/3 247/14
247/15 261/14 283/12
inspection [12] 15/5 132/25 144/20
145/8 171/19 188/5 199/19 255/25
256/3 256/16 261/24 262/9
instance [1] 155/8
instances [2] 165/25 258/9
instead [8] 23/12 109/13 174/14
213/22 234/22 266/1 280/23 309/25
Institute [4] 57/14 99/19 173/6 245/21
institution [1] 57/15
instruction [5] 292/9 293/1 293/3 300/4
302/25
instructions [9] 164/24 288/6 288/17
291/13 293/6 294/25 310/10 310/12
310/13
instrument [5] 15/16 144/12 173/20
261/2 261/4
instrumented [1] 81/3
Insurance [2] 57/14 99/19
insurers [6] 57/17 99/13 99/16 99/18
99/19 99/20
intact [2] 22/8 199/6
integrate [2] 105/5 105/11
integrated [2] 17/3 44/16
intend [1] 294/6
intention [1] 220/5
intentional [2] 215/14 215/15
intentionally [2] 296/19 298/15
interact [1] 194/9
interacted [1] 263/9
interacting [2] 131/12 131/15
interaction [1] 136/14
interacts [1] 190/4
interchangeably [1] 142/9
interest [2] 173/17 183/24
interested [2] 173/13 176/3
interesting [1] 113/2 176/2
interior [3] 173/9 174/15 198/25
intern [1] 173/1
internal [5] 62/13 62/18 62/19 128/5
128/8
internally [1] 280/23
international [1] 185/25
internationally [1] 185/21
internships [1] 176/5
interpret [2] 180/19 181/6
interpretation [2] 6/24 308/23
interrogated [1] 243/16
interrogatories [4] 166/3 167/4 167/9
167/10
interrogatory [7] 10/22 10/23 11/2 11/4
13/6 158/24 164/10
interrupting [1] 55/3
intervention [1] 237/11
interventions [2] 184/9 229/6
into [88] 6/13 23/15 24/25 28/7 28/9
30/15 31/6 32/4 33/6 34/11 35/24
44/16 48/14 60/25 65/18 72/4 75/22
76/11 81/1 105/11 106/21 110/2

112/18 113/3 113/6 116/13 118/8
118/10 124/2 125/8 125/15 125/16
128/9 130/25 133/1 133/10 134/18
139/4 139/14 143/9 143/18 143/20
144/7 144/20 145/8 146/11 152/18
161/3 166/1 171/23 171/24 172/13
172/18 177/23 178/4 179/21 181/22
189/17 192/24 192/25 194/17 194/20
194/22 195/11 196/17 198/4 198/4
198/7 198/7 201/12 206/11 207/25
210/22 216/14 222/17 222/24 224/17
228/10 228/15 238/11 240/15 256/6
262/6 269/24 277/22 277/23 287/2
287/7
introduced [1] 46/17
intubate [1] 229/2
inverted [1] 81/3
invest [1] 12/10
investigate [1] 240/14
investigating [1] 115/8
investigation [3] 163/1 166/8 289/12
investigations [1] 177/12
investigators [2] 285/17 285/22
invoicing [1] 160/14
involuntary [2] 250/16 250/24
involve [1] 122/22
involved [19] 6/9 13/22 52/15 73/16
95/14 112/21 112/23 114/4 116/7
118/5 118/14 118/18 119/24 121/13
167/6 173/23 174/24 189/6 271/23
involvement [2] 116/5 118/3
involving [1] 6/11
IP [1] 261/2
irrelevant [2] 9/7 295/21
is [1044]
isn't [113] 14/24 15/3 28/6 33/12 40/23
46/23 64/25 134/23 231/19 231/23
231/25 232/5 232/5 232/24 233/4
233/6 233/25 234/3 234/6 234/13
234/20 235/10 235/14 236/5 236/8
236/12 236/16 237/17 242/4 242/8
242/21 243/10 243/18 244/11 244/17
244/22 245/3 245/6 245/14 245/18
245/25 246/3 246/6 246/9 246/13
246/18 246/23 247/2 247/12 248/2
248/11 248/14 251/2 251/17 252/6
252/10 252/13 252/16 252/20 253/1
257/5 257/12 257/18 257/25 258/4
264/3 264/18 264/23 264/25 265/2
265/4 266/6 266/12 266/21 266/25
267/5 267/10 267/15 267/18 268/2
268/5 268/20 268/24 269/1 269/4
270/8 270/20 270/24 271/17 271/23
273/15 273/17 273/20 274/2 274/6
274/24 275/2 275/13 275/18 276/2
275/15 276/18 277/5 277/18 278/8
282/18 283/5 283/15
isolated [1] 108/7
issue [19] 4/15 6/5 7/14 41/14 79/25
80/5 80/24 85/13 109/7 121/18 128/1
135/7 228/24 235/18 266/24 270/4
290/11 292/2 294/23
issues [9] 80/3 85/25 114/4 212/25
236/23 237/3 290/6 290/19 290/19
it' [952]
it [2] 114/8 145/19
it's [291] 5/2 5/5 6/7 6/16 7/9 7/13 8/3
8/3 8/21 8/21 8/22 10/11 10/13 10/20
12/10 13/12 14/17 16/12 16/17 16/20

Document 131-1   Filed 03/21/25   Page 337 of 362

## I

it's... [271]  17/3 20/16 20/17 21/4 21/4
22/10 26/2 27/9 28/18 29/6 29/11
29/17 30/9 30/25 30/25 31/8 31/9 31/9
32/3 34/11 35/3 35/6 35/14 36/2 37/21
38/9 38/22 39/25 40/19 40/20 41/14
41/25 43/20 44/17 46/1 47/3 47/11
47/11 48/13 48/23 49/24 50/1 50/3
50/3 50/9 50/11 50/13 52/5 53/23 54/1
54/4 54/4 57/17 57/17 62/9 63/21
63/22 64/18 64/19 64/23 65/7 65/15
65/16 65/25 66/14 68/4 68/6 69/8 71/2
71/11 71/23 72/2 72/13 73/12 73/20
75/20 77/21 78/12 78/21 79/3 79/23
80/20 82/14 89/7 89/13 90/5 90/13
93/23 93/25 94/1 94/1 94/4 97/24
100/7 101/6 101/21 101/22 101/24
102/9 102/23 105/3 106/11 109/19
111/9 114/17 116/12 117/9 118/9
118/17 118/17 119/2 119/13 120/1
120/1 120/16 120/17 121/11 121/13
122/1 122/3 122/4 122/7 122/8 123/7
124/22 125/6 125/7 128/22 128/22
130/3 130/18 131/6 133/5 133/25
134/1 134/8 134/11 136/2 136/17
138/7 139/10 139/12 140/25 142/19
142/20 143/2 143/7 144/11 145/12
145/22 146/15 147/12 148/6 150/24
152/14 155/16 160/11 160/13 160/18
161/17 161/20 161/20 162/24 164/9
164/9 165/5 165/7 165/8 166/25 167/1
175/16 179/11 181/21 182/25 183/2
184/10 185/18 189/11 191/6 191/8
192/17 193/6 193/13 193/20 196/10
200/8 200/15 205/6 205/11 206/5
206/18 207/1 207/2 209/1 209/1
209/24 209/25 210/5 210/13 214/4
215/21 216/7 216/9 217/6 219/22
219/22 219/24 220/7 224/18 225/12
225/13 225/17 225/19 225/25 227/7
228/11 228/12 228/15 228/22 229/6
231/20 240/24 240/25 241/24 242/2
242/15 242/17 244/17 250/1 254/9
256/8 256/24 259/9 259/14 261/16
262/13 262/19 262/20 262/20 263/4
265/3 267/2 270/1 270/2 270/13 271/2
272/6 272/6 273/16 274/2 274/22
280/19 281/2 287/3 293/8 295/9
295/11 295/22 296/20 298/13 301/7
301/23 301/24 302/6 303/1 303/2
303/2 306/21 307/4 308/20 309/21
item [1]  301/6
iterate [1]  124/7
iterative [1]  120/17
its [38]  15/10 15/11 15/14 15/17 16/20
16/22 18/18 18/22 56/18 58/2 64/5
65/24 70/23 70/23 71/1 75/21 76/13
78/9 92/11 102/14 110/5 118/22 124/6
142/18 145/11 145/22 146/17 147/5
165/23 183/1 194/25 206/2 227/10
241/24 246/18 289/22 290/3 290/25
itself [8]  6/6 28/7 28/11 28/15 92/12
132/9 142/14 190/20

## J

jacket [1]  141/9
Jacob [1]  251/24
JAMES [1]  1/20
Jamie [1]  265/20
jamming [1]  222/24

January [1]  159/10
JASON [1]  3/11 284/1 284/2 284/15
Jeff [4]  88/6 89/17 116/12 140/4
JIM [2]  1/21 8/7
JOAN [4]  2/14 2/15 312/3 312/18
job [11]  112/6 112/14 112/18 113/17
124/17 124/19 125/1 125/2 180/9
245/8 245/11
joined [1]  31/6
joins [1]  66/16
jostled [1]  146/5
JR [1]  1/20
JUDGE [7]  1/10 8/15 8/15 15/9 15/22
255/13 310/14
judging [1]  220/3
judgment [13]  4/10 51/22 51/25 52/6
52/10 53/1 237/20 237/21 289/22
289/24 290/11 290/25 308/18
judgments [2]  237/23 237/24
Judicial [1]  312/10
judicio [1]  7/9
July [3]  247/15 256/1 256/17
jump [1]  60/11
June [5]  48/18 48/19 48/20 159/8
159/11
juries [1]  114/1
jury [127]  1/9 4/7 5/2 7/11 9/6 10/20
11/7 11/16 13/25 18/1 19/20 20/7
21/16 25/11 28/22 31/21 36/1 39/23
41/9 42/14 45/24 46/4 48/10 63/2 77/9
89/20 90/20 94/19 97/10 97/22 98/2
109/24 110/3 110/4 110/16 114/24
115/21 116/1 116/16 117/21 119/6
120/14 122/24 126/21 127/19 128/24
129/20 130/5 130/25 132/15 133/1
133/23 134/14 135/25 136/24 137/12
138/4 140/3 141/16 141/23 141/24
145/20 146/16 147/23 148/11 151/18
152/15 164/4 164/18 164/24 168/14
190/12 195/20 203/4 204/8 209/12
210/9 211/18 211/21 213/6 213/9
217/23 224/24 231/16 232/13 235/1
235/6 236/21 238/12 240/16 241/8
242/24 247/5 251/25 252/12 253/13
253/25 254/3 254/17 255/7 255/12
255/18 259/25 263/14 267/21 270/21
275/3 287/8 287/9 287/17 287/18
289/16 290/22 291/12 294/20 294/23
295/7 298/8 299/17 299/25 303/16
304/17 305/4 307/3 307/5 310/11
310/13
jury's [2]  71/23 304/21
Jus [1]  248/19
just [199]  7/9 8/9 8/15 8/16 9/5 9/10
9/18 10/12 12/3 20/23 21/2 25/2 25/14
27/4 29/9 29/11 30/6 30/9 31/7 39/7
40/10 40/18 40/20 41/8 44/15 44/17
45/24 46/2 48/10 48/16 52/3 53/2 55/7
55/23 57/11 59/24 61/21 63/8 64/23
68/9 72/22 73/23 75/6 75/10 82/23
89/21 90/3 90/5 92/20 96/3 100/21
102/24 103/7 105/10 106/2 106/10
106/18 108/7 109/11 110/1 113/8
113/9 116/22 118/12 122/13 123/10
124/12 126/14 129/19 130/24 131/3
131/17 131/18 132/2 132/4 132/13
132/15 133/22 134/7 134/7 135/16
135/22 136/1 136/2 140/4 141/13
143/7 146/3 149/9 149/24 150/22
152/13 155/15 156/13 157/22 158/17

159/17 160/6 160/7 163/2 163/5
163/19 164/18 165/24 166/4 167/10
167/25 170/14 172/17 174/15 176/17
181/8 181/12 190/13 191/9 191/19
192/5 193/7 193/8 193/15 193/19
194/20 197/16 199/14 202/24 203/19
204/14 204/17 205/13 206/22 206/25
207/2 209/16 210/9 211/18 211/22
214/10 215/11 215/11 215/16 216/4
216/25 218/5 219/23 221/7 224/3
226/24 227/13 228/6 228/7 228/18
229/2 229/7 229/15 230/17 230/24
231/3 233/15 234/7 235/1 235/6 235/9
238/4 238/24 241/7 244/3 246/14
254/17 254/18 256/10 258/8 268/17
270/8 272/20 280/25 281/23 284/9
287/3 288/15 289/3 293/20 295/11
296/20 300/2 300/10 301/8 301/12
302/4 302/23 303/3 303/20 305/18
309/15 310/2
justification [1]  292/8
Juvenile [10]  233/11 233/23 234/1
234/3 234/6 234/13 234/18 235/15
236/7 249/14

## K

Kao [2]  4/16 5/15
keep [18]  14/16 21/20 21/20 85/16
145/6 148/21 148/22 149/2 149/4
150/1 194/6 215/11 215/12 218/14
228/12 238/18 242/11 242/24
keeping [3]  85/14 209/4 228/23
keeps [5]  27/6 218/11 218/14 219/13
306/13
kept [6]  60/21 85/17 126/9 126/12
192/5 241/2
KEY [1]  1/25
kidney [1]  214/3
kidneys [2]  214/14 220/9
kill [2]  217/5 229/23
killed [4]  12/20 217/8 221/6 249/17
kills [1]  216/21
kind [31]  14/11 28/14 63/7 68/9 71/2
80/16 82/12 84/20 112/23 113/20
167/25 169/9 177/19 181/21 182/9
183/21 184/15 185/7 197/5 203/10
206/22 207/23 208/18 210/2 213/20
217/21 222/8 227/14 228/5 229/3
238/12
kinds [4]  73/24 79/17 86/15 181/24
kinematics [10]  79/3 169/22 188/1
190/6 195/9 195/11 207/12 257/9
257/15 297/9
kinetic [1]  194/24
knee [3]  144/9 144/10 173/19
knees [1]  144/15
knew [5]  177/19 276/7 285/24 294/11
309/7
know [177]  6/8 8/18 11/1 13/17 14/2
14/24 15/1 15/2 15/21 21/3 21/9 23/8
23/16 24/15 25/13 25/14 26/8 26/11
26/12 27/5 33/18 35/5 35/5 37/6 39/5
40/19 41/14 42/15 42/19 42/24 43/19
44/5 44/17 48/1 48/23 49/3 50/23
53/16 54/22 57/1 57/14 57/15 57/20
57/21 59/5 60/14 60/23 61/3 61/22
67/4 69/14 69/15 70/11 70/25 71/18
72/17 73/3 73/18 73/19 73/20 74/9
74/11 75/10 79/14 79/21 80/5 80/6

know... [110]  81/15 81/16 82/22 87/23
91/8 95/8 96/10 96/15 99/22 101/5
102/8 102/9 104/19 106/18 108/6
115/5 115/20 115/24 116/3 118/1
128/20 135/25 138/8 138/9 139/3
140/10 140/13 143/13 151/3 154/4
154/8 156/6 157/3 157/17 158/15
158/16 158/22 162/10 164/15 165/10
177/23 184/8 184/10 186/15 190/17
194/18 197/23 198/1 199/7 214/9
215/5 216/3 219/14 219/15 221/8
226/24 231/3 232/9 233/8 235/21
244/2 249/24 250/2 250/5 250/6
250/10 250/21 251/5 252/22 252/24
253/3 254/12 254/12 260/14 266/3
266/4 266/4 266/8 268/4 268/7 269/2
270/19 272/15 273/3 276/9 276/10
276/11 276/12 277/14 278/18 279/24
280/10 280/18 282/22 282/23 289/3
290/18 291/16 292/9 292/12 292/17
293/4 294/17 297/14 301/7 301/12
302/18 303/17 304/25 306/18
knowing [3]  43/9 55/16 201/11
knowledge [7]  6/1 26/4 72/10 73/5
99/14 103/14 248/1
knows [5]  109/24 160/19 167/7 236/7
273/3
Krishnaswami [2]  42/15 43/8

L
lab [4]  144/4 178/16 193/8 235/24
label [1]  286/25
labeled [1]  34/1
labs [1]  246/22
lac [3]  225/13 225/13 225/14
laceration [4]  213/19 214/6 214/7
267/24
lack [8]  4/11 84/11 170/18 170/20
171/14 276/5 291/4 292/11
ladies [6]  11/17 105/17 162/22 165/22
284/3 287/24
Lake [1]  178/18
lamp [2]  110/7 168/6
land [5]  1/9 15/9 15/22 65/4 301/20
landed [2]  116/24 299/5
landing [1]  64/18
lands [1]  191/3
language [7]  9/5 9/11 293/18 301/13
302/4 307/25 309/25
lap [5]  133/11 134/20 150/13 153/8
155/5
LARAE [1]  1/16
large [4]  38/8 57/25 177/25 235/11
larger [4]  81/24 85/6 218/3 218/3
last [33]  23/6 40/9 83/18 106/3 116/24
117/1 124/16 165/1 176/24 197/18
250/3 251/25 279/22 286/6 292/4
296/18 302/16 306/17 306/18 306/21
306/21 307/10 307/14 307/19 307/20
307/25 308/4 308/8 309/4 309/9
309/21 310/8 311/7
last-minute [1]  302/16
lasts [1]  113/8
latch [9]  132/17 132/19 132/21 133/7
134/15 134/24 135/4 136/8 152/15
late [4]  36/16 105/10 162/23 288/1
later [7]  55/1 126/13 145/13 178/6
183/17 259/12 288/12
lateral [7]  92/5 140/22 142/3 142/4

156/1 156/7 208/25
latitude [1]  123/2
laughing [1]  62/8
launch [1]  215/16
launched [1]  190/20
launching [2]  277/22 293/5
law [26]  4/10 56/21 71/16 146/21
146/22 238/11 240/15 245/3 245/12
288/6 289/22 289/24 290/24 290/25
291/3 291/24 291/25 292/6 293/8
301/13 301/20 303/22 305/19 305/24
308/6 309/10
laws [2]  80/19 83/12
lawsuit [7]  6/11 14/17 166/7 166/17
232/8 248/3 279/15
lawsuits [1]  236/6
lawyer [9]  6/8 52/20 114/9 231/15
237/25 247/9 263/15 278/6 283/6
lawyer's [1]  254/24
lawyers [32]  16/3 33/20 109/13 114/3
114/7 115/1 115/4 115/19 115/21
149/17 162/5 162/5 162/6 166/12
187/8 189/7 189/13 189/21 210/20
232/3 238/5 238/18 247/8 247/18
247/21 247/23 247/25 272/9 283/6
285/17 285/22 288/2
lay [3]  40/3 40/4 121/4
layed [1]  94/6
layer [2]  247/4 278/2
layered [1]  155/25
laying [2]  145/12 267/20
layout [1]  121/7
laypeople [1]  47/5
layperson [1]  40/18
lead [2]  293/25 300/21
leader [1]  113/18
leading [3]  147/12 184/16 292/23
leads [2]  78/18 108/18
learn [2]  115/12 115/12
learned [1]  81/7
learning [1]  120/18
least [10]  5/15 13/12 48/25 59/3 59/5
100/3 103/12 114/17 161/16 306/8
leave [18]  10/15 10/17 64/15 65/25
102/24 133/16 133/19 156/3 281/22
288/19 300/11 300/12 300/16 300/18
300/19 307/9 309/4 310/2
LEC [3]  189/10 189/11 278/2
LECs [3]  114/24 189/6 189/21
lectured [1]  185/21
led [6]  229/12 229/16 229/20 237/3
281/22 297/21
left [33]  12/4 17/13 22/12 22/16 22/21
22/21 30/10 48/3 48/13 65/12 71/23
89/23 112/4 118/5 134/6 135/9 135/10
136/15 158/17 161/10 190/18 191/21
192/3 200/16 200/25 201/3 208/4
210/13 210/14 210/15 215/1 225/17
295/8
left-hand [5]  89/23 190/18 191/21
192/3 200/16
legal [9]  6/9 14/17 125/3 179/17 189/6
189/12 265/6 290/18 292/20
legs [1]  144/13
length [1]  29/19
LENOX [1]  1/15
less [16]  19/1 34/25 40/23 85/8 85/9
160/11 191/1 195/7 207/8 217/6
233/16 234/11 238/9 250/1 271/18
271/19

let [38]  8/14 14/24 15/22 18/17 27/5
28/21 89/25 91/8 91/8 92/25 93/16
94/18 101/12 104/13 109/11 109/13
116/16 123/14 128/20 145/23 145/24
148/10 154/23 162/25 165/10 195/18
197/4 204/10 232/15 236/19 238/16
242/1 247/12 257/5 288/13 289/10
292/14 306/25
let's [61]  9/8 9/10 10/20 10/21 15/5
21/16 23/21 27/16 27/21 30/6 30/21
32/2 36/13 38/9 39/7 39/7 40/9 41/19
42/2 45/5 45/15 60/10 61/18 64/8
67/18 69/8 74/22 75/13 76/4 76/11
81/24 88/18 92/16 100/5 100/21 101/1
102/12 102/17 102/23 109/21 117/3
120/9 123/14 126/14 132/15 150/9
152/15 155/21 157/5 159/6 162/24
170/15 186/11 193/23 196/18 205/17
206/25 255/5 300/2 300/6 302/6
letting [1]  218/25
leukemia [1]  225/7
level [25]  20/24 57/24 59/15 62/12
97/10 131/22 131/25 132/1 132/6
134/18 137/9 160/13 180/2 184/21
184/22 185/2 202/11 203/15 203/20
203/22 207/1 214/23 226/22 304/19
304/20
leveled [1]  184/15
levels [4]  76/17 184/3 213/23 228/13
Lewis [7]  132/16 134/14 134/25 135/3
199/19 202/5 202/25
Lewis's [4]  200/1 201/16 201/25
204/23
liability [5]  232/8 233/1 236/6 246/25
248/9
liability-related [1]  248/9
license [2]  186/16 186/19
licensed [1]  264/20
licenses [1]  186/20
life [8]  18/8 91/23 221/3 222/8 229/2
234/16 237/15 237/16
ligaments [2]  196/12 196/13
light [6]  58/3 87/5 100/10 207/11 253/6
295/2
lightbulb [1]  240/13
lightened [1]  198/24
lighter [4]  75/24 78/5 78/7 100/15
like [147]  14/10 15/2 16/13 21/23 22/10
23/10 29/13 29/20 29/22 30/5 30/19
32/15 33/25 35/2 36/22 38/9 41/7
41/20 44/17 47/10 50/13 51/11 51/18
63/2 67/16 67/16 69/12 69/18 72/21
74/18 79/22 82/4 82/16 82/19 92/4
92/7 92/8 95/4 102/14 102/16 103/5
111/12 114/1 114/3 114/9 114/19
115/4 120/10 120/12 121/8 121/19
121/20 121/24 122/1 123/11 124/5
124/12 129/19 130/24 132/7 132/25
134/11 135/10 135/18 136/17 167/19
171/24 174/16 175/15 180/9 181/24
182/21 182/23 182/23 183/12 184/8
184/17 188/19 190/8 191/7 192/20
193/8 194/18 194/19 194/20 196/19
196/20 196/21 197/12 198/5 203/1
203/19 205/4 205/15 205/16 206/22
206/23 206/24 208/18 208/18 210/15
213/18 214/13 215/8 215/10 217/1
217/19 218/9 219/14 220/4 220/4
220/10 220/18 221/18 221/25 222/2
222/7 222/8 222/18 222/11 225/21

like... [26]  227/5 227/15 228/15 228/21
229/15 230/9 235/9 236/21 243/13
244/7 250/14 251/3 252/2 253/8 262/3
264/12 277/23 280/23 281/18 281/20
286/9 288/12 288/22 292/25 293/12
304/12
likely [8]  5/24 8/5 32/3 64/23 85/6
182/3 212/10 309/7
limit [3]  105/18 145/11 219/25
limiter [4]  143/5 143/6 143/18 145/5
limits [2]  109/12 109/21
line [24]  10/15 10/17 20/18 20/19
20/22 22/20 22/21 23/14 31/3 34/2
34/24 34/25 35/11 76/5 125/7 210/16
239/2 239/6 261/20 262/17 272/17
280/13 280/17 287/3
lines [6]  43/4 70/1 90/16 267/9 278/13
294/4
lines 10 [1]  278/13
list [14]  8/22 10/16 10/17 106/6 106/14
106/14 107/2 108/14 117/7 119/1
139/13 233/9 233/18 258/20
listed [5]  106/13 116/9 116/10 119/19
275/6
listen [3]  189/17 242/19 242/20
listened [1]  285/16
listening [1]  254/20
lists [1]  106/4
literature [7]  153/7 153/18 185/14
211/14 240/17 240/18 240/19
liters [1]  228/15
litigation [6]  106/20 159/13 162/2 162/8
162/16 279/13
little [53]  50/8 57/5 59/24 70/18 71/24
105/18 111/16 117/18 118/10 120/21
124/24 134/8 134/10 141/11 141/13
141/14 160/25 163/21 172/3 172/23
174/2 193/9 196/3 196/12 197/2
197/11 198/24 202/8 205/6 205/6
206/10 210/5 210/5 210/16 219/1
220/23 222/3 222/18 225/8 225/11
226/18 227/19 227/20 227/20 230/22
233/16 234/23 238/22 240/15 271/19
302/24 306/2 307/24
live [5]  111/1 111/2 179/25 231/19
244/11
liver [8]  208/7 208/9 208/9 208/10
208/10 214/3 214/6 214/7
livers [1]  214/14
lives [2]  84/23 184/10
living [1]  169/4
LMOORE [1]  1/17
load [26]  59/19 59/21 60/5 64/5 141/11
141/12 141/13 143/5 143/6 143/14
143/18 144/4 145/5 146/6 146/8
146/14 153/17 153/21 174/13 196/21
198/6 198/8 208/21 208/25 209/3
225/11
loaded [11]  88/21 133/20 133/21 134/5
134/13 145/2 145/15 150/13 197/16
198/4 198/9
loading [18]  59/21 59/23 60/9 68/16
68/18 134/2 134/21 136/13 142/3
144/16 145/5 145/14 145/14 194/10
198/4 208/3 208/17 209/8
loads [13]  60/4 141/15 143/3 143/8
143/11 143/12 144/5 145/6 145/16
183/21 196/22 208/8 208/10
local [3]  179/3 179/18 186/1

location [2]  15/20 65/9
lock [3]  145/1 145/7 145/14 146/20
148/22 148/24
locked [4]  74/21 143/8 146/4 146/13
locking [1]  146/15
log [2]  256/3 256/9
long [13]  8/22 43/24 106/20 111/6
111/15 113/15 121/1 130/19 163/15
174/3 213/18 288/9 288/10
longer [7]  4/12 76/5 194/7 223/24
251/19 255/2 291/2
looing [1]  152/3
look [105]  11/14 19/4 19/6 25/24 25/24
27/23 30/19 31/9 31/21 35/3 35/17
35/24 36/4 38/8 41/16 41/22 41/23
45/21 48/3 48/17 73/23 74/12 74/22
75/10 76/1 79/3 100/5 100/18 102/12
102/17 106/21 116/16 121/8 124/12
126/12 130/19 131/9 133/13 134/11
136/12 137/9 140/10 147/7 153/3
167/21 171/11 178/6 182/12 182/13
182/15 182/15 182/16 183/14 184/4
185/17 185/24 190/2 190/5 190/8
195/22 196/20 196/21 199/11 199/14
199/16 208/22 210/1 210/2 210/4
210/16 211/4 211/5 211/5 214/8 215/4
215/10 218/13 219/10 221/5 221/24
221/25 222/25 223/7 225/17 225/18
232/4 233/8 233/9 233/17 233/20
236/14 237/6 238/3 241/2 242/14
253/19 253/20 274/11 275/5 275/11
282/4 282/5 286/9 290/6 304/8
looked [50]  7/10 13/6 18/17 18/18 19/5
21/23 24/21 33/2 33/7 33/25 53/2
53/15 78/22 82/19 94/12 97/18 99/23
102/14 103/5 118/25 132/3 150/21
177/25 187/25 187/25 188/1 188/6
188/6 188/8 188/10 188/19 197/24
198/19 205/14 207/11 213/15 214/23
218/16 221/21 223/19 223/21 223/22
240/19 241/20 266/14 266/16 273/4
276/10 280/22 286/10
looking [51]  16/10 16/11 19/16 21/9
22/13 22/24 23/9 23/10 26/19 26/20
28/23 35/22 38/11 39/14 40/16 40/20
45/21 84/21 87/2 93/3 93/21 93/25
96/20 101/17 104/9 132/7 134/2
134/11 135/14 136/11 138/10 140/6
147/12 153/16 158/21 180/24 195/24
200/7 203/1 206/23 209/19 209/20
210/1 213/17 218/11 218/12 241/3
281/25 282/8 306/13 308/23
looks [16]  7/11 22/10 23/10 35/2 41/20
50/13 51/11 69/12 82/4 82/15 97/13
97/15 102/16 124/5 210/14 253/8
loose [3]  141/8 145/12 148/18
lose [2]  218/18 221/4
loses [1]  191/6
loss [1]  294/11
lost [2]  194/23 216/13
lot [44]  67/20 109/24 114/6 114/11
114/24 121/5 121/12 121/21 121/25
122/15 122/17 123/4 123/5 125/4
128/24 132/3 143/15 174/18 176/2
176/23 178/16 180/15 182/14 183/9
185/19 189/20 194/23 197/7 213/23
214/12 217/16 217/24 220/4 220/19
226/13 230/14 230/15 246/21 246/22
248/17 248/18 255/21 271/11 306/7

lots [3]  189/23 234/7 244/6
love [4]  99/18 208/7 208/8 226/22
lower [15]  22/22 23/16 23/17 58/20
64/2 64/4 64/7 73/20 141/21 144/11
173/20 206/12 207/22 208/4 271/3
lowered [1]  44/10
lowering [2]  90/25 143/3
Lowery [6]  11/20 88/11 88/23 90/15
95/13 292/14
lowest [2]  57/23 59/1
Lowrey [4]  76/4 85/25 95/5 149/16
Lowrey's [1]  270/6
lucky [1]  177/20
lunch [13]  10/4 162/24 163/2 163/3
163/25 288/18 288/20 288/21 288/22
288/23 289/4 289/5 289/6
lunches [1]  162/23
lunchtime [1]  288/17
lungs [4]  228/3 230/22 230/25 231/2
lying [6]  15/14 18/20 20/11 23/18 38/9
38/10

## M

M-A-R-K [1]  168/17
ma'am [3]  11/19 72/17 105/17
machine [1]  124/15
made [26]  4/16 9/16 10/18 16/24 36/18
36/20 51/14 52/6 68/22 71/4 81/19
107/12 123/24 132/8 136/9 136/20
152/21 164/25 166/2 166/18 200/18
204/18 216/2 303/13 307/14 309/11
magnitude [3]  55/19 56/14 57/2
Mahmood [3]  69/15 70/12 70/15
mailed [1]  286/25
mainly [7]  115/19 121/7 130/14 140/8
141/21 143/12 288/18
maintain [1]  85/7
major [6]  28/20 111/10 213/20 263/11
263/12 267/25
make [68]  6/2 6/6 7/6 8/5 10/4 10/6
12/9 12/13 17/15 19/5 26/16 26/17
30/14 38/8 49/24 50/4 53/18 53/20
55/25 61/17 62/5 65/3 79/15 81/20
81/24 102/25 105/1 105/7 107/25
112/25 125/8 125/10 127/12 136/4
139/13 154/21 154/23 163/5 163/19
164/19 165/24 166/14 174/3 175/16
178/5 181/25 182/2 182/23 186/17
186/19 199/3 211/6 220/9 226/5 226/6
226/6 227/11 230/17 235/24 237/24
238/23 245/13 251/6 292/19 299/15
302/6 310/14 310/20
makes [19]  5/23 5/24 12/8 12/12 50/9
97/14 99/10 104/7 193/3 215/20 216/8
225/7 225/21 225/24 231/4 261/19
292/6 296/3 304/13
making [20]  56/4 83/24 84/7 84/10
84/16 85/11 104/14 113/7 197/22
204/11 237/20 237/21 237/22 250/19
275/14 288/12 298/5 300/7 300/8
308/17
male [4]  272/3 272/5 273/13 281/2
MALEK [15]  2/8 5/25 8/12 8/18 44/18
53/22 60/20 60/23 61/1 61/6 85/21
101/9 102/19 105/15 107/21
man [6]  42/15 112/16 113/3 238/10
252/20 272/7
management [2]  45/9 54/7
manner [6]  124/13 179/14 179/19
179/22 186/25 293/13

Document 132 Filed 04/21/25 Page 340 of 362

manufacture [3] 14/16 100/2 232/7
manufacturer [6] 37/2 135/1 232/2 233/1 237/17 248/15
manufacturer's [1] 305/17
manufacturers [4] 13/23 97/22 98/11 249/9
manufactures [1] 234/3
manufacturing [2] 83/8 125/11
many [35] 7/1 9/16 13/22 62/9 91/2 91/11 94/23 96/13 104/21 114/16 114/18 117/9 117/13 118/14 118/17 118/19 120/10 128/18 129/11 155/13 158/13 159/24 186/7 228/7 228/18 230/15 237/23 249/23 249/24 252/22 252/24 254/10 264/14 277/19 279/22
March [3] 233/15 233/22 312/13
mark [8] 3/6 168/4 168/5 168/16 168/20 226/3 234/23 278/12
marked [3] 107/20 108/16 191/22
market [1] 122/1
marketing [3] 121/14 122/6 122/8
marking [2] 89/20 90/3
marks [27] 132/17 132/18 132/21 133/7 133/20 134/3 134/14 135/3 135/10 135/11 135/14 136/8 136/9 136/20 137/14 137/17 137/24 146/14 152/22 152/24 153/9 153/17 153/21 154/5 154/11 154/15 155/6
mass [2] 75/4 194/25
massive [5] 216/21 227/15 293/10 294/22 295/7
master [1] 173/10
master's [1] 172/6
masters [3] 112/1 112/6 173/9
material [6] 104/5 105/4 164/11 214/15 258/10 258/20
materially [2] 46/8 301/18
materials [5] 37/14 55/20 76/16 76/21 188/3
math [5] 60/16 62/5 62/6 71/11 117/18
mathematically [3] 62/22 70/18 214/11
matter [22] 4/10 6/14 6/14 6/15 6/17 7/9 55/25 56/21 76/13 79/18 106/19 195/6 242/8 242/21 289/8 289/22 289/24 290/24 290/25 291/3 298/20 312/8
matters [5] 4/7 14/14 58/19 109/15 167/6
may [45] 6/6 11/20 30/3 36/13 45/17 59/13 59/20 61/8 70/17 70/21 73/6 84/17 93/1 93/9 110/5 120/6 120/23 124/15 136/15 148/14 166/1 166/2 167/6 168/18 187/1 232/11 233/4 243/5 255/14 255/19 271/19 283/20 286/20 287/25 288/14 289/14 298/4 300/10 301/19 303/8 305/5 305/16 309/5 309/12 309/22
may continue [1] 255/19
maybe [17] 10/11 37/13 82/21 114/20 133/21 155/4 158/8 158/14 159/25 223/20 239/24 240/24 248/7 289/5 293/15 293/16 302/7
MBOORMAN [1] 2/5
me [109] 7/9 7/12 8/14 11/8 11/12 11/13 14/7 14/8 14/24 15/22 18/17 25/25 26/22 27/5 27/16 27/24 28/21 30/22 31/3 32/11 37/10 39/9 41/6 41/16 44/17 44/23 45/7 55/8 59/11 60/17 61/23 68/25 71/4 83/11 91/8

92/25 94/18 101/12 101/14 104/13 107/1 107/4 108/18 109/5 109/4 109/11 112/25 113/10 114/3 114/25 115/14 117/9 123/8 128/19 128/20 135/11 135/24 139/14 148/10 154/23 155/8 159/17 161/1 166/1 176/20 179/10 179/16 180/11 181/6 188/25 192/8 197/4 199/12 199/16 204/10 211/18 215/15 216/9 219/13 227/14 232/15 236/19 238/16 238/24 241/4 242/19 247/12 248/4 248/6 250/15 255/1 257/5 258/25 260/25 262/14 265/23 267/4 267/12 268/1 280/13 280/18 292/14 292/25 294/24 294/25 295/20 298/24 306/18 306/25
MEADY [1] 2/7
mean [37] 6/8 18/1 18/2 30/11 38/10 50/25 56/20 62/5 66/9 79/21 86/10 86/12 91/20 92/7 94/15 96/16 99/18 142/23 147/9 161/22 167/22 167/23 192/4 203/8 211/1 226/10 226/21 238/21 238/23 259/15 261/21 295/6 296/10 303/8 305/25 309/2 310/21
meaning [3] 57/6 142/4 273/10
means [21] 7/11 44/13 47/6 94/4 94/22 104/4 190/6 191/10 218/5 229/5 230/8 240/10 269/5 270/21 271/7 271/10 272/6 293/3 308/15 308/23 308/24
meant [4] 82/21 93/23 113/20 144/14
measure [4] 69/3 71/17 259/20 259/23
measured [2] 64/5 70/9
measurement [1] 225/9
measurements [6] 22/4 22/7 29/25 31/22 33/9 126/11
mechanical [11] 79/20 111/25 112/1 124/2 128/10 143/6 145/25 146/1 172/5 172/6 246/10
mechanically [1] 143/10
medical [66] 41/12 169/7 169/13 170/2 170/24 171/25 172/8 172/9 172/13 172/15 172/19 172/22 175/20 175/22 175/23 175/24 177/1 177/6 177/24 178/1 178/3 178/14 178/17 178/20 179/2 179/3 179/4 179/5 179/9 179/17 179/18 185/13 186/1 186/4 186/7 186/7 186/9 186/24 187/5 188/4 197/5 217/14 217/22 218/12 220/25 223/22 224/5 224/13 226/24 228/24 229/11 230/2 238/3 239/23 247/7 264/14 264/15 265/6 267/3 279/4 279/11 280/5 282/9 282/20 282/21 282/24
medication [1] 217/20
medications [7] 186/10 219/16 219/18 243/22 243/25 244/1 279/8
medicine [11] 119/14 169/6 175/24 175/25 176/1 176/13 180/10 186/8 186/23 230/20 264/20
meet [14] 57/4 57/6 87/8 87/14 87/19 99/7 100/3 125/25 236/9 236/12 236/14 236/16 236/20 253/16
meetings [1] 115/18
meets [2] 125/8 126/10
MELTON [4] 2/2 292/3 301/5 302/15
member [3] 119/4 119/7 119/9
members [2] 17/13 290/15
memories [2] 138/16 138/18
memorized [1] 269/13
memory [2] 4/24 152/2
mention [4] 109/11 217/24 277/12

mentioned [11] 86/7 86/20 129/3 172/22 177/21 194/2 186/1 201/13 207/11 210/20 231/5
message [1] 295/21
metal [5] 27/1 27/10 56/1 133/17 143/10
method [2] 119/25 259/15
methodology [7] 189/24 190/2 257/14 257/19 258/2 258/14 259/9
metric [1] 76/2
metrics [1] 102/10
MI [3] 180/21 180/23 235/23
Miami [1] 221/20
MICHAEL [2] 2/4 2/6
Michelle [1] 158/15
Michigan [12] 26/9 111/2 172/5 176/11 177/19 244/13 244/14 244/16 244/24 245/12 245/12 246/4
middle [18] 1/1 4/4 39/1 40/13 41/9 41/22 50/6 50/14 82/2 82/9 82/11 83/15 95/17 103/2 103/9 155/8 208/20 312/5
middles [1] 37/23
midline [1] 225/19
might [10] 32/6 54/25 90/17 107/18 109/6 160/12 212/11 217/10 254/20 301/25
Mike [1] 164/10
mild [2] 224/14 274/3
mile [11] 193/13 194/15 194/17 216/11 268/7 268/17 268/21 269/7 270/22 273/12 281/9
mile-per-hour [1] 270/22
miles [11] 111/3 130/10 149/7 188/19 188/22 189/4 190/24 191/2 194/20 271/18 271/19
milestone [1] 124/1
military [1] 111/21
millimeter [1] 206/25
millimeters [3] 49/10 49/21 49/21
million [2] 13/8 160/12
milliseconds [4] 175/9 175/10 175/11 193/24
MILLS [159] 3/11 16/2 16/2 18/4 18/15 19/7 19/14 23/6 23/18 24/21 24/22 25/4 36/14 36/20 36/25 38/5 40/22 40/23 41/4 43/24 44/9 49/2 51/1 67/24 76/12 82/12 105/10 132/18 132/19 138/5 145/15 147/19 149/17 150/10 150/25 151/3 169/17 170/6 170/10 170/15 170/16 171/8 171/10 171/18 171/22 185/6 192/24 193/5 194/3 196/2 196/14 197/9 197/10 197/14 197/15 198/3 202/7 202/9 203/18 205/15 206/11 207/6 207/6 207/7 207/13 207/15 207/17 208/13 215/1 216/7 217/8 217/9 218/8 219/5 221/8 222/14 222/15 223/22 224/4 224/18 224/20 226/8 226/10 226/12 226/18 227/13 227/23 227/24 227/25 228/2 229/19 229/21 230/9 231/6 235/3 235/6 236/2 236/23 237/2 238/10 238/12 238/19 239/13 242/4 242/10 242/23 251/8 251/19 251/25 252/6 252/10 252/13 252/3 253/3 253/14 253/25 254/14 254/20 263/8 263/9 263/18 263/20 267/13 267/16 268/25 271/18 271/24 272/13 272/15 273/1 274/7 274/25 275/7 276/25 277/4 276/7 277/17 277/23 278/7 280/5

MILLS 340

MILLS... [19]  280/7 281/9 281/21
282/18 282/25 284/1 284/2 284/13
284/18 284/18 284/22 284/24 285/24
286/7 286/16 293/13 295/25 296/2
296/15
Mills' [25]  37/17 37/20 37/24 81/25
103/4 132/21 134/15 197/4 215/19
217/14 220/1 221/1 223/22 224/19
227/7 229/12 236/10 251/17 252/17
253/6 267/6 267/23 272/10 279/11
294/16
Mills's [1]  216/15
mind [3]  53/13 74/8 240/2
minimal [1]  89/6
minimize [1]  226/10
minimum [7]  57/1 57/6 87/3 100/2
125/22 303/21 305/18
minivans [1]  174/4
minor [4]  5/16 126/2 263/10 263/21
minus [1]  187/20
minute [7]  105/19 105/22 121/2 207/13
216/16 216/19 302/16
minutes [19]  25/4 76/6 105/21 216/9
216/10 216/20 216/20 216/20 217/2
217/6 241/18 246/6 255/4 255/8
255/24 277/24 282/6 291/6 291/9
misleading [5]  8/3 200/15 200/19
214/19 263/4
missed [2]  43/17 244/8
misstates [1]  151/16
Missy [1]  114/3 114/25
mistake [3]  275/10 275/14 308/18
mistaken [2]  24/16 53/14
mistakes [1]  61/17
mistook [2]  24/10 24/13
misuse [2]  153/2 153/3
Mitsubishi [1]  97/25
mix [1]  107/6
mode [1]  94/1
model [18]  33/13 36/14 37/21 38/3
46/14 46/16 47/7 47/8 73/23 76/11
78/15 88/3 94/4 94/10 94/19 94/23
101/8 101/16
modeled [2]  94/11 94/14
modeling [3]  47/4 47/6 52/1
modern [1]  156/16
modification [2]  7/19 8/1
modifications [3]  47/21 51/14 104/15
modified [9]  5/6 5/10 5/12 6/18 6/20
54/20 55/16 81/20 301/25
moment [8]  57/1 100/5 110/9 135/22
168/7 191/13 204/2 204/22
moments [1]  141/4
money [8]  12/8 12/9 12/13 57/18 99/7
147/4 289/2 310/15
monitor [1]  243/1
month [4]  112/21 177/10 227/4 279/25
months [5]  112/17 186/16 218/8 241/6
249/22
Monticello [1]  178/18
MOORE [1]  1/16
morbid [2]  217/11 230/19
more [64]  5/24 8/5 8/20 12/8 12/9
12/12 12/13 19/1 30/19 32/3 34/25
36/2 36/5 41/1 44/15 57/7 58/2 58/9
65/16 75/24 76/16 85/6 86/18 99/6
100/13 100/14 108/21 114/7 135/11
141/14 143/2 153/2 160/10 161/1
172/23 177/24 178/3 184/13 195/3

196/8 197/7 198/21 200/7 200/10
202/14 202/15 206/7 210/5 212/6
212/10 214/21 218/10 219/8 225/12
227/20 227/21 228/17 228/23 229/5
238/9 240/15 253/3 273/11 293/17
morgue [2]  179/11 179/12
morning [11]  4/6 11/24 11/25 110/24
110/25 158/16 165/21 288/1 289/15
291/5 311/8
most [7]  117/22 125/23 130/10 146/2
240/23 244/24 271/24
mostly [3]  36/8 111/20 112/9
mother [2]  284/18 284/21
motion [23]  4/10 4/14 31/7 34/14 68/6
107/11 130/15 130/18 130/23 131/10
133/16 133/19 156/1 289/18 289/20
289/22 290/1 290/3 290/7 290/8
290/25 292/5 292/7
motions [1]  156/1
motor [32]  1/6 9/23 92/18 98/13 104/16
111/14 111/15 112/7 125/16 125/18
169/18 180/7 180/11 184/14 186/6
213/8 216/21 232/2 232/3 246/7
247/21 248/23 268/6 289/21 290/3
293/12 295/25 296/12 296/14 303/1
303/2 307/17
Motors [6]  172/25 244/20 245/4 245/9
245/14 249/1
mounted [2]  144/24 145/3
mounts [1]  132/11
move [52]  29/7 29/9 30/14 31/12 32/13
34/24 35/18 36/13 42/2 45/2 45/3 71/8
72/7 76/7 76/11 89/17 89/19 91/20
109/21 112/25 116/13 123/8 129/18
130/25 132/25 144/1 144/15 145/24
157/19 192/20 192/21 193/11 198/23
199/2 206/2 206/16 211/21 216/2
222/11 222/12 222/13 251/12 253/14
253/17 253/24 253/24 254/1 254/4
254/9 256/5 269/23 274/17
moved [17]  15/11 42/1 90/24 107/10
115/14 127/9 161/3 161/11 192/9
200/9 204/7 229/1 244/14 254/6
289/23 295/18 297/10
movement [9]  81/14 187/25 189/18
190/3 190/3 190/10 195/21 281/14
281/15
moves [7]  29/12 79/22 92/18 174/13
182/16 182/17 227/18
movie [1]  252/2
moving [11]  29/6 29/6 29/7 31/13
66/14 124/23 190/5 190/6 192/7
192/24 193/15
MR [126]  1/15 1/18 1/23 2/2 2/4 2/6 2/8
5/24 6/19 8/12 8/18 11/20 18/15 29/24
29/25 33/21 40/1 40/23 43/8 44/18
50/19 56/8 56/8 61/1 61/14 79/16 81/2
82/21 93/6 94/21 95/5 96/16 106/18
106/23 115/24 116/12 120/3 121/1
125/15 128/15 129/9 129/19 130/24
132/16 132/19 132/24 134/7 135/22
140/4 145/18 145/20 146/10 148/10
149/11 149/16 151/3 155/22 164/8
164/9 169/17 169/19 170/6 170/10
171/10 171/18 185/6 192/24 194/3
197/4 198/3 202/24 204/10 207/6
212/23 216/7 222/14 223/21 223/22
224/19 226/8 226/10 227/13 227/22
227/24 227/25 229/12 229/19 229/21
230/9 231/5 253/2 253/3 254/20 255/2

260/4 260/7 260/11 260/23 261/5
262/22 262/24 269/8 283/18 264/4
267/6 267/13 267/16 267/23 270/6
270/6 280/3 280/11 281/9 282/18
282/25 284/2 284/8 286/16 286/21
289/20 294/16 296/2 299/24 300/22
306/13 309/9
Mr. [138]  5/4 5/7 5/25 6/7 7/19 8/6 10/5
19/7 19/14 21/17 21/21 23/2 23/3 23/6
23/18 24/4 24/10 24/13 24/22 33/16
35/11 37/11 37/12 48/23 53/22 59/23
60/20 60/23 61/6 61/19 63/17 63/21
64/8 64/12 64/25 76/4 80/12 81/2
81/18 85/21 85/25 88/11 88/23 90/15
93/5 93/22 93/22 94/6 94/17 95/13
99/10 101/1 101/9 102/18 102/19
103/16 104/7 105/15 107/21 110/24
115/20 116/1 117/5 120/23 123/4
123/12 127/2 127/16 131/9 132/17
134/14 134/25 135/3 135/15 137/3
137/24 138/21 139/25 140/3 140/13
141/24 148/5 159/12 159/19 159/22
162/10 163/16 171/8 171/22 174/22
186/14 189/20 191/13 192/6 197/14
197/15 199/19 200/1 201/16 201/25
202/5 204/19 204/23 207/7 215/5
222/6 224/18 226/12 226/17 228/2
239/5 255/19 256/16 260/20 262/3
263/9 263/20 268/13 272/18 275/7
284/1 284/18 287/20 289/1 289/1
291/6 292/3 292/14 292/3 296/19
300/20 301/5 302/15 302/16 302/22
303/9 306/25 309/15
Mr. and [1]  132/17
Mr. Buchner [2]  115/20 296/19
Mr. Buchner's [2]  93/22 94/17
Mr. Burnett [14]  110/24 117/5 120/23
123/12 127/2 127/16 131/9 135/15
137/3 137/24 138/21 140/13 174/22
189/20
Mr. Burnett's [2]  123/4 268/13
Mr. Butler [8]  163/16 239/5 287/20
291/6 293/2 300/20 303/9 306/25
Mr. Chris [1]  162/10
Mr. Colby [1]  24/4
Mr. Eady [3]  302/16 302/22 309/16
Mr. Eikey [4]  5/7 6/7 8/6 61/19
Mr. Gunn [1]  10/5
Mr. Harrison [2]  222/6 260/20
Mr. Herbst [20]  5/4 7/19 21/21 23/2
23/3 33/16 35/11 37/11 37/12 59/23
80/12 81/2 81/18 93/5 93/22 94/6
99/10 103/16 104/7 116/1
Mr. Herbst's [3]  21/17 63/17 102/18
Mr. Jason [1]  284/1
Mr. Lewis [5]  134/14 134/25 135/3
199/19 202/5
Mr. Lewis's [4]  200/1 201/16 201/25
204/23
Mr. Lowery [5]  88/11 88/23 90/15
95/13 292/14
Mr. Lowrey [2]  76/4 85/25
Mr. Malek [10]  5/25 53/22 60/20 60/23
61/6 85/21 101/9 102/19 105/15
107/21
Mr. Melton [3]  292/3 301/5 302/15
Mr. Mills [18]  19/7 19/14 23/6 23/18
24/22 171/8 171/22 197/14 197/15
207/7 224/18 226/12 226/17 228/2
263/9 263/20 275/7 284/18

Case 4:23-cv-00088-CDL    Document 338-1    Filed 08/21/25    Page 342 of 362

Mr. Musk [1]  289/1
Mr. Prather [4]  204/19 255/19 262/3
272/18
Mr. Roger [3]  159/12 159/19 159/22
Mr. Sal [1]  48/23
Mr. Smith [1]  186/14
Mr. Sochor [1]  256/16
Mr. Swicord [2]  24/10 24/13
Mr. Tandy [5]  64/12 140/3 141/24
192/6 215/5
Mr. Tandy's [7]  63/21 64/8 64/25 101/1
139/25 148/5 191/13
Mr. Trump [1]  289/1
MRI [2]  210/20 277/4
MRIs [1]  211/8
Mrs [88]  40/22 132/18 132/19 132/21
134/15 138/5 145/15 147/19 169/17
169/19 170/6 170/10 170/15 170/16
193/5 194/3 196/2 196/14 197/4 197/9
197/10 202/7 202/9 203/18 205/15
206/11 207/6 207/13 207/15 207/17
208/13 214/25 217/8 217/9 217/14
218/8 219/5 220/1 221/1 221/8 222/15
224/4 224/20 227/7 229/19 230/9
231/5 235/2 235/6 236/2 236/9 236/23
237/2 238/10 238/12 238/18 239/13
242/4 242/10 242/23 251/7 251/17
251/19 251/25 252/6 252/10 252/13
252/17 253/6 253/13 253/25 254/10
268/1 274/7 274/25 276/25 277/4
277/6 277/17 277/23 278/7 279/11
280/5 280/7 281/9 281/21 282/18
282/25
MS [9]  1/13 1/16 1/25 11/19 14/1 24/21
25/4 106/3 296/13
Ms. [2]  283/20 286/25
Ms. Andrews [1]  286/25
Ms. Wright [1]  283/20
much [36]  5/3 25/13 35/5 41/8 47/12
55/20 58/17 76/5 78/5 78/7 86/18
116/7 119/1 144/18 154/20 155/16
160/20 165/1 184/13 187/20 194/18
194/24 194/25 199/16 200/9 205/7
227/14 228/15 255/2 260/10 260/22
277/2 291/8 294/10 303/16 310/15
multiple [11]  24/1 26/14 26/15 83/4
194/7 217/23 252/10 252/21 253/10
255/14 255/15
Musk [1]  289/1
MVCs [2]  180/5 180/6
my [164]  4/24 13/25 25/8 26/1 27/5
27/14 27/22 28/21 31/18 31/20 32/9
38/20 39/5 41/5 43/20 45/11 46/21
50/8 52/4 52/12 53/21 54/4 55/12
59/24 61/18 62/8 63/25 64/17 67/10
70/17 71/4 72/14 73/22 78/25 79/3
79/18 80/11 81/1 85/20 87/1 90/22
105/13 106/11 109/19 110/17 111/21
111/24 112/6 112/16 112/15 112/16
112/17 112/22 112/23 112/25 113/18
114/19 114/20 114/23 115/12 116/7
116/11 116/21 117/19 118/4 119/1
121/7 129/5 136/2 138/14 149/16
150/8 150/20 150/22 158/11 158/12
159/17 161/25 162/13 162/18 163/6
168/16 171/19 172/4 172/11 173/1
173/1 173/3 173/10 173/11 173/24
176/9 177/18 180/25 181/1 181/15
183/23 183/25 184/12 187/12 187/14

189/11 189/12 189/15 190/2 201/6
201/10 201/20 201/20 201/21 202/21 202/21
202/23 204/9 204/10 214/5 214/16
215/24 216/18 217/19 218/12 219/14
219/15 221/19 221/24 228/24 229/3
233/8 233/9 233/17 233/19 236/25
236/25 238/4 239/10 240/19 242/17
242/21 243/10 244/25 245/11 245/12
248/1 250/10 256/22 258/22 259/6
259/6 259/6 260/21 260/21 262/19
266/4 274/9 274/11 274/13 275/9
275/10 275/15 276/1 285/11 288/17
297/7 297/8 298/7
myself [3]  115/5 115/16 240/18

## N

naked [1]  131/13
name [13]  5/22 46/1 49/3 69/15 69/17
110/16 110/17 135/22 149/16 168/14
168/16 227/4 232/19
named [1]  42/15
narrative [4]  9/11 9/15 9/25 10/1
national [7]  176/15 176/21 176/23
185/24 221/17 235/25 251/16
nationally [1]  185/21
naturally [1]  144/13
navigate [3]  112/17 190/18 192/3
navigating [1]  191/21
NCAP [11]  268/6 268/8 268/9 268/12
268/18 269/8 269/12 269/18 270/17
271/4 281/1
NE [5]  1/15 1/23 2/2 2/4 2/10
near [3]  219/24 231/22 252/8
necessarily [6]  20/20 30/11 65/15
90/24 91/20 305/25
necessary [1]  99/4
neck [6]  79/25 84/17 229/20 274/8
274/25 275/4
necks [1]  80/4
need [45]  4/13 9/22 9/22 9/23 10/16
21/11 45/1 52/8 56/13 74/24 75/1 75/3
76/7 100/18 102/7 102/9 104/22
109/18 109/25 113/11 115/9 116/3
116/19 119/24 125/11 140/4 151/21
162/7 179/13 182/10 185/1 211/21
235/12 238/25 239/24 240/14 250/22
256/23 286/22 290/16 291/5 300/22
303/5 310/20 311/7
needed [2]  163/24 309/2
needs [9]  8/9 71/13 92/2 115/9 122/1
186/18 212/19 287/8 308/20
negative [4]  182/21 182/21 183/10
239/17
negligence [9]  293/7 295/23 296/4
296/13 296/15 296/24 297/6 298/25
299/22
negligent [10]  293/10 294/7 297/5
297/17 298/9 298/9 298/18 299/9
299/11 299/12
negligently [1]  308/18
neighborhood [1]  245/10
nerves [1]  242/15
Network [1]  177/9
neuropathy [1]  220/12
neutral [1]  309/23
never [31]  13/2 23/2 44/21 53/10 57/24
73/24 74/2 74/4 79/5 96/12 104/18
106/13 109/11 113/3 155/1 218/13
235/14 236/2 236/8 236/12 236/16
241/7 245/23 247/24 248/11 248/14

266/12 266/16 266/18 266/21 266/25
267/3 267/6 267/9
new [10]  120/16 121/22 122/13 178/2
269/17 298/24 306/17 307/23 307/24
311/7
Newton [1]  60/25 61/22
Newtons [2]  60/17 61/21
next [16]  36/24 108/21 109/7 110/5
117/12 124/8 159/6 165/23 168/2
199/11 199/25 210/4 228/5 241/18
283/20 308/20
NHTSA [40]  60/11 60/20 60/21 62/17
63/7 63/10 63/13 67/7 67/18 68/2 68/7
68/25 81/12 83/20 83/24 84/10 84/14
84/16 99/24 100/1 106/10 176/23
177/5 177/6 177/10 249/21 249/23
249/24 250/3 250/6 250/11 250/14
250/16 250/24 251/2 268/9 268/21
269/11 270/17 281/16
NHTSA's [1]  269/17
nice [3]  36/3 36/5 226/25
night [10]  165/1 228/22 292/5 296/18
306/17 306/18 307/14 307/20 308/4
308/8
nine [4]  10/20 286/10 286/15 306/15
nineties [1]  221/20
Nissan [7]  77/2 77/12 86/20 86/22
87/11 97/25 249/5
no [165]  4/12 5/7 10/10 14/16 15/4
15/16 15/19 16/6 20/15 20/20 22/4
23/1 24/6 24/19 26/6 30/9 32/17 33/8
33/9 33/14 33/23 39/12 39/13 40/12
40/14 42/7 43/10 44/7 44/7 44/12
44/13 44/13 44/17 44/19 44/23 45/14
47/25 52/24 58/14 58/20 58/21 61/11
62/9 63/10 63/18 66/13 69/7 70/25
72/18 73/4 73/5 73/11 74/5 74/9 78/19
83/14 90/2 90/9 95/7 98/5 98/16 99/12
103/12 103/12 103/13 105/16 107/11
108/25 112/14 123/23 125/10 125/23
127/11 129/2 131/18 133/4 134/18
138/7 142/25 142/25 147/22 147/22
149/20 150/9 152/2 156/9 157/21
162/20 163/16 171/5 175/7 176/5
194/7 205/21 215/15 217/7 221/17
222/17 223/2 223/2 223/3 229/18
236/4 236/18 237/5 238/6 239/13
239/19 239/21 240/3 240/7 240/12
241/16 242/7 242/9 242/22 243/10
243/11 244/7 247/1 248/1 251/15
264/22 266/11 266/24 269/25 270/5
271/4 271/11 272/2 272/12 273/10
274/21 275/12 277/21 279/18 279/20
280/4 281/11 281/16 281/20 281/24
283/4 283/18 284/20 284/23 286/8
286/19 286/22 287/5 287/7 287/21
287/23 291/2 292/6 292/8 294/13
299/24 300/1 301/3 302/8 304/11
305/2 305/10 305/20
nobody [3]  205/23 215/9 224/2
noisy [1]  124/2
non [5]  85/3 227/3 228/14 240/3
243/24
non-cardia [1]  240/3
non-concerned [1]  243/24
non-ejected [1]  85/3
non-rebreather [2]  227/3 228/14
none [11]  15/19 58/19 139/9 163/7
163/20 163/23 217/3 248/8 248/8
287/11 306/17

## N

nonprofit [1]  57/17
nor [1]  195/15
normal [3]  31/19 219/12 286/12
normally [3]  193/8 237/5 288/13
North [1]  71/20
Northside [1]  265/25
nose [1]  195/24
not [461]
note [1]  77/6
noted [2]  152/8 152/8
nothing [20]  14/19 14/19 44/22 74/8
 75/6 98/5 102/22 102/25 110/13 148/2
 153/17 168/11 186/18 186/18 215/9
 215/12 221/14 300/23 307/23 307/24
notice [1]  288/23
noticeably [1]  153/10
notion [1]  292/5
November [1]  36/21
now [62]  4/5 7/10 7/21 15/6 15/23
 16/18 18/17 27/14 30/5 35/17 35/21
 36/24 39/14 47/8 49/16 55/7 60/11
 62/1 72/20 76/3 92/21 97/2 101/14
 102/17 106/7 116/18 124/20 124/23
 125/6 127/17 145/12 158/13 158/17
 162/23 167/19 175/19 178/10 178/11
 189/6 191/10 201/13 203/15 204/18
 208/13 212/8 221/8 224/18 227/8
 233/19 235/17 241/17 259/17 262/2
 263/2 264/10 280/10 289/18 290/3
 291/19 299/6 299/10 309/16
nudge [2]  109/15 109/17
number [51]  4/20 8/8 8/11 13/14 13/15
 14/14 50/6 52/1 54/24 55/17 56/17
 56/20 56/23 63/11 71/15 73/13 74/24
 78/6 86/13 90/10 100/7 106/6 106/8
 108/12 108/15 108/15 108/18 126/6
 131/1 133/2 139/6 145/22 146/24
 153/20 158/25 160/10 206/3 249/25
 254/25 255/15 264/9 275/6 287/1
 291/18 293/6 301/9 302/24 304/15
 306/15 308/2 308/10
number 12 [1]  308/10
number 186 [1]  108/12
number 19 [1]  291/18
number 208 [1]  126/6
number 8 [2]  301/9 302/24
number for [1]  108/18
number forward [1]  160/10
number ten [1]  146/24
numbers [10]  59/10 62/4 70/11 70/20
 72/25 75/3 77/8 77/20 117/15 255/14
numerous [1]  131/20
nurse [2]  215/17 252/17

## O

o'clock [1]  10/21
oath [6]  11/19 110/10 158/24 167/14
 168/8 284/10
obese [1]  220/17
object [19]  72/11 92/24 109/3 123/3
 127/18 196/18 200/14 204/15 210/18
 210/22 211/19 212/15 218/23 239/2
 263/3 268/11 285/8 309/19 309/20
objected [4]  163/10 163/11 164/16
 165/10
objection [37]  5/25 39/16 41/10 44/25
 61/11 72/22 73/9 73/12 90/9 95/7
 116/15 123/9 126/23 133/4 139/8
 151/16 151/21 156/23 164/19 256/7
261/25 263/5 270/5 270/7 274/21
 276/3 285/1 286/2 287/10 291/13
 292/22 293/15 302/19 305/9 305/11
 306/2 307/10
objectionable [1]  239/7
objections [2]  117/1 269/25
objective [1]  308/11
observation [2]  151/14 151/25
observations [1]  199/3
observed [1]  265/17
observers [1]  115/19
observing [1]  179/20
obtain [4]  88/9 239/4 279/11 282/19
obtained [1]  26/5
obviously [29]  15/13 109/22 121/1
 172/19 172/20 173/17 176/3 180/11
 183/24 188/5 188/10 190/19 191/18
 198/20 200/6 200/7 200/9 203/14
 207/7 209/25 220/6 223/25 229/6
 229/22 233/18 239/3 251/15 281/24
 297/22
occasion [1]  301/20
occasions [1]  301/21
occluding [1]  222/10
occupant [45]  79/3 85/4 85/7 85/8
 95/23 104/22 113/19 113/23 131/14
 136/14 136/16 137/10 141/12 141/14
 143/2 143/9 143/16 145/2 145/7
 154/16 172/13 173/15 173/16 173/18
 173/21 173/22 174/23 188/1 188/23
 189/2 189/18 190/5 190/5 190/6 195/9
 195/11 198/13 199/2 199/3 199/5
 199/22 201/5 207/5 207/8 207/12
occupant's [1]  144/1
occupants [11]  18/10 98/18 136/9
 157/22 157/23 187/17 192/7 192/9
 192/18 192/23 200/12
occur [2]  92/2 92/10
occurred [13]  16/15 91/1 137/20
 147/13 172/21 189/14 189/16 189/19
 267/13 267/16 275/19 277/24 299/18
occurring [1]  32/22
October [1]  36/21
October/November [1]  36/21
odd [1]  98/3
odds [2]  41/7 85/3
off [56]  12/4 18/25 19/14 21/7 45/9
 45/12 45/22 46/22 47/19 51/19 51/24
 51/25 54/7 54/18 55/8 55/15 71/23
 72/21 73/21 91/15 117/18 118/1
 122/14 133/9 138/15 144/17 147/17
 147/21 147/23 148/11 148/13 148/16
 149/2 152/13 171/5 186/12 190/22
 193/19 196/3 196/4 196/5 196/14
 196/15 209/23 215/11 215/12 218/19
 240/14 277/22 296/19 298/9 298/16
 299/1 299/9 299/12 299/16
off-road [3]  148/11 148/13 148/16
offer [3]  93/9 140/21 140/21
offered [6]  26/1 89/25 92/16 139/4
 139/4 163/17
offering [1]  90/3
offers [1]  93/8
office [5]  13/7 161/17 161/21 162/1
 179/8
Officers [1]  151/25
offices [1]  179/6
OFFICIAL [3]  312/1 312/3 312/19
often [4]  114/9 138/16 153/3 212/10
oh [4]  2/1 25/4 204/9 242/18
okay [55]  11/17 18/17 33/14 39/11
 41/15 42/4 44/17 44/18 45/3 48/15
 50/8 75/8 86/1 88/5 101/2 105/17
 117/3 139/20 144/7 157/8 162/22
 165/18 165/22 192/14 196/7 196/17
 199/14 210/10 216/10 219/13 223/19
 226/11 240/20 241/19 256/14 267/12
 268/14 270/13 278/21 287/24 291/11
 297/3 298/21 298/24 300/19 302/22
 304/14 305/23 306/3 306/6 306/10
 307/5 307/13 307/16 310/7
old [11]  197/7 226/12 234/15 234/21
 235/9 272/3 272/4 272/7 272/7 273/13
 281/3
older [2]  226/12 230/14
on [519]
once [20]  13/2 65/17 92/18 94/22
 96/25 102/18 104/8 105/25 110/15
 143/7 149/24 164/3 168/13 173/2
 173/10 229/4 284/6 288/16 288/17
 290/7
one [156]  5/4 8/14 10/3 13/15 15/23
 16/23 17/16 21/9 22/24 26/13 26/17
 28/6 29/6 29/6 29/24 31/12 31/23 32/9
 32/17 32/23 37/18 39/14 44/3 48/7
 49/5 49/24 50/13 51/10 51/18 54/2
 60/10 60/16 64/9 66/4 67/5 67/6 69/1
 69/5 71/18 75/18 81/24 81/24 82/2
 82/18 83/15 83/15 84/19 85/2 89/10
 90/24 91/4 91/5 91/12 94/24 96/3 97/5
 99/12 102/16 107/9 109/11 111/10
 114/14 123/1 124/18 124/19 125/1
 125/2 127/1 128/14 129/11 129/16
 130/1 132/24 144/10 147/8 147/14
 149/16 154/22 155/19 156/6 156/18
 158/25 160/6 162/25 163/12 164/5
 165/16 172/17 173/5 175/1 177/7
 180/2 182/25 184/4 184/11 184/21
 184/22 191/9 191/13 191/16 191/16
 191/19 193/21 195/6 195/7 196/2
 197/18 197/19 198/1 198/23 200/25
 200/25 201/2 201/3 206/16 209/1
 216/5 217/2 218/25 219/17 222/5
 223/15 227/7 227/9 231/15 243/17
 244/9 245/7 245/9 247/13 251/14
 253/15 257/3 259/17 263/15 274/2
 274/3 277/5 281/9 290/23 291/10
 291/14 293/5 301/6 301/21 302/11
 302/14 303/3 306/8 306/21 307/12
 307/19 307/25 308/20 309/9 309/20
ones [3]  182/1 254/15 274/11
only [30]  15/6 34/20 41/14 66/17
 127/13 128/6 160/2 160/3 163/17
 196/22 210/21 212/24 213/10 214/2
 216/5 218/24 227/9 242/25 259/11
 260/18 264/15 269/6 270/23 274/11
 281/9 282/23 298/22 302/8 306/8
 307/5
onto [5]  19/5 15/11 67/23
open [6]  215/23 215/23 227/10 228/23
 230/8 252/17
opened [1]  252/13
opening [4]  9/19 291/6 310/15 310/17
openings [1]  140/19
operate [1]  160/16
operating [2]  144/14 146/3
operation [1]  124/24
operational [1]  178/17
opinion [32]  39/22 40/2 40/3 40/4 40/7
 43/20 52/20 84/16 89/4 120/6 146/11

Document 38-2    Filed 03/21/25    Page 344 of 362

opinion... [21]  148/2 150/9 170/12
171/14 200/11 212/17 212/19 220/24
221/10 221/12 224/4 224/8 224/9
224/12 229/10 230/1 242/8 242/22
251/7 281/21 282/8
opinions [29]  25/1 26/1 80/20 97/11
129/25 169/25 171/9 171/24 172/16
187/1 187/4 187/24 189/18 189/25
189/25 190/14 201/9 201/10 212/4
214/25 224/3 257/8 259/4 259/6 259/6
259/7 259/10 259/13 259/14
opioids [1]  237/23
opportunity [8]  35/23 100/13 100/14
104/11 109/23 112/15 115/10 115/18
opposed [2]  156/14 172/17
opposite [4]  8/19 97/3 225/17 226/1
option [1]  122/2
or [219]  4/24 5/9 5/15 7/19 8/20 10/4
10/9 10/22 10/24 11/2 11/3 12/20
14/11 15/13 15/16 15/16 16/2 18/24
22/3 22/6 25/6 26/5 29/6 29/6 29/7
29/8 30/7 30/11 30/25 31/8 31/12
34/25 40/3 43/6 44/17 44/19 44/23
52/17 53/15 58/3 59/15 63/10 63/13
63/16 67/7 67/16 68/4 68/10 72/10
75/14 79/4 80/22 86/11 90/25 91/14
91/21 91/25 91/25 92/4 92/4 92/8
96/10 98/3 98/5 98/10 101/7 102/7
108/7 117/15 119/15 128/12 129/1
129/22 130/17 132/7 133/19 138/7
138/11 140/15 141/9 143/18 147/19
149/25 150/14 150/18 150/24 151/4
152/8 152/13 152/13 152/24 155/19
155/20 156/7 158/2 161/4 161/13
162/25 163/1 165/12 166/2 166/3
166/10 166/22 166/23 167/8 167/8
170/9 171/3 172/17 172/20 173/23
176/17 176/23 177/13 179/11 179/11
181/7 181/8 182/1 182/18 183/12
184/17 185/15 185/16 185/19 186/18
189/6 194/9 196/19 198/10 198/15
200/12 201/11 201/18 206/25 207/2
208/13 211/16 212/9 212/10 213/24
215/6 215/9 215/21 216/24 217/2
221/6 222/10 222/22 223/10 223/21
226/3 229/12 229/19 229/19 229/20
230/3 230/24 239/21 242/8 242/9
243/1 243/2 248/20 249/17 250/9
250/19 250/20 251/14 261/2 261/3
263/16 263/22 265/25 266/22 267/22
268/4 269/2 270/6 271/10 271/14
272/7 273/24 276/3 278/2 279/25
280/7 280/14 280/19 281/6 281/15
288/5 289/1 289/18 289/25 291/10
291/21 291/25 292/15 293/7 293/8
293/14 294/16 294/17 295/9 295/12
295/14 298/5 298/12 301/8 302/8
304/6 304/18 304/22 307/7 308/18
308/18 310/22
order [6]  13/1 56/14 106/5 107/11
108/14 243/23
ordered [6]  159/8 250/3 250/7 250/11
250/16 250/24
ordering [4]  241/4 241/6 243/22 243/24
ordinary [3]  32/10 98/3 146/6
organ [2]  217/4 220/13
organism [1]  225/10
organization [1]  119/9
organizations [1]  119/4

organs [4]  182/25 214/4 214/13 214/24
orient [2]  101/23 133/7
orientation [2]  70/25 71/3
orientations [1]  59/14
oriented [4]  64/23 69/8 71/23 94/10
original [2]  53/15 72/21
originally [4]  45/6 111/19 111/20 201/2
other [93]  8/17 9/16 13/23 26/19 27/17
30/13 30/15 31/4 31/12 32/14 37/5
46/2 47/17 52/6 52/12 55/11 65/9
72/16 74/24 76/15 82/11 96/11 96/13
97/9 97/18 97/23 107/14 107/19
107/21 108/3 111/20 114/25 115/9
115/11 116/3 122/14 130/13 137/15
142/11 144/5 147/8 149/18 150/20
150/21 155/13 155/20 156/14 157/13
158/9 158/10 166/9 166/15 166/17
166/17 166/20 167/5 167/9 167/11
167/22 172/17 181/9 181/19 184/19
185/19 185/20 185/23 186/2 189/14
189/17 194/9 205/10 212/8 214/17
217/4 223/5 223/15 225/3 228/5
230/18 240/25 241/23 247/8 247/18
247/21 252/11 254/15 257/20 258/5
258/9 278/4 278/6 279/17 286/20
others [7]  66/1 119/23 136/12 146/25
147/1 151/6 164/12
otherwise [2]  269/18 270/1
our [29]  13/21 13/23 14/16 14/16 14/17
14/22 16/7 22/4 50/19 105/19 106/20
110/12 115/11 121/8 125/8 160/21
164/25 178/16 182/25 211/23 227/8
227/19 246/20 246/24 250/22 276/21
291/13 294/5 308/23
ours [1]  163/16
ourselves [1]  305/12
out [102]  5/21 11/15 16/9 17/18 17/22
18/4 20/23 22/2 27/6 33/19 34/5 39/17
42/1 48/17 53/14 54/2 56/1 56/1 56/12
59/10 63/24 69/3 69/12 70/20 79/4
88/6 89/1 89/7 95/17 98/3 102/1 102/4
103/12 121/4 121/10 121/16 121/23
122/15 124/16 131/18 134/3 140/14
141/1 141/20 144/5 144/18 146/2
146/6 149/2 158/4 160/13 165/8 166/9
166/21 167/4 168/1 173/2 174/17
175/8 175/10 175/11 175/13 175/13
175/14 176/17 176/17 179/12 180/4
186/14 186/17 192/22 194/16 194/25
199/7 209/2 216/17 216/18 216/23
217/1 217/1 218/4 218/6 219/15
226/25 230/24 240/21 242/14 243/6
243/16 251/22 253/9 253/14 254/4
255/14 264/1 287/18 293/5 303/6
306/21 309/3 310/10 310/12
outboard [4]  30/13 30/16 31/16 35/2
outcome [1]  40/25
outer [3]  48/4 50/5 50/7
outside [10]  25/8 38/20 80/11 111/3
136/18 136/21 156/23 185/11 226/3
279/13
outsides [1]  209/2
outsmart [1]  305/12
over [90]  10/4 12/24 13/18 13/22 15/9
16/4 16/16 26/2 35/15 35/16 37/14
43/2 43/12 44/4 48/2 52/22 62/21 68/4
75/8 77/19 77/21 91/2 92/14 94/6 96/2
100/6 100/8 105/18 109/6 111/16
114/16 114/17 114/18 116/5 118/20
128/4 134/12 134/16 134/22 138/6

138/18 142/2 143/15 144/18 150/14
150/24 151/19 152/8 153/8 154/8
154/10 161/22 161/23 177/14 185/13
191/10 191/12 193/1 193/4 193/6
193/10 193/19 196/7 196/8 196/16
197/8 197/10 197/13 197/15 197/16
203/4 205/15 207/20 207/21 207/24
208/3 210/21 210/21 218/1 220/17
234/11 251/20 254/2 267/13 275/7
275/16 280/10 280/19 284/6 306/7
over-layed [1]  94/6
overall [2]  56/6 185/24
overlap [1]  121/5
overnight [1]  307/14
overruled [12]  41/11 127/11 136/25
148/8 151/19 156/25 200/23 219/3
239/8 263/5 276/7 285/9
overturn [1]  221/5
overview [3]  120/20 126/21 171/9
own [14]  35/24 38/18 39/4 39/23 70/23
78/10 100/6 132/25 150/20 163/2
202/17 264/2 286/14 288/23
owned [1]  268/25
owner [1]  112/15
oxygen [10]  226/19 226/22 226/22
228/4 228/6 228/9 228/13 228/15
228/16 228/24
oxygenate [2]  228/8 228/11

P

p.m [1]  306/14
P131 [1]  70/2
P25 [1]  164/13
P745 [1]  164/14
P867A [1]  164/7
pacemaker [1]  243/2
page [60]  12/3 21/17 21/20 22/24
37/12 53/17 53/17 72/19 77/6 81/23
87/2 87/22 88/5 88/18 89/9 89/21 90/6
90/7 117/3 117/9 117/10 117/11
117/11 117/12 117/13 117/14 128/17
132/24 133/3 137/11 139/1 147/7
158/20 159/6 163/6 204/11 209/13
210/8 256/21 256/22 264/9 267/9
269/15 269/20 269/20 274/14 274/15
274/15 274/20 278/12 278/15 293/6
293/8 301/10 303/1 303/2 306/21
308/9 308/10 312/9
page 1 [2]  87/22 158/20
page 11 [1]  303/2
page 12 [2]  137/11 303/1
page 13 [1]  301/10
page 18 [2]  293/6 293/8
page 2 [1]  72/19
page 22 [1]  308/10
page 24 [1]  77/6
page 3 [1]  88/5
page 36 [1]  88/18
page 4 [2]  269/15 269/20
page 5 [1]  139/1
page 588 [2]  132/24 133/3
page 6 [1]  147/7
page 7 [1]  37/12
page 8 [1]  274/15
page right [1]  53/17
pages [6]  126/17 126/18 128/18
128/21 219/6 278/13
PAGESCRANTOM.COM [1]  1/17
paid [19]  13/7 14/14 37/1 37/7 99/13
99/16 99/20 158/17 159/1 159/9

Case 4:23-cv-00088-CDL    Document 332    Filed 03/21/25    Page 345 of 362

paid... [9]  159/11 232/6 232/25 237/16
237/19 245/19 245/23 245/25 292/13
pain [6]  227/12 230/20 241/5 294/16
298/3 299/4
pains [3]  182/20 219/6 279/25
palliative [3]  229/1 229/4 229/8
palpitations [3]  182/20 218/10 243/20
panel [8]  17/14 48/13 90/23 90/25
144/12 173/20 261/3 261/4
panels [1]  104/5
paper [20]  119/19 124/16 135/3 135/7
135/16 135/25 136/6 185/17 211/14
212/22 213/2 213/4 213/5 213/5
213/10 213/12 213/15 214/1 214/16
221/19
papers [7]  117/19 119/15 119/17
119/18 177/15 185/16 211/11
paragraph [1]  9/19 305/10 306/22
parallel [1]  144/13
paralysis [1]  234/21
paralyzed [3]  12/20 234/16 249/17
pardon [3]  156/20 255/1 310/25
parent [1]  235/14
parents [1]  234/15
park [1]  216/17
parks [1]  215/18
parroting [1]  211/20
part [56]  5/25 10/11 12/5 20/4 20/4
20/12 20/15 22/21 23/21 25/19 27/5
27/6 27/19 34/14 43/16 43/17 48/11
50/1 53/20 53/20 53/24 71/21 78/18
106/21 113/25 118/11 123/25 125/15
125/20 131/24 132/12 133/17 133/17
133/25 138/24 142/20 144/11 144/18
152/16 152/18 161/24 161/25 166/9
173/22 177/18 178/8 183/4 196/15
197/2 208/25 223/8 240/17 245/20
280/11 280/14 280/19
Partially [1]  162/9
participated [3]  114/25 115/2 247/3
particular [22]  10/2 12/11 21/12 56/19
58/15 68/8 74/5 76/1 76/15 89/8 91/22
94/11 94/22 99/9 143/23 166/16 167/8
169/21 188/3 292/11 293/24 297/19
particularly [1]  291/17
parties [3]  106/5 166/7 296/21
partners [1]  14/10
parts [5]  56/1 65/20 105/5 121/6
124/11
party [10]  166/7 166/18 166/19 166/22
166/24 167/2 167/14 167/16 167/17
200/17
pass [2]  104/23 133/14
passenger [39]  17/8 18/12 18/15 18/18
18/20 19/13 19/16 22/13 22/16 25/5
26/19 26/21 28/2 28/24 30/4 35/9
35/16 38/18 41/18 41/18 41/19 58/3
58/21 64/18 64/19 64/20 64/21 64/24
79/6 102/2 152/16 153/8 153/9 154/4
154/8 154/10 155/4 225/6 253/4
passes [3]  133/10 133/24 229/9
passing [2]  145/6 295/11
passive [1]  144/10
past [6]  74/6 121/20 143/12 164/16
213/17 243/5
patch [1]  96/24
path [2]  32/11 146/8
pathologist [7]  264/18 264/19 265/2
265/15 275/24 277/10 277/16
pathologists [1]  242/13
pathology [1]  232/21
patience [5]  105/19 114/7 189/20
189/22 189/23
patient [9]  181/16 181/19 182/19
182/23 185/7 210/12 210/12 244/6
244/6
patient's [1]  279/6
patients [16]  176/2 179/25 180/25
181/8 181/15 181/18 182/4 182/4
182/6 183/10 184/23 185/1 185/5
220/4 223/6 223/9
Patrol [2]  151/25 191/24
pattern [5]  136/15 170/21 207/19
208/16 294/8
patterns [5]  180/8 188/2 190/8 207/11
211/12
PAUL [3]  2/8 61/12 114/3
pay [3]  160/21 173/1 245/21
payload [1]  86/13
payments [1]  11/4
PDF [1]  53/18
PEACHTREE [4]  1/23 2/2 2/4 2/10
peak [2]  64/5 85/3
pedal [1]  147/22
pedestrian [1]  179/15
pedicle [4]  196/22 196/24 197/1 197/2
PEELER [1]  1/23
peer [6]  119/17 119/20 119/22 136/6
185/14 211/14
peer-review [2]  119/17 119/22
peer-reviewed [3]  136/6 185/14 211/14
pelvic [1]  144/3
pelvis [1]  144/1
people [38]  5/18 36/5 36/8 57/18 85/14
113/12 113/22 121/15 122/13 122/14
138/15 138/16 146/2 149/5 150/21
153/18 153/20 180/14 205/12 205/13
218/5 220/4 222/25 230/13 237/21
237/22 240/21 241/16 241/19 241/20
241/20 244/24 249/23 249/24 251/3
279/7 281/5 285/24
people's [1]  279/4
per [15]  6/15 7/2 49/11 185/3 189/4
190/24 191/2 193/13 194/15 194/17
268/7 270/22 271/18 271/19 281/9
percent [31]  5/13 49/10 62/21 63/22
63/24 85/4 194/16 212/25 213/10
214/2 214/21 225/9 240/22 240/25
241/9 241/13 241/14 241/20 241/23
248/2 248/7 248/8 269/6 270/23 271/5
271/8 271/10 271/17 271/25 273/11
281/5
percentage [2]  235/11 296/9
percentile [2]  272/3 281/2
perceptions [1]  40/5
perfect [2]  154/23 193/3
perfectly [9]  27/11 28/6 28/17 43/5
53/24 65/4 154/15 241/23 273/13
perform [5]  46/23 47/9 188/11 265/4
265/6
performance [13]  51/23 52/7 55/21
56/6 75/21 88/9 117/23 118/15 120/4
127/2 127/3 138/21 142/16
performed [8]  13/11 98/21 115/16
127/4 127/23 170/17 182/10 188/12
perhaps [2]  195/10 262/4
period [8]  55/8 55/24 62/15 76/15 84/8
160/3 160/4 160/7
permit [1]  137/14
person [15]  12/20 14/8 80/16 136/20
137/9 162/2 166/10 180/20 184/16
184/16 203/4 203/12 216/5 269/6
291/10
person's [2]  116/4 267/1
personal [2]  6/1 72/10
personally [2]  53/12 273/20
personnel [1]  223/16
persons [1]  137/16
perspective [2]  41/25 185/25
petechia [4]  223/7 223/9 223/11
223/15
Ph.D [2]  28/20 69/18
phase [5]  124/9 131/21 190/22 310/24
311/2
PHENDERSON [1]  2/11
PHILIP [1]  2/10
philosophy [1]  98/12
PHILYAW [4]  1/15 106/18 106/23
267/4
PHN131 [2]  45/22 45/24
PHNs [1]  46/5
phone [5]  74/21 216/8 216/9 237/12
279/16
photo [24]  19/5 21/18 22/2 22/12 22/25
33/6 37/15 37/23 38/2 38/8 39/1 41/23
82/11 90/8 90/8 92/22 102/13 103/2
132/21 134/3 155/23 204/24 206/7
206/14
photograph [22]  21/9 23/8 33/9 33/12
89/22 94/1 95/18 96/2 179/10 191/23
200/1 204/18 204/19 206/21 262/1
262/4 262/8 262/25 280/13 280/18
286/23 287/3
photographing [1]  103/18
photographs [10]  21/1 21/9 36/3 36/6
89/21 104/3 170/24 179/21 199/19
200/13
photos [19]  19/4 31/21 36/10 36/11
37/11 37/13 39/11 90/6 102/16 102/17
132/25 171/19 191/20 199/16 200/16
215/10 257/3 259/17 260/15
phrase [1]  103/18
physical [9]  46/23 51/15 57/10 137/8
138/11 138/14 138/19 151/13 151/23
physically [2]  199/15 205/20
physician [6]  169/6 178/14 179/24
180/13 264/19 264/24
physicians [2]  185/15 237/6
physics [2]  83/12 194/17
PI [1]  122/7
pick [5]  173/12 212/10 212/10 214/16
214/17 214/17 236/22
picked [4]  96/22 96/25 97/1 279/16
picking [1]  174/12
pickup [6]  46/1 57/25 78/5 121/19
173/24 237/1
pickups [1]  86/16
picture [5]  29/22 101/8 202/10 202/13
261/19
pictures [9]  35/3 188/7 188/7 198/15
198/16 198/17 258/9 259/2 276/10
piece [8]  27/1 27/9 113/15 122/17
132/2 132/13 133/9 287/12
pieces [7]  48/7 122/18 123/23 132/5
132/9 132/9 196/23
pill [1]  28/2
pillar [41]  17/7 17/8 27/16 27/22 27/23
28/1 29/9 29/10 30/5 30/6 30/17 31/14
34/15 35/9 35/10 48/12 49/10 49/20

**P**

pillar... [23]  49/23 49/24 50/1 50/4
50/10 50/16 65/1 65/8 65/10 65/13
66/5 66/8 66/16 67/23 68/20 69/2 71/6
91/24 103/22 105/2 199/9 199/10
199/10
Pillar's [1]  34/9
pillars [16]  16/12 16/25 17/2 17/4 17/12
26/22 28/23 34/12 35/14 48/14 68/16
68/18 68/23 91/19 199/8 199/9
pillow [3]  175/6 175/7 175/15
Pilot [1]  213/9
pinned [2]  29/10 30/10
pipes [5]  218/12 218/14 218/14 218/15
219/12
pitch [4]  64/17 65/23 66/7 68/22
pitched [2]  91/2 267/13
pitches [1]  193/19
pitching [4]  65/3 65/7 68/6 68/7
pitchover [10]  191/4 191/8 191/9
191/15 191/17 191/18 193/8 281/12
281/13 281/14
pizza [1]  197/12
place [3]  19/13 180/16 296/25
placed [1]  25/3
places [1]  111/20
plain [6]  203/17 205/9 206/13 206/22
207/4 262/19
plaintiff [9]  12/22 108/2 158/25 248/5
248/6 272/19 279/17 283/23 284/5
plaintiffs [17]  1/4 1/12 4/15 7/7 8/16
26/5 72/9 107/10 115/21 117/2 163/8
170/8 248/9 292/20 302/9 306/10
309/18
Plaintiffs' [34]  19/12 21/15 33/2 37/10
47/23 48/22 49/16 50/18 69/5 71/9
72/7 95/18 107/19 115/25 132/16
134/14 158/20 170/4 199/25 247/24
248/7 255/22 256/2 256/6 269/14
269/16 269/24 274/14 287/1 287/2
287/13 289/23 290/1 296/20
plan [3]  121/8 123/23 298/8
plane [1]  179/13
planning [1]  122/9
plant [2]  124/23 125/10
plants [1]  83/8
plastic [4]  133/17 133/18 134/6 152/21
plate [7]  132/19 132/22 133/7 134/15
134/24 135/4 136/8
platen [13]  60/12 60/14 60/20 61/19
66/24 67/2 67/12 67/19 68/25 88/20
88/21 96/23 101/17
plates [2]  132/17 152/15
platform [5]  76/20 78/12 173/25 174/16
174/16
play [16]  125/16 130/5 130/18 130/24
131/7 139/14 140/3 143/9 143/10
143/18 143/20 144/7 144/20 145/8
146/11 192/24
playing [2]  184/15 292/15
pleading [4]  6/15 6/17 8/24 10/11
pleadings [1]  6/8
please [38]  4/6 86/12 87/2 87/21 88/6
89/17 91/15 96/18 97/5 98/2 117/12
128/15 129/9 135/15 140/3 159/1
159/7 164/4 168/13 169/2 192/10
192/12 198/22 198/23 199/2 199/25
202/3 205/2 206/1 254/22 255/22
257/1 267/8 267/9 267/12 278/12
284/3 293/19

plenty [2]  222/3 265/23
plug [2]  183/10 252/18
plumbing [10]  182/24 183/1 183/4
183/8 183/11 240/5 240/8 240/24
241/3 241/21
plural [1]  51/12
plus [3]  117/19 216/19 219/6
PMALEK [1]  2/9
pneumonia [5]  227/25 228/1 229/12
230/18 231/1
PO [1]  1/16
point [47]  5/18 5/23 16/24 17/7 22/2
29/5 29/5 29/15 31/18 33/19 33/21
34/1 34/15 45/9 54/3 64/12 65/11
65/14 66/9 66/19 66/21 68/5 68/9 71/4
83/21 91/11 95/23 103/4 106/8 107/17
108/17 109/4 121/23 122/6 122/7
124/20 150/2 165/16 186/15 194/8
206/21 216/4 239/24 258/20 258/22
263/10 298/4
POINTE [1]  1/15
pointed [3]  16/9 89/1 95/17
pointing [1]  278/18
points [15]  27/15 28/1 30/24 32/10
32/20 32/21 34/5 34/10 46/22 48/12
84/10 94/7 94/8 103/22 161/16
pole [1]  118/8
police [5]  36/4 36/7 36/11 179/11
186/13
Pontiac [1]  245/11
poor [5]  53/22 59/3 59/9 62/11 308/18
pop [1]  21/16
population [2]  84/25 235/11
portion [7]  88/4 128/6 139/17 150/18
165/19 195/23 195/23
portions [3]  66/2 80/23 289/25
pose [2]  294/3 309/7
position [21]  6/25 7/12 20/8 25/12
38/15 79/12 79/13 91/13 97/10 97/20
98/15 173/3 173/4 206/12 207/4
221/23 230/6 251/12 253/14 254/4
294/5
positional [25]  41/6 79/12 170/25 171/1
171/18 207/9 207/10 221/9 221/15
221/17 221/21 223/5 224/6 230/3
251/13 251/14 253/16 254/7 266/7
266/8 266/13 266/18 266/22 266/24
267/1
positionally [1]  199/13
positioned [1]  39/6
positive [1]  228/22
possession [1]  108/2
possibility [1]  307/5
possibly [5]  263/11 282/5 294/16
posterior [2]  195/23 208/23
posterity [1]  126/12
Postmortem [1]  213/7
potato [1]  288/25
potential [2]  107/22 292/25
potentially [1]  271/1
pound [10]  54/12 56/12 58/8 58/9 62/1
62/7 63/9 66/22 196/8 219/20
pounding [1]  219/15
pounds [25]  54/15 54/20 60/17 60/25
61/23 61/24 62/7 63/3 63/19 63/21
63/22 63/24 64/9 70/5 70/6 70/9
70/10 74/3 74/20 74/23 74/25 89/13
100/22 101/1 272/4
pout [1]  147/2
power [1]  292/12

PowerPoint [2]  90/3,
PowerPoint [4]  12/7 172/19 173/9
practice [2]  116/18 264/20
practicing [3]  178/13 179/24 180/13
PRATHER [8]  1/18 204/19 212/23
255/2 255/19 262/3 272/18 280/3
Prather's [1]  270/6
pre [4]  141/11 141/13 181/3 223/16
pre-hospital [2]  181/3 223/16
pre-load [2]  141/11 141/13
preceding [1]  309/9
precise [2]  33/10 36/21
precluded [2]  300/7 300/8
precrash [1]  147/11
predictive [1]  85/3
prefer [2]  290/15 307/2
preference [6]  10/10 39/12 39/13 40/12
40/14 83/14
prejudiced [1]  107/7
premise [2]  67/10 67/11
prepare [2]  10/3 288/15
preprogram [2]  121/13 121/14
presence [1]  97/13
present [5]  109/23 159/4 256/11
275/22 275/24
presented [3]  8/16 219/5 290/5
presents [1]  97/19
preserve [1]  289/17
preserved [1]  307/15
president [1]  227/5
press [1]  68/14
pressed [1]  66/10
presses [2]  67/22 69/1
pressing [1]  38/22
pressure [5]  133/18 152/21 220/8
220/8 228/22
pressures [1]  133/15
presumption [2]  291/19 291/24
pretensioner [4]  139/19 140/23 140/24
141/4
pretensioners [1]  140/12
pretrial [4]  106/5 107/11 108/13 166/8
pretty [11]  7/11 11/7 38/16 42/21 116/7
139/12 153/10 165/1 165/8 196/13
301/24
prevent [2]  79/1 84/24
prevented [2]  292/15 292/18
previous [3]  36/19 167/2 182/17
previously [4]  107/22 165/10 257/2
274/21
primarily [1]  18/14
principle [1]  292/20
principles [1]  258/7
prior [7]  46/16 106/13 107/11 107/12
116/2 258/6 306/17
privacy [1]  279/9
privilege [1]  183/25
privy [1]  252/4
probably [16]  7/15 36/20 41/22 78/13
92/23 109/17 184/2 190/12 199/8
203/13 228/9 234/11 246/21 255/4
286/12 303/15
problem [16]  23/15 33/14 108/6 180/16
183/9 183/11 218/4 228/10 255/13
268/12 275/2 295/3 295/4 295/6
295/16 310/19
problems [9]  33/8 33/9 33/10 183/8
218/7 219/6 220/21 241/21 243/18
procedures [1]  182/5
proceed [2]  11/20 168/18

**P**

proceedings [4]  4/2 252/4 311/12 312/8
process [27]  6/9 16/20 18/13 84/7 119/20 119/22 119/23 119/24 120/16 120/17 120/20 120/22 121/3 121/4 122/6 123/13 123/19 124/25 125/9 125/14 125/14 125/15 125/21 142/2 208/2 209/18 209/22
processes [3]  195/25 198/11 207/25
produce [2]  126/15 286/24
produced [6]  52/1 54/6 71/24 106/7 106/19 106/25
produces [1]  47/16
product [17]  13/3 92/21 93/3 124/12 124/13 232/2 232/7 232/8 232/25 233/1 236/6 237/17 246/25 248/5 248/9 309/6 309/8
production [14]  81/19 82/2 82/11 83/4 83/7 89/13 93/24 95/17 101/7 103/2 104/14 107/5 124/22 156/10
products [2]  158/13 233/12
professional [3]  112/4 119/4 237/15
professor [4]  169/6 169/7 169/10 169/11
profits [1]  12/12
program [11]  46/1 53/7 53/8 122/7 124/1 124/20 177/8 178/2 178/3 245/20 269/17
programs [3]  112/20 122/15 177/7
progress [1]  288/12
project [5]  52/17 69/22 69/24 72/4 73/17
projects [2]  159/18 177/12
prominent [1]  32/19
promise [1]  55/11
prone [3]  208/7 225/12 227/21
proof [1]  305/16
proper [1]  152/7
properly [17]  135/13 138/5 150/10 150/19 151/15 152/25 154/8 154/10 154/24 155/11 218/18 235/12 235/13 293/23 297/17 297/20 298/10
properties [1]  105/4 142/15
Proportion [1]  160/13
proposed [1]  85/11
protection [5]  85/12 113/19 140/21 174/23 279/3
prototype [1]  124/9
prototypes [5]  123/22 123/25 124/2 124/9 124/11
proves [5]  4/17 6/17 134/15 138/5
provide [6]  85/12 111/9 141/10 159/8 162/5 201/22
provided [5]  106/4 106/11 107/3 162/2 192/6
providers [1]  236/20
provides [3]  119/12 144/2 162/16
providing [2]  44/1 111/11
proximal [1]  225/25
proximate [5]  4/12 7/5 291/4 293/14 298/6
proximately [1]  8/1
public [3]  1/25 125/13 279/4
publication [1]  119/22
publications [5]  117/6 117/10 117/15 185/13 185/14
publish [2]  118/25 119/17
published [17]  116/10 117/8 118/22 119/1 119/15 119/19 120/1 135/3

135/7 136/6 153/18 153/21 177/15 185/11 185/19 266/12 286/10
puffy [1]  141/9
pull [8]  14/22 16/19 49/16 87/21 196/10 198/22 199/25 238/25
pulled [9]  19/14 19/17 20/12 20/23 53/14 54/2 131/18 196/14 196/15
pulls [1]  141/1
pulmonary [1]  242/1
pulse [7]  215/21 215/22 216/3 216/7 254/21 260/17 260/20
pump [1]  183/3
pumping [2]  181/14 218/17
pumps [1]  217/1
purchased [3]  36/20 36/23 273/2
pure [1]  285/1
purely [1]  274/18
purple [3]  223/18 223/23 224/2
purports [1]  257/8
purpose [6]  79/1 88/7 189/10 189/11 190/13 297/11
purposes [25]  41/5 53/21 61/18 89/19 90/1 92/17 93/15 109/3 131/4 135/19 141/8 163/8 204/5 209/15 211/25 214/25 270/14 272/20 274/18 274/22 287/17 292/20 299/14 303/19 308/12
pursuant [2]  159/7 312/5
push [2]  30/15 32/6
pushed [1]  202/10
pushing [3]  101/9 101/18 227/16
put [72]  8/21 9/2 9/4 10/16 22/24 32/25 33/1 33/6 43/23 44/9 45/15 47/12 48/16 62/9 78/10 79/11 96/8 104/25 109/21 125/9 125/19 143/1 145/24 154/19 163/12 181/22 184/9 192/11 195/20 197/11 199/25 202/3 202/19 203/19 204/19 206/1 206/10 206/11 206/15 206/25 209/13 214/11 217/23 221/18 227/2 228/20 229/2 229/4 229/8 235/2 243/4 253/18 253/21 254/22 255/22 257/1 262/2 262/5 267/3 267/9 269/14 272/5 272/9 274/24 278/12 284/5 287/14 289/18 290/7 294/17 296/6 309/12
puts [3]  8/25 177/9 284/7
putting [8]  71/4 77/18 104/3 155/15 231/3 243/21 287/14 292/25
PX [1]  102/12
PX186.2 [1]  88/18
PX255 [1]  101/7
PX583.5 [1]  95/6
PX745 [1]  164/9

**Q**

quadriplegia [1]  234/21
quadriplegic [1]  234/17
qualification [1]  33/14
qualifications [1]  116/20
qualified [8]  40/6 136/18 137/13 210/19 210/24 212/16 218/24 219/1
quality [1]  53/23
quantify [2]  22/20 23/17
quarrel [5]  30/3 44/22 70/17 70/21 74/9
quasi [2]  63/11 81/17
quasi-static [2]  63/11 81/17
question [62]  14/25 15/1 21/13 27/13 39/25 40/9 40/10 41/5 41/13 45/1 50/8 52/4 55/12 59/24 61/18 70/17 72/14 80/2 80/6 80/18 83/9 85/19 117/19 127/6 151/21 157/18 158/25 170/7

195/18 200/14 200/15 200/19 200/20 204/13 204/14 212/8 212/22 236/25 236/25 238/4 238/22 239/10 242/17 242/18 242/21 243/10 243/11 244/2 247/11 250/10 251/6 256/13 259/22 259/23 260/21 292/23 298/7 300/10 304/6 309/15 310/8
questioned [1]  7/16
questioning [2]  90/22 239/3
questions [25]  15/21 27/5 35/20 44/20 53/21 55/11 85/20 88/14 102/25 105/13 115/11 128/24 142/11 158/24 162/18 167/5 167/10 167/11 204/14 230/5 231/15 238/15 244/5 263/15 283/18
quick [2]  174/18 175/13
quickly [7]  113/4 123/15 175/12 175/12 175/13 209/12 236/1
quite [3]  113/3 141/9 154/14
quoted [1]  301/23
quoting [1]  42/21

**R**

race [1]  112/16
racing [4]  112/18 112/20 113/1 217/19
radical [1]  153/2
radiological [3]  195/16 209/10 210/23
radiologist [4]  210/21 211/2 264/25 265/1
radiologists [1]  209/25
radiology [18]  137/3 170/16 170/19 171/11 188/5 207/18 210/19 210/25 212/2 212/13 212/25 214/22 222/19 223/3 277/2 282/1 282/3 282/9
Rafael [2]  247/2 247/13 256/1 256/19
rail [1]  186/13
rails [1]  17/12
rain [1]  27/6
raise [3]  110/9 168/7 301/8
raised [3]  106/18 244/14 307/20
Ram [7]  42/15 76/25 77/11 86/7 86/10 87/6 173/24
ramps [1]  143/21
RAMSEY [2]  1/18 1/19
ran [3]  96/20 103/19 299/16
range [4]  58/24 58/25 155/17 191/2
ranges [1]  129/6
Raphael [2]  278/8 278/10
rapid [3]  68/22 174/19 181/19
rare [3]  109/19 191/5 267/2
rate [9]  57/21 65/7 175/14 181/11 181/20 181/20 187/13 187/14 219/16
rated [1]  271/4
rates [1]  188/23
rather [7]  83/10 95/14 137/10 167/25 238/9 270/10 275/16
rating [10]  101/6 268/3 268/20 268/24 269/1 269/5 269/20 270/9 270/17 270/19 270/20 271/7 272/6 272/10 272/14 273/6 273/9 281/17
ratio [17]  56/18 56/23 59/10 63/12 67/7 67/19 74/14 74/19 76/22 77/11 77/12 77/13 77/14 87/3 87/11 87/16 97/16
ratio-ing [1]  59/10
ration [1]  97/17
rational [1]  40/4
ratios [3]  57/9 78/2 86/24
ray [1]  214/10
rays [6]  178/4 211/4 211/5 211/6 211/6 211/13

reach [3]  39/23 143/9 288/9
reached [2]  288/11 300/10
reaches [2]  215/19 215/20
reaching [1]  288/8
read [25]  42/14 53/24 72/20 77/9
134/18 136/4 151/11 211/7 211/7
236/24 238/16 239/10 239/13 239/14
239/15 239/17 239/19 239/20 239/22
240/11 260/2 260/8 276/13 283/10
293/18
reading [4]  61/3 228/24 229/3 292/16
readings [1]  15/16
ready [1]  124/22
real [3]  91/23 207/23 209/12
real-life [1]  91/23
realized [2]  184/6 204/23
realizes [1]  216/5
really [25]  7/21 21/10 24/15 77/23
104/23 109/25 113/3 114/11 119/2
134/11 137/18 141/8 141/11 153/17
154/12 174/18 174/20 188/25 188/25
209/24 227/9 253/13 288/10 300/21
307/11
rear [1]  131/19
Reardon [1]  236/17
reason [15]  53/19 58/20 58/22 68/2
71/16 75/22 102/13 145/5 157/19
171/6 197/22 251/2 299/2 303/3 307/4
reasonable [8]  6/24 170/1 187/5
220/24 224/5 224/12 229/10 230/1
reasons [3]  217/10 224/10 224/11
reassured [1]  219/12
rebreather [2]  227/3 228/14
rebut [2]  80/19 311/4
rebuttal [8]  7/7 283/23 283/25 284/5
284/6 286/21 292/16 311/7
recalibrate [1]  181/22
recall [65]  6/1 8/6 23/3 24/3 24/4 24/19
24/20 24/23 24/24 25/2 25/3 25/5
25/11 25/15 29/23 36/13 36/23 42/4
42/13 46/15 46/18 59/7 60/25 62/12
62/13 63/16 69/7 69/19 71/9 71/9 72/6
72/18 73/4 74/5 74/6 77/20 77/22
80/22 81/6 81/20 85/5 85/10 86/4
86/24 90/17 107/7 151/18 152/12
213/2 232/14 232/16 232/19 232/21
233/11 241/13 247/9 247/19 250/4
250/7 250/11 250/14 250/17 250/24
260/1 260/4 260/7
recalls [1]  289/23
receive [1]  185/11
received [4]  177/1 177/16 293/11
294/23
recently [1]  213/4
recess [9]  34/13 91/21 95/2 105/20
105/22 163/3 163/25 255/8 255/9
recessed [1]  32/19
recesses [1]  32/1
recognition [1]  180/8
recognize [7]  19/12 22/25 47/23
149/20 256/1 269/15 274/14
recollection [5]  4/24 53/11 149/19
165/13 232/15
recon [1]  215/4
reconsider [1]  291/17
reconstructed [1]  94/20
reconstruction [23]  64/8 64/25 65/6
93/23 94/17 113/19 113/24 115/25
129/12 139/25 140/4 145/19 146/10
148/6 155/21 171/2 171/3 171/21
190/13 190/15 190/16 257/10 257/16
reconstructionist [3]  23/5 56/9 115/13
record [11]  126/9 147/15 211/25 263/1
270/2 279/4 289/17 289/18 291/13
309/12 311/13
recorded [1]  140/8
recorder [3]  139/15 215/7 243/1
recording [3]  52/9 147/10 243/3
records [22]  138/7 170/24 171/17
188/4 218/13 219/10 223/22 228/14
228/25 236/15 237/7 237/20 238/3
238/14 239/4 239/23 279/12 280/5
282/9 282/20 282/21 282/24
recover [1]  228/12
recross [5]  93/13 98/24 99/1 282/14
282/16
recruit [1]  228/17
recruiting [1]  279/7
rectified [1]  275/9
red [2]  22/20 209/21
redact [5]  9/5 9/12 9/14 9/15 10/16
redacted [4]  9/7 10/1 10/7 164/11
redactions [2]  11/11 11/13
redeploy [1]  193/22
redirect [8]  85/21 85/23 93/12 102/20
103/1 162/19 278/21 278/23
redo [1]  52/8
reduce [8]  44/1 85/3 98/18 144/6 145/7
145/14 149/9 298/11
reduced [1]  143/14
reducing [1]  143/3
reduction [1]  84/17
reductions [1]  11/13
reevaluate [1]  201/10
refer [2]  48/9 219/9
reference [4]  25/7 280/7 280/8 280/9
referenced [1]  268/12
referring [12]  43/19 44/5 60/18 61/4
79/23 80/5 83/23 85/5 267/25 280/11
280/15 280/20
reflect [3]  33/22 89/11 293/9
reflecting [1]  51/19
reflective [1]  73/25
refresh [2]  4/24 232/15
refusing [1]  291/14
refuted [2]  238/18 238/23
regard [14]  4/10 9/12 10/1 121/6 127/8
127/13 163/6 189/25 296/14 296/23
298/5 303/1 304/18 306/23
regarding [7]  200/11 201/22 221/12
257/9 266/22 281/21 291/25
Regardless [1]  82/7
regards [1]  306/12
Regional [1]  265/25
regret [1]  300/14
regular [3]  88/2 207/3 243/21
regularly [1]  246/23
regulation [2]  57/11 303/12
regulations [3]  56/25 57/2 312/10
regulatory [1]  56/21
reinforce [1]  96/8
reinforced [1]  82/19
reinforcement [6]  49/20 49/23 50/3
50/6 50/9 50/16
reinforces [1]  50/11
reinstating [1]  186/20
relate [2]  7/2 126/6
related [10]  88/10 108/12 126/3 126/5
129/10 139/17 159/13 248/9 269/17
299/1
relates [5]  7/3 74 95/24 127/5 301/9
relation [1]  181/23
relationships [2]  246/19 251/4
relative [3]  32/14 58/3 226/15
relatively [1]  59/15
relaxation [1]  18/24
release [6]  179/10 239/4 279/12
282/19 282/22 283/1
released [2]  46/15
relevance [3]  5/14 129/23 294/12
relevant [10]  4/25 9/1 117/25 126/25
127/9 166/15 166/25 167/3 167/16
295/17
relied [8]  108/5 129/24 139/24 148/5
190/15 201/2 209/13 212/19
relief [3]  107/16 109/3 109/7
relies [1]  79/17
relieves [1]  144/4
reluctant [1]  301/7
rely [7]  56/9 115/17 138/11 200/21
200/25 212/18 290/8
relying [1]  64/9
remain [3]  29/17 93/16 153/9
remained [1]  43/2
remaining [1]  290/23
remember [24]  4/21 5/21 30/2 32/25
42/18 47/25 60/12 60/22 61/2 64/10
66/22 76/22 77/21 100/19 102/20
138/17 155/22 156/11 163/11 164/16
164/18 232/11 232/14 235/20
remind [4]  11/19 48/10 161/1 210/9
remove [7]  79/8 79/11 92/19 141/8
309/8 309/16 309/25
removed [3]  222/15 287/13 310/6
removing [1]  90/3 309/19
rendered [2]  201/9 234/16
rendering [5]  193/14 200/11 212/5
renewed [3]  289/22 290/3 291/13
reoriented [1]  97/2
repeat [5]  24/12 55/12 109/25 211/22
247/11
repeatedly [2]  17/25 303/13
repeating [2]  204/14 219/6
reperfuse [1]  237/13
replace [1]  250/23
replaced [1]  104/5
report [60]  21/17 21/20 21/21 22/3 22/6
23/2 23/3 33/2 37/11 37/13 63/20 77/7
80/12 80/19 80/22 80/23 81/1 81/18
86/3 87/1 89/21 90/7 90/8 93/10
102/18 104/1 123/5 127/6 148/3 148/7
152/9 152/13 186/13 186/14 199/20
199/22 201/18 201/21 221/19 239/25
257/6 257/8 257/12 257/23 258/1
258/13 258/21 258/22 258/23 259/6
259/7 259/14 273/17 273/21 274/6
274/11 274/15 276/15 276/19 276/22
reported [2]  63/12 312/8
reporter [5]  110/16 168/15 312/1 312/4
312/19
reports [4]  188/10 200/18 221/18
276/21
represent [5]  94/14 95/20 141/23
158/23 269/4
representation [3]  5/11 107/25 213/12
representative [6]  42/17 79/24 94/5
167/12 186/8 282/25
represented [2]  108/5 213/6
representing [3]  14/4 149/17 273/13

reproduces [1]  21/17
reproduction [1]  90/6
request [11]  6/13 166/3 166/19 166/21
287/13 291/14 291/17 293/5 293/12
307/17 309/24
requested [1]  307/25
requests [3]  10/25 11/10 165/12
require [1]  146/23
required [4]  96/11 146/21 147/1 304/3
requirement [3]  97/16 292/7 292/8
requirements [4]  88/9 96/11 125/19
289/5
rescue [1]  178/18
research [21]  98/10 111/5 116/6 116/7
116/9 116/10 117/7 119/17 119/1 119/3
119/13 119/23 119/24 136/2 143/15
153/21 159/11 163/1 177/8 178/23
185/12 214/6
researcher [1]  178/6
researchers [1]  121/14
resemble [1]  103/4
reserves [1]  6/18
residence [3]  176/6 176/8 176/9
residency [2]  175/23 176/18
resolve [1]  270/4
resolved [2]  290/22 302/20
resolves [1]  302/19
resources [1]  269/16
respect [14]  97/23 171/8 197/5 201/9
203/8 212/1 217/9 224/4 224/20
250/17 279/21 281/1 290/1 290/4
respectfully [1]  260/21
respirations [2]  222/8 222/9
respiratory [1]  216/24
respond [6]  8/14 80/20 106/16 166/11
167/12 227/11
responded [1]  267/15
responder [2]  17/20 18/2
responders [3]  252/14 252/16 253/2
responding [1]  5/22
responds [2]  34/9 159/10
response [10]  13/6 80/22 164/10
165/12 166/2 166/3 166/13 166/14
290/9 290/16
responses [1]  167/13
responsibilities [1]  173/24
responsibility [3]  113/21 180/24 181/1
responsible [6]  174/1 181/15 295/25
296/1 296/15 296/25
rest [16]  9/1 33/22 35/3 44/16 65/8
66/12 68/23 93/9 105/5 195/5 195/5
215/16 283/21 284/4 287/25 290/4
restate [1]  170/7
restraint [40]  112/10 112/13 112/14
113/11 113/14 115/15 117/23 118/15
118/19 118/23 120/4 121/7 126/7
127/2 127/3 127/12 127/14 129/6
129/8 131/9 131/12 134/25 138/10
138/22 139/13 139/16 141/15 142/13
142/16 142/19 143/3 144/2 144/3
144/11 144/17 146/20 148/5 150/3
150/9 174/23
restraints [6]  112/22 126/3 126/5 127/4
127/9 129/1
restrict [1]  31/7
rests [1]  283/22
result [6]  34/20 56/3 92/6 143/15
163/17 264/4

resulted [2]  116/10 117/8
resulting [1]  85/8
results [7]  54/4 55/18 89/8 115/17
118/22 119/3 213/9
resume [5]  116/9 116/11 116/12
116/15 117/5
resumes [3]  116/19 116/22 163/6
retained [7]  127/16 187/8 232/3 247/8
247/18 247/24 279/15
retired [6]  113/16 113/18 158/10 238/2
306/24 307/7
retractable [1]  151/7
retractor [6]  132/11 140/25 143/7
145/20 146/11 146/15
retractors [1]  146/23
reversible [2]  165/9 165/11
review [18]  25/22 80/20 119/17 119/20
119/22 127/2 138/21 138/24 138/24
185/17 188/3 188/14 188/16 200/2
211/25 218/12 276/9 280/5
reviewed [21]  23/22 25/19 80/12 81/18
118/19 118/20 136/6 139/24 146/10
147/18 148/4 185/14 188/4 188/4
188/15 189/2 201/16 211/14 213/4
213/5 276/22
reviewing [1]  237/20
revised [2]  164/24 291/12
rhythm [2]  181/23 181/23
rhythms [1]  181/13
rib [16]  207/22 207/22 208/4 208/6
208/16 208/17 208/25 210/15 211/11
211/13 212/6 225/4 225/4 227/3
230/10 230/15
ribs [9]  208/24 208/24 209/2 210/8
230/14 231/2 252/10 253/10 254/2
Richmond [2]  179/6 179/7
rid [2]  34/24 148/14
ride [1]  141/14
rides [1]  39/8
right [266]  6/18 9/18 11/13 11/15 14/6
15/10 17/13 20/16 20/19 20/21 20/22
21/4 23/12 23/15 24/11 27/9 29/7 32/3
32/23 33/7 33/15 33/20 34/2 34/4 34/4
34/15 34/21 35/6 35/10 36/11 37/20
40/14 41/15 41/18 41/24 42/9 42/24
43/1 44/13 44/18 44/21 44/23 45/13
46/11 47/14 47/19 47/20 48/1 48/11
48/15 48/18 48/20 49/14 50/16 51/1
51/12 52/1 52/15 52/17 53/17 53/19
54/3 54/10 54/15 55/7 56/9 57/2 57/7
60/7 61/22 61/25 62/3 62/11 62/24
63/5 63/19 63/22 64/21 65/1 65/2
67/16 67/20 67/23 69/6 69/18 69/20
70/3 71/4 71/18 72/2 72/21 75/5 75/11
75/25 77/4 78/15 81/7 82/3 82/16
82/19 82/25 83/5 83/11 83/19 84/5
85/14 85/18 86/2 86/8 88/12 89/2
89/24 90/8 90/13 91/10 94/1 95/11
95/18 96/2 99/14 100/6 100/24 101/10
103/14 104/19 105/2 105/10 109/10
110/9 110/9 125/1 125/9 127/21 134/8
135/20 135/23 137/19 137/22 137/25
140/15 140/16 141/18 142/8 142/10
148/25 149/1 149/4 150/7 152/6
152/23 155/3 155/7 155/24 156/3
156/15 156/16 157/5 157/23 158/13
159/2 159/16 159/18 159/19 159/23
160/5 160/8 160/19 160/23 161/7
161/11 161/15 162/3 162/21 163/19
163/23 165/3 168/5 168/7 168/7

168/13 169/14 175/14 178/25 182/25
184/9 188/1 194/11 194/24 195/17
195/17 195/22 195/24 196/1 196/3
196/4 198/20 199/10 201/3 201/6
202/10 203/10 203/11 207/13 208/1
208/5 208/9 208/15 208/24 209/20
209/23 210/13 210/14 210/14 210/15
211/5 212/17 214/4 214/12 215/12
217/1 217/3 218/3 218/15 222/1 222/1
222/23 225/19 225/22 226/19 227/8
230/4 238/6 240/23 241/17 242/13
243/1 248/24 250/23 252/19 260/1
262/21 263/2 265/24 271/22 274/9
274/19 276/20 278/20 281/1 283/19
283/22 284/2 289/9 289/17 290/9
291/4 291/22 300/2 301/1 302/13
302/15 302/25 306/1 306/11 309/11
311/8
right-hand [1]  89/24
righted [7]  15/7 15/9 15/24 29/23 33/8
198/16 200/6
righting [1]  18/13
rigid [2]  27/9 188/19
rigidified [1]  104/20
ring [3]  154/18 155/14 295/12
rise [5]  4/3 105/24 164/2 255/11
311/10
rises [1]  304/7
rising [1]  90/25
risk [16]  41/2 43/11 44/2 44/10 84/17
98/18 143/3 144/6 217/13 220/1 220/6
220/17 238/17 239/18 281/7 294/22
risks [1]  149/9
road [25]  86/16 147/21 147/24 148/11
148/13 148/16 149/2 171/5 186/12
190/17 215/1 215/12 215/12 218/19
243/13 277/22 281/18 281/22 296/20
298/9 298/16 299/1 299/9 299/12
299/16
roads [1]  186/11
roadway [1]  191/7
robust [1]  197/7
ROCS [3]  78/18 78/21 79/5
ROGER [10]  3/3 108/22 110/6 110/17
110/19 159/1 159/9 159/12 159/19
159/22
role [8]  42/19 49/3 50/3 113/25 115/12
174/8 189/10 189/12
roles [2]  85/7 111/10
roll [5]  43/12 68/8 96/8 96/24 103/17
rolled [5]  16/16 18/3 68/4 160/10 254/5
rolling [1]  58/16
rollover [36]  12/15 39/13 40/12 44/11
58/16 59/11 59/16 59/25 68/3 68/9
68/10 68/11 79/20 80/10 80/10 83/10
84/18 84/24 95/15 97/18 98/19 100/15
101/20 101/21 101/22 101/23 102/14
102/10 117/24 131/20 140/22 191/4
191/5 281/15 281/16 281/17
rollovers [1]  5/18
rolls [2]  191/7 281/17
roof [285]  5/3 5/19 6/20 7/2 7/20 8/2
15/14 15/17 16/17 16/24 16/25 17/2
17/6 17/9 17/10 17/12 17/14 17/15
18/12 18/19 18/19 18/24 19/6 19/10
21/1 22/7 22/16 22/21 23/14 24/1
24/11 24/13 25/12 25/24 26/14 26/16
26/17 26/24 26/25 27/4 27/8 27/14
27/15 27/17 27/20 27/21 28/2 28/9
28/17 28/17 29/2 29/2 29/19 30/5 30/7

roof... [230] 30/16 31/19 31/23 32/11
32/19 34/5 34/9 34/18 34/19 35/13
35/15 35/15 35/25 37/24 38/5 38/11
38/11 38/12 38/13 38/15 38/15 38/16
38/21 40/22 42/22 42/24 42/25 43/1
43/2 43/4 43/11 43/20 43/24 44/9
44/15 44/16 46/8 46/8 46/24 47/17
47/20 47/24 48/13 48/25 49/1 49/18
50/19 50/22 50/24 51/3 51/4 51/5 51/8
51/12 52/17 52/24 53/5 53/19 53/25
54/12 54/20 54/23 55/16 55/22 56/9
57/22 58/2 61/20 61/22 62/6 62/13
65/5 65/8 65/17 65/17 65/18 65/19
65/20 65/24 65/24 66/3 66/11 66/14
66/21 67/13 67/18 68/13 69/2 69/3
69/20 69/22 70/6 70/8 70/9 70/23 71/2
71/20 72/4 73/17 73/18 74/2 74/20
74/22 75/1 76/13 77/15 77/24 78/9
78/19 79/1 79/4 79/6 79/8 79/18 81/20
82/12 82/25 83/25 84/12 84/16 87/3
87/5 87/8 87/14 87/19 88/9 88/11
88/15 88/22 89/5 89/11 90/16 90/23
90/25 91/3 91/7 91/11 94/12 94/22
97/15 98/4 98/6 98/6 98/17 100/21
101/10 101/16 101/18 103/20 104/25
105/1 105/7 116/1 123/6 126/24
127/13 127/15 149/21 150/1 150/3
150/6 150/8 156/18 156/21 157/6
157/13 157/14 170/5 170/9 170/21
171/15 184/12 191/3 198/10 208/14
209/7 222/1 222/23 224/15 229/13
229/17 230/3 251/18 251/20 251/21
252/1 252/7 252/9 253/1 253/7 253/9
254/2 259/20 259/24 260/1 260/4
260/11 260/13 260/14 260/23 260/25
263/7 263/9 263/16 263/18 263/21
263/23 263/24 263/25 264/4 267/6
267/14 267/20 267/20 267/22 280/22
286/8 298/6 298/23 299/5 299/25
303/15 304/20 305/20
roofs [3]  55/25 67/6 84/23
room [28]  176/3 178/20 179/24 180/3
180/13 185/6 185/8 199/17 202/11
202/14 202/15 205/21 222/4 222/11
222/12 222/17 230/10 237/8 253/17
253/23 253/23 253/25 254/9 255/7
260/10 260/22 287/9 296/5
rotate [1]  226/14
rotated [1]  173/8
rotation [2]  173/12 264/7
rotational [1]  64/17
roughly [2]  48/8 117/15
routed [3]  113/21 137/18 155/5
routing [2]  138/3 150/14
rule [12]  83/24 84/7 85/11 163/13
203/10 258/19 289/24 290/17 291/3
291/23 292/1 292/11
ruled [2]  164/15 164/20
rules [4]  239/3 251/14 251/15 311/6
ruling [4]  159/7 164/18 289/25 291/1
rulings [1]  307/14
run [11]  23/15 51/5 68/1 103/23 121/2
123/23 130/11 130/17 131/21 215/24
294/24
running [6]  124/16 124/25 174/7 178/9
299/9 299/11
runs [6]  29/10 48/13 160/9 183/6 184/4
208/20

S-O-C-H-O-R [1]  168/17
SAE [1]  119/15
safe [7]  43/5 43/21 87/8 87/14 87/19
99/11 150/6
safeties [1]  149/5
safety [38]  44/1 53/25 57/15 81/9 83/25
99/4 99/19 99/20 99/21 104/17 113/12
113/23 117/22 125/16 125/18 141/25
146/7 146/17 146/20 147/3 147/4
161/17 161/21 162/1 172/13 173/15
173/16 173/18 173/21 173/22 176/16
176/21 176/24 178/7 285/13 285/14
303/3 304/20
said [94]  5/4 5/7 8/4 13/14 16/23 17/17
19/18 24/15 25/2 25/15 30/9 39/17 40/6
43/4 43/14 44/12 48/15 53/1 55/23
66/9 72/23 74/24 79/19 81/15 104/13
107/24 136/1 142/6 143/2 156/19
158/1 163/15 163/16 170/5 170/9
171/25 184/21 190/11 191/19 191/20
192/3 196/17 197/24 201/25 204/11
211/22 211/23 212/24 213/10 214/2
214/20 216/11 216/13 221/8 221/14
223/19 225/9 232/14 235/21 235/21
239/10 240/11 243/11 244/10 247/8
247/17 250/21 251/5 251/12 251/22
253/15 254/7 258/13 258/18 258/21
260/1 262/1 263/10 263/24 264/6
266/9 266/17 268/7 268/8 269/21
274/9 276/9 276/11 276/12 284/24
285/2 285/12 292/4 302/9
sake [1]  100/21
Sal [4]  47/24 48/23 49/18 50/19
sale [2]  55/8 125/4
same [62]  6/11 12/3 29/17 29/19 30/7
34/4 39/25 42/24 43/1 43/8 46/8 48/15
54/24 55/14 64/2 64/2 64/3 65/20
66/11 68/14 77/4 77/5 81/23 82/8
82/18 83/9 83/11 84/10 96/22 97/1
97/12 98/15 101/7 101/8 101/16
103/10 107/5 124/14 124/15 126/19
126/23 130/13 142/6 145/5 156/16
162/17 163/6 163/15 164/11 166/19
170/23 173/10 174/14 202/25 204/11
216/2 223/23 255/15 281/14 284/10
287/1 307/15
Sanchez [2]  151/17 251/24
sandwiches [1]  288/25
sat [4]  18/15 70/23 71/1 290/18
satisfy [1]  67/7
save [3]  18/8 57/18 84/23
saving [1]  184/10
savings [2]  49/11 53/3
saw [26]  13/9 21/21 25/17 28/12 29/22
59/23 72/20 81/4 101/7 101/8 132/20
134/21 197/9 197/10 199/4 206/13
208/12 218/13 229/25 253/22 281/11
283/8 284/21 286/14 286/15 301/18
say [93]  8/2 8/3 13/12 15/1 16/13
18/11 21/13 24/7 24/15 26/6 26/9 27/9
27/16 31/8 31/11 34/7 35/5 35/6 35/9
41/19 41/22 43/20 44/17 44/18 46/10
55/19 56/20 57/5 57/21 58/3 58/10
58/21 60/18 71/24 75/13 77/23 78/1
78/18 79/17 84/8 84/23 85/2 86/10
92/7 94/14 96/16 98/14 99/13 101/5
101/13 109/1 129/24 138/12 147/16
149/21 150/6 150/17 152/24 156/5
156/15 161/8 166/23 169/19 175/17

175/18 184/12 184/25 186/12 193/23
196/13 199/17 200/4 201/5 203/12
205/17 206/25 213/23 215/21 219/23
219/24 221/13 224/19 226/22 235/17
238/20 253/15 254/15 258/18 266/17
276/3 293/16 294/7 295/1 295/11
295/12 295/13 296/5 297/15 300/2
300/6 300/16 306/10 310/21
saying [37]  14/2 23/16 24/4 24/13
24/20 25/4 34/20 34/25 39/12 40/16
41/9 44/19 56/25 57/9 57/11 58/19
69/2 83/24 84/4 85/10 99/10 103/8
103/23 104/15 104/18 136/19 153/19
156/5 157/18 176/25 194/10 212/20
219/13 240/1 250/14 281/1 304/14
says [45]  4/18 6/19 6/22 14/20 43/13
48/3 48/4 48/19 54/9 69/11 69/14 70/7
71/22 74/2 81/12 82/1 88/4 97/14
97/20 97/23 106/6 108/15 159/7
159/19 160/1 166/16 166/21 167/13
186/14 189/20 215/21 215/23 216/4
216/18 217/25 223/14 250/14 287/4
295/24 303/23 304/7 305/16 305/17
305/23 309/4
SC [2]  50/22 50/24
SC/CC [2]  50/22 50/24
scale [14]  28/23 30/3 31/5 31/8 87/8
129/6 184/4 184/4 184/4 184/15
213/16 227/6 231/5 274/2
scaling [1]  186/24
scan [8]  21/25 22/2 22/10 33/13 33/16
210/11 214/10 277/3
scanning [1]  182/14
scans [5]  15/16 178/4 210/20 210/20
211/13
scenario [1]  253/16
scenarios [1]  33/21
scene [51]  18/3 23/22 23/25 24/17
25/9 25/17 25/19 26/4 40/22 40/24
102/15 102/16 138/12 138/15 138/15
151/9 151/11 152/1 171/13 171/19
179/9 188/7 198/15 198/17 198/20
199/6 199/16 200/5 200/9 201/1 205/5
205/13 206/12 206/13 215/10 215/18
221/25 222/7 229/23 230/4 230/5
252/14 253/8 253/19 254/10 254/18
257/10 257/16 265/10 265/15 280/24 285/19
schedule [1]  239/5
school [13]  28/21 67/4 71/16 169/8
172/8 172/9 172/14 172/22 175/20
175/22 175/23 245/19 246/2
SCI [1]  177/13
science [2]  43/13 98/20
sclera [3]  223/8 223/8 223/14
scope [1]  156/24
score [5]  184/25 185/2 273/24 274/7
274/25
scratch [7]  133/19 134/3 135/10 135/14
152/21 152/24 153/9
scratches [4]  133/23 134/9 134/11
134/17
screen [18]  102/22 102/23 133/22
191/14 191/14 200/16 204/3 204/20
204/23 235/2 260/25 261/8 261/17
262/17 262/23 262/25 270/21 272/22
screens [1]  195/16
scroll [1]  205/1
SDS [5]  128/12 128/13 128/16 128/21
129/1
se [2]  6/16 7/3

seal [1] 21/3
search [1] 302/5
seat [22] 41/18 110/15 132/7 141/20
143/21 143/22 143/24 145/13 154/17
155/14 199/11 199/14 199/17 200/7
203/17 234/10 234/17 234/22 248/15
249/9 249/18 251/21
seatbelt [53] 122/21 123/7 131/15
132/4 132/8 132/10 132/12 132/14
133/9 133/10 133/12 133/14 133/16
134/1 134/4 136/5 138/2 138/13
140/24 140/25 141/6 141/7 141/8
142/14 142/18 143/6 145/20 146/8
146/23 150/10 150/15 155/18 234/24
235/3 235/7 235/8 235/12 284/19
284/22 285/25 293/14 293/21 293/24
294/7 294/22 295/14 295/17 297/5
298/10 298/18 299/1 299/13 299/20
seatbelted [1] 207/17
seatbelts [17] 122/19 126/24 128/13
128/14 128/16 138/10 142/21 150/23
184/7 194/5 285/7 293/11 294/10
294/19 295/8 295/21 300/7
seated [8] 4/6 144/13 164/4 168/13
203/9 203/10 207/3 289/19
seats [2] 112/22 234/4
second [31] 4/15 8/14 25/3 39/7
102/24 113/6 113/8 117/11 117/13
130/16 130/19 130/20 141/17 141/24
142/1 148/24 174/22 190/25 193/18
193/20 193/25 194/3 194/14 195/6
216/8 235/19 235/21 264/10 281/11
305/13 308/17
second-floor [1] 235/21
Secondly [1] 292/9
seconds [7] 147/12 147/20 147/21
171/5 215/8 216/10 216/11
section [7] 88/6 89/9 90/21 117/5 181/2
301/14 312/6
see [163] 4/17 10/21 15/13 19/20 20/9
20/23 20/24 21/7 22/16 23/2 23/13
24/22 24/22 28/22 34/1 34/2 35/11
35/25 37/25 39/2 40/21 41/18 41/20
42/1 42/3 42/8 42/11 47/9 48/5 48/23
49/8 49/9 49/12 49/18 49/21 50/20
55/20 59/25 60/6 69/10 69/22 70/6
71/8 71/20 71/25 72/14 77/3 86/16
91/7 92/13 94/6 94/18 96/5 102/1
102/2 102/4 104/1 104/23 109/1
128/19 130/7 130/20 130/22 131/13
131/14 133/23 134/3 135/22 139/17
143/23 152/10 154/5 154/9 154/14
154/15 155/6 158/25 159/4 159/14
163/2 174/12 174/13 178/7 180/4
182/17 192/19 192/22 192/23 193/2
193/14 197/11 197/25 198/25 199/5
199/5 199/9 199/20 202/6 202/9
202/10 203/20 205/3 205/8 205/10
207/1 207/18 207/19 209/3 209/6
209/18 209/21 209/24 209/25 210/2
210/5 211/15 212/11 212/12 212/13
214/2 214/12 215/5 215/7 215/11
219/10 222/25 223/3 223/6 223/9
223/12 223/13 223/15 223/17 226/13
227/2 227/17 229/3 229/3 230/13
233/9 243/6 253/2 253/4 253/5 261/12
261/21 262/14 267/7 269/8 270/21
272/22 272/23 273/6 280/23 281/9
281/12 284/8 284/18 289/14 296/10

301/17 302/4 311/8
seeing [11] 23/3 69/7 75/4 74/9 130/8
130/21 155/22 190/13 192/12 251/25
252/2
seeking [3] 131/3 298/2 299/4
seem [1] 260/18
seems [3] 7/7 202/24 250/21
seen [35] 15/19 23/8 28/10 32/17 37/9
37/13 37/14 42/7 48/2 49/3 52/9 53/10
54/19 55/22 69/5 69/17 72/24 73/24
74/2 74/4 77/18 95/9 106/7 158/22
192/10 200/1 204/8 212/25 213/11
252/24 278/17 279/22 282/24 285/24
301/13
sees [3] 58/16 59/22 97/19
selected [1] 129/16
sell [7] 57/4 96/14 100/4 125/12 126/1
126/1 309/6
selling [5] 46/13 51/15 54/18 54/23
279/5
send [7] 10/5 35/21 164/24 166/20
167/4 186/13 295/21
sense [10] 65/3 193/3 225/21 225/24
226/5 226/6 226/7 238/23 251/6
304/13
sensed [2] 142/3 146/5
sensors [2] 145/25 146/1
sent [1] 106/14
sentence [11] 305/10 306/22 308/14
308/17 309/3 309/4 309/8 309/16
309/19 309/20 309/21
sentences [1] 308/7
separate [1] 161/20
September [2] 49/6 72/2
serious [18] 5/3 180/5 213/24 213/25
213/25 270/23 271/1 271/5 271/8
271/11 271/13 271/25 272/2 273/11
274/3 275/4 281/5 309/7
serous [1] 85/9
serries [1] 182/19
serve [1] 121/17
served [7] 257/5 258/13 266/21 266/23
273/17 276/15 276/19
service [2] 10/16 10/16
services [2] 111/10 123/1
session [3] 4/5 105/25 164/3
set [8] 123/22 123/22 128/11 143/12
145/6 174/15 178/9 212/21
setting [1] 114/19
seven [4] 196/1 196/2 209/18 249/22
seventh [1] 208/6
several [3] 25/9 185/23 279/23
severe [6] 85/4 130/11 143/8 149/8
149/9 213/17
severity [6] 129/14 184/25 185/2
194/13 213/16 273/25
shall [2] 111/12 168/10
shape [5] 90/16 92/4 94/25 154/16
155/14
share [4] 10/4 98/15 115/18 144/16
shared [1] 98/16
sharing [2] 119/2 119/12
she [190] 40/6 40/6 45/18 72/23 72/24
73/1 73/5 134/15 150/12 150/18
151/14 170/25 171/6 192/3 192/5
193/7 193/9 196/4 196/5 196/14
196/15 196/15 196/24 197/10 197/12
202/6 203/18 203/18 203/19 203/20
205/10 205/17 205/18 205/19 205/22
205/22 207/3 207/16 207/17 207/20

207/21 207/22 207/24 207/24 207/25
207/25 208/1 208/1 208/3 208/8 208/8
208/10 208/10 208/11 208/15 209/8
217/16 217/16 217/17 217/17 217/24
218/8 219/10 219/13 219/17 219/20
220/3 220/5 220/5 220/19 220/22
221/2 222/3 222/9 222/11 222/11
222/12 222/12 222/17 222/21 223/2
223/2 223/3 223/20 223/25 223/25
224/6 224/9 235/8 236/2 239/18
239/21 240/16 241/7 241/13 241/14
242/6 242/6 242/7 242/12 242/25
243/2 243/4 243/14 243/17 243/18
243/20 243/20 247/7 247/16 251/8
251/12 251/12 252/8 252/8 252/12
253/10 253/12 253/12 253/24 254/2
254/3 254/5 254/6 254/8 254/14
254/15 254/16 254/17 254/18 254/20
256/20 274/10 274/11 277/7 279/24
282/5 282/6 284/24 293/9 293/21
293/22 293/22 293/23 293/24 294/1
294/1 294/6 294/7 294/14 295/9
295/10 295/18 296/1 296/2 296/4
296/9 296/19 296/24 297/4 297/10
297/10 297/13 297/14 297/16 297/18
297/19 297/19 297/24 297/25 298/2
298/8 298/9 298/14 298/15 298/17
298/19 298/20 298/23 299/8 299/9
299/11 299/12 299/12 299/15 299/18
299/19 299/25 310/18 310/19
she's [25] 14/3 149/3 207/4 217/14
217/15 219/15 219/24 220/7 220/10
220/16 220/18 220/18 220/20 220/20
222/2 223/12 240/4 240/4 241/4
242/12 242/13 252/9 253/9 253/24
296/8
sheet [1] 233/8
shift [1] 180/18
shifting [1] 16/21
short [2] 79/15 278/22
shortening [1] 29/18
shorter [5] 28/18 29/15 30/22 31/19
31/22
shortly [3] 164/25 189/5 299/18
shot [2] 106/17 193/21
should [32] 7/15 31/13 31/14 33/2
58/20 72/12 107/4 109/14 109/19
109/23 134/16 140/13 147/24 148/11
148/15 151/4 237/24 269/6 271/24
273/10 278/15 279/9 288/5 288/16
289/10 290/24 298/11 299/13 303/11
303/17 304/4 305/6
shoulder [17] 133/11 134/16 134/20
134/22 134/22 134/22 135/13 135/13
138/6 138/6 150/13 150/14 150/18
150/24 151/7 193/1 193/6
shouldn't [3] 127/19 136/23 164/17
show [28] 4/19 8/9 9/16 10/17 37/10
39/14 43/10 91/22 92/20 102/18
116/22 129/20 137/8 171/12 191/22
192/7 203/24 204/18 206/9 206/22
214/12 217/7 242/23 256/10 262/3
270/9 287/17 295/9
showed [11] 11/6 11/12 11/13 39/11
63/2 86/3 95/5 101/9 138/12 163/17
235/2
showing [10] 68/6 94/8 190/14 197/2
209/17 270/7 270/11 272/10 278/16
287/3
shown [13] 137/12 139/3 140/3 141/23

shown... [9]  145/19 155/22 164/18
206/17 207/20 224/22 272/9 288/4
288/4
shows [7]  102/19 190/21 193/15
203/22 206/10 207/2 262/25
sick [1]  184/23
side [106]  16/10 16/12 17/4 17/7 17/8
17/8 17/12 17/17 18/12 18/14 18/15
18/18 18/21 19/13 19/17 21/1 21/12
22/12 22/13 22/16 22/16 24/21 26/19
26/21 26/21 26/22 27/23 28/1 28/2
30/4 30/6 30/10 30/13 30/20 31/14
32/18 32/19 34/12 35/9 35/16 35/17
35/24 41/16 41/23 42/24 48/3 51/4
51/4 51/5 51/5 51/6 64/18 64/19 64/20
64/21 64/24 67/22 67/23 68/1 89/24
90/24 91/24 97/1 97/3 97/9 101/13
102/2 102/3 122/24 131/19 137/4
139/18 139/21 140/17 140/18 140/21
141/21 142/4 142/4 142/4 142/6 156/1
156/1 166/9 166/20 167/5 167/9
167/11 172/19 175/3 177/24 184/11
184/11 200/16 208/9 209/19 209/20
210/15 225/17 225/17 226/1 253/4
253/5 254/5 279/17 288/5
side-impact [1]  141/21
sides [3]  17/1 33/6 304/24
sideways [8]  32/17 34/11 68/4 68/8
92/5 92/7 96/24 149/4
sight [1]  216/13
sign [16]  45/12 45/22 46/22 47/19
51/19 51/24 51/25 54/7 55/8 55/15
72/21 73/21 138/2 167/12 167/13
279/12
signature [5]  10/15 10/17 256/2 256/21
256/22
signatures [1]  10/9 10/12
signed [3]  54/18 273/20 283/1
significance [1]  302/12
significant [1]  229/19
significantly [1]  301/12
signs [2]  45/9 227/1
Silverado [2]  76/23 77/10
similar [10]  115/23 116/3 119/12
129/14 129/16 130/8 130/12 176/7
224/20 233/5
similarity [1]  114/11
simple [2]  182/23 299/15
simplicity [1]  62/8
simplified [1]  165/7
simplifies [1]  121/4
simply [15]  13/17 16/15 29/12 31/7
40/20 59/10 75/6 76/1 92/22 105/1
212/19 222/18 254/8 294/7 308/17
simulate [5]  93/23 94/19 101/22 174/17
203/12
simulating [2]  47/11 81/13
simulation [2]  47/10 93/22
simultaneously [1]  67/13
since [13]  13/19 14/14 81/7 81/9
108/16 112/9 118/4 158/10 176/9
192/22 197/15 221/14 275/2
sincerely [1]  300/15
single [2]  46/23 122/17
sinus [2]  181/23 181/23
sir [72]  7/16 8/12 81/11 108/25 137/16
151/9 161/1 162/21 164/7 164/23
168/5 168/13 231/23 233/4 233/7
234/1 234/13 235/4 235/7 235/10

235/14 235/17 236/3 236/19 236/25
236/22 237/11 238/4 238/10 242/4
242/8 242/17 242/21 243/10 243/19
244/2 245/23 247/8 248/21 249/20
250/10 251/7 251/17 254/10 254/19
258/4 258/17 259/18 259/23 260/2
260/21 263/7 263/14 265/8 266/6
267/4 267/23 268/2 273/15 275/18
283/19 283/24 284/12 284/20 284/23
286/20 287/21 291/7 291/11 291/15
306/16 309/14
sit [14]  53/9 53/13 59/7 63/18 74/11
76/24 77/1 77/22 83/13 104/11 185/23
186/7 200/20 283/5
site [4]  15/14 15/18 15/19 35/22
sitting [17]  18/18 19/14 20/14 21/16
21/4 21/4 21/18 21/24 23/6 23/7 29/24
38/10 104/8 198/6 203/14 237/18
290/20
situated [2]  110/15 168/14
situation [1]  138/18
six [14]  112/17 112/21 157/9 172/12
184/4 186/16 196/2 208/5 213/22
234/11 260/5 274/2 274/3 280/14
six-month [1]  112/21
six-year [1]  157/9
size [3]  173/24 219/25 286/12
sizes [2]  122/3 122/3
sketch [1]  31/8
sketches [1]  80/19
skin [6]  212/11 212/12 212/12 213/11
214/4 214/20
skip [1]  7/25
skipped [1]  7/21
skull [5]  216/22 226/15 227/16 227/18
264/7
slap [1]  107/15
sled [6]  173/23 174/6 174/8 174/13
174/19 178/16
sleep [1]  228/22
slice [1]  209/20
slices [1]  214/11
slicing [1]  210/12
slide [1]  92/20
sliding [1]  144/9
slight [2]  47/21 208/12
slightly [2]  64/23 219/23
slopes [1]  260/16
slopped [1]  144/12
slow [7]  130/15 130/18 130/22 130/23
131/10 131/13 143/14
slow-motion [2]  130/23 131/10
small [7]  51/23 56/4 111/2 113/14
128/6 139/12 197/2
smaller [3]  67/20 220/11 227/20
smallest [1]  129/7
smart [2]  38/21 215/22
smear [1]  133/19
Smith [1]  186/14
smoker [1]  230/19
smokes [1]  220/5
smoking [1]  220/6
snow [1]  148/19
so [419]
so-called [3]  78/18 242/11 242/23
SOCHOR [53]  3/6 168/4 168/5 168/16
168/20 168/25 171/23 174/20 178/10
186/1 186/22 187/4 190/12 191/20
193/17 194/10 198/23 200/1 201/2
202/4 204/20 204/22 206/7 206/21

210/19 210/22 211/4 211/25 212/16
212/23 218/23 219/5 220/24 224/3
226/2 229/10 230/9 231/13 234/23
239/10 244/9 255/24 256/16 257/1
257/2 262/8 262/14 269/15 270/16
274/20 274/24 275/18 278/25
Sochor's [4]  267/9 268/15 278/12
287/3
Society [2]  119/6 185/23
soft [5]  212/25 213/10 214/2 214/3
214/24
soften [1]  133/18
softened [2]  134/5 152/21
sold [7]  46/14 46/19 46/22 125/3 125/7
125/20 234/18
solde [1]  57/4
sole [2]  296/5 296/9
solely [1]  289/12
solemnly [2]  110/11 168/9
solution [1]  295/3
solved [1]  11/11
some [93]  8/21 18/24 18/24 23/19
28/10 30/19 31/16 34/7 37/7 42/14
45/9 46/4 47/20 47/21 47/21 52/6 52/9
53/19 55/11 59/14 60/8 71/24 73/22
78/13 78/16 79/16 81/7 90/16 92/4
92/25 101/18 102/24 108/6 109/18
109/24 115/8 116/9 117/23 117/24
118/1 120/22 123/11 124/3 124/3
124/4 124/22 132/4 136/2 142/15
143/10 143/11 144/2 144/4 144/16
157/19 158/24 161/16 163/7 172/23
182/13 185/16 188/12 192/6 195/2
195/3 195/9 198/2 199/19 199/20
201/13 202/16 204/9 208/1 208/4
209/5 209/6 209/12 220/20 222/7
225/4 226/8 226/8 226/10 226/15
226/16 226/16 227/1 228/16 230/14
233/18 238/12 263/9 288/25
somebody [20]  4/17 11/8 17/24 40/16
123/10 181/4 181/25 184/5 193/3
197/8 199/6 199/12 199/12 203/2
240/20 241/16 253/5 260/16 279/5
301/15
somebody's [1]  167/15
somehow [9]  5/17 28/18 29/5 35/21
108/12 156/6 254/6 295/9 307/8
someone [18]  11/13 14/13 18/3 38/12
38/14 39/1 39/6 40/10 69/12 70/8
75/22 138/4 148/10 148/16 166/7
203/7 213/6 230/9
something [43]  13/8 16/19 17/24 21/11
29/22 30/4 30/14 31/3 33/18 36/21
43/4 53/9 56/19 59/19 62/2 63/2 66/24
69/12 78/21 82/22 84/4 92/7 92/8
106/2 115/23 128/11 139/19 141/3
141/22 142/15 146/5 149/9 152/8
161/3 165/2 165/15 167/1 175/13
176/7 184/25 191/21 196/20 211/10
206/25 208/23 223/17 227/15 230/21
262/2 268/6 280/3 286/14 292/25
293/12 301/2 301/4 302/22 304/4
305/6 308/21 309/12 309/17
sometimes [12]  15/21 67/2 146/4
161/20 161/20 182/9 198/21 223/6
230/16 258/8 258/9 305/12
somewhat [2]  5/23 8/5
somewhere [6]  20/21 20/22 43/17
56/12 142/2 156/3
son [1]  234/16

sons [1] 282/18
sorry [14] 19/24 40/12 59/9 80/2 99/15 101/12 102/23 122/12 160/3 180/23 212/15 247/11 254/25 262/11
sort [5] 92/23 113/22 120/1 144/12 298/13
sorted [1] 255/14
sound [5] 62/2 63/19 84/5 159/16 194/18
sounded [1] 264/12
sounds [6] 136/17 157/5 222/7 227/11 276/20 304/12
Southwest [1] 244/4
space [2] 47/19 85/7 174/13 190/5 193/16 198/13 199/15 199/23 200/10 201/5 207/5 207/8
span [1] 157/9
speak [1] 41/14
speaking [3] 12/13 38/16 230/8
special [1] 177/12
specializes [1] 183/16
species [1] 47/1
specific [11] 7/19 42/5 52/1 69/7 71/19 77/16 77/20 85/5 156/14 310/23 311/2
specifically [12] 22/9 24/6 25/2 43/19 44/5 46/16 46/18 78/22 81/15 151/17 152/12 214/1
specification [2] 128/12 132/4
specifications [1] 128/23
specifics [4] 24/3 24/19 24/24 25/15
speculate [2] 78/14 295/8
speculation [2] 285/2 285/3
sped [2] 301/12 302/9
speed [5] 123/18 130/10 130/17 148/14 175/14
spell [2] 110/16 168/14
spend [2] 99/6 177/11
spent [3] 112/17 114/6 161/13
spilt [1] 291/10
spinal [2] 252/11 253/11
spine [10] 84/21 195/12 196/9 197/3 207/23 208/19 208/20 209/17 216/23 229/24
spinous [5] 195/25 198/10 207/24 208/2 209/22
spleen [3] 225/7 225/9 225/10
splenic [3] 225/13 225/13 225/14
split [1] 218/1
sponsor [1] 99/19
sponsored [1] 57/17
spool [3] 141/1 143/7 145/22
spread [3] 144/18 196/10 218/6
spreading [1] 218/3
spreads [1] 144/5
spring [2] 18/24 19/2
SQR [1] 1/25
squad [2] 178/18 178/19
square [1] 210/5
squeezed [1] 199/13
ST [11] 1/13 1/18 1/20 1/23 2/2 2/4 2/10 180/20 180/23 235/23 265/25
ST-elevation [1] 235/23
stability [1] 17/6
stacked [1] 102/19
stage [2] 52/15 124/8
stains [1] 223/11
stamp [1] 105/4
stand [10] 5/7 7/18 7/20 124/10 192/14 252/5 284/3 294/21 303/13 308/19

standalone [1] 8/22
standard [28] 62/15 62/18 62/19 62/20 62/25 84/20 99/7 99/24 100/1 100/2 104/17 126/10 128/21 142/23 187/15 221/17 251/16 303/16 304/3 304/8 304/8 304/9 304/10 304/11 304/18 304/21 305/3 305/20
standards [38] 53/23 57/6 57/23 57/24 58/1 83/25 96/13 100/4 104/21 104/24 125/16 125/18 125/22 125/23 125/25 125/25 126/3 126/5 126/6 127/24 128/2 128/4 128/15 128/18 128/7 128/8 129/1 235/25 303/3 303/17 303/21 303/21 303/23 305/5 305/8 305/17 305/18 305/24
stands [1] 117/19
star [18] 268/3 268/20 268/24 269/1 269/5 269/20 270/17 270/19 270/20 270/25 271/2 271/4 271/7 271/8 272/10 272/14 273/6 273/9
stared [1] 161/1
stars [1] 269/10
start [15] 40/9 93/11 111/17 120/9 121/10 122/13 124/25 148/10 153/14 170/15 183/13 190/10 207/12 218/3 218/7
started [12] 46/13 54/18 111/18 112/9 112/12 118/1 118/2 121/23 124/5 139/14 141/12 228/25
starting [2] 54/23 158/20
starts [4] 51/15 122/10 134/10 166/10
state [30] 25/9 151/8 151/25 159/1 166/13 172/5 172/7 172/9 179/7 179/22 191/23 233/6 233/14 233/21 233/22 246/1 246/3 246/6 246/9 246/14 246/18 246/20 246/23 247/6 247/13 251/24 264/21 291/24 291/25 309/25
stated [7] 224/10 224/11 252/19 254/8 257/13 273/15 297/4
statement [11] 5/8 10/18 43/7 43/16 43/18 103/25 127/20 258/4 258/6 286/6 309/10
states [14] 1/1 1/10 4/4 6/16 125/20 126/1 126/1 166/15 166/17 227/5 234/12 312/4 312/6 312/10
static [2] 63/11 81/17
stating [1] 274/7
stay [11] 27/8 27/11 28/6 28/17 31/14 288/12 288/13 288/14 288/20 303/11 307/2
stayed [1] 161/10
staying [1] 38/16
stays [1] 30/6
STE [6] 1/23 2/2 2/4 2/6 2/8 2/10
steel [2] 103/19 104/25
steer [2] 144/25 148/21
steering [17] 131/15 144/23 144/24 144/25 145/4 145/11 173/20 194/8 205/11 205/16 205/18 205/19 205/20 205/24 205/25 215/14 215/15
STEMI [1] 180/23
stenographically [1] 312/7
step [4] 7/25 112/19 120/23 286/20
sternal [4] 208/15 209/3 224/14 225/15
sternum [2] 209/4 209/6
sticker [3] 272/9 272/23 273/1 273/3 273/4
sticks [1] 152/16
stiff [2] 79/25 80/4

still [29] 11/19 15/14 25/12 29/15 55/17 65/16 69/14 87/16 87/19 88/21 102/14 103/23 113/25 149/5 155/9 161/12 194/5 205/8 222/3 223/12 223/13 225/13 240/21 241/3 241/6 243/24 288/11 289/10 294/11
stop [5] 65/12 110/8 168/6 217/5 293/16
stopped [1] 254/16
stops [3] 17/11 19/21 227/18
storage [3] 15/12 15/20 22/1
store [2] 141/2 145/23
stories [1] 184/12
story [1] 176/1
straight [19] 19/4 22/13 110/7 153/9 153/14 153/15 154/6 154/14 154/15 154/25 155/1 168/6 192/1 192/2 192/20 192/21 199/7 205/5 256/6
straighter [2] 154/11 155/1
Straightish [1] 155/2
street [1] 194/19
strength [73] 42/25 43/11 46/9 46/24 47/17 52/17 54/12 54/19 56/18 56/23 57/9 59/22 61/20 61/23 62/7 62/13 62/15 66/22 67/7 67/19 67/19 69/3 69/23 70/6 70/9 71/9 71/11 71/13 71/20 72/4 73/17 73/18 74/3 74/14 74/16 74/19 74/20 74/23 75/1 75/7 75/8 75/13 76/13 76/22 77/10 77/12 77/13 77/14 77/15 78/1 82/25 84/12 85/2 86/24 87/3 87/3 87/5 87/11 87/16 88/10 88/11 88/14 97/15 97/17 98/17 100/22 101/17 156/18 157/3 157/6 157/14 303/15 305/20
strengthened [1] 81/19
stress [3] 182/21 219/11 241/6
stretch [6] 142/12 142/18 142/22 143/18 192/1 192/2
stricken [1] 109/8
strike [4] 14/8 65/19 68/3 302/14
strikes [3] 75/19 75/24 252/24
striking [2] 65/25 71/5
stringent [1] 125/24
stroke [1] 241/25
strong [2] 196/13 196/14
stronger [9] 50/4 50/10 55/25 81/20 84/16 84/23 105/2 105/7 156/21
struck [1] 64/25
structural [5] 36/7 53/25 97/14 97/20 103/20
structurally [1] 186/18
structure [29] 6/20 16/25 18/24 27/20 27/21 30/12 32/5 55/21 56/4 64/15 64/22 66/6 66/15 67/13 88/24 98/6 98/6 103/20 105/1 105/1 105/5 143/22 143/23 143/25 144/3 145/1 150/6 209/1 225/23
structures [2] 19/3 144/24
struggling [1] 182/18
stuck [1] 222/22
students [2] 178/21 178/21
studied [2] 57/2 266/5
studies [6] 43/10 73/22 117/7 257/21 258/15 259/10
study [23] 24/18 70/5 85/5 85/11 135/8 185/20 213/9 221/25 254/22 257/3 258/5 258/16 258/23 258/24 259/1 259/3 259/5 259/11 259/12 259/18 262/10 262/11 283/13
studying [1] 183/23

stuff [7]  8/17 109/25 122/5 217/21
306/17 306/21 311/8
subarachnoid [2]  226/8 226/16
subcomponent [1]  132/6
subdural [1]  226/17
subject [5]  33/13 151/21 251/13 255/25
256/17
subjecte4d [1]  103/9
subjecting [1]  47/8
submarining [1]  143/21
submission [1]  89/20
submissions [1]  83/20
submit [1]  302/1
submitted [6]  10/22 84/10 106/5
106/10 106/12 302/2
submitter's [1]  69/15
subparagraph [1]  89/10
subpoena [1]  292/10
substance [1]  171/23
substantially [1]  104/21
subtle [1]  209/24
such [8]  60/9 65/7 68/22 92/4 107/11
132/6 292/8 292/8
suck [1]  141/10
sudden [12]  238/19 239/23 240/1
240/20 241/18 242/7 276/3 277/1
277/6 277/12 277/17 278/8
suddenly [3]  240/13 282/6 282/6
sued [3]  166/10 166/11 167/15
suffer [3]  263/18 263/11 263/18
suffered [3]  169/17 296/2 298/2
suffering [4]  85/4 294/17 298/3 299/4
suffers [1]  217/17
suffocate [2]  38/23 39/3
suffocated [3]  38/12 38/18 41/4
suffocating [1]  222/22
sugar [1]  220/10
suggest [3]  8/19 214/20 294/4
suggesting [1]  293/25
suggestion [1]  212/23
sum [1]  224/3
summarize [1]  170/14
summary [1]  70/2
summer [3]  160/9 173/1 245/8
summers [2]  172/25 173/2
sun [2]  24/11 24/14
super [18]  37/8 37/9 38/3 43/23 46/1
46/2 50/25 53/7 57/25 69/23 70/2 72/5
76/19 89/12 130/15 216/22 268/2
268/25
superficial [1]  213/10
superfluous [1]  309/22
supervisor [2]  113/22 113/23
supplemental [3]  157/14 159/6 307/11
supplier [1]  122/25
suppliers [2]  122/16 123/1
supplies [1]  291/25
supply [2]  80/9 123/2
support [9]  17/2 51/4 70/23 162/2
162/8 162/16 229/2 239/21 239/23
supported [1]  145/1
supports [1]  97/20
suppose [3]  9/4 30/21 32/2
supposed [4]  84/11 226/19 253/17
275/8
Supposedly [1]  279/5
Supreme [1]  301/22
sure [49]  5/1 9/9 9/18 10/4 10/6 10/7
11/7 12/3 15/23 16/23 27/14 33/19

40/9 61/17 76/8 85/16 102/25 107/17
113/23 125/8 125/10 140/7 151/25
154/23 163/5 163/19 165/24 168/16
170/16 171/10 172/25 186/17 190/16
191/16 204/11 207/14 215/4 230/17
239/1 246/20 247/12 251/1 262/19
270/5 294/20 302/6 303/4 303/10
305/1
Surely [1]  304/17
surface [2]  32/8 214/20
surfaces [2]  65/5 133/13
Surgeons [1]  184/20
surgery [2]  176/14 230/23
surprise [4]  59/25 115/20 115/24
128/20
surprised [2]  59/2 255/17
surrebuttal [2]  284/8 287/22
surrogate [42]  188/11 188/12 188/13
201/18 201/20 201/23 201/25 202/5
202/6 202/8 202/17 202/20 202/21
202/22 202/23 202/23 204/24 205/1
205/8 206/7 221/24 253/18 254/22
257/3 257/20 258/5 258/15 258/16
258/23 258/24 259/1 259/3 259/5
259/10 259/11 259/12 259/18 260/10
260/22 262/10 262/11 283/13
surrogate's [2]  203/15 203/25
surrogates [1]  253/22
survivability [1]  85/8
survival [1]  85/7
suspect [1]  227/16
suspensions [1]  124/4
sustain [2]  91/3 200/12
sustained [5]  8/2 39/23 210/24 285/5
286/3
swap [1]  174/17
swear [2]  110/11 168/9
Swicord [9]  24/4 24/10 24/13 259/21
259/24 260/4 260/7 261/5 280/11
Swicord's [2]  260/11 260/23
swing [1]  7/5
swirl [3]  153/12 153/13 153/14
switching [1]  103/12
swole [1]  286/13
sworn [5]  110/20 168/21 253/13 284/9
284/14
SWR [20]  57/22 58/20 64/2 64/4 64/5
64/7 70/19 70/22 74/23 75/2 75/6 75/6
75/10 75/14 76/1 85/3 85/6 99/4 100/6
100/24
SWR's [1]  63/7
SWRs [1]  99/23
symptoms [4]  182/19 239/14 240/4
240/4
system [52]  14/22 89/5 115/15 117/23
120/2 127/12 127/14 128/9 128/11
128/23 129/8 131/12 131/22 132/10
136/14 138/22 139/17 140/24 142/13
142/17 142/19 143/11 143/11 144/2
144/11 146/20 147/10 148/18 155/18
160/14 178/4 183/5 183/14 183/14
183/16 218/4 218/6 218/13 218/16
218/17 220/16 240/9 241/1 241/2
242/15 268/20 269/20 270/9 270/19
270/25 272/6 273/24
system-level [1]  131/22
systemic [1]  108/6
systems [18]  112/14 113/7 113/12
113/14 118/15 118/23 121/5 121/8
122/21 126/17 128/10 128/10 128/11

129/6 148/5 150/9 243/7 270/17

T-1 [1]  196/4
T-3 [1]  196/5
T10 [1]  224/25
T12 [1]  224/25
T2 [1]  210/1
T3 [4]  197/10 209/24 210/2 224/25
T300 [1]  173/25
T4 [4]  197/10 209/24 210/3 210/4
T5 [1]  224/25
table [4]  72/20 139/12 147/9 227/10
tach [1]  181/12
tachycardia [3]  182/20 239/15 240/5
tachycardic [1]  219/14
take [71]  4/7 21/20 23/4 23/21 24/25
31/6 31/18 36/4 39/1 45/21 49/9 50/3
63/16 72/19 74/12 75/22 76/8 78/9
79/18 89/17 93/16 101/1 105/19
109/20 110/1 110/9 120/10 120/15
123/20 124/17 125/14 126/14 130/19
132/15 144/17 159/6 159/21 161/13
162/23 168/7 172/18 173/13 173/14
177/23 179/21 184/23 185/1 186/10
186/15 189/17 193/23 201/11 202/16
205/7 208/21 219/18 227/1 230/7
235/24 255/5 269/2 272/4 275/16
276/20 279/7 287/8 291/5 303/6
306/18 309/3 310/5
taken [5]  21/10 104/3 125/9 200/8
283/6
takeout [1]  303/7
takes [13]  113/15 120/12 121/23 122/6
123/25 124/22 124/24 125/12 175/9
177/9 213/23 216/23 288/10
taking [15]  6/24 7/12 17/24 56/1 56/1
79/4 104/14 179/19 182/3 185/4
209/20 214/10 225/23 237/23 306/21
tale [2]  147/9 147/16
talk [35]  15/5 36/24 45/5 52/14 52/18
55/2 55/10 60/10 64/8 64/20 68/9
70/14 82/21 86/1 90/23 109/9 114/1
117/17 117/20 118/7 121/15 127/4
130/15 132/16 150/9 152/15 155/21
170/15 183/17 213/15 224/18 226/18
237/25 238/5 300/22
talked [28]  15/23 26/13 32/13 33/1
52/20 52/22 59/18 61/16 61/19 62/10
63/1 68/20 70/12 74/13 91/10 100/3
115/21 116/1 132/17 143/7 164/9
166/4 178/3 209/22 215/4 262/24
266/15 281/17
talking [46]  5/1 15/10 18/14 27/6 34/8
41/3 42/23 55/7 55/24 60/14 60/21
62/17 62/17 63/17 69/25 71/1 78/3
81/5 90/20 92/21 118/7 123/3 123/5
126/24 153/2 180/1 204/22 216/10
217/19 229/23 230/4 238/18 242/11
247/21 248/19 248/20 250/23 261/3
271/13 271/13 273/9 278/1 278/2
285/18 293/16 302/25
talks [4]  63/7 63/8 80/24 301/10
tall [2]  21/2 202/22
Tallahassee [1]  286/10
taller [9]  202/8 202/25 203/7 203/8
203/13 203/14 203/18 206/10 207/7
Tandy [9]  56/8 56/8 64/12 140/3
141/24 155/22 190/16 192/6 215/5
Tandy's [10]  63/21 64/8 64/25 101/1

Tandy's... [6]  139/25 140/4 145/19
146/10 148/5 191/13
tape [2]  203/20 262/19
target [2]  54/12 56/19
targeted [1]  109/18
taxpayer [1]  289/2
teach [3]  114/6 178/20 178/21
team [13]  115/7 115/23 120/12 122/10
122/10 123/19 159/17 159/22 160/6
177/19 236/1 237/10 290/15
teams [1]  112/16
Tech [1]  111/25
technical [9]  18/2 69/9 111/11 113/18
114/4 117/6 117/10 119/22 162/6
technically [2]  7/6 113/21
technology [1]  182/14
teem [1]  122/12
telephone [2]  236/22 237/1
tell [53]  14/13 23/9 31/3 40/24 41/25
75/2 83/16 104/7 107/7 107/15 110/15
128/18 130/5 134/19 134/23 135/11
135/12 136/3 147/9 147/16 150/23
150/24 152/3 152/24 152/24 153/2
153/4 153/22 155/10 160/22 167/6
167/7 167/8 168/14 169/2 172/3
172/23 190/4 190/12 198/24 213/14
217/18 230/23 240/16 241/8 242/16
267/12 280/13 280/18 284/10 284/10
298/8 306/18
Tell-tale [1]  147/9 147/16
telling [12]  13/25 14/21 20/21 41/6
44/23 94/18 155/8 155/12 195/20
241/4 242/24 247/9
tells [5]  25/25 128/19 199/12 199/16
227/14
ten [7]  41/19 146/20 146/24 158/14
197/21 230/23 240/22
tend [3]  19/2 138/18 209/2
tender [11]  7/7 73/6 73/7 120/3 164/6
186/22 256/5 269/23 274/17 286/23
287/2
tendered [3]  11/5 11/6 11/7
tendering [1]  287/7
tends [1]  153/23
tens [1]  118/20
tentatively [1]  288/15
tenth [5]  113/6 113/8 130/16 130/19
130/20
tenting [1]  31/24 91/21
term [2]  19/22 27/21
terms [20]  11/11 17/6 42/25 46/8 91/13
139/16 142/9 157/14 171/10 177/12
180/25 189/20 197/7 204/11 207/8
224/25 234/10 248/23 249/9 250/19
terrible [1]  80/18
test [94]  37/16 37/23 46/24 56/24
59/23 60/12 60/14 60/20 60/21 60/24
61/19 63/1 63/5 63/11 63/14 63/17
63/20 66/20 66/25 67/2 67/10 67/11
67/18 68/8 69/1 75/21 76/2 76/21
77/22 79/11 79/16 81/8 82/2 82/5 82/8
82/13 83/6 83/13 83/14 87/9 88/1 88/7
89/8 89/10 89/11 89/21 89/22 91/8
91/17 92/3 95/17 96/8 96/10 96/15
96/18 96/23 97/5 97/6 99/12 100/19
101/21 102/1 102/11 102/21 104/23
106/9 106/10 118/6 118/7 123/1
123/23 124/4 124/4 129/10 129/16
129/19 129/22 131/11 131/22 131/23

131/25 132/1 132/6 174/19 188/15
211/10 245/12 254/22 265/7 268/16
268/22 269/12 272/2 281/1
tested [7]  38/2 88/8 96/13 104/12
118/16 132/10 188/19
testified [75]  5/12 5/14 6/11 7/14 8/6
12/15 12/24 13/2 17/16 23/5 23/25
24/24 25/11 25/11 33/11 41/4 42/22
45/13 54/2 61/14 64/9 66/20 73/1
73/21 110/21 155/25 156/10 158/1
158/16 168/22 226/2 232/9 232/10
232/12 232/21 232/24 233/14 233/19
233/21 234/6 234/9 234/20 235/1
235/6 235/9 235/14 248/11 248/14
248/17 248/23 249/1 249/3 249/5
249/7 249/10 249/10 249/12 249/14
249/20 251/25 254/10 254/17 260/4
260/20 264/3 265/21 268/6 268/17
270/16 271/14 273/23 277/21 284/15
296/19 303/20
testifies [2]  256/9 277/16
testify [17]  7/19 7/22 7/24 8/7 79/19
137/13 137/20 137/20 232/6 236/6
236/21 238/12 246/24 247/5 259/25
261/5 292/13
testifying [17]  7/15 14/2 14/5 60/13
74/6 104/14 211/15 211/17 232/16
233/25 235/20 237/16 246/24 247/19
248/3 260/7 264/11
testimony [60]  5/23 5/23 5/24 18/1 22/3
22/19 22/20 24/3 24/18 24/19 25/5
25/19 25/22 42/14 46/4 52/21 64/10
79/16 80/9 80/17 80/23 103/18 110/12
114/21 114/22 116/20 120/6 136/18
136/20 137/15 149/22 151/17 153/1
156/13 158/5 168/10 169/16 183/18
209/15 232/1 232/13 233/5 233/9
240/11 248/20 248/21 251/10 253/13
254/3 254/19 255/7 260/11 260/23
267/22 268/13 268/15 285/16 295/7
297/14 306/23
testing [45]  37/7 37/9 42/3 51/15 67/6
78/18 80/10 83/16 98/20 101/13
101/14 112/23 112/24 113/2 113/7
118/1 118/3 118/5 118/10 120/5
120/17 122/24 124/21 125/4 126/11
127/23 129/3 129/3 129/5 129/6 129/7
132/2 132/12 132/13 155/19 173/23
174/4 174/6 174/11 174/14 174/18
178/16 218/14 219/8 280/4
tests [44]  37/18 55/1 55/11 61/7 61/10
67/7 79/5 79/17 81/3 82/14 90/6 96/16
96/19 96/20 96/21 96/22 98/15 99/21
103/6 103/10 103/13 106/19 118/14
118/19 118/20 118/22 130/11 131/17
174/7 174/8 182/10 182/11 182/21
183/11 188/14 188/16 188/22 189/2
241/4 243/8 243/22 243/23 243/24
269/5
text [1]  274/11
than [70]  12/1 13/15 18/19 19/6 23/17
27/17 29/15 31/4 31/19 31/22 32/3
32/10 40/23 44/15 48/15 50/4 50/10
52/12 58/10 58/21 62/24 63/25 71/5
72/17 73/20 75/24 82/24 86/18 99/24
100/10 100/15 107/14 114/7 137/10
153/2 154/11 157/13 157/19 167/25
184/13 191/1 194/16 195/7 197/8
200/8 202/8 203/18 206/11 206/13
213/6 214/21 217/6 223/25

225/1 231/6 233/16 234/11 237/16
238/9 250/1 270/10 270/15 271/18
271/19 273/11 275/16 288/13 294/14
309/2
thank [35]  10/19 11/21 61/12 93/19
95/4 98/23 109/5 125/15 149/11
149/11 163/24 165/6 168/3 168/19
171/8 171/23 183/20 186/21 187/2
204/2 204/6 206/19 231/8 255/20
256/24 261/11 282/13 283/21 286/4
286/16 286/17 287/19 291/7 302/20
305/15
Thanks [1]  11/17
that [1868]
that' [1]  160/17
that's [358]
thee [2]  215/19 222/17
their [85]  25/22 36/4 36/25 38/5 38/15
38/18 39/4 39/23 54/12 57/23 57/23
57/25 59/1 76/18 80/16 81/3 81/16
84/19 85/11 93/13 99/16 101/6 104/2
107/15 109/14 109/23 115/23 116/1
122/22 137/16 138/16 146/3 148/16
166/12 166/13 166/13 167/12 169/21
169/22 177/7 177/13 180/16 182/16
182/16 182/17 183/11 186/11 186/19
189/17 194/10 195/11 196/21 200/13
206/12 209/20 218/6 220/4 220/12
223/1 223/1 227/17 229/20 234/16
235/11 236/14 237/6 237/7 237/13
245/10 246/22 279/9 282/19 282/24
288/2 292/5 292/7 292/10 295/17
296/4 299/7 300/2 300/6 300/15 302/9
303/20
them [76]  15/22 22/9 31/17 38/13 39/2
39/3 39/3 48/8 52/18 52/22 57/4 57/6
58/24 62/21 85/10 85/16 86/1 95/9
99/13 102/19 103/21 105/5 107/7
107/15 109/14 109/16 118/12 129/11
132/20 155/5 160/21 163/20 163/23
164/23 166/22 167/5 167/21 167/23
173/20 175/1 177/1 177/10 177/11
178/2 182/9 193/15 194/1 195/25
204/8 204/9 205/14 206/11 209/13
216/11 216/13 216/14 217/11 223/18
226/18 228/7 231/3 235/24 235/25
240/3 240/23 244/7 244/8 249/6
251/15 272/5 279/13 287/8 288/5
299/25 305/6 307/25
themselves [2]  183/3 279/10
then [115]  6/19 9/6 9/20 9/23 9/24
17/13 27/23 31/5 34/4 35/16 37/23
41/13 45/15 46/13 47/7 50/5 68/25
71/14 72/14 78/23 84/4 93/13 96/24
97/1 97/5 97/17 103/20 108/17 109/15
111/25 137/20 138/17 145/23 155/4
156/4 156/21 156/22 157/18 166/16
166/22 167/4 167/11 172/13 172/20
173/3 173/12 174/16 175/12 178/5
179/10 179/14 180/8 181/2 181/6
183/13 185/18 186/16 186/19 190/5
190/8 191/3 191/3 191/7 191/18
193/9 193/14 193/24 194/3 195/4
196/4 197/20 201/3 202/16 204/15
208/1 208/11 209/5 209/5 209/23
210/2 210/4 210/10 214/11 215/16
216/7 216/12 218/10 218/22 223/14
228/16 230/20 258/24 258/24 259/7
259/11 262/25 278/15 284/5 284/6
288/5 288/16 288/23 288/22 296/7

then... [11]  297/3 297/21 297/25
298/20 298/20 298/21 300/19 305/17
310/5 310/8 310/18
theory [3]  271/23 299/8 299/10
there [264]  4/11 7/1 9/17 10/15 10/17
10/22 10/23 10/25 11/1 11/3 20/22
21/2 21/16 23/25 24/11 25/9 25/10
25/20 26/13 26/15 28/14 29/24 30/6
30/19 32/3 32/11 32/12 33/18 39/6
43/17 43/19 44/2 44/7 46/5 47/13
47/19 47/21 50/12 50/13 51/22 52/7
58/22 59/13 60/3 60/11 62/20 65/2
65/13 66/9 69/22 71/13 71/16 71/23
73/22 74/18 74/22 76/15 78/19 79/25
80/3 80/3 80/18 83/1 94/7 96/12 104/4
104/21 107/6 107/19 108/6 109/18
110/9 111/6 111/7 115/7 115/19 117/1
117/5 122/14 122/16 122/20 126/3
126/4 127/11 128/13 128/14 128/18
130/13 131/18 131/19 131/19 131/20
131/24 132/6 132/13 132/18 132/20
136/12 136/15 140/22 142/20 143/23
143/25 145/25 147/18 148/19 150/20
151/8 153/20 154/10 155/25 156/6
158/9 161/10 161/25 165/15 165/25
167/11 168/7 171/5 171/9 172/20
176/11 176/20 177/14 177/17 177/24
178/17 179/6 179/9 179/21 181/8
182/11 183/5 186/18 194/1 194/16
200/6 200/7 200/9 201/11 202/11
202/11 202/13 202/15 203/4 203/20
205/21 205/21 207/1 208/5 208/24
210/2 210/5 211/16 212/8 214/15
215/13 215/15 217/3 217/12 220/23
221/7 221/14 221/16 221/16 222/17
222/19 222/21 222/22 223/5 224/1
225/14 229/23 234/12 236/1 238/21
239/3 239/19 239/20 240/12 240/21
240/21 240/22 240/22 241/7 242/9
242/22 243/8 243/11 247/16 247/16
249/16 250/21 251/20 251/23 253/3
253/5 253/9 253/20 253/21 253/23
253/23 253/23 254/9 254/13 256/20
256/23 260/11 260/19 260/25 261/17
262/21 262/22 264/13 264/14 265/23
266/8 270/23 270/25 270/25 271/4
271/8 273/4 273/6 273/10 275/9
275/10 275/12 276/9 276/11 276/12
277/14 277/19 277/21 278/20 280/3
280/7 280/9 285/22 286/6 290/13
290/21 292/6 292/6 292/15 294/22
296/5 298/5 301/1 301/11 301/19
304/9 304/11 304/13 304/19 306/7
306/11 306/16 307/4 307/9 308/4
308/20 310/22
there's [68]  14/19 14/22 17/14 17/23
25/5 28/16 33/23 34/1 35/18 43/10
44/22 58/20 61/11 65/11 74/18 91/14
91/14 98/3 98/16 103/12 103/13
117/11 117/11 117/24 121/5 122/15
123/23 125/10 130/14 132/2 132/12
147/7 147/22 155/9 155/12 157/18
165/9 182/24 182/24 194/24 210/15
215/12 216/5 217/7 217/24 218/24
221/16 222/13 222/16 235/22 243/12
251/15 253/23 258/5 260/13 264/17
268/20 269/8 277/24 290/11 292/8
294/13 297/4 299/2 300/1 304/2 305/2
307/5

therefore [3]  228/4 290/23 298/10
therefrom [1]  281/9
these [114]  9/21 20/25 22/7 26/21 28/1
28/23 30/24 31/21 32/10 37/11 37/13
37/14 40/19 46/13 48/2 51/3 51/22
52/5 57/24 58/23 71/1 78/1 81/13
93/12 94/8 95/7 96/16 99/6 102/20
106/11 106/19 106/24 107/25 108/6
108/19 111/12 114/4 115/17 117/10
118/22 123/20 124/2 124/3 124/3
124/4 124/11 124/11 125/3 127/23
129/2 130/16 130/21 133/23 134/11
135/10 137/15 137/24 138/1 140/6
140/6 141/25 146/20 146/21 147/2
147/4 149/8 153/16 153/21 158/23
159/17 162/23 164/15 166/21 167/25
172/21 177/21 177/25 181/12 184/8
185/14 191/4 192/7 196/13 196/21
197/9 197/11 197/14 197/17 197/24
199/16 204/7 209/8 209/14 210/6
210/23 214/16 217/22 219/5 219/11
221/22 222/9 228/3 238/17 243/4
251/3 255/16 257/19 276/18 278/1
285/22 287/12 290/6 293/8 303/16
they [379]
they'd [1]  285/24
they're [4]  125/4 228/17 235/13 237/23
they've [4]  83/4 109/2 266/5 292/9
thicknesses [1]  56/5
thighs [2]  143/25 205/17
thing [34]  15/23 26/24 28/6 31/23 34/4
48/15 66/17 83/18 92/23 101/9 102/9
109/11 126/19 132/6 139/4 142/6
147/8 148/13 163/16 166/19 174/14
182/15 184/19 190/11 191/19 202/25
205/10 206/23 223/15 228/21 237/11
243/12 285/12 294/9
things [78]  5/4 16/23 17/16 25/25
26/19 29/17 30/4 31/6 31/10 32/9
32/13 37/5 44/4 47/17 49/25 51/3 52/5
52/12 60/10 73/1 75/18 75/23 81/7
84/9 84/19 100/9 110/1 113/4 121/25
122/1 123/4 123/5 123/8 123/18
123/22 124/7 127/1 138/17 147/14
155/13 165/24 166/5 166/20 167/19
167/24 167/25 170/23 171/17 180/9
181/15 181/24 182/20 185/20 190/8
194/9 203/1 205/15 213/22 214/16
214/17 217/3 217/19 220/10 221/16
221/18 221/19 223/10 227/5 242/2
243/4 244/7 244/9 257/20 258/6
263/22 279/8 302/17 302/24
think [134]  4/8 4/23 6/7 7/8 7/13 7/14
8/25 9/3 9/15 9/22 10/12 10/16 12/4
13/1 14/10 18/8 18/9 19/19 21/15
22/4 33/21 36/9 36/18 37/3 37/18
37/21 42/5 42/7 42/21 42/23 43/8 44/7
45/12 46/4 50/25 53/22 55/12 56/14
59/5 59/15 60/10 61/1 61/16 62/23
78/12 78/16 79/15 79/23 80/6 82/5
83/1 83/19 98/6 98/9 104/4 107/4
107/9 107/18 109/2 109/3 114/9 135/6
136/19 146/2 148/1 149/23 150/23
151/6 157/3 157/25 158/3 158/5
160/16 160/24 163/17 164/16 164/19
171/6 183/11 189/14 191/6 191/10
193/6 195/9 208/19 218/2 221/2
224/24 227/22 233/19 234/9 234/10
239/6 239/24 243/11 254/5 254/15
255/3 255/13 265/3 268/11 271/7

-274/20 278/15 284/3 287/8 288/3
288/4 288/5 288/12 289/5 290/18
292/21 292/22 292/24 294/12 296/11
296/18 299/2 299/11 300/10 301/23
304/23 305/18 307/5 308/8 309/1
309/21 310/3 310/3 310/4 310/19
311/6
thinking [2]  83/25 294/19
thinks [5]  115/14 165/9 181/4 216/5
293/2
third [3]  181/2 205/17 301/10
Thirteen [1]  139/7
this [618]
this crash [1]  132/16
Thomasville [2]  237/2 244/3
THOMPSONCOE.COM [1]  2/7
THOMPSONHINE.COM [1]  2/1
thoracic [2]  208/14 224/20
thorax [5]  139/22 139/23 141/19 142/5
175/3
those [170]  11/10 13/2 13/18 22/22
25/16 27/15 29/2 29/16 30/2 30/15
30/16 30/21 31/10 32/21 33/10 34/5
35/14 39/11 46/9 46/21 49/25 51/14
51/20 53/2 55/2 55/10 55/12 55/19
56/4 57/1 57/24 60/6 61/10 64/15
68/23 70/11 70/20 71/15 76/17 76/21
77/8 77/16 77/17 78/4 78/5 78/7 78/13
78/16 79/19 85/20 86/14 86/17 89/1
89/5 91/19 92/10 96/18 96/21 96/21
97/3 97/13 97/19 99/13 99/16 99/18
99/20 99/21 99/23 100/3 100/5 104/11
104/15 104/24 105/4 105/13 109/8
110/1 113/7 115/2 117/16 117/19
118/18 119/17 119/18 120/6 125/22
128/1 132/3 132/4 132/9 134/9 134/17
135/12 137/1 137/16 140/21 142/9
143/3 143/11 145/16 151/11 154/22
154/25 155/6 162/18 165/14 165/17
166/5 167/9 167/20 167/24 170/23
171/17 174/5 174/24 175/1 175/4
175/5 175/6 175/7 178/7 180/24
181/14 183/22 187/1 189/10 189/14
189/21 190/9 196/6 199/20 199/20
199/22 208/14 209/22 209/25 210/6
214/23 216/8 217/3 217/10 224/16
227/21 236/20 238/15 241/19 241/20
241/20 242/2 244/2 244/5 249/16
259/7 267/25 274/10 275/24 286/10
293/24 294/3 297/18 297/19 297/20
298/6 301/21 304/1 305/18 307/14
307/16 307/17 307/18
though [10]  6/10 8/2 160/1 175/2 205/6
218/16 223/12 243/4 306/9 309/6
thought [14]  40/6 61/3 200/20 203/17
204/6 236/23 237/2 240/2 261/3
268/14 279/8 298/24 299/10 299/13
thoughts [1]  293/17
thousand [2]  63/24 250/1
thousands [5]  118/17 118/20 120/13
122/11 211/12
thready [1]  215/22
three [35]  46/5 60/6 70/1 81/2 82/4
82/6 82/14 96/20 96/21 102/17 102/17
103/6 125/14 147/20 157/6 157/10
173/2 175/2 181/1 196/2 197/18
227/10 227/10 233/16 241/6 262/2
263/4 274/3 274/7 274/25 275/8 275/9
275/12 286/12 302/14
three-dimensional [1]  263/4

threshold [3]  143/9 143/12 143/13
thresholds [1]  145/6
through [56]  7/18 16/11 26/19 26/20
41/20 41/23 52/4 54/14 61/8 61/9
66/16 79/5 88/23 116/20 118/4 119/20
121/3 123/12 133/11 133/14 133/24
144/3 144/17 145/7 147/22 159/10
160/9 174/22 175/1 181/3 181/4 183/6
192/11 195/15 198/19 205/20 207/15
208/5 208/20 209/21 211/12 213/19
215/3 215/19 215/20 216/1 222/14
222/16 228/13 237/12 239/6 260/17
260/19 264/12 278/13 290/18
throughout [2]  92/24 118/2
thumb [1]  203/10
tied [1]  290/15
ties [1]  48/14
tighten [1]  141/7
tightens [1]  141/6
tilted [3]  192/22 205/4 205/5
time [88]  7/12 11/18 35/21 36/13 44/4
53/6 53/17 54/17 54/18 54/22 55/1
55/2 55/13 55/14 55/24 56/21 58/18
62/14 62/15 65/9 65/11 65/14 65/20
66/11 68/14 74/12 76/12 76/15 105/20
107/12 109/12 109/17 109/20 109/21
111/11 111/22 112/16 112/21 113/12
113/15 114/2 114/6 114/15 114/23
121/1 122/7 124/23 124/24 130/19
138/18 141/14 143/3 158/11 158/17
158/18 159/13 159/19 161/16 165/11
172/23 173/10 173/25 174/15 175/19
181/1 182/8 188/22 194/19 195/2
198/3 200/17 211/7 211/23 214/21
217/12 227/13 232/5 233/19 239/16
240/23 243/3 248/2 250/3 250/6
250/10 255/5 277/16 289/14
timeframe [2]  99/9 140/10
timeline [5]  120/19 120/21 121/4
121/23 156/10
timely [1]  107/6
times [24]  12/24 24/1 60/5 60/6 60/6
60/6 75/4 82/6 114/18 114/20 139/3
145/21 146/3 157/6 158/1 158/3 183/9
217/23 226/13 230/18 230/24 234/9
262/2 286/12
timing [8]  25/7 72/6 81/6 121/6 121/8
122/15 140/10 216/8
tiny [2]  229/22 286/7
tire [1]  7/5
tired [1]  190/12
tires [1]  21/24
tissue [6]  212/25 213/11 214/2 214/3
214/5 214/24
Titan [4]  77/2 77/12 86/20 87/12
title [7]  69/22 71/21 71/22 113/17
113/18 269/19 312/6
titled [3]  69/8 205/6 269/16
TMM [1]  69/9
today [34]  8/6 22/5 22/11 32/18 95/2
95/21 95/24 98/4 98/16 112/7 114/1
117/17 117/21 118/4 160/10 166/14
169/16 170/1 170/15 172/16 180/1
187/22 187/23 200/21 231/25 246/15
248/24 252/5 268/12 273/23 284/10
289/25 291/1 303/20
today's [1]  53/23
together [21]  13/6 13/9 17/3 17/5 17/15
26/16 33/2 53/2 56/4 99/23 102/12

102/19 150/22 177/10 177/15 209/1
209/4 216/1 216/18 221/19 238/23
told [25]  63/2 115/20 115/25 134/14
138/4 141/16 152/15 158/5 193/5
211/16 211/18 212/20 213/9 215/15
231/16 234/9 253/25 263/14 267/21
272/13 272/15 275/3 280/25 284/3
305/4
Tomography [1]  213/7
tomorrow [2]  288/1 299/17
ton [1]  194/20
tonight [2]  286/24 306/14
too [17]  36/21 37/5 55/12 60/6 62/9
80/4 100/11 101/12 105/10 118/17
181/20 220/23 231/24 237/20 237/23
244/25 293/23
took [15]  5/7 15/16 56/7 56/11 94/9
103/19 137/9 173/3 175/23 196/17
199/19 203/2 252/20 262/9 306/7
tool [1]  47/3
top [52]  17/1 17/7 17/8 17/14 20/4
22/16 22/21 24/10 24/13 26/24 27/1
27/5 27/19 27/20 27/21 29/2 32/11
35/8 35/10 35/12 37/15 51/4 53/20
53/24 69/8 71/5 81/24 81/24 88/4
91/15 102/14 135/23 135/23 145/18
203/15 203/24 205/1 205/18 205/22
207/20 207/21 212/11 212/12 222/1
222/2 251/21 260/15 260/16 261/20
283/15 283/17 293/6
topic [1]  45/5
topics [4]  76/3 117/16 117/20 155/21
tops [2]  35/15 48/14
torso [3]  141/21 224/13 297/24
total [9]  96/20 128/19 159/1 159/8
160/22 187/22 187/23 234/21 249/24
totally [1]  40/16
touch [3]  66/19 133/22 191/14
tough [4]  209/25 227/13 238/22 260/18
tow [5]  15/24 16/4 34/7 36/10 122/4
200/15
toward [2]  28/14 86/4
towards [6]  4/22 20/24 112/18 112/19
161/25 260/16
towing [2]  34/21 34/23
town [1]  111/2
Toyota [5]  77/4 77/13 86/22 87/16
97/25
trace [2]  20/7 23/14
tracing [1]  51/7
track [1]  150/1
tracks [2]  215/11 217/5
traction [1]  148/20
Traffic [3]  176/16 176/21 176/24
trailer [2]  215/18 252/18
train [1]  189/21
trained [1]  180/8
training [2]  183/20 185/10
transact [1]  216/24
transaction [1]  308/16
transcript [3]  1/9 312/7 312/9
transect [1]  216/25
transfer [2]  100/14 112/18
transferred [2]  275/7 275/16
transition [1]  59/6
translating [1]  60/25
transmit [2]  110/13 181/6
transmits [1]  30/13
transpired [1]  25/23
Transportation [1]  270/3

trapped [1]  263/24
trauma [14]  176/3 176/4 180/2 180/3
184/18 184/20 184/21 184/22 184/22
184/23 185/23 197/8 225/11 231/2
traumatic [9]  170/18 171/10 171/12
185/5 217/7 221/6 277/20 277/25
281/25
travel [1]  177/10
treat [5]  180/13 181/16 181/18 181/24
182/6
treated [4]  165/14 185/8 236/2 238/10
treating [2]  217/20 236/10
treatment [4]  230/12 230/13 230/15
236/20
treats [1]  179/25
triage [1]  181/3
trial [28]  1/9 42/20 74/13 92/24 106/13
107/3 107/11 107/13 107/22 108/5
108/16 109/2 114/18 114/19 114/22
115/6 115/22 116/2 158/2 158/4 158/5
165/25 233/3 248/20 289/13 290/6
290/18 295/7
trials [1]  42/18
Trice [3]  233/11 233/23 234/13
tried [3]  109/13 163/12 284/25
tries [1]  215/22
trim [1]  104/5
Trooper [2]  151/17 251/24
troopers [4]  25/9 151/8 151/14 152/10
trouble [3]  102/8 253/11 254/16
TROUTMAN.COM [2]  1/24 2/3
truck [93]  15/5 15/6 15/6 15/17 15/24
16/3 16/4 16/11 16/16 17/22 18/3 18/5
18/7 18/10 18/17 18/20 19/5 19/7
20/14 21/18 21/23 23/17 24/22 25/12
25/20 26/20 28/24 29/23 33/7 33/15
33/25 34/7 35/23 36/10 36/25 38/6
41/8 41/9 43/24 44/9 51/1 51/7 58/2
58/3 64/13 64/14 64/16 64/25 67/10
67/24 69/23 76/19 78/24 79/5 86/14
88/12 89/12 95/14 100/9 102/14 103/4
121/19 121/20 140/25 200/15 215/18
215/24 215/25 216/17 216/18 247/3
247/14 247/15 252/18 253/2 253/18
253/19 253/22 255/25 256/17 261/14
261/24 262/9 267/13 271/4 272/10
272/11 272/13 272/14 272/16 273/2
283/12 303/4
trucks [10]  37/8 37/9 43/23 46/2 46/13
57/25 72/5 78/5 86/14 86/18
true [125]  5/24 12/9 13/4 14/24 15/3
15/4 30/24 41/22 46/23 51/16 51/20
56/2 59/14 65/2 167/13 222/18 231/19
231/25 232/5 232/24 233/4 233/6
233/25 234/3 234/6 234/13 234/20
235/10 235/14 236/5 236/8 236/12
236/16 237/18 242/4 242/8 242/21
243/14 243/19 244/11 244/17 244/22
245/3 245/6 245/15 245/18 245/25
246/3 246/6 246/9 246/12 246/13
246/18 246/23 247/2 247/12 248/2
248/11 248/14 251/2 251/5 251/17
252/6 252/10 252/13 252/16 252/20
253/1 254/8 254/9 257/5 257/12
257/18 257/25 258/4 258/12 258/16
260/6 263/7 263/17 264/3 264/18
264/23 264/25 265/2 265/3 265/4
266/6 266/12 266/21 266/25 267/5
267/10 267/15 267/23 268/2 268/4
268/5 268/20 268/24 269/1 269/2

**T**

true... [23]  269/4 270/20 270/24 271/17
271/24 273/17 273/20 274/2 274/6
274/24 275/2 275/13 275/19 276/2
276/18 277/5 277/18 278/9 282/18
283/5 283/15 307/1 312/7
trued [1]  276/15
Trump [1]  289/1
trust [1]  61/21
truth [7]  110/12 110/12 110/13 168/10
168/10 168/11 284/11
try [10]  28/21 31/11 109/14 109/14
123/20 144/1 144/5 196/10 221/18
232/15
trying [27]  8/6 17/22 18/4 18/6 18/8
18/9 21/8 30/15 44/19 44/19 70/8
75/21 90/23 91/18 91/22 94/25 112/17
114/6 115/15 121/16 189/21 226/25
228/17 228/23 246/15 256/10 304/12
tubing [3]  103/19 103/23 104/25
tuition [1]  173/1
Tundra [4]  77/4 77/14 86/22 87/17
tune [1]  142/16
tuning [1]  142/25
turn [8]  87/22 88/5 88/18 112/25
189/16 190/18 191/21 192/3
turned [7]  26/2 92/11 92/14 179/21
216/15 251/20 258/23
turning [1]  16/4
twelfth [1]  233/19
Twelve [1]  117/14
Twenty [2]  76/6 249/22
Twenty-seven [1]  249/22
twice [5]  44/12 59/12 59/25 109/20
187/20
two [72]  7/21 17/1 25/3 28/1 29/2 29/9
30/2 30/24 32/20 32/21 35/14 39/11
46/21 48/7 49/10 51/6 60/5 61/10
70/20 71/1 71/15 90/5 96/22 100/24
101/3 105/10 105/18 106/7 108/16
111/7 114/11 123/10 138/16 141/8
156/7 160/7 173/7 173/11 176/11
176/14 176/16 176/18 176/22 177/4
177/6 177/14 184/11 187/17 191/15
196/2 202/7 203/7 203/13 208/11
215/11 216/9 216/10 216/12 216/19
217/2 249/21 259/11 263/4 275/8
276/18 279/25 280/13 280/17 291/14
302/11 302/14 308/7
two-dimensional [1]  263/4 280/13
two-hour [1]  123/10
two-year [2]  176/15 177/4
twos [1]  274/11
TX [1]  2/6
type [6]  93/12 93/13 153/3 193/3 225/7
279/6
types [4]  118/10 129/3 131/20 165/17
typical [2]  5/5 121/9
typically [7]  46/15 50/5 50/11 58/15
86/18 154/15 304/7

**U**

U-turn [1]  112/25
U.S [4]  57/4 96/14 125/18 125/23
udo [1]  179/19
ultimate [1]  229/13
ultimately [2]  49/1 105/7
ultrasound [1]  182/14
unaware [1]  106/24
unbelted [2]  188/23 188/24

unclear [1]  55/7
uncomfortable [1]  229/6
uncommon [1]  59/15
unconcerned [1]  241/5
unconscious [6]  221/4 239/22 240/13
240/16 242/13 281/22
undamaged [1]  94/7
under [31]  9/5 9/25 11/19 22/23 53/6
62/16 70/1 134/22 135/4 135/13
150/14 150/24 154/19 155/9 155/15
158/24 166/25 167/14 212/11 235/5
271/23 284/19 284/22 285/25
291/23 293/8 297/5 297/24 307/16
311/6
underarm [1]  297/8
underbody [1]  16/19
undergrad [3]  172/11 173/3 183/25
underground [1]  172/4
underlying [1]  308/16
underneath [6]  138/2 138/3 143/25
193/6 207/18 210/4
underpinnings [1]  74/11
understand [39]  19/8 21/8 27/10 28/25
31/20 34/6 34/20 40/16 40/25 41/2
41/12 44/24 58/19 64/14 65/13 66/21
70/17 70/21 73/6 79/10 80/2 83/18
103/7 104/3 108/4 114/4 115/15
123/20 153/19 154/23 191/10
238/22 248/21 251/9 285/17 294/12
298/4 298/7
understanding [22]  26/7 45/11 52/12
54/4 59/4 64/17 73/22 78/25 79/3
85/19 90/22 106/11 116/22 143/16
157/16 160/17 163/6 167/25 189/11
276/1 297/7 297/8
understood [8]  16/24 47/12 80/12
113/4 116/21 164/21 251/11 302/21
undisputed [2]  6/10 72/13
unexpectedly [1]  165/2
unfamiliar [1]  72/23
unfinished [1]  124/2
unfortunately [10]  74/21 222/6 223/25
225/6 227/19 227/25 229/8 253/12
253/24 277/23
unhealthy [1]  38/22
uniformly [1]  260/14
unique [2]  113/20 182/25
unit [1]  85/2
UNITED [10]  1/1 1/10 4/3 125/20
125/25 126/1 227/5 312/4 312/6
312/10
universe [1]  243/13
University [16]  112/2 169/5 172/5
172/7 172/9 176/11 177/19 178/12
244/15 244/15 246/1 246/3 246/14
246/23 247/6 247/14
unless [4]  35/18 165/2 185/4 284/7
unlike [2]  6/12 69/20
unlikely [1]  38/22
unmodified [1]  82/3
unordinary [1]  98/5
unrelated [1]  98/22
unsure [1]  301/8
until [9]  17/25 36/10 66/11 110/2 112/7
158/17 161/10 299/4 308/22
untrue [1]  246/17
unusual [2]  98/3 98/5
up [163]  4/7 7/21 11/8 19/25 21/16
22/24 27/10 28/10 31/24 32/25 33/1
34/1 34/23 35/15 38/22 39/7 41/15

45/15 49/24 51/7 59/19 59/21 59/22
61/2 65/24 70/11 74/18 84/4 86/16
87/21 91/21 91/25 92/11 94/18 96/22
96/25 97/1 102/19 104/4 107/6 111/20
112/7 116/18 120/15 123/7 123/18
123/21 124/25 126/12 127/3 132/8
133/11 134/7 137/21 138/12 139/12
141/10 147/9 147/12 148/20 157/4
157/6 161/11 163/21 165/2 167/21
168/6 174/12 174/16 174/21 178/9
181/14 184/16 190/25 191/3 192/11
192/25 193/9 194/22 195/3 197/24
198/7 198/7 198/22 199/7 199/25
202/19 204/18 204/19 205/5 205/17
206/1 206/15 206/23 207/2 207/23
209/13 212/10 212/10 212/21 214/16
214/17 214/18 216/1 216/12 217/23
220/6 224/3 225/4 228/2 228/13
230/25 235/2 235/19 236/22 238/25
240/3 240/5 240/6 244/3 244/7 248/5
254/5 254/22 254/23 255/22 257/1
258/19 258/21 262/5 263/20 264/13
267/9 268/14 269/14 276/25 277/5
277/17 278/7 278/12 279/10 279/16
280/3 281/2 281/23 284/5 284/7
285/12 285/14 287/25 288/10 290/15
291/5 291/10 293/5 294/10 294/21
301/7 301/12 302/9 306/18 307/24
308/3
update [1]  51/21
updated [1]  106/14
upfront [2]  121/12 121/21
upon [19]  98/9 107/18 108/5 125/19
129/24 138/11 139/24 148/5 148/7
175/22 175/23 190/15 200/21 209/13
212/18 222/6 226/24 290/4 290/8
upper [1]  219/24
upright [5]  16/20 18/23 199/18 202/13
202/15
uprighted [4]  22/1 28/14 32/18 95/3
upside [21]  18/20 18/22 19/7 19/10
25/13 25/20 35/23 94/11 156/4 205/12
223/19 223/20 223/24 223/24 252/6
252/8 252/9 253/9 253/19 263/25
267/19
upstairs [3]  182/3 235/22 288/20
upstream [1]  147/13
upward [1]  30/11
us [64]  2/8 13/21 14/14 14/18 14/21
14/23 15/19 20/21 20/24 21/20 39/1
41/17 50/23 51/10 53/16 61/1 62/22
71/8 72/19 80/17 95/23 97/9 106/11
106/12 106/14 107/3 115/7 121/2
121/23 122/6 123/25 124/6 124/17
125/12 133/7 133/20 158/5 160/22
165/10 167/6 167/7 167/8 169/2 172/3
172/23 179/13 181/1 186/14 190/14
192/11 203/19 207/15 213/14 215/3
227/19 278/16 283/3 283/7 289/1
294/21 295/12 295/13 305/13 309/2
usage [1]  138/13
use [26]  27/21 63/10 64/1 68/2 108/5
120/19 122/25 130/21 142/16 147/24
148/11 148/16 154/12 175/9 182/14
184/24 184/24 198/15 198/16 198/17
198/18 200/13 211/23 212/4 258/8
262/19
used [27]  46/25 67/4 79/17 80/9 81/2
86/14 94/19 103/18 107/12 108/15
108/23 128/7 134/19 134/20 142/9

**U**

used... [12]  163/8 164/8 174/3 188/21
203/5 213/21 221/19 245/7 245/10
257/14 273/24 299/13
users [1]  309/8
uses [1]  67/18
using [14]  59/23 63/10 63/13 73/23
81/16 108/18 135/9 148/15 174/14
199/22 200/2 201/5 235/13 270/7
usually [24]  12/22 16/18 18/23 47/6
86/15 153/12 175/8 179/12 180/17
183/14 188/15 190/2 191/5 191/6
192/19 193/2 196/24 203/12 208/22
208/23 214/7 236/14 240/3 244/7

**V**

V-fib [1]  181/12
V-tach [1]  181/12
validate [1]  31/20
validates [1]  73/25
validation [2]  92/25 125/5
value [2]  59/5 91/21
values [3]  47/16 78/4 79/24
valve [1]  220/20
van [2]  174/1 174/2
various [3]  8/23 59/7 177/11
vehicle [288]  5/6 5/9 5/15 6/11 6/18
6/19 7/2 7/3 7/13 7/23 7/24 15/25
16/15 16/19 16/21 18/22 18/23 19/11
19/13 20/13 21/13 21/25 22/10 22/23
23/9 23/10 24/14 25/25 28/14 30/20
33/13 33/16 33/22 35/4 36/18 37/16
37/17 37/20 37/24 37/25 38/13 38/19
39/4 40/13 40/14 40/21 40/24 41/15
41/20 44/3 44/15 44/16 45/6 45/9
46/22 49/1 49/2 49/11 51/15 56/8
56/12 56/18 56/19 57/4 57/11 58/6
58/8 58/9 58/10 58/14 58/16 58/17
58/21 59/21 59/22 60/5 62/1 62/8 63/9
63/16 63/21 64/2 64/3 64/6 64/7 64/18
65/16 66/6 66/11 66/13 67/11 70/2
70/10 70/22 71/1 72/21 74/1 74/19
75/17 75/23 76/12 78/6 79/11 81/19
81/25 82/2 82/3 82/5 82/9 82/9 82/11
82/15 82/19 83/3 83/10 84/1 84/23
85/6 85/7 85/14 85/16 85/18 88/10
89/14 89/23 91/1 91/23 92/11 92/14
93/24 94/5 94/8 94/9 95/17 95/21
95/24 96/7 96/8 96/9 96/10 96/22
96/25 97/2 97/16 99/11 100/4 100/14
100/15 101/7 101/8 101/11 101/16
102/21 103/9 103/9 103/13 103/16
104/6 104/8 104/9 104/11 104/16
104/17 105/11 117/22 118/6 118/8
118/9 120/4 120/9 120/10 120/12
120/15 120/16 121/3 121/9 121/11
121/17 121/22 121/24 122/23 123/2
123/11 123/12 123/20 124/21 125/16
125/18 126/10 128/1 128/9 128/10
130/8 130/9 130/14 131/21 131/23
131/24 132/2 132/5 132/8 136/12
138/5 139/15 140/5 142/5 145/12
145/13 145/13 145/24 146/4 146/5
147/14 147/21 147/24 148/21 148/22
149/2 149/4 149/6 156/3 156/10
169/18 171/4 171/19 173/8 173/21
174/4 174/15 174/16 179/16 179/15
180/7 180/11 184/14 187/25 188/5
188/16 189/18 190/2 190/3 190/4
190/7 190/10 190/23 191/6 192/9

**V** (continued)

192/13 192/16 192/19 192/24 193/14
193/19 193/21 198/16 198/25 199/11/2
199/19 200/6 205/4 205/12 206/11
207/12 213/8 215/16 215/19 216/2
216/6 216/21 218/19 221/4 242/12
250/19 250/20 251/19 254/14 256/16
263/20 263/25 264/1 272/5 277/22
285/11 295/18 303/1 303/2 304/10
305/21
vehicle crash [1]  216/21
vehicle's [1]  59/12 60/1
vehicles [38]  13/23 21/6 28/10 39/8
58/23 62/15 62/20 62/25 65/17 76/15
76/17 77/17 78/7 86/25 96/21 97/6
97/18 97/25 97/25 98/18 99/7 100/5
112/24 115/14 118/5 118/11 118/12
124/2 146/17 147/5 156/13 156/16
174/5 185/11 186/6 186/11 216/12
258/8
veins [1]  227/22
velocity [1]  195/1
ventricular [1]  181/20
verbiage [2]  92/19 275/11
verdict [8]  165/4 165/9 288/8 288/9
288/11 289/12 294/18 306/12
verification [1]  167/12
verify [1]  33/10
version [1]  10/8 78/4 165/2
versus [6]  60/5 86/10 86/11 181/12
264/7 301/15
vertebrae [2]  196/1 196/3
vertebral [2]  197/17 197/17 198/9
208/11 210/1 224/25
very [56]  5/3 10/8 13/19 32/19 40/19
57/25 58/23 60/4 60/8 65/8 65/9 66/7
66/17 68/3 68/5 68/10 102/9 103/13
113/9 120/9 120/14 120/16 121/10
130/8 130/17 130/18 130/21 149/8
155/16 175/5 175/8 175/14 182/25
193/24 200/15 219/24 220/18 224/16
224/19 225/25 228/11 228/12 233/5
233/24 260/6 261/20 263/15 266/10
267/2 278/22 282/15 283/24 290/10
291/8 291/19 297/22
vessel [3]  213/20 216/24 240/10
vessels [7]  217/15 217/16 220/11
220/13 220/15 240/9 240/10
VIA [1]  2/6
victims [3]  180/12 184/18 223/10
video [9]  129/18 130/17 192/23 198/18
198/20 198/20 252/23 252/24 276/10
videos [4]  36/12 170/24 188/6 188/7
videotape [1]  17/23
view [7]  8/1 32/17 98/10 109/19 145/18
285/7 285/13
views [2]  21/11 297/22
VIII [1]  1/9
violate [1]  104/16
violation [1]  279/9
Virginia [22]  111/20 111/24 111/25
112/3 169/3 169/5 178/12 178/13
179/7 186/3 186/6 231/19 231/20
231/23 232/6 236/9 237/6 244/11
244/12 244/15 264/14 266/2
virtually [2]  97/8 158/8
visor [1]  2/6
vital [2]  227/1
Vogler [28]  11/19 11/24 21/21 39/17
45/18 61/9 72/15 85/25 87/22 88/7
88/9 89/4 89/11 90/15 91/1 92/2 93/3

**V** (continued)

93/21 95/5 95/13 97/8 98/9 98/23
106/5 106/10 116/16 285/22
Vogler's [1]  287/15
VOLUME [1]  1/9
voluminous [1]  126/16
voluntarily [1]  4/14
volunteer [2]  178/18 294/21
vomiting [1]  228/25
vote [1]  300/18

**W**

wait [2]  25/4 72/14
walk [5]  41/15 123/12 192/11 207/15
215/3
wall [2]  130/9 182/17
wan [1]  191/13
want [83]  8/3 8/15 8/16 8/24 9/7
9/19 9/20 10/8 14/25 15/23 16/23
25/22 28/22 32/11 33/12 35/23 36/24
40/17 70/1 72/19 72/25 83/18 86/1
89/19 93/12 102/24 102/25 103/7
107/18 109/8 109/9 115/5 121/2
133/23 135/25 139/13 143/14 158/22
160/25 163/5 163/19 165/23 166/4
172/18 173/14 174/21 191/19 204/17
172/12 209/12 212/21 215/7 216/2
224/3 224/18 229/1 230/22 238/9
238/20 251/7 251/15 258/10 259/16
267/24 268/11 275/15 279/4 284/5
288/14 288/15 288/19 288/19 289/18
292/2 296/17 301/8 303/6 305/4 305/6
306/13 309/8 309/16
wanted [18]  4/7 4/15 14/13 35/18 60/10
106/1 147/8 160/22 163/15 167/24
177/23 229/3 266/16 279/11 281/25
282/1 282/3 301/4
wants [6]  7/25 9/16 106/16 121/16
166/20 306/12
warn [3]  4/9 290/1 291/2
warning [1]  165/8
was [483]
washer [1]  264/13
Washington [1]  84/7
wasn't [24]  51/24 61/14 85/12 127/17
156/14 204/23 210/24 221/3 225/13
235/5 236/25 241/25 241/25 242/1
243/17 253/12 254/14 254/17 260/21
267/23 276/11 277/2 277/14 301/14
wasting [1]  289/2
watch [1]  230/17
watched [1]  252/23
watched dash [1]  252/23
WATSONPENCE.COM [1]  2/5
WATSONSPENCE.COM [1]  2/11
way [60]  4/8 8/18 10/14 13/14 14/22
19/2 19/19 20/9 29/10 42/1 55/16
68/25 104/9 104/19 107/25 109/14
110/8 124/14 129/7 134/20 142/2
144/13 148/21 153/4 164/11 168/6
182/16 183/1 184/5 184/13 184/23
185/10 197/12 198/6 200/8 202/9
205/19 207/1 210/13 225/5 242/25
243/12 262/22 266/2 282/4 282/23
293/20 293/23 293/24 294/1 294/7
295/10 297/13 299/12 299/19 300/5
301/10 301/25 306/3 306/5
Wayne [12]  172/7 172/9 245/25 246/3
246/6 246/9 246/14 246/18 246/20
246/23 247/6 247/13
ways [1]  109/15

we [466]
we'd [2] 34/24 135/18
We'll [1] 45/21
we're [28] 5/5 14/11 15/10 19/16 22/13
22/24 23/10 53/18 54/9 55/2 83/24
90/3 123/3 129/21 130/21 134/10
162/23 163/5 209/18 287/7 287/14
288/21 288/22 295/4 299/3 300/19
309/23 310/16
we've [24] 10/5 10/6 12/5 15/19 68/20
74/13 78/3 95/9 108/9 114/12 125/9
126/15 139/24 155/4 163/21 164/16
176/23 206/17 213/25 224/22 269/14
286/23 294/17 295/3
weak [2] 98/6 215/21
wear [4] 133/12 235/11 285/25 299/19
wearing [24] 134/15 136/4 138/5
150/10 150/12 150/18 151/4 151/15
152/8 234/24 235/3 235/7 235/8
243/17 284/19 284/22 285/7 294/15
295/17 297/5 297/17 298/2 298/10
298/18
wears [1] 154/16
webbing [21] 132/12 132/14 133/10
133/12 133/14 133/16 133/19 133/24
134/1 134/4 134/12 141/1 141/2
142/11 142/14 142/18 142/21 142/22
143/18 145/23 146/2
wedge [7] 197/12 197/19 197/20
197/21 197/21 197/22 210/7
wedges [1] 210/1
Wednesday [5] 4/1 105/23 163/4 164/1
255/10
week [9] 23/6 24/8 116/24 117/1
176/24 217/23 251/25 259/25 293/11
weeks [2] 259/12 284/4
weighed [1] 70/5
weighs [1] 272/3
weight [57] 16/15 16/21 18/22 18/25
19/11 22/23 23/20 56/7 56/12 56/18
56/23 57/9 58/6 58/11 58/17 59/12
60/1 60/5 62/1 63/16 64/6 64/6 67/7
67/19 70/10 70/23 71/12 71/13 74/14
74/16 74/19 75/1 75/7 75/8 75/14
75/14 75/17 75/22 76/22 77/11 77/12
77/13 77/14 77/17 78/2 78/5 78/7 78/8
86/24 87/3 87/11 87/16 97/16 97/17
100/25 101/1 196/8
weights [2] 58/24 86/19
welcome [3] 11/17 165/22 303/14
welded [1] 17/15
well [43] 6/22 9/4 17/10 32/21 35/8
38/14 39/19 43/14 47/6 55/1 57/23
58/23 61/5 65/7 67/6 68/6 74/12 76/13
91/8 93/11 103/21 104/13 107/4
117/19 129/23 141/10 159/20 171/18
214/18 232/15 233/24 237/8 242/19
260/6 291/20 292/24 297/3 298/24
299/6 299/24 300/21 302/6 303/19
well-adjusted [1] 291/20
went [35] 52/3 55/14 61/9 71/16 88/23
111/24 156/18 157/4 157/6 172/8
172/9 172/11 172/13 172/22 174/22
175/19 176/10 186/12 189/4 190/18
198/19 214/1 216/12 218/8 228/13
229/4 239/5 240/17 240/19 245/15
247/14 252/4 259/7 264/12 297/9
were [155] 6/23 7/12 10/25 15/19 18/4
18/6 18/8 18/9 21/3 22/4 22/12 25/9

25/10 25/14 25/20 25/21 26/5 27/22
34/8 36/10 36/14 39/12 41/15 43/18
47/19 47/21 53/6 55/1 61/3 61/4 61/10
65/1 69/25 73/22 73/22 76/15 76/16
76/16 76/20 80/18 83/10 84/21 86/24
90/15 90/20 95/13 95/14 96/19 97/3
99/24 101/17 103/9 104/6 104/12
105/7 106/4 106/11 106/12 106/19
106/20 106/24 106/25 107/2 108/1
108/5 113/25 117/1 119/19 122/16
132/15 132/18 132/20 148/16 150/13
151/8 155/22 156/17 156/17 160/4
162/4 164/20 173/22 173/24 176/20
176/25 177/17 177/21 178/5 184/8
189/13 189/16 192/7 197/25 200/17
200/18 201/10 202/13 204/11 204/22
205/2 207/23 208/5 208/12 213/17
214/23 216/12 217/3 221/20 224/15
224/16 224/16 225/4 229/13 229/14
229/14 229/15 229/16 229/22 229/22
231/6 233/25 244/9 244/10 245/6
245/18 247/21 261/3 264/11 264/13
267/25 269/21 272/15 273/9 275/12
276/21 277/19 279/7 280/7 280/17
281/1 281/24 282/2 285/22 294/11
294/14 298/23 299/19 301/16 302/25
305/18 306/24 307/16 307/20 308/8
310/22
weren't [10] 24/7 156/5 188/23 234/1
243/9 272/13 275/22 277/21 294/18
304/2
Westlaw [1] 301/18
Westlaw-ed [1] 301/18
what [422]
what's [22] 29/18 33/15 63/5 67/20
74/23 87/5 87/11 87/16 91/13 94/25
100/16 108/12 130/22 131/14 139/6
152/12 163/12 221/12 224/8 227/4
259/22 287/10
whatever [14] 26/25 30/14 32/8 70/20
71/15 148/14 151/18 190/3 215/7
223/21 230/24 293/8 297/9 304/15
wheel [15] 16/22 17/17 19/5 122/2
130/8 140/15 144/24 145/4 194/9
205/11 205/16 205/18 205/19 205/20
205/23
wheels [8] 15/10 15/11 16/20 18/18
92/12 148/20 148/24 190/22
when [199] 5/19 7/20 15/2 15/24 16/4
16/18 18/20 18/22 18/23 18/25 19/6
19/7 19/10 21/24 21/25 24/11 24/14
24/20 24/25 25/23 26/1 28/13 31/11
35/3 35/3 36/23 37/15 38/2 42/2 42/6
44/5 45/5 46/13 54/23 56/20 59/6
59/18 64/5 66/10 71/1 71/15 82/12
83/2 85/7 86/10 86/16 91/1 91/1 91/19
92/7 92/11 92/13 94/14 96/15 96/16
97/19 98/19 104/1 112/9 112/12
113/16 113/18 114/12 114/13 115/4
115/14 118/1 118/7 121/10 122/8
122/9 122/22 125/2 127/16 130/18
132/1 132/7 135/4 145/14 149/6
154/10 163/11 166/7 166/11 174/11
175/6 176/7 181/4 183/24 184/6
188/15 188/24 188/25 190/22 191/5
192/3 192/17 192/25 193/24 194/18
195/1 195/22 196/7 196/21 197/10
197/16 197/23 197/25 198/1 198/3
198/7 199/4 200/6 200/8 201/6 202/23
201/15 205/14 206/22 207/3

207/6 207/24 208/6 208/22 209/2
210/11 213/18 214/9 214/5 215/4
215/14 216/13 216/18 218/4 221/5
221/24 222/6 223/1 223/9 223/11
223/18 225/8 225/10 225/17 225/18
226/14 226/17 227/17 228/4 228/10
228/13 228/21 232/21 234/9 234/10
235/17 235/22 237/8 237/18 238/11
238/14 238/16 239/4 239/13 239/14
239/15 240/11 241/4 241/19 245/6
247/12 250/3 251/19 251/22 253/18
253/19 258/12 259/7 260/7 266/14
267/13 267/21 271/13 272/13 272/15
273/2 276/12 276/24 278/4 279/15
282/1 283/6 284/4 285/11 287/8
301/17 304/7 310/21
where [125] 4/17 12/3 17/11 18/15
19/13 19/14 19/20 19/21 20/7 20/18
21/1 21/11 23/6 25/25 27/14 28/10
29/23 31/3 31/6 31/10 31/10 31/10
32/21 34/25 35/11 35/12 35/13 35/25
38/12 38/17 47/8 48/3 49/23 51/8
59/14 59/19 60/4 60/8 60/16 61/20
62/20 64/16 65/11 66/16 67/10 67/24
71/7 80/24 81/4 82/5 88/4 94/7 94/8
94/13 109/19 110/7 111/1 111/4
111/13 111/19 116/24 117/7 119/23
121/24 124/1 124/5 125/12 128/19
133/23 133/24 133/25 138/18 140/22
141/1 145/16 147/13 148/19 153/14
154/12 154/17 154/17 154/24 155/4
155/8 156/3 161/12 166/1 166/8 169/2
174/12 178/10 178/16 189/2 190/4
190/9 193/15 199/11 199/15 205/3
207/24 208/19 210/1 219/17 225/18
225/19 225/20 225/22 226/3 230/7
230/10 231/16 231/22 244/10 245/13
253/22 258/9 261/14 261/23 262/18
288/3 294/4 296/8 301/12 301/20
302/25
Whereupon [3] 110/20 168/21 284/14
wherever [3] 20/18 60/1 179/11
whether [55] 7/9 7/22 29/5 38/14 55/17
68/4 72/14 77/16 79/21 79/23 91/14
91/14 96/10 98/2 98/10 98/12 121/17
138/7 146/11 149/25 150/10 150/14
151/4 152/13 152/25 154/19 156/6
208/13 212/9 212/23 217/9 222/21
224/6 224/13 229/11 230/2 238/5
242/10 250/16 263/16 270/5 279/24
280/18 280/19 296/23 298/5 304/2
304/4 304/6 304/18 304/22 309/4
309/5 310/22 311/1
which [98] 6/2 6/13 6/16 17/10 19/21
27/22 37/1 37/10 47/1 49/25 55/12
75/18 76/18 77/23 78/5 78/7 83/9 84/1
88/2 94/4 95/5 95/13 105/6 105/8
106/9 106/9 108/14 108/18 111/2
112/7 112/19 113/1 118/15 124/8
124/23 129/18 130/23 133/2 140/6
140/6 141/22 144/25 145/18 146/20
152/5 159/8 162/16 173/10 174/2
177/7 177/8 177/13 179/4 183/15
185/2 190/10 190/24 191/1 191/20
196/4 196/9 200/13 200/21 206/1
206/16 207/1 212/24 213/16 213/23
220/17 220/17 222/8 225/7 225/7
228/14 233/14 235/23 237/19 240/17
249/16 249/17 250/6 250/10 254/23
255/22 256/2 256/2 258/15 258/21

which... [9]  262/5 269/17 270/20 278/7
291/18 291/25 293/13 299/18 303/21
while [26]  7/15 15/14 15/17 18/4 22/22
25/12 25/20 35/6 85/17 87/2 102/14
113/25 144/14 156/17 161/24 173/22
174/20 177/14 180/18 183/8 219/1
236/2 245/18 264/11 288/20 301/16
whips [1]  227/18
white [2]  210/16 223/8
who [74]  14/18 14/23 17/23 18/3 23/5
23/25 26/12 39/8 40/10 40/23 42/15
48/25 52/14 57/17 58/17 61/14 69/16
80/16 99/6 106/16 108/21 115/9
121/15 122/19 137/6 137/9 138/12
138/16 150/21 153/20 162/4 162/6
166/18 177/20 179/24 180/14 181/8
184/10 185/11 197/8 203/4 227/5
232/8 234/15 235/19 236/7 236/8
238/10 244/4 246/24 247/3 247/4
247/13 247/18 248/4 251/3 265/17
273/13 277/5 277/9 277/15 277/16
277/16 278/6 279/21 281/2 281/5
283/20 284/21 285/24 289/19 291/21
302/1 306/8
whole [15]  66/5 110/12 113/14 116/7
118/4 118/6 118/7 125/13 132/13
139/4 145/4 168/10 225/23 227/13
290/18
whom [2]  26/12 56/8
Whose [1]  93/3
why [50]  5/5 6/3 9/6 20/25 28/13 58/20
68/7 71/16 80/18 84/18 113/2 119/21
120/15 131/9 136/25 140/20 141/7
143/1 143/13 145/11 146/7 147/2
157/19 166/5 173/16 175/25 186/15
194/5 203/16 209/8 210/14 213/14
214/1 214/25 220/11 228/9 235/12
243/24 243/25 253/16 281/25 282/3
282/5 288/4 288/5 300/6 300/8 303/25
304/3 306/18
wide [3]  58/24 58/25 83/1
width [1]  31/19
wife [4]  229/7 230/6 275/14 275/15
will [128]  9/25 10/3 10/7 10/8 10/14
11/3 11/7 11/15 11/18 25/11 28/10
31/7 32/7 44/21 56/3 57/17 67/7 71/8
72/14 74/12 76/8 79/5 80/15 91/10
92/19 93/16 98/2 102/23 105/20
106/17 106/21 109/10 118/10 118/11
118/25 121/4 122/11 122/22 123/14
124/13 124/14 124/17 135/22 136/12
138/16 138/17 141/23 146/1 146/4
147/7 148/20 148/21 149/2 149/4
150/21 151/13 153/4 158/23 159/21
164/10 165/1 166/12 166/13 167/9
167/11 167/12 167/13 167/20 167/21
173/13 179/9 179/10 179/12 179/14
179/15 181/5 181/21 181/25 184/10
185/18 186/13 186/15 188/16 190/12
212/10 214/8 219/16 223/7 227/4
238/4 247/5 255/6 255/8 264/10 269/2
269/14 273/4 276/20 280/13 283/21
284/6 286/24 286/25 287/18 288/1
288/2 288/2 288/3 288/5 288/13
288/14 289/1 289/3 289/14 290/10
291/7 293/16 299/15 300/9 300/13
302/14 303/15 308/24 310/2 310/5
310/10 310/12 311/8
willing [1]  310/1

window [19]  17/11 17/17 18/7 19/22
20/4 41/19 41/24 102/2 152/5 190/19
199/6 215/25 252/18 252/21 253/20
253/21 272/9 272/23 273/1
windows [2]  41/20 54/21
windowsill [6]  19/21 19/25 20/2 20/7
20/18 20/22
windshield [15]  16/12 22/13 27/24 30/1
35/12 48/11 90/17 91/13 91/16 92/3
94/25 215/19 215/20 260/17 260/18
wire [1]  94/6
wish [1]  167/20
wispy [1]  210/16
withdraw [1]  306/1
within [29]  38/15 39/19 50/12 108/1
113/12 122/14 128/10 140/24 140/25
143/6 143/22 146/1 148/6 150/17
151/24 155/17 161/11 161/17 161/20
162/6 174/5 195/21 260/5 260/24
261/1 261/2 261/9 282/6 289/4
without [12]  5/3 8/17 50/4 50/10 73/12
77/22 89/20 155/19 168/1 259/11
295/3 302/11
withstand [1]  143/16
witness [42]  6/1 6/5 6/7 7/8 23/25
24/18 55/4 72/22 108/21 110/5 110/20
129/22 136/24 157/25 165/23 168/2
168/21 232/6 237/17 239/7 246/16
247/2 254/19 256/19 259/21 259/24
262/1 266/1 270/6 270/7 280/24
283/20 283/25 284/3 284/14 286/6
291/18 292/6 292/11 302/8 303/13
303/20
witnessed [1]  129/22
witnesses [15]  7/21 23/23 25/17 26/5
109/13 119/6 138/12 151/11 167/7
188/9 239/6 246/24 254/10 285/19
292/10
witnesses' [1]  25/19
woman [4]  219/20 240/1 253/21 272/8
won't [5]  78/23 146/2 148/20 148/22
279/12
word [8]  31/18 79/18 149/21 159/21
167/10 269/3 276/20 297/10
words [6]  53/10 71/24 82/12 156/14
166/15 167/22
wore [8]  293/13 293/21 293/24 294/7
295/10 297/14 297/24 299/12
work [82]  8/7 13/11 23/21 36/17 37/3
42/8 42/11 47/16 79/15 86/18 92/21
93/3 98/21 104/2 111/4 111/5 111/13
111/15 112/12 112/16 113/6 113/7
115/4 115/16 115/17 117/22 117/24
121/12 121/13 121/14 121/21 121/24
122/2 122/15 123/19 149/8 153/23
153/25 153/25 158/10 169/5 172/25
176/19 177/11 177/13 178/12 178/17
179/25 184/22 186/2 187/11 187/12
187/20 188/11 188/12 201/13 201/16
201/18 201/21 201/23 201/25 202/5
202/17 202/24 214/18 230/10 236/1
237/8 237/15 237/16 244/20 244/24
245/16 247/23 248/4 248/5 248/6
248/7 248/8 248/8 249/23 249/24
worked [12]  48/25 69/21 111/14 111/16
158/15 162/12 172/10 172/11 184/21
244/17 244/22 245/1
workforce [1]  285/14
working [18]  36/11 48/25 70/8 82/24
83/5 138/15 158/13 159/17 160/4

178/10 180/3 180/18 194/6 235/17
240/5 240/6 273/18 288/20
works [3]  33/18 48/24 245/3
workup [1]  239/16
world [6]  112/24 125/24 246/7 266/9
285/21 295/8
worn [11]  134/1 135/4 135/13 152/25
154/8 154/10 154/24 155/11 293/22
294/1 297/20
worry [1]  4/13
worse [1]  294/14
worst [1]  155/4
worthy [1]  185/18
would [245]  4/14 6/3 12/14 12/22 13/17
18/19 19/5 19/17 22/22 22/23 23/6
23/16 23/19 25/8 26/15 29/19 29/19
32/20 32/21 32/23 33/19 34/23 35/6
35/22 35/23 36/3 36/5 37/21 38/12
38/24 39/12 41/17 41/17 42/7 43/12
43/15 44/10 46/10 46/14 49/16 50/4
50/10 50/25 51/8 52/6 54/20 55/17
56/5 56/14 57/21 57/21 59/1 59/2
63/20 65/3 65/10 66/7 68/13 69/2 69/4
69/12 70/22 74/18 74/24 75/22 76/12
76/14 76/18 79/10 80/11 89/5 89/6
89/6 90/23 90/24 94/7 95/14 96/10
96/13 98/14 99/6 100/24 101/3 101/4
101/5 101/13 102/9 104/16 104/23
104/23 107/5 107/20 109/3 109/4
109/7 109/7 110/1 115/20 115/24
120/19 121/8 121/20 123/11 124/10
128/20 128/22 129/19 130/24 131/23
132/1 132/18 132/25 137/15 143/1
143/13 144/7 144/8 145/14 146/7
147/2 148/12 154/5 154/9 158/11
160/10 170/14 171/3 171/8 173/1
174/4 174/5 175/6 175/7 177/10
177/13 178/3 182/22 184/11 184/12
185/7 186/22 189/24 191/20 193/7
194/13 195/10 195/24 200/13 200/21
200/25 201/4 201/5 201/8 201/10
202/13 202/15 203/4 205/18 205/19
206/2 206/25 208/18 208/19 211/19
213/11 213/13 214/19 215/3 216/2
217/8 219/7 219/12 219/20 219/24
222/12 223/11 223/13 225/24 226/4
226/5 226/6 226/19 227/16 230/11
230/15 230/21 233/8 233/17 233/20
238/6 239/2 241/18 242/23 243/2
245/21 251/13 252/8 254/3 254/12
256/5 260/10 260/18 260/22 262/3
262/14 263/3 263/9 265/23 266/10
267/7 269/23 270/25 274/17 275/16
276/12 279/19 279/20 280/22 282/4
283/2 284/24 285/2 287/5 289/6 290/8
290/15 292/15 292/17 292/19 292/22
293/7 293/11 293/23 294/1 294/3
294/4 294/14 295/1 295/4 295/20
297/19 300/8 304/1 305/10 307/5
would've [1]  108/4
wouldn't [20]  13/15 35/25 43/5 43/22
43/25 44/2 44/7 44/13 52/7 55/20 56/5
59/24 63/12 104/25 185/3 219/23
237/5 238/9 244/2 304/3
wounds [1]  180/5
wrap [1]  137/21
wreck [7]  5/2 271/18 293/10 296/1
296/4 296/16 296/25
wrecker [1]  188/8
WRIGHT [5]  1/25 14/1 268/1 283/20

**W**

WRIGHT... [1]  296/13
wrist [1]  107/15
write [2]  239/25 264/9
writing [2]  52/9 290/15
written [9]  211/11 211/14 240/17 280/3
 290/7 290/8 290/14 290/16 310/13
wrong [9]  6/7 33/18 44/22 71/11 71/23
 201/5 254/25 308/21 309/17
wrote [10]  61/1 212/23 212/24 213/2
 213/5 254/25 257/18 257/23 257/25
 280/4

**X**

x-ray [1]  214/10
x-rays [6]  178/4 211/4 211/5 211/6
 211/6 211/13

**Y**

y'all [3]  302/1 305/7 305/19
y'all's [1]  305/5
yeah [26]  11/1 11/12 20/17 34/11
 116/16 158/3 173/24 180/2 200/6
 215/8 217/25 220/19 233/24 235/12
 238/8 241/12 241/20 243/6 264/1
 270/19 272/23 276/20 278/4 286/15
 309/3 310/19
year [32]  12/11 36/14 36/19 36/25 37/1
 37/21 38/3 46/16 46/17 76/11 78/15
 84/7 88/3 111/17 157/9 160/7 161/1
 176/11 176/15 177/4 177/6 185/3
 197/7 234/15 234/21 235/9 272/3
 272/4 272/7 272/7 273/13 281/3
years [36]  13/18 13/22 37/14 43/3 48/2
 105/10 111/7 111/16 113/16 114/16
 114/18 118/21 120/15 121/1 125/14
 135/8 138/11 143/16 146/18 158/4
 161/13 172/12 173/7 173/11 176/14
 176/18 176/22 177/14 183/25 217/19
 226/12 233/16 244/4 249/21 266/5
 279/22
yellow [2]  34/2 89/11
Yep [1]  249/6
yes [337]
yesterday [21]  4/16 11/20 12/1 12/4
 13/16 18/11 19/5 22/6 54/3 60/25 61/4
 61/16 73/2 79/15 80/23 89/19 90/2
 91/10 92/17 262/25 307/12
yet [8]  11/5 11/11 109/9 188/24 241/5
 262/6 277/15 278/17
yo [1]  179/19
you [1577]
you'd [3]  83/10 131/13 288/12
you'll [3]  284/8 288/6 288/9
you're [70]  13/25 14/2 14/20 16/2
 16/11 21/8 21/23 23/16 24/10 24/13
 26/20 30/11 34/20 35/8 38/24 39/7
 43/16 47/8 52/10 55/24 57/9 57/11
 68/6 69/2 75/20 75/20 78/9 83/11
 98/17 103/1 103/8 104/13 114/1
 124/16 130/7 132/2 153/7 153/18
 157/18 162/21 165/24 178/20 195/20
 195/24 202/23 202/24 203/12 203/13
 209/20 230/18 237/8 241/4 246/15
 253/17 264/15 266/6 268/17 278/1
 278/1 282/23 284/10 288/12 288/20
 291/11 297/16 299/24 304/12 305/24
 305/25 306/1
you've [63]  12/24 23/2 25/19 33/14
 37/13 44/12 49/13 52/20 53/10 53/11

55/23 74/2 74/3 80/12 97/8 97/23
138/10 148/13 151/11 154/23 156/22
183/13 190/23 193/5 193/21 194/6
194/23 195/9 195/11 196/1 196/8
196/12 196/23 200/1 201/16 232/5
234/6 235/14 236/5 239/10 247/8
247/24 248/14 248/17 248/18 248/23
249/3 249/7 249/14 253/21 263/17
266/12 266/18 266/21 276/22 279/15
284/9 285/16 285/16 289/9 289/13
294/19 310/18
young [3]  112/15 113/3 173/5
your [477]
yourself [4]  35/22 176/7 208/7 293/5

**Z**

zeros [1]  62/9
zoom [4]  88/4 89/9 203/22 204/2
zoomed [1]  134/3