# EXHIBIT A

**From:** Taggart Court Reporting
**To:** Mindy Ruggiero
**Subject:** Re: Brogdon
**Date:** Friday, February 28, 2025 11:43:42 AM

CAUTION: [External Email]

Hey Mindy,

I am going in order.  I received a request to finish phase II asap by Plaintiffs.  I will send it when I have it.  If you have a specific request let me know.  I will do my best.

Respectfully,
--Joan Drammeh
Taggart Court Reporting LLC
PO Box 165
Palmetto, GA 30268
contact@taggartcr.com



On Fri, Feb 28, 2025 at 11:39 AM Mindy Ruggiero <MRuggiero@huielaw.com> wrote:

> Joan,
>
> I know you are busy, and I hate to ask but just wanted to see where you are on the trial transcript certification.  Are you doing this in order or could we ask for other days before others?
>
> Thanks
>
> Mindy
>
> 
>
> **Mindy Ruggiero**
>
> 3291 US Highway 280, Suite 200
> Birmingham, AL  35243
> *O*: 205.251.1193-*D*: 205.297.8874-*F*: 205.251.1256
> MRuggiero@huielaw.com
> www.huielaw.com

> CONFIDENTIALITY: This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution. If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system. IRS CIRCULAR 230: Unless explicitly stated to the contrary, this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.