IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES EDWARD BROGDON, JR., et al., | |
|    Plaintiffs, | |
| vs. | Case No. 4:23-cv-00088-CDL |
| FORD MOTOR COMPANY, | |
|    Defendant. | |

**DEFENDANT FORD MOTOR COMPANY'S NOTICE
IN CONNECTION WITH MEDIATION**

     Now comes Ford Motor Company and, in connection with the text entry at Doc. 377, informs the Court that the parties held a mediation with Judge Coogler on May 29, 2025 in Atlanta. The mediation was unsuccessful in resolving the case. Ford respectfully requests that the Court resume its consideration of the pending Motion for Judgment as a Matter of Law [Doc. 380] and Motion for New Trial [Doc.381].

     With respect to the issue of jurors improperly considering extraneous prejudicial information, Ford renews its request that the Court investigate that matter. Ford seeks guidance from the Court as to whether the Court would like Ford to file under seal or otherwise provide to the Court the recordings of post-trial juror interviews referenced in Mr. Peeler's declaration [Doc. 381-1] and Mr. Hyde's declaration [Doc. 381-2]. Said interviews include certain information that may be inadmissible under Federal Rule of Evidence 606(b)(1) and certain information that would be admissible within the exceptions at Federal Rule of Evidence 606(b)(2).

Respectfully submitted this 16th day of June, 2025.

Paul F. Malek
*Admitted Pro Hac Vice*
HUIE, FERNAMBUCQ & STEWART LLP
3291 US Highway 280, Suite 200
Birmingham, AL 35243
Telephone: 205-251-1193
pmalek@huielaw.com

Elizabeth B. Wright
*Admitted Pro Hac Vice*
THOMPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114
Telephone: 216-566-5500
Elizabeth.wright@thompsonhine.com

Michael W. Eady
*Admitted Pro Hac Vice*
THOMPSON, COE, COUSINS & IRONS, LLP
2801 Via Fortuna Drive, Suite 300
Austin, Texas 78746
Telephone: 512-708-8200
meady@thompsoncoe.com

/s/ *Charles E. Peeler*
Charles E. Peeler
Georgia Bar No. 570399
Harold D. Melton
Georgia Bar No. 501570
TROUTMAN PEPPER LOCKE
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404-885-3000
harold.melton@troutman.com
charles.peeler@troutman.com

Michael R. Boorman
Georgia Bar No. 067798
Philip A. Henderson
Georgia Bar No. 604769
WATSON SPENCE LLP
999 Peachtree Street NE
Suite 1130
Atlanta, GA 30309
Telephone: 229-436-1545
mboorman@watsonspence.com
phenderson@watsonspence.com

*Attorneys for Defendant Ford Motor Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

    This 16th day of June, 2025.

                                                                  */s/Charles E. Peeler*
                                                                  Charles E. Peeler
                                                                  Georgia Bar No. 570399