IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES EDWARD BROGDON, JR., et al., § § § | |
| Plaintiffs, § | CIVIL ACTION NO. |
| § | |
| v. § | 4:23-cv-00088-CDL |
| § | |
| FORD MOTOR COMPANY, § § | |
| Defendant. § | |

## STATE OF GEORGIA'S WITHDRAWAL OF CLAIM

The State of Georgia, by and through counsel, Christopher M. Carr, Attorney General for the State of Georgia, hereby withdraws its Notice of Claim to Judgment [Doc. No. 402].

Respectfully submitted, this 17th day of September, 2025.

CHRISTOPHER M. CARR   112505
Attorney General

LOGAN B. WINKLES   136906
Deputy Attorney General

RONALD J. STAY   621732
Senior Assistant Attorney General

/s/*Adam W. D'Anella*
Adam W. D'Anella   153016
Assistant Attorney General
*Counsel for State of Georgia*

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Adam W. D'Anella
Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 458-3536
adanella@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James E. Butler, Jr., Esq.
Ramsey B. Prather, Esq.
Daniel E. Philyaw, Esq.
Allison Bailey, Esq.
BUTLER PRATHER LLP
105 13th Street
Post Office Box 2766
Columbus, GA 31902
jim@butlerprather.com
ramsey@butlerprather.com
dan@butlerprather.com
allison@butlerprather.com

Michael R. Boorman
Georgia Bar No.: 067798
Philip A. Henderson
Georgia Bar No.: 604769
WATSON SPENCE LLP
999 Peachtree Street NE, Suite 1130
Atlanta, GA 30309
mboorman@watsonspence.com
phenderson@watsonspence.com

Elizabeth B. Wright
THOMPSON HINE LLP
3900 Key Center Case
127 Public Square
Cleveland, OH 44114
elizabeth.wright@thompsonhine.com

Michael W. Eady
THOMPSON, COE, COUSINS & IRONS, LLP
2801 Via Fortuna Drive, Suite 300
Austin, Texas 78746
meady@thompsoncoe.com

Larae Dixon Moore, Esq.
PAGE SCRANTOM SPROUSE TUCKER & FORD
1111 Bay Avenue, 3rd Floor
P.O. Box 1199
Columbus, GA 31902
lmoore@pagescrantom.com

Frank M. Lowrey, IV, Esq.
Michael B. Terry, Esq.
BONDURANT MIXON & ELMORE LLP
1201 West Peachtree Street NW, Suite 3900
Atlanta, GA 30309
lowrey@bmelaw.com
terry@bmelaw.com

Paul F. Malek
HUIE, FERNAMBUCQ & STEWART LLP
3291 US Highway 280, Suite 200
Birmingham, AL 35243
pmalek@huielaw.com

Charles E. Peeler
Georgia Bar No.: 570399
Harold D. Melton
Georgia Bar No.: 501570
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308-2216
harold.melton@troutman.com
charles.peeler@troutman.com

This 17th day of September, 2025.

/s/*Adam W. D'Anella*
Adam W. D'Anella, Esq.
Assistant Attorney General
GA Bar No. 153016
*Counsel for State of Georgia*

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 458-3536
adanella@law.ga.gov